B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mirabilis Ventures, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1833196** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3660 Maguire Blvd.**<br>**Suite 103**<br>**Orlando, FL**<br>ZIP Code **32803** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 4916**<br>**Orlando, FL**<br>ZIP Code **32802** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3660 Maguire Blvd.**<br>**Suite 103**<br>**Orlando, FL 32803** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mirabilis Ventures, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Hoth Holdings, LLC** | Case Number: **6:08-bk-** | Date Filed: **5/27/08** |
|---|---|---|
| District: **Middle District of Florida, Orlando Division** | Relationship: **Affiliate** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Mirabilis Ventures, Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Elizabeth A Green 0600547**
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP**
Firm Name

**390 N. Orange Ave.**
**Suite 600**
**Orlando, FL 32801**

Address

**(407) 481-5800  Fax: (407) 481-5801**
Telephone Number

05/27/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**R. W. Cuthill, Jr**
Printed Name of Authorized Individual

**President (see Attachment 1 to Voluntary Petition)**
Title of Authorized Individual

05/27/08
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Attachment 1**
to
**VOLUNTARY PETITION UNDER CHAPTER 11 OF THE US BANKRUPTCY CODE**
**OF**
**MIRABILIS VENTURES, INC.**

The information in this petition is based upon the information available to me at this time and is true and correct to the best of my information and belief.

R. W. Cuthill, Jr.
President of Mirabilis Ventures, Inc.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Mirabilis Ventures, Inc.** _____

                                      Debtor

Case No. _____

Chapter _____ **11** _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___**N/A**_____ .

2. The following financial data is the latest available information and refers to debtor's condition on _____ .

| | | |
|---|---|---|
| a. Total assets | $ | 0.00 |
| b. Total debts (including debts listed in 2.c.,below) | $ | 0.00 |

c. Debt securities held by more than 500 holders.

Approximate number of holders

| | | | | |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 0 | 0 |
| e. Number of shares of common stock | 0 | 0 |

Comments, if any:
**Privately held Nevada corporation**

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **See List of Equity Security Holders**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Mirabilis Ventures, Inc.

Debtor(s)

Case No.

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051 | Business cards | | 3,289.75 |
| American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 | | | 247,932.04 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850 | BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850 | Online tax softward | | 1,267.13 |
| Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23218-0561 | Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23218-0561 | Utilities due under lease agreement in Richmond, VA Order for judgment entered against MVI, suit was not properly served. | Disputed | 60,758.51 |
| Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602 | Legal fees | Disputed | 43,547.34 |
| First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016 | First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016 | Workers Comp Carrier | Disputed<br>Subject to Setoff | 8,400,000.00 |
| Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119 | Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119 | | Disputed | 25,000.00 |
| Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806 | Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806 | Expense reimbursement | Disputed | 2,407.40 |
| Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06128-0431 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06128-0431 | Health Insurance Premiums | | 2,851.89 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Mirabilis Ventures, Inc.**                                      Case No.   _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jackson Lewis<br>One North Broadway<br>White Plains, NY 10601 | Jackson Lewis<br>One North Broadway<br>White Plains, NY 10601 | PEO Attorney | Disputed | 9,961.65 |
| John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 | John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 | Suit pending | Disputed<br>Subject to Setoff | 2,536,556.83 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511 | Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511 | Suit pending | Disputed<br>Subject to Setoff | 2,847,196.39 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | Real Estate closings | Disputed | 18,274.81 |
| LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 | On-line Research | | 4,496.27 |
| Mark J. Bernet | Mark J. Bernet | | Disputed | 1,750.79 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 34765 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 34765 | Accounting IT | Unliquidated<br>Disputed | 22,655.36 |
| PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | | Disputed | 76,927.65 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602 | Legal Fees | Disputed<br>Subject to Setoff | 153,281.05 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 | | Disputed | 82,655.46 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 | | Disputed | 55,363.03 |

B4 (Official Form 4) (12/07) - Cont.

In re   __Mirabilis Ventures, Inc.__                          Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President (see Attachment 1 to Voluntary Petition) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __05/27/08__                     Signature   _____

                                             R. W. Cuthill, Jr
                                             **President (see Attachment 1 to Voluntary Petition)**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Mirabilis Ventures, Inc.** _____,    Case No. _____

                                    Debtor    Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alexander Walton**<br>**336 Blue Heron Drive**<br>**Winter Park, FL 32789** | **B** | **100** | |
| **Brian Fischer**<br>**17118 Gulf Pine Circle**<br>**Wellington, FL** | **B** | **2750** | |
| **Brian Taylor**<br>**5 Deborah**<br>**Fanwood, NJ 07023** | **B** | **1000** | |
| **Bruce Carpenter**<br>**1020 Golf Valley Drive**<br>**Apopka, FL 32712** | **B** | **100** | |
| **Chad Walters**<br>**417 Langholm Drive**<br>**Winter Park, FL 32789** | **B** | **2750** | |
| **Charles McBurney**<br>**6550 St. Augustine Drive**<br>**Suite 105**<br>**Jacksonville, FL 32217** | **B** | **100** | |
| **Charles Rahn**<br>**4589 Southfield Ave**<br>**Orlando, FL 32812** | **B** | **3000** | |
| **Christine Resler**<br>**1918 Lauderdale Street**<br>**Houston, TX 77030** | **B** | **500** | |
| **Conrad Eigenmann**<br>**1050 Miller Drive**<br>**Altamonte Springs, FL 32701** | **B** | **2750** | |
| **Dan Pietro** | **B** | **100** | |
| **Daniel Myers**<br>**3648 Crescent Park Blvd.**<br>**Orlando, FL 32812** | **B** | **4750** | |

**6**    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Mirabilis Ventures, Inc.**                                          Case No. _____
                                   ,
                              Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Robinson**<br>9152 Phillips Grove Terrace<br>Orlando, FL 32836 | B | 2750 | |
| **Dean Armitage**<br>12839 Daughtery Drive<br>Winter Garden, FL 34787 | B | 2750 | |
| **Derek Roy**<br>12713 Hensel Road<br>Huntley, IL 60142 | B | 100 | |
| **Edith Curry**<br>11916 Brookmeade Court<br>Glen Allen, VA 23059 | B | 4750 | |
| **Fernando Simos**<br>815 Lake Evalyn Drive<br>Celebration, FL 34747 | B | 2750 | |
| **Frank Hailstones**<br>734 Lake Biscayne Way<br>Orlando, FL 32824 | B | 2750 | |
| **Frankie Buddy Winsett**<br>402 N. Carolina Ave.<br>Palm Harbor, FL 34683 | B | 500 | |
| **George Sheldon**<br>1955 Westpoint Circle<br>Orlando, FL 32835 | B | 300 | |
| **George Stuart**<br>916 Valencia Ave.<br>Orlando, FL 32804 | B | 2750 | |
| **George W. Eplin**<br>1164 Citrus Oaks Run<br>Winter Springs, FL 32708 | B | 1000 | |
| **Glenn Thompson**<br>520 Shadow Lane<br>Van Buren, AR 72956 | B | 3000 | |
| **Gordon Mike Adkins**<br>5703 Red Bug Lake Rd.<br>#274<br>Winter Springs, FL 32708 | B | 1000 | |

Sheet __1__ of __6__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Mirabilis Ventures, Inc.**                                          Case No. _____

_____
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Greg Nicoson**<br>**387 Hunters Blind Drive**<br>**Columbia, SC 29212** | B | 100 | |
| **Hans Beyer**<br>**2514 W. Sunset Drive**<br>**Tampa, FL 33629** | B | 4750 | |
| **Horton (Woody) Johnson**<br>**3211 Northglenn Drive**<br>**Orlando, FL 32806** | B | 4750 | |
| **James Sadrianna**<br>**10025 Chatham Oaks Court**<br>**Orlando, FL 32836** | B | 4750 | |
| **James Vandevere**<br>**8363 Via Verona**<br>**Orlando, FL 32836** | B | 4750 | |
| **Jason Carlson**<br>**13113 Hadley Cir N**<br>**White Bear Lake, MN 55110** | B | 4750 | |
| **Jay Stollenwerk**<br>**5009 Pelleport Ave.**<br>**Orlando, FL 32812** | B | 500 | |
| **Jodi Jaiman**<br>**533 Tuten Trail**<br>**Orlando, FL 32828** | B | 500 | |
| **Joseph Robinson**<br>**7317 Lismore Court**<br>**Orlando, FL 32835** | B | 1000 | |
| **Kevin Billings**<br>**541 Minnehaha Road**<br>**Maitland, FL 32751** | B | 1000 | |
| **Kevin Leonard**<br>**646 King Harold Court**<br>**Oviedo, FL 32765** | B | 300 | |
| **Kevin Munroe**<br>**3466 Bay Meadow Court**<br>**Windermere, FL 34786** | B | 500 | |
| **Kiran Chhaganlal**<br>**355 Twelve Oaks Drive**<br>**Winter Springs, FL 32708** | B | 100 | |

Sheet __2__ of __6__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Mirabilis Ventures, Inc.**                                                      Case No. _____

                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Larry Childers**<br>**504 Briarcliff Pkwy**<br>**Kansas City, MO 64116** | **B** | **2750** | |
| **Laurie Andrea**<br>**528 Myrtle Road**<br>**Naples, FL 34108** | **B** | **2750** | |
| **Laurie Holtz**<br>**1826 West 23rd Street**<br>**Sunset Island #3**<br>**Miami Beach, FL 33140** | **B** | **4750** | |
| **Lawrence Haber**<br>**1579 Lake Baldwin Lane**<br>**Orlando, FL 32814** | **B** | **4750** | |
| **Lawrence LaBelle**<br>**7737 Fox Knoll Place**<br>**Winter Park, FL 32792** | **B** | **100** | |
| **Leighton Allen Archer**<br>**983 Troon Trace**<br>**Winter Springs, FL 32708** | **B** | **2750** | |
| **Linda Duncan** | **B** | **2750** | |
| **Martin Flynn**<br>**1969 Alafaya #236**<br>**Orlando, FL 32828** | **B** | **4750** | |
| **Matthew Moore**<br>**137 Christine Drive**<br>**Satellite Beach, FL 32937** | **B** | **2750** | |
| **Matthew Porter**<br>**543 Margaret Court**<br>**Orlando, FL 32801** | **B** | **500** | |
| **Michelle Hladky**<br>**1400 Margate Ave.**<br>**Orlando, FL 32803** | **B** | **200** | |
| **Mike Dement**<br>**3222 Derby Lane**<br>**Williamsburg, VA 23185** | **B** | **100** | |
| **Norman Bruce Walko**<br>**1135 Hillsboro Mile**<br>**Hillsboro Beach, FL 33062** | **B** | **2750** | |

Sheet   __3__   of   __6__   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re    **Mirabilis Ventures, Inc.**                                              Case No. _____
_____,
                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Oliver Phipps<br>2970 Bridgehampton Lane<br>Orlando, FL 32812 | B | 1000 | |
| Parbatie Diana Kristona<br>1915 Tumblewater Blvd.<br>Ocoee, FL 34761 | B | 100 | |
| Paul Glover<br>1312 Winter Springs Blvd.<br>Winter Springs, FL 32708 | B | 2750 | |
| Peter Anderson<br>33725 Terragona Drive<br>Soorento Lakes, FL 32776 | B | 2750 | |
| Peter Michae Barbee<br>7343 River Country Drive<br>Weeki Wochee, FL 34607 | B | 3000 | |
| Phillp Kaprow<br>1005 Antelope Trail<br>Winter Springs, FL 32708 | B | 2750 | |
| Ramaroa Inguva<br>102 Gadwall Court<br>Harvest, AL 35749 | B | 4750 | |
| Richard Berman<br>3400 Galt Ocean Drive<br>Unit 1602 South<br>Ft. Lauderdale, FL 33308 | B | 4750 | |
| Richard Sams<br>2526 Mason Oaks Drive<br>Valrico, FL 33594 | B | 1000 | |
| Robert Curry<br>4662 Middlebrook Road<br>Apt. J<br>Orlando, FL 32811 | B | 2750 | |
| Robert Konicki<br>23281 Water Circle<br>Boca Raton, FL 33486 | B | 2750 | |
| Robert Moreyra<br>4001 Bayshore Blvd.<br>Tampa, FL 33611 | B | 500 | |

Sheet __4__ of __6__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **Mirabilis Ventures, Inc.**                                          Case No. _____

_____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert Pollack<br>8767 The Esplanade #36<br>Orlando, FL 32836 | B | 4750 | |
| Ronald Wilbur<br>728 SE 23rd Street<br>Ocala, FL 34471 | B | 100 | |
| Scott Goldberg<br>2868 Monticello Place<br># 205<br>Orlando, FL 32835 | B | 2750 | |
| Scott Wealing<br>1368 Countrywind Drive<br>Apopka, FL 32703 | B | 1750 | |
| Sean Tucker Clancy<br>217 Settlers Row N<br>Ponte Vedra, FL 32082 | B | 300 | |
| Shane Cooper<br>351 Channelside Walkway<br>#4304<br>Tampa, FL 33602 | B | 100 | |
| Shane Williams<br>517 Heatheroak Cove<br>Altamonte Springs, FL 32714 | B | 4750 | |
| Terry Carney<br>561 High Street<br>Petersburg, VA 23803 | B | 1000 | |
| Tessah Ivey<br>5374 Majestic Oak Circle<br>St. Cloud, FL 34771 | B | 500 | |
| Tom Broadhead<br>11916 Brookmeade Court<br>Glen Allen, VA 23059 | B | 1750 | |
| Tracey Mertens<br>1120 Ansley Circle<br>Apt. #302<br>Apopka, FL 32703 | B | 100 | |
| Vance Felker<br>3 Eucalyptus Circle<br>Ormond Beach, FL 32176 | B | 4750 | |

Sheet   **5**   of   **6**   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                          Best Case Bankruptcy

In re    **Mirabilis Ventures, Inc.**                      Case No. _____

_____ ,

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Reynolds**<br>**3521 Plumb Street**<br>**Houston, TX 77005** | **B** | **500** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President (see Attachment 1 to Voluntary Petition) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___05/27/08___             Signature _____

                                        **R. W. Cuthill, Jr**

                                        **President (see Attachment 1 to Voluntary Petition)**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

Sheet __6__ of __6__ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re   **Mirabilis Ventures, Inc.**

                                   Debtor(s)

Case No. _____

Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President (see Attachment 1 to Voluntary Petition) of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     05/27/08

**R. W. Cuthill, Jr/President (see Attachment 1 to Voluntary Petition)**
Signer/Title

Mirabilis Ventures, Inc.
P.O. Box 4916
Orlando, FL 32802

Brian Fischer
271 Gulf Doe Circle
Wellington, FL

Conrad Eigenmann
1050 Miller Drive
Altamonte Springs, FL 32701

Elizabeth A Green
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801

Brian Taylor
5 Deborah
Fanwood, NJ 07023

Dan Pietro

A Very Private Eye
4589 Southfield Ave.
Orlando, FL 32812

Briarcliff Village, LLC

Daniel Myers
3648 Crescent Park Blvd.
Orlando, FL 32812

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051

Bruce Carpenter
1020 Golf Valley Drive
Apopka, FL 32712

David Robinson
9152 Phillips Grove Terrace
Orlando, FL 32836

Alexander Walton
336 Blue Heron Drive
Winter Park, FL 32789

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602

Dean Armitage
12839 Daughtery Drive
Winter Garden, FL 34787

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

Centro Executive Offices
P.O. Box 4916
Orlando, FL 32802

Derek Roy
12713 Hensel Road
Huntley, IL 60142

AQMI
P.O. Box 144515
Orlando, FL 32814

Chad Walters
417 Langholm Drive
Winter Park, FL 32789

Edith Curry
11916 Brookmeade Court
Glen Allen, VA 23059

Berman Kean & Riguera PA
2101 West Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309

Charles McBurney
6550 St. Augustine Drive
Suite 105
Jacksonville, FL 32217

Fernando Simo
815 Lake Evalyn Drive
Celebration, FL 34747

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850

Charles Rahn
4589 Southfield Ave
Orlando, FL 32812

Fernando Simos
815 Lake Evalyn Drive
Celebration, FL 34747

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23218-0561

Christine Resler
1918 Lauderdale Street
Houston, TX 77030

First Commercial Ins. Corp.
7900 N.W. 155th Street
Suite 201
Miami Lakes, FL 33016

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Glenn Thompson
327 Rainbow Drive
Van Buren, AR 72956

Jackson Lewis
One North Broadway
White Plains, NY 10601

Frank Amodeo
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806

Gordon Mike Adkins
5703 Red Bug Lake Rd.
#274
Winter Springs, FL 32708

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836

Frank Hailstones
734 Lake Biscayne Way
Orlando, FL 32806

Greg Nicoson
387 Hunters Blind Drive
Columbia, SC 29212

James Vandevere
8363 Via Verona
Orlando, FL 32836

Frank Hailstones
734 Lake Biscayne Way
Orlando, FL 32824

Hans Beyer
2514 W. Sunset Drive
Tampa, FL 33629

Jason Carlson
13113 Hadley Cir N
White Bear Lake, MN 55110

Frankie Buddy Winsett
402 N. Carolina Ave.
Palm Harbor, FL 34683

Horton (Woody) Johnson
3211 Northglenn Drive
Orlando, FL 32806

Jay Stollenwerk
5009 Pelleport Ave.
Orlando, FL 32812

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806

Jodi Jaiman
533 Tuten Trail
Orlando, FL 32828

George Sheldon
1955 Westpoint Circle
Orlando, FL 32835

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06128-0431

John Burcham
3415/A Bahia Drive
Ft. Lauderdale, FL 33316

George Stuart
916 Valencia Ave.
Orlando, FL 32804

I-3 Media Group
1103 N Lake Destiny Rd.
Suite 302
Maitland, FL 32753

Joseph Robinson
7317 Lismore Court
Orlando, FL 32835

George W. Eplin
1164 Citrus Oaks Run
Winter Springs, FL 32708

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511

Gillio Development, Inc.
657 Caledonia Place
Sanford, FL 32771

Internal Revenue Service
850 Trafalgar Court Ste 200
Group 3300
Maitland, FL 32751

Kevin Billings
541 Minnehaha Road
Maitland, FL 32751

Kevin Leonard
646 King Harold Court
Oviedo, FL 32765

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

Norman Bruce Walko
1135 Hillsboro Mile
Hillsboro Beach, FL 33062

Kevin Munroe
3466 Bay Meadow Court
Windermere, FL 34786

Leighton Allen Archer
983 Troon Trace
Winter Springs, FL 32708

Oliver Phipps
2970 Bridgehampton Lane
Orlando, FL 32812

Kiran Chhaganlal
355 Twelve Oaks Drive
Winter Springs, FL 32708

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-7090

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 34765

Larry Childers
504 Briarcliff Pkwy
Kansas City, MO 64116

Linda Duncan

Orange Cty Tax Collector
Attn: Earl K. Wood
PO Box 2551
Orlando, FL 32802-2551

Larry Haber
6131 Mesing Lane #305
Cocoa Beach, FL 32931

Mark J. Bernet

Parbatie Diana Kristona
1915 Tumblewater Blvd.
Ocoee, FL 34761

Lauire Andrea Consulting Srv
528 Myrtle Rd.
Naples, FL 34108

Martin Flynn
1969 Alafaya #236
Orlando, FL 32828

Paul Glover
1312 Winter Springs Blvd.
Winter Springs, FL 32708

Laurie Andrea
528 Myrtle Road
Naples, FL 34108

Matthew Moore
137 Christine Drive
Satellite Beach, FL 32937

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Laurie Holtz
1826 West 23rd Street
Sunset Island #3
Miami Beach, FL 33140

Matthew Porter
543 Margaret Court
Orlando, FL 32801

Peter Anderson
33725 Terragona Drive
Soorento Lakes, FL 32776

Lawrence Haber
1579 Lake Baldwin Lane
Orlando, FL 32814

Michelle Hladky
1400 Margate Ave.
Orlando, FL 32803

Peter Michae Barbee
7343 River Country Drive
Weeki Wochee, FL 34607

Lawrence LaBelle
7737 Fox Knoll Place
Winter Park, FL 32792

Mike Dement
3222 Derby Lane
Williamsburg, VA 23185

Phillp Kaprow
1005 Antelope Trail
Winter Springs, FL 32708

Quasar
P.O. Box 4916
Orlando, FL 32802

Ronald Wilbur
727 3rd Street
Ocala, FL 34471

Tessah Ivey
537 Majestic Oak Circle
St. Cloud, FL 34771

Ramaroa Inguva
102 Gadwall Court
Harvest, AL 35749

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806

Richard Berman
3400 Galt Ocean Drive
Unit 1602 South
Ft. Lauderdale, FL 33308

Scott Goldberg
2868 Monticello Place
# 205
Orlando, FL 32835

Tom Broadhead
11916 Brookmeade Court
Glen Allen, VA 23059

Richard E. Berman

Scott Wealing
1368 Countrywind Drive
Apopka, FL 32703

Tom J. Hancock
2511 Veranda Trace
Hokes Bluff, AL 35903

Richard Sams
2526 Mason Oaks Drive
Valrico, FL 33594

Sean Tucker Clancy
217 Settlers Row N
Ponte Vedra, FL 32082

Tracey Mertens
1120 Ansley Circle
Apt. #302
Apopka, FL 32703

Robert Curry
4662 Middlebrook Road
Apt. J
Orlando, FL 32811

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326

Vance Felker
3 Eucalyptus Circle
Ormond Beach, FL 32176

Robert Konicki
23281 Water Circle
Boca Raton, FL 33486

Shane Cooper
351 Channelside Walkway
#4304
Tampa, FL 33602

William Reynolds
3521 Plumb Street
Houston, TX 77005

Robert Moreyra
4001 Bayshore Blvd.
Tampa, FL 33611

Shane Williams
517 Heatheroak Cove
Altamonte Springs, FL 32714

Woody (Horton) Johnson
3212 Northglenn Drive
Orlando, FL 32806

Robert Pollack
8767 The Esplanade #36
Orlando, FL 32836

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806

Robert S. Forman, P.A.
2101 West Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309

Terry Carney
561 High Street
Petersburg, VA 23803

# United States Bankruptcy Court
## Middle District of Florida

In re    **Mirabilis Ventures, Inc.**                         Case No. _____

                                Debtor(s)           Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mirabilis Ventures, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

05 / 27 / 08
_____
Date

_____
Elizabeth A Green 0600547
Signature of Attorney or Litigant
Counsel for    **Mirabilis Ventures, Inc.** _____
**Latham, Shuker, Eden & Beaudine, LLP**
**390 N. Orange Ave.**
**Suite 600**
**Orlando, FL 32801**
**(407) 481-5800 Fax:(407) 481-5801**