United States Bankruptcy Court
Middle District of Florida

In re   Mirabilis Ventures, Inc.                                                    Case No.
                                         Debtor(s)                                  Chapter   11

CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Mirabilis Ventures, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

05/27/08
Date

Elizabeth A Green 0600547
Signature of Attorney or Litigant
Counsel for   Mirabilis Ventures, Inc.
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801
(407) 481-5800 Fax:(407) 481-5801