UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                               CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                                        CHAPTER 11

　　　　　　Debtor.
_____/

## MOTION TO STAY ALL LITIGATION IN WHICH THE DEBTOR OR CERTAIN WHOLLY OWNED SUBSIDIARIES OF THE DEBTOR ARE PARTIES, PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE

MIRABILIS VENTURES, INC. ("Mirabilis" or "Debtor"), as the debtor-in-possession in the above referenced case, hereby files this Motion to Stay All Litigation in which the Debtor or Certain Wholly Owned Subsidiaries of the Debtor Are Parties, Pursuant to Section 105 of the Bankruptcy Code (the "Motion") and, in support thereof, states as follows:

### Introduction

1.　　On May 27, 2008 ("Petition Date"), Mirabilis filed a voluntary petition for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession.

2.　　This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is § 105(a) of the Bankruptcy Code.

1

## Background

3. Mirabilis is a Florida corporation incorporated in 2005. Mirabilis owns multiple properties with residential and/or commercial buildings throughout the country and is the sole shareholder of more than forty (40) subsidiaries ("Subsidiaries"). A listing of the Subsidiaries known to Debtor is attached hereto as **Exhibit "A"**.

4. Both Mirabilis and the Subsidiaries are currently involved in litigation proceedings in various state and federal courts across the United States (the "Proceedings").

## Legal Standard

5. Under §105(a) of the Bankruptcy Code, "[t] he Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."

6. Where the Automatic Stay of §362 of the Bankruptcy Code does not apply to a particular action but it is in the best interest of the estate to restrain the action, §105 of the Bankruptcy Code gives the Court the power to issue an injunction. An injunction under §105 of the Bankruptcy Code may be issued upon application, notice, hearing, and a showing of good cause.

7. In *Celotex Corp. v. Edwards*, 514 U.S. 300 (1995), the United States Supreme Court affirmed the issuance of an injunction on litigation in which the debtor was a non-party. In that opinion the Court stated that bankruptcy courts have authority to enjoin any proceeding, which may conceivably have any effect on the bankruptcy estate. *Id.*

8. In determining whether to issue an injunction under §105 of the Bankruptcy Code, Courts typically balance the following four factors: (i) whether there is a showing of likelihood or probability of success on the merits; (ii) a showing of irreparable harm; (iii)

whether issuance of the injunction would cause substantial harm to others; and (iv) whether the public interest would be served by issuing the injunction. *See In re Eagle-Picher Industries, Inc.*, 963 F.2d 855, 858 (6th Cir. 1992).

### Relief Requested

9. The Debtor seeks an injunction staying the Proceedings for sixty (60) days ("Stay").

10. The Stay would provide the Debtor an opportunity to evaluate each of the Subsidiaries and their respective causes of action to determine which offer value to the bankruptcy estate and should be pursued and which are not cost effective and should be abandoned.

11. After applying the *Eagle-Picher* factors in this case, the Debtor believes that a stay of the Proceedings is clearly warranted.

12. First, the Debtor believes there is a reasonably likelihood that it will be able to effectively and efficiently administer the assets of Mirabilis and the Subsidiaries. Moreover, because the Debtor is only seeking a temporary stay, the remaining factors balance overwhelmingly in favor of the Stay.

13. Because the Proceedings involve the Debtor and/or the Subsidiaries, they have an immediate impact on the Debtor's assets.

14. The Subsidiaries have no means other than from the Debtor to defend or pursue litigation. If the Proceedings are not stayed, plaintiffs will be able to obtain default judgments against the Subsidiaries, even if the Subsidiaries have a valid defense.

15. In instances where the Debtor or the Subsidiaries are the plaintiff, court deadlines could expire which could result in the Debtor or the Subsidiaries inability to secure adequate

discovery or which could result in the Debtor being sanctioned in some manner for lack of prosecution.

16. If the Debtor is not afforded an opportunity to evaluate the efficacy of each of the causes of action, the value of the estate will likely be reduced and the Debtor and creditors of the estate will be irreparably harmed. Consequently, the Debtor believes it is in the best interests of the bankruptcy estate to evaluate each case before continuing pursuit of recovery.

17. Because the Debtor is only seeking a stay of sixty days, there is virtually no harm to the other parties to the Proceedings.

18. Finally, the injunction will serve the public interest because it will protect the rights of the Debtor and all creditors, instead of benefiting a small number of aggressive creditors.

**WHEREFORE**, the Debtor respectfully requests this Court to enter an injunction under § 105(a) of the Bankruptcy Code staying all litigation related to the Debtor and/or its wholly owned subsidiaries and such other relief as this Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 12th day of June 2008.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No. 0600547
Jay T. Hollenkamp, Esq.
Florida Bar No. 52701
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Email: egreen@lseblaw.com
Email: jhollenkamp@lseblaw.com
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                      CHAPTER 11

              Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the **MOTION FOR DISCRETIONARY INJUNCTION UNDER § 105 OF THE BANKRUPTCY CODE STAYING ALL LITIGATION IN WHICH THE DEBTOR OR A SUBSIDIARY OF THE DEBTOR IS A PARTY** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc. c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 12th day of June 2008.

                                                         /s/ Elizabeth Green
                                                         Elizabeth A. Green, Esquire

| EXHIBIT A |
|---|
| **Mirabilis Ventures Inc Subsidiaries** |
| **Entity** |
| 2 Wheel Tunes, Inc. |
| ABS IV, Inc. |
| Absolute Packaging Engineered Solutions, LLC |
| AEM, Inc. |
| Centro Executive Offices Corporation |
| Common Paymaster Corporation |
| Common Paymaster II Corporation |
| Diamond Jaxx Properties, LLC fka Mirabilis Baseball, LLC |
| Digiteyes Corporation |
| DVD Marketing Group, Inc. dba Durand Media |
| Empire Global Strategies, Inc. |
| Gibraltar Integrity Corporation |
| Global Brokers Franchising, LLC |
| GMOFF, LLC |
| HR Remedies, Inc. |
| Information Systems, Inc. |
| Inline Technology Marketing, Inc. |
| Insurance Indemnity Investments, Inc. |
| Legend Holdings of America, Inc. |
| LTSS, LLC |
| Mirabilis Nexia Global, Ltd. |
| Nexia Strategy Corporation |
| Nexia Strategy, Ltd |
| North American Communications, Inc. |
| P.R.B. Design Studios, Inc. |
| Pacific Atlantic Capital Corp. |
| Paradyme National Insurance Brokers, Inc. |
| Payroll Concepts, Inc. |
| Powercentric, Inc |
| Quasar Construction, Inc. |
| Riskeratechnologies, Inc. |
| Security Imaging Systems, Inc. |
| SIPS Team USA, Inc. |
| Siren Resources, Inc. |
| Statim Satellite Corporation |
| Synergy Technology Fabrication, LLC |
| Tellus Motor Company |
| Terra Structures, Inc. |
| The Alliance Group, Inc. |
| The Hancock Group, LLC |
| The Human Resource Enterprise Corporation |
| The Leib Group, LLC |
| UNEX Corporation |
| Universal Analytics, Inc. |
| Venture Resources, Inc. |

```
Label Matrix for USBC              Advantage Collection Prof       American Express
Middle District of Florida         2775 Jade Street                2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ             Mora, MN 55051                  Weston, FL 33331-3626
Thu Jun 12 14:57:47 EDT 2008


BNA Tax Management                 Brandywine Grande C. LP         Buchanan Ingersoll & Rodney
1435 Key West Ave.                 c/o Cantor Arkema, PC           401 E Jackson St.
Rockville, MD 20850                1111 East Main Street           Suite 2500
                                   Richmond, VA 23218-0561         Tampa, FL 33602


Elena L Escamilla                  First Commercial Ins. Corp.     Fred Sandlin
135 W Central Blvd., Ste 620       7900 N.W. 155th Street          161 Mallard Lane
Orlando, FL 32806                  Suite 201                       Daytona Beach, FL 32119
                                   Miami Lakes, FL 33016


Gilbert Weisman                    Elizabeth A Green               Horton Johnson
c/o Becket and Lee LLP             Latham Shuker Eden & Beaudine LLP  3211 Northglenn Drive
POB 3001                           390 North Orange Avenue         Orlando, FL 32806
Malvern PA 19355-0701              Suite 600
                                   Orlando, FL 32801


Humana/RMS                         Jackson Lewis                   John Burcham
7 Hartland Street                  One North Broadway              3415/A Bahia Drive
Suite 401                          White Plains, NY 10601          Ft. Lauderdale, FL 33316
East Hartford, CT 06128-0431


Kenneth & Diane Hendricks          LeClair Ryan Trust              LexisNexis
One ABC Parkway                    P.O. Box 2499                   P.O. Box 7247-7090
Beloit, WI 53511                   Richmond, VA 23218-2499         Phildelphia, PA 19170-7090


Mark J. Bernet                     Mirabilis Ventures, Inc         On Target Solutions
no city                            3660 Maguire Blvd               3491 Woodley Park Place
no state                           Suite 103                       Oviedo, FL 34765
                                   Orlando, FL 32803


PaySource USA VII, Inc.            Saxon Gilmore, PA               Tenshi Leasing
150 Poe Ave.                       201 E. Kennedy Blvd.            2875 S. Orange Ave.
Dayton, OH 45414                   Suite 600                       Suite 500 PMB 1810
                                   Tampa, FL 33602                 Orlando, FL 32806


Titanium Technologies              United States Trustee - ORL     Gilbert Barnett Weisman
2875 S. Orange Ave.                135 W. Central Blvd., Suite 620 Becket & Lee LLP
Suite 500 PMB 1810                 Orlando, FL 32801               16 General Warren Blvd
Orlando, FL 32806                                                  P O Box 3001
                                                                   Malvern, PA 19355
```