UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-BK-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

      Debtor.
_____/

## NOTICE OF FILING NOTICE OF HEARING

MIRABILIS VENTURES, INC. ("Mirabilis"), hereby gives notice of filing a NOTICE OF HEARING, attached hereto as **Exhibit "A"**, which was served by U.S. Mail on June 12, 2008 in the aforementioned case to the following: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Avenue, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest list as shown on the attached matrix; and to the United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801.

**DATED,** this 18th day of June, 2008.

                                              /s/ Jimmy D. Parrish
                                              Jimmy D. Parrish, Esq.
                                              Florida Bar 526401
                                              **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                              390 N. Orange Avenue, Suite 600
                                              P.O. Box 3353 (32802-3353)
                                              Orlando, Florida 32801
                                              Telephone (407) 481-5800
                                              Facsimile (407) 481-5801
                                              Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                            CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                          CHAPTER 11

          Debtor.
_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been set before the Honorable Karen S. Jennenman, United States Bankruptcy Judge, on **Monday the 23rd day of June 2008 at 2:00 p.m.**, at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801, to consider and act upon the following:

**MOTION TO STAY ALL LITIGATION IN WHICH THE DEBTOR OR CERTAIN WHOLLY OWNED SUBSIDIARIES OF THE DEBTOR ARE PARTIES, PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE**
(Doc. No. 20)

and transact such other business as may properly come before the meeting.

All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities.

EXHIBIT "A"

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF HEARING** has been furnished by electronic and/or U.S. Mail, postage prepaid to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Avenue, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801 on this 12th day of June 2008.

**RESPECTFULLY SUBMITTED** this 12th day of June 2008.

    s/ Jimmy D. Parrish
    Elizabeth A. Green, Esquire
    Florida Bar No. 0600547
    Jimmy D. Parrish, Esq.
    Florida Bar No.: 526401
    Jacqueline Ferris, Esquire
    Florida Bar No. 713481
    **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
    390 N. Orange Avenue, Suite 600
    P. O. Box 3353 (32802-3353)
    Orlando, Florida 32801
    Telephone: 407-481-5800
    Facsimile: 407-481-5801
    Attorneys for the Debtor

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 6:08-bk-04327-KSJ<br>Wed Jun 18 11:27:12 EDT 2008 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850 | Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23218-0561 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602 |
| First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016 | Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119 | Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06128-0431 | Jackson Lewis<br>One North Broadway<br>White Plains, NY 10601 |
| John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 | Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 |
| LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 | Mark J. Bernet<br>no city<br>no state | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 34765 |
| PaySource USA VII, Inc.<br>550 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 | | |