

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Monday
June 23, 2008

**HONORABLE KAREN S. JENNEMANN**                         COURTROOM B

CASE NUMBER: 08-04327-6J1          FILING DATE: 05/27/2008 (BAPCPA)     HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

"STATUS CONFERENCE"

1) MOTION BY DEBTOR TO STAY ALL LITIGATION IN WHICH THE DEBTOR OR CERTAIN WHOLLY OWNED SUBSIDIARIES ARE PARTIES PURSUANT TO SECTION 105 (DOC #20)

2) APPLICATION BY DEBTOR TO EMPLOY RUSSELLL BALDWIN AND THE FIRM OF BALDWIN AND CO. P.A. AS ACCOUNTANT (DOC #24)

3) APPLICATION BY DEBTOR TO EMPLOY STEVEN L. YOAKUM AS FORENSIC ACCOUNTANT (DOC #21)

APPEARANCES:

ELIZABETH GREEN: D'OR
R.W. CUTHILL:
KEN MEEKER: UST
DAVID SIMMONS: FORGE
SCOTT STEGEL: HENDRICKS
JILL KELSO: REICHEL

RULING:

1) DEBTOR'S EX. 1: ADMITTED

GRANTED; LITIGATION STAYED THROUGH AND INCLUDIND 8/22/08: ORDER BY GREEN

2) AND 3)  ALLOWED; SUBJECT TO RECONSIDERATION: ORDER BY GREEN

STATUS CONFERENCE SCHEDULED 8/4/08 AT 11AM (AOCNFNG)