| In re | Case No. 6:08-bk-04327-KSJ |
|---|---|
| MIRABILIS VENTURES, INC. _____/ | Chapter 11 |

## EXHIBIT LIST FOR
### Mirabilis Ventures, Inc.
### Hearing Date: June 23, 2008 @ 2:00pm

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | BRIEF DESCRIPTION |
|---|---|---|---|
| 1 | 6/23/08 | 6/23/08 | List of stayed cases |

By: _Kathy Deuty_
Deputy Clerk, In Attendance