# EXHIBIT IDENTIFICATION-TAG

Exhibit No. ____1____

Debtor: **MIRABILIS VENTURES, INC.**

Case No.: 6:08-BK-04327-KSJ

Pltf.(s): _____

Deft.(s): _____

Adv. Pro. No.: _____

Filed for Identification: _____

Admitted in Evidence: 6/23/08

Date: June 23, 2008

Nature of Proceeding: Status conference hearing

United States Bankruptcy Court for the
Middle District of Florida
Orlando Division

By Kathy Duty, Deputy Clerk

MIRABILIS VENTURES, INC.
CASE NO.: 6:08-bk-04327-KSJ

EXHIBIT 1

(Stayed Cases)

| CASE CAPTION | COURT |
| --- | --- |
| Mirabilis Ventures, Inc. v. Jeffrey Reichel | Broward County, FL<br>Case No.: CACE 07011827<br>* Georgia case also pending |
| Mirabilis Ventures, Inc., et. al. v. Stratis Authority, Inc., et. al. | Orange County, FL<br>Case No.: 07-ca-13826 (DIV 37) |
| Mirabilis Ventures, Inc., et. al. v. Premier Servicing, LLC and Robert Konicki | Orange County, FL<br>Case No.: 07-ca-13197 (DIV 34) |
| Mirabilis Ventures, Inc., et. al. v. Robert Lowder, et. al. | Orange County, FL<br>Case No.: 2006-ca-005742-O |
| Mirabilis Ventures, Inc., et. al. v. Forge Capital Partners, LLC, et. al. | Orange County, FL<br>Case No.: 07-ca-13828 (DIV 33) |