UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

        Debtor.

_____/

APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY
ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM, SHUKER,
EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL *NUNC PRO TUNC*

**MIRABILIS VENTURES, INC.** ("MVI" or the "Debtor"), hereby seeks authorization to employ Elizabeth Green and the law firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), *nunc pro tunc* to May 27., 2008, as its attorney in this case and, in support thereof, states as follows:

1. On May 27, 2008 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). No trustee has been appointed. The Debtor continues to operate its business and manage its properties as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

2. The Debtor desires to employ Latham Shuker as its attorney in this case.

3. The Debtor has selected Latham Shuker because the:

    (a) partners and associates of Latham Shuker are admitted to practice in this Court; and

    (b) partners and associates of Latham Shuker are experienced in rendering the types of legal services that will be required in this case.

4.  In the continuation of the business of the estate and in the administration of this case, legal services will be required as to, but not limited to, the following:

(a)  advising as to Debtor's rights and duties in this case;

(b)  preparing pleadings related to this case, including a disclosure statement and a plan of reorganization; and

(c)  taking any and all other necessary action incident to the proper preservation and administration of this estate.

5.  Except as stated below and in the Verified Statement of Latham Shuker, filed contemporaneously herewith, and to Debtor's knowledge, Latham Shuker has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

6.  Latham Shuker has represented MVI and the below-listed related entities since May 2008 in connection with the filing of the Petition. Contemporaneous with the filing of MVI's voluntary petition, Hoth Holdings, LLC ("Hoth"), also filed its voluntary petition in Case No. 6:08-bk-4328-KSJ. Thereafter, on June 5, 2008, AEM, Inc., another wholly-owned subsidiary of MVI, filed its voluntary petition in Case No. 6:08-bk-4681-KSJ. The Debtor has not yet determined if it will seek joint administration or substantive consolidation of the three cases.

7.  Latham Shuker currently represents Hoth Holdings, LLC ("Hoth") in its Chapter 11 case (Case No. 6:08-bk-4328-KSJ) currently pending in the U.S. Bankruptcy Court, Middle District of Florida. MVI is the managing member of Hoth and owns a 90% interest in Hoth.

8.  Latham Shuker currently represents AEM, Inc. ("AEM") in its Chapter 11 case (Case No. 6:08-bk-4681-KSJ) currently pending in the U.S. Bankruptcy Court, Middle District of Florida. MVI is the sole shareholder of AEM.

9. There are certain inter-company transfers between MVI and AEM; however, the companies prepare a consolidated income tax return and the intercompany debt does not create a conflict. Further, it is anticipated that the AEM case will pay 100% distribution to creditors and that funds will be paid to MVI's equity claim.

10. Latham Shuker also is representing, or has represented MVI prepetition in the following matters:

   a. WinPar Hospitality, LLC ("WinPar"), Chapter 7, Case No. 07-11908, Eastern District of Tennessee: representation MVI as the equity security holder and in connection with assisting the Trustee with a potential fraudulent transfer action to avoid a deed of trust on the WinPar property. The work related to avoiding the Atlantic transaction would benefit MVI as equity security holder. Latham Shuker also assisted the Trustee with the sale of the property, which will provide approximately $2,000,000.00 for MVI's equity claim. Latham Shuker does not and has never represented WinPar.

   b. North American Communications, Inc. ("NACI"), Chapter 7, Case No. 07-24900: representation of MVI as equity security holder in aiding in the filing of NACI's bankruptcy. Latham Shuker does not and has never represented NACI.

   c. Lake Suites: representation of MVI as the sole shareholder in discussions with lender. Latham Shuker does not and has never represented Lake Suites.

   d. Monitoring of MVI's claim, in the aggregate total of $951,819.46, in the following bankruptcy court matters in Texas: J.C. Services, Inc., SouthWest Doctors, PA; RC Services, Inc.; and Chang.

11. Day-to-day contact prior to the Petition Date with regard to these cases (as listed in paragraph 10a-d) was with the then president of MVI, Jodi Jaiman and outside counsel for MVI.

12. To Debtor's knowledge, Latham Shuker represents no interest adverse to the Debtor or to the estate in matters upon which it is to be engaged and employment of Latham Shuker would be in the best interest of the estate.

13. Latham Shuker does not represent the individual interest of any officer, director, or shareholder of the Debtor, except that Latham Shuker represents Michael E. Moecker, the sole director of MVI, as the assignee for the benefit of creditors or director in certain unrelated cases and matters, and R. W. Cuthill, Jr., president of MVI, as the president in unrelated cases and matters.

14. The terms of employment agreed to between the Debtor and Latham Shuker, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of Latham Shuker, which rates range from $400 for its most experienced attorneys to $80 for its most junior paraprofessionals and which are subject to periodic adjustment to reflect economic and other considerations; Latham Shuker will apply its advance fee to its periodic billings subject to interim and final applications for compensation and approval by the Court, and, at an appropriate time, Latham Shuker may make application for an award of additional compensation; and the Debtor, subject to Court approval, shall be responsible for all fees and expenses incurred by Latham Shuker.

15. Prior to the commencement of this case, MVI paid an advance fee of $100,219.50 for post-petition services and expenses in connection with this case and that of Hoth and AEM.

16. MVI has previously paid Latham Shuker $23,381.50 on a current basis, for services rendered prior to commencement of this case with respect to:

    (a)    monitoring and representing MVI with respect to the above-referenced matters;

    (b)    review of issues related to creditors and claims of the IRS;

(c) preparing and filing the petitions for reorganization under Chapter 11 of the Code for MVI, Hoth, and AEM, and preparation of initial pleadings to be filed in these cases, and

(d) prepetition expenses in this case, including the filing fees for MVI, Hoth, and AEM.

17. The prepetition funds and post-petition advance funds were funds paid by the Florida Department of Transportation to RKT Constructors, Inc., a wholly-owned subsidiary of MVI, in settlement of a lawsuit. The funds were paid directly from the law firm escrow account of Wright, Fulford, Moorehead & Brown, PA, to Latham Shuker.

18. In addition, MVI paid fees of $29,245.81 for representation related to the entities listed in paragraph 10a-d above. The fees were paid by AQMI Strategy Corporation ("AQMI"), which, at the time, had a management agreement with MVI. The management agreement expired by its terms prior to the Petition Date. On information and belief, the source of the funds was settlement proceeds payable to MVI or AEM. AQMI was not a creditor or claimant in the cases related to the entities listed in paragraph 10a-d and all matters related to representation of MVI as a claimant or equity security holder.

**WHEREFORE,** the Debtor respectfully requests the entry of an order, *nunc pro tunc,* to May 27, 2008, authorizing the Debtor to retain and employ Elizabeth A. Green and the law firm of Latham, Shuker, Eden & Beaudine, LLP, as its attorney in this case and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this ___ day of August 2008.

MIRABILIS VENTURES, INC.

BY: _____
R. W. Cuthill, Jr., President

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CASE NO. 6:08-bk-4327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

           Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, AS DEBTOR'S COUNSEL *NUNC PRO TUNC* has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 3660 Maguire Blvd., Suite 102, Orlando, FL 32803;; the Local Rule 1007-2 Parties-in-Interest list, as shown on the service list attached to the original of this statement filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this ___/___ day of August 2008.

                                            Elizabeth A. Green,
                                            Florida Bar No. 0600547
                                            **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                            390 N. Orange Avenue, Suite 600
                                            P. O. Box 3353 (32802-3353)
                                            Orlando, Florida 32801
                                            Telephone: 407-481-5800
                                            Facsimile: 407-481-5801
                                            Attorneys for the Debtor

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 6:08-bk-04327-KSJ<br>Fri Aug 1 16:15:19 EDT 2008 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850 | Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23218-0561 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602 |
| Elena L Escamilla<br>135 W Central Blvd., Ste 620<br>Orlando, FL 32806 | First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016 | Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33696 |
| Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119 | Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Elizabeth A Green<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801 |
| Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06128-0431 | Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601 |
| Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>P.O. Box 231<br>Orlando, Florida 32802, | John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 | Jill E Kelso<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 |
| Mark J. Bernet<br>no city<br>no state | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 34765 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802 |
| PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32802 |

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355