UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

          Debtor.
_____/

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM SHUKER EDEN & BEAUDINE, LLP, AS COUNSEL FOR THE DEBTOR**

I, Elizabeth Green, in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am a partner with the firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), and have been duly admitted to practice in this Court.

2. Except as stated below and to Debtor's knowledge, Latham Shuker has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

3. Latham Shuker has represented MVI and the below-listed related entities since May 2008 in connection with the filing of the Petition. Contemporaneous with the filing of MVI's voluntary petition, Hoth Holdings, LLC ("Hoth"), also filed its voluntary petition in Case No. 6:08-bk-4328-KSJ. Thereafter, on June 5, 2008, AEM, Inc., another wholly-owned subsidiary of MVI,

filed its voluntary petition in Case No. 6:08-bk-4681-KSJ. The Debtor has not yet determined if it will seek joint administration or substantive consolidation of the three cases.

4. Latham Shuker currently represents Hoth Holdings, LLC ("Hoth") in its Chapter 11 case (Case No. 6:08-bk-4328-KSJ) currently pending in the U.S. Bankruptcy Court, Middle District of Florida. MVI is the managing member of Hoth and owns a 90% interest in Hoth.

5. Latham Shuker currently represents AEM, Inc. ("AEM") in its Chapter 11 case (Case No. 6:08-bk-4681-KSJ) currently pending in the U.S. Bankruptcy Court, Middle District of Florida. MVI is the sole shareholder of AEM.

6. There are certain intercompany transfers between MVI and AEM; however, the companies prepare a consolidated income tax return and the intercompany debt does not create a conflict. Further, it is anticipated that the AEM case will pay 100% distribution to creditors and that funds will be paid to MVI's equity claim.

7. Latham Shuker also is representing, or has represented MVI prepetition in the following matters:

a. WinPar Hospitality, LLC ("WinPar"), Chapter 7, Case No. 07-11908, Eastern District of Tennessee: representation MVI as the equity security holder and in connection with assisting the Trustee with a potential fraudulent transfer action to avoid a deed of trust on the WinPar property. The work related to avoiding the Atlantic transaction would benefit MVI as equity security holder. Latham Shuker also assisted the Trustee with the sale of the property, which will provide approximately $2,000,000.00 for MVI's equity claim. Latham Shuker does not and has never represented WinPar.

b. North American Communications, Inc. ("NACI"), Chapter 7, Case No. 07-

24900: representation of MVI as equity security holder in aiding in the filing of NACI's bankruptcy. Latham Shuker does not and has never represented NACI.

      c.     Lake Suites: representation of MVI as the sole shareholder in discussions with lender. Latham Shuker does not and has never represented Lake Suites.

      d.     Monitoring of MVI's claim, in the aggregate total of $951,819.46, in the following bankruptcy court matters in Texas: J.C. Services, Inc., SouthWest Doctors, PA; RC Services, Inc.; and Chang.

8. Day-to-day contact prior to the Petition Date with regard to these cases (as listed in paragraph 10a-d) was with the then president of MVI, Jodi Jaiman and outside counsel for MVI.

9. To Debtor's knowledge, Latham Shuker represents no interest adverse to the Debtor or to the estate in matters upon which it is to be engaged and employment of Latham Shuker would be in the best interest of the estate.

10. Latham Shuker does not represent the individual interest of any officer, director, or shareholder of the Debtor, except that Latham Shuker represents Michael E. Moecker, the sole director of MVI, as the assignee for the benefit of creditors or director in certain unrelated cases and matters, and R. W. Cuthill, Jr., president of MVI, as the president in unrelated cases and matters.

11. The undersigned is not aware of any conflict or potential conflict relating to the employment of Latham Shuker as counsel for Debtor-in-Possession in this case.

12. Latham Shuker has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of Latham Shuker have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

13. The factual statements set forth in this verified statement have been made based on: (1) a personal review by me and my staff of the list of creditors of Debtor; (2) a computer search of Latham Shuker's client list; and (3) a memorandum circulated to all of Latham Shuker's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

**DATED AND EXECUTED** this ___/___ day of August 2008.

Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                      CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                   CHAPTER 11

        Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true copy of **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION TO EMPLOY ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM SHUKER EDEN & BEAUDINE, LLP, AS COUNSEL FOR THE DEBTOR,** has been furnished either electronically, by facsimile, and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 3660 Maguire Blvd., Suite 102, Orlando, FL 32803;; the Local Rule 1007-2 Parties-in-Interest, as shown on the service list attached to the original of this statement filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this ____ day of August 2008.

                                                  _____
                                                  Elizabeth A. Green, Esquire

```
Label Matrix for USBC              Advantage Collection Prof         American Express
Middle District of Florida         2775 Jade Street                  2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ             Mora, MN 55051                    Weston, FL 33331-3626
Fri Aug  1 16:15:19 EDT 2008


BNA Tax Management                 Brandywine Grande C. LP           Buchanan Ingersoll & Rodney
9435 Key West Ave.                 c/o Cantor Arkema, PC             401 E Jackson St.
Rockville, MD 20850                1111 East Main Street             Suite 2500
                                   Richmond, VA 23218-0561           Tampa, FL 33602


Elena L Escamilla                  First Commercial Ins. Corp.       Forge Capital Partners LLC
135 W Central Blvd., Ste 620       7900 N.W. 155th Street            c/o Bart Valdes
Orlando, FL 32806                  Suite 201                         609 W Horatio St
                                   Miami Lakes, FL 33016             Tampa FL 33696


Fred Sandlin                       Gilbert Weisman                   Elizabeth A Green
161 Mallard Lane                   c/o Becket and Lee LLP            Latham Shuker Eden & Beaudine LLP
Daytona Beach, FL 32119            POB 3001                          390 North Orange Avenue
                                   Malvern PA 19355-0701             Suite 600
                                                                     Orlando, FL 32801


Horton Johnson                     Humana/RMS                        Jackson Lewis
3211 Northglenn Drive              77 Hartland Street                Attn:Anne Krupman
Orlando, FL 32806                  Suite 401                         One North Broadway
                                   East Hartford, CT 06128-0431      White Plains, NY 10601


Jeffrey Reichel                    John Burcham                      Jill E Kelso
c/o Jill E. Kelso, Esquire         3415/A Bahia Drive                Akerman Senterfitt
Akerman Senterfitt                 Ft. Lauderdale, FL 33316          Post Office Box 231
P.O. Box 231                                                         Orlando, FL 32802
Orlando, Florida 32802,


Kenneth & Diane Hendricks          LeClair Ryan Trust                LexisNexis
One ABC Parkway                    P.O. Box 2499                     P.O. Box 7247-7090
Beloit, WI 53511                   Richmond, VA 23218-2499           Phildelphia, PA 19170-7090


Mark J. Bernet                     On Target Solutions               Jimmy D Parrish
no city                            3491 Woodley Park Place           Latham Shuker Eden & Beaudine LLP
no state                           Oviedo, FL 34765                  Post Office Box 3353
                                                                     Orlando, FL 32802


PaySource USA VII, Inc.            Saxon Gilmore, PA                 Tenshi Leasing
650 Poe Ave.                       201 E. Kennedy Blvd.              2875 S. Orange Ave.
Dayton, OH 45414                   Suite 600                         Suite 500 PMB 1810
                                   Tampa, FL 33602                   Orlando, FL 32806


Titanium Technologies              United States Trustee - ORL       Bart R Valdes
2875 S. Orange Ave.                135 W. Central Blvd., Suite 620   deBeaubien Knight Simmons Mantzaris Neal
Suite 500 PMB 1810                 Orlando, FL 32801                 332 North Magnolia Avenue
Orlando, FL 32806                                                    Orlando, FL 32802
```

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355