UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.

Debtor.
_____/

CASE NO. 6:08-bk-04327-KSJ

CHAPTER 11

STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM OF
LATHAM SHUKER EDEN & BEAUDINE, LLP,
PURSUANT TO 11 U.S.C. §329(A) AND RULE 2016(B) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE

ELIZABETH A. GREEN of the law firm LATHAM, SHUKER, EDEN & BEAUDINE, LLP, (collectively hereinafter referred to as "Latham Shuker"), in accordance with 11 U.S.C. §329(a) and F.R.B.P. 2016(b), states as follows:

1. On May 27, 2008 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). No trustee has been appointed. The Debtor continues to operate its business and manage its properties as a debtor-in-possession under §§ 1107 and 1108 of the Bankruptcy Code.

2. Latham Shuker consulted with the Debtor since early May 2008 in connection with the filing of the Petition and since late 2007 with regard to representation in the matters listed in paragraph 10a-d of the application to employ Latham Shuker filed concurrent herewith ("Application").

1

3.     Prior to the commencement of this case, MVI paid an advance fee of $100,219.50 for post-petition services and expenses in connection with this case and that of Hoth and AEM

4.     MVI has previously paid Latham Shuker $23,381.50 on a current basis, for services rendered prior to commencement of this case with respect to:

    (a)     monitoring and representing MVI with respect to the above-referenced matters;

    (b)     review of issues related to creditors and claims of the IRS;

    (c)     preparing and filing the petitions for reorganization under Chapter 11 of the Code for MVI, Hoth, and AEM, and preparation of initial pleadings to be filed in these cases, and

    (d)     prepetition expenses in this case, including the filing fees for MVI Hoth, and AEM.

5.     The prepetition funds and post-petition advance funds were funds paid by the Florida Department of Transportation to RKT Constructors, Inc., a wholly-owned subsidiary of MVI, in settlement of a lawsuit. The funds were paid directly from the law firm escrow account of Wright, Fulford, Moorehead & Brown, PA, to Latham Shuker.

6.     In addition, MVI paid fees of $29,245.81 for representation related to the entities listed in paragraph 10a-d of the Application. The fees were paid by AQMI Strategy Corporation ("AQMI"), which, at the time, had a management agreement with MVI. The management agreement expired by its terms prior to the Petition Date. On information and belief, the source of the funds was settlement proceeds payable to MVI or AEM. AQMI was

not a creditor or claimant in the cases related to the entities listed in paragraph 10a-d of the Application and all matters related to representation of MVI as a claimant or equity security holder.

7. Latham Shuker has not shared, or agreed to share, any fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of Latham Shuker.

DATED this ___ day of August 2008.

Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

Debtor.
_____/

CASE NO. 6:08-bk-04327-KSJ

CHAPTER 11

## Certificate of Service

I HEREBY CERTIFY that a true copy of the STATEMENT OF ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM SHUKER EDEN & BEAUDINE, LLP, PURSUANT TO 11 U.S.C. §329(A) AND RULE 2016(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, together with any exhibits, has been furnished either electronically, by facsimile, and/or by U.S. First Class, postage prepaid mail to: AEM, Inc, c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., the sole shareholder, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 3660 Maguire Blvd., Suite 102, Orlando, FL 32803;; the Local Rule 1007-2 Parties-in-Interest, as shown on the service list attached to the original of this statement filed with the Court; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this ____ day of August 2008.

Elizabeth A. Green, Esquire

```
Label Matrix for USBC            Advantage Collection Prof        American Express
Middle District of Florida       2775 Jade Street                 2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ           Mora, MN 55051                   Weston, FL 33331-3626
Fri Aug  1 16:15:19 EDT 2008


BNA Tax Management               Brandywine Grande C. LP          Buchanan Ingersoll & Rodney
9435 Key West Ave.               c/o Cantor Arkema, PC            401 E Jackson St.
Rockville, MD 20850              1111 East Main Street            Suite 2500
                                 Richmond, VA 23218-0561          Tampa, FL 33602


Elena L Escamilla                First Commercial Ins. Corp.      Forge Capital Partners LLC
135 W Central Blvd., Ste 620     7900 N.W. 155th Street           c/o Bart Valdes
Orlando, FL 32806                Suite 201                        609 W Horatio St
                                 Miami Lakes, FL 33016            Tampa FL 33696


Fred Sandlin                     Gilbert Weisman                  Elizabeth A Green
161 Mallard Lane                 c/o Becket and Lee LLP           Latham Shuker Eden & Beaudine LLP
Daytona Beach, FL 32119          POB 3001                         390 North Orange Avenue
                                 Malvern PA 19355-0701            Suite 600
                                                                  Orlando, FL 32801


Horton Johnson                   Humana/RMS                       Jackson Lewis
3211 Northglenn Drive            77 Hartland Street               Attn:Anne Krupman
Orlando, FL 32806                Suite 401                        One North Broadway
                                 East Hartford, CT 06128-0431     White Plains, NY 10601


Jeffrey Reichel                  John Burcham                     Jill E Kelso
c/o Jill E. Kelso, Esquire       3415/A Bahia Drive               Akerman Senterfitt
Akerman Senterfitt               Ft. Lauderdale, FL 33316         Post Office Box 231
P.O. Box 231                                                      Orlando, FL 32802
Orlando, Florida 32802,


Kenneth & Diane Hendricks        LeClair Ryan Trust               LexisNexis
One ABC Parkway                  P.O. Box 2499                    P.O. Box 7247-7090
Beloit, WI 53511                 Richmond, VA 23218-2499           Phildelphia, PA 19170-7090


Mark J. Bernet                   On Target Solutions              Jimmy D Parrish
no city                          3491 Woodley Park Place          Latham Shuker Eden & Beaudine LLP
no state                         Oviedo, FL 34765                 Post Office Box 3353
                                                                  Orlando, FL 32802


PaySource USA VII, Inc.          Saxon Gilmore, PA                Tenshi Leasing
650 Poe Ave.                     201 E. Kennedy Blvd.             2875 S. Orange Ave.
Dayton, OH 45414                 Suite 600                        Suite 500 PMB 1810
                                 Tampa, FL 33602                  Orlando, FL 32806


Titanium Technologies            United States Trustee - ORL      Bart R Valdes
2875 S. Orange Ave.              135 W. Central Blvd., Suite 620  deBeaubien Knight Simmons Mantzaris Neal
Suite 500 PMB 1810               Orlando, FL 32801                332 North Magnolia Avenue
Orlando, FL 32806                                                 Orlando, FL 32802
```

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355