UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                            CHAPTER 11

                Debtor.
_____/

## APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL *NUNC PRO TUNC* TO MAY 27, 2008

**MIRABILIS VENTURES, INC.** ("Mirabilis"), by and through its undersigned counsel, hereby moves this Court for authority to employ J. Russell Campbell ("Campbell") and the law firm of Balch & Bingham LLP ("Balch"), as special counsel *Nunc Pro Tunc* to May 27, 2008 in this case, and, in support thereof, respectfully states:

1. On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is § 327(a) of the Bankruptcy Code.

3. Mirabilis is a Florida corporation incorporated in 2005.

4. Mirabilis seeks authority to employ Campbell as special counsel for the purpose of continuing to pursue certain state court and federal court litigation, which Balch had been pursuing for Mirabilis prepetition.

5. Mirabilis is familiar with the professional standing, reputation, and ability of Campbell and his firm. Mirabilis believes Campbell and Balch are well qualified and able to serve Mirabilis in a cost-effective, efficient, and timely manner.

6. Mirabilis desires to employ Campbell as its special counsel to continue to pursue existing commercial lawsuits against third parties. Other services will include taking any and all other necessary action incident to the proper preservation and administration of this estate.

7. Mirabilis seeks appointment of Campbell and Balch because they have extensive experience and expertise in commercial litigation and have preexisting experience on the very matters upon which they are to be employed.

8. The terms of employment between Mirabilis and Campbell, subject to the approval of this Court, are that services will be billed at the standard hourly rates of Campbell and the respective attorneys, which rates are subject to periodic adjustments to reflect economic and other conditions.

9. Campbell has not received an advance fee or retainer from the estate. The estate shall be responsible for all fees and expenses incurred by Balch, which compensation to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. §330.

10. Except as set forth below and in the verified statement filed contemporaneously with this application, Balch does not hold or represent any interest adverse to Mirabilis.

11. Balch is owed approximately $34,677.29 for services performed prior to the Petition Date. Other than its general unsecured claim, Balch does not hold or represent any interest adverse to the estate.

12. There will be no duplication of services between Campbell and Latham Shuker, Mirabilis' counsel.

**WHEREFORE**, Mirabilis Ventures, Inc., respectfully requests the Court enter an order authorizing it to retain J. Russell Campbell, Esquire, and the law firm of Balch & Bingham LLP, as its special counsel *Nunc Pro Tunc* to May 27, 2008 for the matters described in this application and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 8th day of September 2008.

/s/ Jimmy D. Parrish
Elizabeth A. Green
Florida Bar No.: 0600547
Jimmy D. Parrish
Florida Bar No.: 526401
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                                        CHAPTER 11

        Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the **APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL *NUNC PRO TUNC* TO MAY 27, 2008,** has been furnished by electronic mail and/or U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; J. Russell Campbell, Esq., Balch & Bingham, LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642; to the Local Rule 1007 list, as noted on the matrix attached to the original of this application filed with the Court; and the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 8th day of September 2008.

                                                /s/ Jimmy D. Parrish
                                                Jimmy D. Parrish, Esquire

```
Label Matrix for local noticing        Advantage Collection Prof          American Express
113A-6                                  2775 Jade Street                  2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                  Mora, MN 55051-6240               Weston, FL 33331-3626
Middle District of Florida
Orlando
Mon Sep  8 16:30:49 EDT 2008

BNA Tax Management                      Brandywine Grande C. LP           Buchanan Ingersoll & Rodney
9435 Key West Ave.                      c/o Cantor Arkema, PC             401 E Jackson St.
Rockville, MD 20850-3339                1111 East Main Street             Suite 2500
                                        Richmond, VA 23219-3531           Tampa, FL 33602-5236


First Commercial Ins. Corp.             Forge Capital Partners LLC        Fred Sandlin
7900 N.W. 155th Street                  c/o Bart Valdes                   161 Mallard Lane
Suite 201                               609 W Horatio St                  Daytona Beach, FL 32119-8331
Miami Lakes, FL 33016-5844              Tampa FL 33606-2272


Gilbert Weisman                         Horton Johnson                    Humana/RMS
c/o Becket and Lee LLP                  3211 Northglenn Drive             77 Hartland Street
POB 3001                                Orlando, FL 32806-6371            Suite 401
Malvern PA 19355-0701                                                     East Hartford, CT 06108-3253


Jackson Lewis                           Jeffrey Reichel                   John Burcham
Attn:Anne Krupman                       c/o Jill E. Kelso, Esquire        3415/A Bahia Drive
One North Broadway                      Akerman Senterfitt                Ft. Lauderdale, FL 33316
White Plains, NY 10601-2310             P.O. Box 231
                                        Orlando, Florida 32802-0231


Kenneth & Diane Hendricks               LeClair Ryan Trust                LexisNexis
One ABC Parkway                         P.O. Box 2499                     P.O. Box 7247-7090
Beloit, WI 53511-4466                   Richmond, VA 23218-2499           Philadelphia, PA 19170-7090


On Target Solutions                     PaySource USA VII, Inc.           Saxon Gilmore, PA
3491 Woodley Park Place                 650 Poe Ave.                      201 E. Kennedy Blvd.
Oviedo, FL 32765-5104                   Dayton, OH 45414                  Suite 600
                                                                          Tampa, FL 33602-5819


Tenshi Leasing                          Titanium Technologies
2875 S. Orange Ave.                     2875 S. Orange Ave.
Suite 500 PMB 1810                      Suite 500 PMB 1810
Orlando, FL 32806-5455                  Orlando, FL 32806-5455
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Mark J. Bernet                       End of Label Matrix
no city                                 Mailable recipients    22
no state                                Bypassed recipients     1
                                        Total                  23
```