UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                        CHAPTER 11

                Debtor.
_____/

VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF
MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL
AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL
COUNSEL *NUNC PRO TUNC* TO MAY 27, 2008

I, J. Russell Campbell, in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am a partner with the firm of Balch & Bingham LLP, ("Balch") and have been duly admitted to practice in the United States District Courts for the Middle District of Florida.

2. Except as set forth below, Balch and its individual attorneys do not represent Mirabilis Ventures, Inc. ("Debtor"), any creditors or other parties-in-interest in this case, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

3. Balch holds a general unsecured claim against the Debtor in the amount of $34,677.29.

4. Other than Balch's general unsecured claim, Balch does not hold or represent any interest adverse to the Debtor. Balch does not represent or hold any interest adverse to the Debtor with respect to the matters on which Balch seeks to be employed.

5. Other than as stated herein, the undersigned is not aware of any conflict or potential conflict relating to the employment of Balch as special counsel for Mirabilis in this case.

6.  The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of Mirabilis, (2) a computer search of Balch's client list, and (3) a memorandum circulated to all of Balch's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

**DATED** this 8th day of September 2008.

J. Russell Campbell
Florida Bar No.: 901423
**BALCH & BINGHAM LLP**
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203-4642
Tel: 205-226-3438
Fax: 205-488-5859
Email: rcampbell@balch.com

```
Label Matrix for local noticing    Advantage Collection Prof         American Express
113A-6                              2775 Jade Street                  2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ              Mora, MN 55051-6240               Weston, FL 33331-3626
Middle District of Florida
Orlando
Mon Sep  8 16:30:49 EDT 2008

BNA Tax Management                  Brandywine Grande C. LP           Buchanan Ingersoll & Rodney
9435 Key West Ave.                  c/o Cantor Arkema, PC             401 E Jackson St.
Rockville, MD 20850-3339            1111 East Main Street             Suite 2500
                                    Richmond, VA 23219-3531           Tampa, FL 33602-5236


First Commercial Ins. Corp.         Forge Capital Partners LLC        Fred Sandlin
7900 N.W. 155th Street              c/o Bart Valdes                   161 Mallard Lane
Suite 201                           609 W Horatio St                  Daytona Beach, FL 32119-8331
Miami Lakes, FL 33016-5844          Tampa FL 33606-2272


Gilbert Weisman                     Horton Johnson                    Humana/RMS
c/o Becket and Lee LLP              3211 Northglenn Drive             77 Hartland Street
POB 3001                            Orlando, FL 32806-6371            Suite 401
Malvern PA 19355-0701                                                 East Hartford, CT 06108-3253


Jackson Lewis                       Jeffrey Reichel                   John Burcham
Attn:Anne Krupman                   c/o Jill E. Kelso, Esquire        3415/A Bahia Drive
One North Broadway                  Akerman Senterfitt                Ft. Lauderdale, FL 33316
White Plains, NY 10601-2310         P.O. Box 231
                                    Orlando, Florida 32802-0231


Kenneth & Diane Hendricks           LeClair Ryan Trust                LexisNexis
One ABC Parkway                     P.O. Box 2499                     P.O. Box 7247-7090
Beloit, WI 53511-4466               Richmond, VA 23218-2499           Philadelphia, PA 19170-7090


On Target Solutions                 PaySource USA VII, Inc.           Saxon Gilmore, PA
3491 Woodley Park Place             650 Poe Ave.                      201 E. Kennedy Blvd.
Oviedo, FL 32765-5104               Dayton, OH 45414                  Suite 600
                                                                      Tampa, FL 33602-5819


Tenshi Leasing                      Titanium Technologies
2875 S. Orange Ave.                 2875 S. Orange Ave.
Suite 500 PMB 1810                  Suite 500 PMB 1810
Orlando, FL 32806-5455              Orlando, FL 32806-5455
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Mark J. Bernet                   End of Label Matrix
no city                             Mailable recipients    22
no state                            Bypassed recipients     1
                                    Total                  23
```