## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO.  6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.**                    CHAPTER 11

              **Debtor.**

_____/

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the **VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL *NUNC PRO TUNC* TO MAY 27, 2008,** has been furnished by electronic mail and/or U.S. First Class, postage prepaid mail to:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; J. Russell Campbell, Esq., Balch & Bingham, LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642; to the Local Rule 1007-1 list, as noted on the matrix attached to the original of this application filed with the Court; and the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 8th day of September 2008.

                              /s/ Jimmy D. Parrish
                              Jimmy D. Parrish
                              Florida Bar No.:  526401
                              **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                              390 N. Orange Ave., Suite 600
                              Orlando, Florida  32801
                              Tel: 407-481-5800
                              Fax: 407-481-5801
                              Attorneys for Mirabilis Ventures, Inc.

abel Matrix for local noticing
13A-6
ase 6:08-bk-04327-KSJ
iddle District of Florida
rlando
on Sep  8 16:30:49 EDT 2008

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

NA Tax Management
435 Key West Ave.
ockville, MD 20850-3339

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

irst Commercial Ins. Corp.
900 N.W. 155th Street
uite 201
iami Lakes, FL 33016-5844

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

ilbert Weisman
/o Becket and Lee LLP
OB 3001
alvern PA 19355-0701

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

ackson Lewis
ttn:Anne Krupman
ne North Broadway
hite Plains, NY 10601-2310

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
P.O. Box 231
Orlando, Florida 32802-0231

John Burcham
3415/A Bahia Drive
Ft. Lauderdale, FL 33316

enneth & Diane Hendricks
ne ABC Parkway
eloit, WI 53511-4466

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-7090

n Target Solutions
491 Woodley Park Place
viedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

enshi Leasing
875 S. Orange Ave.
uite 500 PMB 1810
rlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mark J. Bernet
o city
o state

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23