STATE OF FLORIDA                              CASE NOS. 6:08-bk-4327-KSJ
COUNTY OF ORANGE                                         6:08-bk-4328-KSJ
                                                         6:08-bk-4681-KSJ

## AFFIDAVIT

I, Steven McCabe, being duly sworn state the following:

1. I am a special agent with the Internal Revenue Service (IRS) and have been so employed for approximately 14 years.

2. I am one of two IRS special agents assigned to the investigation and prosecution of Frank L. Amodeo, and the investigation of several corporations and other individuals.

3. On May 14, 2008, prior to the institution of the instant case, was present at a meeting at the Office of the United States Trustee which included, among others, debtors counsel, Scott Shuker and Elizabeth Green; Assistant United States Attorneys I. Randall Gold and Nicole Andrejko; and Ken Meeker. Debtor's counsel explained that they had been hired by Frank L. Amodeo, the controlling person of debtor Mirabilis and the related debtors, and were considering whether to file a Chapter 11 bankruptcy for Mirabilis. They advised that the board of directors at that time, Jodi Jaiman, Shane Williams, and Jay Stollenwerk, would appoint another individual as the sole member of the board of directors and then resign. The new member of the board of directors would then appoint William Cuthill as president of Mirabilis. At that time, debtor's counsel stated that the sole reason for the filing of the bankruptcy in the instant case and related cases was to use the bankruptcy to continue civil litigation which, if settled or won, would provide funds for Frank Amodeo to pay the Internal Revenue Service



Steven McCabe Affidavit                                CASE NOS. 6:08-bk-4327-KSJ
                                                                 6:08-bk-4328-KSJ
                                                                 6:08-bk-4681-KSJ

some of the payroll taxes he owed the IRS. It was represented that the logic behind paying the IRS with the bankruptcy assets was to allow Amodeo to present this information to the sentencing judge in a potential criminal case against Amodeo, hopefully so that he could receive a more lenient sentence.

Further your Affiant sayeth not.

_____
Steven McCabe

Robin N. Shue
Commission # DD384831
Expires January 9, 2009
Bonded Troy Fain - Insurance, Inc. 800-385-7019

Sworn to and subscribed
before me this 22nd day
of September, 2008.

_____