UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                           CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                    CHAPTER 11

    **Debtor.**
_____/

## MOTION BY DEBTOR-IN-POSSESSION TO EXTEND EXCLUSIVITY PERIOD TO FILE A PLAN OF REORGANIZATION

**MIRABILIS VENTURES, INC.** ("MVI" or the "Debtor"), pursuant to 11 U.S.C. §1121(d), requests an order extending the Debtor's exclusivity period in connection with the filing of a Plan of Reorganization in this case and, in support thereof, states as follows:

1. On May 27, 2008 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). No trustee has been appointed. The Debtor continues to manage its affairs as a debtor-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334. Venue in this district is proper pursuant to 28 U.S.C. §1409. The statutory predicate for the relief sought herein is Bankruptcy Code section 1121(d).

3. Pursuant to 11 U.S.C. §1121(b), the debtor-in-possession has the exclusive right to file a Plan of Reorganization for 120 days after the Petition Date. Pursuant to 11 U.S.C. §1121(c), the 120-day period (the "Exclusivity Period") is extended to 180 days, if the debtor files a Plan of Reorganization within such 120-day period. The Court may, for cause, reduce or increase the 120-day period or the 180-day period pursuant to 11 U.S.C. §1121(d).

4. Since the Petition Date, the Debtor has focused its time and energy in dealing with numerous issues related to the nature and extent of its assets, analyzing various matters in litigation. In addition, the United States of America has filed a Motion to Stay the Bankruptcy proceeding ("Stay Motion") and the Debtor has agreed to perform no non-essential legal work until after the disposition of that motion.

5. After the disposition of the Stay Motion the Debtor will prepare the Plan of Reorganization.

6. The Debtor is seeking an extension of exclusivity for an additional sixty (60) days.

**WHEREFORE**, the Debtor respectfully requests this Court enter an order extending the Exclusivity Period to December 30, 2008, and if a plan is filed by this date, continued exclusivity until February 28, 2009, and for such other and further relief that the Court may deem just and proper.

**RESPECTFULLY SUBMITTED** this 24th day of September 2008.

/s/Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                             CHAPTER 11

          **Debtor.**
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of **MOTION BY DEBTOR-IN-POSSESSION TO EXTEND EXCLUSIVITY PERIOD TO FILE A PLAN OF REORGANIZATION** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; all creditors and parties-in-interest on the matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 24th day of September 2008.

                                              /s/ Elizabeth A. Green
                                              Elizabeth A. Green, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04327-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Sep 24 14:48:34 EDT 2008 | A Very Private Eye<br>4589 Southfield Ave.<br>Orlando, FL 32812-7751 | AQMI<br>P.O. Box 144515<br>Orlando, FL 32814-4515 |
| AQMI Strategy Corporation<br>2875 S Orange Ave #500<br>Orlando, FL 32806-5455 | Acquisitions & Entilement Group Inc<br>A & E<br>3161 Gatlin Dr<br>Rockledge, FL 32955-7018 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051-6240 |
| Alexander Walton<br>336 Blue Heron Drive<br>Winter Park, FL 32789-3511 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| American Express Travel Related Svcs Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Argent BD, LLC | Atlantic American Capital Group, LLC<br>c/o Bart R. Valdes, Esq.<br>609 W. Horatio St. Tampa, FL 33606 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850-3339 | Balch & Bingham LLP<br>Attn:  Russ Campbell Esq<br>1901 Sixth Ave N, Ste 1500<br>Birmingham, AL 35203-4642 | Kimberly Bartley<br>Waldron & Schneider LLP<br>15150 Middlebrook Drive<br>Houston, TX 77058-1226 |
| Berman Kean & Riguera PA<br>2101 West Commercial Blvd.<br>Suite 2800<br>Ft. Lauderdale, FL 33309-3070 | Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23219-3531 | Brandywine Grande C. LP<br>c/o Kevin J. Funk<br>POB 561<br>Richmond, VA 23218-0561 |
| Brian Fischer<br>17118 Gulf Pine Circle<br>Wellington, FL 33414-6357 | Brian Taylor<br>5 Deborah<br>Fanwood, NJ 07023-1114 | Bruce Carpenter<br>1020 Golf Valley Drive<br>Apopka, FL 32712-2568 |
| Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 | Centro Executive Offices<br>P.O. Box 4916<br>Orlando, FL 32802-4916 | Chad Walters<br>417 Langholm Drive<br>Winter Park, FL 32789-5252 |
| Charles McBurney<br>5550 St. Augustine Drive<br>Suite 105<br>Jacksonville, FL 32217-2847 | Charles Rahn<br>4589 Southfield Ave<br>Orlando, FL 32812-7751 | Christine Resler<br>1918 Lauderdale Street<br>Houston, TX 77030-4106 |
| Peter Collins<br>c/o David Simmons<br>P.O. Box 87<br>Orlando, FL 32802-0087 | Conrad Eigenmann<br>1050 Miller Drive<br>Altamonte Springs, FL 32701-7505 | Corporate Personnel Network<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |

Daniel Myers
3648 Crescent Park Blvd.
Orlando, FL 32812-3825

David Robinson
9152 Phillips Grove Terrace
Orlando, FL 32836-5058

Dean Armitage
12839 Daughtery Drive
Winter Garden, FL 34787-6515

Derek Roy
12713 Hensel Road
Huntley, IL 60142-9797

Diane Hendricks, Ind. & as PR of the Estate
c/o Charles A. Carlson, Esq.
Barnett Bolt Kirkwood Long & McBride
PO Box 3287
Tampa, Florida 33601-3287

Edith Curry
11916 Brookmeade Court
Glen Allen, VA 23059-5416

Elena L Escamilla
135 W Central Blvd., Suite 620
Orlando, FL 32801-2476

Fernando Simo
815 Lake Evalyn Drive
Celebration, FL 34747-4804

Fernando Simos
815 Lake Evalyn Drive
Celebration, FL 34747-4804

First Commercial Ins. Corp.
7900 N.W. 155th Street
Suite 201
Miami Lakes, FL 33016-5844

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Department of Revenue
c/o Don Kiester
POB 2299
Mango, FL 33550-2299

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frances-Ann Moran
1600 Parkwood Circle #300
Atlanta, GA 30339-2119

Frank Amodeo
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Frank Hailstones
734 Lake Biscayne Way
Orlando, FL 32824-4908

Frankie Buddy Winsett
402 N. Carolina Ave.
Palm Harbor, FL 34683-5473

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

George Sheldon
1955 Westpoint Circle
Orlando, FL 32835-8183

George Stuart
916 Valencia Ave.
Orlando, FL 32804-7030

George W. Eplin
1164 Citrus Oaks Run
Winter Springs, FL 32708-4800

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Gillio Development, Inc.
557 Caledonia Place
Sanford, FL 32771-6403

Gillo Development, Inc
c/o John A Yanchek
889 N Washington #B
Sarasota, FL 34236-4207

Glenn Thompson
520 Shadow Lane
Van Buren, AR 72956

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

I. Randall Gold
U. S. Attorney's Office
501 W. Church St.
Suite 300
Orlando, FL 32805-2281

Gordon Mike Adkins
5703 Red Bug Lake Rd.
#274
Winter Springs, FL 32708-4969

| | | |
|---|---|---|
| Elizabeth A Green<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801-1684 | Greg Nicoson<br>387 Hunters Blind Drive<br>Columbia, SC 29212-1651 | Hans Beyer<br>2514 W. Sunset Drive<br>Tampa, FL 33629-5339 |
| Horton (Woody) Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 |
| I-3 Media Group<br>1103 N Lake Destiny Rd.<br>Suite 302<br>Maitland, FL 32751 | Internal Revenue Service<br>850 Trafalgar Court Ste 200<br>Group 3300<br>Maitland, FL 32751-4153 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | James Pitts<br>Secure Solutions, LLC<br>1490 Swanson Drive, Suite 200<br>Oveido, FL 32765-5860 | James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, FL 32836-5939 |
| James Vandevere<br>8363 Via Verona<br>Orlando, FL 32836-7701 | Jason Carlson<br>13113 Hadley Cir N<br>White Bear Lake, MN 55110-6075 | Jay Stollenwerk<br>5009 Pelleport Ave.<br>Orlando, FL 32812-1124 |
| Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 | Jodi Jaiman<br>533 Tuten Trail<br>Orlando, FL 32828-8364 |
| John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 | Joseph Robinson<br>7317 Lismore Court<br>Orlando, FL 32835-6150 | Jill E Kelso<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Kevin Billings<br>541 Minnehaha Road<br>Maitland, FL 32751-4568 | Kevin Leonard<br>646 King Harold Court<br>Oviedo, FL 32765-9134 |
| Kevin Munroe<br>8466 Bay Meadow Court<br>Windermere, FL 34786-7800 | Kiran Chhaganlal<br>355 Twelve Oaks Drive<br>Winter Springs, FL 32708-6194 | Larry Childers<br>504 Briarcliff Pkwy<br>Kansas City, MO 64116-1668 |
| Larry Haber<br>131 Mesing Lane #305<br>Cocoa Beach, FL 32931-5618 | Lauire Andrea Consulting Srv<br>528 Myrtle Rd.<br>Naples, FL 34108-2657 | Laurie Andrea<br>528 Myrtle Road<br>Naples, FL 34108-2657 |

| | | |
|---|---|---|
| Laurie Holtz<br>1826 West 23rd Street<br>Sunset Island #3<br>Miami Beach, FL 33140-4521 | Lawrence Haber<br>1579 Lake Baldwin Lane<br>Orlando, FL 32814-6698 | Lawrence LaBelle<br>7737 Fox Knoll Place<br>Winter Park, FL 32792-9378 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LeClairRyan<br>c/o Christopher L. Perkins<br>951 East Byrd Street<br>Richmond, vA 23219-4040 | Leighton Allen Archer<br>983 Troon Trace<br>Winter Springs, FL 32708-4319 |
| LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 | LexisNexis,Div. of Reed Elsevier,Inc.<br>Attn: Beth Farnham<br>9443 Springboro Pike<br>Miamisburg, OH 45342-4425 | Mark J. Bernet Esq<br>200 S Orange Ave, Ste 2800<br>Orlando, FL 32801-3455 |
| Martin Flynn<br>1969 Alafaya #236<br>Orlando, FL 32828-8732 | Matthew Moore<br>137 Christine Drive<br>Satellite Beach, FL 32937-2243 | Matthew Porter<br>543 Margaret Court<br>Orlando, FL 32801-3806 |
| Michael A. O'Sullivan<br>6005 Johnson Ave<br>Bethesda, MD 20817-3434 | Michelle Hladky<br>1400 Margate Ave.<br>Orlando, FL 32803-2120 | Mike Dement<br>3222 Derby Lane<br>Williamsburg, VA 23185-1463 |
| Mirabilis Ventures, Inc<br>3660 Maguire Blvd<br>Suite 103<br>Orlando, FL 32803-3059 | Robert Moreyra<br>c/o David Simmons<br>P.o. Box 87<br>Orlando, FL 32802-0087 | Norman Bruce Walko<br>1135 Hillsboro Mile<br>Hillsboro Beach, FL 33062-1902 |
| Oliver Phipps<br>2970 Bridgehampton Lane<br>Orlando, FL 32812-5948 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 |
| Orange Cty Tax Collector<br>Attn: Earl K. Wood<br>PO Box 2551<br>Orlando, FL 32802-2551 | Parbatie Diana Kristona<br>1915 Tumblewater Blvd.<br>Ocoee, FL 34761-3350 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Paul Glover<br>1312 Winter Springs Blvd.<br>Winter Springs, FL 32708-3801 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Peter Anderson<br>33725 Terragona Drive<br>Soorento Lakes, FL 32776-6916 |
| Peter Michae Barbee<br>7343 River Country Drive<br>Weeki Wochee, FL 34607-2042 | Phillp Kaprow<br>1005 Antelope Trail<br>Winter Springs, FL 32708-4141 | Professional Benefits solutions, Inc<br>2875 S Orange Ave #500<br>Orlando, FL 32806-5455 |

| | | |
|---|---|---|
| Quasar<br>P.O. Box 4916<br>Orlando, FL 32802-4916 | Ramaroa Inguva<br>102 Gadwall Court<br>Harvest, AL 35749-7938 | Richard Berman<br>3400 Galt Ocean Drive<br>Unit 1602 South<br>Ft. Lauderdale, FL 33308-7000 |
| Richard Sams<br>2526 Mason Oaks Drive<br>Valrico, FL 33596-6497 | Robert Curry<br>4662 Middlebrook Road<br>Apt. J<br>Orlando, FL 32811-3097 | Robert E. Leib<br>1419 E Bywater Lane<br>Fox Point, WI 53217-2845 |
| Robert Konicki<br>23281 Water Circle<br>Boca Raton, FL 33486-8538 | Robert Moreyra<br>4001 Bayshore Blvd.<br>Tampa, FL 33611-1704 | Robert Pollack<br>8767 The Esplanade #36<br>Orlando, FL 32836-8782 |
| Robert S. Forman, P.A.<br>2101 West Commercial Blvd.<br>Suite 2800<br>Ft. Lauderdale, FL 33309-3070 | Ronald Wilbur<br>728 SE 23rd Street<br>Ocala, FL 34471-5306 | SEC<br>Branch of Reorganization<br>3475 Lenox Rd NE #1000<br>Atlanta, GA 30326-3235 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Scott Goldberg<br>2868 Monticello Place<br># 205<br>Orlando, FL 32835-2905 | Scott Wealing<br>1368 Countrywind Drive<br>Apopka, FL 32703-7474 |
| Sean Tucker Clancy<br>217 Settlers Row N<br>Ponte Vedra, FL 32082-3941 | Securities Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago IL 60604-2615 | Shane Cooper<br>351 Channelside Walkway<br>#4304<br>Tampa, FL 33602-6765 |
| Shane Williams<br>517 Heatheroak Cove<br>Altamonte Springs, FL 32714-5418 | SunTrust Bank<br>Attn: Bankruptcy/Legal Dept<br>200 S Orange Avenue<br>Orlando, FL 32801-3495 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tennessee Dept. of Labor & Workforce Develop<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Terry Carney<br>561 High Street<br>Petersburg, VA 23803-3859 |
| Tessah Ivey<br>5374 Majestic Oak Circle<br>St. Cloud, FL 34771-9647 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Tom Broadhead<br>11916 Brookmeade Court<br>Glen Allen, VA 23059-5416 |
| Tom J. Hancock<br>2511 Veranda Trace<br>Hokes Bluff, AL 35903 | Tracey Mertens<br>1120 Ansley Circle<br>Apt. #302<br>Apopka, FL 32703-2901 | UHY Advisors, Inc<br>12900 Hall Rd #500<br>Sterling Heights, MI 48313-1153<br>Attn: Marc Fisher |

| | | |
|---|---|---|
| United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Vance Felker<br>3 Eucalyptus Circle<br>Ormond Beach, FL 32176-3110 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Wellington Capital Group, Inc<br>2875 S Orange Ave #500<br>Orlando, FL 32806-5455 |
| William G, West, Chapter 7 Trustee<br>c/o Waldron & Schneider<br>15150 Middlebrook<br>Houston, TX 77058-1226 | William G. West, Ch 7 Trustee for the Est<br>of Southwest Doctors, Inc<br>c/o Marc Schneider/Kimberly Bartley<br>15150 Middlebrook Dr.<br>Houston, TX 77058-1226 | William G. West, Trustee for the Southwester<br>c/o Marc H. Schneider<br>Waldron & Schneider, LLP<br>15150 Middlebrook Drive<br>Houston, Texas 77058-1226 |
| William Reynolds<br>3521 Plumb Street<br>Houston, TX 77005-2927 | Woody (Horton) Johnson<br>3212 Northglenn Drive<br>Orlando, FL 32806 | Steven L Yoakam<br>320 Maitland Ave<br>Altamonte Springs, FL 32701-5417 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Argent BD Transition, LLC | (u)Argent BD, LLC<br>c/o Bart R. Valdes Esq. | (u)Argent Capital Advisors, LLC |
| (u)Bison Mortgage Corp. | (u)Briarcliff Village, LLC | (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)Dan Pietro<br>no city<br>no state | (u)Forge Capital Partners |

(d) Frank Hailstones
734 Lake Biscayne Way
Orlando, FL 32824-4908

(u) Karen S. Jennemann
Orlando

(u) Linda Duncan
no city
no state

(u) Mark J. Bernet
no city
no state

(d) Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
P.O. Box 231
Orlando, FL 32802-0231

(u) Richard E. Berman
no city
no state

(u) Solutions Funding, Inc.

End of Label Matrix
Mailable recipients   161
Bypassed recipients    16
Total                 177