**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    Case No. 6:08−bk−04327−KSJ
                                                                          Chapter 11

Mirabilis Ventures, Inc
3660 Maguire Blvd
Suite 103
Orlando, FL 32803

                    Debtor(s)            /

NOTICE OF DEFICIENT FILING

   THIS IS NOTICE that the pleading titled Addendum to Motion to Dismiss (Document No. 76 ) filed by I Randall Gold on September 29, 2008 , is deficient for the following reason(s):

   The paper referenced service to parties on a mailing matrix, but failed to attach a current mailing matrix obtained from the clerk's office.

   No action will be taken on this pleading until it conforms with the Local Rules or the Federal Rules of Bankruptcy Procedure, pursuant to Local Rule 9011−3.

PLEASE CURE THE ABOVE−STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*

        DATED on September 29, 2008 .

                                    FOR THE COURT
                                    Lee Ann Bennett, Clerk of Court
                                    135 West Central Boulevard Suite 950
                                    Orlando, FL 32801