

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

# PRO MEMO

Monday
September 29, 2008

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

| CASE NUMBER: 08-04327-6J1 | FILING DATE: 05/27/2008 (BAPCPA) | HEARING TIME: 09:30 A.M. |
| --- | --- | --- |

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL


HEARING:

1) MOTION BY THE UNITED STATES OF AMERICA TO INTERVENE AND STAY INSTANT CASE (DOC #48)

2) ORE TENUS MOTION BY DEBTOR TO USE THE SOUTHERN DISTRICT OF FLORIDA'S 2004 NOTICE PROCEDURES


APPEARANCES:

ELIZABETH GREEN: D'OR
JIMMY PARRISH: D'OR
WILLIAM CUTLER
ELENA ESCAMILLA: UST
KENNETH MEEKER: UST
RANDY GOLD: UNITED STATES
ANITA CREAM: UNITED STATES
STEPHEN MCCAIN: UNITED STATES
JILL KELSO: REICHEL
DAVID SIMMONS: FORD


RULING:

1) JOINT ORE TENUS MOTION TO CONTINUE HEARING IS GRANTED; MATTER CONTINUED TO 10/17/08 AT 9:30 A.M.: WITNESSES MUST BE AVAILABLE ON SHORT NOTICE; DOCUMENT REQUESTS BY 10/3/08 PRODUCTION OF DOCUMENTS BY 10/10/08 AND EXCHANGE EXHIBITS BY 10/15/08: ORDER BY COURT

2) WITHDRAWN (AOCNFNG)

P/M/R/S (DOC #57) SCHEDULED 9/30/08 AT 1:45 P.M. IS RESCHEDULED FOR 10/17/08 AT 9:30 A.M. (AOCNFNG)

MOTION TO DISMISS (DOC #71) SCHEDULED FOR 10/17/08 AT 9:30 A.M. (CASE MANAGER TO NOTICE)



## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

# PRO MEMO

Monday
September 29, 2008

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

CASE NUMBER: 08-04327-6J1       FILING DATE: 05/27/2008 (BAPCPA)       HEARING TIME: 09:30 A.M.

DEBTOR:MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

MOTION TO EXTEND EXCLUSIVITY PERIOD (DOC #73) SCHEDULED FOR 10/17/08 AT 9:30 A.M. (CASE
MANAGER TO NOTICE)