**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re**

**MIRABILIS VENTURES, INC.,**         **CASE NO. 6:08-bk-04327-KSJ**

        **Debtor.**         **CHAPTER 11**

_____/

**MIRABILIS VENTURES, INC.'S, AEM, INC's AND HOTH HOLDINGS LLC's WITNESS LIST FOR EVIDENTIARY HEARING ON THE UNITED STATES OF AMERICA'S MOTION TO DISMISS, MOTION TO STAY , AND DEBTOR-IN-POSSESSION'S EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY AND REQUEST FOR § 105 INJUNCTION**

**MIRABILIS VENTURES, INC. , AEM, INC. and HOTH HOLDINGS, LLC**

(collectively, the "Debtors"), by and through their undersigned attorneys, hereby submits their Witness List, and states as follows:

1. <u>R. W. Cuthill, Jr</u>.
   c/o Elizabeth A. Green, Esq.
   Latham, Shuker, Eden & Beaudine, LLP
   390 N. Orange Avenue, Suite 600
   Orlando, FL 32801

2. <u>R. Scott Shuker</u>
   c/o Elizabeth A. Green, Esq.
   Latham, Shuker, Eden & Beaudine, LLP
   390 N. Orange Avenue, Suite 600
   Orlando, FL 32801

3. <u>Kenneth Meeker</u>
   Assistant United States Trustee
   United States Trustee's Office
   135 W. Central Blvd
   Suite 600
   Orlando, Florida 32801

4. <u>Michael C. Maher</u>
   The Maher Law Firm
   631 W. Morse Blvd
   Winter Park, Florida

5. <u>Peter Collins</u>
   c/o David H Simmons, Esquire
   3332 N. Magnolia Ave
   Orlando , Florida 32801

6. <u>Robert Moreyra</u>
   c/o David H Simmons, Esquire
   3332 N. Magnolia Ave
   Orlando , Florida 32801

7. <u>All witnesses on United States of America's Witness Lists or any other parties' Witness List, without waiving any right to object to their testimony or having them testify</u>.

Respectfully submitted this 3rd day of October 2008.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
P.O. Box 3353 (32802-3353)
Orlando, FL 32801
Telephone: (407) 481-5808
Telefax: (407) 481-5801
Attorneys for Mirabilis Ventures, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re**

**MIRABILIS VENTURES, INC.,**          **CASE NO. 6:08-bk-04327-KSJ**

          **Debtor.**          **CHAPTER 11**

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of foregoing has been furnished by either electronic transmission, facsimile and/or U.S. Mail, postage prepaid to: I Randall Gold, Assistant United States Attorney, 501 West Church St., Suite 300, Orlando, FL 32805, this 3rd day of October 2008.

                                             /s/ Elizabeth A. Green
                                             Elizabeth A. Green, Esq.