UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: MIRABILIS VENTURES, INC.        Case No. 6:08-bk-04327-KSJ
In re: HOTH HOLDINGS LLC               Case No. 6:08-bk-04328-KSJ
In re: AEM, INC.                       Case No. 6:08-bk-04681-KSJ

                                                      X    Evidentiary
                                                      ___   Trial
                                                      ___   Other

Defendants.

**UNITED STATES' WITNESS LIST FOR EVIDENTIARY HEARING**

The United States of America, by and through its undersigned attorney, hereby submits its witness list for the evidentiary hearing presently scheduled for October 17, 2008.

1. Nicole Andrejko, Assistant United States Attorney

2. Debra Cole

3. Andy Denda

4. Tessah Ivey

5. Jodi Jaiman

6. Kenneth Meeker, Assistant United States Trustee

7. Steven McCabe, I.R.S. Special Agent

8. Michael Moecker

9. Daniel Myers

10. Jay Stollenwerk

11. All witnesses on Debtor's Witness List or any other parties' Witness List, without waiving any right to object to their testimony or having them testify.

>    Respectfully submitted,
>
>    ROBERT E. O'NEILL
>    United States Attorney
>
> By: ***I. Randall Gold***
>    Assistant United States Attorney
>    Deputy Chief, Orlando Division
>    Florida Bar Number 0268062
>    501 W. Church Street, Suite 300
>    Orlando, Florida 32805
>    Telephone:   407/648-7500
>    Facsimile:   407/648-7643
>    E-Mail:   randy.gold@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

All participants in the CM/ECF System

>    ***s/ I. Randall Gold***
>    I. Randall Gold
>    Assistant United States Attorney
>    Deputy Chief, Orlando Division
>    Florida Bar No. 268062
>    501 W. Church Street - Suite 300
>    Orlando, Florida 32805
>    Telephone:   (407) 648-7500
>    Facsimile:   (407) 648-7643
>    E-mail: randy.gold@usdoj.gov