UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: MIRABILIS VENTURES, INC.  Case No. 6:08-bk-04327-KSJ
In re: HOTH HOLDINGS LLC  Case No. 6:08-bk-04328-KSJ
In re: AEM, INC.  Case No. 6:08-bk-04681-KSJ

## UNITED STATES OF AMERICA'S REQUEST TO PRODUCE

The United States of America, by and through its undersigned counsel, pursuant to this Court's respective Orders Granting Ore Tenus Motion to Continue Hearing; Bankr. R. 7034; Bankr. R. 9014; and Fed. R. Civ. P. 34(a); hereby requests that the debtors, Mirabilis Ventures, Inc.; AEM, Inc.; and Hoth Holdings, LLC; produce as directed by the Court's Order Granting Ore Tenus Motion to Continue Hearing, at the office of the United States Attorney or at such time or place as might be mutually agreed upon by the attorneys prior to said date for the purposes of inspection and/or copying, the following items:

1. Any and all exhibits debtors intend to use at the evidentiary hearing presently set for October 17, 2008.

2. A current copy of the CVs of R.W. (Bill) Cuthill, Jr. and Michael Moecker.

3. A list of the litigation case in the last four years in which R.W. (Bill) Cuthill, Jr. and Michael Moecker have been involved. To the extent that the cases were in Bankruptcy Court and Mr. Cuthill or Mr. Moecker were trustees or receivers, a list reflecting the name of the attorney for the trustee or receiver and the amount of fees they received in those cases.

4. Any schedules prepared by R.W. (Bill) Cuthill, Jr. or Michael Moecker showing the flow of money to and from Mirabilis Ventures, Inc., including any of its subsidiaries, including but not limited to AEM, Inc. and Hoth Holdings LLC.

5. A list of all employees of Mirabilis Ventures, Inc., including any of its subsidiaries, including but not limited to AEM, Inc. and Hoth Holdings LLC.

6. Any and all documents representing e-mails, correspondence, and any other communication between Frank L. Amodeo and Liz Green and/or any member of the law firm of Lathan, Shuker, Eden & Beaudine.

7. Any documents which reflect a vote by the shareholders on Mr. Moecker's appointment as a director.

8. Any document which reflects that the shareholders were given 30 days notice of the proposed amended bylaws, along with any objections by shareholders.

9. Any document in support of any defense to the United States' Motion to Intervene and Stay.

10. Any document in support of any defense to the United States' Motion to Dismiss.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: **_I. Randall Gold_**
Assistant United States Attorney
Deputy Chief, Orlando Division
Florida Bar Number 0268062
501 W. Church Street, Suite 300
Orlando, Florida 32805
Telephone: 407/648-7500
Facsimile: 407/648-7643
E-Mail: randy.gold@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

All participants in the CM/ECF System

*s/ I. Randall Gold*
I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division
Florida Bar No. 268062
501 W. Church Street - Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: randy.gold@usdoj.gov