# Government Asset List

The properties subject to forfeiture in the pending criminal and/or civil forfeiture cases are:

(a) 614 Lake Avenue, Orlando, FL;

(b) 709 Euclid Avenue, Orlando, FL;

(c) 1159 Delaney Avenue, Orlando, FL;

(d) Proceeds from the sale of 509 Riverfront Parkway, Chattanooga, TN – Mirabilis Equity interest and unsecured claims of Mirabilis and its affiliates;

(e) 4905 Research Drive, Huntsville, AL;

(f) 102 West Whiting Street, Tampa, Florida;

(g) 2006 BMW 750Li, VIN #WBAHN8353GDT30059;

(h) 2006 Black Harley Davidson, VIN #1HD1BWB156Y077592;

(i) 2006 Mercedes Benz CLS 500C Coupe, VIN #WDDDJ75X46A032858;

(j) 2006 Mercedes Benz CLS 55AMG, VIN # WDDDJ76X66A055945;

(k) Gates Learjet Model 25D Aircraft No. 4488W;

(l) $253,487.45.00 in proceeds seized from the Trust Account of the law firm of Balch Bingham LLP;

(m) $101,393.86 in proceeds seized from the Trust Account of the law firm of Shutts & Bowen;

(n) $42,419.72 in proceeds seized from the Trust Account of the law firm of Mateer and Harbert;

(o) $100,000.00 in proceeds seized from the Trust Account of the law firm of Maher, Guily, Maher PA;

(p) $105,922.96 in proceeds seized from the Trust Account of the law firm of Martin, Pringle, Oliver, Wallace, & Baur LLP;

(q) $50,000 In proceeds seized from the Trust Account of the law firm of Bieser, Greer & Landis LLP;

(r) $8,518.30 in proceeds seized from the Trust Account of the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist PA;

(s) $25,000 in proceeds seized from the Trust Account of the law firm of Valenti, Hanley & Robinson PLLC;

Exhibit A

(t) $10,000 in proceeds seized from the Trust Account of the law firm of Brown, Stone, & Nimeroff LLC;

(u) $21,900 in proceeds seized from the Trust Account of the law firm of Hunt Rudd PA;

(v) $41,029.54 in proceeds seized from the Trust Account of the law firm of Ford & Harrison PA;

(w) $12,528.51 in proceeds seized from the Trust Account of the law firm of Broad & Cassel;

(x) $20,754.19 in proceeds seized from the Trust Account of the law firm of Latham, Shuker, Barker, Eden, & Beaudine LLC;

(y) $13,100.99 in proceeds seized from Fifth Third Bank Account No. 7440599020 in the Name of Soone Business Development;

(z) $37,629.16 in proceeds seized from the trust account of the law firm of Charles W. McBurney, Jr.;

(aa) A promissory note in the amount of $3,500,000.00 dated on or about May 7, 2007 between Wellington Capital and Worker's Temporary Staffing, Inc., including payments of $63,000.00 per month;

(bb) All payments due under the promissory note in the amount of $5,500,000.00 dated May 27, 2007 between Mirabilis Ventures, Inc. and Conrad D. Eigenmann, Jr. after the January 2009 payment;

(cc) The assets of the following corporations, including but not limited to the below listed lawsuits and/or settlements:

Anthony T. Sullivan v. AQMI Strategy (07-CA-0015981-0);
Michael Mapes, et al. v. Wellington Capital Group, Inc.(8:07cv77);
Dutko Global Advisors LLC v. AQMI Strategy Corporation (48-2007-CA-018164-0);
Providence Property & Casualty Insurance Co, et al. v. Paradyme, Inc., d/b/a Presidion Solutions VI (4:07-CV-202)
Presidion Corporation v. Arrow Creek, Inc., et al. (50-2006-CA-0014170)

Corporations:

AQMI Strategy Corporation,
Nexia Strategy Corporation,
Presidion Solutions, Inc.,
Professional Benefit Solutions, Inc.,
  d/b/a Presidion Solutions VII, Inc.
Quantum Delta Enterprises, Inc.,
   d/b/a Siren Resources, Inc.,
      Titanium Technologies, Inc.,
  f/k/a Titanium Consulting Services, Inc.,
Tenshi Leasing, Inc.
Wellington Capital Group, Inc.

Exhibit A