## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                         CHAPTER 11

                Debtor.

_____/

## FIRST INTERIM APPLICATION OF STEVEN L. YOAKUM
## AND STEVEN L. YOAKUM, PA, FOR AWARD OF FEES i/a/o $22,678.50

**MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf Steven Yoakum

and Steven L. Yoakum, PA ("Applicant"), forensic accountants for Debtor, their first interim

application ("First Interim Application") for award of compensation for services in the amount of

$22,678.50 for the period commencing June 4, 2008 through September 30, 2008 ("Application

Period"), and, in support thereof, states:

1.      On May 27, 2008, Debtor filed a voluntary petition for reorganization under

Chapter 11 of the Bankruptcy Code ("Petition Date").  No trustee has been appointed, and the

Debtor is administering this case as debtor-in-possession

2.      On June 30, 2008, this Court entered an order granting Debtor's application to

retain Applicant to provide forensic accounting services for the Debtor (Doc No. 33).

3.      Debtor agreed to pay Applicant a reasonable fee to be determined by the Court

based upon the actual services rendered and the other criteria used by the Court in setting such

fees.

4.      No advance retainer has been paid.

5.     The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve extensive review and research of documents and computer files held by the U. S. Attorney's office and relating to Debtor's business.

6.     Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

7.     Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

8.     In considering the foregoing criteria in this case, several matters should be noted:

a.     Applicant is comprised of established and experienced certified public accounts.  Applicant has extensive experience in providing forensic accounting services; and

b.     The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

9.     Attached as **Exhibit B** is the affidavit of Steven Yoakum in support of this First Interim Application.

10.    The total compensation requested by Applicant for the First Interim Application Period is $22,678.50.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded interim compensation for services in the amount of $22,678.50 for the Application Period as part of the

fees and expenses of administration of the Mirabilis Ventures, Inc Chapter 11 estate from June 4, 2008 through September 30, 2008.

      **RESPECTFULLY SUBMITTED** this 1st day of December 2008.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600546
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

U:\BKRY\MIRABILIS\PLDG\FEE APP-YOAKUM #1.DOC

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                  CHAPTER 11

                Debtor.

_____/

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the **FIRST INTERIM APPLICATION OF YOAKUM CONSULTING FOR AWARD OF FEES i/a/o $22,678.50,** together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Steven Yoakum, Yoakum Consulting, 320 Maitland Avenue, Altamonte Springs, FL 32701; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 1st day of December 2008.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire

U:\BKRY\MIRABILIS\PLDG\FEE APP-YOAKUM #1.DOC

**MIRABILIS VENTURES, INC.**
**CASE NO. 6:08-bk-04327-KSJ**

**EXHIBIT A**

**EXHIBIT A**

U:\BKRY\MIRABILIS\PLDG\FEE APP-YOAKUM #1.DOC

# Yoakum Consulting
## CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

July 15, 2008                                                  Invoice # 080799

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:    United States Bankruptcy Court, Middle District of FL.
       Mirabilis Ventures, Inc. Debtor
       Case No. 6:08-bk-04327-KSJ
       Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
June 04, 2008 (the start of our services) to June 30, 2008 associated with the above referenced
Bankruptcy Case:

|                          | Hours  | Rate      |    |          |
|--------------------------|--------|-----------|----|----------|
| Steven L. Yoakum, CPA    | 44.60  | $195.00   | $  | 8,697.00 |
| Senior Accountant        | none   | $115.00   | $  | none     |
| Staff Accountant         | none   | $ 85.00   | $  | none     |
|                          |        |           |    |          |
| SUBTOTAL                 |        | =         | $  | 8,697.00 |
|                          |        |           |    |          |
| Expenses (None)          |        | =         |    | none     |
|                          |        |           |    |          |
| **NET AMOUNT DUE**       |        | =         | **$** | **8,697.00** |

Please make your check payable to Yoakum Consulting (FIN 59-3554391) and remit to the
above address.

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA

R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

| June 04, 2008 | 1.40 |
|---|---|

Initial meeting with Cuthill to discuss the overall Mirabilis Bankruptcy Issues.
Review selected documents and discuss analysis to be performed.

| June 17, 2008 | 8.30 |
|---|---|

Prior to arrival at Mirabilis warehouse, review notes and documents.
At Mirabilis warehouse, meet with Cuthill to review files and computer records.
Begin set up of cash flow analysis of Mirabilis Ventures, Inc. transactions.
Review computer Quick Book files related to Mirabilis Ventures financial transactions.
At office, print current analysis and review posted transactions.

| June 18, 2008 | 8.30 |
|---|---|

Prior to arrival at Mirabilis warehouse, review documents provided by Cuthill.
At Mirabilis warehouse, continued cash flow analysis of Mirabilis Ventures, Inc. transactions.
Continue review computer Quick Book files related to Mirabilis Ventures financial transactions.

| June 24, 2008 | 9.50 |
|---|---|

Prior to arrival at Mirabilis warehouse, read documents.
At Mirabilis warehouse, continue analysis of sources and uses of funds.
Begin review and analysis of Due To and Due From accounts.
Discuss issues with Cuthill.
Research tax 1120 liability issue.
Recap the bank accounts and general ledger account numbers.
Prepare recap and listing of the Equity Investment account transactions.
Back at office, set up in excel the general ledger accounts, then sort to identify all investment and related company due to/due from accounts.

| June 25, 2008 | 8.50 |
|---|---|

Prior to arrival at Mirabilis warehouse, print out analysis completed to date.
At Mirabilis warehouse, read documents while waiting on B Lynch.
Continue cash flow analysis of Mirabilis Ventures, Inc. transactions.
Continue identification of Investments in other companies from Mirabilis Ventures.
Reconcile current chart of accounts to investment listing prepared by others.
Verify and match amounts in the due to and due from accounts.
Continue review computer Quick Book files related to Mirabilis Ventures financial transactions.

| June 26, 2008 | 4.80 |
|---|---|

At Mirabilis warehouse, continued cash flow analysis of Mirabilis Ventures, Inc. transactions.
Continue review computer Quick Book files related to Mirabilis Ventures financial transactions.
Discuss computer issues with B Lynch.

## TIME SUMMARY FOR STEVEN L. YOAKUM, CPA
R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

June 27, 2008                                                                                    .90
Telephone discussion with B Lynch related to computer files and issues.
Follow up call and discussion with Cuthill.

June 30, 2008                                                                                   2.90
At Warehouse, pick up computer (clone) and review information with B Lynch.
Discuss operation of computer with B Lynch.

**TOTAL HOURS FOR THIS PERIOD for Steven L. Yoakum, CPA**          **44.60**

# Yoakum Consulting
### CERTIFIED PUBLIC ACCOUNTANTS

---

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

---

August 5, 2008

Invoice # 080899

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:   United States Bankruptcy Court, Middle District of FL.
      Mirabilis Ventures, Inc. Debtor
      Case No. 6:08-bk-04327-KSJ
      Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from July 01, 2008 (our prior billing) to July 31, 2008 associated with the above referenced Bankruptcy Case:

|  | Hours | Rate |  |  |
|---|---|---|---|---|
| Steven L. Yoakum, CPA | 14.40 | $195.00 | $ | 2,808.00 |
| Senior Accountant | none | $115.00 | $ | none |
| Staff Accountant | none | $ 85.00 | $ | none |
| SUBTOTAL |  | = | $ | 2,808.00 |
| Expenses (None) |  | = |  | none |
| **NET AMOUNT DUE** |  | = | **$** | **2,808.00** |

Please make your check payable to Yoakum Consulting (FIN 59-3554391) and remit to the above address.

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA

R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

| July 01, 2008 | 2.10 |
|---|---|

Meet with RWC.  Load software and review data.
Reconcile Quick Book data disks.

| July 08, 2008 | 1.60 |
|---|---|

Verify selected transactions and research quick book entities.

| July 10, 2008 | .30 |
|---|---|

Make inquiry related to recent Court Order and obtain clarification from Attorney.

| July 18, 2008 | 2.20 |
|---|---|

Continue analysis of Mirabilis accounts and transactions.
Continue cash flow analysis.
Review information sent from RWC.

| July 22, 2008 | 4.50 |
|---|---|

Continue analysis of Mirabilis accounts and transactions.
Continue cash flow analysis.

| July 23, 2008 | 3.70 |
|---|---|

Continue analysis of Mirabilis accounts and transactions.
Continue cash flow analysis.


**TOTAL HOURS FOR THIS PERIOD for Steven L. Yoakum, CPA**          **14.40**

# Yoakum Consulting
### CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

September 8, 2008                                             Invoice # 080997

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:    United States Bankruptcy Court, Middle District of FL.
       Mirabilis Ventures, Inc. Debtor
       Case No. 6:08-bk-04327-KSJ
       Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from August 01, 2008 (our prior billing) to August 31, 2008 associated with the above referenced Bankruptcy Case:

|                        | Hours  | Rate      |              |
|------------------------|--------|-----------|--------------|
| Steven L. Yoakum, CPA  | 57.30  | $195.00   | $ 11,173.50  |
| Senior Accountant      | none   | $115.00   | $    none    |
| Staff Accountant       | none   | $ 85.00   | $    none    |
|                        |        |           |              |
| SUBTOTAL               |        | =         | $ 11,173.50  |
|                        |        |           |              |
| Expenses (None)        |        | =         |      none     |
|                        |        |           |              |
| **NET AMOUNT DUE**     |        | =         | **$ 11,173.50** |

Please make your check payable to Yoakum Consulting (FIN 59-3554391) and remit to the above address.

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA

R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

**August 01, 2008**     <u>6.60</u>

Review of the chart of accounts and overview of assets and liabilities.
Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Due to/from GMOFF, Inc.
- Due from Stratis

**August 04, 2008**     <u>3.10</u>

Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Due from Tri Trust Partnership

**August 05, 2008**     <u>6.30</u>

Test adjustment entries made to date.  Recap entries in excel.
Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Related party due from Wellington Capital
- Related Party -- Universal Analytic Treas.
- Due from Trafagar

**August 06, 2008**     <u>7.90</u>

Verify posting and print preliminary analysis for meeting.
Recap open items and balance of transaction to be reviewed.
Meet with RWC to discuss status and review selected transactions.

**August 07, 2008**     <u>4.20</u>

Briefly review indictment issued.
Print updated chart of accounts with all closed accounts listed.
Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Due from Teknovation

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA

R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

CONTINUED:

| August 14, 2008 | 3.10 |
|---|---|

Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Due from Kevin Monroe
- Due to AQMI Strategy

| August 18, 2008 | 8.50 |
|---|---|

Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Due From AQMI Strategy
- Due from Titanium Tech
- Note Receivable Comercia

| August 20, 2008 | 3.70 |
|---|---|

Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Note Receivable PBS
- Due from Fireflys

| August 21, 2008 | 1.80 |
|---|---|

Print analysis and tie out to the general ledger totals for accounts completed.

| August 22, 2008 | 3.90 |
|---|---|

Briefly review the "United States' Motion To Intervene and Stay Instant Case".
Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Due from Provima
- Due from Tenshi Leasing
- Due from Presidion

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA
R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

CONTINUED

August 28, 2008                                                                                          8.20
Continue analysis of Mirabilis quick book accounts and transactions.
Continue cash flow analysis of financial transactions.
Review & post accounts with cash only transaction and adjust others including:
- Due from DigitEyes, Inc.
- Due from Payroll Concepts
- Due from Desert Valley Aviation
- Due from Tactical
- Land and Buildings

**TOTAL HOURS FOR THIS PERIOD for Steven L. Yoakum, CPA**            <u>**57.30**</u>

# Yoakum Consulting
## CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

October 13, 2008                                        Invoice # 081088

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:    United States Bankruptcy Court, Middle District of FL.
       Mirabilis Ventures, Inc. Debtor
       Case No. 6:08-bk-04327-KSJ
       Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
September 01, 2008 (our prior billing) to September 30, 2008 associated with the above
referenced Bankruptcy Case:

| | Hours | Rate | | |
|---|---|---|---|---|
| Steven L. Yoakum, CPA | none | $195.00 | $ | none |
| Senior Accountant | none | $115.00 | $ | none |
| Staff Accountant | none | $ 85.00 | $ | none |
| | | | | |
| SUBTOTAL | | = | $ | NONE |
| | | | | |
| Expenses (None) | | = | | none |
| | | | | |
| **NET AMOUNT DUE** | | = | **$** | **NONE\*** |

Please make your check payable to Yoakum Consulting (FIN 59-3554391) and remit to the
above address.

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

---

\* Note – All services (analysis) is on hold per RWC's notice to cease any work until after an upcoming  hearing
related to the US Attorney's office filing of a motion to stay the case.

**MIRABILIS VENTURES, INC.**
**CASE NO. 6:08-bk-04327-KSJ**


**EXHIBIT B**


**EXHIBIT B**

6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                        CHAPTER 11

                Debtor.

_____/

AFFIDAVIT IN SUPPORT OF FIRST INTERIM APPLICATION OF YOAKUM
CONSULTING FOR AWARD OF COMPENSATION FOR SERVICES i/a/o $22,678.50

STATE OF FLORIDA        )
                        )
COUNTY OF Seminole      )

**BEFORE ME**, the undersigned authority, personally appeared Steven Yoakum, who,

being duly sworn, deposes and says:

1.      I am a shareholder with Yoakum Consulting, a Florida professional association

engaged in providing forensic accounting services, and, in that capacity, have control over the

books and records of Yoakum Consulting relating to the matter set forth herein, which books and

records are kept and maintained by Yoakum Consulting in the ordinary course of its business. I

make this affidavit based upon personal knowledge of the matters set forth herein.

2.      I am the billing and responsible officer assigned by Yoakum Consulting to

provided services to the Debtor.

3.      I have reviewed Yoakum Consulting's First Interim Application for Award of

Compensation for Services i/a/o $22,678.50 filed concurrent herewith, and all attachments

accurately reflect the time and expenses of Yoakum Consulting for the periods set forth herein

for services provided to the Debtor.

1

F:\HKRY\MIRABILIS\PLDG\FEE APP-YOAKUM #1.DOC

4.    I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
STEVEN YOAKUM

STATE OF FLORIDA        )
COUNTY OF Seminole )

Sworn to and subscribed before me this **25** day of **November** 2008, by **Steven**

**Yoakum**, [    ] who is personally known to me, or [ ✓ ] who did provide as identification _____

Drivers License_____.

NOTARY PUBLIC-STATE OF FLORIDA
Angela Brooks
Commission # DD501290
Expires: DEC. 21, 2009
Bonded Thru Atlantic Bonding Co., Inc.

_____
Signature of Person Taking Acknowledgment
Print Name: Angela Brooks
Title: Notary Public
Serial No. (if any) DD501290
Commission Expires: Dec 21, 09

[NOTARY SEAL]

2

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Mon Dec  1 14:17:02 EST 2008

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

First Commercial Ins. Corp.
7900 N.W. 155th Street
Suite 201
Miami Lakes, FL 33016-5844

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

John Burcham
3415/A Bahia Drive
Ft. Lauderdale, FL 33316

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-7090

Mirabilis Ventures, Inc
3660 Maguire Blvd
Suite 103
Orlando, FL 32803-3059

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc | (u)Mark J. Bernet | End of Label Matrix |
| c/o David T. Ward | no city | Mailable recipients    27 |
| 15615 Alton Pkwy #175 | no state | Bypassed recipients     2 |
| Irvine, CA 92618-7303 | | Total                  29 |