FILED

JAN - 6 2009

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,   CASE NO. 6:08-bk-04327-KSJ

Debtor

### NOTICE OF APPEARANCE, REQUEST
### FOR NOTICE, AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned appears pro se for Frank L. Amodeo (the "Creditor"), a party-in-interest, and pursuant to, *inter alia,* Fed. R. Bankr. P. 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the Creditor with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after *de novo* review by a district judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or electronic service on the 27th day of June, 2008, to the following:

Debtor: Mirabilis Ventures, Inc., 3660 Maguire Blvd., Suite 103, Orlando, FL 32803;

Debtor's Attorney: Elizabeth A. Green, Esquire and Jimmy D. Parrish, Esquire, Latham Shuker Eden & Beaudine LLP, 390 North Orange Avenue, Suite 600, Orlando, FL 32801;

Office of the U.S. Trustee: Elena L. Escamilla, Esquire, 135 W. Central Blvd., Suite 620, Orlando, FL 32806.

All entities so designated on Exhibit "A" attached.

Respectfully submitted,

Frank L. Amodeo
2875 South Orange Avenue
Suite 500 – PMB 1810
Orlando, FL 32806
(321) 230-6189

## EXHIBIT A

Atlantic American Capital Group, LLC
c/o Bart R. Valdes, Esquire
609 West Horatio Street
Tampa, FL 33606

Balch & Bingham LLP
Attn: Russ Campbell, Esquire
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
P. O. Box 231
Orlando, FL 32802-0231