## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**                                         **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES,INC.,**              **CHAPTER 11**

**Debtor.**

_____/

## FIRST INTERIM APPLICATION OF RUSSELL R. BALDWIN AND THE ACCOUNTING FIRM OF BALDWIN & CO, PA, FOR AWARD OF FEES i/a/o $6,712.50 AND REIMBURSEMENT OF EXPENSES i/a/o $160.71

**MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf Russell R.

Baldwin and the accounting firm of Baldwin & Company, PA ("Applicant"), accountants for

Debtor, their first interim application ("First Interim Application") for award of compensation for

services in the amount of $6,712.50, and reimbursement of actual expenses in the amount of

$160.71 for the period commencing June 10, 2008 through September 30, 2008 ("Application

Period") for a total award sought of $6,873.21, and states:

1.      On May 27, 2008, Debtor filed a voluntary petition for reorganization under

Chapter 11 of the Bankruptcy Code ("Petition Date").  No trustee has been appointed, and the

Debtor is administering this case as debtor-in-possession

2.      On November 11, 2008, this Court entered an order granting Debtor's application

to retain Applicant to provide accounting services, including tax return preparation, for the

Debtor (Doc No. 102).

3.      Debtor agreed to pay Applicant a reasonable fee to be determined by the Court

based upon the actual services rendered and the other criteria used by the Court in setting such

fees.

4.     No advance retainer has been paid.

5.     The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve general accounting and tax-related services as required by Debtor.

6.     Attached hereto as **<u>Exhibit A</u>** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

7.     Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

8.     In considering the foregoing criteria in this case, several matters should be noted:

a.     Applicant is comprised of established and experienced certified public accounts.  Applicant has extensive experience in handling accounting and tax services matters; and

b.     The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

9.     Applicant also requests approval of the reimbursement of actual expenses in the amount of $160.71, as more particularly described in **<u>Exhibit A</u>**.

10.     Attached as **<u>Exhibit B</u>** is the affidavit of Russell Baldwin in support of this Interim Application.

11.    The total interim compensation and reimbursement of expenses requested by Applicant for the First Interim Application Period is $6,873.21.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded interim compensation for services in the amount of $6,712.50 and reimbursement of actual expenses in the amount of $160.71 for a total award for the Application Period of $6,873.21 as part of the fees and expenses of administration of the Mirabilis Ventures, Inc Chapter 11 estate from June 10, 2008 through September 30, 2008.

**RESPECTFULLY SUBMITTED** this 14th day of January 2009.

/s/ Jimmy D. Parrish
Jimmy D. Parrish
Florida Bar No. 526401
Elizabeth A. Green
Florida Bar No. 0600546
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida  32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                           CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES,INC.,**                      CHAPTER 11

Debtor.
_____/

### Certificate of Service

**I HEREBY CERTIFY** that a true copy of the FIRST INTERIM APPLICATION OF
BALDWIN & COMPANY, PA, FOR AWARD OF FEES i/a/o $6,712.50 AND
REIMBURSEMENT OF EXPENSES i/a/o $160.71, together with all exhibits, has been
furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: Mirabilis
Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland,
Florida 32751; Russell R. Baldwin, Baldwin & Co., PA, 2185 North Park Avenue, Winter Park,
FL 32789; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United
States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 14th of January 2009.


/s/ Jimmy D. Parrish
Jimmy D. Parrish, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Wed Jan 14 15:10:51 EST 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
PO Box 533983
Orlando, FL 32853 3983

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
7900 N.W. 155th Street
Suite 201
Miami Lakes, FL 33016-5844

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

John Burcham
3415/A Bahia Drive
Ft. Lauderdale, FL 33316

Jill E Kelso
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-7090

Mirabilis Ventures, Inc
3660 Maguire Blvd
Suite 103
Orlando, FL 32803-3059

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414


Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455


Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609


David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43

**EXHIBIT A**

**EXHIBIT A**

# *Baldwin & Company, P.A.*

*2185 N Park Avenue*
*Winter Park, FL  32789*
*407-628-2761*

*Mirabilis Ventures, Inc.*
*c/o R.W. (Bill) Cuthill, Jr. President*
*341 N Maitland Avenue, Suite 210*
*Maitland, FL  32751*

*Invoice No. 11226*
*Date          7/21/2008*
*Client No. MIRVEN10*

Accounting services for the months of June and July 2008

|  |  |  |
|---|---|---|
| Current Billing | $ | 3,035.00 |
| Prior Balance |  | 0.00 |
| Total Balance Due | $ | 3,035.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 3,035.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,035.00 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

Jul 18, 2008          1:54:36 PM

Baldwin & Company, P.A.

Page: 2

# Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-7/18/2008

| | Eng Fee | FYE | WIP | Progress | Net WIP | A/R Balance |
|---|---|---|---|---|---|---|
| | 0.00 | Dec | 3035.00 | 0.00 | 3035.00 | 0.00 |

**Client Code: MIRVEN10**
Mirabilis Ventures, Inc. (0)

**WIP - Mirabilis Ventures, Inc. (0) -**

| | | | | Date | Provider | Memo | WIP | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| WIP - Mira | CONS | BFSVC | 31100 General | 6/10/2008 | Gartner | set up, meet w/ bill & take notes | 3035.00 | 100.00 | 1.50 | 150.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 6/11/2008 | Gartner | notes, setup files | | 100.00 | 0.25 | 25.00 |
| WIP - Mira | CONS | BFSVC | 31120 Conference | 6/12/2008 | Baldwin | regarding form 2014 signing | | 190.00 | 1.00 | 190.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 6/17/2008 | Gartner | 05/08 DIP Mo Oper Rept | | 100.00 | 1.00 | 100.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 6/23/2008 | Gartner | tele conf w/Bill re: qb, etc | | 100.00 | 0.25 | 25.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 6/25/2008 | Gartner | meet with bill, load qb solution 7.0, review bs & pl of both qb files, enter pre-petition a/p | | 100.00 | 2.25 | 225.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 6/26/2008 | Gartner | compare mvi liquated entries w/mvi entries | | 100.00 | 4.25 | 425.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 6/27/2008 | Gartner | input mvi liquidated activity into mvi | | 100.00 | 0.25 | 25.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 6/30/2008 | Gartner | input mvi liquidated qb entries into mvi qd database | | 100.00 | 2.00 | 200.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 7/10/2008 | Gartner | record journal entries for equity investments | | 100.00 | 2.00 | 200.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 7/11/2008 | Gartner | meet with Bill (including AEM & Hoth), record entries for equity investments and clean up cash accounts | | 100.00 | 3.00 | 300.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 7/12/2008 | Gartner | set up files, make to do list, backed up qb to my d drive | | 100.00 | 1.00 | 100.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 7/15/2008 | Gartner | prepare amort schs for n/r, ordered checks & record a/p | | 100.00 | 1.75 | 175.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 7/16/2008 | Gartner | record deposits, reconcile bank stmts for May & June 2008, did journal entry to correct FA, enter cm to record settlements pd to vendors, MOR reports and checked order status for checks | | 100.00 | 4.50 | 450.00 |
| WIP - Mira | CONS | BFSVC | 31100 General | 7/17/2008 | Gartner | finish up MOR for 05/08 & 06/08 | | 100.00 | 3.50 | 350.00 |
| | | | | | | **BFSVC Totals:** | | | 28.50 | 2940.00 |
| | | | | | | **CONSL Totals:** | | | 28.50 | 2940.00 |
| WIP - Mira | TAX | 1120C | 24180 Research | 7/14/2008 | Baldwin | regarding NOL carry back | | 190.00 | 0.50 | 95.00 |

3035

# Baldwin & Company, P.A.

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

*Mirabilis Ventures, Inc.*
*c/o R.W. (Bill) Cuthill, Jr. President*
*341 N Maitland Avenue, Suite 210*
*Maitland, FL 32751*

*Invoice No. 11304*
*Date        9/15/2008*
*Client No. MIRVEN10*

---

For accounting services for the month of August 2008          $    1,215.00

Check order, postage & FedEx                                                    158.61

Current Billing          $    1,373.61

Prior Balance                 3,035.00

Total Balance Due          $    4,408.61

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,373.61 | 3,035.00 | 0.00 | 0.00 | 0.00 | 4,408.61 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

# Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-9/15/2008

**Client Code: MIRVEN10**
Mirabilis Ventures, In
Eng Fee:0.00          FYE:Dec          WIP: $1373.61          Progress: $0.00          Net: $1373.61          AR: $3035.00

| WIP - Mirabilis Ventures, Inc. (0) - | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - Mira | CONS | BFSVC | 31100 General review mail & emails | Gartner | 8/4/2008 | 100.00 | 0.25 | 25.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General record ap, write cks, reveiw due/to AEM & retianer for Balch | Gartner | 8/5/2008 | 100.00 | 1.25 | 125.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General meet w/Bill, reconcile bank acct, scan stmt for MOR, record je's from bill, update "Due to AEM" | Gartner | 8/6/2008 | 100.00 | 2.25 | 225.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General compare due to aem w/aem's qb data | Gartner | 8/7/2008 | 100.00 | 1.75 | 175.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General p/u mail | Gartner | 8/11/2008 | 100.00 | 0.75 | 75.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General | Gartner | 8/12/2008 | 100.00 | 0.50 | 50.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General re:due to AEM & mor for 07/08 | Gartner | 8/13/2008 | 100.00 | 1.75 | 175.00 | |
| WIP - Mira | CONS | BFSVC | 31340 Supervision/Review July | Baldwin | 8/14/2008 | 190.00 | 1.00 | 190.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General mor 07/08 | Gartner | 8/19/2008 | 100.00 | 0.25 | 25.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General pickup mail & take to FedEx | Gartner | 8/20/2008 | 100.00 | 0.75 | 75.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General pickup mail & take to FedEx | Gartner | 8/28/2008 | 100.00 | 0.75 | 75.00 | |
| | | | **BFSVC Totals:** | | | | **11.25** | **1215.00** | |
| | | | **CONSL Totals:** | | | | **11.25** | **1215.00** | |
| WIP - Mira | EXP | Exp | 81680 Other Expense Check order from RapidForms (order #201140582) | Gartner | 8/5/2008 | | | 100.00 | |
| WIP - Mira | EXP | Exp | 81620 Postage for 3 pieces | Gartner | 8/6/2008 | | | 1.26 | |
| WIP - Mira | EXP | Exp | 81620 Postage fed ex to bill | Gartner | 8/12/2008 | | | 18.18 | |
| WIP - Mira | EXP | Exp | 81620 Postage FedEx Pak to Bill in NC | Gartner | 8/20/2008 | | | 18.59 | |
| WIP - Mira | EXP | Exp | 81620 Postage 2 packages | Gartner | 8/28/2008 | | | 20.58 | |
| | | | **Exp Totals:** | | | | **0.00** | **158.61** | |
| | | | **EXP Totals:** | | | | **0.00** | **158.61** | |
| | | | **WIP - Mirabilis Ventures, Inc. (0) - Totals:** | | | | **11.25** | **1373.61** | |
| | | | **MIRVEN10 Totals:** | | | | **11.25** | **1373.61** | |

| Account Report | | |
|---|---|---|
| **Account No.:** | 3 | PB3586136 |
| **Account Name:** | MIRABILIS | AUG 6 2008 |
| **Pieces:** | 3 | 11:23A |
| **Postage:** | $01.260 | |

VPM  8/6/08

**FedEx** *US Airbill* Express

Tracking Number: 8643 6078 3804

Sender's Copy

**1 From** *Please print and press hard.*

Date 8/12/08

Sender's FedEx Account Number: 110806099 — SENDER USE ACCOUNT NUMBER ONLY

Sender's Name: Marian Gartner    Phone (407) 628-2761

Company: Baldwin + Co1

Address: 2185 N. Park Ave

City: Winter Park    State Fl    ZIP 32789

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name: Bill Cuthill    Phone (321) 279 3040

Company:

Recipient's Address: 587 Welcome Way
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

Address:
*To request a package be held at a specific FedEx location, print FedEx address here.*

City: Boone    State NC    ZIP 28607

**4a Express Package Service** *Packages up to 150 lbs.*
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [x] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [x] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages    Total Weight 15    Total Declared Value $ .00

**8 Residential Delivery Signature Options**
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

520

---

**FedEx Kinko's** Office and Print Center

400 S ORLANDO AVE
MAITLAND, FL 32751

Location:
Device ID:    ORLKE
              ORLKE-POS1
Employee:     1887309
Transaction:  69013692875

## 2DAY ##
8643607838D4    0.85 lb (S)    $18.18

Shipment subtotal:    $18.18

Total Due:    $18.18

FedEx Account:    *****6099    $18.18

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

August 12, 2008 9:57:54 AM

Vfrom 8/12/08

RETAIN THIS COPY FOR YOUR RECORDS.

Sender's Copy

**FedEx** US Airbill
Express

520

FedEx Tracking Number  8624 5678 5664

1 From  Please print and press hard.
Date  8/20/08
Sender's FedEx Account Number  SENT # 140806099
Sender's Name  MARIAN GARTNER    Phone (407) 628-2761
Company  Baldwin + Co.
Address  2185 N Park Ave
City  Winter Park    State  FL    ZIP  32789

2 Your Internal Billing Reference
Bill Gethill

3 To
Recipient's Name  581 Welcome Way    Phone (828) 279-3046
Company
Recipient's Address
City  Boone    State  NC    ZIP  28607

4a Express Package Service
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx 2Day

4b Express Freight Service
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

☐ FedEx Express Saver

5 Packaging
☐ FedEx Envelope
☑ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

6 Special Handling
☐ SATURDAY Delivery
☐ HOLD Saturday

7 Payment  Bill to:
☑ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages  Total Weight  5.65    Total Declared Value $          .00

8 Residential Delivery Signature Options

VPPN

AUG 2 0 ENTD

Mirabilis

August 20, 2008 10:47:48 AM

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

M = Weight entered manually
S = Weight read from scale
T = Taxable item

FedEx Account:
*****6099

Total Due:        $18.59

Shipment subtotal:    $18.59

8624567856664   5.65 lb (S)   $18.59
** 2DAY **

transaction:   6801447107B
mployee:       1887309
evice ID:      ORLKE-P0S1
ocation:       ORLKE

400 S ORLANDO AVE
MAITLAND, FL 32751

**FedEx Kinko's**®
Office and Print Center



**RapidForms®**
PO BOX 88042
CHICAGO, IL 60680-1042

# INVOICE

| INVOICE NUMBER | INVOICE DATE | PAGE |
|---|---|---|
| 9928020936-4 | 07/19/08 | 1 |

PHONE SALES 1-800-257-8354   ONLINE: www.rapidforms.com
CUSTOMER SERVICE 1-800-257-8354

Terms - net 30 days, $30.00 late fee, subject to applicable law.
All sales are subject to the terms of sale printed on the reverse side.

B
I
L
L

T
O

RUSSELL BALDWIN & COMPANY PA 1435
2185 N PARK AVENUE
WINTER PARK FL 32789-2342

S
H
I
P

T
O

VPM AUG - 5 ENT'D

| AUTHORIZED NAME | CUSTOMER ID NUMBER | ORDER NUMBER | PO NUMBER |
|---|---|---|---|
| MARIAN GARTNER | 000002-144730 | 2011480582 | MVI |

| QUANTITY SHIPPED | SHIP DATE | SHIPPED VIA | ITEM NUMBER | DESCRIPTION | AMOUNT DUE |
|---|---|---|---|---|---|
| 250 | 07/18 | FRT | DLT104-1 | LASER TOP M/P CHECK   For Mirabilis | 79.95 |
| | | | | FRAUD BLOCKER SERVICE | 1.95 |
| | | | | SUBTOTAL | 81.90 |
| | | | | SHIPPING & PROCESSING | 12.00 |
| | | | | TAX | 6.10 |
| | | | | TOTAL | 100.00 |
| | | | PREPAID | | -100.00 |

THANK YOU FOR YOUR ORDER

**BALANCE DUE** ▶ .00

---

DETACH AND RETURN THIS STUB WITH YOUR CHECK TO INSURE PROPER CREDIT TO YOUR ACCOUNT.
PLEASE: DO NOT STAPLE, FOLD, PAPER CLIP OR INCLUDE ORDERS WITH THIS STUB.

RUSSELL BALDWIN & COMPANY PA
2185 N PARK AVENUE
WINTER PARK       FL 32789

**BALANCE DUE** ▶ $.00

FILE CODE:   32789 RSSBLNP28

100   00000000   9928020936⁴   0000000000   01   0

28
50
14
35
11
00

RAPIDFORMS
PO BOX 88042
CHICAGO, IL 60680-1042

Make checks payable to: Rapidforms
Write the invoice number(s) on

THANK YOU

| *PAYMENT METHOD:* | CARD NUMBER Your order, plus shipping, will be charged to your credit card. |
|---|---|
| ☐ CHECK | |
| ☐ Mastercard | MONTH / YEAR   Name |
| ☐ VISA | EXPIRATION DATE   PLEASE PRINT AS SHOWN ON CREDIT CARD |
| ☐ AMEX | Authorized Signature   AS SHOWN ON CREDIT CARD |
| | CREDIT CARD STATEMENT ADDRESS & ZIP |

**FedEx** Ground — Customer Shipping Record

Sender's Copy

VPM AUG 2 8 ENT'D

**1 From** Date 8/28/08

Sender's FedEx Account Number 140806099    407 228 2761

Marion Gantnr
Baldwin + Co
2185 N Park Ave

WP                FL    32789

**2**

Bill Cuthill        321 279 3040

581 Welcome Way

Boone          NC   28607



Ship and track your packages at fedex.com

Questions? Go to fedex.com or call 1.800.GoFedEx 1.800.463.3339.

The FedEx Ground Customer Shipping Record is for FedEx Ground shipments within the U.S. By using this Customer Shipping Record, you agree to the service conditions on the back of the Sender's Copy of this document and in the current FedEx Service Guide, including terms that limit our liability. Hazardous materials cannot be shipped using the Customer Shipping Record.

---

**3 Package Information**
☐ Residential Delivery Address    ☐ Nonresidential (Business) Delivery Address

Number of Packages  2        Weight  7.60

Declared Value  $

Our liability is limited to $100 per package unless you declare a higher value. See back for details. For multiple packages to the same delivery address, note the shipping agent to declare a value for each package.

**4 Delivery Signature Options**  If you require a signature, check Direct or Indirect.

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

**5 FedEx Home Delivery® Premium Service Upgrades**
Residential deliveries for packages up to 70 lbs.

☐ FedEx Date Certain Home Delivery
☐ FedEx Evening Home Delivery
☐ FedEx Appointment Home Delivery

**6 Payment** Bill to:
☐ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

| FedEx Use Only | Weight | Base Rate | Total Charge |
|---|---|---|---|
|  | 7.60 | $ | $ |

Tracking Number   2020452

Employee Number           2661353

Rev. Date 5/06 • Part 156276 • ©1994–2006 FedEx • PRINTED IN U.S.A. • DP-250WSC

---

FedEx Kinko's

Office and Print Center

400 S ORLANDO AVE
MAITLAND, FL 32751

Location:                ORLKE
Service ID:         ORLKE-POS1
Employee:             1887309
Transaction:    6801529006Z

FEDEX HOME DELIVERY
768865610013393    6.70 lb (S)    $10.97
768865610013409    1.00 lb (S)    $9.61

Shipment subtotal:                $20.58

**Total Due:**                     **$20.58**

FedEx Account:            *****6099
                                  $20.58

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide, fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
or call 1.800.GoFedEx
1.800.463.3339

August 28, 2008 3:53:19 PM

# *Baldwin & Company, P.A.*

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

*Mirabilis Ventures, Inc.*
*c/o R.W. (Bill) Cuthill, Jr. President*
*341 N Maitland Avenue, Suite 210*
*Maitland, FL 32751*

*Invoice No. 11315*
*Date          9/22/2008*
*Client No. MIRVEN10*

| | | |
|---|---|---|
| Accounting services for the month of September 2008 | $ | 790.00 |
| Postage | | .84 |

| | | |
|---|---|---|
| Current Billing | $ | 790.84 |
| Prior Balance | | 4,408.61 |
| Total Balance Due | $ | 5,199.45 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,164.45 | 0.00 | 3,035.00 | 0.00 | 0.00 | 5,199.45 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

Sep 22, 2008          12:35:45 PM                Baldwin & Company, P.A.                                Page: 3
# Billing Worksheet By Selected Clients
For the Period: 1/1/1990-9/22/2008

**Client Code: MIRVEN10**
Mirabilis Ventures, In
Eng Fee:0.00          FYE:Dec          WIP: $790.84          Progress: $0.00          Net: $790.84          AR: $4408.61

| WIP - Mirabilis Ventures, Inc. (0) - | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - Mira | CONS | BFSVC | 31100 General record a/p, transfer, write checks, reconcile mma, work reconcileing on Balch retainer | Gartner | 9/15/2008 | 100.00 | 1.25 | 125.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General meet w/bill, recon bank stmt & scan, start on MOR of 08/08 | Gartner | 9/16/2008 | 100.00 | 1.50 | 150.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General file & MOR 08/08 | Gartner | 9/17/2008 | 100.00 | 2.00 | 200.00 | |
| WIP - Mira | CONS | BFSVC | 31340 Supervision/Review August 08 | Baldwin | 9/18/2008 | 190.00 | 1.00 | 190.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General re:Due from Hoth questions, sent Bill MOR & attachments 08/08 & create a portable QB data file | Gartner | 9/18/2008 | 100.00 | 0.50 | 50.00 | |
| WIP - Mira | CONS | BFSVC | 31100 General corrections to MOR 08/08 | Gartner | 9/19/2008 | 100.00 | 0.75 | 75.00 | |
| | | | BFSVC Totals: | | | | 7.00 | 790.00 | |
| | | | CONSL Totals: | | | | 7.00 | 790.00 | |
| WIP - Mira | EXP | Exp | 81620 Postage 2 pieces | Gartner | 9/16/2008 | | | 0.84 | |
| | | | Exp Totals: | | | | 0.00 | 0.84 | |
| | | | EXP Totals: | | | | 0.00 | 0.84 | |
| | | | WIP - Mirabilis Ventures, Inc. (0) - Totals: | | | | 7.00 | 790.84 | |
| | | | MIRVEN10 Totals: | | | | 7.00 | 790.84 | |

Account No.:    3

Account Name: MIRABILIS

Pieces:         2

Postage:        $00.840

PB3586136
SEP 16 2008

**Account Report**

SEP 1 6 ENT'D

# Baldwin & Company, P.A.

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

*Mirabilis Ventures, Inc.*
*c/o R.W. (Bill) Cuthill, Jr. President*
*341 N Maitland Avenue, Suite 210*
*Maitland, FL 32751*

*Invoice No. 11364*
*Date        10/17/2008*
*Client No. MIRVEN10*

For Accounting services for the month of October 2008

| | | |
|---|---|---:|
| Current Billing | $ | 615.00 |
| Prior Balance | | 5,199.45 |
| Total Balance Due | $ | 5,814.45 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,405.84 | 1,373.61 | 3,035.00 | 0.00 | 0.00 | 5,814.45 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

Oct 17, 2008          11:13:28 AM          Baldwin & Company, P.A.          Page: 1

# Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-10/17/2008

**Client Code: MIRVEN10**

**Mirabilis Ventures, Inc. (0)**

Eng Fee:0.00          FYE:Dec          WIP: $615.00          Progress:  $0.00          Net: $615.00          AR: $5199.45

| WIP - Mirabilis Ventures, Inc. (0) - | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - Mira | CONS | BFSVC | 31100 General record a/p, write checks & je re:Pacific/Bison/Hoth  land | Gartner | 10/7/2008 | 100.00 | 1.00 | 100.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General meet w/Bill, record a/p, record deposits/transfers,  reconcile bank stmts, scan & save bank stmts, prepare 09/08 MOR, create portable qb file, back up qb & file | Gartner | 10/13/2008 | 100.00 | 2.00 | 200.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General finish up 09/08 MOR, scan our invoices for fee application, send MOR to Bill & correction to MOR and resend | Gartner | 10/14/2008 | 100.00 | 1.25 | 125.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31340 Supervision/Review Sept 08 | Baldwin | 10/17/2008 | 190.00 | 1.00 | 190.00 | _____ |
| | | | **BFSVC Totals:** | | | | **5.25** | **615.00** | |
| | | | **CONSL Totals:** | | | | **5.25** | **615.00** | |
| | | | **WIP - Mirabilis Ventures, Inc. (0) -  Totals:** | | | | **5.25** | **615.00** | |
| | | | **MIRVEN10 Totals:** | | | | **5.25** | **615.00** | |

# *Baldwin & Company, P.A.*

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

Mirabilis Ventures, Inc.
c/o R.W. (Bill) Cuthill, Jr. President
341 N Maitland Avenue, Suite 210
Maitland, FL 32751

Invoice No. 11400
Date        11/12/2008
Client No. MIRVEN10

---

| | | |
|---|---|---:|
| Accounting services for the month of November 2008 | $ | 442.50 |
| Postage | | .84 |

| | | |
|---|---|---:|
| Current Billing | $ | 443.34 |
| Prior Balance | | 5,814.45 |
| Total Balance Due | $ | 6,257.79 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,058.34 | 2,164.45 | 0.00 | 3,035.00 | 0.00 | 6,257.79 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

Nov 12, 2008          3:40:05 PM                Baldwin & Company, P.A.                                    Page: 1

# Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-11/12/2008

## Client Code: MIRVEN10
**Mirabilis Ventures, Inc. (0)**
Eng Fee:0.00          FYE:Dec          WIP: $443.34          Progress: $0.00          Net: $443.34          AR: $5814.45

**WIP - Mirabilis Ventures, Inc. (0) -**

| | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - Mira | CONS | BFSVC | 31100 General prepare us trustee rpt for qtr 3 2008, input a/p, write checks, verify post petition ap & file | Gartner | 11/3/2008 | 100.00 | 1.00 | 100.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General meet w/Bill, reconcile bank stmts, verify "Due to", prepare MOR for 10/08 | Gartner | 11/10/2008 | 100.00 | 1.50 | 150.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31340 Supervision/Review October 08 | Baldwin | 11/11/2008 | 190.00 | 0.75 | 142.50 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General create portable qb file & copy to cd for Bill | Gartner | 11/11/2008 | 100.00 | 0.25 | 25.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General send MOR 10/08 & attachments to Bill, make corrections | Gartner | 11/12/2008 | 100.00 | 0.25 | 25.00 | _____ |
| | | | **BFSVC Totals:** | | | | 3.75 | 442.50 | |
| | | | **CONSL Totals:** | | | | 3.75 | 442.50 | |
| WIP - Mira | EXP | Exp | 81620 Postage 2 pieces | Gartner | 11/10/2008 | | | 0.84 | _____ |
| | | | **Exp Totals:** | | | | 0.00 | 0.84 | |
| | | | **EXP Totals:** | | | | 0.00 | 0.84 | |
| | | | **WIP - Mirabilis Ventures, Inc. (0) - Totals:** | | | | 3.75 | 443.34 | |
| | | | **MIRVEN10 Totals:** | | | | 3.75 | 443.34 | |

# Baldwin & Company, P.A.

*2185 N Park Avenue*
*Winter Park, FL 32789*
*407-628-2761*

Mirabilis Ventures, Inc.
c/o R.W. (Bill) Cuthill, Jr. President
341 N Maitland Avenue, Suite 210
Maitland, FL 32751

Invoice No. 11416
Date         12/18/2008
Client No. MIRVEN10

---

Accounting services for the month of December 2008         $      615.00

Postage                                                                            .42

|                     |                   |
| ------------------- | ----------------- |
| Current Billing     | $      615.42     |
| Prior Balance       | 6,257.79          |
| Total Balance Due   | $   6,873.21      |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
| ------ | ------ | ------- | -------- | -------- | ------- |
| 615.42 | 443.34 | 1,405.84 | 1,373.61 | 3,035.00 | 6,873.21 |

Please remit to:

Baldwin & Company, P.A.
2185 N Park Avenue
Winter Park, FL 32789

| | | |
|---|---|---|
| Dec 18, 2008 | 9:42:48 AM | Page: 1 |

**Baldwin & Company, P.A.**

# Billing Worksheet By Selected Clients
### For the Period: 1/1/1990-12/18/2008

## Client Code: MIRVEN10
### Mirabilis Ventures, Inc. (0)

| Eng Fee:0.00 | FYE:Dec | WIP: $615.42 | Progress: $0.00 | Net: $615.42 | AR: $6257.79 |
|---|---|---|---|---|---|

**WIP - Mirabilis Ventures, Inc. (0) -**

| | | | | | | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| WIP - Mira | CONS | BFSVC | 31100 General<br>record ap, write checks | Gartner | 12/3/2008 | 100.00 | 0.75 | 75.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General<br>record transfer, start 10/08<br>MOR | Gartner | 12/4/2008 | 100.00 | 0.25 | 25.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General<br>meet w/Bill | Gartner | 12/10/2008 | 100.00 | 0.25 | 25.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General<br>record a/p, record transfers &<br>reconcile bank stmts | Gartner | 12/15/2008 | 100.00 | 0.50 | 50.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31340 Supervision/Review<br>November 08 | Baldwin | 12/16/2008 | 190.00 | 1.00 | 190.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General<br>scan bank stmts, prepare 1108<br>MOR & attachments, reports to<br>Rusty for review, create a<br>portable file for Bill & set up<br>files for Pre & Post Petition<br>Vendors | Gartner | 12/16/2008 | 100.00 | 2.25 | 225.00 | _____ |
| WIP - Mira | CONS | BFSVC | 31100 General<br>send 1108 MOR to Bill | Gartner | 12/17/2008 | 100.00 | 0.25 | 25.00 | _____ |
| | | | **BFSVC Totals:** | | | | 5.25 | 615.00 | |
| | | | **CONSL Totals:** | | | | 5.25 | 615.00 | |
| WIP - Mira | EXP | Exp | 81620 Postage<br>1 piece | Gartner | 12/10/2008 | | | 0.42 | _____ |
| | | | **Exp Totals:** | | | | 0.00 | 0.42 | |
| | | | **EXP Totals:** | | | | 0.00 | 0.42 | |
| | | | **WIP - Mirabilis Ventures, Inc. (0) - Totals:** | | | | 5.25 | 615.42 | |
| | | | **MIRVEN10 Totals:** | | | | 5.25 | 615.42 | |

**EXHIBIT B**

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


In re:                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                  CHAPTER 11

                    Debtor.

_____/


AFFIDAVIT IN SUPPORT OF FIRST INTERIM APPLICATION OF
RUSSELL R. BALDWIN AND THE ACCOUNTING FIRM OF BALDWIN & CO, PA
FOR AWARD OF FEES i/a/o $6,712.500 AND
REIMBURSEMENT OF EXPENSES i/a/o $160.71

STATE OF FLORIDA          )
                          )
COUNTY OF ORANGE          )

BEFORE ME, the undersigned authority, personally appeared Russell R. Baldwin who,

being duly sworn, deposes and says:

1.      I am a shareholder with Baldwin & Co, PA, a Florida professional association

engaged in providing accounting services, and, in that capacity, have control over the books and

records of Baldwin & Co, PA relating to the matter set forth herein, which books and records are

kept and maintained by Baldwin & Co, PA in the ordinary course of its business.  I make this

affidavit based upon personal knowledge of the matters set forth herein.

2.      I am the billing and responsible officer assigned by Baldwin & Co, PA to

provided services to the Debtor.

3.      I have reviewed Baldwin & Co, PA's First Interim Application for Award of Fees

i/a/o $6,712.50 and Reimbursement of Expenses i/a/o $160.71, filed concurrent herewith, and all

1

attachments accurately reflect the time and expenses of Baldwin & Co, PA for the periods set forth herein for services provided to the Debtor.

4.      I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____

RUSSELL R. BALDWIN


STATE OF FLORIDA          )
COUNTY OF Florida         )

Sworn to and subscribed before me this 13 day of January 2009, by **Russell R. Baldwin**, [ ✓ ] who is personally known to me, or [   ] who did provide as identification _____

_____.

Signature of Person Taking Acknowledgment
Print Name: MARIAN J GARTNER
Title:  Notary Public
Serial No. (if any) DD 746341
Commission Expires: 1 26 12

MARIAN J. GARTNER
Notary Public
State of Florida
DD 746341
Commission Expires 01/26/12

[NOTARY SEAL]

2                    U:\BKRY\MIRABILIS\PLDG\FEE AFF-BALDWIN #1.DOC