**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO.  6:08-bk-04327-KSJ** |
| **MIRABILIS VENTURES, INC.,** | **CHAPTER 11** |
| **Debtor.** | |
| _____/ | |

**ORDER GRANTING MIRABILIS VENTURES, INC.'S APPLICATION TO RETAIN**
**ERIC S. ADAMS AND THE LAW FIRM OF SHUTTS & BOWEN, LLP,**
<u>**AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO MAY 27, 2008**</u>

**THIS CASE** came on for hearing on February 26, 2009, on the application of Mirabilis Ventures, Inc. ("Mirabilis" or the "Debtor") to employ Eric S. Adams and the law firm of Shutts & Bowen, LLP ("Shutts & Bowen") as special counsel in this case with respect to certain litigation matters, *nunc pro tunc* to May 27, 2008 ("Application"), filed January 7, 2009 (Doc No. 123).  Upon consideration of the Application and noting no objection to the Application, it is

**ORDERED:**

1.     The Debtor, in accordance with § 327 of the Bankruptcy Code, is authorized to employ Eric S. Adams and the law firm of Shutts & Bowen, LLP, as its special counsel *nunc pro tunc* to May 27, 2008, for the purpose of representing and assisting the Debtor with the litigation matters set forth in the Application and such other general litigation matters related to the administration of the bankruptcy case as set forth in the Application.

2.	Compensation is to be paid in such amount as may be allowed by the Court upon proper application in accordance with 11 U.S.C. § 330.

3.	This order is subject to reconsideration upon the filing of a motion by any party-in-interest.

**DONE AND ORDERED** on February 27, 2009.

 

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies furnished to:

Debtor: of Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751;

Debtor's Counsel: Elizabeth A. Green, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353;

Eric S. Adams, Esq., Shutts & Bowen, LLP, Wachovia Center, 100 S. Ashley Drive, Suite 1500, Tampa, FL 33602;

I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805

Office of the U.S. Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest