**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                CHAPTER 11

        Debtor.
_____/

**ORDER APPROVING COMPROMISE OF CONTROVERSY BY AND**
**AMONG DEBTORS AND THE UNITED STATES OF AMERICA**

**THIS CASE** came on for hearing on February 18, 2009, upon the motion ("Motion")(Doc. No. 101) filed by MIRABILIS VENTURES, INC. ("MVI"), along with its related entities, HOTH HOLDINGS, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, the "Debtors"), for the approval of a proposed compromise by and among the Debtors and the United States of America ("USA"). The terms of the compromise are substantially set forth in the Motion and the Settlement Agreement Terms set forth in Exhibit "A" and Exhibit "B" (the "Agreement"), copies of which are attached to the Motion. In the Motion, the Debtor seeks the approval of the Bankruptcy Court with respect to the Agreement reached by and among the above-referenced parties.

Upon consideration of the Motion, the Court determined that: (i) the Motion was served upon the United States Trustee and all interested parties with the Local Rule 2002-4 negative-notice legend informing the parties of their opportunity to object within twenty (20) days of the date of service, and (ii) no party filed an objection within the time permitted or all objections were withdrawn prior to the hearing. It is hereby

    **ORDERED:**

    1.    The Motion is granted. The Agreement is approved.

2.     The Debtors and the USA are authorized and directed to consummate the compromise in accordance with the terms of the Agreement.

**DONE AND ORDERED** on March 4, 2009.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies furnished to:

Debtor:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave., Ste. 210, Maitland, FL  32751;

Mirabilis Ventures, Inc., c/o Aaron Bates, Esq., Bates Mokwa, 126 E. Jefferson Street, Orlando, FL 32801;

Debtor's Counsel:  Elizabeth A. Green, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353;

Assistant United States Attorney, I. Randall Gold, Esq., Assistant United States Attorney, Office of the U.S. Attorney, 501 N. Church Street, Suite 300, Orlando, FL 32805;

Office of the U.S. Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL  32801; and

Local Rule 1007-2 Parties-in-Interest

F:\CMECF\SCANNED PDF DOCUMENTS\JUDICIAL ASSISTANTS\JUDGE JENNEMANN'S JA\MIRABILIS\08-BK-4327-KSJ-ORDER_APPROVING_COMPROMISE_OF_CONTROVERSY-1PVASYP2WJ.DOC

2

**EXHIBIT "A"**

## Government Asset List

The properties subject to forfeiture in the pending criminal and/or civil forfeiture cases are:

(a) 614 Lake Avenue, Orlando, FL;

(b) 709 Euclid Avenue, Orlando, FL;

(c) 1159 Delaney Avenue, Orlando, FL;

(d) Proceeds from the sale of 509 Riverfront Parkway, Chattanooga, TN – Mirabilis Equity interest and unsecured claims of Mirabilis and its affiliates;

(e) 4905 Research Drive, Huntsville, AL;

(f) 102 West Whiting Street, Tampa, Florida;

(g) 2006 BMW 750Li, VIN #WBAHN8353GDT30059;

(h) 2006 Black Harley Davidson, VIN #1HD1BWB156Y077592;

(i) 2006 Mercedes Benz CLS 500C Coupe, VIN #WDDDJ75X46A032858;

(j) 2006 Mercedes Benz CLS 55AMG, VIN # WDDDJ76X66A055945;

(k) Gates Learjet Model 25D Aircraft No. 4488W;

(l) $253,487.45.00 in proceeds seized from the Trust Account of the law firm of Balch Bingham LLP;

(m) $101,393.86 in proceeds seized from the Trust Account of the law firm of Shutts & Bowen;

(n) $42,419.72 in proceeds seized from the Trust Account of the law firm of Mateer and Harbert;

(o) $100,000.00 in proceeds seized from the Trust Account of the law firm of Maher, Guily, Maher PA;

(p) $105,922.96 in proceeds seized from the Trust Account of the law firm of Martin, Pringle, Oliver, Wallace, & Baur LLP;

(q) $50,000 In proceeds seized from the Trust Account of the law firm of Bieser, Greer & Landis LLP;

(r) $8,518.30 in proceeds seized from the Trust Account of the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist PA;

(s) $25,000 in proceeds seized from the Trust Account of the law firm of Valenti, Hanley & Robinson PLLC;

(t) $10,000 in proceeds seized from the Trust Account of the law firm of Brown, Stone, & Nimeroff LLC;

EXHIBIT "A"

(u)   $21,900 in proceeds seized from the Trust Account of the law firm of Hunt Rudd PA;

(v)   $41,029.54 in proceeds seized from the Trust Account of the law firm of Ford & Harrison PA;

(w)   $12,528.51 in proceeds seized from the Trust Account of the law firm of Broad & Cassel;

(x)   $20,754.19 in proceeds seized from the Trust Account of the law firm of Latham, Shuker, Barker, Eden, & Beaudine LLC;

(y)   $13,100.99 in proceeds seized from Fifth Third Bank Account No. 7440599020 in the Name of Soone Business Development;

(z)   $37,629.16 in proceeds seized from the trust account of the law firm of Charles W. McBurney, Jr.;

(aa)  A promissory note in the amount of $3,500,000.00 dated on or about May 7, 2007 between Wellington Capital and Worker's Temporary Staffing, Inc., including payments of $63,000.00 per month;

(bb)  All payments due under the promissory note in the amount of $5,500,000.00 dated May 27, 2007 between Mirabilis Ventures, Inc. and Conrad D. Eigenmann, Jr. after the January 2009 payment;

(cc)  The assets of the following corporations, including but not limited to the below listed lawsuits and/or settlements:

Anthony T. Sullivan v. AQMI Strategy (07-CA-0015981-0);
Michael Mapes, et al. v. Wellington Capital Group, Inc.(8:07cv77);
Dutko Global Advisors LLC v. AQMI Strategy Corporation (48-2007-CA-018164-0);
Providence Property & Casualty Insurance Co, et al. v. Paradyme, Inc., d/b/a Presidion Solutions VI (4:07-CV-202)
Presidion Corporation v. Arrow Creek, Inc., et al. (50-2006-CA-0014170)

Corporations:

AQMI Strategy Corporation,
Nexia Strategy Corporation,
Presidion Solutions, Inc.,
Professional Benefit Solutions, Inc.,
    d/b/a Presidion Solutions VII, Inc.
Quantum Delta Enterprises, Inc.,
    d/b/a Siren Resources, Inc.,
        Titanium Technologies, Inc.,
      f/k/a Titanium Consulting Services, Inc.,
    Tenshi Leasing, Inc.
    Wellington Capital Group, Inc.

EXHIBIT "B"

## Debtor's Asset List

The properties subject to forfeiture in the pending criminal and/or civil forfeiture cases are:

(a)   3801 Carolina Avenue, Richmond, VA;

(b)   The funds, if any, generated by the fraudulent transfer lawsuit from the sale of 509 Riverfront Parkway, Chattanooga, TN;

(c)   January 2009 payment due under a promissory note in the amount of $5,500,000.00 dated on or about May 27, 2007 between Mirabilis Ventures, Inc. and Conrad D. Eigenmann, Jr.;

(d)   The assets of the following corporations, including but not limited to the below listed lawsuits and/or settlements:

Corporations:

AEM, Inc., d/b/a Mirabilis HR,
Hoth Holdings, LLC,
Mirabilis Ventures, Inc.,

Lawsuits:

| Style of case | Location | Case No. |
|---|---|---|
| Mirabilis Ventures, Inc. v. Jeffrey Reichel | Broward County, Florida | CACE 07011827 |
| Mirabilis Ventures, Inc, and Nexia Strategy Corp. v. Palaxar Group, LLC, et al. | Orange County, Florida | 07-co-13191 (37) |
| Mirabilis Ventures, Inc. v. Forge Capital Partners, LLC, et al. | Orange County, Florida | 07-CA-13828 (33) |
| Mirabilis Ventures, Inc. v. J.C. Services, Inc., et al. | U.S.D.C., M.D. Fl. | 6:06-cv-1957-Orl-22KRS |
| AEM, Inc. d/b/a Mirabilis HR v. Sheryl Okken, Progressive Employer Services, LLC, et al. | Brevard County, Florida | 05-2007-CA-006526 |

EXHIBIT "B"

| Style of case | Location | Case No. |
| --- | --- | --- |
| RKT Constructors, Inc. v. Del Kelley and Robi Roberts | Orange County, Florida | 2007-CA-012599-0 |
| Mirabilis Ventures, Inc. v. Stratis Authority, Inc., et al. | Orange County, Florida | 07-ca-13826 (37) |
| Mirabilis Ventures, Inc. v. Premier Servicing, LLC and Robert Konicki | Orange County, Florida | 07-ca-33197 (34) |
| Mirabilis Ventures, Inc. v. Robert Lowder, et al. | Orange County, Florida | 2006-CA-005742-0 |
| Kenneth Hendricks, et al. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | U.S.D.C., M.D.Fl. | 8:07-cv-661-T17EAJ |
| Kenneth Hendricks, et al. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | Hillsborough County, Florida | DC-07-014201J |
| Berman, Kean & Riguera, P.A. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | Broward County, Florida | 07-024968 (21) |
| Paysource, Inc. And Robert Sacco v. Mirabilis Ventures, Amodeo, et al. (Counterclaim) | U.S.D.C., S.D. Ohio | 3:07cv0129 |
| Prime Acquisition Group, LLC v. Ionic Services, Inc., et al. (Counterclaim) | Palm Beach County, Florida | 502007CA02242 |
| Briarcliff Village, LLC v. Mirabilis Ventures, Inc. | Clay County, Missouri | 07CY-CV09414 |
| William Gregory v. Floyd Road v. Mirabilis Ventures, Inc. (Counterclaim) | Hillsborough County, Florida | 07-CA-010780 |
| Coastal Equity Partners, LLC v. Pacific Atlantic Capital Corp., et al. (Counterclaim) | Henrico County, Virginia | CL07-1960 |

F:\CMECF\SCANNED PDF DOCUMENTS\JUDICIAL ASSISTANTS\JUDGE JENNEMANN'S JA\MIRABILIS 08-BK-4327-KSJ-ORDER_APPROVING_COMPROMISE_OF_CONTROVERSY-1PVASYP2WJ.DOC

6

**EXHIBIT "B"**

| Style of case | Location | Case No. |
|---|---|---|
| Liberty Property Limited Partnership v. Mirabilis Ventures, Inc., et al. (Counterclaim, settled) | Duval County, Florida | 162007CA003642 |
| Tranmere Rovers Football Club v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Liverpool, England | 7LV30022 |
| Mark Lang v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Orange County, Florida | 48-2007-CA-002929-0 |
| David Chaviers, Norman Chaviers, Kellie Ledbetter and Tom Hancock v. Mirabilis Ventures, Inc. And Frank Amodeo, et al. (Counterclaim, settled) | U.S.D.C., N.D. Ala. | CV-07-0442-cls |
| Carlton Fields v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Hillsborough County, Florida | 07-CC-038145 |
| Brevard County v. RKT Constructors, Inc. (Counterclaim, settled) | Brevard County, Florida | 05-2007-CA-12251 |
| Bellsouth v. RKT Constructors, Inc., et al. (Counterclaim, settled) | Orange County, Florida | 05-2007-CA-9660-0 |
| Capital Office Products of Volusia County, Inc., v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Volusia County, Florida | 2007-34950 COCI |
| CDW Corporation, Inc. v. Information Systems, Inc. (Counterclaim, settled) | Cook County, Illinois | 2007-L-002446 |
| RKT Constructors, Inc. v. Florida Department of Transportation (Settled) | Broward County, Florida | 05-2003-CA-047397 |

F:\CMECF\SCANNED PDF DOCUMENTS\JUDICIAL ASSISTANTS\JUDGE JENNEMANN'S JA\MIRABILIS\08-BK-4327-KSJ-ORDER_APPROVING_COMPROMISE_OF_CONTROVERSY-1PVASYP2WJ.DOC

7

**EXHIBIT "B"**

| Style of case | Location | Case No. |
|---|---|---|
| RKT Constructors, Inc. v. Florida Department of Transportation (Settled) | Broward County, Florida | 05-2006-CA-060518 |

(e) Any and all property of the following bankruptcy estates, including funds which now constitute or have constituted funds of the estate:

| Style of case | Location | Case No. |
|---|---|---|
| Sam Hopkins, Trustee v. Todd Pattison and Mirabilis Ventures, Inc. | U. S. Bankruptcy Court, D. Idaho | 08-08005-JDP |
| In Re: Mirabilis Ventures, Inc. | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04327-KSJ |
| In Re: Hoth Holdings, LLC | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04328-KSJ |
| In Re: AEM, Inc. | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04681 |
| In Re: North American Communications | U. S. Bankruptcy Court, D. Utah | 2:07-bk-24900 |

F:\CMECF\SCANNED PDF DOCUMENTS\JUDICIAL ASSISTANTS\JUDGE JENNEMANN'S JA\MIRABILIS\08-BK-4327-KSJ-ORDER_APPROVING_COMPROMISE_OF_CONTROVERSY-1PVASYP2WJ.DOC

8