**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:** **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,** **CHAPTER 11**

**Debtor.**
______________________________________/

**ORDER GRANTING APPLICATION OF MIRABILIS VENTURES, INC. TO EMPLOY J. RUSSELL CAMPBELL AND THE LAW FIRM OF BALCH & BINGHAM LLP, AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO MAY 27, 2008**

**THIS CASE** came on for hearing on February 26, 2009, upon the application of Mirabilis Ventures, Inc. ("Debtor"), to employ J. Russell Campbell and the law firm of Balch & Bingham, LLP, as special counsel for the Debtor ("Application"), filed with the Court on September 8, 2008 (Doc No. 60). Upon consideration of the Application and the representations of counsel; and noting no objections to the Application, the Court finds that it is in the best interest of the Debtor's bankruptcy estate to approve the Application. Accordingly, it is

**ORDERED**:

1. The Debtor, in accordance with § 327 of the Bankruptcy Code, is authorized to employ J. Russell Campbell and the law firm of Balch & Bingham, LLP, as special counsel for the Debtor, *nunc pro tunc* to May 27, 2008 for the purpose of representing and assisting the Debtor with the litigation matters set forth in the

Application and such other general litigation matters related to the administration of the bankruptcy case as set forth in the Application.

2. Compensation is to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. § 330.

**DONE AND ORDERED** on March 12, 2009.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751;

Debtor's Counsel: Elizabeth A. Green, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353;

J. Russell Campbell, Esq., Balch & Bingham, LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642;

Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest Matrix;