## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                  CHAPTER 11

Debtor.

_____/

### APPLICATION OF MIRABILIS VENTURES, INC. TO EMPLOY
### AND PAY RETAINER TO SCOTT A. DUBOIS
### AND THE LAW FIRM OF SNELL & WILMER, LLP,
### AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO MAY 27, 2008

MIRABILIS VENTURES, INC. ("MVI" or "Debtor"), by and through its undersigned counsel, hereby applies for the entry of an Order approving the employment of and payment of a retainer to Scott A. DuBois and the law firm of Snell & Wilmer, LLP (hereinafter collectively referred to as "Snell & Wilmer") to represent and assist the Debtor as special counsel with respect to the matters set forth below *nunc pro tunc* to May 27, 2008 and, in support thereof, states as follows:

1.      On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No Debtor has been appointed. The Debtor is administering the estate as a debtor-in-possession.

2.      This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is § 327(a) of the Bankruptcy Code.

3.      Mirabilis is a Nevada corporation incorporated in 2005.

4.  The Debtor has concluded that the assistance of special counsel is necessary with respect to the Chapter 7 case of North American Communications, Inc. ("NACI"), Case No. 07-24900-JAB, currently pending in the U. S. Bankruptcy Court, District of Utah. Mirabilis is the equity owner of NACI and requires representation to preserve its rights in the NACI case.

5.  The Debtor is familiar with the professional standing, reputation, and ability of Snell & Wilmer. Snell & Wilmer has experience and expertise in bankruptcy matters. For these reasons, the Debtor believes Snell & Wilmer is well qualified and able to serve the Debtor in a cost-effective, efficient, and timely manner.

6.  The terms of employment between the Debtor and Snell & Wilmer, subject to this Court's approval, are that services will be billed at the standard hourly rates of Snell & Wilmer, which rates are subject to periodic adjustments to reflect economic and other conditions.

7.  The Debtor requests approval to disburse $3,500.00 for fees and expenses to Snell & Wilmer as a retainer against which Snell & Wilmer can bill, *nunc pro tunc* to May 27, 2008, subject to filing a fee application for Court review and approval. The estate shall be responsible for all fees and expenses incurred by Snell & Wilmer, with compensation to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. § 330.

8.  As set forth below and in the verified statement, attached hereto as **Exhibit A**, Snell & Wilmer does not hold or represent any interest adverse to The Debtor.

9.  To the best of the Debtor's knowledge, Snell & Wilmer has no connection with the Debtor, the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except as disclosed in the attached Verified Statement pursuant to F.R.B.P. 2014.

10.     While Snell & Wilmer did perform work for the Debtor prepetition with respect to the NACI case, Snell & Wilmer does not hold or represent any interest adverse to the estate.

11.     There will be no duplication of services between Snell & Wilmer, Latham, Shuker, Eden & Beaudine, LLP, the Debtor's bankruptcy counsel, or any other special counsel employed by the Debtor.

**WHEREFORE,** the Debtor requests the entry of an Order, *nunc pro tunc* to May 27, 2008, authorizing it to employ and pay retainer to Scott A. DuBois and the law firm of Snell & Wilmer, LLP, as its attorney for the reasons set forth above, and for such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 7th day of April 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No.: 600547
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                        CHAPTER 11

                    Debtor.

_____/

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the **APPLICATION OF MIRABILIS VENTURES, INC. TO EMPLOY AND PAY RETAINER TO SCOTT A. DUBOIS AND THE LAW FIRM OF SNELL & WILMER, LLP, AS SPECIAL COUNSEL,** *NUNC PRO TUNC* **TO MAY 27, 2008,** has been furnished by electronic transmission and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Scott A. DuBois, Esq., Snell & Wilmer, LLP, Beneficial Tower, 15 West South Temple Street, Suite 1200, Salt Lake City, UT 84101; I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 7th day of April 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.

4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                           CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                        CHAPTER 11

                    Debtor.
_____/

**VERIFIED STATEMENT, PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND STATEMENT PURSUANT TO 11 U.S.C. § 329(A) AND RULE 2016(B) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF MIRABILIS VENTURES, INC. TO EMPLOY AND PAY RETAINER TO SCOTT A. DUBOIS AND THE LAW FIRM OF SNELL & WILMER, LLP, AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO MAY 27, 2008**

I, Scott A. DuBois, on behalf of the law firm of Snell & Wilmer, LLP ("Snell & Wilmer"), in accordance with F.R.B.P. 2014, make the following verified statements:

1.      I submit this statement in support of the application ("Application") of the Debtor for an order authorizing the employment of Snell & Wilmer as special counsel, *nunc pro tunc* to May 27, 2008.

2.      I am a partner with the firm of Snell & Wilmer, LLP, and maintain an office at the Beneficial Tower, 15 West South Temple Street, Suite 1200, Salt Lake City, Utah 84101.

3.      Snell & Wilmer has not performed services for any creditors with respect to this case. Additionally, Snell & Wilmer has not performed services for any equity security holders, affiliates, or insiders of the Debtor.

4.      Snell & Wilmer was retained by Debtor on or about May 27, 2008 and has not received any preferential payments as defined in 11 U.S.C. § 547.

5.      Snell & Wilmer is not a creditor of the Debtor. No advance fee has been paid for Snell & Wilmer's services as special counsel.

6.     Snell & Wilmer has not shared or agreed to share any fees or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of Snell & Wilmer.

7.     The undersigned is not aware of any conflict or potential conflict relating to the employment of Snell & Wilmer as special counsel for the Debtor in this case.

8.     Snell & Wilmer has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office.

9.     Snell & Wilmer does not provide services and has not provided services to any investment banker for any outstanding security of the Debtor.

10.    Snell & Wilmer is a disinterested person as that term is defined in Bankruptcy Code § 101(14).

11.    The factual statements set forth in this verified statement have been made based on a personal review by me and my staff of the list of creditors of the Debtor and a review of my client list. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

**DATED** and executed this 1st day of April 2009.

Scott A. DuBois
Utah Bar No. _____ 7510 _____
**SNELL & WILMER, LLP**
Beneficial Tower
15 West South Temple Street, Suite 1200
Salt Lake City, UT 84101
Tel: 801-257-1965
Fax: 801-257-1800
sdubois@swlaw.com

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Tue Apr  7 12:07:19 EDT 2009

2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
PO Box 533983
Orlando, FL 32853 3983

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
7900 N.W. 155th Street
Suite 201
Miami Lakes, FL 33016-5844

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

John Burcham
3415/A Bahia Drive
Ft. Lauderdale, FL 33316

Jill E Kelso
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-7090

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Sammy J Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43