UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                          CHAPTER 11

           Debtor.
_____/

APPLICATION OF MIRABILIS VENTURES, INC.
TO EMPLOY PETER F. CRUMMEY AND CRUMMEY INVESTIGATIONS, INC.,
AS PRIVATE INVESTIGATOR, *NUNC PRO TUNC* TO MARCH 23, 2009

**MIRABILIS VENTURES, INC.** ("Mirabilis"), by and through its undersigned counsel hereby seeks approval under Bankruptcy Code §327(a) and Federal Rule of Bankruptcy Procedure 2014, to employ Peter Crummey, a licensed private investigator, and Crummey Investigations, Inc. (collectively, "Crummey"), *nunc pro tunc* to March 23, 2009, and, in support thereof, states as follows:

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C.§§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession.

3. Mirabilis desires to employ Crummey as a private investigator in this case.

4. Mirabilis has selected Crummey because Crummey has extensive experience in rendering the type investigative services needed in this case.

5. The professional services Crummey is to render include, without limitation:

    (a)    locating former and present employees, former and present officers, and former and present consultants of Mirabilis and related entities;

    (b)    locating assets of Mirabilis; and

    (c)    service of process, collection, and financial investigations.

6.    The terms of employment between Mirabilis and Crummey, subject to the approval of this Court, are that services will be billed at the standard hourly rates of Crummey, which are $85.00 per hour plus $.50 per mile and which are subject to periodic adjustments to reflect economic and other conditions.

7.    Crummey has not received an advance fee or retainer from Mirabilis. Mirabilis shall be responsible for all fees and expenses incurred by Crummey, with compensation to be paid in such amounts as may be allowed by the Court upon proper application in accordance with 11 U.S.C. §330.

8.    As set forth in the verified statement filed contemporaneously with this application, Crummey does not represent any interest adverse to the representation of Mirabilis in the matter upon which he is to be employed.

9.    Mirabilis believes the employment of Crummey is in the best interest of the estate.

**WHEREFORE,** Mirabilis Ventures, Inc., respectfully requests this Court enter an order approving the retention of Peter Crummey and Crummey Investigations, Inc., *nunc pro tunc* to

March 23, 2009, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED**, this 16th day of April 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No.: 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353 )
Orlando, Florida  32801
Tel:  407-481-5800
Fax:  407-481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                                  CHAPTER 11

                Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY PETER F. CRUMMEY AND CRUMMEY INVESTIGATIONS, INC. AS PRIVATE INVESTIGATOR, *nunc pro tunc* to March 23, 2009, has been furnished by electronic mail and/or U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Peter F. Crummey, 380 Riggs Avenue, Melbourne Beach, FL 32951; the Local Rule 1007-2 matrix attached to the original of this application filed with the Court; and the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 16th day of April 2009.

                                              /s/ Elizabeth A. Green
                                              Elizabeth A. Green, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04327-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Apr 14 16:40:12 EDT 2009 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051-6240 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850-3339 | Richard Lee Barrett<br>PO Box 533983<br>Orlando, FL 32853 3983 | Kimberly Bartley<br>Waldron & Schneider LLP<br>15150 Middlebrook Drive<br>Houston, TX 77058-1226 |
| Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23219-3531 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 | Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| Elena L Escamilla<br>United States Trustee<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016-5844 | Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33606-2272 |
| Frank L. Amodeo<br>3875 South Orange Ave<br>Suite 500 -PMB 1810<br>Orlando, FL 32806 | Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119-8331 | Gill R Geldreich<br>Tennessee Attorney General's Office<br>Post Office 20207<br>Nashville, TN 37202 |
| Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | I Randall Gold<br>United States Attorney's Office<br>501 West Church Street<br>Suite 300<br>Orlando, FL 32805-2281 | Elizabeth A Green<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801-1684 |
| Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 | Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 |
| Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 | John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 |
| Jill E Kelso<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 | Mirabilis Ventures, Inc<br>c/o R.W.Cuthill, Jr<br>341 N. Maitland Ave #210<br>Maitland, FL 32751-4771 |

```
On Target Solutions              Jimmy D Parrish                        PaySource USA VII, Inc.
3491 Woodley Park Place          Latham Shuker Eden & Beaudine LLP      650 Poe Ave.
Oviedo, FL 32765-5104            Post Office Box 3353                   Dayton, OH 45414
                                 Orlando, FL 32802-3353


Saxon Gilmore, PA                Tennessee Dept of Labor & Workforce    Tenshi Leasing
201 E. Kennedy Blvd.             Dev-Unemployment Ins                   2875 S. Orange Ave.
Suite 600                        c/o TN Atty General Ofc Bankruptcy Div Suite 500 PMB 1810
Tampa, FL 33602-5819             PO Box 20207                           Orlando, FL 32806-5455
                                 Nashville TN 37202-4015


Titanium Technologies            United States Trustee - ORL            Bart R Valdes
2875 S. Orange Ave.              135 W. Central Blvd., Suite 620        deBeaubien Knight Simmons Mantzaris Neal
Suite 500 PMB 1810               Orlando, FL 32801-2440                 332 North Magnolia Avenue
Orlando, FL 32806-5455                                                  Orlando, FL 32801-1609


David T Ward                     C Brent Wardrop                        Gilbert Barnett Weisman
15615 Alton Pkwy #175             deBeubien Knight Simmons Mantzaris  Neal  Becket & Lee LLP
Irvine, CA 92618-7303            332 North Magnolia Avenue              16 General Warren Blvd
                                 Orlando, FL 32801-1609                 P O Box 3001
                                                                        Malvern, PA 19355-0701



         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Corporate Personnel Network, Inc    (u)Mark J. Bernet                 End of Label Matrix
c/o David T. Ward                      no city                           Mailable recipients    41
15615 Alton Pkwy #175                  no state                          Bypassed recipients     2
Irvine, CA 92618-7303                                                    Total                  43
```