UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                                  CHAPTER 11

Debtor.
_____/

VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF
MIRABILIS VENTURES, INC. TO EMPLOY PETER F. CRUMMEY
AND CRUMMEY INVESTIGATIONS, INC., AS PRIVATE INVESTIGATOR

I, Peter Crummey, in accordance with F.R.B.P. 2014, make the following verified statements:

1.   I am a licensed private investigator with the firm of Crummey Investigations, Inc. ("Crummey") and maintain an office at 380 Riggs Avenue, Melbourne Beach, Florida 32951.

2.   Crummey does not perform investigative services for any creditors as to this case, nor does Crummey perform investigative services for any equity security holders, affiliates, or insiders of Mirabilis Ventures, Inc. ("Mirabilis").

3.   Crummey does not perform investigative services and has not performed investigative services for any investment banker for any outstanding security of Mirabilis.

4.   Crummey was retained by Mirabilis on or about March 23, 2009, and Crummey is not aware that it has received any preferential payments as defined in 11 U.S.C. § 547.

5.   The undersigned is not aware of any conflict or potential conflict relating to the employment of Crummey as private investigator for Mirabilis in this case.

6.      Crummey has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office.

7.      Crummey is a disinterested person as that term is defined in Bankruptcy Code § 101(14).

8.      The factual statements set forth in this verified statement have been made based on (1) a personal review by me or my staff of the list of clients of Crummey and (2) a search of Mirabilis's creditors list. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

**DATED AND EXECUTED** this _13_ day of April 2009.

Peter F. Crummey
Crummey Investigations, Inc.
380 Riggs Avenue
Melbourne Beach, Florida 32951
Telephone: 321-724-0518
Facsimile: 321-728-0274

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                            CHAPTER 11

           Debtor.
_____/

### Certificate of Service

    I HEREBY CERTIFY that a true and correct copy of the VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF MIRABILIS VENTURES, INC., TO EMPLOY PETER F. CRUMMEY AND CRUMMEY INVESTIGATIONS, INC. AS PRIVATE INVESTIGATOR, has been furnished by electronic mail and/or U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Peter F. Crummey, 380 Riggs Avenue, Melbourne Beach, FL 32951; to the Local Rule 1007-2 matrix attached to the original of this statement filed with the Court; and the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 16th day of April 2009.

                                                /s/ Elizabeth A. Green
                                                Elizabeth A. Green, Esq.
                                                Florida Bar No.: 0600547
                                                **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                                390 N. Orange Ave., Suite 600
                                                Orlando, Florida 32801
                                                Tel: 407-481-5800
                                                Fax: 407-481-5801
                                                Attorneys for Mirabilis Ventures, Inc.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04327-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Apr 14 16:40:12 EDT 2009 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051-6240 | American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 |
| BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850-3339 | Richard Lee Barrett<br>PO Box 533983<br>Orlando, FL 32853 3983 | Kimberly Bartley<br>Waldron & Schneider LLP<br>15150 Middlebrook Drive<br>Houston, TX 77058-1226 |
| Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23219-3531 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 | Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| Elena L Escamilla<br>United States Trustee<br>135 W Central Blvd  Suite 620<br>Orlando, FL 32801-2440 | First Commercial Ins. Corp.<br>7900 N.W. 155th Street<br>Suite 201<br>Miami Lakes, FL 33016-5844 | Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33606-2272 |
| Frank L. Amodeo<br>3875 South Orange Ave<br>Suite 500 -PMB 1810<br>Orlando, FL 32806 | Fred Sandlin<br>161 Mallard Lane<br>Daytona Beach, FL 32119-8331 | Gill R Geldreich<br>Tennessee Attorney General's Office<br>Post Office 20207<br>Nashville, TN 37202 |
| Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | I Randall Gold<br>United States Attorney's Office<br>501 West Church Street<br>Suite 300<br>Orlando, FL 32805-2281 | Elizabeth A Green<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801-1684 |
| Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 | Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 |
| Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 | John Burcham<br>3415/A Bahia Drive<br>Ft. Lauderdale, FL 33316 |
| Jill E Kelso<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 | Mirabilis Ventures, Inc<br>c/o R.W.Cuthill, Jr<br>341 N. Maitland Ave #210<br>Maitland, FL 32751-4771 |

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)Mark J. Bernet<br>no city<br>no state | End of Label Matrix<br>Mailable recipients   41<br>Bypassed recipients    2<br>Total                 43 |