UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,  CHAPTER 11

Debtor.
_____/

## AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS AND SUMMARY OF SCHEDULES, AS AMENDED

MIRABILIS VENTURES, INC., ("MVI"), by and through its counsel, files this Amendment to its Schedule F-Creditors Holding Unsecured Nonpriority Claims, as follows:

1. Schedule F, Creditors Holding Unsecured Nonpriority Claims, is amended to add the following creditors:

| Name/Address | Consideration | Amount |
|---|---|---|
| United States of America<br>c/o I. Randall Gold<br>United States Attorney's Office<br>501 West Church Street, Suite 300<br>Orlando, FL 32805 | Forfeiture Claim | $ 200,000,000.00 |

and

Anita M. Cream, Esq.
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

2. Debtor also files its amended Summary of Schedules, a copy of which is attached hereto as **Exhibit A**

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 2nd day of June 2009.

_____
R. W. Cuthill, Jr., President

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:　　　　　　　　　　　　　　　　　　CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,　　　　　　　CHAPTER 11

　　　　　Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Amendment to Schedule F has been furnished by United States, first-class, mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751; United States of America, c/o I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; and Anita M. Cream, Esq., United States Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602; and upon the Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 3rd day of June 2009.

　　　　　　　　　　　　　　　　　　Elizabeth A. Green
　　　　　　　　　　　　　　　　　　Florida Bar No. 0600547
　　　　　　　　　　　　　　　　　　Jimmy D. Parrish
　　　　　　　　　　　　　　　　　　Florida Bar No. 526401
　　　　　　　　　　　　　　　　　　**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
　　　　　　　　　　　　　　　　　　390 N. Orange Avenue, Suite 600
　　　　　　　　　　　　　　　　　　P. O. Box 3353 (32802-3352)
　　　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　　　Telephone: 407-481-5800
　　　　　　　　　　　　　　　　　　Facsimile: 407-481-5801
　　　　　　　　　　　　　　　　　　Attorneys for Mirabilis Ventures, Inc.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Mirabilis Ventures, Inc.**                                        Case No.  **6:08-bk-04327-KSJ**

Debtor

Chapter    **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 27,148,480.80 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 438,173.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 220,652,100.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 27,148,480.80 | | |
| | | | Total Liabilities | 221,090,273.50 | |

## EXHIBIT "A"

# United States Bankruptcy Court
## Middle District of Florida

In re  Mirabilis Ventures, Inc.                                      Case No. 6:08-bk-04327-KSJ
                                        Debtor

Chapter                    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |