## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                         CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES,INC.,**                   CHAPTER 11

                   Debtor.

_____/

## SECOND INTERIM APPLICATION OF STEVEN L. YOAKUM
## AND STEVEN L. YOAKUM, PA, FOR AWARD OF FEES i/a/o $31,629.00

**MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf Steven Yoakum

and Steven L. Yoakum, PA ("Applicant"), forensic accountants for Debtor, their second interim

application ("Second Interim Application") for award of compensation for services in the amount

of $31,629.00 for the period commencing October 1, 2008 through March 31, 2009

("Application Period"), and, in support thereof, states:

     1.      On May 27, 2008, Debtor filed a voluntary petition for reorganization under

Chapter 11 of the Bankruptcy Code ("Petition Date").  No trustee has been appointed, and the

Debtor is administering this case as debtor-in-possession

     2.      On June 30, 2008, this Court entered an order granting Debtor's application to

retain Applicant to provide forensic accounting services for the Debtor (Doc No. 33).

     3.      Debtor agreed to pay Applicant a reasonable fee to be determined by the Court

based upon the actual services rendered and the other criteria used by the Court in setting such

fees.

     4.      No advance retainer has been paid.  Pursuant to the First Fee Order, dated March

24, 2009 (Doc No. 160), Applicant received an interim payment of 70% of their fees and costs.

5.     The combined totals for all fees and expenses incurred through and including the

Second Interim Application (without deducting partial payments received) for Applicant is set

forth below:

|  | Fees | Interim Payment |
|---|---|---|
| **1st Application** | $22,678.50 | $15,874.95 |
| **2nd Application** | 31,629.00 | |
| **Total Applications** | $54,307.50 | $15,874.95 |

6.     The professional services rendered on behalf of Debtor for which an award of

interim compensation is sought by Applicant involve extensive review and research of

documents and computer files held by the U. S. Attorney's office and relating to Debtor's

business.

7.     Attached hereto as **<u>Exhibit A</u>** are copies of Applicant's invoices, which set forth

the hourly rate, number of hours, and total fees for each professional who has provided services

in this case.

8.     Debtor submits that given (a) the time and labor required of Applicant, (b) the

complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees

for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e)

Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the

results obtained, the compensation sought in this Interim Application is both fair and reasonable.

9.     In considering the foregoing criteria in this case, several matters should be noted:

a.     Applicant is comprised of established and experienced certified public

accounts.  Applicant has extensive experience in providing forensic accounting services; and

U:\BKRY\MIRABILIS\PLDG\FEE APP-YOAKUM #2.DOC

b.      The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

10.      Attached as **Exhibit B** is the affidavit of Steven Yoakum in support of this Second Interim Application.

11.      The total compensation requested by Applicant for the Second Interim Application Period is $31,629.00.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded interim compensation for services in the amount of $31,629.00 for the Application Period as part of the fees and expenses of administration of the Mirabilis Ventures, Inc Chapter 11 estate from October 1, 2008 through March 31, 2009.

**RESPECTFULLY SUBMITTED** this 8th day of July 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600546
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

3

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                      **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES,INC.,**                **CHAPTER 11**

                    Debtor.

_____/

### Certificate of Service

     **I HEREBY CERTIFY** that a true copy of the **SECOND INTERIM APPLICATION OF YOAKUM CONSULTING FOR AWARD OF FEES i/a/o $31,629.00**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Steven Yoakum, Yoakum Consulting, 320 Maitland Avenue, Altamonte Springs, FL  32701; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 8th day of July 2009.

                               /s/ Elizabeth A. Green_____
                               Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Wed Jul  8 14:12:25 EDT 2009

Advantage Collection Pro
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

PaySource USA NY, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

**MIRABILIS VENTURES, INC.**
**CASE NO. 6:08-bk-04327-KSJ**

**<u>EXHIBIT A</u>**

**<u>EXHIBIT A</u>**

U:\BKRY\MIRABILIS\PLDG\FEE APP-YOAKUM #2.DOC

# Yoakum Consulting
## CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

January 13, 2009·                                    Invoice # 090198

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:   United States Bankruptcy Court, Middle District of FL.
      Mirabilis Ventures, Inc. Debtor
      Case No. 6:08-bk-04327-KSJ
      Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
October 01, 2008 (our prior billing) to December 31, 2008 associated with the above referenced
Bankruptcy Case:

|                          | Hours  | Rate       |    |          |
|--------------------------|--------|------------|----|----------|
| Steven L. Yoakum, CPA    | 48.80  | $195.00    | $  | 9,516.00 |
| Senior Accountant        | none   | $115.00    | $  | none     |
| Staff Accountant         | none   | $ 85.00    | $  | none     |
| SUBTOTAL                 |        | =          | $  | 9,516.00 |
| Expenses (None)          |        | =          |    | none     |
| **NET AMOUNT DUE**       |        | =          | **$** | **9,516.00** |

Please make your check payable to Yoakum Consulting (FIN 59-3554391) and remit to the
above address.

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA
R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

October 07, 2008                                                                    .40
Telephone discussion with RWC related to status of case and setting up a meeting.

October 13, 2008                                                                   2.80
Prior to meeting, recap open items and balance of transaction to be reviewed.
Meeting with RWC related to the ongoing issues of the case.
Discuss status of my ongoing analysis.
Subsequent to meeting, scan and send copy of all billing to date.

November 25, 2008                                                                 1.10
Review information and recap court filings.  Issue affidavit, scan and send to Attorneys.

December 03, 2008                                                                 2.00
Review prior postings and continue analysis.
Test adjustment entries made to date.  Recap entries in excel and reconcile balances.
Make changes to spread sheet in order to identify any changes and ongoing balances.

December 04, 2008                                                                 9.10
Print various accounts previously reconciled and document transactions with references pages.
Continue analysis of Mirabilis quick book accounts and transactions.
Set up spread sheet and reconcile prior posting related to Due from Presidion.
Recap prior posted transactions related to errors found in the Due from Teknovation account.
Review error identified in the Due from Cadent Administrat account.  Expand existing entry.
Begin review and reconciliation of the Accounts Receivable transaction and prepare Ref. A & B.

December 15, 2008                                                                 2.70
Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions.
*   Reconcile the various years entries posted to Prepaid Insurance Account based upon
    review of the Insurance Expense and match accrual entries.

Review & post accounts with cash only transaction and adjust others including:
*   Due from Auke Hempenius Enterpr.
*   Due from Inline Technology including a printed reference page.

## TIME SUMMARY FOR STEVEN L. YOAKUM, CPA
R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

CONTINUED:

December 16, 2008                                                                                          4.50

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:

- Due from Ionic including a printed reference page.
- Due from National Med Staff
- Due from Universal Analytics
- Due from Siren Resources
- Due from AEM including a printed reference page.
- Due from Pacific Atlantic Cap. including a printed reference page.

December 17, 2008                                                                                          7.40

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions.

- Set up work sheet to recap all fixed asset transactions.  Cross reference to prior posting
  and verify accumulated depreciation postings.  Prepare entry of each year.

Review & post accounts with cash only transaction and adjust others including:

- Due from Creative Insurance including a printed reference page.
- Deferred Interest Caribbean Inve.
- Deposits – Kevin Munroe

December 18, 2008                                                                                          7.10

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:

- Deposits – all Staff Management
- Deposits Center Point
- Deposits Desert Valley Aviation including a printed reference page.
- Deposits Fuel CDs
- Deposits UT Group Holdings
- Prepare a reconciliation work paper for the account "Deposits" to net those transactions
  specifically identified previously with separate Deposit Accounts.  Prepare net entry.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA

R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

CONTINUED:

| December 22, 2008 | 4.20 |
|---|---|

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis of all financial transactions. Review & post accounts with cash only transaction and adjust others including:

- Equity Investment – Hancock Group
- Equity Investment – LTSS, LLC
- Equity Investment – The Alliance Group
- Equity Investment – RKT Construction
- Equity Investment – Synergy Technology Fabrication

| December 23, 2008 | 5.10 |
|---|---|

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis of all financial transactions. Review & post accounts with cash only transaction and adjust others including:

- Equity Investment – Empire Global Strategies, Inc.
- Equity Investment – Tactical Intelligence
- Equity Investment – 2 Wheel Tunes
- Equity Investment – Siren, Inc.
- Equity Investment – Presidion Corporation including a work paper to reconcile the three different years and multiply posting to other asset and liability accounts.
- Equity Investment – Matrix Network, Inc.
- Equity Investment – Felker Metals

| December 29, 2008 | 2.40 |
|---|---|

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis of all financial transactions. Review & post accounts with cash only transaction and adjust others including:

- Equity Investment – A very Private Eye
- Equity Investment – Matrix Alabama
- Equity Investment – Caribbean Data & PSF Trust
- Equity Investment – Global Vision including a printed reference page.
- Equity Investment – AEM

**TOTAL HOURS FOR THIS PERIOD for Steven L. Yoakum, CPA**          **48.80**

# Yoakum Consulting
## CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

February 3, 2009                                    Invoice # 090297

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:    United States Bankruptcy Court, Middle District of FL.
       Mirabilis Ventures, Inc. Debtor
       Case No. 6:08-bk-04327-KSJ
       Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
January 01, 2009 (our prior billing) to January 31, 2009 associated with the above referenced
Bankruptcy Case:

|                        | Hours | Rate     |              |
|------------------------|-------|----------|--------------|
| Steven L. Yoakum, CPA  | 63.10 | $195.00  | $ 12,304.50  |
| Senior Accountant      | none  | $115.00  | $    none    |
| Staff Accountant       | none  | $ 85.00  | $    none    |
|                        |       |          |              |
| SUBTOTAL               |       | =        | $ 12,304.50  |
|                        |       |          |              |
| Expenses (None)        |       | =        |     none     |
|                        |       |          |              |
| **NET AMOUNT DUE**     |       | =        | **$ 12,304.50** |

Please make your check payable to Yoakum Consulting (FIN 59-3554391) and remit to the
above address.

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA
R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

January 02, 2009                                                                                                4.10
Test adjustment entries made to date. Recap entries in excel and reconcile balances.
Print spread sheet and verify flow of numbers by testing selected asset accounts.
Review other cash accounts that were previously closed out and did not appear in the initially
opened chart of accounts.

January 05, 2009                                                                                                5.20
Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:
- Equity Investment – Tireflys
- Equity Investment – Common Paymaster Corp. including a printed reference page.
- Equity Investment – Nexia Strategy
- Equity Investment – Pacific Atlantic Capital Corp including a printed reference page.
- Equity Investment – Axena
- Review the other "Equity Investment" accounts and post all cash transactions.

January 06, 2009                                                                                                6.90
Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:
- Equity Investment – General Universal Analytics
- Intangible account (Software) including Capital Genesis including a work paper to
  reconcile the different years and multiply posting to other asset and liability accounts.
- Review the balance of all "Equity Investment" accounts and post all cash transactions.
- Verify the initial "Due From" that were closed out and not shown on the initial chart of
  accounts and post those transactions that were funds disbursed and then adjusted off prior
  to closing of the accounts.

January 07, 2009                                                                                                7.00
Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Briefly review the cash accounts.
Review the liability accounts including the various accounts payable accounts.
Identify the system used to account for specifically identified as a subsidiary accounts payable as
opposed to the general accounts payable transaction.
Review the notes payable accounts and in conjunction with the accounts payable to estimate the
time needed to complete the liability (balance sheet) portion of cash flow analysis.
Verify that all asset accounts have been tied out for the cash transactions posted during 2004,
2005, 2006 & 2007.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA
R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

CONTINUED:

| January 13, 2009 | 2.80 |
|---|---|

Print out cash flow work sheet and adjustments for meeting with RWC.
Organize work papers and source documents. Prepare notes.
Cross reference work completed and open analysis to be continued.

| January 14, 2009 | .40 |
|---|---|

Telephone discussion with RWC related to status of work and set up meeting.

| January 16, 2009 | 1.30 |
|---|---|

Meet with RWC to discuss status of case and work completed to date.

| January 21, 2009 | 4.10 |
|---|---|

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Print out the Accounts Payable account and reconcile those entries
made to the subsidiary accounts as well as the master general account. Verify prior posting made
to the cash accounts as compared to those inter-company non-cash transactions.

| January 22, 2009 | 7.30 |
|---|---|

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:
- Due to GMOFF, Inc.
- Due to Common Paymaster

Verify the posting made to the asset side of the account payable subsidiary accounts to verify that
no duplicate entry will be made.

| January 26, 2009 | 2.00 |
|---|---|

Test the posting and individual transactions in the accounts payable accounts and the related
(similar named) "Due To" and "Note Payable" accounts.

| January 27, 2009 | 2.70 |
|---|---|

Post entries made based upon prior review of account payable transactions reviewed to date.
Verify balances rolled forward from prior entries made associated with the reconciliation of the
asset related accounts.

# TIME SUMMARY FOR STEVEN L. YOAKUM, CPA
R.W. (Bill) Cuthill, CPA - Mirabilis Ventures, Inc.
United States Bankruptcy Court, Middle District of FL.
Mirabilis Ventures, Inc. Debtor - Case No. 6:08-bk-04327-KSJ

CONTINUED:

January 28, 2009                                                                                      5.20

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:

- Related Party – Quasar
- Related Party Payable – Legend

January 29, 2009                                                                                      6.40

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:

- Related Party – AEM
  - Recap transactions in a work sheet to reconcile offset entries.
  - Verify prior posting and actual cash entries.
  - Complete and post AJE 82.

January 30, 2009                                                                                      7.70

Continue analysis of Mirabilis quick book accounts/transactions related to the cash flow analysis
of all financial transactions. Review & post accounts with cash only transaction and adjust others
including:

- Account Payable – Related Party – AQMI
- Related Party – Auke
- Related Party – FIE
- Related Party Payable ISI

**TOTAL HOURS FOR THIS PERIOD for Steven L. Yoakum, CPA**              **63.10**

# Yoakum Consulting
### CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

April 9, 2009                                             Invoice # 090497

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:    United States Bankruptcy Court, Middle District of FL.
       Mirabilis Ventures, Inc. Debtor
       Case No. 6:08-bk-04327-KSJ
       Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
February 01, 2009 (our prior billing) to March 31, 2009 associated with the above referenced
Bankruptcy Case:

| | Hours | Rate | | |
|---|---|---|---|---|
| Steven L. Yoakum, CPA | 50.30 | $195.00 | $ | 9,808.50 |
| (Hours = Feb. 12.60 + March 37.70) | | | | |
| | | | | |
| Senior Accountant | none | $115.00 | $ | none |
| Staff Accountant | none | $ 85.00 | $ | none |
| | | | | |
| SUBTOTAL | | = | $ | 9,808.50 |
| | | | | |
| Expenses (None) | | = | | none |
| | | | | |
| **NET AMOUNT DUE** | | = | **$** | **9,808.50** |

**NOTE: At the March 18th Court hearing, the detail information previously attached to the
submitted invoices was discussed.  Beginning with this invoice the detail attached
will be submitted in a different format providing greater detail for each of the daily
hours charged.**

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

Mirabilis Ventures, Inc. - R.W. Cuthill
United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

**FEBRUARY 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-----------------------------------|
| 2/13/2009 | 1.10 | Print out work sheet and verify all asset accounts have been reconciled. |
| | 0.10 | Recap prior postings made to liability accounts. |
| | 0.50 | Review and analysis of the transactions related to Accounts Payable Presidion |
| | 0.40 | Verify prior reconciliation of Payable accounts - AQMI, Auke, FIE, ISI, Mat. Med. |
| | 0.90 | Complete analysis of the A/P Presidion and post entry to cash flow work paper. |
| | 1.60 | Review, analysis & post transactions related to Accounts Payable Nexia |
| | 0.70 | Review, analysis & post transactions related to Accounts Payable F Amodeo |
| **2/13/2009** | **5.30** | **TOTAL FOR THE DAY** |
| 2/18/2009 | 0.30 | Prior to the hearing, review motion and supporting documents. |
| | 0.30 | At hearing, briefly discuss with RWC and Attorney status of case and procedures. |
| | 1.00 | Attend hearing, make notes on motion related to fee application. |
| | 0.20 | Subsequent to hearing, briefly discuss invoicing procedures with RWC & Attorney. |
| | 0.20 | At Office, read documents and file notes from hearing. |
| **2/18/2009** | **2.00** | **TOTAL FOR THE DAY** |
| 2/26/2009 | 0.20 | Pull documents and set up computer in order to continue testing and analysis. |
| | 0.60 | Set up time recap in excel to report individual task and assignment transactions. |
| | 0.70 | Brief review of Court filings; reference prior motions & transactions for later use. |
| | 0.80 | Continue prior analysis to Accounts Payable F Amodeo - tie out final entries. |
| | 2.10 | Print out the entire accounts payable consolidated account and reconcile those entries that were made to individual related party accounts payable accounts.  Review the general entries made to accounts payable and classify as to source, use or adjustment to cash. |
| | 0.90 | Print out adjustment made to date and reconcile.  Verify ending balances. |
| **2/26/2009** | **5.30** | **TOTAL FOR THE DAY** |
| **FEB. '07** | **12.60** | **TOTAL FOR THE ENTIRE MONTH OF FEBRUARY 2009** |

Mirabilis Ventures, Inc. - R.W. Cuthill
United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

**MARCH 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| <u>Date</u> | <u>Hours</u> | <u>DESCRIPTION OF TASK AND ASSIGNMENT</u> |
|---|---|---|
| 3/11/2009 | 0.30 | Telephone discussion with RWC related to status of case and ongoing analysis. |
| **3/11/2009** | **0.30** | **TOTAL FOR THE DAY** |
| 3/17/2009 | 1.20 | Continue the analysis & detail accounting for the A/P - Other transaction for 2005. |
|  | 0.90 | Complete the work sheet to record needed adjustments related to A/P - Other. |
| **#REF!** | **2.10** | **TOTAL FOR THE DAY** |
| 3/18/2009 | 1.30 | Complete the set up of a work sheet to recap the A/P - Other transactions. |
|  | 1.10 | Run tapes (reconciliation of amounts) on the cash and expense transactions. |
|  | 0.90 | Analysis and detail accounting for the A/P - Other transaction for 2007 |
| **3/18/2009** | **3.30** | **TOTAL FOR THE DAY** |
| 3/23/2009 | 1.80 | Analysis and detail accounting for the A/P - Other transaction for 2006 (continued from the open item listing and work completed on the 18th. |
|  | 0.90 | Post entries to the Cash Flow Work sheet for all Accounts Payable transactions. |
|  | 0.60 | Verify that all Accounts Payable transactions have been properly posted. |
|  | 0.40 | Complete reconciliation of Liability account "Accrued Comp & Benefits". |
|  | 0.50 | Review misc Liability accounts with Zero Balance for any net transactions. |
|  | 0.30 | Open up computer files and pull information from prior days analysis |
|  | 0.70 | Reconcile account "Due to AEM, Inc." (liability) & review prior postings. |
|  | 0.40 | Review & reconcile "Due to AQMI" (liability) |
|  | 0.30 | Review 2007 transactions "Due to Common Paymaster" (2006 already reconciled.) |
|  | 0.10 | Review zero balance "Due To Accounts" |
|  | 0.30 | Review and post cash transaction associated with "Due to Nat Med" |
|  | 0.40 | Post cash transactions for "Due to TenShi Leasing" - review prior ADJ "A" |
|  | 0.10 | Post cash transactions for "Due to workers temporary staff" |
|  | 0.30 | Prepare ADJ for recording of "Income Tax Payable: Deferred Income Tax" |
|  | 0.50 | Analysis of "Income Tax Payable"; prepare entry and post cash transactions. |
|  | 0.70 | Review the transactions posted to the "Short Term (Notes Payable)" and "Cur. Portion - Rel. Party Debt" accounts to insure that all transactions are included in the subsidiary accounts with specific identification of transactions. |
|  | 0.40 | Print out sections of the work sheet and verify postings made today. |
|  | 0.20 | Recap, organize and file documents. |
| **3/23/2009** | **8.90** | **TOTAL FOR THE DAY** |
| 3/25/2009 | 0.10 | Brief review of prior posted entry to "ST Notes Payable - A very private Eye". |
|  | 0.30 | Record entry and post, verify reconciliation for "Short Term N/P Curr Port. - David Robinson |
|  | 0.10 | Review prior postings note payable "Edward Files - Two Wheels" |
|  | 0.10 | Due to Gen Universal Analytics review prior posting - reconcile |
|  | 0.10 | Analysis and post adjustment related to acct. "Due to Gibralter Integrity". |
|  | 0.10 | Review account - Due to Matthew Moore & Quasar Construction. |
|  | 0.10 | Review account - Due to Synergy. |
|  | 0.30 | Empire Global Strategies, Inc. reconcile prior posting and post 2006 cash transaction |

Mirabilis Ventures, Inc. - R.W. Cuthill

United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

## MARCH 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-----------------------------------|
| | 0.10 | Review account transactions - Notes Payable Mark Lang |
| | 0.40 | Machinex Leasing Company (RKT) reconcile prior posting and post 2006 cash Trans. |
| | 0.20 | Robi A Roberts - Trust (RKT) reconcile prior postings and post 2006 cash Trans. |
| | 1.10 | Due To Nexia Strategy prepare work sheet to reconcile entries previously posted, those that still needed to be made and post the cash transactions. |
| | 0.40 | Daniel Deutsch (Assumption) repost split entry previously posted & post cash. |
| | 0.20 | Daniel Deutsch (note Payable) post cash transactions |
| | 0.10 | Due To John Burcham post cash transactions |
| | 0.10 | Due to Titanium Tech post cash transactions |
| | 0.10 | Emerald Capital Group (Note) post cash transactions |
| | 0.50 | Due to Fred Sandlin review transaction, account for prior postings, prepare and post additional entry, post cash transactions.  Reconcile. |
| | 0.40 | Due to FCIC review transaction, account for prior postings, prepare and post additional entry, post cash transactions.  Reconcile. |
| | 0.30 | Due to Wellington Capital reconcile prior posting and post cash transactions |
| | 0.10 | Due to AQMI Strategy quick review of previously posted. |
| | 0.40 | Due to John Burcham review transaction, post entry and cash transaction - reconcile |
| | 0.10 | Due to Fred Sandlin - AEM - post cash transaction (ADJ already made). |
| | 0.40 | Review zero accounts but note significant entries and transactions in the account 1820 N/R Presidion and 2350 Due to Sunshine Companies. |
| | 0.90 | Due to Presidion began reconciliation but missing accounts prevented complete transactions from being reflected; Added two new accounts (1820 N/R Presidion and 2350 Due to Sunshine Companies); Prepared and posted ADJ; Posted cash and reconciled. |
| 3/25/2009 | 7.00 | TOTAL FOR THE DAY |
| 3/26/2009 | 0.50 | Continue reconciliation of Due To Presidion accounts started yesterday.  Prepare and post ADJ;  Post cash entries and reconcile. |
| | 0.10 | Allstaff Mgt Purchase Liability review prior postings. |
| | 0.10 | Due to Centro post cash transactions |
| | 0.20 | Hancock Group Tom Hancock, Kellie Ledbetter & N. Chaviers - review prior posting. |
| | 1.20 | Due to Frank Amodeo recap prior postings, Add new ADJ for unrecorded entries and Post cash transactions; reconcile to G/L |
| | 0.10 | Presidion Idemnification (Due To) post cash transactions - reconcile |
| | 0.10 | Due to FCIC (L/T) post cash transactions |
| | 0.30 | Due to Titanium Tech (L/T) print detail and trace.  Post cash transaction & reconcile to prior posted entries. |
| | 0.20 | Due to John Burcham (L/T) review transaction to confirm reconciliation |
| | 0.50 | Unrealized Gain/Loss account in the equity section -- recap prior postings, Add new ADJ for unrecorded entries and Post cash transactions; reconcile to G/L |
| | 0.60 | Equity Accounts -- review all transactions, research Preferred Stock posting. |
| | 0.80 | Acct 3900 Retained Earnings - Print quick book transactions & recap known entries , Add new ADJ for unrecorded entries and Post cash transactions; reconcile to G/L. |
| | 0.80 | Review to insure that all liability and equity accounts have been reconciled. |
| | 1.10 | Set up test of work sheet to verify postings and adjustments. |
| | 1.60 | Review cash accounts and selected income/expense accounts. |

Mirabilis Ventures, Inc. - R.W. Cuthill
United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

**MARCH 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-------------------------------------|
| | 0.20 | Set up print sections for entire spreadsheet. |
| 3/26/2009 | 8.40 | TOTAL FOR THE DAY |
| 3/27/2009 | 0.60 | Prior to meeting with RWC, print out worksheets & adjustments -- proof. |
| | 0.50 | Prepare listing of key issues to discuss and review with RWC. |
| | 0.70 | Isolate the transactions and adjustments made that need to be reviewed by RWC. |
| | 0.20 | Organize documents and analysis. |
| | 1.80 | Meet with RWC. Review status of case and review analysis completed to date. |
| | 0.30 | Prepare follow up items and open research to be completed. |
| | 0.50 | Review cash accounts posted in QuickBooks for selected transactions. |
| 3/27/2009 | 4.60 | TOTAL FOR THE DAY |
| 3/31/2009 | 1.80 | Review the accounts payable - Disputed LTD account and trace the transactions listed as AEM through the various account posting. Verify those transactions that were cash based and segregate from non-cash entries. |
| | 0.80 | Set up work paper to document the various account transactions that resulted in the net amount posted to Disputed LTD. |
| | 0.40 | Reconcile each of the year ended accounts payable - LTD based on the intercompany posting of transactions through each of the related accounts. |
| | 0.10 | Print out supporting documents from quick book. |
| 3/31/2009 | 3.10 | TOTAL FOR THE DAY |
| MARCH '07 | 37.70 | TOTAL FOR THE ENTIRE MONTH OF MARCH 2009 |

**MIRABILIS VENTURES, INC.**
**CASE NO. 6:08-bk-04327-KSJ**

## EXHIBIT B

## EXHIBIT B

U:\BKRY\MIRABILIS\PLDG\FEE APP-YOAKUM #2.DOC

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

                        Debtor.

_____/

## AFFIDAVIT IN SUPPORT OF SECOND INTERIM APPLICATION OF YOAKUM CONSULTING FOR AWARD OF COMPENSATION FOR SERVICES i/a/o $31,629.00

STATE OF FLORIDA          )
                          )
COUNTY OF SEMINOLE        )

**BEFORE ME**, the undersigned authority, personally appeared Steven Yoakum, who, being duly sworn, deposes and says:

1.      I am a shareholder with Yoakum Consulting, a Florida professional association engaged in providing forensic accounting services, and, in that capacity, have control over the books and records of Yoakum Consulting relating to the matter set forth herein, which books and records are kept and maintained by Yoakum Consulting in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2.      I am the billing and responsible officer assigned by Yoakum Consulting to provided services to the Debtor.

3.      I have reviewed Yoakum Consulting's Second Interim Application for Award of Compensation for Services i/a/o $31,629.00 filed concurrent herewith, and all attachments

U:\BKRY\MIRABILIS\PLDG\FEE AFF-YOAKUM #2.DOC

accurately reflect the time and expenses of Yoakum Consulting for the periods set forth herein

for services provided to the Debtor.

    4.    I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

STEVEN YOAKUM

STATE OF FLORIDA    )
COUNTY OF SEMINOLE    )

    Sworn to and subscribed before me this 30ᵀᴴ day of April 2009, by **Steven Yoakum**, [    ]

who is personally known to me, or [    ] who did provide as identification  FLORIDA

DRIVERS LICENSE .

BIPINKUMAR G. PATEL
Comm# DD0758447
Expires 2/13/2012
Florida Notary Assn., Inc

[NOTARY SEAL]

Signature of Person Taking Acknowledgment
Print Name:  BIPINKUMAR PATEL.
Title:  Notary Public
Serial No. (if any)  DD 0758447
Commission Expires:  2/13/2012.

U:\BKRY\MIRABILIS\PLDG\FEE AFF-YOAKUM #2.DOC