UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,
et al.,
Debtor.
_____/

CASE NO. 6:08-bk-04327-KSJ
CASE NO. 6:08-bk-04328-KSJ
CASE NO. 6:08-bk-04681-KSJ

CHAPTER 11

## JOINT NOTICE OF FILING EXHIBITS A - C TO THE AMENDED JOINT DISCLOSURE STATEMENT

MIRABILIS VENTURES, INC., HOTH HOLDINGS, LLC, and AEM, INC., collectively (the "Debtors"), hereby gives notice of filing the attached **EXHIBITS A – C** to the AMENDED JOINT DISCLOSURE STATEMENT.

**DATED,** this 22nd day of July, 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone (407) 481-5800
Facsimile (407) 481-5801
Attorneys for Debtor

# Government Asset List

The properties subject to forfeiture in the pending criminal and/or civil forfeiture cases are:

(a)   614 Lake Avenue, Orlando, FL;

(b)   709 Euclid Avenue, Orlando, FL;

(c)   1159 Delaney Avenue, Orlando, FL;

(d)   Proceeds from the sale of 509 Riverfront Parkway, Chattanooga, TN – Mirabilis Equity interest and unsecured claims of Mirabilis and its affiliates;

(e)   4905 Research Drive, Huntsville, AL;

(f)   102 West Whiting Street, Tampa, Florida;

(g)   2006 BMW 750Li, VIN #WBAHN8353GDT30059;

(h)   2006 Black Harley Davidson, VIN #1HD1BWB156Y077592;

(i)   2006 Mercedes Benz CLS 500C Coupe, VIN #WDDDJ75X46A032858;

(j)   2006 Mercedes Benz CLS 55AMG, VIN # WDDDJ76X66A055945;

(k)   Gates Learjet Model 25D Aircraft No. 4488W;

(l)   $253,487.45.00 in proceeds seized from the Trust Account of the law firm of Balch Bingham LLP;

(m)   $101,393.86 in proceeds seized from the Trust Account of the law firm of Shutts & Bowen;

(n)   $42,419.72 in proceeds seized from the Trust Account of the law firm of Mateer and Harbert;

(o)   $100,000.00 in proceeds seized from the Trust Account of the law firm of Maher, Guily, Maher PA;

(p)   $105,922.96 in proceeds seized from the Trust Account of the law firm of Martin, Pringle, Oliver, Wallace, & Baur LLP;

(q)   $50,000 In proceeds seized from the Trust Account of the law firm of Bieser, Greer & Landis LLP;

(r)   $8,518.30 in proceeds seized from the Trust Account of the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist PA;

(s)   $25,000 in proceeds seized from the Trust Account of the law firm of Valenti, Hanley & Robinson PLLC;

(t)   $10,000 in proceeds seized from the Trust Account of the law firm of Brown, Stone, & Nimeroff LLC;

(u)   $21,900 in proceeds seized from the Trust Account of the law firm of Hunt Rudd PA;

(v)   $41,029.54 in proceeds seized from the Trust Account of the law firm of Ford & Harrison PA;

(w)   $12,528.51 in proceeds seized from the Trust Account of the law firm of Broad & Cassel;

(x)   $20,754.19 in proceeds seized from the Trust Account of the law firm of Latham, Shuker, Barker, Eden, & Beaudine LLC;

(y)   $13,100.99 in proceeds seized from Fifth Third Bank Account No. 7440599020 in the Name of Soone Business Development;

(z)   $37,629.16 in proceeds seized from the trust account of the law firm of Charles W. McBurney, Jr.;

(aa)  A promissory note in the amount of $3,500,000.00 dated on or about May 7, 2007 between Wellington Capital and Worker's Temporary Staffing, Inc., including payments of $63,000.00 per month;

(bb)  All payments due under the promissory note in the amount of $5,500,000.00 dated May 27, 2007 between Mirabilis Ventures, Inc. and Conrad D. Eigenmann, Jr. after the January 2009 payment;

(cc)  The assets of the following corporations, including but not limited to the below listed lawsuits and/or settlements:

Anthony T. Sullivan v. AQMI Strategy (07-CA-0015981-0);
Michael Mapes, et al. v. Wellington Capital Group, Inc.(8:07cv77);
Dutko Global Advisors LLC v. AQMI Strategy Corporation (48-2007-CA-018164-0);
Providence Property & Casualty Insurance Co, et al. v. Paradyme, Inc., d/b/a Presidion Solutions VI (4:07-CV-202)
Presidion Corporation v. Arrow Creek, Inc., et al. (50-2006-CA-0014170)

Corporations:

AQMI Strategy Corporation,
Nexia Strategy Corporation,
Presidion Solutions, Inc.,
Professional Benefit Solutions, Inc.,
    d/b/a Presidion Solutions VII, Inc.
Quantum Delta Enterprises, Inc.,
    d/b/a Siren Resources, Inc.,
        Titanium Technologies, Inc.,
      f/k/a Titanium Consulting Services, Inc.,
    Tenshi Leasing, Inc.
    Wellington Capital Group, Inc.

## Debtor's Asset List

The properties subject to forfeiture in the pending criminal and/or civil forfeiture cases are:

- (a) 3801 Carolina Avenue, Richmond, VA;

- (b) The funds, if any, generated by the fraudulent transfer lawsuit from the sale of 509 Riverfront Parkway, Chattanooga, TN;

- (c) January 2009 payment due under a promissory note in the amount of $5,500,000.00 dated on or about May 27, 2007 between Mirabilis Ventures, Inc. and Conrad D. Eigenmann, Jr.;

- (d) The assets of the following corporations, including but not limited to the below listed lawsuits and/or settlements:

Corporations:

AEM, Inc., d/b/a Mirabilis HR,
Hoth Holdings, LLC,
Mirabilis Ventures, Inc.,

Lawsuits:

| Style of case | Location | Case No. |
| --- | --- | --- |
| Mirabilis Ventures, Inc. v. Jeffrey Reichel | Broward County, Florida | CACE 07011827 |
| Mirabilis Ventures, Inc, and Nexia Strategy Corp. v. Palaxar Group, LLC, et al. | Orange County, Florida | 07-co-13191 (37) |
| Mirabilis Ventures, Inc. v. Forge Capital Partners, LLC, et al. | Orange County, Florida | 07-CA-13828 (33) |
| Mirabilis Ventures, Inc. v. J.C. Services, Inc., et al. | U.S.D.C., M.D. Fl. | 6:06-cv-1957-Orl-22KRS |
| AEM, Inc. d/b/a Mirabilis HR v. Sheryl Okken, Progressive Employer Services, LLC, et al. | Brevard County, Florida | 05-2007-CA-006526 |

| Style of case | Location | Case No. |
| --- | --- | --- |
| RKT Constructors, Inc. v. Del Kelley and Robi Roberts | Orange County, Florida | 2007-CA-012599-0 |
| Mirabilis Ventures, Inc. v. Stratis Authority, Inc., et al. | Orange County, Florida | 07-ca-13826 (37) |
| Mirabilis Ventures, Inc. v. Premier Servicing, LLC and Robert Konicki | Orange County, Florida | 07-ca-33197 (34) |
| Mirabilis Ventures, Inc. v. Robert Lowder, et al. | Orange County, Florida | 2006-CA-005742-0 |
| Kenneth Hendricks, et al. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | U.S.D.C., M.D.Fl. | 8:07-cv-661-T17EAJ |
| Kenneth Hendricks, et al. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | Hillsborough County, Florida | DC-07-014201J |
| Berman, Kean & Riguera, P.A. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | Broward County, Florida | 07-024968 (21) |
| Paysource, Inc. And Robert Sacco v. Mirabilis Ventures, Amodeo, et al. (Counterclaim) | U.S.D.C., S.D. Ohio | 3:07cv0129 |
| Prime Acquisition Group, LLC v. Ionic Services, Inc., et al. (Counterclaim) | Palm Beach County, Florida | 502007CA02242 |
| Briarcliff Village, LLC v. Mirabilis Ventures, Inc. | Clay County, Missouri | 07CY-CV09414 |
| William Gregory v. Floyd Road v. Mirabilis Ventures, Inc. (Counterclaim) | Hillsborough County, Florida | 07-CA-010780 |
| Coastal Equity Partners, LLC v. Pacific Atlantic Capital Corp., et al. (Counterclaim) | Henrico County, Virginia | CL07-1960 |

| Style of case | Location | Case No. |
|---|---|---|
| Liberty Property Limited Partnership v. Mirabilis Ventures, Inc., et al. (Counterclaim, settled) | Duval County, Florida | 162007CA003642 |
| Tranmere Rovers Football Club v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Liverpool, England | 7LV30022 |
| Mark Lang v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Orange County, Florida | 48-2007-CA-002929-0 |
| David Chaviers, Norman Chaviers, Kellie Ledbetter and Tom Hancock v. Mirabilis Ventures, Inc. And Frank Amodeo, et al. (Counterclaim, settled) | U.S.D.C., N.D. Ala. | CV-07-0442-cls |
| Carlton Fields v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Hillsborough County, Florida | 07-CC-038145 |
| Brevard County v. RKT Constructors, Inc. (Counterclaim, settled) | Brevard County, Florida | 05-2007-CA-12251 |
| Bellsouth v. RKT Constructors, Inc., et al. (Counterclaim, settled) | Orange County, Florida | 05-2007-CA-9660-0 |
| Capital Office Products of Volusia County, Inc., v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Volusia County, Florida | 2007-34950 COCI |
| CDW Corporation, Inc. v. Information Systems, Inc. (Counterclaim, settled) | Cook County, Illinois | 2007-L-002446 |
| RKT Constructors, Inc. v. Florida Department of Transportation (Settled) | Broward County, Florida | 05-2003-CA-047397 |

| Style of case | Location | Case No. |
|---|---|---|
| RKT Constructors, Inc. v. Florida Department of Transportation (Settled) | Broward County, Florida | 05-2006-CA-060518 |

(e) Any and all property of the following bankruptcy estates, including funds which now constitute or have constituted funds of the estate:

| Style of case | Location | Case No. |
|---|---|---|
| Sam Hopkins, Trustee v. Todd Pattison and Mirabilis Ventures, Inc. | U. S. Bankruptcy Court, D. Idaho | 08-08005-JDP |
| In Re: Mirabilis Ventures, Inc. | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04327-KSJ |
| In Re: Hoth Holdings, LLC | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04328-KSJ |
| In Re: AEM, Inc. | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04681 |
| In Re: North American Communications | U. S. Bankruptcy Court, D. Utah | 2:07-bk-24900 |

EXHIBIT C

LIQUIDATING AGENT'S REPORT FOR MIRABILIS VENTURES, INC., AEM, INC., AND HOTH HOLDINGS, LLC
CASH RECEIPTS AND DISBURSEMENTS
DATE

|  | CUMULATIVE | QUARTER ENDED |
|---|---|---|
| **RECEIPTS:** | | |
| Beginning cash recovered | $ - | $ - |
| Interest income | - | - |
| Collection of notes receivable | - | - |
| Reimbursement of legal expense | - | - |
| Reimbursement of other expense | - | - |
| Sale of Property | - | - |
| Lawsuit settlement income | - | - |
| TOTAL | - | - |
| | | |
| **DISBURSEMENTS:** | | |
| US Trustee quarterly fees | - | - |
| Taxes | - | - |
| Office expenses | - | - |
| Other expenses | - | - |
| Bank Service charges | - | - |
| Distributions to creditors | - | - |
| Distributions to creditors held in escrow | - | - |
| President's salary & expenses | - | - |
| Professional fees | - | - |
| Lawsuit settlement expenses | - | - |
| Warehouse expense | - | - |
| | | |
| RECEIPS IN EXCESS OF DISBURSEMENTS | $ - | $ - |

EXHIBIT "C"

MIRABILIS VENTURES, INC.
AEM, INC.
HOTH HOLDINGS, INC.
STATUS OF ASSETS
DATE

| DESCRIPTION OF ASSET | CURRENT VALUE | CURRENT OWNERSHIP | WHEN RECOVERY | RECOVERY COST | TIME MEANS DISPOSITION |
|---|---|---|---|---|---|
| Cash in bank | | | | | |
| Lawsuit settlement receivables | | | | | |
| Notes Receivable | | | | | |

MIRABILIS VENTURES, INC.
AEM, INC.
HOTH HOLDINGS, LLC
STATUS OF LITIGATION
DATE

| NAME OF PENDING SUIT | CASE NO. | DEFENDANTS | LEGAL THEORIES | RESOURCES REQUIRED | EST DATE COMPLETE | MILESTONES |
|---|---|---|---|---|---|---|
| | | | | | | |

FOOTNOTES:
1. Fraudulent transfer
2. Negligence
3. Negligent misrepresentation
4. Malpractice
5. Fraud
6. Overseas counsel
7. Experts
8. Travel

MIRABILIS VENTURES, INC.
AEM, INC.
HOTH HOLDINGS, LLC
STATUS OF SETTLEMENTS
DATE

| DEFENDANT | DEFENDANT'S CONSIDERATION | DEBTORS' CONSIDERATION | WHEN COMPLETE | MATERIAL TERMS |
|---|---|---|---|---|
| | | | | |