UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

Debtor.

_____/

CASE NO. 6:08-bk-04327-KSJ

CHAPTER 11

APPLICATION PURSUANT TO RULE 2014(a) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN
ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
KPMG, LLP, AS TAX ACCOUNTANT, *NUNC PRO TUNC* TO JUNE 11, 2009

MIRABILIS VENTURES, INC. ("Mirabilis" or "Debtor"), as the debtor-in-possession in the above referenced case, hereby applies for authority to employ KPMG, LLP ("KPMG") whose office is located at 111 North Orange Avenue, Suite 1600, Orlando, Florida 32802, as its tax accountant and, in support thereof, states as follows:

### Introduction

1. On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief sought herein is § 327(a) of the Bankruptcy Code.

## Background

3. Mirabilis is a Florida corporation incorporated in 2005. Mirabilis owns multiple properties with residential and/or commercial buildings throughout the country ("Properties").

## Relief Requested

4. Mirabilis seeks authority to employ KPMG for the limited purpose of providing tax compliance and tax consulting services with respect to the preparation of 2006 through 2008 consolidated federal and state income tax returns, preparation of Form 1139 Corporation Application for a Tentative Refund, and determination of the estimated quarterly corporate tax payments for the 2009 tax year for Mirabilis. A copy of the KPMG engagement letter is available upon written request to Elizabeth A. Green.

5. The Debtor is familiar with the professional standing, reputation, and ability of KPMG. The Debtor believes KPMG is well qualified and able to serve the Debtor in a cost-effective, efficient, and timely manner.

## Applicant's Disinterestedness

6. KPMG has informed the Debtor that KPMG: (i) has no connection with the Debtor, its creditors, or other parties in interest in this case; (ii) does not hold any interest adverse to the Debtor's estate; and (iii) believes he is a "disinterested person" as defined within § 101(14) of the Bankruptcy Code. A copy of the verified statement of KPMG is annexed hereto as **Exhibit A**.

7. KPMG will conduct an ongoing review of his files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new facts or circumstances are discovered, he will supplement his disclosure to the Court.

8. The Debtor believes it is in the best interests of the estate to retain KPMG to provide accounting services to the Debtor.

9. KPMG has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

### Terms of Retention

10. The Debtor understands the Applicant intends to apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court, and guidelines established by the United States Trustee. The customary hourly rates charged by KPMG, subject to periodic adjustments, range from $145.00 to $290.00. The customary hourly rates vary based on the personnel assigned and the complexity of the required services.

**RESPECTFULLY SUBMITTED** this 14th day of August 2009

/s/ Elizabeth A. Green
Elizabeth A. Green, Esq.
Florida Bar No. 0600547
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Email: egreen@lseblaw.com
Email: jhollenkamp@lseblaw.com
Attorneys for Mirabilis Ventures, Inc.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

Debtor.
_____/

CASE NO. 6:08-bk-04327-KSJ

CHAPTER 11

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the **APPLICATION PURSUANT TO RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF KPMG, LLP, AS TAX ACCOUNTANT, *NUNC PRO TUNC* TO JUNE 11, 2009,** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Matthew Donnelly, KPMG, LLP, 111 N. Orange Avenue, Suite 1600, Orlando, FL 32802; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 14th day of August 2009.

/s/ Elizabeth Green
Elizabeth A. Green, Esquire

```
Label Matrix for local noticing          Advantage Collection Prof              American Express
113A-6                                   2775 Jade Street                       2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                    Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

BNA Tax Management                       Richard Lee Barrett                    Kimberly Bartley
9435 Key West Ave.                       18 Wall St                             Waldron & Schneider LLP
Rockville, MD 20850-3339                 Orlando, FL 32801-2421                 15150 Middlebrook Drive
                                                                                Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney            Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                      c/o David T. Ward
1111 East Main Street                    Suite 2500                             15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                   Irvine, CA 92618-7303


Joseph A DeMaria                         Denise D Dell-Powell                   Elena L Escamilla
Tew Cardenas LLP                         Akerman Senterfitt                     United States Trustee
1441 Brickell Avenue                     Post Office Box 231                    135 W Central Blvd  Suite 620
Suite 1500                               Orlando, FL 32802-0231                 Orlando, FL 32801-2440
Miami, FL 33131-3431


First Commercial Ins. Corp.              Forge Capital Partners LLC             Frank L. Amodeo
POB 126160                               c/o Bart Valdes                        3875 South Orange Ave
Hialeah, FL 33012-1602                   609 W Horatio St                       Suite 500 -PMB 1810
                                         Tampa FL 33606-2272                    Orlando, FL 32806


Fred Sandlin                             Gill R Geldreich                       Gilbert Weisman
161 Mallard Lane                         Tennessee Attorney General's Office    c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331             Post Office 20207                      POB 3001
                                         Nashville, TN 37202                    Malvern PA 19355-0701


I Randall Gold                           Elizabeth A Green                      Horton Johnson
United States Attorney's Office          Latham Shuker Eden & Beaudine LLP      3211 Northglenn Drive
501 West Church Street                   390 North Orange Avenue                Orlando, FL 32806-6371
Suite 300                                Suite 600
Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Humana/RMS                               Jackson Lewis                          Jeffrey Reichel
77 Hartland Street                       Attn:Anne Krupman                      c/o Gary Barnes
Suite 401                                One North Broadway                     3414 Peachtree Rd #1600
East Hartford, CT 06108-3253             White Plains, NY 10601-2310            Atlanta, GA 30326-1164


Jeffrey Reichel                          Kenneth & Diane Hendricks              Gordon L Kiester
c/o Jill E. Kelso, Esquire               One ABC Parkway                        Florida Department of Revenue
Akerman Senterfitt                       Beloit, WI 53511-4466                  P O Box 2299
PO Box 231                                                                      Mango, FL 33550-2299
Orlando FL 32802-0231


LeClair Ryan Trust                       LexisNexis                             Mirabilis Ventures, Inc
P.O. Box 2499                            P.O. Box 7247-7090                     c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                  Phildelphia, PA 19170-0001             341 N. Maitland Ave #210
                                                                                Maitland, FL 32751-4771
```

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients  41
Bypassed recipients   3
Total                44

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                          CHAPTER 11

        Debtor.
_____/

VERIFIED STATEMENT, PURSUANT TO RULE 2014 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND STATEMENT PURSUANT
TO 11 U.S.C. § 329(A) AND RULE 2016(B) OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION
TO EMPLOY AND RETAIN KPMG, LLP, AS TAX ACCOUNTANTS,
*NUNC PRO TUNC* TO JUNE 11, 2009

I, Matthew J. Donnelly, on behalf of KPMG, LLP ("KPMG"), in accordance with F.R.B.P. 2014, make the following verified statements:

1. I submit this statement in support of the application ("Application") of the Debtor for an order authorizing the employment of KPMG as tax accountants, *nunc pro tunc* to June 11, 2009.

2. I am a Tax Managing Director with KPMG and maintain an office at 111 North Orange Avenue, Suite 1600, Orlando, Florida 32802.

3. KPMG has not performed services for any creditors with respect to this case. Additionally, KPMG has not performed services for any equity security holders, affiliates, or insiders of the Debtor.

4. KPMG was retained by Debtor on or about June 11, 2009 and has not received any preferential payments as defined in 11 U.S.C. § 547.

EXHIBIT "A"

5. KPMG is not a creditor of the Debtor. No advance fee has been paid for KPMG's services as tax accountants.

6. KPMG has not shared or agreed to share any fees or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of KPMG.

7. The undersigned is not aware of any conflict or potential conflict relating to the employment of KPMG as special counsel for the Debtor in this case.

8. KPMG has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office.

9. KPMG does not provide services and has not provided services to any investment banker for any outstanding security of the Debtor.

10. KPMG is a disinterested person as that term is defined in Bankruptcy Code §§ 101(14)(A) – (C) and does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

11. The factual statements set forth in this verified statement have been made based on a personal review by me and my staff of the list of creditors of the Debtor and a review of my client list. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

**DATED** and executed this 13th day of August 2009.

_____
Matthew J. Donnelly, Tax Managing Director
**KPMG, LLP**
111 North Orange Avenue, Suite 1600
Orlando, Florida 32802
Tel: 407-423-3426  Fax: 407-648-8557