In re:                                              CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES,INC.,**                        CHAPTER 11

Debtor.

_____/

### FINAL APPLICATION OF STEVEN L. YOAKUM
### AND STEVEN L. YOAKUM, PA, FOR AWARD OF FEES i/a/o $29,055.00;
### REQUEST FOR PAYMENT OF HOLDBACK i/a/o $16,283.25; AND
### NOTICE OF ESTIMATED FEES AND COSTS i/a/o $2,925.00

**MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf Steven Yoakum

and Steven L. Yoakum, PA ("Applicant"), forensic accountants for Debtor, their final application

("Final Application") for: (i) award of compensation for services in the amount of $29,055.00

for the period commencing April 1, 2009 through July 31, 2009 ("Application Period"); (ii)

request for payment of the fees held back from the First and Second Interim Applications in the

amount of $16,283.25 ("Holdback"); and (iii) for approval of estimated fees and expenses in the

amount of $2,925.00 for the period August 1, 2009 through September 19, 2009, the date set for

the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); for a total

award sought of $48,263.25; and, in support thereof, states:

1.      On May 27, 2008, Debtor filed a voluntary petition for reorganization under

Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the

Debtor is administering this case as debtor-in-possession

2.      On June 30, 2008, this Court entered an order granting Debtor's application to

retain Applicant to provide forensic accounting services for the Debtor (Doc No. 33).

3.      Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Court in setting such fees.

4.      No advance retainer has been paid.  Pursuant to the two prior fee orders, Applicant received interim payments equal to 70% of their fees and costs.

5.      The combined totals for all fees and expenses incurred through and including the Final Application (including the estimated amounts) for Applicant is set forth below:

|  | Fees | Interim Payment |
|---|---|---|
| **1st Application** | $22,678.50 | $15,874.95 |
| **2nd Application** | $31,629.00 | $22,149.30 |
| **Final Application** | $29,055.00 |  |
| **Estimate** | $2,925.00 |  |
| **Total Applications** | $86,287.50 | $38,024.25 |

6.      The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve extensive review and research of documents and computer files held by the U. S. Attorney's office and relating to Debtor's business.

7.      Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

8.      Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e)

2

Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

9.     In considering the foregoing criteria in this case, several matters should be noted:

a.     Applicant is comprised of established and experienced certified public accounts. Applicant has extensive experience in providing forensic accounting services; and

b.     The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

10.    Attached as **Exhibit B** is the affidavit of Steven Yoakum in support of this Final Application.

11.    Applicant requests payment of the Holdback and approval of the estimated compensation for services in the amount of $2,925.00 for the period August 1, 2009 through September 19, 2009.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded: (i) final compensation for services in the amount of $29,055.00; (ii) payment of the Holdback in the amount of $16,283.25; and (iii) payment of estimated fees and expenses in the amount of $2,925.00, for a total award for the Final Application Period of $48,263.25; as part of the fees and expenses of administration of the Mirabilis Ventures, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 14th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600546
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES,INC.,**                    CHAPTER 11

                          Debtor.
_____/

### Certificate of Service

       I HEREBY CERTIFY that a true copy of the **FINAL APPLICATION OF STEVEN L. YOAKUM AND STEVEN L. YOAKUM, PA, FOR AWARD OF FEES i/a/o $29,055.00; REQUEST FOR PAYMENT OF HOLDBACK i/a/o $16,283.25; AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $2,925.00,** together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Steven Yoakum, Yoakum Consulting, 320 Maitland Avenue, Altamonte Springs, FL 32701; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 14th day of August 2009.


                        /s/ Elizabeth A. Green
                        Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
7 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

**MIRABILIS VENTURES, INC.**
**CASE NO. 6:08-bk-04327-KSJ**

**EXHIBIT A**

**EXHIBIT A**

U:\BKRY\MIRABILIS\PLDG\FEE APP-YOAKUM FINAL.DOC

May 6, 2009                                                        Invoice # 090596

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:   United States Bankruptcy Court, Middle District of FL.
      Mirabilis Ventures, Inc. Debtor
      Case No. 6:08-bk-04327-KSJ
      Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
April 01, 2009 (our prior billing) to April 30, 2009 associated with the above referenced
Bankruptcy Case:

|                          | Hours  | Rate      |     |            |
| ------------------------ | ------ | --------- | --- | ---------- |
| Steven L. Yoakum, CPA    | 67.90  | $195.00   | $   | 13,240.50  |
| Senior Accountant        | none   | $115.00   | $   | none       |
| Staff Accountant         | none   | $ 85.00   | $   | none       |
| SUBTOTAL                 |        | =         | $   | 13,240.50  |
| Expenses (None)          |        | =         |     | none       |
| **NET AMOUNT DUE**       |        | =         | $   | 13,240.50  |

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

**APRIL 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-----------------------------------|
| 4/1/2009 | 0.60 | Print out AJEs and Cash Flow work sheet for discussion with RWC. |
| | 0.70 | Prepare notes and recap transactions competed to date. |
| | 1.50 | Meet with RWC to discuss transactions and review additional areas of analysis. |
| | 0.40 | Subsequent to meeting - recap notes and set up items to be completed. |
| | 1.20 | Print out the 2007 balance sheet and 2007 Adjusted Trial Balance prior to making any entries in the quick book system.  Reconcile the accounts and verify that the prior ending balances used in the Cash Flow Analysis agree to the current Quick Book Account Balances. |
| | 0.30 | Begin Posting adjustment identified by RWC and provided by RWC. |
| | 0.10 | Post time recap in excel to report individual task and assignment transactions. |
| | **4.80** | **TOTAL FOR THE DAY** |
| 4/2/2009 | 2.90 | Review prior posted RWC-AJEs and complete posting of all entries. |
| | 1.70 | During posting of entries identify accounts not listed on trial balance.  Research chart of accounts and entries provided by RWC.  Review individual transactions to identify original amounts prior to postings. |
| | 0.10 | Post time recap in excel to report individual task and assignment transactions. |
| | **4.70** | **TOTAL FOR THE DAY** |
| 4/3/2009 | 0.90 | Continue research of unidentified accounts included in the AJEs but not on the chart of accounts.  Verify cash transactions and isolate non-cash adjustments. |
| | 2.20 | Research how to open previously closed (de-active) cash accounts by using the "Make Account Active - Edit" task.  Selected cash accounts closed were not able to "Active" therefore set up new "2nd" account to complete postings.  Post transactions and match to previously closed out (de-activated) cash accounts. |
| | **3.10** | **TOTAL FOR THE DAY** |
| 4/6/2009 | 1.20 | Print RWC provided AJEs from the quick book files.  Match to supporting documents and reconcile unknown difference in debit vs. credit balances. |
| | 0.50 | Scan documents to be sent to RWC.  Send e-mail to RWC with documents to identify new accounts to be added to the chart of accounts. |
| | 1.30 | Begin set up of consolidating accounts into key categories as identified by RWC. |
| | 0.10 | Post time recap in excel to report individual task and assignment transactions. |
| | **3.10** | **TOTAL FOR THE DAY** |
| 4/8/2009 | 0.30 | Review e-mail RWC related to new accounts to be added to the chart of accounts. |
| | 0.90 | Pull files and research information to match newly provided data from RWC.  Make notes of continued work and analysis needed. |
| | **1.20** | **TOTAL FOR THE DAY** |
| 4/9/2009 | 1.40 | Add new accounts to the Quick book chart of accounts.  Post entries.  Print out AJEs from Quick book and verify entries. |
| | 0.60 | Scan prior billing and verify unpaid balances.  Send e-mail request to D. Crivello to assist in the preparation of a new fee application. |

**APRIL 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-----------------------------------|
| | 2.10 | Match changes in Balance Sheet (due to RWC entries) to the Cash flow work sheet including effect on changes to the retained earning (currently year loss) accounts. Review the prior work papers to insure proper documentation of transactions. |
| | 1.30 | Proof and reconcile work sheet. Trace unbalance accounts to the quick book files and prior printout to update balances for all changes and other provided information. |
| | **5.40** | TOTAL FOR THE DAY |
| 4/10/2009 | 1.30 | Verify the RWC entries by reviewing the Adjusted Trial Balance for 2007. Identify duplicate entry and void. Reprint Balance Sheet, Adjusted Trial Balance and ADJs. |
| | 0.70 | Post the changes in the ending 2007 balance sheet accounts based upon newly updated and printed Adjusted Trial Balance to the cash flow work sheet. |
| | 0.80 | Begin the process of setting up an excel "proof" column to verify changes in balances after posting RWC-AJEs. |
| | **2.80** | TOTAL FOR THE DAY |
| 4/13/2009 | 0.90 | Continue the development of a "proof" column to verify changes in balances after posting RWC-AJEs; Isolate differences and make reposting. Print out work sheet to aid in reconciliation. Identify previous posting errors and correct to proper ending balance. |
| | 0.90 | Identify and set up cash flow entry for RWC-AJE transactions and post to adjustment page. Print and then post entry to the cash flow work sheet. |
| | 0.40 | Verify ending retained earning balance and reconcile change made to cash accounts and entries made to "Investment Gain/Loss". |
| | 0.40 | Set up back up Cash Flow work sheet to provide reconciliation of all transactions prior to posting the reversal of selected SY ajes per RWC review. |
| | 0.80 | Begin posting of the reversal of selected SY ajes per RWC review -- proof reversal entries and verify after each page of reversals. |
| | **3.40** | TOTAL FOR THE DAY |
| 4/14/2009 | 1.80 | Continue the posting of the selected reversal entries per RWC review. Proof reversals and verify ending balances. |
| | 0.30 | Coordinate with RWC follow up meeting to review analysis completed to date. |
| | **2.10** | TOTAL FOR THE DAY |
| 4/17/2009 | 1.90 | Proof each of the control totals and research why selected totals are out of balance. Verify the prior ending balances and open quick books to confirm totals/transactions. Trace and confirm the quick book transactions were recorded correctly. |

**APRIL 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-----------------------------------|
| | 0.90 | Research issue related to large ending balance in the Accounts Payable - Nexia. Trace transactions through entries in related party accounts and print out reports for later review with RWC |
| | 0.80 | Complete all reconciliation related to the reversing entries to reflect the gross transactions for selected accounts. |
| | **3.60** | **TOTAL FOR THE DAY** |
| 4/20/2009 | 0.40 | |
| | | Review and correct the value logic errors in the spreadsheet made during prior posting. |
| | 0.10 | Create a back up disk for each of the prior generated files to insure later use for checking the accuracy of the transactions. |
| | 0.60 | Research accounts related to Gain/Loss on Investments. Print out reports for later review and discussion with RWC. |
| | 0.80 | Prepare a separate summary page of transactions for each year. Post the classifications and grouping of accounts following the index prepared by RWC. |
| | 0.70 | Proof final ending totals for each of the years 2004 to 2007. Set up Print Area, footers and page presentation fields. Print each year end balances. |
| | 0.90 | Complete the set up of the consolidation of various accounts into the major classification of "subsidiaries", "Amodeo" or "Other". |
| | 0.90 | Complete the set up the Consolidated Summary Report of Cash Flow Transactions. |
| | 0.60 | Post the cash flow net consolidated transactions to the summary report for the year 2004. Verify check balances and control totals. Reconcile differences. Verify net change in cash. |
| | 0.80 | Post the cash flow net consolidated transactions to the summary report for the year 2005. Verify check balances and control totals. Reconcile differences. Verify net change in cash. |
| | 0.80 | Post the cash flow net consolidated transactions to the summary report for the year 2006. Verify check balances and control totals. Reconcile differences. Verify net change in cash. |
| | 0.60 | Post the cash flow net consolidated transactions to the summary report for the year 2007. Verify check balances and control totals. Reconcile differences. Verify net change in cash. |
| | 0.20 | Print out DRAFT Summary Report of Cash Flows for discussion with RWC. |
| | 0.40 | Prepare notes for discussion with RWC. |
| | 0.20 | Post time summary for procedures and tasks completed today. |
| | **8.00** | **TOTAL FOR THE DAY** |
| 4/21/2009 | 0.50 | Prior to the start of the meeting, print complete work sheet and recap prior notes. |
| | 1.70 | Meet with RWC to review analysis completed to date. |
| | 0.30 | After meeting, recap notes. |
| | 2.10 | Begin changes to the finalized cash flow presentation based upon RWC discussion. |
| | **4.60** | **TOTAL FOR THE DAY** |
| 4/22/2009 | 0.10 | Briefly review related party spreadsheet based upon funds invested by Mirabilis. |

### APRIL 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|---|---|---|
| | 0.10 | Review the index of documents stored at the warehouse. |
| | 2.10 | Continue changes to the cash flow presentation by re-grouping and consolidating the various related party accounts. |
| | **2.30** | TOTAL FOR THE DAY |
| 4/23/2009 | 1.10 | Move accounts shown as deposits and merger with account 1820 N/R - Presidion. |
| | 3.40 | Reconcile the closing retained earning and net loss accounts to verify the ending balances and show the losses on investments as a separate use of cash. |
| | 1.50 | Verify the bad debt transactions and merger with loss on sale of investments. |
| | 0.90 | Review each year for the charges made for professional fees and confirm transaction. |
| | **6.90** | TOTAL FOR THE DAY |
| 4/24/2009 | 0.40 | Review draft of interim fee application & affidavit prepared by Attorney. |
| | 2.10 | Complete the linking of each of the accounts to automatically revise ending balances if additional changes are made. |
| | 1.90 | Trace the transactions from 2004 through 2007 to confirm proper documentation. |
| | 0.80 | Print out and cross reference each of the related work sheets. |
| | 2.20 | Review amounts and test balances to the supporting documents -- make changes as needed to clarify the transactions and adjustments made. |
| | **7.40** | TOTAL FOR THE DAY |
| 4/27/2009 | 0.90 | Print out final amounts and work sheets based upon all adjustments known to date including the summary entries to recap presentation totals. |
| | 1.30 | Review amounts and test balances. |
| | 0.40 | Verify ending balance with Quick Book balances. |
| | 0.60 | Correct the net loss to reflect the recorded "Losses on sale of Investments". |
| | 0.40 | Recap all open items and set up check list for final completion. |
| | 0.30 | Draft and send e-mail to RWC related to completed work to date. Send copy of cash flow summary and work sheet (excel) file. |
| | **3.90** | TOTAL FOR THE DAY |
| 4/30/2009 | 0.60 | Execute affidavit related to the pending fee application and send to Attorney. |
| | **0.60** | TOTAL FOR THE DAY |
| April Total | **67.90** | TOTAL FOR THE MONTH OF APRIL |

June 10, 2009                                          Invoice # 090695

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:    United States Bankruptcy Court, Middle District of FL.
       Mirabilis Ventures, Inc. Debtor
       Case No. 6:08-bk-04327-KSJ
       Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
May 01, 2009 (our prior billing) to May 31, 2009 associated with the above referenced
Bankruptcy Case:

|                        | Hours | Rate     |   |          |
|------------------------|-------|----------|---|----------|
| Steven L. Yoakum, CPA  | 17.70 | $195.00  | $ | 3,451.50 |
| Senior Accountant      | none  | $115.00  | $ | none     |
| Staff Accountant       | none  | $ 85.00  | $ | none     |
| SUBTOTAL               |       | =        | $ | 3,451.50 |
| Expenses (None)        |       | =        |   | none     |
| **NET AMOUNT DUE**     |       | =        | $ | **3,451.50** |

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

Mirabilis Ventures, Inc. - R.W. Cuthill
United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

**MAY 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-----------------------------------|
| 5/4/2009 | 0.40 | Print out detail transactions and excel worksheetd with cross references. |
| | 1.40 | Test the individual balances of the cash flow report back through the adjustments to the ending balance for each account to insure accuracy and transpancy. |
| | 0.80 | Make small adjustments to excel file to provide for any furture changes or cross referencing. |
| | 0.50 | Document in file the prior changes and set up detail notebooks with all workpapers. |
| | **3.10** | TOTAL FOR THE DAY |
| 5/12/2009 | 0.50 | Prior to meeting review notes. |
| | 2.30 | Meet with RWC to review cash flow report. Discuss presentation of amounts. Verify the transactions related to Berman Accounts. Discuss potential graph to display the overall sources and uses. |
| | 1.30 | Subsequent to meeting, review the Berman Account transactions and make adjustment to the cash flow work sheets to reflect the Berman Accounts as a separate source and use of cash. |
| | 0.90 | Begin draft of charts to summarize the Cash flow transactions. |
| | **5.00** | TOTAL FOR THE DAY |
| 5/13/2009 | 2.30 | Continue making changes to the cash flow work sheet to allow for consolidation of accounts to reflect only the major sources and uses of funds. |
| | 0.90 | Verify format used in Excel to merger accounts. |
| | 1.40 | Test, verify and proof ending totals. |
| | 0.90 | Match the ending totals and link to the graph used to summarize the transactions. |
| | 0.40 | Print out ending spread sheets and graphs. |
| | 0.40 | Draft and send e-mail with attached spreadsheet to RWC. |
| | **6.30** | TOTAL FOR THE DAY |
| 5/20/2009 | 0.50 | Prior to meeting review file and prior work. |
| | 1.10 | Meet with RWC and Attorneys to discuss the Cash Flow spread sheet and graph. |
| | 0.40 | Briefly review information received from RWC related to Berman Trust Accounts. |
| | **2.00** | TOTAL FOR THE DAY |
| 5/26/2009 | 0.90 | Review additional information received from RWC related to Berman Trust Accounts and related transactions recorded in the cash flows work sheets. |
| | 0.40 | Trace and match information to data recorded by Mirabilis quickbook accounts. |
| | **1.30** | TOTAL FOR THE DAY |
| MAY Total | **17.70** | TOTAL FOR THE MONTH OF MAY 2009 |

# Yoakum Consulting
## CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

July 10, 2009

Invoice # 090797

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:  United States Bankruptcy Court, Middle District of FL.
     Mirabilis Ventures, Inc. Debtor
     Case No. 6:08-bk-04327-KSJ
     Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from June 01, 2009 (our prior billing) to June 30, 2009 associated with the above referenced Bankruptcy Case:

|                      | Hours  | Rate     |    |          |
|----------------------|--------|----------|----|----------|
| Steven L. Yoakum, CPA | 28.00  | $195.00  | $  | 5,460.00 |
| Senior Accountant    | none   | $115.00  | $  | none     |
| Staff Accountant     | none   | $ 85.00  | $  | none     |
| SUBTOTAL             |        | =        | $  | 5,460.00 |
| Expenses (None)      |        | =        |    | none     |
| **NET AMOUNT DUE**   |        | =        | **$** | **5,460.00** |

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

**JUNE 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| <u>Date</u> | <u>Hours</u> | <u>DESCRIPTION OF TASK AND ASSIGNMENT</u> |
|---|---|---|
| 6/8/2009 | 0.70 | Read document sent from RWC related to Berman Trust (Memorandum - Berman Representation) |
| | 0.40 | Trace and match amounts found in Memo to other supporting schedules or MVI quick book accounts (where Possible). |
| | 0.30 | Review the detail transactions found in the Document "Berman Kean - Payments of Fees from Trust". Trace where possible amounts to other supporting documents. |
| | 0.70 | Read and review 01-31-06 letter to Leonard Witte from the Berman firm. Try to cross reference the amounts to other documents or records. |
| | 2.30 | Review the excel schedule provided by RWC labeled "Berman Keane & Ruguera - Fee Payments and Escrow Deposits". Set up and sort by date. Match transactions to those found in the Quick Book Berman Cash Accounts of MVI. Reconcile differences. |
| | 0.70 | Research quick book accounts for other relate Berman transactions. |
| | 1.10 | Review PDF received from RWC related to "Berman Trust Fund Statement". Try to reconcile and match transactions to other accounts and records. |
| | **6.20** | **TOTAL FOR THE DAY** |
| | | |
| 6/16/2009 | 0.30 | Pull files and review status of analysis. Send reply to RWC related to status of Berman trust analysis and date to meet. |
| | **0.30** | **TOTAL FOR THE DAY** |
| | | |
| 6/17/2009 | 1.10 | In preparation of meeting with RWC, review prior notes and accounts related to the Berman Trust Transactions. |
| | 1.70 | Read various correspondences and other documents related to the case issues and prepare notes for discussion with RWC. |
| | 1.80 | Again review the MVI Quick book accounts for "Berman Transactions" to try to identify the recording of the Berman Trust transactions contained in the various documents provided by RWC. |
| | **4.60** | **TOTAL FOR THE DAY** |
| | | |
| 6/18/2009 | 0.50 | Prior to meeting, pull files and review notes. |
| | 1.90 | Meet with RWC to review the Berman Trust Account analysis and related documents. Discuss other case issues and status. |
| | 0.80 | Subsequent to meeting recap open issues and print out from Quickbooks the open Berman Trust accounts for additional follow up analysis per RWC meeting. |
| | **3.20** | **TOTAL FOR THE DAY** |

Mirabilis Ventures, Inc. - R.W. Cuthill
United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

**JUNE 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-------------------------------------|
| 6/22/2009 | 1.30 | Using the "Berman Trust Fund Statement" for 2005 trace the individual transaction to the transactions in the quickbook account. Match those that can be identified as similar entries. |
| | 2.90 | Continue with the 2005 Berman Trust Fund Statement and cross reference the transfers between funds (matter ID accounts). Identify and classify transactions based upon prior research, quickbook entries or description show on Fund Statement. |
| | 1.10 | Set up excel recap of the 2005 Berman Trust Fund Statement transactions classify amounts. Match to the quick book cash flow transactions and recap reflecting the differences. |
| | 0.80 | Set up excel recap of the quickbook 2004 & 2005 transactions, code and reflect ending balance on the recap sheet. |
| | 0.50 | Test transactions and balances. |
| | **6.60** | TOTAL FOR THE DAY |
| 6/29/2009 | 0.90 | Using the "Berman Trust Fund Statement" for 2006 trace the individual transaction to the transactions in the quickbook account. Match those that can be identified as similar entries. |
| | 2.10 | Complete the 2006 Berman Trust Fund Statement and cross reference the transfers between funds (matter ID accounts). Identify and classify transactions based upon prior research, quickbook entries or description show on Fund Statement. |
| | 1.00 | Complete the excel recap of the 2006 Berman Trust Fund Statement transactions classify amounts. Match to the quick book cash flow transactions and recap reflecting the differences. |
| | 0.90 | Add to the excel recap the quickbook 2006 transactions, code and reflect ending balance on the recap sheet. |
| | 0.40 | Test transactions and balances. |
| | 1.80 | After completion of both years, verify amounts and re-read the other documents obtained from Mirabilis records to determine if any additional clarification of the posted transactions can be made. |
| | **7.10** | TOTAL FOR THE DAY |
| JUNE Total | **28.00** | TOTAL FOR THE MONTH OF JUNE 2009 |

**Yoakum Consulting**
CERTIFIED PUBLIC ACCOUNTANTS

320 Maitland Avenue • Altamonte Springs, FL 32701 • Phone (407) 260-9674 • Fax (407) 260-9773

August 10, 2009 ·                                                         Invoice # 090894

R.W. (Bill) Cuthill, CPA
Mirabilis Ventures, Inc.
341 N. Maitland Avenue, Suite 210
Maitland, FL 32751

Re:    United States Bankruptcy Court, Middle District of FL.
        Mirabilis Ventures, Inc. Debtor
        Case No. 6:08-bk-04327-KSJ
        Invoice for Professional Forensic Accounting Services

The following are the professional services provided to Mirabilis Ventures, Inc (Debtor) from
July 01, 2009 (our prior billing) to July 31, 2009 associated with the above referenced
Bankruptcy Case:

| | Hours | Rate | | |
|---|---|---|---|---|
| Steven L. Yoakum, CPA | 35.40 | $195.00 | $ | 6,903.00 |
| Senior Accountant | none | $115.00 | $ | none |
| Staff Accountant | none | $ 85.00 | $ | none |
| SUBTOTAL | | = | $ | 6,903.00 |
| Expenses (None) | | = | | none |
| **NET AMOUNT DUE** | | = | **$** | **6,903.00** |

If you or your client has any questions, please contact Mr. Yoakum directly at 407-260-9775.

**JULY 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-----------------------------------|
| 7/1/2009 | 0.40 | Telephone discussion with RWC related to case status and the Berman Trust analysis. Set date for meeting |

**0.40 TOTAL FOR THE DAY**

| 7/6/2009 | 1.30 | Complete the testing of all identified transactions for the 2005 & 2006 Berman Trust Accounts. |
| | 1.90 | Complete the recap cash flow summary reflecting the differences between the Berman Trust transaction per the ""Berman Trust Fund Statement" and Mirabilis Quickbook account transactions. |
| | 0.70 | Verify the Mirabilis Cash Flow Analysis to the Berman Trust Fund Balances. Note differences are reflected on the recap page. |
| | 0.40 | Prepare notes for meeting with RWC. |

**4.30 TOTAL FOR THE DAY**

| 7/7/2009 | 0.40 | Prior to meeting, pull files and review notes. |
| | 2.00 | Meet with RWC to review the Berman Trust Account analysis and related documents. Discuss other case issues and status. |
| | 0.80 | Briefly review information sent from RWC subsequent to meeting. |

**3.20 TOTAL FOR THE DAY**

| 7/13/2009 | 0.90 | Continue the analysis of the Berman Trust accounts based upon additional data. |
| | 1.30 | Match and compare prior posting to new information obtained from RWC. |

**2.20 TOTAL FOR THE DAY**

| 7/14/2009 | 0.90 | Continue review of documents & analysis of Berman Accounts and transactions. |
| | 1.60 | Reconcile the difference in account discriptions through review of MVI accounts. |
| | 0.60 | Match transactions found in billing statements to selected accounts. |
| | 0.90 | Read billing statements and review selected transactions. |

**4.00 TOTAL FOR THE DAY**

| 7/16/2009 | 0.70 | Continue analysis of Berman trust accounts and compare ending balances with MVI. |
| | 1.80 | Trace transaction through the MVI cash flow analysis previously prepared. |
| | 1.20 | List the differences and begin tracing to selected billing account statements. |

**3.70 TOTAL FOR THE DAY**

Mirabilis Ventures, Inc. - R.W. Cuthill
United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

### JULY 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA

| <u>Date</u> | <u>Hours</u> | <u>DESCRIPTION OF TASK AND ASSIGNMENT</u> |
|------|------|------|

7/20/2009

1.10 Continue the tracing of transaction into the billing statements and isolation of the transaction in order to determine the uses of funds.

1.00 Try to match selected transaction in the quick books accounts to those reflected in the Berman Trust transactions.

**2.10** TOTAL FOR THE DAY

7/23/2009

0.40 Prepare recap of potential discussion with RWC.

0.30 Review prior billing in anticipation of hearing on approval of fees and any potential questions that may be asked about the charges and ongoing work.

0.60 Attend Hearing, prior to hearing briefly discuss issues with RWC.

0.50 Subsequent to hearing, meet with RWC and Attorney.

0.70 At office, review and begin the potential tracing of the Berman transactions through the Cash flow analysis to better reflect the total volume and type of transactions.

**2.50** TOTAL FOR THE DAY

7/24/2009

2.10

Continue the analysis of the Berman transaction on the previously prepared cash flow summary. Note changes and potential reclassification to reflect newly obtained data.

1.80 Trace differences into the quickbook accounts and verify the previously classified transactions to confirm postings.

0.10 Roll forward the balances for the year ended 2005.

**4.00** TOTAL FOR THE DAY

7/27/2009

1.90 Continue the analysis of the Berman transaction noting the missing information that woud be needed from the Berman documents to verify the transactions detailed in the MVI accounts.

1.10 Trace differences into the quickbook accounts and verify the previously classified transactions to confirm postings for 2006.

**3.00** TOTAL FOR THE DAY

7/30/2009

1.30 Continue the 2006 tracing of differences into the quickbook accounts and verify the previously classified transactions.

1.70 Match up previously posted quickbook transaction and the classifcations made to the cash flow analysis previously prepared.

0.20 Roll forward the balances for the year ended 2006.

**3.20** TOTAL FOR THE DAY

Mirabilis Ventures, Inc. - R.W. Cuthill
United States Bankruptcy Court, Middle District - Case No. 6:08-bk-04327-KSJ

**JULY 2009 - SUMMARY OF TIME - HOURS INCURRED BY STEVEN L. YOAKUM, CPA**

| Date | Hours | DESCRIPTION OF TASK AND ASSIGNMENT |
|------|-------|-------------------------------------|
| 7/31/2009 | 1.90 | Continue roll forward of the cash flow transactions and make selected presentation changes to better reflect the underlining events and amounts. |
| | 0.90 | Update the cash flow charts. |
| | **2.80** | TOTAL FOR THE DAY |
| JULY | **35.40** | TOTAL FOR THE MONTH OF JULY 2009 |

August 10, 2009

Per Request of Mr. Cathill, The Estimated Fees

for Yoakum Consulting from

August 1, 2009

TO

September 16, 2009

(Planned Continuation)

Is     15.00 hours
       @
       $195.00

$2,925.00

**EXHIBIT B**

**EXHIBIT B**

6

In re:

MIRABILIS VENTURES,INC.,

Debtor.

_____/

CASE NO. 6:08-bk-04327-KSJ

CHAPTER 11

## AFFIDAVIT IN SUPPORT OF FINAL APPLICATION OF STEVEN L. YOAKUM AND STEVEN L. YOAKUM, PA, FOR AWARD OF FEES i/a/o $29,055.00; REQUEST FOR PAYMENT OF HOLDBACK i/a/o $16,283.25; AND <u>NOTICE OF ESTIMATED FEES AND COSTS i/a/o $2,925.00</u>

STATE OF FLORIDA    )
                        )
COUNTY OF SEMINOLE  )

**BEFORE ME**, the undersigned authority, personally appeared Steven Yoakum, who, being duly sworn, deposes and says:

1.      I am a shareholder with Yoakum Consulting, a Florida professional association engaged in providing forensic accounting services, and, in that capacity, have control over the books and records of Yoakum Consulting relating to the matter set forth herein, which books and records are kept and maintained by Yoakum Consulting in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2.      I am the billing and responsible officer assigned by Yoakum Consulting to provided services to the Debtor.

3.      I have reviewed the Final Application of Steven L. Yoakum and Steven L. Yoakum, PA, for Award of Fees i/a/o $29,055.00; Request for Payment of Holdback i/a/o

U:\BKRY\MIRABILIS\PLDG\FEE AFF-YOAKUM FINAL.DOC

$16,283.25; and Notice of Estimated Fees and Costs i/a/o $2,925.00 filed concurrent herewith, and all attachments accurately reflect the time and expenses of Yoakum Consulting for the periods set forth herein for services provided to the Debtor.

4.     I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
STEVEN YOAKUM

STATE OF FLORIDA    )
COUNTY OF SEMINOLE  )

Sworn to and subscribed before me this 13TH day of August 2009, by **Steven Yoakum,**

[ ] who is personally known to me, or [ ✓ ] who did provide as identification

FLORIDA DRIVER LICENSE

BIPINKUMAR G. PATEL
Comm# DD0758447
Expires 2/13/2012
Florida Notary Assn., Inc

_____
Signature of Person Taking Acknowledgment
Print Name: BIPINKUMAR PATEL
Title: Notary Public
Serial No. (if any) DD0758447
Commission Expires: 2/13/2012

[NOTARY SEAL]

2