# MIRABILIS VENTURES, INC.
## ACTION OF DIRECTORS BY WRITTEN CONSENT

Pursuant to the authority of the Nevada General Corporation Law (the "Nevada GCL") and the Articles of Incorporation of Mirabilis Ventures, Inc., a Nevada corporation (the "Corporation"), the undersigned, constituting all of the Directors of the Corporation in office, do hereby affirmatively vote for, consent to, adopt, and approve the following resolutions by written consent in lieu of a meeting:

WHEREAS, the Board of Directors deems it to be in the best interest of the Corporation that the Bylaws of the Corporation (the "Original Bylaws") be amended as set forth below.

WHEREAS, the Board of Directors deems it to be in the best interest of the Corporation to make certain changes related to the management of the Corporation in accordance with such amendments.

NOW, THEREFORE, BE IT HEREBY RESOLVED, that Amendment No. 1 to the Bylaws in the form attached as Exhibit A hereto be, and it hereby is, authorized, confirmed and approved in all respects as an amendment to the Original Bylaws of the Corporation; and be it

FURTHER RESOLVED, that the undersigned, acting pursuant to Section 3.11 of the Original Bylaws, as newly amended by Amendment No. 1 attached as Exhibit A hereto and adopted herein (the "Amended Bylaws"), and pursuant to Section 78.115 of the Nevada GCL, do hereby fix the number of directors of the Corporation at three (3); and be it

FURTHER RESOLVED, that the undersigned, acting pursuant to Section 3.04 of the Amended Bylaws and pursuant to Section 78.335 of the Nevada GCL, hereby elect Michael E. Moecker to serve as the third director of the Corporation, to serve as such until the next election of directors, or until a successor has been selected and qualified or until his earlier death, resignation or removal; and be it

FURTHER RESOLVED, that any and all acts relating to the subject matter of the foregoing resolutions performed prior to the passage of the foregoing resolutions by any of the officers of the Corporation be, and they hereby are, ratified, authorized, confirmed and approved in all respects as acts on behalf of the Corporation; and be it

FURTHER RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to take such actions and to execute, deliver, file, certify and record such documents and instruments as may be deemed by them to be necessary, advisable or appropriate to implement the purposes of the foregoing resolutions, including the filing of any documents which the Corporation or its counsel deems to be necessary, advisable or appropriate, the authority for the taking of such actions and the execution and delivery of such documents and instruments to be conclusively evidenced thereby; and be it

FURTHER RESOLVED, that this Written Consent be delivered to the Secretary of the Corporation to be filed and kept with the minutes and records of the Corporation.

EXHIBIT D

IN WITNESS WHEREOF, the undersigned have hereunto set their hands as of this 27th day of May, 2008.

_____
Shane Williams

_____
Jay Stollenwerk

I hereby consent to serve as a Director of the Corporation effective as of May 27, 2008.

_____
Michael E. Moecker

U:\BKnapp\Client Work\Mirabilis Ventures\Board Consent Amending Bylaws(V2).doc

EXHIBIT A

## AMENDMENT NO. 1 TO THE
## BYLAWS
## OF
## MIRABILIS VENTURES, INC. (the "CORPORATION")
## ADOPTED BY WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF THE CORPORATION
## DATED OCTOBER 1, 2005 ("THE ORIGINAL BYLAWS")

This Amendment was adopted by resolution of the Board of Directors of the Corporation as of the 27th day of May, 2008.

The Original Bylaws are hereby amended as follows:

1. Section 3.04 is hereby deleted in its entirety and replaced with the following:

"Section 3.04 VACANCIES.

(a) General Rule. Vacancies in the Board of Directors, including vacancies resulting from an increase in the number of directors, may be filled by a majority vote of the remaining members of the Board of Directors though less than a quorum, or by a sole remaining director, and each person so selected shall be a director to serve until the next election of directors, and until a successor has been selected and qualified or until his or her earlier death, resignation or removal.

(b) Action by resigned directors. When one or more directors resigns from the Board of Directors effective at a future date, the directors then in office, including those who have so resigned, shall have power by the applicable vote to fill the vacancies or modify the number of directors pursuant to Section 3.11 hereof, the vote thereon to take effect when the resignations become effective."

2. Section 3.08 is hereby deleted in its entirety and replaced with the following:

"Section 3.08 QUORUM AND VOTING. A majority of the directors in office shall constitute a quorum for the transaction of business. The act of a majority of the directors present at a meeting at which a quorum exists shall be the act of the Board of Directors."

3. Section 3.11 is hereby deleted in its entirety and replaced with the following:

"Section 3.11 NUMBER OF DIRECTORS. The Board of Directors shall consist of such number of directors, not more than five (5), as may be determined from time to time by resolution of the Board of Directors; provided, however, that the Board of Directors shall consist of not less than one (1) director and no decrease in the number of directors shall have the effect of shortening the term of an incumbent director."

4. The first paragraph of Section 3.14 is hereby deleted in its entirety and replaced with the following:

"Section 3.14 ACTION WITHOUT A MEETING. Any action required or permitted by the Articles of Incorporation, these Bylaws or applicable law to be taken at a Board of Directors meeting or a committee meeting, may be taken without a meeting if prior or subsequent to the action, a consent or consents thereto by all of the directors in office or all members of such committee is filed with the Secretary of the Corporation."

5. Section 9.02 is hereby deleted in its entirety and replaced with the following:

Section 9.02. AMENDMENT OF BYLAWS. These Bylaws may be amended or repealed, or new Bylaws may be adopted, either (i) by vote of the shareholders at any duly organized annual or special meeting of shareholders; provided, however, that any such amendment or repeal or adoption of new Bylaws shall require an eighty percent (80%) vote of all issued and outstanding shares, including, specifically, any amendment to the voting requirement in this Section 9.02(i); and, provided further, that no such amendment or repeal or adoption of new Bylaws shall be valid if the effect of the amendment, repeal or adoption would be violative of any Investor Agreement or Loan Agreement between Mirabilis Ventures, Inc. or its affiliates and the Corporation, or (ii) with respect to those matters which are not by statute reserved exclusively to the shareholders and regardless of whether the shareholders have previously adopted or approved the Bylaw being amended or repealed or replaced, by vote of a majority of the board of directors of the Corporation in office, at any regular or special meeting of directors. Any change in these Bylaws shall take effect when adopted unless otherwise provided in the resolution effecting the change.

6. Except as specifically modified in this Amendment No. 1, the Original Bylaws remain in full force and effect.