## ACTION BY SOLE DIRECTOR
## OF MIRABILIS VENTURES, INC.

### May 27, 2008

The undersigned, being the sole director of Mirabilis Ventures, Inc., a Nevada Corporation (the "Corporation"), does hereby affirmatively vote for, consent to, and adopt the following recitals and resolutions:

WHEREAS, the undersigned is the sole director of the Corporation; and

WHEREAS, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

WHEREAS, it is in the best interest of the Corporation for R. W. Cuthill, Jr. to be appointed president of the corporation.

**NOW, THEREFORE, BE IT RESOLVED,** that R. W. Cuthill, Jr. shall be appointed president of the Corporation; and

**BE IT FURTHER RESOLVED THAT** it is in the best interest of the Corporation to file for protection under chapter 11 of the United States Bankruptcy Code; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to appear in bankruptcy proceedings as necessary on behalf of the Corporation or to direct another representative to appear, and to otherwise do and perform all ordinary course acts and deeds and to execute and deliver all necessary documents on behalf of the



EXHIBIT E

Corporation in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized and directed to employ Elizabeth A. Green, of the law firm of Latham, Shuker, Eden and Beaudine, LLP, to act as bankruptcy counsel to the corporation; and

**BE IT FURTHER RESOLVED THAT** R. W. Cuthill, Jr., president of this Corporation, is authorized to negotiate the terms of the plan of reorganization on behalf of the Corporation; and

**BE IT FURTHER RESOLVED THAT** during the duration of the Chapter 11, the directors shall not exercise their voting rights to remove R. W. Cuthill, Jr. as president, without express court order, as long as a Chapter 11 Trustee is not appointed in the case, the case is not dismissed, or the case is not converted to a Chapter 7 liquidation under the Bankruptcy Code.

**IN WITNESS WHEREOF**, the undersigned has hereunto set his hand as the sole director of the Company this 27th day of May 2008.

I AGREE:

_____
Michael E. Moecker, Director