Official List
As Of 02/27/2006

| # | Name | Amount | % |
|---|------|--------|---|
| 34 | Robinson, Dave | 2750 | 1.8% |
| 35 | Simos, Fernando | 2750 | 1.8% |
| 36 | Stuart, George | 2750 | 1.8% |
| 37 | Walko, Bruce | 2750 | 1.8% |
| 38 | Walters, Chad | 2750 | 1.8% |
| 39 | Broadhead, Tom | 1750 | 1.1% |
| 40 | Wealing, Scott | 1750 | 1.1% |
| 41 | Adkins, Mike | 1000 | 0.6% |
| 42 | Billings, Kevin | 1000 | 0.6% |
| 43 | Brady, Charles | 1000 | 0.6% |
| 44 | Carney, Terry | 1000 | 0.6% |
| 45 | Eplin, Bill | 1000 | 0.6% |
| 46 | Phipps, Ollie | 1000 | 0.6% |
| 47 | Robinson, Joe | 1000 | 0.6% |
| 48 | Sams, Rick | 1000 | 0.6% |
| 49 | Siragusa, Lori | 1000 | 0.6% |
| 50 | Taylor, Brian | 1000 | 0.6% |
| 51 | Amodeo, Frank | 500 | 0.3% |
| 52 | Durand, Rick | 500 | 0.3% |
| 53 | Ivey, Tessah | 500 | 0.3% |
| 54 | Jaiman, Jodi | 500 | 0.3% |
| 55 | Morerya, Robert | 500 | 0.3% |
| 56 | Munroe, Kevin | 500 | 0.3% |
| 57 | Porter, Matt | 500 | 0.3% |
| 58 | Resler, Christie | 500 | 0.3% |
| 59 | Reynolds, Bill | 500 | 0.3% |
| 60 | Stollenwerk, Jay | 500 | 0.3% |
| 61 | Winsett, Buddy | 500 | 0.3% |
| 62 | Clancy, Tucker | 300 | 0.2% |
| 63 | Leonard, Kevin | 300 | 0.2% |
| 64 | Sheldon, George | 300 | 0.2% |
| 65 | Hladky, Michelle | 200 | 0.1% |
| 66 | Carpenter, Bruce | 100 | 0.1% |
| 67 | Chhaganlal, Kiran | 100 | 0.1% |
| 68 | Cooper, Shane | 100 | 0.1% |
| 69 | Dement, Mike | 100 | 0.1% |



EXHIBIT F

| #  | Name | Signature / Date |
|----|------|------------------|
| 53 | Ivey, Tessah | *signature* 9/29/06 |
| 54 | Jaiman, Jodi | *signature* 9/21/06 |
| 55 | Morerya, Robert | |
| 56 | Munroe, Kevin | |
| 57 | Porter, Matt | *signature* 9/?/06 |
| 58 | Resler, Christie | |
| 59 | Reynolds, Bill | |
| 60 | Stollenwerk, Jay | *signature* 9/1/06 |
| 61 | Winsett, Buddy | |
| 62 | Clancy, Tucker | |
| 63 | Leonard, Kevin | |
| 64 | Sheldon, George | |
| 65 | Hladky, Michelle | *signature* 10/4/2006 |
| 66 | Carpenter, Bruce | *signature* 9/?/2006 |
| 67 | Chhaganlal, Kiran | *signature* 11/16/2006 |
| 68 | Cooper, Shane | |
| 69 | Dement, Mike | |
| 70 | Not Issued | |
| 71 | Kristona, Diana | |
| 72 | LaBelle, Larry | |
| 73 | McBurney, Charles | |
| 74 | Mertens, Tracey | *signature* 9/1/06 |
| 75 | Nicoson, Greg | |
| 76 | Pietro, Dan | |
| 77 | Roy, Derek | |
| 78 | Walton, Alex | *signature* 9/1/06 |