UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,   CHAPTER 11

Debtor.
_____/

FINAL APPLICATION OF ROBERT S. GRISCTI
AND THE LAW FIRM OF ROBERT S. GRISCTI, AS SPECIAL CRIMINAL
FORFEITURE EXPERT, FOR AWARD OF FEES i/a/o $6,650.00
AND REIMBURSEMENTS OF EXPENSES i/a/o $1,021.62
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $700.00

**MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf Robert S. Griscti and The Law Firm of Robert S. Griscti, PA ("Applicant"), special criminal forfeiture expert for the Debtor, its Final application ("Final Application") for award of compensation for services in the amount of $6,650.00 and reimbursement of necessary and actual expenses in the amount of $1,021.62 for the period commencing October 24, 2008 through July 31, 2009 ("Application Period"), and notice and request for approval of estimated fees and expenses in the amount of $700.00 for the period August 1, 2009 through September 16, 2009, the date set for the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); for a total award sought of $8,371.62, and, in support thereof, states:

1.    On May 27, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession

2. On June 16, 2009, this Court entered an order granting Debtor's application to employ Applicant, *nunc pro tunc* to October 24, 2008, to provide services as special criminal forfeiture expert for the Debtor (Doc No. 199).

3. Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Court in setting such fees.

4. No advance retainer has been paid.

5. The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve extensive review and research of documents filed in this case and consultation with Debtor's special criminal counsel regarding criminal forfeiture issues. Applicant traveled to Orlando, Florida to meet with special criminal counsel, bankruptcy counsel, and Government counsel to discuss resolution of the criminal forfeiture issues as part of the plea negotiation for the underlying criminal case; participated in subsequent teleconferences with all counsel; and reviewed with special criminal counsel the plea documents filed in the District Court case.

6. Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

7. Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, ability and reputation in the area of forfeiture, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Final Application is both fair and reasonable.

8. In considering the foregoing criteria in this case, several matters should be noted:

a. Applicant is a well-established and experienced attorney. Applicant has extensive experience in providing representation in criminal and asset forfeiture matters; and

b. The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

9. Attached as **Exhibit B** is the affidavit of Robert S. Griscti in support of this Final Application.

10. Applicant also provides notice of and requests approval of the estimated compensation for services in the amount of $700.00 for the period August 1, 2009 through September 19, 2009.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded: (i) final compensation for services in the amount of $6,650.00 and reimbursement of actual expenses in the amount of $1,021.62, and payment of estimated fees and expenses in the amount of $700.00, for a total award for the Final Application Period of $8,371.62 as part of the fees and expenses of administration of the Mirabilis Ventures, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 17th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04327-KSJ |
| MIRABILIS VENTURES, INC., | CHAPTER 11 |
| Debtor. | |
| _____/ | |

## Certificate of Service

I HEREBY CERTIFY that a true copy of the **FINAL APPLICATION OF ROBERT S. GRISCTI AND THE LAW FIRM OF ROBERT S. GRISCTI, AS SPECIAL CRIMINAL FORFEITURE EXPERT**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Robert S. Griscti, Esq., The Law Firm of Robert S. Griscti, 204 W. University Avenue, Suite 6, Gainesville, FL 32601; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 17th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
7 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

MIRABILIS VENTURES, INC.
CASE NO. 6:08-bk-04327-KSJ

EXHIBIT A

EXHIBIT A

THE LAW FIRM OF

# ROBERT S. GRISCTI
PROFESSIONAL ASSOCIATION

SUITE 6, 204 WEST UNIVERSITY AVENUE
POST OFFICE BOX 508
GAINESVILLE, FLORIDA 32602

ROBERT S. GRISCTI
ATTORNEY AND COUNSELLOR AT LAW

(352) 375-4460
FAX: (352) 377-9573

November 25, 2008

**Confidential**
Richard Lee Barrett
Barrett, Chapman and Ruta, P.A.
18 Wall Street
Orlando, FL 32801

    Re:  Consultation/Mirabilis

**STATEMENT FOR SERVICES RENDERED,
October 24, 2008 to November 24, 2008**

**RSG FEES**

| Date | Description | Hours |
|---|---|---|
| 10/24/2008 | Phone conv w/co-counsel LB (NC)<br>Pleadings overview<br>Email w/clerk<br>Conf w/law clerk | 1.00 |
| 10/25/2008 | Pleadings review | 0.75 |
| 10/26/2008 | PACER review<br>Email w/clerk | 1.25 |
| 10/27/2008 | Conf w/clerks<br>Email w/co-counsel | 1.00 |
| 10/28/2008 | Email w/clerk (NC)<br>Review articles (NC) | 0.00 |
| 10/29/2008 | Email w/clerk (NC)<br>Review research (partial NC)<br>Email w/co-counsel<br>Review PACER | 0.75 |
| 10/30/2008 | Email w/clerks<br>Review research/prep for mtg<br>Travel to Orlando (NC) | 3.00 |

|            |                                                                                                                 |      |
|------------|-----------------------------------------------------------------------------------------------------------------|------|
|            | Conf w/co-counsel<br>Review pleadings, indictment<br>Conf w/bankruptcy co-counsel                               |      |
| 10/31/2008 | Review rsch/email<br>Conf w/co-counsel, Govt<br>    re plea/agreement/forfeiture<br>Conf w/co-counsel<br>Travel Orlando to G'ville (NC) | 3.25 |
| 11/01/2008 | Email w/clerks<br>Draft retainer letter (NC)                                                                    | 0.25 |
| 11/04/2008 | Email w/co-counsel                                                                                              | 0.25 |
| 11/08/2008 | Email w/co-counsel                                                                                              | 0.25 |
| 11/12/2008 | File review (NC)                                                                                                | 0.00 |
| 11/17/2008 | Email w/co-counsel<br>Review forfeiture pleadings                                                               | 0.50 |
| 11/19/2008 | Phone conv and email w/co-counsel<br>Review creditors list/conflict<br>Phone conv w/AUSA Cream<br>Email w/co-counsel | 1.00 |
| 11/24/2008 | Review pleadings (Motion for Approval)                                                                          | 0.75 |

**Total RSG Fees 14.00 hrs @ $350.00/hr**            **$ 4,900.00**

**ADVANCED COSTS**

    Law Clerk Fees 2 hrs @ $75.00/hr            $ 150.00

    **Total Advanced Costs**            **$ 150.00**

**ACCOUNT SUMMARY**
Current Fees                                              $ 4,900.00
Current Costs                                             $   150.00
**Current Balance Due**                                   **$ 5,050.00**

RSG: kl

*Please remit payment in full, payable to The Law Firm of Robert S. Griscti, P.A.  For your records, our FEIN number is 591821305*

THE LAW FIRM OF

# Robert S. Griscti
PROFESSIONAL ASSOCIATION

SUITE 6, 204 WEST UNIVERSITY AVENUE
POST OFFICE BOX 508
GAINESVILLE, FLORIDA 32602

ROBERT S. GRISCTI
ATTORNEY AND COUNSELLOR AT LAW

(352) 375-4460
FAX: (352) 377-9573

June 24, 2009

**Confidential**
Richard Lee Barrett
Barrett, Chapman and Ruta, P.A.
18 Wall Street
Orlando, FL 32801

Re:  Forfeiture Consultation/Mirabilis

**STATEMENT FOR SERVICES RENDERED,
November 25, 2008 to June 24, 2009**

**RSG FEES**

| Date | Description | Hours |
|---|---|---|
| 11/26/2008 | Document review | 0.25 |
| 12/01/2008 | Phone conv w/Barrett<br>Review email re arraignment | 0.25 |
| 02/18/2009 | Email w/LB (NC)<br>Email w/LG (NC) | 0.00 |
| 05/11/2009 | Email w/clients<br>Email w/co-counsel | 0.25 |
| 05/13/2009 | Email w/LB (NC) | 0.00 |
| 05/14/2009 | Phone conv w/LB<br>Phone convs w/clerks re: plea (NC)<br>Review plea agreement/draft<br>Review research<br>Email w/LB (multiple)<br>Email w/clerks (multiple)(NC) | 1.25 |
| 05/15/2009 | Research review (partial NC)<br>Email w/LB (multiple)<br>Phone conv w/LB office | 1.00 |
| 05/31/2009 | Review plea agreement | 0.50 |

1

| | | |
|---|---|---|
| 06/01/2009 | Email w/LB (NC) | 0.00 |
| 06/04/2009 | Review plea agreement<br>Email w/LB | 0.50 |
| 06/09/2009 | Review related pleadings<br>Email w/LB | 1.00 |
| 06/16/2009 | Email w/LB (NC)<br>Email w/LG (NC) | 0.00 |
| 06/22/2009 | Email w/LB (NC) | 0.00 |

**Total RSG fees 5 hrs @$350.00/hr**     **$ 1,750.00**

**ADVANCED COSTS**

| | |
|---|---|
| Law Clerk Fees 9.25 hrs @ $75.00/hr | $ 693.75 |
| Travel/Mileage/Parking | $ 167.90 |
| Lexis Computer Research | $ 9.97 |

**Total RSG costs**     **$ 871.62**

**ACCOUNT SUMMARY**

| | |
|---|---|
| Prior Balance Due (11/25/08 Statement) | $ 5,050.00 |
| Current Fees | $ 1,750.00 |
| Current Costs | $ 871.62 |
| **Current Balance Due** | **$ 7,671.62** |

RSG: cg

*Please remit payment in full, payable to The Law Firm of Robert S. Griscti, P.A. For your records, our FEIN number is 591821305.*

THE LAW FIRM OF

# Robert S. Griscti
PROFESSIONAL ASSOCIATION

SUITE 6, 204 WEST UNIVERSITY AVENUE
POST OFFICE BOX 508
GAINESVILLE, FLORIDA 32602

ROBERT S. GRISCTI
ATTORNEY AND COUNSELLOR AT LAW

(352) 375-4460
FAX: (352) 377-9573

August 13, 2009

**Confidential**
Richard Lee Barrett
Barrett, Chapman and Ruta, P.A.
18 Wall Street
Orlando, FL 32801

Re: Consultation

---

**STATEMENT FOR SERVICES RENDERED,
June 25, 2009 to July 31, 2009**

**RSG FEES**

| | | |
|---|---|---|
| 07/16/2009 | Email w/LB, bankruptcy counsel (NC) | 0.00 |

**Total RSG Fees 0 hrs @ $350.00/hr**        $        0.00

**ADVANCED COSTS**

No costs for this billing period.

**Total RSG costs**                          $        0.00


**ACCOUNT SUMMARY**
Prior Balance Due                            $    7,671.62
Current Fees                                 $        0.00
Current Costs                                $        0.00
**Current Balance Due**                      $    7,671.62



RSG: kl

*Please remit payment in full, payable to The Law Firm of Robert S.
Griscti, P.A. For your records, our FEIN number is 591821305*

## EXHIBIT B

## EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,   CHAPTER 11

Debtor.
_____/

AFFIDAVIT IN SUPPORT OF FIRST INTERIM APPLICATION OF
ROBERT S. GRISCTI AND THE LAW FIRM OF ROBERT S. GRISCTI, AS SPECIAL
CRIMINAL FORFEITURE EXPERT, FOR AWARD OF FEES i/a/o $6,650.00
AND REIMBURSEMENTS OF EXPENSES i/a/o $1,021.62

STATE OF FLORIDA   )

COUNTY OF ALACHUA   )

BEFORE ME, the undersigned authority, personally appeared Robert S. Griscti, who, being duly sworn, deposes and says:

1. I am a sole practitioner with the Law Firm of Robert S. Griscti, PA (the "Firm"), a Florida professional association engaged in providing legal services, and, in that capacity, have control over the books and records of the Firm relating to the matter set forth herein, which books and records are kept and maintained by the Firm in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2. I have reviewed the First Interim Application for Award of Fees i/a/o $6,650.00 and Reimbursement of Expenses i/a/o $1,021.62, filed concurrent herewith, and all attachments

accurately reflect the time and expenses of the Firm for the periods set forth herein for services provided to the Debtor.

4. I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Robert S. Griscti

STATE OF FLORIDA )
COUNTY OF ALACHUA )

Sworn to and subscribed before me this 13 day of ~~July~~ AUGUST 2009, by **Robert S. Griscti**, [X] who is personally known to me, or [ ] who did provide as identification _____

_____.



KELLY LANDRY
Commission # DD 878611
Expires April 8, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Signature of Person Taking Acknowledgment
Print Name: Kelly Landry
Title: Notary Public
Serial No. (if any) DD878611
Commission Expires: April 8, 2013

[NOTARY SEAL]