UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                            CHAPTER 11

    Debtor.
_____/

SUMMARY OF FINAL APPLICATION OF ELIZABETH A. GREEN AND
THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
FOR AWARD OF ATTORNEYS' FEES i/a/o $509,965.50
AND REIMBURSEMENT OF EXPENSES i/a/o $15,465.71
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $19,000.00

| | |
|---|---|
| Applicant's Name: | Latham, Shuker, Eden & Beaudine, LLP |
| Applicant's Address: | 390 N. Orange Ave., Ste. 600<br>Orlando, FL 32801 |
| Role of Applicant: | Counsel for the Debtor-in-Possession |
| Certifying Professional: | Elizabeth A. Green |
| Date Petition Filed: | May 27, 2008 |
| Date of Order Authorizing Employment *nunc pro tunc* to: | September 17, 2008<br>*nunc pro tunc* to May 27, 2008 |
| Date of Services Rendered: | May 27, 2008 to July 31, 2009 |
| Gross Amount of Professional Fees for Application Period: | $509,965.50 |
| Gross Amount of Disbursements and Expenses for Application Period: | $15,465.71 |
| TOTAL GROSS AMOUNT REQUESTED FOR FEES AND DISBURSEMENTS: | $525,431.21 |
| ESTIMATED FEES AND COSTS August 1, 2009 to September 16, 2009 | $19,000.00 |
| Retainer Applied: | $87,028.82<br>(Total retainer received: $100,219.50 shared with Hoth Holdings; 08-4328 and AEM; 08-4681) |
| TOTAL NET REQUEST FOR Final AWARD FOR FEES AND DISBURSEMENTS: | $457,402.39 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04327-KSJ |
| MIRABILIS VENTURES, INC. | CHAPTER 11 |
| Debtor. | |
| _____/ | |

**FINAL APPLICATION OF ELIZABETH A. GREEN AND
THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
FOR AWARD OF ATTORNEYS' FEES i/a/o $509,965.50
AND REIMBURSEMENT OF EXPENSES i/a/o $15,465.71
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $19,000.00**

**ELIZABETH A. GREEN** and the law firm of **LATHAM, SHUKER, EDEN & BEAUDINE, LLP,** ("Latham Shuker" or "Applicant"), as counsel for Mirabilis Ventures, Inc. ("Mirabilis" or "Debtor"), hereby submits its Final application for award of compensation ("Final Application") for services in the amount of $509,965.50, and reimbursement of actual expenses in the amount of $15,465.71, for the period commencing May 27, 2008 through July 31, 2009 ("Final Application Period"), and for approval of estimated fees and expenses in the amount of $19,000.00 for the period August 1, 2009 through September 16, 2009, the date set for the hearing on confirmation of Debtor's joint amended plan of liquidation ("Confirmation Hearing") and, in support thereof, states:

1. On May 27, 2008 (the "Petition Date"), Mirabilis filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). No trustee has been appointed, and the Debtor continues to operate its business and manage its property as a debtor-in-possession under §§1107(a) and 1108 of the Code.

2

2. Contemporaneous with the filing of Mirabilis's voluntary petition, Hoth Holdings, LLC ("Hoth"), also filed its voluntary petition in Case No. 6:08-bk-4328-KSJ. Thereafter, on June 5, 2008, AEM, Inc. ("AEM"), another wholly-owned subsidiary of Mirabilis, filed its voluntary petition in Case No. 6:08-bk-4681-KSJ. The Joint Amended Plan of Liquidation ("Plan") filed by the Debtors seeks substantive consolidation of the three cases.

3. Upon motion of the Debtor, the Court entered an order on September 17, 2008 (Doc No. 68) authorizing the employment of Applicant as counsel for the Debtor, *nunc pro tunc* to May 27, 2008.

4 Prior to the commencement of this case, Mirabilis paid an advance fee of $100,219.50 for post-petition services and expenses in connection with this case and that of Hoth and AEM. The retainer will be applied against allowed fees and expenses for all three cases.

5. The professional services rendered on behalf of the Debtor for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice, including the drafting of all pleadings and other court papers as required by the Court in connection with the Chapter 11 case.

6. Applicant seeks allowance of fees for services provided to the Debtor in the following areas of representation:

| Matter | Fees Incurred | Total Hours |
|---|---|---|
| General Representation (001) | $ 178,626.00 | 664.0 |
| Schedules (002) | $ 5,262.00 | 33.0 |
| Professional Retention (004) | $ 17,833.50 | 77.0 |
| Plan of Reorganization (005) | $ 13,272.00 | 56.0 |
| Claims (006) | $ 4,449.50 | 22.2 |
| Secured Creditors (007) | $ 2,457.50 | 6.7 |

3

| Matter | Fees Incurred | Total Hours |
|---|---:|---:|
| Adversary Matters (008) | $ 70,402.50 | 204.0 |
| Asset Sales (010) | $ 1,619.50 | 6.5 |
| WinPar Hospitality, LLC Litigation (014) | $ 25,595.00 | 85.4 |
| USA Motion to Dismiss Litigation (015) | $ 60,198.50 | 130.5 |
| Mirabilis v. Berman Litigation (016) | $ 35,302.50 | 128.2 |
| Mirabilis v. Rachlin Litigation (017) | $ 17,330.00 | 66.4 |
| Mirabilis v. Buchanan Litigation (018) | $ 51,561.00 | 200.2 |
| Mirabilis v. Moore Litigation (019) | $ 26,056.00 | 97.9 |
| **TOTALS** | **$ 509,965.50** | **1778.0** |

7. Attached hereto as **Exhibit A** is a table which sets forth the hourly rate, number of hours, and total fees for each professional or paraprofessional who has provided. The above items are allocated to each of the areas of representation which are described in the succeeding paragraphs. The nature of the representation provided by Applicant in the specific areas of representation is as follows:

   a. General Representation (001): In the area of general representation, on-going services were provided in regard to general organizational matters which include the following:

   (1) Prepare for and attend hearings on all first-day pleadings;

   (2) Consult with the Debtor and review of Debtor's compliance with all applicable bankruptcy rules and Court requirements and the United States Trustee guidelines concerning bank accounts and tax returns;

   (3) Work with the Debtor on preparation of the Debtor-in-Possession monthly financial reports and review of each of those monthly reports;

(4) Consult with the Debtor concerning various operating issues;

(5) Prepare representative of Debtor for §341 meeting of creditors and attend the same; and

(6) Prepare and file all appropriate motions to comply with applicable Bankruptcy Code sections and Rules of Procedure;

(7) Extensive services provided with respect to the *in rem* Civil Forfeiture Complaint Case No. 6:08-cv-00067-MSS-KRS filed by the United States of America ("USA") in the District Court for the Middle District of Florida, Orlando Division ("Civil Complaint") against certain property owned by Mirabilis and all related subsequent motions and actions filed and heard in District Court and the U. S. Bankruptcy Court, including the negotiations for and preparation of the compromise reached with the USA ("USA Compromise");

(8) Extensive service provided with respect to the lawsuit *In re Mirabilis Ventures, Inc. v. Jeffrey Reichel*; Case No. CACE 07-01827 in Broward County, Florida, including attendance at mediation sessions, on-going settlement negotiations, attendance at related hearings and preparation of related pleadings;

(9) Review of corporate structure of debtor and related debtor entities; and

(10) Attend hearings regarding all related matters; and

b. <u>Schedules (002)</u>: In this area, Latham Shuker prepared Debtor's schedules and statement of financial affairs and any amendments to the schedules from information furnished by the Debtor.

  c. <u>Professional Retention (004)</u>: On-going services included preparation of the applications, accompanying statements, orders with respect to the retention of, and all fee applications for:

   (1) Latham, Shuker, Eden & Beaudine, LLP, as counsel for Debtor;

   (2) Baldwin & Co, PA, as its general accountants;

   (3) Balch & Bingham, LLP, as special counsel;

   (4) Barrett, Chapman & Ruta, PA, as special counsel;

   (5) Shutts & Bowen, LLP, as special counsel;

   (6) Steven Yoakum, PA, as its forensic accountant;

   (7) Peter Crummey, PA, as its investigator;

   (8) Robert S. Griscti, as its forfeiture expert; and

   (9) KPMG, LLP, as tax preparation accountants.

  d. <u>Plan & Disclosure (005)</u>: The services rendered in this area primarily consisted of:

   (1) Preparation of motion to extend exclusivity Debtor to file a plan; and

   (2) Drafting of the Joint Plan of Liquidation and related amendments thereto.

  e. <u>Claims (006)</u>: The fees expended in this area relate to;

   (1) Initial review of state court litigation and preparation of suggestions of bankruptcy to be filed in each case; and

   (2) Initial review of claims filed and potential objections.

  f. <u>Secured Creditors (007)</u>: The time and fees expended in this area relate to initial review of forfeiture claims and potential secured status.

g.   <u>Adversary Matters (008)</u>: The time and fees expended in area relate to:

(1)   Research and review of issues related to obtaining a temporary restraining order and § 105 injunction to extend the automatic stay provision of 11 U.S.C. § 362 to include all civil action against the Debtor and related debtor parties;

(2)   Drafting of motion for injunction, memorandum of law, and attendance at related hearings;

(3)   Review options, litigation status, possible settlement terms, prepare motions and attend related hearings with respect to several on-going lawsuits; *i.e.*, RKT Constructors, Forge, and Palaxar

(4)   Negotiate settlements several of the parties, *i.e.,* Forge, Roberts Trust, Reichel, and draft compromise motions; and

(5)   Review and research potential additional adversary proceedings and initial preparation of complaints against Richard E. Berman and Berman, Kean & Riguera, P. A, *et al.*; Buchanan, Ingersoll, & Rooney, P. L., *et al.*; James Moore & Co., P. L.; and Rachlin Cohen & Holtz, LLP, *et al.*

h.   <u>Asset Sales (010)</u>: The services rendered in this area primarily related to the review of options for sale of certain of Debtor's assets.

i.   <u>WinPar Hospitality, LLC (014)</u> WinPar is a Debtor-owned entity located in Tennessee that filed for chapter 7 bankruptcy protection in 2007. Counsel for the Debtor has been monitoring this case, including attendance at hearings with USA regarding turnover of forfeiture funds. WinPar is also an integral part of the USA Compromise.

j   <u>Dismissal Motion (015)</u>: The services rendered pertain to the motion by the USA to dismiss the Debtor's case and the related cases of Hoth Holdings, LLC, and AEM, Inc., alleging the cases were filed in bad faith (the "Dismissal Motion") and include extensive

7

research of case law related to dismissal, negotiations with various counsel, preparation and attendance at hearing on Dismissal Motion. Partial Resolution of this matter is incorporated in the USA Compromise and responding to supplemental memorandum filed by Forge creditors and Rachlin on their joinder to the Motion to Dismiss.

    k.    <u>Mirabilis v. Berman, *et al.* (016)</u>: The services rendered in this matter relate to the preparation of the initial complaint and amended complaint, filing responses to the motion to withdraw reference and related jurisdictional issues, review and drafting of response to motion to dismiss complaint, and meeting with Michael Maher, Esq., attorney for Frank Amodeo, regarding a lawsuit filed by Mr. Maher against the same defendants.

    l.    <u>Mirabilis v. Rachlin, *et al.* (017)</u>: The services rendered in this matter relate to the preparation of the initial complaint and amended complaint, filing responses to the motion to withdraw reference and related jurisdictional issues, filing responses to the motion to withdraw reference and related jurisdictional issues, review and drafting of response to motion to dismiss complaint, meetings with defense counsel regarding various issues, review issues related to show cause order.

    m.    <u>Mirabilis v. Buchanan, *et al.* (018)</u>: The services rendered in this matter relate to the preparation of the initial complaint and amended complaint, review and drafting of response to motion to dismiss complaint, meet with defense counsel, and preparation for hearing on motion to dismiss.

    n.    <u>Mirabilis v. Moore, *et al.* (019)</u>: The services rendered in this matter relate to the preparation of the initial complaint and amended complaint, filing responses to the motion to withdraw reference and related jurisdictional issues, research of case law; review of issues related to motion to dismiss, meeting with defense counsel, and work on discovery issues.

8. Applicant submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtors' estates, (c) the novelty and difficulty of many of the issues involved, (d) Applicant's customary fees for such work, (e) the contingency nature of the work performed, (f) the time limitations and pressure borne by Applicant, (g) Applicant's experience, reputation and ability, (h) awards in similar circumstances, and (i) the results obtained, the compensation sought in this Application is both fair and reasonable.

9. In considering the foregoing criteria in this case, several matters should be noted:

    a. This Chapter 11 case involves a Debtor with a complex history and intercompany relationships with multiple parties-in-interest, as well as the *in rem* civil forfeiture action filed by the United States of America against certain assets Mirabilis and its affiliates, which effectively caused the Debtor to be unable to pursue claims and litigation against various third parties, all of which resulted in the filing of this Chapter 11 case, all of which resulted in the filing of these Chapter 11 cases;

    b. Debtor entered this case with approximately $100,000 in cash. With Applicant's help, Debtor negotiated a compromise and settlement of the civil forfeiture action.

    c. Applicant has also expended considerable time investigating the possibility of recovery of fraudulent transfers and preparing the initial complaints;

    d. In providing services in this case, a conscious effort was made by Latham Shuker not to internally over staff the case within Latham Shuker's law firm. Wherever possible, associate and paralegal time has been used;

    e. Latham, Shuker, Eden & Beaudine, LLP, is comprised of established and experienced commercial, litigation, real estate, and corporate attorneys. Each of the attorneys has an excellent reputation throughout Florida in the legal areas required by this case; and

f. The hourly rates charged by the attorneys of Latham, Shuker, Eden & Beaudine, LLP, are reasonable and within the range of fees normally charged for services of this kind rendered in similar cases.

10. The total compensation and reimbursement of fees and expenses requested by Applicant for the Final Application Period is $525,431.21. As shown on **Exhibit A**, this reflects a total of $509,965.50 for services rendered by Applicant resulting from the expenditure of 1778.0 hours during the Final Application Period. In this regard, attached to the original of this Application filed with the Court is **Exhibit B**, which is a detailed breakdown of the time entries for each of the professionals providing services during the Final Application Period. Copies of the timesheets are available upon request to Elizabeth A. Green at the address below.

11. Applicant also requests approval of the reimbursement by the estate of actual expenses in the amount of $15,465.71 as more particularly described in **Exhibit C**.

12. After applying the prepetition retainer of $87,028.82, and assuming approval of the fees and costs from August 1, 2009 through September 16, 2009 estimated to be approximately $19,000.00, the net due from the Debtor for this Final Application will be $457,402.39.

13. Latham Shuker believes that approximately 50.0 additional hours of professional services will be needed for the period August 1, 2009 through September 16, 2009, billed at a blended hourly rate of $280 for a total of $14,000.00. Also, Latham Shuker estimates an additional $5,000.00 in expenses for such period will be incurred. Latham Shuker requests approval of compensation and expenses, and reimbursement of the estimated amounts through September 16, 2009.

14. The professionals or paraprofessionals working on behalf of Applicant in this Chapter 11 case are the following:

  a Elizabeth A. Green is a partner in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with more than twenty-three years' experience in the area of bankruptcy law.

  b. R. Scott Shuker is a partner in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with more than sixteen years' experience in the area of bankruptcy and more than four years' experience in the area of commercial banking. Mr. Shuker is certified in the area of Bankruptcy Law-Business by the American Board of Bankruptcy Certification and has been listed in BEST LAWYERS OF AMERICA and CHAMBERS USA as a top bankruptcy attorney for over five (5) years;

  c. Mariane Dorris is a partner in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with more than ten years' experience in the area of bankruptcy law.

  d. Jimmy D. Parrish is a partner in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with nine years' experience in the area of bankruptcy law. Mr. Parrish is certified in the area of Bankruptcy Law-Business by the American Board of Bankruptcy Certification.

  e. Jacqueline E. Ferris was an associate in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with seven years' experience in the area of bankruptcy law and one year's experience in the area of immigration law.

  f. Justin M. Luna is an associate in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with more than three years' experience in the area of bankruptcy law.

g.  Jay T. Hollenkamp was an associate in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with approximately two year's experience in the area of bankruptcy law.

h.  Bruce D. Knapp is a partner in the corporate department of Latham, Shuker, Eden & Beaudine, LLP, with more than twenty-four years' experience in the areas of complex corporate transactions, including mergers, acquisitions, dispositions, corporate governance, real estate sales and commercial leasing transactions, equity and debt financings, construction and other commercial contracts, and advising public companies on securities offerings, periodic reporting and executive compensation matters, as well as conducting secured and unsecured single bank and syndicated loan transactions.

i.  Lori T. Milvain is a partner in the corporate department of Latham, Shuker, Eden & Beaudine, LLP, with more than twelve years' experience in the areas of trademark, copyright, and intellectual property rights.

j.  Chirag B. Kabrawala is an associate in the corporate department of Latham, Shuker, Eden & Beaudine, LLP, with more than five years' experience in the areas of corporate, transactional, and real estate law.

k.  Daniel H. Coultoff is a partner in the litigation department of Latham, Shuker, Eden & Beaudine, LLP, with more than twelve years' experience in the areas of commercial and business litigation.

l.  Jennifer Eden is a partner in the litigation department of Latham, Shuker, Eden & Beaudine, LLP, with more than nineteen years' experience in the areas of complex commercial and business litigation.

  m. Jason H. Klein is an associate in the litigation department of Latham, Shuker, Eden & Beaudine, LLP, with more than seven years' experience in the areas of commercial and business litigation.

  n. Jonathan A. Stimler is an associate in the real estate department of Latham, Shuker, Eden & Beaudine, LLP, with more than three years' experience in the area of commercial and business litigation.

  o. Victoria I. Minks is an associate in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with more than three years' experience in the area of bankruptcy law.

  p. Diane L. Crivello is a paralegal with more than twenty-six years' experience in the legal profession and fourteen years' experience in the area of bankruptcy law.

  q. Brenda Jennings is a paralegal with more than twenty years' experience in the legal profession in the areas of bankruptcy law.

  r. Teresa Neufeld is a paraprofessional in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with approximately seven years' experience in the legal profession in the area of bankruptcy law.

  s. Teresa Young is a paraprofessional in the bankruptcy department of Latham, Shuker, Eden & Beaudine, LLP, with approximately four years' experience in the legal profession in the area of bankruptcy law.

  t. Nancy Carrier is a paraprofessional in the litigation department of Latham, Shuker, Eden & Beaudine, LLP, with more than twenty years' experience in the legal profession in the area of commercial litigation law.

u.  Gina Binkley is a paraprofessional in the corporate department of Latham, Shuker, Eden & Beaudine, LLP, with more than twenty years' experience in the legal profession in the area of corporate law.

15. Attached has **Exhibit D** hereto, is Applicant's affidavit in support of the Application.

**WHEREFORE,** Applicant requests that it be awarded compensation for services in the amount of $509,965.50 and reimbursement of expenses in the amount of $15,465.71 for a total request for the Final Application Period of $525,431.21 for the period of May 27, 2008 through July 31, 2009, request for approval of estimated fees and expenses in the amount of $19,000.00 for the period August 1, 2009 through September 16, 2009, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 19th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.  CHAPTER 11

Debtor.
_____/

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the Final Application of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 19th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire

```
Label Matrix for local noticing      Advantage Collection Prof         American Express
113A-6                               2775 Jade Street                  2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ               Mora, MN 55051-6240               Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

BNA Tax Management                   Richard Lee Barrett               Kimberly Bartley
9435 Key West Ave.                   18 Wall St                        Waldron & Schneider LLP
Rockville, MD 20850-3339             Orlando, FL 32801-2421            15150 Middlebrook Drive
                                                                       Houston, TX 77058-1226


Brandywine Grande C. LP              Buchanan Ingersoll & Rodney       Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                401 E Jackson St.                 c/o David T. Ward
1111 East Main Street                Suite 2500                        15615 Alton Pkwy #175
Richmond, VA 23219-3531              Tampa, FL 33602-5236              Irvine, CA 92618-7303


Joseph A DeMaria                     Denise D Dell-Powell              Elena L Escamilla
Tew Cardenas LLP                     Akerman Senterfitt                United States Trustee
1441 Brickell Avenue                 Post Office Box 231               135 W Central Blvd  Suite 620
Suite 1500                           Orlando, FL 32802-0231            Orlando, FL 32801-2440
Miami, FL 33131-3431

First Commercial Ins. Corp.          Forge Capital Partners LLC        Frank L. Amodeo
POB 126160                           c/o Bart Valdes                   3875 South Orange Ave
Hialeah, FL 33012-1602               609 W Horatio St                  Suite 500 -PMB 1810
                                     Tampa FL 33606-2272               Orlando, FL 32806


Fred Sandlin                         Gill R Geldreich                  Gilbert Weisman
161 Mallard Lane                     Tennessee Attorney General's Office   c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331         Post Office 20207                 POB 3001
                                     Nashville, TN 37202               Malvern PA 19355-0701


I Randall Gold                       Elizabeth A Green                 Horton Johnson
United States Attorney's Office      Latham Shuker Eden & Beaudine LLP 3211 Northglenn Drive
501 West Church Street               390 North Orange Avenue           Orlando, FL 32806-6371
Suite 300                            Suite 600
Orlando, FL 32805-2281               Orlando, FL 32801-1684

Humana/RMS                           Jackson Lewis                     Jeffrey Reichel
77 Hartland Street                   Attn:Anne Krupman                 c/o Gary Barnes
Suite 401                            One North Broadway                3414 Peachtree Rd #1600
East Hartford, CT 06108-3253         White Plains, NY 10601-2310       Atlanta, GA 30326-1164


Jeffrey Reichel                      Kenneth & Diane Hendricks         Gordon L Kiester
c/o Jill E. Kelso, Esquire           One ABC Parkway                   Florida Department of Revenue
Akerman Senterfitt                   Beloit, WI 53511-4466             P O Box 2299
PO Box 231                                                             Mango, FL 33550-2299
Orlando FL 32802-0231


LeClair Ryan Trust                   LexisNexis                        Mirabilis Ventures, Inc
P.O. Box 2499                        P.O. Box 7247-7090                c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499              Philadelphia, PA 19170-0001       341 N. Maitland Ave #210
                                                                       Maitland, FL 32751-4771
```

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44