## EXHIBIT A

In Re: Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

## General Representation - 001

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 93.1 | 375 | $ | 34,912.50 |
| | 21.4 | 400 | $ | 8,560.00 |
| R. Scott Shuker | 3.9 | 400 | $ | 1,560.00 |
| Mariane L. Dorris | 16.9 | 275 | $ | 4,647.50 |
| Jimmy D. Parrish | 128.1 | 240 | $ | 30,744.00 |
| | .6 | 260 | $ | 144.00 |
| Jacqueline E. Ferris | 2.2 | 205 | $ | 451.00 |
| Justin M. Luna | 65.9 | 200 | $ | 13,180.00 |
| Jay T. Hollenkamp | 69.6 | 150 | $ | 10,485.00 |
| Bruce D. Knapp | 43.8 | 340 | $ | 14,892.00 |
| Jennifer Eden | 70.8 | 300 | $ | 21,240.00 |
| Lori T. Milvain | 18.3 | 300 | $ | 5,490.00 |
| Jason H. Klein | 5.3 | 260 | $ | 1,378.00 |
| Chirag B. Kabrawala | 12.7 | 210 | $ | 2,667.00 |
| Jonathan A. Stimler | .4 | 190 | $ | 76.00 |
| | 106.5 | 200 | $ | 21,300.00 |
| Diane L. Crivello | 31.0 | 135 | $ | 4,185.00 |
| | .9 | 140 | $ | 126.00 |
| Brenda L. Jennings | 13.9 | 120 | $ | 1,668.00 |
| Gina L. Binkley | 2.2 | 75 | $ | 165.00 |
| | 7.0 | 105 | $ | 735.00 |
| Teresa A. Neufeld | .2 | 100 | $ | 20.00 |
| **TOTAL** | **664.0** | | **$** | **178,626.00** |

### Schedules - 002

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 3.4 | 375 | $ | 1,275.00 |
| Diane L. Crivello | 29.0 | 135 | $ | 3,915.00 |
| Brenda L. Jennings | .6 | 120 | $ | 72.00 |
| **TOTAL** | 33 | | $ | 5,262.00 |

### Professional Retention - 004

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 3.3 | 375 | $ | 1,237.50 |
| | 2.6 | 400 | $ | 1,040.00 |
| R. Scott Shuker | .8 | 400 | $ | 320.00 |
| Jimmy D. Parrish | 3.0 | 240 | $ | 720.00 |
| Jacqueline E. Ferris | .4 | 205 | $ | 82.00 |
| Jay T. Hollenkamp | 2.7 | 150 | $ | 405.00 |
| Diane L. Crivello | 89.4 | 135 | $ | 12,069.00 |
| | 9.2 | 140 | $ | 1,288.00 |
| Brenda L. Jennings | 5.6 | 120 | $ | 672.00 |
| **TOTAL** | 77.0 | | $ | 17,833.50 |

### Plan & Disclosure - 005

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 10.6 | 400 | $ | 4,240.00 |
| Jimmy D. Parrish | .3 | 240 | $ | 72.00 |
| Justin M. Luna | 41.3 | 200 | $ | 8,260.00 |
| | 2.2 | 220 | $ | 484.00 |
| Diane L. Crivello | 1.6 | 135 | $ | 216.00 |
| **TOTAL** | **56.0** | | **$** | **13,272.00** |

### Claims - 006

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 1.9 | 375 | $ | 712.50 |
| Jimmy D. Parrish | 1.6 | 260 | $ | 416.00 |
| Jacqueline E. Ferris | 4.5 | 205 | $ | 922.50 |
| Justin M. Luna | 6.1 | 200 | $ | 1,220.00 |
| | 1.0 | 220 | $ | 220.00 |
| Diane L. Crivello | 7.1 | 135 | $ | 958.50 |
| **TOTAL** | **22.2** | | **$** | **4,449.50** |

### Secured Creditor - 007

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 1.7 | 375 | $ | 637.50 |
| | 4.1 | 400 | $ | 1,640.00 |
| Justin M. Luna | .9 | 200 | $ | 180.00 |
| **TOTAL** | **6.7** | | **$** | **2,457.50** |

## Adversary Matters - 008

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 15.9 | 375 | $ | 5,962.50 |
|  | 42.2 | 400 | $ | 16,880.00 |
| Mariane L. Dorris | 1.1 | 275 | $ | 302.50 |
| Jimmy D. Parrish | 139.3 | 240 | $ | 33,432.00 |
|  | 5.6 | 260 | $ | 1,456.00 |
| Jacqueline E. Ferris | 4.7 | 205 | $ | 963.50 |
| Justin M. Luna | 30.8 | 200 | $ | 6,160.00 |
|  | 18.2 | 220 | $ | 4,004.00 |
| Jay T. Hollenkamp | 6.3 | 150 | $ | 945.00 |
| Diane L. Crivello | 2.2 | 135 | $ | 297.00 |
| **TOTAL** | **204.0** | | $ | **70,402.50** |

## Asset Sales - 010

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 1.5 | 375 | $ | 562.50 |
| Jimmy D. Parrish | 3.4 | 240 | $ | 816.00 |
|  | .2 | 260 | $ | 52.00 |
| Diane L. Crivello | 1.4 | 135 | $ | 189.00 |
| **TOTAL** | **6.5** | | $ | **1,619.50** |

19

## WinPar Hospitality Litigation - 014

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 28.4 | 375 | $ | 10,650.00 |
|  | 7.1 | 400 | $ | 2,840.00 |
| Mariane L. Dorris | 5.4 | 275 | $ | 1,485.00 |
| Jimmy D. Parrish | 43.9 | 240 | $ | 10,536.00 |
| Jay T. Hollenkamp | .2 | 150 | $ | 30.00 |
| Diane L. Crivello | .4 | 135 | $ | 54.00 |
| **TOTAL** | **85.4** | | $ | **25,595.00** |

## Motion to Dismiss - 015

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 72.5 | 375 | $ | 27,187.50 |
|  | 44.4 | 400 | $ | 17,760.00 |
| Jennifer Eden | 8.5 | 300 | $ | 2,550.00 |
| Jimmy D. Parrish | 5.1 | 240 | $ | 1,224.00 |
| Justin M. Luna | 14.0 | 200 | $ | 2,800.00 |
|  | 4.5 | 220 | $ | 990.00 |
| Victoria I. Mink | 35.8 | 190 | $ | 6,802.00 |
| Jay T. Hollenkamp | 1.7 | 150 | $ | 255.00 |
| Teresa A. Young | 6.0 | 105 | $ | 630.00 |
| **TOTAL** | **130.5** | | | **$60,198.50** |

## Berman Adversary Litigation - 016

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | .5 | 375 | $ | 187.50 |
|  | 31.8 | 400 | $ | 12,720.00 |
| Jennifer Eden | 33.9 | 300 | $ | 10,170.00 |
| Justin M. Luna | 57.3 | 200 | $ | 11,460.00 |
| Jonathan A. Stimler | 1.5 | 190 | $ | 285.00 |
| Jay T. Hollenkamp | 3.2 | 150 | $ | 480.00 |
| **TOTAL** | **128.2** | | $ | **35,302.50** |

## Rachlin Adversary Litigation - 017

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 10.5 | 400 | $ | 4,200.00 |
| Jennifer Eden | 19.1 | 300 | $ | 5,730.00 |
| Jimmy D. Parrish | 1.0 | 240 | $ | 240.00 |
| Justin M. Luna | 35.8 | 200 | $ | 7,160.00 |
|  | 2.8 | 220 | $ | 616.00 |
| Nancy Carrier | 1.2 | 90 | $ | 108.00 |
| **TOTAL** | **66.4** | | $ | **17,330.00** |

## Buchanan, *et al.* Adversary Litigation - 018

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 23.2 | 400 | $ | 9,280.00 |
| Daniel H. Coultoff | 2.8 | 325 | $ | 910.00 |
| Jennifer Eden | 66.8 | 300 | $ | 20,040.00 |
| Justin M. Luna | 63.6 | 200 | $ | 12,720.00 |
|  | 11.1 | 220 | $ | 2,442.00 |
| Victoria I. Mink | 30.9 | 190 | $ | 5,871.00 |
| Jonathan A. Stimler | 1.0 | 190 | $ | 190.00 |
| Diane L. Crivello | .8 | 135 | $ | 108.00 |
| Teresa A. Young | 4.0 | 105 | $ | 420.00 |
| **TOTAL** | **200.2** | | $ | **51,561.00** |

## Moore Adversary Litigation - 019

| Timekeeper | Total Hours | Rate | | Total |
|---|---:|---:|---|---:|
| Elizabeth A. Green | 3.0 | 400 | $ | 1,200.00 |
| Jennifer Eden | 57.3 | 300 | $ | 17,190.00 |
| Justin M. Luna | 28.8 | 200 | $ | 5,760.00 |
|  | 7.8 | 220 | $ | 1,716.00 |
| Jonathan A. Stimler | 1.0 | 190 | $ | 190.00 |
| **TOTAL** | **97.9** | | $ | **26,056.00** |