PROFESSIONALS - 004

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

February 20, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  6450-004

Professional

Invoice #  43009

Federal ID #  59-3366512

**or Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 05/28/2008 | EEG | Review issues regarding retention of professionals - accountants. | 0.60 hr | $225.00 |
| 05/28/2008 | RSS | Review issues re: Special counsel and litigation. | 0.80 hr | $320.00 |
| 05/29/2008 | JTH | Edit Mtn to Retain Accountant. | 0.20 hr | $30.00 |
| 05/30/2008 | JEF | Review application to employ accountant. | 0.40 hr | $82.00 |

Total Professional Services:  *$657.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| RSS | $400.00 | 0.80 | $320.00 |
| EEG | $375.00 | 0.60 | $225.00 |
| JEF | $205.00 | 0.40 | $82.00 |
| JTH | $150.00 | 0.20 | $30.00 |

For Professional Services:  *2.00* Hours  *$657.00*

*$657.00*

Applied From Trust:  *$657.00*

Applied From Retainer:  *$0.00*

**Total this Invoice:**  *$0.00*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO. FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-004

Professional

Invoice #  43370

Federal ID #  59-3366512

**or Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/03/2008 | JTH | Edit / revise Motion to Retain and 2014 for accountant Steven Yoakum. | 0.20 hr | $30.00 |
| 06/03/2008 | JTH | Edit / revise motion to retain and 2014 for accountant. | 0.20 hr | $30.00 |
| 06/03/2008 | JTH | Discuss issues re: Motion to Retain with EAG. | 0.10 hr | $15.00 |
| 06/03/2008 | JTH | Discuss issues re: Retain of accountant motion and compensation info with EAG. | 0.10 hr | $15.00 |
| 06/04/2008 | dlc | Work on drafting LSEB employment application. | 0.40 hr | $54.00 |
| 06/04/2008 | JTH | Email Steve Yoakum re: Conflicts list. | 0.10 hr | $15.00 |
| 06/12/2008 | JTH | Correspond (email and call) Rusty. | 0.20 hr | $30.00 |
| 06/12/2008 | JTH | Draft/edit retention docs for Baldwin & Co. | 1.00 hr | $150.00 |
| 06/12/2008 | JTH | Call Russell Baldwin. | 0.10 hr | $15.00 |
| 06/12/2008 | EEG | Revise motion to employ accountant for filing. | 0.30 hr | $112.50 |
| 06/18/2008 | BJ | Review Local Rules for Eastern District of Tennessee; prepare CM/ECF registration; telephone call to Court re: CM/ECF; prepare motion, statement, and proposed order re: Pro Hac Vice. | 3.50 hr | $420.00 |
| 06/19/2008 | BJ | Revise/finalize motion, statement and proposed order and CM/ECF registration; prepare letter to court and service re: same. | 0.60 hr | $72.00 |
| 06/25/2008 | dlc | Work on drafting of application to employ LSEB; review representation. | 2.40 hr | $324.00 |
| 06/26/2008 | BJ | Prepare order authorizing employment of Steven Yoakam as forensic accountant and order authorizing employment of Russell Baldwin as accountant. | 1.00 hr | $120.00 |
| 06/27/2008 | EEG | Review and revise accountant order. | 0.20 hr | $75.00 |

Total Professional Services:  *$1,477.50*

July 31, 2008
Matter ID:  6450-004

Invoice #  43370

Federal ID #  59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 2.80 | $378.00 |
| EEG | $375.00 | 0.50 | $187.50 |
| BJ | $120.00 | 5.10 | $612.00 |
| JTH | $150.00 | 2.00 | $300.00 |

For Professional Services:         *10.40* Hours      *$1,477.50*

                                                                                *$1,477.50*

Applied From Trust:                                           *$1,034.25*

Applied From Retainer:                                          *$0.00*

**Total this Invoice:**                                 *$443.25*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

August 14, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-004

Professional

Invoice #  43677

Federal ID #  59-3366512

**or Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/29/2008 | JDP | Telephone conference with A. Estes regarding application to employ. | 0.30 hr | $72.00 |
| 07/30/2008 | JDP | Telephone conference with A. Estes regarding application to employ Balch Bingham. | 0.30 hr | $72.00 |
| 07/30/2008 | EEG | Telephone call with J. McElroy regarding status. | 0.30 hr | $112.50 |
| | | Total Professional Services: | | $256.50 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 0.60 | $144.00 |
| EEG | $375.00 | 0.30 | $112.50 |

| | | | |
|---|---|---|---|
| For Professional Services: | *0.90* Hours | | $256.50 |
| | | | *$256.50* |
| Applied From Trust: | | | *$179.55* |
| Applied From Retainer: | | | *$0.00* |
| **Total this Invoice:** | | | **$76.95** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 18, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-004

Professional

Invoice # 43976

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/01/2008 | dlc | Review and revise LSEB employment application and review with EA Green. | 1.60 hr | $216.00 |
| 08/01/2008 | dlc | Review and revise employment application and 2014, 2016 statements. | 1.00 hr | $135.00 |
| 08/04/2008 | dlc | Review status of application filing; review with RW Cuthill and work on service. | 0.60 hr | $81.00 |
| 08/05/2008 | dlc | Draft order employing LSEB as counsel. | 0.40 hr | $54.00 |
| 08/14/2008 | JDP | Telephone conference with A. Estes regaridng application to employ Balch and Bingham. | 0.20 hr | $48.00 |
| 08/22/2008 | EEG | Telephone call with Balch and Bingham and J. Parrish regarding professional retention. | 0.60 hr | $225.00 |
| 08/25/2008 | dlc | Draft Balch & Bingham employment application; research firm and reviw with JD Parrish; draft 2014. | 2.10 hr | $283.50 |
| 08/25/2008 | dlc | Review with JD Parrish status and additional questions re Balch & Bingham employment. | 0.20 hr | $27.00 |
| 08/26/2008 | JDP | Telephone conference with A. Estes regarding Balch application to employ. | 0.30 hr | $72.00 |
| 08/28/2008 | JDP | Telephone conference with A. Estes regarding Balch application. | 0.30 hr | $72.00 |
| 08/29/2008 | JDP | Telephone conference with A. Estes regarding Balch application. | 0.30 hr | $72.00 |

Total Professional Services: **$1,285.50**

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 5.90 | $796.50 |
| JDP | $240.00 | 1.10 | $264.00 |
| EEG | $375.00 | 0.60 | $225.00 |

September 18, 2008

Matter ID: 6450-004

Invoice # 43976

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 7.60 Hours | $1,285.50 |
| | | $1,285.50 |
| Applied From Trust: | | $899.85 |
| Applied From Retainer: | | $0.00 |
| New Charges this Invoice: | | $385.65 |
| Previous Balance: | | $699.75 |
| Less Payment and Credits Received: | | $179.55 |
| Outstanding Balance: | | $520.20 |
| Plus New Charges this Invoice: | | $385.65 |
| **Total Due:** | | **$905.85** |

Billed Through: August 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

November 25, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# I N V O I C E

atter ID: 6450-004

Professional

Invoice # 44776
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 09/02/2008 | EEG | Telephone call with E. Escamilla regarding retainer. | 0.20 hr | $75.00 |
| 09/03/2008 | EEG | Prepare for hearing on Motion to Employ. | 0.30 hr | $112.50 |
| 09/04/2008 | BJ | Prepare draft order re: LSEB employment. | 0.30 hr | $36.00 |
| 09/05/2008 | BJ | Review and revise LSEB employment. | 0.20 hr | $24.00 |
| 10/22/2008 | dlc | Receipt and initial review of Baldwin and Youkum invoices for fee application preparation. | 0.90 hr | $121.50 |

Total Professional Services: *$369.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.90 | $121.50 |
| EEG | $375.00 | 0.50 | $187.50 |
| BJ | $120.00 | 0.50 | $60.00 |

| | | |
|---|---|---|
| For Professional Services: | *1.90* Hours | *$369.00* |
| New Charges this Invoice: | | *$369.00* |
| Previous Balance: | | *$1,805.70* |
| Less Payment and Credits Received: | | *$899.85* |
| Outstanding Balance: | | *$905.85* |
| Plus New Charges this Invoice: | | *$369.00* |
| **Total Due:** | | **$1,274.85** |

Billed Through: October 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

atter ID: 6450-004

Professional

Invoice # 45315

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/2008 | dlc | Telephone conference with RW Cuthill re status of various employment applications and fee applications for accountants. | 0.20 hr | $27.00 |
| 11/12/2008 | dlc | Review with EA Green preparation of Barrett employment application and additional special counsel applications. | 0.50 hr | $67.50 |
| 11/12/2008 | dlc | Review and revise Barrett employment application and 2014 statement; correspondence to Barrett re review and comment. | 1.90 hr | $256.50 |
| 11/12/2008 | dlc | Correspondence from L Barrett re comments on employment application and review of creditor list. | 0.40 hr | $54.00 |
| 11/17/2008 | dlc | Correspondence from/to L Barrett re employment application and creditor review; telephone conference with EA Green re same. | 0.30 hr | $40.50 |
| 11/19/2008 | dlc | Draft proposed order re Barrett employment. | 0.30 hr | $40.50 |
| 11/19/2008 | dlc | Review with EA Green application to employ L Barrett; file same. | 0.80 hr | $108.00 |
| 11/19/2008 | dlc | Telephone conference with case manager re expedited employment motion and file proposed order. | 0.30 hr | $40.50 |
| 11/19/2008 | dlc | Draft Baldwin & Co fee application. | 0.80 hr | $108.00 |
| 11/19/2008 | dlc | Research status of Baldwin employment order; revise same. | 0.40 hr | $54.00 |
| 11/20/2008 | dlc | Correspondence from/to RW Cuthill re status of preparation of fee applications and employment applications for various professionals. | 0.20 hr | $27.00 |
| 11/20/2008 | dlc | Telephone message to court re status of Barrett employment order. | 0.20 hr | $27.00 |
| 11/21/2008 | dlc | Receipt and review of employment order and correspondence to L Barrett re same. | 0.40 hr | $54.00 |
| 11/24/2008 | dlc | Draft fee application for S Yoakum, forensic accountant; correspondence to S Yoakum and RW Cuthill re review and comments. | 1.50 hr | $202.50 |
| 11/25/2008 | dlc | Receipt and review of Yoakum fee app corrections; revise and transmit to S Yoakum for execution. | 0.60 hr | $81.00 |
| 11/25/2008 | dlc | Review Yoakum fee app status with EA Green. | 0.20 hr | $27.00 |
| 11/25/2008 | EEG | Review applications related to retention of Accountants and fee applications. | 0.80 hr | $300.00 |
| 11/26/2008 | dlc | Receipt and review of Shutts & Bowen employment application; begin revisions to same and correspondence to E Adams and RW Cuthill re same. | 0.50 hr | $67.50 |
| 12/01/2008 | dlc | Finalize preparation of Yoakum fee application for filing and review with EA Green. | 0.40 hr | $54.00 |

January 13, 2009

Matter ID: 6450-004

Invoice # 45315

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 12/01/2008 | dlc | Redraft Shutts and Bowen employment application and 2014 and correspondence to E Adams and RW Cuthill re review. | 0.90 hr | $121.50 |
| 12/03/2008 | dlc | Review and revise Baldwin fee application and correspondence to Mr. Baldwin re review of same; review status of same with RW Cuthill. | 0.80 hr | $108.00 |
| 12/04/2008 | dlc | Finalize Baldwin fee application. | 0.40 hr | $54.00 |
| 12/05/2008 | dlc | Receipt and review of E Adams comments re employment application revisions; revise same. | 0.70 hr | $94.50 |
| 12/29/2008 | dlc | Work on revisions to Shutts & Bowen application; review fee waiver issue with EA Green and correspondence to E Adams re same. | 0.50 hr | $67.50 |

Total Professional Services: $2,082.00

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 13.20 | $1,782.00 |
| EEG | $375.00 | 0.80 | $300.00 |

| | | |
|---|---|---|
| For Professional Services: | *14.00* Hours | $2,082.00 |
| New Charges this Invoice: | | $2,082.00 |
| Previous Balance | | $1,274.85 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance | | $1,274.85 |
| Plus New Charges this Invoice: | | $2,082.00 |
| **Total Due:** | | **$3,356.85** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

February 20, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# I N V O I C E

latter ID: 6450-004

Professional

Invoice # 45824

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/2009 | dlc | Revise Shutts & Bowen employment application; correspondence from/to E Adams re waived fees; final revisions to application and file and serve same. | 1.20 hr | $162.00 |
| 01/12/2009 | dlc | Receipt of correspondence from Marion (Baldwin & Co) re revisions to invoices. | 0.20 hr | $27.00 |
| 01/12/2009 | dlc | Receipt and review of revised Baldwin & Co invoices; update fee application. | 0.60 hr | $81.00 |
| 01/13/2009 | dlc | Correspondence to Baldwin & Co re fee application review and execution. | 0.20 hr | $27.00 |
| 01/13/2009 | dlc | Telephone conference with S Yoakum re status of fee application and going-forward payment. | 0.20 hr | $27.00 |
| 01/14/2009 | dlc | Receipt and review of executed Baldwin affidavit and prepare fee app for filing. | 0.30 hr | $40.50 |
| ./15/2009 | dlc | Correspondence and telephone conference with L. Barrett re status of fee application; prepare fee application and affidavit and correspondence transmitting to L Barrett for review. | 0.50 hr | $67.50 |
| 01/19/2009 | dlc | Review L Barrett fee application revisions and receipt of executed affidavit; prepare application for filing. | 0.60 hr | $81.00 |
| 01/21/2009 | JTH | Review email from Andrea Clark Smith re interim compensation. | 0.10 hr | $15.00 |
| 01/21/2009 | JTH | Email Andrea Clark Smith re interim compensation. | 0.10 hr | $15.00 |
| 01/21/2009 | dlc | Telephone conference with court administrator re noticing various fee applications for hearing; draft notice of hearing. | 0.40 hr | $54.00 |
| 01/30/2009 | JDP | Talk with L. Barrett regarding application to employ. | 0.30 hr | $72.00 |

Total Professional Services:   *$669.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 4.20 | $567.00 |
| JDP | $240.00 | 0.30 | $72.00 |
| JTH | $150.00 | 0.20 | $30.00 |

*Page 1*

February 20, 2009

Matter ID: 6450-004

Invoice # 45824

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 4.70 Hours | *$669.00* |
| New Charges this Invoice: | | *$669.00* |
| Previous Balance: | | *$3,356.85* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$3,356.85* |
| Plus New Charges this Invoice: | | *$669.00* |
| **Total Due:** | | *$4,025.85* |

Billed Through: January 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-004

Professional

Invoice # 46361

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/2009 | dlc | Draft order granting employment of Shutts & Bowen; transmit to court. | 0.70 hr | $94.50 |
| 02/06/2009 | dlc | Review docket for entry of order employment L Smith. | 0.20 hr | $27.00 |
| 02/09/2009 | dlc | Telephone conference with court deputy re status of employment orders. | 0.30 hr | $40.50 |
| 02/16/2009 | dlc | Correspondence from/to RW Cuthill re status of application re Baldwin December fees. | 0.20 hr | $27.00 |
| 02/17/2009 | EEG | Review fee applications. | 0.50 hr | $200.00 |
| 02/18/2009 | EEG | Prepare for hearings regarding fee applications. | 0.60 hr | $240.00 |
| 02/18/2009 | EEG | Attend compromise hearing on various fee applications. | 1.50 hr | $600.00 |
| 02/18/2009 | dlc | Review with EA Green results of hearing on fee applications for accountants and special counsel and discuss orders to be prepared. | 0.20 hr | $27.00 |
| 02/19/2009 | dlc | Review docket for hearing pro memo re fee application orders. | 0.20 hr | $27.00 |
| 02/19/2009 | dlc | Draft orders on fee applications of Baldwin, Barrett & Yoakum. | 1.60 hr | $216.00 |
| 02/19/2009 | dlc | Draft chart of professional fee payments and holdbacks. | 0.50 hr | $67.50 |
| 02/23/2009 | dlc | Correspondence to E Escamilla, UST, re review and comment on Baldwin, Yoakum and Barrett fee orders. | 0.60 hr | $81.00 |
| 02/23/2009 | dlc | Receipt and review of December and January invoices for Baldwin. | 0.20 hr | $27.00 |
| 02/24/2009 | dlc | Draft Robert Griscti, special forfeiture expert, application to be employed; draft 2014 statement. | 1.10 hr | $148.50 |
| 02/24/2009 | dlc | Draft order authorizing Griscti employment. | 0.40 hr | $54.00 |
| 02/24/2009 | dlc | Draft Griscti fee application and affidavit. | 0.80 hr | $108.00 |
| 02/27/2009 | dlc | Receipt and review of Griscti employment information. | 0.40 hr | $54.00 |
| 03/03/2009 | dlc | Work on Baldwin & Co December fee application. | 0.80 hr | $108.00 |
| 03/03/2009 | dlc | Receipt and review of requested language change in fee orders from E Escamilla, UST; review all fee orders to comply with UST request. | 0.90 hr | $121.50 |
| 03/03/2009 | dlc | Prepare Baldwin, Yoakum and Barrett fee orders for transmittal to court and transmit same. | 0.60 hr | $81.00 |
| 03/04/2009 | dlc | Receipt and review of responses from R Griscti and L Barrett re employment application review; revise application based on EA Green revisions; | 0.50 hr | $67.50 |

April 10, 2009

Matter ID: 6450-004

Invoice # 46361

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| | | correspondence to both transmitting revise application. | | |
| 03/04/2009 | dlc | Review hearing pro memo re Balch & Bingham employment application; review with EA Green. | 0.20 hr | $27.00 |
| 03/05/2009 | dlc | Draft order authorizing employment of Balch & Bingham; review docket and hearing pro memo re court action. | 0.60 hr | $81.00 |
| 03/08/2009 | dlc | Review fees and costs. | 0.60 hr | $81.00 |
| 03/09/2009 | dlc | Finalize Griscti employment application for EA Green review and filing. | 0.50 hr | $67.50 |
| 03/10/2009 | dlc | Review status of fee orders for professionals; correspondence from/to RW Cuthill re same; telephone conference with court re same. | 1.20 hr | $162.00 |
| 03/10/2009 | dlc | Review and revise Baldwin 2nd interim fee application and affidavit and correspondence to M Gartner re review of same. | 0.70 hr | $94.50 |
| 03/12/2009 | dlc | Review Griscti employment order and transmit to court. | 0.40 hr | $54.00 |
| 03/12/2009 | dlc | Review Baldwin October and November invoices and update 2nd interim fee application and affidavit to include; correspondence to M Gartner re review and execution of same. | 1.60 hr | $216.00 |
| 03/12/2009 | dlc | Correspondence from M. Gartner re status of fee app. | 0.20 hr | $27.00 |
| 03/13/2009 | JDP | Talk with Allen Estes regarding Balch & Bingham retention order. | 0.20 hr | $48.00 |
| 03/17/2009 | dlc | Correspondence from/to RW Cuthill re Baldwin fee orders; telephone conference with case manager re status. | 0.30 hr | $40.50 |
| 03/18/2009 | dlc | Begin preparation of 1st interim fee application for LSEB. | 2.70 hr | $364.50 |
| 03/19/2009 | dlc | Continue work on LSEB fee application. | 0.70 hr | $94.50 |
| 03/20/2009 | JTH | Research whether private investigator is a "professional" under 327. | 0.20 hr | $30.00 |
| 03/24/2009 | dlc | Receipt and review of request and information from RW Cuthill re preparing employment application for P Crummey; correspondence to RW Cuthill re proposed duties. | 0.30 hr | $40.50 |
| 03/26/2009 | dlc | Correspondence from/to L Barrett re timing of next fee application; review with EA Green. | 0.30 hr | $40.50 |
| 03/26/2009 | dlc | Draft Peter Crummey employment application and 2014 statement; review with EA Green and correspondence to RW Cuthill re review of same. | 1.40 hr | $189.00 |
| 03/30/2009 | JTH | Email Bill Cutthill re retention of private ivestigator. | 0.10 hr | $15.00 |
| 03/30/2009 | dlc | Work on LSEB fee application. | 1.80 hr | $243.00 |
| 03/30/2009 | dlc | Correspondence to P Crummey re review and execution of employment application and verified statement. | 0.40 hr | $54.00 |
| 03/30/2009 | dlc | Continue work on LSEB fee application; calculation of fees. | 1.90 hr | $256.50 |
| 03/31/2009 | dlc | Update chart of fees paid; review timing of next fee applications for all professionals. | 0.50 hr | $67.50 |
| 03/31/2009 | dlc | Work on LSEB fee application. | 0.90 hr | $121.50 |
| 03/31/2009 | dlc | Review status of Griscti application and scheduled hearing. | 0.30 hr | $40.50 |
| 03/31/2009 | dlc | Receipt of correspondence from RW Cuthill re employment of S Dubois in Utah case; correspondence to RW Cuthill requesting engagement letter. | 0.40 hr | $54.00 |
| 03/31/2009 | dlc | Begin drafting Snell & Wilmer application for employment; review NACI docket in Utah bankruptcy court re case status. | 1.10 hr | $148.50 |
| 03/31/2009 | dlc | Work on draft of LSEB fee application. | 3.20 hr | $432.00 |

Total Professional Services:        *$5,507.00*

April 10, 2009

Matter ID: 6450-004

Invoice # 46361

Federal ID # 59-3366512

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 32.40 | $4,374.00 |
| JDP | $240.00 | 0.20 | $48.00 |
| EEG | $400.00 | 2.60 | $1,040.00 |
| JTH | $150.00 | 0.30 | $45.00 |

| | | |
|---|---|---|
| For Professional Services: | 35.50 Hours | $5,507.00 |
| New Charges this Invoice: | | $5,507.00 |
| Previous Balance: | | $4,025.85 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $4,025.85 |
| Plus New Charges this Invoice: | | $5,507.00 |
| **Total Due:** | | **$9,532.85** |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-004

Professional

Invoice # 46834

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 04/01/2009 | dlc | Continue drafting Snell & Wilmer employment application. | 0.50 hr | $67.50 |
| 04/01/2009 | dlc | Finalize Snell & Wilmer employment application and verified statement; correspondence to S DuBois re review and execution. | 1.10 hr | $148.50 |
| 04/01/2009 | dlc | Receipt and review of executed verified statement from Scott DuBois. | 0.30 hr | $40.50 |
| 04/06/2009 | JDP | Talk with A. Estes regarding Balch fee app. | 0.20 hr | $48.00 |
| 04/07/2009 | dlc | Correspondence to P Crummey re status of employment application review. | 0.20 hr | $27.00 |
| 04/07/2009 | dlc | Review status of Snell & Wilmer application with EA Green and receipt and review of original executed verified statement. | 0.30 hr | $40.50 |
| 04/10/2009 | dlc | Work on LSEB fee application | 0.50 hr | $67.50 |
| 04/13/2009 | dlc | Correspondence from/to P Crummey re review and execution of employment application and verified statement. | 0.40 hr | $54.00 |
| 04/13/2009 | dlc | Update LSEB fee calculations. | 0.90 hr | $121.50 |
| 04/14/2009 | dlc | Receipt and review of P Crummey executed verified statement; prepare application for final review by EA Green and filing. | 0.60 hr | $81.00 |
| 04/14/2009 | dlc | Work on LSEB fee application. | 1.70 hr | $229.50 |
| 04/14/2009 | dlc | Continue preparation and fee calculations for LSEB 1st interim application. | 2.20 hr | $297.00 |
| 04/15/2009 | dlc | Work on LSEB fee application. | 2.60 hr | $351.00 |
| 04/15/2009 | dlc | Continue drafting LSEB fee application. | 1.90 hr | $256.50 |
| 04/16/2009 | dlc | Work on drafting of LSEB fee application. | 2.20 hr | $297.00 |
| 04/20/2009 | JDP | Talk with A. Estes regarding Balch & Bingham fee application. | 0.20 hr | $48.00 |
| 04/20/2009 | dlc | Receipt and initial review of Layne Smith invoices and Lee Barrett 1st quarter 2009 invoices. | 0.40 hr | $54.00 |
| 04/20/2009 | dlc | Prepare S Yoakum 2nd interim fee application and affidavit. | 1.70 hr | $229.50 |
| 04/21/2009 | dlc | Receipt and review of Baldwin & Co invoices. | 0.60 hr | $81.00 |
| 04/21/2009 | dlc | Receipt and review of Balch & Bingham correspondence and invoices for preparation of fee application. | 1.30 hr | $175.50 |
| 04/22/2009 | dlc | Review questions re Balch & Bingham invoices. | 0.40 hr | $54.00 |
| 04/23/2009 | dlc | Review and revise Baldwin 2nd interim fee application and affidavit. | 1.10 hr | $148.50 |

May 21, 2009
Matter ID:  6450-004

Invoice #  46834

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 04/24/2009 | dlc | Work on review and revisions to LSEB fee application | 0.50 hr | $67.50 |
| 04/24/2009 | dlc | Correspondence to R Baldwin re review and execution of 2nd interim fee application and affidavit. | 0.20 hr | $27.00 |
| 04/24/2009 | dlc | Review and revise S Yoakum 2nd interim fee application and correspondence to S Yoakum re review and execution. | 0.50 hr | $67.50 |
| 04/24/2009 | dlc | Update fee chart. | 0.40 hr | $54.00 |
| 04/27/2009 | dlc | Receipt and review of comments from Marian re Baldwin 2nd interim fee application; review calculations and correspondence to Marian re same. | 0.60 hr | $81.00 |
| 04/27/2009 | dlc | Research scheduling of hearing re Crummey employment application; review with EA Green re contacting court to schedule. | 0.30 hr | $40.50 |
| 04/28/2009 | dlc | Receipt and review of revised January invoice for Baldwin fee application. | 0.20 hr | $27.00 |
| 04/28/2009 | dlc | Update Baldwin 2nd interim fee app based on revised invoice; and correspondence transmitting same to Baldwin. | 0.60 hr | $81.00 |

Total Professional Services:  *$3,363.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 24.20 | $3,267.00 |
| JDP | $240.00 | 0.40 | $96.00 |

For Professional Services:      *24.60* Hours      *$3,363.00*

**Total this Invoice:**      *$3,363.00*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

July 08, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-004

Professional

Invoice # 47377

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 05/12/2009 | dlc | Receipt and review of correspondence from R Griscti re employment application status; review hearing schedule. | 0.40 hr | $54.00 |
| 05/12/2009 | dlc | Receipt and review of correspondence re questions on Balch & Bingham invoices. | 0.20 hr | $27.00 |
| 05/15/2009 | dlc | Receipt and initial review of Barrett April invoices. | 0.40 hr | $54.00 |
| 05/18/2009 | dlc | Telephone conference with L. Barrett re status of 2nd fee application and timing of hearing. | 0.30 hr | $40.50 |
| 05/18/2009 | dlc | Draft L Barrett 2nd interim fee application; correspondence to L Barrett re questions on status of January/February invoices. | 0.90 hr | $121.50 |
| 05/18/2009 | dlc | Receipt and review of January and February L Barrett invoices. | 0.30 hr | $40.50 |
| 05/19/2009 | dlc | Review Barrett invoices and work on 2nd interim fee application. | 0.40 hr | $54.00 |
| 05/19/2009 | dlc | Final review and preparation of Baldwin and Yoakum second fee applications for filing. | 0.70 hr | $94.50 |
| 05/19/2009 | dlc | Finalize Barrett Chapman 1st interim fee application and affidavit; correspondence to L Barrett re review and execution of same. | 0.90 hr | $121.50 |
| 05/19/2009 | dlc | Update professionals' fee chart. | 0.30 hr | $40.50 |
| 05/20/2009 | dlc | Research status of hearing schedule for Crummey and Snell & Wilmer employment applications. | 0.20 hr | $27.00 |
| 05/21/2009 | dlc | Receipt and review of Barrett executed affidavit re fee application; prepare application for filing. | 0.20 hr | $27.00 |
| 05/28/2009 | JDP | Review Balch invoices for fee app | 0.40 hr | $96.00 |
| 05/29/2009 | dlc | Review Balch & Bingham invoices. | 0.40 hr | $54.00 |
| 06/03/2009 | dlc | Telephone conference with RW Cuthill re status of various employment and fee applications. | 0.20 hr | $27.00 |
| 06/11/2009 | dlc | Receipt and review of RW Cuthill request to employ KPMG; review engagement letter. | 0.30 hr | $42.00 |
| 06/15/2009 | dlc | Receipt and review of RW Cuthill correspondence re fee application status; review to/do items. | 0.30 hr | $42.00 |

Total Professional Services: **$963.00**

July 08, 2009
Matter ID: 6450-004

Invoice #  47377

Federal ID #  59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 5.80 | $783.00 |
| dlc | $140.00 | 0.60 | $84.00 |
| JDP | $240.00 | 0.40 | $96.00 |

For Professional Services:     *6.80* Hours     *$963.00*

**Total this Invoice:**     *$963.00*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# I N V O I C E

Matter ID: 6450-004
Professional

Invoice # 47872
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/08/2009 | dlc | Finalize, file and serve 2nd interim fee apps for Baldwin & Co, Richard L Barrett, and S Yoakum. | 1.30 hr | $182.00 |
| 07/12/2009 | dlc | Telephone conference with L Smith re status of fee application and adding additional invoices. | 0.30 hr | $42.00 |
| 07/14/2009 | dlc | Review RW Cuthill to/do items re fee applications and employment orders; schedule same. | 0.40 hr | $56.00 |
| 07/16/2009 | dlc | Correspondence from/to L Barrett, RW Cuthill re status of fee applications and scheduling of hearings on same; research docket for hearings. | 0.50 hr | $70.00 |
| 07/20/2009 | dlc | Draft R Griscti fee application and affidavit; correspondence to R Griscti re review and execution of same. | 0.90 hr | $126.00 |
| 07/22/2009 | dlc | Draft KPMG employment application and affidavit. | 1.40 hr | $196.00 |
| 07/22/2009 | dlc | Correspondence to M Donnelly, KPMG, re review of employment application. | 0.30 hr | $42.00 |
| 07/23/2009 | dlc | Correspondence from L Barrett re fee hearing; research applications to be heard. | 0.40 hr | $56.00 |
| 07/23/2009 | dlc | Review with EA Green status of pending fee applications. | 0.20 hr | $28.00 |
| 07/24/2009 | dlc | Receipt and review of correspondence by RW Cuthill to all professionals re final fee applications for confirmation. | 0.20 hr | $28.00 |
| 07/24/2009 | dlc | Draft fee application orders for Baldwin, Barrett and Yoakum. | 1.20 hr | $168.00 |
| 07/24/2009 | dlc | Draft Snell & Wilmer and Crummey employment order.s | 0.90 hr | $126.00 |
| 07/28/2009 | dlc | Receipt and review of Baldwin and Barrett invoices. | 0.30 hr | $42.00 |
| 07/30/2009 | dlc | Receipt and review of Baldwin July invoices. | 0.30 hr | $42.00 |

Total Professional Services: *$1,204.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 8.60 | $1,204.00 |

August 17, 2009

Matter ID: 6450-004

Invoice # 47872

Federal ID # 59-3366512

| | | |
|---|---|---:|
| For Professional Services: | 8.60 Hours | $1,204.00 |
| New Charges this Invoice: | | $1,204.00 |
| Previous Balance: | | $13,858.85 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $13,858.85 |
| Plus New Charges this Invoice: | | $1,204.00 |
| **Total Due:** | | **$15,062.85** |

Billed Through: July 31, 2009

**PLAN OF REORGANIZATION - 005**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 14, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-005

Plan of Reorganization

Invoice #  43678

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/29/2008 | dlc | Research and calendar exclusivity deadline; review with EA Green. | 0.40 hr | $54.00 |

Total Professional Services: | *$54.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.40 | $54.00 |

For Professional Services: | *0.40* Hours | $54.00

| | |
|---|---|
| | *$54.00* |
| Applied From Trust: | *$37.80* |
| Applied From Retainer: | *$0.00* |
| **Total this Invoice:** | *$16.20* |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-005

Plan of Reorganization

Invoice # 46312

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/2009 | dlc | Review hearing pro memo re exclusivity motion; review with EA Green and draft order extending exclusivity. | 0.40 hr | $54.00 |
| | | Total Professional Services: | | *$54.00* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.40 | $54.00 |

| | | |
|---|---|---|
| For Professional Services: | 0.40 Hours | *$54.00* |
| New Charges this Invoice: | | *$54.00* |
| Previous Balance: | | *$54.00* |
| Less Payment and Credits Received: | | *$37.80* |
| Outstanding Balance: | | *$16.20* |
| Plus New Charges this Invoice: | | *$54.00* |
| **Total Due:** | | **$70.20** |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 08, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-005

Plan of Reorganization

Invoice #  47378

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/19/2009 | JML | Begin compiling documents to draft plan of liquidation | 1.00 hr | $200.00 |
| 05/20/2009 | JML | Analyze and consider documents regarding supporting plan of liquidation | 3.00 hr | $600.00 |
| 05/21/2009 | JML | Continue drafting plan of liquidation. | 4.40 hr | $880.00 |
| 05/22/2009 | JML | Continue drafting Joint Plan of Liquidation | 1.20 hr | $240.00 |
| 05/27/2009 | JML | Continue to draft and revise Joint Plan of Reorganization and Joint Disclosure Statement. | 8.10 hr | $1,620.00 |
| 05/27/2009 | JDP | Review issues regarding Mirabilis plan | 0.30 hr | $72.00 |
| 05/28/2009 | JML | Finalized Joint Disclosure Statement and continued to edit and draft Joint Plan of Reorganization. | 8.10 hr | $1,620.00 |
| 05/29/2009 | EEG | Review Disclosure Statement. | 1.20 hr | $480.00 |
| 05/29/2009 | JML | Continue to finalize Disclosure Statement and Plan of Reorganization. | 7.00 hr | $1,400.00 |
| 05/29/2009 | dlc | Research litigation risk language for plan preparation. | 0.30 hr | $40.50 |
| 05/30/2009 | EEG | Review and revise Disclosure Statement. | 3.80 hr | $1,520.00 |
| 05/30/2009 | EEG | Review and revise Plan. | 1.90 hr | $760.00 |
| 05/30/2009 | JML | Review redline edits to plan of liquidation submitted by E. Green. | 0.40 hr | $80.00 |
| 05/31/2009 | JML | Continue to finalize Plan of Liquidation and prepare exhibits regarding same. | 2.10 hr | $420.00 |
| 06/01/2009 | JML | Continue to finalize and filed Joint Plan of Liquidation and Joint Disclosure Statement | 6.00 hr | $1,200.00 |
| 06/01/2009 | dlc | Review and revise joint plan and disclosure statement. | 0.50 hr | $67.50 |

Total Professional Services:    *$11,200.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 0.80 | $108.00 |
| JDP | $240.00 | 0.30 | $72.00 |
| EEG | $400.00 | 6.90 | $2,760.00 |
| JML | $200.00 | 41.30 | $8,260.00 |

July 08, 2009
Matter ID:  6450-005

Invoice #  47378

Federal ID #  59-3366512

| | | |
|---|---|---|
| For Professional Services: | *49.30* Hours | *$11,200.00* |
| **Total this Invoice:** | | ***$11,200.00*** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-005
Plan of Reorganization

Invoice # 47873
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/2009 | JML | Discuss edits to plan and disclosure statement with B.Cuthill. | 0.50 hr | $110.00 |
| 07/20/2009 | JML | Amend plan of liquidation and disclosure statement. | 0.50 hr | $110.00 |
| 07/23/2009 | EEG | Prepare for Disclosure Statement hearing and fee hearing. | 0.70 hr | $280.00 |
| 07/23/2009 | EEG | Attend Disclosure Statement hearing. | 0.80 hr | $320.00 |
| 07/28/2009 | EEG | Draft Amendment to Disclosure Statement. | 0.40 hr | $160.00 |
| 07/29/2009 | EEG | Meeting with B. Cuthill regarding confirmation. | 0.60 hr | $240.00 |
| 07/29/2009 | JML | Discuss amendments to disclosure statement. | 0.30 hr | $66.00 |
| 07/30/2009 | JML | Finalize addendum to second disclosure statement. | 0.90 hr | $198.00 |
| 07/30/2009 | EEG | Review and revise Disclosure Statement. | 0.50 hr | $200.00 |
| 07/30/2009 | EEG | Emails and changes to Disclosure Statement from US Trustee. | 0.20 hr | $80.00 |
| 07/31/2009 | EEG | Review and revise addendum to Disclosure Statement. | 0.50 hr | $200.00 |

Total Professional Services: *$1,964.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 3.70 | $1,480.00 |
| JML | $220.00 | 2.20 | $484.00 |

August 17, 2009

Matter ID: 6450-005

Invoice # 47873

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 5.90 Hours | $1,964.00 |
| New Charges this Invoice: | | $1,964.00 |
| Previous Balance: | | $11,270.20 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $11,270.20 |
| Plus New Charges this Invoice: | | $1,964.00 |
| **Total Due:** | | **$13,234.20** |

Billed Through: July 31, 2009

**CLAIMS - 006**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

February 20, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-006

Claims

Invoice #  43010

Federal ID #  59-3366512

**or Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/28/2008 | dlc | Review pending state court actions for necessary bankruptcy notice; review with EA Green. | 0.80 hr | $108.00 |
| 05/28/2008 | dlc | Draft SOB re Coastal Equity state court case; telephone conference with Virgina court re bankruptcy notice and draft correspondence transmitting same to VA court. | 1.10 hr | $148.50 |
| 05/28/2008 | dlc | Research status of WinPar bankruptcy case and work on preparation of bankruptcy notice; review with EA Green. | 0.60 hr | $81.00 |
| 05/28/2008 | dlc | Additional review of state court case status and need for bankruptcy notice. | 0.80 hr | $108.00 |
| 05/30/2008 | dlc | Draft suggestion of bankruptcy for filing in WinPar case; research Tennessee court and case status. | 0.80 hr | $108.00 |

Total Professional Services: *$553.50*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 4.10 | $553.50 |

For Professional Services:  *4.10* Hours  *$553.50*

*$553.50*

Applied From Trust:  *$553.50*

Applied From Retainer:  *$0.00*

**Total this Invoice:**  *$0.00*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  6450-006

Claims

Invoice #  43371

Federal ID #  59-3366512

**or Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 06/02/2008 | dlc | Review and file suggestion of bankruptcy in Coastal Equities. | 0.20 hr | $27.00 |
| 06/02/2008 | dlc | Finalize suggestion of bankruptcy for filing in WinPar bankruptcy in Tennessee; review with EA Green and draft correspondence to Court re filing. | 0.80 hr | $108.00 |
| 06/18/2008 | dlc | Review with JD Parrish questions on hearing notice filing re 105 motion and service of same. | 0.50 hr | $67.50 |
| | | Total Professional Services: | | $202.50 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 1.50 | $202.50 |

| | | |
|---|---|---|
| For Professional Services: | *1.50* Hours | *$202.50* |
| | | *$202.50* |
| Applied From Trust: | | *$141.75* |
| Applied From Retainer: | | *$0.00* |
| **Total this Invoice:** | | *$60.75* |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

August 14, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-006

Claims

Invoice #  43679

Federal ID #  59-3366512

**or Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/07/2008 | dlc | Research status of Berman state court case and prepare suggestion of bankruptcy. | 1.00 hr | $135.00 |

Total Professional Services: $135.00

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 1.00 | $135.00 |

For Professional Services: *1.00* Hours  $135.00

$135.00

Applied From Trust: *$94.50*

Applied From Retainer: *$0.00*

**Total this Invoice:** *$40.50*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

November 25, 2008
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-006

Claims

Invoice # 44777
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 09/22/2008 | EEG | Telephone call with T. Bachelor regarding claim. | 0.30 hr | $112.50 |
| 09/22/2008 | EEG | Additional telephone call with T. Bachelor regarding claim. | 0.20 hr | $75.00 |
| 09/25/2008 | EEG | Telephone call with B. Cuthill regarding claims of committee members and review committee memorandum. | 0.80 hr | $300.00 |
| 09/25/2008 | EEG | Telephone call with E. Escamilla regarding committee. | 0.60 hr | $225.00 |
| | | Total Professional Services: | | $712.50 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $375.00 | 1.90 | $712.50 |

| | | |
|---|---|---|
| For Professional Services: | 1.90 Hours | $712.50 |
| New Charges this Invoice: | | $712.50 |
| Previous Balance: | | $116.25 |
| Less Payment and Credits Received: | | $10.50 |
| Outstanding Balance: | | $105.75 |
| Plus New Charges this Invoice: | | $712.50 |
| **Total Due:** | | $818.25 |

Billed Through: October 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

atter ID: 6450-006

Claims

Invoice # 45304

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 11/24/2008 | JML | Finalize and submit Motion to Approve Compromise of Controversy for AEM, Mirabilis and Hoth Holding matters | 2.90 hr | $580.00 |
| 12/15/2008 | dlc | Review correspondence from RW Cuthill re preposed claims objections; review with EA Green re holding on filing same. | 0.50 hr | $67.50 |
| | | | Total Professional Services: | *$647.50* |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/20/2008 | Check # 31138  West Payment Center; Disbursement for Inv#817089772/ October Charges | $15.58 |
| | Total Disbursements Incurred: | *$15.58* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.50 | $67.50 |
| JML | $200.00 | 2.90 | $580.00 |

January 13, 2009

Matter ID: 6450-006

Invoice # 45304

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 3.40 Hours | $647.50 |
| For Disbursements Incurred: | | $15.58 |
| New Charges this Invoice: | | $663.08 |
| Previous Balance: | | $818.25 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $818.25 |
| Plus New Charges this Invoice: | | $663.08 |
| **Total Due:** | | **$1,481.33** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

atter ID: 6450-006

Claims

Invoice # 45825

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 01/27/2009 | JEF | Review and revise omnibus claim objection and charts regarding same; review claims for objections. | 4.50 hr | $922.50 |
| | | Total Professional Services: | | $922.50 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JEF | $205.00 | 4.50 | $922.50 |

| | | |
|---|---|---|
| For Professional Services: | 4.50 Hours | $922.50 |
| New Charges this Invoice: | | $922.50 |
| Previous Balance: | | $1,481.33 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $1,481.33 |
| Plus New Charges this Invoice: | | $922.50 |
| **Total Due:** | | **$2,403.83** |

Billed Through: January 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-006

Claims

Invoice # 46835

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 04/21/2009 | JML | Review and discuss plea agreement and implications regarding same, analyze and consider documents submitted from Amodeo's criminal counsel. | 2.00 hr | $400.00 |

Total Professional Services: *$400.00*

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/16/2009 | Check # 31870  West Payment Center; Disbursement for March 2009 Charges | $1.04 |

Total Disbursements Incurred: *$1.04*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $200.00 | 2.00 | $400.00 |

For Professional Services: 2.00 Hours *$400.00*

For Disbursements Incurred: *$1.04*

**Total this Invoice:** *$401.04*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 08, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-006

Claims

Invoice #  47379

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2009 | JML | Finalize NACI ownership interest issue and discuss same with Utah counsel. | 0.70 hr | $140.00 |
| 06/01/2009 | JML | Execute terms of Settlement Agreement regarding Roberts Trust | 0.50 hr | $100.00 |
| | | Total Professional Services: | | *$240.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $200.00 | 1.20 | $240.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | | *1.20* Hours | *$240.00* |
| **Total this Invoice:** | | | *$240.00* |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-006

Claims

Invoice # 47874

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/2009 | JDP | Talk with Gary Barnes regarding Reichel settlement. | 0.20 hr | $52.00 |
| 07/06/2009 | JDP | Talk with Gary Barnes regarding Reichel settlement. | 0.20 hr | $52.00 |
| 07/07/2009 | JML | Send corporate records to RKT counsel in satisfaction of claim. | 1.00 hr | $220.00 |
| 07/14/2009 | JDP | Talk with B. Cuthill regarding Reichel note | 0.20 hr | $52.00 |
| 07/14/2009 | JDP | Talk with Gary Barnes regarding Reichel | 0.20 hr | $52.00 |
| 07/15/2009 | JDP | Talk with Bill Cuthill regarding Reichel settlement | 0.30 hr | $78.00 |
| 07/16/2009 | JDP | Talk with Mr. Cuthill regading Reichel status | 0.20 hr | $52.00 |
| 07/30/2009 | JDP | Talk with J. Reichel regarding settlement status | 0.10 hr | $26.00 |
| 07/30/2009 | JDP | Talk with B. Cuthill regarding Reichel regarding settlement status | 0.20 hr | $52.00 |

Total Professional Services:  **$636.00**

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JDP | $260.00 | 1.60 | $416.00 |
| JML | $220.00 | 1.00 | $220.00 |

August 17, 2009

Matter ID: 6450-006

Invoice # 47874

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 2.60 Hours | $636.00 |
| New Charges this Invoice: | | $636.00 |
| Previous Balance: | | $3,044.87 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $3,044.87 |
| Plus New Charges this Invoice: | | $636.00 |
| **Total Due:** | | **$3,680.87** |

Billed Through: July 31, 2009