**SECURED CREDITORS - 007**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  6450-007

Secured Creditors

Invoice #  43372

Federal ID #  59-3366512

**or Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 06/03/2008 | EEG | Telephone call with D. Smith regarding forfeiture claims. | 0.60 hr | $225.00 |
| 06/03/2008 | EEG | Review forfeiture claims to file. | 0.60 hr | $225.00 |
| 06/03/2008 | EEG | Telephone call with D. Smith regarding forfeiture. | 0.20 hr | $75.00 |
| 06/24/2008 | EEG | Review secured claims. | 0.30 hr | $112.50 |

Total Professional Services:  *$637.50*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $375.00 | 1.70 | $637.50 |

For Professional Services:  *1.70* Hours  *$637.50*

*$637.50*

Applied From Trust:  *$446.25*

Applied From Retainer:  *$0.00*

**Total this Invoice:**  *$191.25*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-007

Secured Creditors

Invoice # 46313

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/26/2009 | EEG | Review settlement agreement for hearing and revise same. | 1.90 hr | $760.00 |
| 02/26/2009 | EEG | Telephone call with D. Simmons. | 0.60 hr | $240.00 |
| 02/26/2009 | EEG | Attend hearings on Motion to Dismiss. | 1.60 hr | $640.00 |
| 03/26/2009 | JML | Edit Settlement Agreement for Kelly matter in Business Court | 0.60 hr | $120.00 |
| 03/26/2009 | JML | Finalize letter to M.Snure regarding Bob Pollack | 0.30 hr | $60.00 |
| | | Total Professional Services: | | $1,820.00 |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| EEG | $400.00 | 4.10 | $1,640.00 |
| JML | $200.00 | 0.90 | $180.00 |

| | | |
|---|---|---|
| For Professional Services: | *5.00* Hours | *$1,820.00* |
| New Charges this Invoice: | | *$1,820.00* |
| Previous Balance: | | *$191.25* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$191.25* |
| Plus New Charges this Invoice: | | *$1,820.00* |
| **Total Due:** | | **$2,011.25** |

Billed Through: March 31, 2009

**ADVERSARY MATTERS - 008**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

July 31, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-008

Adversary Matters

Invoice # 43373

Federal ID # 59-3366512

**or Professional Services Rendered:**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2008 | JTH | Research 105 injunction / stay on proceedings where debtor is the plaintiff. | 1.00 hr | $150.00 |
| 06/02/2008 | JTH | Begin draft of Motion for 105 injunction. | 0.40 hr | $60.00 |
| 06/02/2008 | JTH | Finish draft of 105 injunction. | 1.30 hr | $195.00 |
| 06/05/2008 | EEG | Review 105 motion issues. | 0.60 hr | $225.00 |
| 06/09/2008 | EEG | Telephone call with B. Cuthill regarding Sycamore. | 0.30 hr | $112.50 |
| 06/11/2008 | JDP | Research issues regarding 105 stay. | 1.20 hr | $288.00 |
| 06/11/2008 | JDP | Review issues regarding Hoth fraudulent transfer claims. | 0.80 hr | $192.00 |
| 06/11/2008 | JDP | Review and revise 105 stay motion. | 1.10 hr | $264.00 |
| 06/12/2008 | dlc | Prepare exhibit for 105 motion; review with JD Parrish. | 0.60 hr | $81.00 |
| 06/12/2008 | EEG | Review and revise 105 Motion. | 0.30 hr | $112.50 |
| 06/13/2008 | MLD | Review issues regarding injunction under 105 and stay of litigation. | 1.10 hr | $302.50 |
| 06/13/2008 | JDP | Met with B. Cuthill, M. Moecker, A. Bates and M. Moker regarding litigation. | 2.50 hr | $600.00 |
| 06/13/2008 | JDP | Telephone conference with A. Estes regarding pending litigation. | 0.60 hr | $144.00 |
| 06/13/2008 | JDP | Telephone conference with A. Buck regarding pending litigation. | 0.50 hr | $120.00 |
| 06/13/2008 | JDP | Telephone conference with C. Dietz regarding 105 motion notice of hearing. | 0.20 hr | $48.00 |
| 06/17/2008 | JDP | Telephone conference with A. Estes and E. Langley regarding pending litigation. | 1.20 hr | $288.00 |
| 06/17/2008 | JDP | Telephone conference with A. Estes regarding pending litigation. | 0.30 hr | $72.00 |
| 06/17/2008 | JDP | Telephone conference with A. Bates regarding 105 stay. | 0.30 hr | $72.00 |
| 06/17/2008 | JDP | Review issues regarding 105 stay. | 0.60 hr | $144.00 |
| 06/17/2008 | JDP | Review and revise stay motion. | 0.70 hr | $168.00 |
| 06/17/2008 | JDP | Review issues regarding pending litigation. | 0.90 hr | $216.00 |
| 06/18/2008 | JDP | Review issues regarding 105 stay. | 0.60 hr | $144.00 |
| 06/18/2008 | JDP | Telephone conference with L. Reece regarding Nexia litigation. | 0.30 hr | $72.00 |
| 06/18/2008 | JDP | Telephone conference with B. Cuthill regarding Nexia litigation. | 0.60 hr | $144.00 |

July 31, 2008
Matter ID:  6450-008

Invoice #  43373

Federal ID #  59-3366512

**or Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/19/2008 | JDP | Prepare notice of filing regarding 105 motion. | 0.40 hr | $96.00 |
| 06/19/2008 | JDP | Telephone conference with B. Cuthill regarding MVI litigation targets. | 0.30 hr | $72.00 |
| 06/20/2008 | JDP | Telephone conference with A. Estes regarding pending litigation. | 0.80 hr | $192.00 |
| 06/20/2008 | JDP | Review issues regarding pending litigation. | 1.30 hr | $312.00 |
| 06/20/2008 | dlc | Prepare for hearing on 105 motion; review court calendar for additional items scheduled. | 0.40 hr | $54.00 |
| 06/20/2008 | JDP | Review issues regarding notice of 105 motion. | 0.50 hr | $120.00 |
| 06/23/2008 | JDP | Attend status conference / 105 motion. | 0.80 hr | $192.00 |
| 06/23/2008 | JDP | Review litigation list of critical stay cases. | 0.50 hr | $120.00 |
| 06/23/2008 | JDP | Telephone conference with L. Reece regarding Palaxar stay. | 0.20 hr | $48.00 |
| 06/23/2008 | JDP | Telephone conference with A. Estes regarding pending litigation. | 0.40 hr | $96.00 |
| 06/23/2008 | JDP | Review issues regarding pending litigation. | 0.40 hr | $96.00 |
| 06/24/2008 | JDP | Telephone conference with B. Cuthill regarding litigation targets. | 0.40 hr | $96.00 |
| 06/24/2008 | JDP | Telephone conference with A. Estes regarding litigation targets. | 0.30 hr | $72.00 |
| 06/24/2008 | JDP | Review issues regading litigation targets. | 0.30 hr | $72.00 |
| 06/26/2008 | JDP | Met with R. Campbell and A. Estes regarding litigation targets. | 4.50 hr | $1,080.00 |
| 06/26/2008 | JDP | Met with B. Cuthill regarding litigation targets. | 2.50 hr | $600.00 |
| 06/26/2008 | JDP | Telephone conference with R. Cuthill regarding litgation targets. | 0.30 hr | $72.00 |
| 06/26/2008 | JDP | Review issues regarding litigation targets. | 0.30 hr | $72.00 |
| 06/27/2008 | JDP | Met with B. Cuthill, R. Campbell and A. Estes regarding litigation targets. | 3.80 hr | $912.00 |
| 06/27/2008 | JDP | Met with Cuthill regarding litigation targets. | 0.50 hr | $120.00 |
| 06/27/2008 | JDP | Telephone conference with A. Estes regarding litigation targets. | 0.20 hr | $48.00 |
| 06/27/2008 | JEF | Attend hearing regarding Mirabilis v. Forge with E. Green. | 1.00 hr | $205.00 |
| 06/30/2008 | JDP | Telephone conference with K. Healy regarding 105 motion / RTK. | 0.30 hr | $72.00 |
| 06/30/2008 | JDP | Review issues regarding 105 motion / RTK. | 0.20 hr | $48.00 |
| 06/30/2008 | EEG | Review various emails from J. McElroy regarding Miraibilis litigation. | 0.20 hr | $75.00 |
| 06/30/2008 | EEG | Review litigation summary from Shutts & Bowen. | 0.50 hr | $187.50 |

Total Professional Services: *$9,344.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 1.00 | $135.00 |
| MLD | $275.00 | 1.10 | $302.50 |
| JDP | $240.00 | 31.60 | $7,584.00 |
| EEG | $375.00 | 1.90 | $712.50 |
| JEF | $205.00 | 1.00 | $205.00 |
| JTH | $150.00 | 2.70 | $405.00 |

For Professional Services:        *39.30 Hours*        *$9,344.00*

July 31, 2008
Matter ID:  6450-008

Invoice #  43373

Federal ID #  59-3366512

$9,344.00

Applied From Trust:          $6,540.80

Applied From Retainer:          $0.00

**Total this Invoice:**          **$2,803.20**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

August 14, 2008
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-008

Adversary Matters

Invoice # 43680

Federal ID # 59-3366512

**or Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2008 | JDP | Prepare stay order. | 0.60 hr | $144.00 |
| 07/01/2008 | JDP | Telephone conference with B. Cuthill regarding Collins deposiition. | 0.30 hr | $72.00 |
| 07/02/2008 | JDP | Review Collins deposition from CEP lawsuit. | 0.90 hr | $216.00 |
| 07/02/2008 | JDP | Review Morerye deposition from CEP lawsuit. | 0.80 hr | $192.00 |
| 07/02/2008 | JDP | Met wth R. Zoun regarding Collins deposition. | 1.30 hr | $312.00 |
| 07/02/2008 | JDP | Attend Collins deposition. | 4.00 hr | $960.00 |
| 07/02/2008 | JDP | Telephone conference with B. Cuthill regarding Collins deposition. | 0.40 hr | $96.00 |
| 07/03/2008 | JDP | Telephone conference with B. Cuthill regarding document turnover. | 0.60 hr | $144.00 |
| 07/03/2008 | JDP | Review issues regarding document turnover. | 0.50 hr | $120.00 |
| 07/03/2008 | JDP | Telephone conference with A. Estes regarding Nexia status. | 0.20 hr | $48.00 |
| 07/07/2008 | JDP | Review and revise stay order. | 0.70 hr | $168.00 |
| 07/07/2008 | JDP | Review issues regarding pending litigation. | 0.80 hr | $192.00 |
| 07/07/2008 | JDP | Telephone conference with A. Estes regarding Forge hearing. | 0.30 hr | $72.00 |
| 07/08/2008 | JDP | Met with B. Cuthill regarding pending litigation. | 2.60 hr | $624.00 |
| 07/08/2008 | JDP | Review issues regarding pending litigation. | 0.50 hr | $120.00 |
| 07/09/2008 | JDP | Telephone conference with K. Healy regarding RTK lawsuit. | 0.20 hr | $48.00 |
| 07/09/2008 | JDP | Telephone conference with A. Estes regarding Forge status. | 0.20 hr | $48.00 |
| 07/11/2008 | JDP | Telephone conference with K. Healy regarding Roberts status conference. | 0.20 hr | $48.00 |
| 07/11/2008 | JDP | Telephone conference with Nancy  at K. Healy's office regarding status conference. | 0.20 hr | $48.00 |
| 07/14/2008 | JDP | Telephone conference with B. Cuthill regarding litigation status. | 0.30 hr | $72.00 |
| 07/14/2008 | EEG | Attend RKT Robbie Roberts pre-trial. | 1.10 hr | $412.50 |
| 07/14/2008 | EEG | Telephone call with B. Valdez regarding Forge. | 0.50 hr | $187.50 |
| 07/14/2008 | EEG | Review RKT Roberts case issues regarding valuation. | 1.10 hr | $412.50 |
| 07/15/2008 | JDP | Telephone conference wit A. Estes regarding Palaxer litigation. | 0.20 hr | $48.00 |

August 14, 2008
Matter ID:  6450-008

Invoice # 43680

Federal ID # 59-3366512

r Professional Services Rendered:

| | | | | |
|---|---|---|---|---|
| 07/15/2008 | EEG | Telephone call with S. Hardy regarding Reichel matter. | 0.30 hr | $112.50 |
| 07/18/2008 | EEG | Review litigation chart. | 0.30 hr | $112.50 |
| 07/22/2008 | EEG | Telephone call with C. Pearlman regarding promissory note; research regarding same. | 0.40 hr | $150.00 |
| 07/22/2008 | EEG | Telephone call with B. Cuthill regarding C. Pearlman. | 0.40 hr | $150.00 |
| 07/23/2008 | EEG | Telephone call with S. Hardy regarding All Staff v Reichel. | 0.40 hr | $150.00 |
| 07/23/2008 | EEG | Revoew Reichel lawsuit and claims. | 2.10 hr | $787.50 |
| 07/24/2008 | EEG | Reveiw documents regarding E & O issues; documents related to claims. | 1.20 hr | $450.00 |
| 07/29/2008 | JDP | Review issues regarding Mirabilis litigation. | 0.40 hr | $96.00 |
| 07/29/2008 | JDP | Telephone conference with L. reece regarding Palaxar status. | 0.30 hr | $72.00 |
| 07/29/2008 | EEG | Telephone call with S. Hardy regarding Allstaff suits. | 0.50 hr | $187.50 |
| 07/31/2008 | JDP | Met with B. Cuthill and Moecker regarding litigation status. | 0.90 hr | $216.00 |
| 07/31/2008 | JDP | Telephone conference with L. Reece regarding Palaxar. | 0.20 hr | $48.00 |
| 07/31/2008 | EEG | Meeting with B. Cuthill and M. Moecker regardign litigation. | 2.30 hr | $862.50 |
| 07/31/2008 | EEG | Telephone call with N. Andrejko at US Attorney's office. | 0.20 hr | $75.00 |

Total Professional Services:    $8,274.00

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 17.60 | $4,224.00 |
| EEG | $375.00 | 10.80 | $4,050.00 |

For Professional Services:    28.40 Hours    $8,274.00

$8,274.00

Applied From Trust:    $5,791.80

Applied From Retainer:    $0.00

**Total this Invoice:**    **$2,482.20**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 18, 2008
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-008

Adversary Matters

Invoice # 43978

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/01/2008 | JDP | Telephone conference with L. Reece regarding Palaxar status. | 0.30 hr | $72.00 |
| 08/04/2008 | JDP | Telephone conference with B. Cuthill regarding forfeiture complaint. | 0.40 hr | $96.00 |
| 08/04/2008 | JDP | Telephone conference with A. Estes regarding litigation status. | 0.40 hr | $96.00 |
| 08/04/2008 | JDP | Telephone conference with R. John regarding Winpar compromise. | 1.50 hr | $360.00 |
| 08/04/2008 | JDP | Review issues regarding Winpar compromise. | 0.70 hr | $168.00 |
| 08/04/2008 | JDP | Review proposed Winpar compromise order. | 0.50 hr | $120.00 |
| 08/04/2008 | JDP | Telephone conference with B. Valdes regardign Winpar compromise order. | 0.50 hr | $120.00 |
| 08/05/2008 | JDP | Telephone conference with Lindsey Reece regarding Palaxar. | 0.30 hr | $72.00 |
| 08/05/2008 | JDP | Telephone conference with A. Cream regarding Winpar status. | 0.50 hr | $120.00 |
| 08/05/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 1.10 hr | $264.00 |
| 08/05/2008 | JDP | Telephone conference with B. Valdes regarding Winpar status. | 0.30 hr | $72.00 |
| 08/05/2008 | JDP | Review issues regarding objection to forfeiture. | 0.80 hr | $192.00 |
| 08/06/2008 | JDP | Prepare objection to trustee compromise. | 2.60 hr | $624.00 |
| 08/06/2008 | JDP | Telephone conference with R. John regarding objection to trustee compromise. | 1.60 hr | $384.00 |
| 08/06/2008 | JDP | Travel to Birmingham Alabama for Winpar/Mirabilis meeting/hearing. | 1.90 hr | $456.00 |
| 08/06/2008 | JDP | Telephone conference with A. Estes regarding pending litigation. | 0.50 hr | $120.00 |
| 08/07/2008 | JDP | Met with A. Estes and R. Campbell regarding pending litigation. | 4.60 hr | $1,104.00 |
| 08/07/2008 | JDP | Attend Winpar status conference. | 0.50 hr | $120.00 |
| 08/07/2008 | JDP | Prepare for Winpar status conference. | 1.50 hr | $360.00 |
| 08/07/2008 | JDP | Telephone conference with R. John regarding Winpar status conference. | 1.00 hr | $240.00 |
| 08/07/2008 | JDP | Travel from Birmingham regarding Winpar. | 1.90 hr | $456.00 |
| 08/08/2008 | JDP | Review issues regarding Aodeo indictment and bankruptcy effect. | 0.50 hr | $120.00 |
| 08/08/2008 | JDP | Review U.S. criminal forfeiture complaint. | 0.80 hr | $192.00 |
| 08/11/2008 | EEG | Telephone call with S. Hardy regarding Reichel. | 0.40 hr | $150.00 |
| 08/21/2008 | JDP | Telephone conference with G. Barnes regarding Reichel litigation. | 0.30 hr | $72.00 |

*Page 1*

September 18, 2008

Matter ID: 6450-008

Invoice # 43978

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/22/2008 | JDP | Telephone conference with R. Campbell and E. Langley regarding order to show cause. | 0.40 hr | $96.00 |
| 08/22/2008 | JDP | Telephone conference with E. Langley regardingn order to show casue. | 0.20 hr | $48.00 |

Total Professional Services: **$6,294.00**

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 25.60 | $6,144.00 |
| EEG | $375.00 | 0.40 | $150.00 |

For Professional Services:        *26.00* Hours        *$6,294.00*

*$6,294.00*

Applied From Trust: *$4,405.80*

Applied From Retainer: *$0.00*

New Charges this Invoice: *$1,888.20*

Previous Balance: *$11,077.20*

Less Payment and Credits Received: *$5,791.80*

Outstanding Balance: *$5,285.40*

Plus New Charges this Invoice: *$1,888.20*

**Total Due:** **$7,173.60**

Billed Through: August 31, 2008

*Page 2*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

atter ID: 6450-008

Adversary Matters

Invoice # 45305

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 11/07/2008 | EEG | Telephone call with J. Gregory regarding Reichel. | 0.40 hr | $150.00 |
| 11/07/2008 | JDP | Talk with G. Gregory regarding Reichel dismissal. | 0.30 hr | $72.00 |
| 11/07/2008 | JDP | Review issues regarding Reichel dismissal. | 0.30 hr | $72.00 |
| 11/10/2008 | JDP | Talk with Steve Hardy regarding All Staff lawsuit. | 0.40 hr | $96.00 |
| 11/10/2008 | JTH | Drop off Judge Kaplan documents at FedEx. | 0.20 hr | $30.00 |
| 11/11/2008 | JML | Draft and Revise Motion for Approval of Compromise of Controversy regarding forfeiture actions. | 2.00 hr | $400.00 |
| 1/11/2008 | JML | Continue to draft Motion for Approval of Compromise of Controversy regarding civil and criminal forfeiture actions. | 1.30 hr | $260.00 |
| 11/11/2008 | JDP | Talk with G. Gregory regarding Reichel litigation. | 0.20 hr | $48.00 |
| 11/12/2008 | JTH | Edit/revise motion to approve compromise with USA. | 0.40 hr | $60.00 |
| 11/12/2008 | JML | Continued drafting compromise of controversy, research history in District Court case in support of same. | 2.50 hr | $500.00 |
| 12/02/2008 | EEG | Review Riechel issues. | 0.40 hr | $150.00 |
| 12/04/2008 | EEG | Conference with J. Eden regarding malpractice issues and adversary lawsuits. | 0.80 hr | $300.00 |
| 12/04/2008 | JDP | Review Berman malpractice complaint. | 1.20 hr | $288.00 |
| 12/04/2008 | JDP | Review issues regarding Berman adversary. | 0.40 hr | $96.00 |
| 12/05/2008 | dlc | Research service questions re additional complaints; work on service of same. | 0.80 hr | $108.00 |
| 12/05/2008 | EEG | Review malpractice lawsuits. | 1.20 hr | $450.00 |
| 12/08/2008 | JTH | Edit/revise JML limited objection to compromise. | 0.20 hr | $30.00 |
| 12/11/2008 | JML | Review Trustee's objection to issues presented that need evidence of stock ownership and discuss same with E.Green. | 0.80 hr | $160.00 |
| 12/18/2008 | EEG | Review Reichel information. | 0.80 hr | $320.00 |
| 12/23/2008 | dlc | Receipt and review of deficiency notice re missing corporate ownership statements; research form. | 0.40 hr | $54.00 |
| 12/23/2008 | EEG | Review issues regarding Reichel adversary proceeding. | 0.40 hr | $160.00 |
| 12/23/2008 | EEG | Review issues regarding Forge adversary proceeding. | 0.90 hr | $360.00 |

January 13, 2009

Matter ID: 6450-008

Invoice # 45305

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 12/29/2008 | EEG | Meeting with D. Simmons regarding Forge adversary proceeding. | 1.00 hr | $400.00 |
| 12/31/2008 | EEG | Telephone call with B. Barnes. | 0.30 hr | $120.00 |
| 12/31/2008 | EEG | Review mediation issues regarding Reichel adversary proceeding. | 0.80 hr | $320.00 |

Total Professional Services: *$5,004.00*

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/23/2008 | Check # 31297  FEDEX; Disbursement for Inv# 901639237/ Date: 12-16-08 | $11.19 |
| 12/23/2008 | Check # 31297  FEDEX; Disbursement for Inv# 901639237/ Date: 12-16-08 | $11.19 |
| 12/23/2008 | Check # 31297  FEDEX; Disbursement for Inv# 901639237/ Date: 12-16-08 | $11.19 |

Total Disbursements Incurred: *$33.57*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 1.20 | $162.00 |
| JDP | $240.00 | 2.80 | $672.00 |
| EEG | $375.00 | 2.80 | $1,050.00 |
| EEG | $400.00 | 4.20 | $1,680.00 |
| JTH | $150.00 | 0.80 | $120.00 |
| JML | $200.00 | 6.60 | $1,320.00 |

| | | |
|---|---|---|
| For Professional Services: | *18.40* Hours | *$5,004.00* |
| For Disbursements Incurred: | | *$33.57* |
| New Charges this Invoice: | | *$5,037.57* |
| Previous Balance: | | *$11,579.40* |
| Less Payment and Credits Received: | | *$4,405.80* |
| Outstanding Balance: | | *$7,173.60* |
| Plus New Charges this Invoice: | | *$5,037.57* |
| **Total Due:** | | **$12,211.17** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-008
ADVERSARY MATTERS

Invoice # 45307
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 11/04/2008 | JDP | Telephone conference with B. Cuthill regarding Forge dismissal. | 0.20 hr | $48.00 |
| 11/04/2008 | JDP | Review issues regarding Forge dismissal. | 0.40 hr | $96.00 |
| | | | Total Professional Services: | *$144.00* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 0.60 | $144.00 |

| | | | |
|---|---|---|---|
| | For Professional Services: | *0.60* Hours | *$144.00* |
| | **Total Due:** | | **$144.00** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# I N V O I C E

atter ID: 6450-008
Adversary Matters

Invoice # 45826
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/02/2009 | JDP | Talk with Bart Valdes regarding Forge settlement options. | 0.50 hr | $120.00 |
| 01/02/2009 | JDP | Review issues regarding Reichel mediation/ settlement options. | 0.50 hr | $120.00 |
| 01/02/2009 | EEG | Review Reichel complaint and counter claim. | 0.90 hr | $360.00 |
| 01/02/2009 | EEG | Correspond with B. Valdes regarding settlement. | 0.20 hr | $80.00 |
| 01/05/2009 | JDP | Attend Reichel Mediaton. | 4.50 hr | $1,080.00 |
| 01/05/2009 | JDP | Review issues regarding the scope of Reichel' relief from the automatic stay. | 0.60 hr | $144.00 |
| 01/05/2009 | JDP | Talk with Cuthill regarding Reichel stay relief. | 0.20 hr | $48.00 |
| '06/2009 | JDP | Review issues regarding Reichel Case Management Report. | 0.40 hr | $96.00 |
| 01/06/2009 | JDP | Talk with Cuthill regarding Reichel settlement options. | 0.30 hr | $72.00 |
| 01/06/2009 | JEF | Phone call to opposing counsel regarding extension of time regarding Mirabilis v. Moore adversary proceeding. | 0.30 hr | $61.50 |
| 01/07/2009 | EEG | Review RKT issues and litigation. | 0.90 hr | $360.00 |
| 01/08/2009 | JDP | Talk with Allen Estes regarding Reichel matters. | 0.50 hr | $120.00 |
| 01/08/2009 | JDP | Review issues regarding Reichel settlement options. | 0.40 hr | $96.00 |
| 01/08/2009 | JDP | Talk with Jill Kelso regarding Reichel stay relief order. | 0.00 hr | $0.00 |
| 01/09/2009 | EEG | Review settlement proposal regarding Reichel. | 0.50 hr | $200.00 |
| 01/09/2009 | EEG | Telephone call regarding RKT litigation. | 0.40 hr | $160.00 |
| 01/09/2009 | EEG | Review witness list for RKT litigation. | 0.40 hr | $160.00 |
| 01/09/2009 | JEF | Draft witness disclosure regarding RKT litigation; discuss same and emails regarding same with E. Green. | 2.00 hr | $410.00 |
| 01/11/2009 | EEG | Review allegations and evidence in RKT litigation. | 0.80 hr | $320.00 |
| 01/12/2009 | JDP | Talk with Jill Kelso regarding Reichel stay relief order. | 0.40 hr | $96.00 |
| 01/12/2009 | JDP | Talk with Brad Saxton regarding response to Berman complaint. | 0.30 hr | $72.00 |
| 01/12/2009 | JDP | Talk with Rutha Hill regarding response to motions to withdraw the reference. | 0.30 hr | $72.00 |
| 01/12/2009 | JDP | Talk with Bart Valdes regarding Forge sttlement options. | 0.40 hr | $96.00 |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-008

Adversary Matters

Invoice #  45826

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/2009 | JDP | Talk with Bart Valdes regarding Forge settlement options. | 0.50 hr | $120.00 |
| 01/02/2009 | JDP | Review issues regarding Reichel mediation/ settlement options. | 0.50 hr | $120.00 |
| 01/02/2009 | EEG | Review Reichel complaint and counter claim. | 0.90 hr | $360.00 |
| 01/02/2009 | EEG | Correspond with B. Valdes regarding settlement. | 0.20 hr | $80.00 |
| 01/05/2009 | JDP | Attend Reichel Mediaton. | 4.50 hr | $1,080.00 |
| 01/05/2009 | JDP | Review issues regarding the scope of Reichel' relief from the automatic stay. | 0.60 hr | $144.00 |
| 01/05/2009 | JDP | Talk with Cuthill regarding Reichel stay relief. | 0.20 hr | $48.00 |
| 01/06/2009 | JDP | Review issues regarding Reichel Case Management Report. | 0.40 hr | $96.00 |
| 01/06/2009 | JDP | Talk with Cuthill regarding Reichel settlement options. | 0.30 hr | $72.00 |
| 01/06/2009 | JEF | Phone call to opposing counsel regarding extension of time regarding Mirabilis v. Moore adversary proceeding. | 0.30 hr | $61.50 |
| 01/07/2009 | EEG | Review RKT issues and litigation. | 0.90 hr | $360.00 |
| 01/08/2009 | JDP | Talk with Allen Estes regarding Reichel matters. | 0.50 hr | $120.00 |
| 01/08/2009 | JDP | Review issues regarding Reichel settlement options. | 0.40 hr | $96.00 |
| 01/08/2009 | JDP | Talk with Jill Kelso regarding Reichel stay relief order. | 0.00 hr | $0.00 |
| 01/09/2009 | EEG | Review settlement proposal regarding Reichel. | 0.50 hr | $200.00 |
| 01/09/2009 | EEG | Telephone call regarding RKT litigation. | 0.40 hr | $160.00 |
| 01/09/2009 | EEG | Review witness list for RKT litigation. | 0.40 hr | $160.00 |
| 01/09/2009 | JEF | Draft witness disclosure regarding RKT litigation; discuss same and emails regarding same with E. Green. | 2.00 hr | $410.00 |
| 01/11/2009 | EEG | Review allegations and evidence in RKT litigation. | 0.80 hr | $320.00 |
| 01/12/2009 | JDP | Talk with Jill Kelso regarding Reichel stay relief order. | 0.40 hr | $96.00 |
| 01/12/2009 | JDP | Talk with Brad Saxton regarding response to Berman complaint. | 0.30 hr | $72.00 |
| 01/12/2009 | JDP | Talk with Rutha Hill regarding response to motions to withdraw the reference. | 0.30 hr | $72.00 |
| 01/12/2009 | JDP | Talk with Bart Valdes regarding Forge sttlement options. | 0.40 hr | $96.00 |
| 01/12/2009 | JDP | Talk with Bill Cuthill regarding Forge settlement options. | 0.40 hr | $96.00 |

February 20, 2009
Matter ID:  6450-008

Invoice #  45826

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 01/12/2009 | JDP | Review and revise Berman complaint. | 0.50 hr | $120.00 |
| 01/12/2009 | JDP | Talk with Paul Singerman regarding Byer lawsuit. | 0.20 hr | $48.00 |
| 01/12/2009 | EEG | Review RKT Witness list. | 0.30 hr | $120.00 |
| 01/12/2009 | JEF | Review email from E. Green and revise Witness Disclosure. | 0.80 hr | $164.00 |
| 01/13/2009 | JDP | Prepare motion to clarrify Reichel stay relief order. | 1.00 hr | $240.00 |
| 01/13/2009 | JDP | Talk with Cuthill regarding reichel stay relief order. | 0.30 hr | $72.00 |
| 01/13/2009 | JEF | Review emails and issues regarding address of witness; finalize Witness Disclosure. | 0.60 hr | $123.00 |
| 01/14/2009 | JDP | Talk with B. Valdes regarding Forge settlement options. | 0.30 hr | $72.00 |
| 01/16/2009 | JDP | Talk with Cuthill regarding Forge settlement options. | 0.40 hr | $96.00 |
| 01/16/2009 | JDP | Talk with B. Valdes regarding Forge settlement options. | 0.30 hr | $72.00 |
| 01/16/2009 | JDP | Talk with Cuthill regarding Floyd Road settlement. | 0.20 hr | $48.00 |
| 01/16/2009 | JDP | Talk with B. Saxton regarding Motion to withdraw the reference. | 0.30 hr | $72.00 |
| 01/21/2009 | EEG | Telephone call with J. Parrish regarding strategy for Forge adversary proceeding. | 0.80 hr | $320.00 |
| 01/22/2009 | JDP | Talk with B. Valdes regarding Forge settlement options. | 0.20 hr | $48.00 |
| 01/26/2009 | JDP | Talk with B. Valdes regarding Forge settlement options. | 0.40 hr | $96.00 |
| 01/26/2009 | JDP | Review Forge US Government settlement. | 0.80 hr | $192.00 |
| 01/26/2009 | JDP | Talk with Cuthill regarding Forge settlement. | 0.30 hr | $72.00 |
| 01/26/2009 | JDP | Review and revise Berman complaint. | 0.70 hr | $168.00 |
| 01/26/2009 | JDP | Review and revise response to Berman motion to withdraw the reference. | 1.20 hr | $288.00 |
| 01/27/2009 | JDP | Meet with D. Simmons and B. Valdes regarding Forge settlement options. | 2.20 hr | $528.00 |
| 01/27/2009 | JDP | Meet with Cuthill regarding Forge settlement options. | 0.60 hr | $144.00 |
| 01/28/2009 | JDP | Talk with Cuthill regarding Forge settlement options. | 0.30 hr | $72.00 |
| 01/28/2009 | JDP | Talk with R. Jahn regarding Forge settlement options. | 0.40 hr | $96.00 |
| 01/28/2009 | EEG | Telephone call with J. Parrish regarding Forge issues regarding settlement. | 0.60 hr | $240.00 |
| 01/30/2009 | JDP | Talk with Cuthill regarding Forge settlement. | 0.30 hr | $72.00 |
| 01/30/2009 | JDP | Review issues regarding Forge settlement options. | 0.30 hr | $72.00 |

Total Professional Services:  *$8,094.50*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $0.00 | 0.00 | $0.00 |
| JDP | $240.00 | 20.90 | $5,016.00 |
| EEG | $400.00 | 5.80 | $2,320.00 |
| JEF | $205.00 | 3.70 | $758.50 |

For Professional Services:  *30.40* Hours  *$8,094.50*

Total this Invoice:  *$8,094.50*

*Page 2*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE:  (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-008

Adversary Matters

Invoice # 46314

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/2009 | JDP | Talk with R. Jahn regarding Forge settlement options. | 0.70 hr | $168.00 |
| 02/02/2009 | JDP | Talk with Cuthill regarding Forge settlement options. | 0.40 hr | $96.00 |
| 02/02/2009 | JDP | Talk with B. Valdes regarding Forge settlement options. | 0.30 hr | $72.00 |
| 02/03/2009 | EEG | Review settlement issues regarding Floyd Road. | 0.80 hr | $320.00 |
| 02/04/2009 | EEG | Meeting with B. Cuthill regarding status of adversary proceedings. | 0.80 hr | $320.00 |
| 02/04/2009 | JDP | Review issues regarding Forge withdrawal of objection to compromise. | 0.40 hr | $96.00 |
| 02/04/2009 | JDP | Talk with Bart Valdes regarding Forge withdrawal of compromise objection. | 0.40 hr | $96.00 |
| 02/09/2009 | JDP | Talk with Cuthill regarding Forge settlement options. | 0.40 hr | $96.00 |
| 02/11/2009 | JDP | Talk with David Simmons regarding Forge settlement options. | 0.40 hr | $96.00 |
| 02/11/2009 | JDP | Talk with Bart Valdes regarding Forge settlement options. | 0.30 hr | $72.00 |
| 02/11/2009 | JDP | Talk with Cuthill regarding Foorge settlement status. | 0.30 hr | $72.00 |
| 02/11/2009 | JDP | Review settlement options regarding Forge Capital. | 0.50 hr | $120.00 |
| 02/11/2009 | JDP | Meet with F. Amodeo regarding adversary matters. | 1.30 hr | $312.00 |
| 02/13/2009 | EEG | Review documents related to claims in RKT/Kelley matter. | 0.90 hr | $360.00 |
| 02/16/2009 | JDP | Meet with Cuthill regarding litigation status. | 1.10 hr | $264.00 |
| 02/16/2009 | JDP | Review Forge title reports. | 0.30 hr | $72.00 |
| 02/16/2009 | EEG | Meeting with B. Cuthill regarding general issues related to all adversary proceedings. | 2.00 hr | $800.00 |
| 02/17/2009 | EEG | Review Forge Agreement with U.S.A. | 0.60 hr | $240.00 |
| 02/17/2009 | JTH | Review issues re in pari delicto defense research and J. Luna memo. | 0.30 hr | $45.00 |
| 02/17/2009 | JDP | Talk with D. Burkholder regarding Forge causes of action. | 0.20 hr | $48.00 |
| 02/18/2009 | EEG | Meeting with B. Cuthill to analyze claims of Forge. | 1.20 hr | $480.00 |
| 02/20/2009 | JDP | Talk with B. Valdes regarding Forge settlement options. | 0.50 hr | $120.00 |
| 02/20/2009 | JDP | Talk with A. Estes regarding Forge claims. | 0.40 hr | $96.00 |
| 02/20/2009 | JDP | Talk with Cuthill regarding Forge claims. | 0.20 hr | $48.00 |

April 10, 2009

Matter ID: 6450-008

Invoice # 46314

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 02/20/2009 | EEG | Review Captrust Title Commitment regarding Forge Motion to Dismiss. | 0.50 hr | $200.00 |
| 02/20/2009 | EEG | Telephone call with T. Estes regarding Forge adversary. | 0.60 hr | $240.00 |
| 02/20/2009 | EEG | Meeting with M. Barnet and B. Cuthill. | 2.20 hr | $880.00 |
| 02/23/2009 | JDP | Talk with B. Valdes regarding Forge settlement options. | 0.40 hr | $96.00 |
| 02/23/2009 | EEG | Telephone call with T. Estes regarding Forge litigation. | 0.60 hr | $240.00 |
| 02/23/2009 | EEG | Review Forge causes of action. | 1.80 hr | $720.00 |
| 02/23/2009 | EEG | Telephone call with B. Cuthill regarding Forge claims and causes of action. | 0.50 hr | $200.00 |
| 02/23/2009 | EEG | Telephone call with R. Jahn regarding Forge causes of action. | 0.60 hr | $240.00 |
| 02/23/2009 | EEG | Review Hoth title and lien issues and operating agreement of 3800 Carolina Ave. as related to Forge matter. | 1.60 hr | $640.00 |
| 02/24/2009 | JDP | Talk with Cuthill regarding Forge settlement options. | 0.40 hr | $96.00 |
| 02/24/2009 | JDP | Review issues regarding Forge settlement options. | 0.60 hr | $144.00 |
| 02/24/2009 | EEG | Prepare for Forge hearing - testimony of B. Cuthill, review corporate minutes and documents for evidence at hearing. | 8.50 hr | $3,400.00 |
| 02/25/2009 | EEG | Review and revise memo of law in opposition to motion to dismiss by Forge. | 2.50 hr | $1,000.00 |
| 02/25/2009 | EEG | Meeting with B. Cuthill regarding Forge issues. | 1.00 hr | $400.00 |
| 02/25/2009 | EEG | Prepare for Forge hearing. | 1.80 hr | $720.00 |
| 02/25/2009 | EEG | Meeting with D. Simmons and B. Valdez regarding settlement. | 2.20 hr | $880.00 |
| 02/26/2009 | JDP | Talk with A. Estes regarding Forge claims. | 0.20 hr | $48.00 |
| 03/03/2009 | JDP | Review Craig Gabbert correspondence and proposed stipulation for Forge settlement. | 0.40 hr | $96.00 |
| 03/03/2009 | JDP | Talk with R. Jahn regaridng Forge settlement options. | 0.30 hr | $72.00 |
| 03/04/2009 | JDP | Talk with David Simmons regarding Forge settlement alternatives. | 0.60 hr | $144.00 |
| 03/04/2009 | JDP | Talk with Craig Gabbert regarding Forge stipulation of settlement and release of WinPar funds | 0.30 hr | $72.00 |
| 03/04/2009 | JDP | Talk with R. Jahn regarding Forge settlement alternatives | 0.50 hr | $120.00 |
| 03/04/2009 | JDP | Talk with Jill Kelso regaridng Reichel stay relief order revisions | 0.40 hr | $96.00 |
| 03/05/2009 | JDP | Talk with Bart Valdes regarding Forge settlement options | 0.50 hr | $120.00 |
| 03/05/2009 | JDP | Talk with R. Jahn regarding Forge settlement options | 0.50 hr | $120.00 |
| 03/05/2009 | JDP | Talk with Jill Kelso and Gary Barnes regarding Reichel stay relief order. | 0.50 hr | $120.00 |
| 03/05/2009 | JDP | Talk with Craig Gabbert regarding Forge stipulation. | 0.40 hr | $96.00 |
| 03/05/2009 | JDP | Prepare Reichel Stay Order relief supplement order. | 1.10 hr | $264.00 |
| 03/05/2009 | JDP | Review issues regardng Reichel State Court action. | 0.40 hr | $96.00 |
| 03/09/2009 | JDP | Talk with David Simmons regarding Forge settlement | 0.30 hr | $72.00 |
| 03/09/2009 | JDP | Talk with Gary Barnes regarding Reichel State Court action | 0.30 hr | $72.00 |
| 03/09/2009 | JDP | Research issues regarding grounds to grant continuance of pre-trial conference | 0.60 hr | $144.00 |
| 03/10/2009 | JML | Discuss factual support and review videos of board of director meetings with B.Cuthill | 2.00 hr | $400.00 |
| 03/10/2009 | JML | Continue to review produced documents responsive to current lawsuits against various professionals, discuss same with E.Green | 2.00 hr | $400.00 |
| 03/16/2009 | JDP | Talk with Bart Valdes regarding Forge setltement | 0.50 hr | $120.00 |

April 10, 2009

Matter ID: 6450-008

Invoice # 46314

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/16/2009 | JDP | Review and revise Forge settlement | 2.00 hr | $480.00 |
| 03/16/2009 | JDP | Talk with Bart Valdez and David Simmons regarding Forge settlement | 0.40 hr | $96.00 |
| 03/16/2009 | JDP | Talk with Cuthill regarding Forge settlement | 0.30 hr | $72.00 |
| 03/16/2009 | EEG | Telephone call with B. Cuthill regarding settlement with Forge. | 0.40 hr | $160.00 |
| 03/16/2009 | EEG | Conference with J. Parrish regarding Forge compromise. | 0.30 hr | $120.00 |
| 03/17/2009 | JDP | Talk with Rick Jahn regarding Forge/Winpar settlement options. | 0.50 hr | $120.00 |
| 03/17/2009 | JDP | Talk with Bart Valdes regarding Forge/Winpar settlement options. | 0.40 hr | $96.00 |
| 03/17/2009 | JDP | Review and revise Forge agreement | 0.50 hr | $120.00 |
| 03/18/2009 | JDP | Talk with David Simmons regarding Forge settlement options. | 0.50 hr | $120.00 |
| 03/24/2009 | EEG | Review issues regarding Robi Roberts/Kelly settlement. | 0.50 hr | $200.00 |
| 03/27/2009 | JDP | Meet with Mr. Cuthill regarding adversary claims. | 2.50 hr | $600.00 |
| 03/31/2009 | JML | Discuss issues regarding Settlement Agreement with Roberts Trust with opposing counsel | 0.30 hr | $60.00 |

Total Professional Services: *$19,521.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/19/2009 | Check # 31748  West Payment Center; Disbursement for #1002020617/ 02-2009 Charges | $392.30 |

Total Disbursements Incurred: *$392.30*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JDP | $240.00 | 24.40 | $5,856.00 |
| EEG | $400.00 | 31.90 | $12,760.00 |
| JTH | $150.00 | 0.30 | $45.00 |
| JML | $200.00 | 4.30 | $860.00 |

| | | |
|---|---|---|
| For Professional Services: | *60.90* Hours | *$19,521.00* |
| For Disbursements Incurred: | | *$392.30* |
| New Charges this Invoice: | | *$19,913.30* |
| Previous Balance: | | *$20,305.67* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$20,305.67* |
| Plus New Charges this Invoice: | | *$19,913.30* |
| **Total Due:** | | *$40,218.97* |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  6450-008

Adversary Matters

Invoice #  46836

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 04/05/2009 | JML | Draft letter to Dr. Pollack's civil counsel regarding discovery of facts and circumstances underlying case | 0.60 hr | $120.00 |
| 04/06/2009 | JML | Continue to analyze and consider case law regarding in pari delicto and sole shareholder actions | 1.10 hr | $220.00 |
| 04/06/2009 | JTH | Review issues re bifurcation of claims to be removed. | 0.20 hr | $30.00 |
| 04/06/2009 | JTH | Review email from Justin re bifurcation of claims and bankruptcy jurisdiction; respond to same. | 0.10 hr | $15.00 |
| 04/06/2009 | JDP | Talk with David Simmons regarding Forge settlement and winpar hearing. | 1.70 hr | $408.00 |
| 04/06/2009 | JDP | Talk with C, Gabbert regarding Forge settlement and winpar hearing. | 0.70 hr | $168.00 |
| 04/07/2009 | JML | Analyze and consider case law regarding bifurcating adversary claims that are core and non-core proceedings and those entitled to jury trial | 1.00 hr | $200.00 |
| 04/07/2009 | JML | Analyze and consider Federal and Florida law regarding in pari delicto and acts as sole shareholder regarding same | 1.10 hr | $220.00 |
| 04/07/2009 | JML | Discuss edits to Roberts Settlement Agreement with B.Cuthill and opposing counsel | 0.40 hr | $80.00 |
| 04/09/2009 | JML | Further discuss execution of Mirabilis Settlement Agreement and begin preparing it for final approval by bankruptcy court | 0.50 hr | $100.00 |
| 04/10/2009 | JDP | Talk with Cuthill regarding Forge settlement options. | 0.30 hr | $72.00 |
| 04/13/2009 | JML | Draft and revise Motion to Approve Compromise of Controversy regarding Robi Roberts Trust | 2.00 hr | $400.00 |
| 04/14/2009 | JDP | Talk with Cuthill regarding Amodeo account subpoena. | 0.30 hr | $72.00 |
| 04/14/2009 | JML | Finalize Motion to Approve Compromise of Controversy regarding Roberts Trust and discuss same with client and opposing counsel | 1.10 hr | $220.00 |
| 04/16/2009 | JML | Finalize and file Motion for Order Approving Compromise of Controversy | 0.50 hr | $100.00 |
| 04/20/2009 | JDP | Meet with Cuthill regarding Forge and other adversary matters. | 3.00 hr | $720.00 |
| 04/22/2009 | JML | Discuss plea agreement and indictment of Mirabilis with J.Eden | 0.50 hr | $100.00 |
| 04/22/2009 | JML | Analyze and consider further documents responsive to insurance litigation lawsuits. | 0.80 hr | $160.00 |
| 04/23/2009 | JDP | Review issues regarding Reichel hearing continuance | 0.30 hr | $72.00 |
| 04/23/2009 | JML | Analyze and consider plea agreement and discuss same with J.Eden. | 1.30 hr | $260.00 |

May 21, 2009
Matter ID:  6450-008

Invoice #  46836

Federal ID #  59-3366512

For Professional Services Rendered:

| | | | | |
|---|---|---|---|---|
| 04/24/2009 | JDP | Talk with Mr. Cuthill regarding Reichel status. | 0.20 hr | $48.00 |
| 04/24/2009 | JML | Discuss plea agreement and effect on adversaries, analyze same, with L.Barrett, B.Cuthill, E.Green and J.Eden. | 2.80 hr | $560.00 |
| 04/27/2009 | JDP | Prepare Fifth Third subpoena regarding Amodeo bank statements. | 0.50 hr | $120.00 |
| 04/27/2009 | JDP | Research issues regarding negotiability of cashier's check. | 1.60 hr | $384.00 |
| 04/30/2009 | JTH | Discuss issues with J. Luna re standing to file motion to dismiss. | 0.10 hr | $15.00 |
| 04/30/2009 | JTH | Research issues re standing to bring motion to dismiss. | 0.50 hr | $75.00 |

Total Professional Services: $4,939.00

For Disbursements Incurred:

| | | |
|---|---|---|
| 04/16/2009 | Check # 31870  West Payment Center; Disbursement for March 2009 Charges | $884.85 |

Total Disbursements Incurred: $884.85

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 8.60 | $2,064.00 |
| JTH | $150.00 | 0.90 | $135.00 |
| JML | $200.00 | 13.70 | $2,740.00 |

| | | |
|---|---|---|
| For Professional Services: | 23.20 Hours | $4,939.00 |
| For Disbursements Incurred: | | $884.85 |
| **Total this Invoice:** | | **$5,823.85** |

*Page 2*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 08, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-008

Adversary Matters

Invoice # 47381

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/04/2009 | JDP | Talk with Mr. Cuthill regarding Amodeo subpoena | 0.30 hr | $72.00 |
| 05/04/2009 | JDP | Talk with Debbie Walton at Fifth Third Bank regarding Amodeo subpoena | 0.40 hr | $96.00 |
| 05/04/2009 | JDP | Review issues regarding Fifth Third discovery | 0.40 hr | $96.00 |
| 05/04/2009 | JML | continue drafting letter regarding Rachlin and other adversary matters, analyze and consider insurance policy and other causes of action in furtherance of recovery of funds. | 1.50 hr | $300.00 |
| 05/06/2009 | JDP | Talk with Mr. Cuthill regarding cashier's check negotiability | 0.40 hr | $104.00 |
| 05/06/2009 | JDP | Review issues regarding Cashier's check negotiability | 1.20 hr | $312.00 |
| 05/06/2009 | JDP | Review 5th/3rd discovery documents | 0.50 hr | $130.00 |
| 05/06/2009 | JDP | Review Cuthill demand letter to 5th/3rd Bank | 0.20 hr | $52.00 |
| 05/06/2009 | JTH | Research issues re conversion action against bank. | 1.50 hr | $225.00 |
| 05/06/2009 | JTH | Discuss issues with J. Parrish re research on conversion action. | 0.10 hr | $15.00 |
| 05/07/2009 | JDP | Talk with Mr. Cuthill regarding 5th/3rd demand letter | 0.30 hr | $78.00 |
| 05/08/2009 | JDP | Review issues regarding Reichel settlement options | 0.40 hr | $96.00 |
| 05/08/2009 | JDP | Review correspondence from G. Barnes regarding Reichel settlement | 0.20 hr | $48.00 |
| 05/08/2009 | JML | Finalize Order regarding 9019 Motion and submit same to opposing counsel. | 0.90 hr | $180.00 |
| 05/11/2009 | JDP | Talk with B. Cuthill regarding Reichel settlement options | 0.40 hr | $96.00 |
| 05/12/2009 | JML | Discuss and review Amodeo plea agreement and sentencing hearing in face of issues regarding professional reliance. | 0.60 hr | $120.00 |
| 05/13/2009 | JML | Analyze and consider case law regarding standing to file motion to dismiss as party in interest | 1.10 hr | $220.00 |
| 05/13/2009 | JDP | Talk with  G. Barnes | 0.30 hr | $72.00 |
| 05/13/2009 | JDP | Talk with  B. Valdes regarding Forge settlements | 0.20 hr | $48.00 |
| 05/13/2009 | JDP | Review issues regarding Forge settlement | 0.30 hr | $72.00 |
| 05/14/2009 | JML | Continue drafting response to motion to dismiss main case. | 2.10 hr | $420.00 |
| 05/15/2009 | JML | Continue to analyze and consider standing argument for motion to dismiss. | 0.70 hr | $0.00 |
| 05/18/2009 | JDP | Talk with Bart Valdes regarding motion to dismiss | 0.20 hr | $48.00 |

July 08, 2009
Matter ID:  6450-008

Invoice #  47381

Federal ID #  59-3366512

## For Professional Services Rendered:

| Date | | Description | | |
|------|------|-------------|------|------|
| 05/18/2009 | JDP | Talk with B. Valdes and D. Simmons regarding Forge status | 0.50 hr | $120.00 |
| 05/18/2009 | JDP | Talk with Mr. Cuthill regarding Morera and Collins | 0.30 hr | $72.00 |
| 05/19/2009 | JDP | Talk with  David Simmons regarding Forge | 0.30 hr | $72.00 |
| 05/20/2009 | JDP | Talk with G. Barnes regarding Reichel settlement | 0.30 hr | $72.00 |
| 05/21/2009 | JDP | Talk with Mr. Cuthill regarding Reichel settlement options | 0.40 hr | $96.00 |
| 05/21/2009 | JDP | Talk with G. Barnes regarding Reichel settlement options | 0.30 hr | $72.00 |
| 05/21/2009 | JDP | Attend status conference regarding Reichel | 0.50 hr | $120.00 |
| 05/21/2009 | JDP | Prepare for Reichel status conference | 1.00 hr | $240.00 |
| 05/21/2009 | JDP | Review issues regarding Reichel settlement letter | 0.20 hr | $48.00 |
| 05/28/2009 | JDP | Talk with G. Barnes regarding Reichel settlement options | 0.30 hr | $72.00 |
| 06/01/2009 | EEG | Review order in Mirabilis v Kelley, RKT Constructors. | 0.30 hr | $120.00 |
| 06/18/2009 | JDP | Talk with Bart Valdes regarding motion to dismiss. | 0.20 hr | $52.00 |
| 06/18/2009 | JDP | Talk with Gary Barnes regarding Reichel settlement. | 0.20 hr | $52.00 |
| 06/23/2009 | JDP | Talk with Gary Barnes regarding Reichel settlement. | 0.30 hr | $78.00 |
| 06/24/2009 | JDP | Talk with Cuthill regarding Reichel settlement. | 0.20 hr | $52.00 |
| 06/25/2009 | JDP | Talk with Gary Barnes regarding Reichel settlement. | 0.40 hr | $104.00 |
| 06/25/2009 | JDP | Review and revise Reichel settlement. | 0.30 hr | $78.00 |
| 06/25/2009 | JML | Analyze and consider motion to dismiss entire case filed by Saxon Gilmore | 1.50 hr | $330.00 |
| 06/25/2009 | JML | further prepare for motion to dismiss chapter 11 case | 1.20 hr | $264.00 |
| 06/26/2009 | JML | Analyze and consider Memorandum of law regarding standing to assert motion to dismiss filed by Saxon Gilmore | 2.10 hr | $462.00 |
| 06/26/2009 | JDP | Talk with Gary Barnes regarding Reichel settlement revisions. | 0.40 hr | $104.00 |
| 06/26/2009 | JDP | Review and revise Reichel settlement. | 0.50 hr | $130.00 |
| 06/29/2009 | JML | Analyze and consider case law regarding evidence as party in interest and party admission | 2.00 hr | $440.00 |
| 06/29/2009 | JML | Analyze and consider case law regarding motion to dismiss standard and analyze opposing counsel's cases regarding same. | 2.00 hr | $440.00 |
| 06/29/2009 | JDP | Talk with Gary Barnes regarding settlement of Reichel litigation. | 0.50 hr | $130.00 |
| 06/30/2009 | JML | Attend Motion to Dismiss bankruptcy case and adversary proceeding, discuss issues regarding same with J.Eden and E.Green. | 4.00 hr | $880.00 |
| 06/30/2009 | JML | Further prepare for motion to dismiss. | 2.90 hr | $638.00 |
| 06/30/2009 | JML | Prepare court and opposing counsel records and case law for motion to dismiss hearing. | 1.00 hr | $220.00 |

Total Professional Services:          $8,458.00

## For Disbursements Incurred:

| | | |
|------|------|------|
| 05/27/2009 | Check # 32029  West Payment Center; Disbursement for Acct No 1002020617 / April 2009 Charges | $1.37 |
| 06/18/2009 | Check # 32150  West Payment Center; Disbursement for Acct No 1002020617 / May 2009 Charges | $26.24 |

Total Disbursements Incurred:          $27.61

July 08, 2009
Matter ID: 6450-008

Invoice # 47381

Federal ID # 59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JDP | $240.00 | 7.20 | $1,728.00 |
| JDP | $260.00 | 5.60 | $1,456.00 |
| EEG | $400.00 | 0.30 | $120.00 |
| JTH | $150.00 | 1.60 | $240.00 |
| JML | $0.00 | 0.70 | $0.00 |
| JML | $200.00 | 6.20 | $1,240.00 |
| JML | $220.00 | 16.70 | $3,674.00 |

|  |  |  |
|--|--|--|
| For Professional Services: | *38.30* Hours | *$8,458.00* |
| For Disbursements Incurred: | | *$27.61* |
| **Total this Invoice:** | | **$8,485.61** |

*Page 3*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-008

Adversary Matters

Invoice # 47875

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | | |
|---|---|---|---|---|---|
| 07/29/2009 | JML | Meeting with B.Cuthill and J.Eden to discuss all adversary matters. | 1.50 hr | $330.00 |
| | | | Total Professional Services: | | *$330.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $220.00 | 1.50 | $330.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | *1.50* Hours | | *$330.00* |
| New Charges this Invoice: | | | *$330.00* |
| Previous Balance: | | | *$54,528.43* |
| Less Payment and Credits Received: | | | *$0.00* |
| Outstanding Balance: | | | *$54,528.43* |
| Plus New Charges this Invoice: | | | *$330.00* |
| **Total Due:** | | | **$54,858.43** |

Billed Through: July 31, 2009