**ASSET SALES - 010**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

February 20, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-010

Asset Sales

Invoice #  43011

Federal ID #  59-3366512

**or Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/28/2008 | EEG | Review WinPar property issues. | 0.80 hr | $300.00 |
| 05/28/2008 | EEG | Telephone call with A. Bates regarding Palaxar. | 0.30 hr | $112.50 |
| | | Total Professional Services: | | *$412.50* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $375.00 | 1.10 | $412.50 |

| | | | |
|---|---|---|---|
| For Professional Services: | *1.10* Hours | | $412.50 |
| | | | $412.50 |
| Applied From Trust: | | | $412.50 |
| Applied From Retainer: | | | $0.00 |
| **Total this Invoice:** | | | *$0.00* |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-010

Asset Sales

Invoice #  43374

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 06/03/2008 | EEG | Telephone call with K. Windler regarding PEO businesses. | 0.40 hr | $150.00 |
| | | | Total Professional Services: | *$150.00* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $375.00 | 0.40 | $150.00 |

| | | |
|---|---|---|
| For Professional Services: | *0.40* Hours | $150.00 |
| | | *$150.00* |
| Applied From Trust: | | *$105.00* |
| Applied From Retainer: | | *$0.00* |
| **Total this Invoice:** | | *$45.00* |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE. (407) 481-5800
FACSIMILE:  (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-010

Asset Sales

Invoice # 45306

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/2008 | JDP | Talk with Bill Cuthill regarding asset sale options. | 0.20 hr | $48.00 |
| 11/14/2008 | JDP | Meet with Bill Cuthill regarding asset sale options. | 2.00 hr | $480.00 |
| 11/14/2008 | JDP | Review issues regarding warehouse sales. | 0.30 hr | $72.00 |
| 11/20/2008 | JDP | Talk with Bill Cuthill regarding asset sale motion. | 0.40 hr | $96.00 |
| 12/08/2008 | JDP | Telephone conference with B. Cuthill regarding asset sale. | 0.20 hr | $48.00 |
| 12/08/2008 | JDP | Review issues regarding asset sale. | 0.30 hr | $72.00 |
| | | Total Professional Services: | | *$816.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 3.40 | $816.00 |

| | | |
|---|---|---|
| For Professional Services: | 3.40 Hours | *$816.00* |
| New Charges this Invoice: | | *$816.00* |
| Previous Balance: | | *$45.00* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$45.00* |
| Plus New Charges this Invoice: | | *$816.00* |
| **Total Due:** | | *$861.00* |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-010

Asset Sales

Invoice # 46315

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 03/10/2009 | dlc | Review hearing pro memo re ruling on sale of equipment at 35th Street property and work on drafting order re same. | 1.40 hr | $189.00 |

Total Professional Services: *$189.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 1.40 | $189.00 |

| | | |
|---|---|---|
| For Professional Services: | *1.40* Hours | *$189.00* |
| New Charges this Invoice: | | *$189.00* |
| Previous Balance: | | *$861.00* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$861.00* |
| Plus New Charges this Invoice: | | *$189.00* |
| **Total Due:** | | *$1,050.00* |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-010

Asset Sales

Invoice # 47876

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 07/10/2009 | JDP | Talk with Cuthill regarding interest in purchase of PEO. | 0.20 hr | $52.00 |
| | | Total Professional Services: | | *$52.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $260.00 | 0.20 | $52.00 |

| | | |
|---|---|---|
| For Professional Services: | *0.20* Hours | $52.00 |
| New Charges this Invoice: | | *$52.00* |
| Previous Balance: | | *$1,050.00* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$1,050.00* |
| Plus New Charges this Invoice: | | *$52.00* |
| **Total Due:** | | ***$1,102.00*** |

Billed Through: July 31, 2009

**WIN PAR HOSPITALITY LITIGATION - 014**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 31, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  6450-014

WinPar Hospitality, LLC

Invoice #  43375

Federal ID #  59-3366512

**or Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 06/04/2008 | EEG | Telephone call with R. Jahn regarding hearing on WinPar. | 0.50 hr | $187.50 |
| 06/04/2008 | EEG | Telephone call with the Court in Chatanooga regarding hearing. | 0.40 hr | $150.00 |
| 06/04/2008 | EEG | Telephone call with U.S. Attorney and B. Valdes regarding WinPar stay. | 0.60 hr | $225.00 |
| 06/04/2008 | EEG | Attend WinPar telephonic hearing. | 0.30 hr | $112.50 |
| 06/04/2008 | EEG | Telephone call with R. Jahn. | 0.30 hr | $112.50 |
| 06/09/2008 | EEG | Telephone call with D. Simmons regarding Atlantic / WinPar. | 0.80 hr | $300.00 |
| 06/09/2008 | EEG | Telephone call with R. Jahn regarding deposition issues. | 0.40 hr | $150.00 |
| 06/17/2008 | MLD | Review issues regarding 2004 exam of Peter Collins. | 1.20 hr | $330.00 |
| 06/17/2008 | MLD | Review local rules regarding pro hac admission. | 1.70 hr | $467.50 |
| 06/17/2008 | MLD | Review issues regarding motion to appear pro hac. | 0.90 hr | $247.50 |
| 06/17/2008 | EEG | Telephone call with R. Jahn regarding depositions (Atlantic). | 0.30 hr | $112.50 |
| 06/18/2008 | MLD | Review and revise motin to appear pro hac. | 0.90 hr | $247.50 |
| 06/19/2008 | MLD | Review and revise motion and statement to appear pro hac. | 0.40 hr | $110.00 |
| 06/19/2008 | MLD | Review issues regarding deposition of P. Collins. | 0.30 hr | $82.50 |
| 06/29/2008 | EEG | Review Atlantic claim issues. | 1.50 hr | $562.50 |
| 06/29/2008 | EEG | Review other Atlantic/Forge litigation. | 0.80 hr | $300.00 |
| 06/29/2008 | EEG | Review all RKT litigation. | 1.20 hr | $450.00 |

Total Professional Services:  *$4,147.50*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| MLD | $275.00 | 5.40 | $1,485.00 |
| EEG | $375.00 | 7.10 | $2,662.50 |

For Professional Services:       *12.50* Hours        *$4,147.50*

July 31, 2008
Matter ID:  6450-014

Invoice #  43375

Federal ID #  59-3366512

|  |  |
|---|---:|
|  | $4,147.50 |
| Applied From Trust: | $2,903.25 |
| Applied From Retainer: | $0.00 |
| **Total this Invoice:** | **$1,244.25** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

August 14, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-014

WinPar Hospitality, LLC

Invoice #  43681

Federal ID #  59-3366512

**or Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/01/2008 | dlc | Review status of WinPar bankruptcy. | 0.20 hr | $27.00 |
| 07/01/2008 | JDP | Review issues regarding Win Par. | 0.50 hr | $120.00 |
| 07/09/2008 | JDP | Telephone conference with R. John regarding Winpar distributions. | 0.30 hr | $72.00 |
| 07/09/2008 | JDP | Review issues regarding Winpar settlement options. | 0.60 hr | $144.00 |
| 07/09/2008 | JDP | Telephone conference with B. Cuthill regarding Winpar settlement options. | 0.40 hr | $96.00 |
| 07/09/2008 | JDP | Telephone conference with B. Cuthill regarding FEI Note. | 0.30 hr | $72.00 |
| 07/10/2008 | JTH | Review email from Steve Yoakum re: retention. | 0.10 hr | $15.00 |
| 07/10/2008 | JTH | Email Steve Yaokum re: Retention. | 0.10 hr | $15.00 |
| 07/14/2008 | JDP | Telephone conference with B. Valdez regarding Winpar status. | 0.40 hr | $96.00 |
| 07/14/2008 | JDP | Review issues regarding Winpar status. | 0.40 hr | $96.00 |
| 07/15/2008 | JDP | Telephone conference with B. Valdez regarding Winpar settlement options. | 0.30 hr | $72.00 |
| 07/21/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.30 hr | $72.00 |
| 07/21/2008 | JDP | Telephone conference with B. Valdez regardingn Winpar status. | 0.30 hr | $72.00 |
| 07/22/2008 | JDP | Telephone conference wit B. Valdez regarding Winpar status. | 0.30 hr | $72.00 |
| 07/22/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.20 hr | $48.00 |
| 07/22/2008 | JDP | Review issues regarding Winpar status. | 0.40 hr | $96.00 |
| 07/23/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.60 hr | $144.00 |
| 07/24/2008 | JDP | Telephone conference with R. John regaridng Winpar status. | 0.50 hr | $120.00 |
| 07/24/2008 | EEG | Research regarding forfeiture and jurisdiction. | 0.80 hr | $300.00 |
| 07/31/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.70 hr | $168.00 |
| 07/31/2008 | JDP | Telephone conference with Nicole at US Attorney's office regarding Winpar. | 0.30 hr | $72.00 |
| 07/31/2008 | JDP | Telephone conference with B. Valdez regarding Winpar. | 0.40 hr | $96.00 |
| 07/31/2008 | EEG | Telephone call with R. Jahn regarding Winpar. | 0.40 hr | $150.00 |

Total Professional Services:  *$2,235.00*

August 14, 2008
Matter ID:  6450-014

Invoice #  43681

Federal ID #  59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 0.20 | $27.00 |
| JDP | $240.00 | 7.20 | $1,728.00 |
| EEG | $375.00 | 1.20 | $450.00 |
| JTH | $150.00 | 0.20 | $30.00 |

For Professional Services:        *8.80* Hours        *$2,235.00*

*$2,235.00*

Applied From Trust:        *$1,564.50*

Applied From Retainer:        *$0.00*

**Total this Invoice:**        *$670.50*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 18, 2008
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-014

WinPar Hospitality, LLC

Invoice #  43979

Federal ID #  59-3366512

**or Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/01/2008 | JDP | Telephone conference with B. Valdes regarding Winpar settlement options. | 0.70 hr | $168.00 |
| 08/01/2008 | JDP | Telephone conference with R. John regarding Winpar settlement options. | 0.80 hr | $192.00 |
| 08/01/2008 | EEG | Review Order from B. Valdez regarding WinPar. | 0.50 hr | $187.50 |
| 08/01/2008 | EEG | Telephone call with B. Valdez. | 0.80 hr | $300.00 |
| 08/01/2008 | EEG | Review order from B. Valdez regarding WinPar. | 0.50 hr | $187.50 |
| 08/01/2008 | EEG | Telephone call with B. Valdez. | 0.80 hr | $300.00 |
| 08/04/2008 | EEG | Review WinPar issues regarding compromise. | 0.30 hr | $112.50 |
| 08/04/2008 | EEG | Telephone call with R. Jahn. | 0.50 hr | $187.50 |
| 08/06/2008 | EEG | Review response to objections in WinPar. | 0.80 hr | $300.00 |
| 08/07/2008 | EEG | Attend WinPar telephone conference. | 0.90 hr | $337.50 |
| 08/07/2008 | EEG | Review WinPar issues related to forfeiture. | 1.20 hr | $450.00 |
| 08/08/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.50 hr | $120.00 |
| 08/08/2008 | JDP | Review issues regarding Winpar property lights. | 0.70 hr | $168.00 |
| 08/11/2008 | EEG | Review issues regarding WinPar and forfeiture. | 1.50 hr | $562.50 |
| 08/11/2008 | EEG | Review fraudulent transfer issue regarding WinPar/Atlantic. | 1.20 hr | $450.00 |
| 08/18/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.20 hr | $48.00 |

Total Professional Services:   *$4,071.00*

**or Disbursements Incurred:**

| | | |
|---|---|---|
| 08/07/2008 | Check # 30458  FEDEX; Disbursement for Inv#283499631/ Date: 07-29-08 | $10.87 |
| 08/14/2008 | Check # 30494  FEDEX; Disbursement for Inv#284655815/ Date: 08-05-08 | $10.87 |
| 08/14/2008 | Check # 30499  Jimmy Parrish; Disbursement for Expense Reimbursement July-Aug | $668.75 |
| 08/31/2008 | Postage Expense | $9.24 |
| 08/31/2008 | Photocopying Expense | $26.40 |

September 18, 2008
Matter ID:   6450-014

Invoice #  43979

Federal ID #  59-3366512

r Disbursements Incurred:

Total Disbursements Incurred:          $726.13

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 2.90 | $696.00 |
| EEG | $375.00 | 9.00 | $3,375.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | 11.90 Hours | $4,071.00 |
| For Disbursements Incurred: | | $726.13 |
| | | $4,797.13 |
| Applied From Trust: | | $3,357.99 |
| Applied From Retainer: | | $0.00 |
| **Total this Invoice:** | | **$1,439.14** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

November 25, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-014

WinPar Hospitality, LLC

Invoice #  44778

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/2008 | JDP | Telephone conference with R. Jauhn regarding Winpar status. | 0.40 hr | $96.00 |
| 10/02/2008 | JDP | Telephone conference with R. John regarding preliminary forfeiture order. | 1.40 hr | $336.00 |
| 10/03/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.60 hr | $144.00 |
| 10/03/2008 | EEG | Teleconference conference with Rick Jahn regarding agreements, hearings and various issues. | 0.50 hr | $187.50 |
| 10/03/2008 | EEG | Review correspondence from Rick Jahn regarding status of win par cases. | 0.40 hr | $150.00 |
| 10/03/2008 | EEG | Review Motion of Stay filed by Rick Jahn | 0.90 hr | $337.50 |
| 10/06/2008 | JDP | Telephone conference with R. John regarding Winpar order. | 0.40 hr | $96.00 |
| 10/06/2008 | JDP | Review issues regarding Winpar order. | 0.40 hr | $96.00 |
| 10/07/2008 | EEG | Telephone call with R. Jahn regarding issues with WinPar bankruptcy hearing. | 0.60 hr | $225.00 |
| 10/07/2008 | EEG | Review emails related to WinPar. | 0.40 hr | $150.00 |
| 10/07/2008 | EEG | Review WinPar Order. | 0.40 hr | $150.00 |
| 10/07/2008 | JDP | Telephone conference with R. John regarding Winpar settlement options. | 0.30 hr | $72.00 |
| 10/07/2008 | JDP | Telephone conference with A. Crean regarding Winpar settlement options. | 0.20 hr | $48.00 |
| 10/07/2008 | JDP | Review issues regarding Winpar Settlement options. | 1.10 hr | $264.00 |
| 10/08/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.30 hr | $72.00 |
| 10/10/2008 | JDP | Telephone conference with R. John regarding Winpar settlement options. | 0.40 hr | $96.00 |
| 10/21/2008 | JDP | Telephone conference with R. John regarding Winpar status. | 0.30 hr | $72.00 |
| 10/22/2008 | JDP | Telephone call with R. John re: Winpar checks. | 0.30 hr | $72.00 |
| 10/22/2008 | JDP | Telephone call with B. Cuthill re: Winpar checks. | 0.30 hr | $72.00 |
| 10/22/2008 | JDP | Review issues re: Winpar checks. | 0.30 hr | $72.00 |
| 10/31/2008 | EEG | Telephone call with R. Jahn regarding issues with WinPar. | 0.40 hr | $150.00 |

Total Professional Services:    *$2,958.00*

November 25, 2008
Matter ID:  6450-014

Invoice #  44778

Federal ID #  59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JDP | $240.00 | 6.70 | $1,608.00 |
| EEG | $375.00 | 3.60 | $1,350.00 |

For Professional Services:            *10.30* Hours        *$2,958.00*

Total this Invoice:                                  *$2,958.00*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-014
WinPar Hospitality, LLC

Invoice # 45308
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 11/03/2008 | EEG | Emails with R. Jahn regarding WinPar. | 0.30 hr | $112.50 |
| 11/03/2008 | JDP | Telephone conference with R. John regarding Winpa status. | 0.30 hr | $72.00 |
| 11/03/2008 | JDP | Review issues regarding Winpar status. | 0.30 hr | $72.00 |
| 11/07/2008 | EEG | Emails with R. Jahn regarding WinPar. | 0.40 hr | $150.00 |
| 11/12/2008 | JDP | Talk with Bill Cuthill regarding Winpar status. | 0.40 hr | $96.00 |
| 11/12/2008 | JDP | Review issues regarding Winpar status. | 0.40 hr | $96.00 |
| 11/12/2008 | JDP | Talk with Rick Jahn regarding Winpar status. | 0.30 hr | $72.00 |
| 1/12/2008 | EEG | Telephone call with R. Gold and A. Cream regarding WinPar. | 0.50 hr | $187.50 |
| 11/13/2008 | EEG | Telephone call with B. Cuthill regarding WinPar. | 0.30 hr | $112.50 |
| 11/13/2008 | EEG | Telephone call with A. Cream regarding WinPar. | 0.40 hr | $150.00 |
| 11/13/2008 | EEG | Review settlement agreement. | 0.50 hr | $187.50 |
| 11/17/2008 | EEG | Telephone call with R. Jahn regarding WinPar. | 0.30 hr | $112.50 |
| 11/17/2008 | EEG | Review issues and research regarding fraudulent transfer litigation and forfeiture related to WinPar. | 0.80 hr | $300.00 |
| 11/17/2008 | JDP | Talk with R. Jahn regarding Winpar status. | 0.20 hr | $48.00 |
| 11/20/2008 | EEG | Emails with R. Jahn regarding Winpar issues. | 0.20 hr | $75.00 |
| 11/20/2008 | JDP | Talk with R. Jahn regarding Winpar status. | 0.00 hr | $0.00 |
| 11/24/2008 | EEG | Correspond with R. Jahn regarding status of compromise. | 0.20 hr | $75.00 |
| 11/25/2008 | EEG | Review Compromise for filing. | 0.80 hr | $300.00 |
| 11/25/2008 | EEG | Telephone call with A. Cream regarding WinPar Compromise. | 0.40 hr | $150.00 |
| 11/25/2008 | EEG | Additional telephone call to A. Cream regarding WinPar Compromise. | 0.60 hr | $225.00 |
| 11/25/2008 | EEG | Telephone call to R. Gold regarding WinPar Compromise. | 0.30 hr | $112.50 |
| 11/25/2008 | EEG | Telephone call to B. Cuthill regarding WinPar Compromise. | 0.40 hr | $150.00 |
| 11/25/2008 | EEG | Reviewe language of Compromise for filing. | 0.60 hr | $225.00 |
| 11/25/2008 | EEG | Telephone call to M. Moecker regarding WinPar Compromise. | 0.50 hr | $187.50 |

January 13, 2009

Matter ID: 6450-014

Invoice # 45308

Federal ID # 59-3366512

**For Professional Services Rendered:**

Total Professional Services: $3,268.50

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JDP | $240.00 | 1.90 | $456.00 |
| EEG | $375.00 | 7.50 | $2,812.50 |

| | | |
|---|---|---|
| For Professional Services | 9.40 Hours | $3,268.50 |
| New Charges this Invoice: | | $3,268.50 |
| Previous Balance: | | $6,311.89 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $6,311.89 |
| Plus New Charges this Invoice: | | $3,268.50 |
| **Total Due:** | | $9,580.39 |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:   (407) 481-5801

April 10, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-014

WinPar Hospitality, LLC

Invoice # 46316

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 02/05/2009 | JDP | Talk with B. Valdes regarding Winpar settlement options. | 0.50 hr | $120.00 |
| 02/09/2009 | JDP | Review issues regarding jurisdiction ruling. | 0.70 hr | $168.00 |
| 02/09/2009 | JDP | Talk with B. Valdes regarding jurisdiction ruling. | 0.50 hr | $120.00 |
| 02/18/2009 | EEG | Review WinPar lawsuits. | 0.60 hr | $240.00 |
| 02/23/2009 | JDP | Talk with R. Jahn regarding WinPar adversary status. | 0.50 hr | $120.00 |
| 02/23/2009 | JDP | Talk with Cuthill regarding WinPar adversary status. | 0.40 hr | $96.00 |
| 02/23/2009 | JDP | Talk with Cuthil and R. Jahn regarding WinPar adversary status. | 0.70 hr | $168.00 |
| 02/23/2009 | JDP | Review issues regarding WinPar adversary status. | 0.60 hr | $144.00 |
| 02/23/2009 | EEG | Conference with R. Jahn regarding WinPar claims of Government. | 0.80 hr | $320.00 |
| 02/24/2009 | JDP | Talk with R. Jahn regarding WinPar adversary status. | 0.30 hr | $72.00 |
| 02/27/2009 | JDP | Talk with B. Valdes and D. Simmons regarding WinPar deadlines. | 0.30 hr | $72.00 |
| 02/27/2009 | JDP | Talk with R. Jahn regarding WinPar deadlines/Forge settlement. | 0.60 hr | $144.00 |
| 03/02/2009 | JDP | Talk with R. Jahn regarding WinPar settlement alternatives. | 0.80 hr | $192.00 |
| 03/19/2009 | JDP | Review issues regarding Winpar status and government settlement. | 0.70 hr | $168.00 |
| 03/24/2009 | JDP | Talk with Rick Jahn regarding Winpar settlement. | 0.80 hr | $192.00 |
| 03/24/2009 | JDP | Talk with David Simmons regarding Winpar settlement. | 0.40 hr | $96.00 |
| 03/26/2009 | JDP | Talk with Rick Jahn regarding Winpar turnover hearing. | 0.30 hr | $72.00 |
| 03/27/2009 | JDP | Talk with Rich Jahn regarding U.S. Government turnover. | 0.40 hr | $96.00 |

Total Professional Services:    *$2,600.00*

April 10, 2009

Matter ID: 6450-014

Invoice # 46316

Federal ID # 59-3366512

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JDP | $240.00 | 8.50 | $2,040.00 |
| EEG | $400.00 | 1.40 | $560.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | | *9.90* Hours | *$2,600.00* |
| New Charges this Invoice: | | | *$2,600.00* |
| Previous Balance: | | | *$9,580.39* |
| Less Payment and Credits Received: | | | *$0.00* |
| Outstanding Balance: | | | *$9,580.39* |
| Plus New Charges this Invoice: | | | *$2,600.00* |
| **Total Due:** | | | ***$12,180.39*** |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-014

WinPar Hospitality, LLC

Invoice #  46837

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2009 | EEG | Telephone call with L. Barrett regarding WinPar. | 0.40 hr | $160.00 |
| 04/03/2009 | dlc | Review hearing preparation/schedule. | 0.20 hr | $27.00 |
| 04/03/2009 | EEG | Telephone call with A. Cream. | 0.60 hr | $240.00 |
| 04/06/2009 | EEG | Telephone call with D. Simmons and B. Valdes regarding agreement for settlement. | 0.50 hr | $200.00 |
| 04/06/2009 | EEG | Telephone call with J. Parrish regarding agreement and WinPar hearing. | 0.50 hr | $200.00 |
| 04/06/2009 | EEG | Prepare strategy for WinPar hearing. | 0.80 hr | $320.00 |
| 04/06/2009 | EEG | Telephone call with A. Cream and J. Parrish regarding WinPar hearing. | 0.70 hr | $280.00 |
| 04/06/2009 | EEG | Telephone call with D. Simmons and B. Valdes regarding WinPar hearing and settlement. | 0.60 hr | $240.00 |
| 04/06/2009 | JDP | Talk with Rick Jahn regarding motion for turnover of forfeiture funds. | 1.00 hr | $240.00 |
| 04/06/2009 | JDP | Talk with Bill Cuthill regarding motion to turnover forfeiture funds. | 0.60 hr | $144.00 |
| 04/06/2009 | JDP | Prepare for hearing regarding government's motion to turnover forfeiture funds. | 2.20 hr | $528.00 |
| 04/06/2009 | JDP | Talk with A. Cream regarding motion for turnover of forfeiture funds. | 0.60 hr | $144.00 |
| 04/06/2009 | JDP | Talk with Randy Gold regarding motion to turnover forfeiture funds. | 0.20 hr | $48.00 |
| 04/07/2009 | EEG | Telephone call with D. Simmons and B. Valdes regarding WinPar settlement. | 0.50 hr | $200.00 |
| 04/07/2009 | EEG | Telephone call with J. Parrish regarding hearing strategy. | 0.70 hr | $280.00 |
| 04/07/2009 | EEG | Telephone call with B. Valdes regarding settlement. | 0.40 hr | $160.00 |
| 04/07/2009 | JDP | Attend hearing regarding Us Government's motion to turnover forfeiture funds. | 8.90 hr | $2,136.00 |
| 04/07/2009 | JDP | Meet with Rick Jahn regarding government's motion to turnover forfeiture funds. | 1.30 hr | $312.00 |
| 04/07/2009 | JDP | Meet with A. Cream, C. Gabbert, and Rick Jahn regarding turnover of forfeiture funds. | 0.50 hr | $120.00 |
| 04/08/2009 | JDP | Talk with Bil Cuthill regarding Winpar status. | 0.30 hr | $72.00 |
| 04/15/2009 | JDP | Talk with R. Jahn regarding WinPar claims. | 0.30 hr | $72.00 |
| 04/16/2009 | JDP | Talk with Cuthill regarding WinPar status. | 0.40 hr | $96.00 |
| 04/16/2009 | JDP | Talk with R. Jahn regarding WinPar status | 0.40 hr | $96.00 |

May 21, 2009
Matter ID:  6450-014

Invoice #  46837

Federal ID #  59-3366512

**For Professional Services Rendered:**

|  |  |
|---|---|
| Total Professional Services: | *$6,315.00* |

**For Disbursements Incurred:**

| 04/30/2009 | Telephone Expense | $2.07 |
|---|---|---|
|  | Total Disbursements Incurred: | *$2.07* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $135.00 | 0.20 | $27.00 |
| JDP | $240.00 | 16.70 | $4,008.00 |
| EEG | $400.00 | 5.70 | $2,280.00 |

|  |  |  |
|---|---|---|
| For Professional Services: | *22.60* Hours | *$6,315.00* |
| For Disbursements Incurred: |  | *$2.07* |
| **Total this Invoice:** |  | **$6,317.07** |

**USA MOTION TO DISMISS LITIGATION - 015**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

November 25, 2008
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-015

Motion to Dismiss

Invoice # 44779

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/01/2008 | EEG | Revise corporate authority issues. | 0.90 hr | $337.50 |
| 10/01/2008 | EEG | Review case related articles of incorporation issues. | 0.50 hr | $187.50 |
| 10/01/2008 | EEG | Research Stay Motion issues related to scope of stay. | 0.80 hr | $300.00 |
| 10/01/2008 | EEG | Revise In Pari Delicto argument regarding fraudulent transfer agrument. | 0.80 hr | $300.00 |
| 10/02/2008 | EEG | Revise treatment for forfeiture claims in bankruptcy. | 0.90 hr | $337.50 |
| 10/02/2008 | EEG | Revise Amodeo Plea agreement. | 0.70 hr | $262.50 |
| 10/02/2008 | EEG | Telephone conference Rick Jahn. | 0.40 hr | $150.00 |
| 10/02/2008 | EEG | Emails with Jeff Davis regarding forfeiture. | 0.20 hr | $75.00 |
| 10/02/2008 | EEG | Revise issues related to Motion for Injunction, Stay of Forfeiture, Claims in Forfeiture and research regarding the same. | 2.50 hr | $937.50 |
| 10/02/2008 | EEG | Review case law under 23 USC section 852 (h). | 0.70 hr | $0.00 |
| 10/02/2008 | EEG | Review and revise stay violation motion. | 1.60 hr | $600.00 |
| 10/03/2008 | EEG | Review and revise request to produce to USA. | 2.60 hr | $975.00 |
| 10/03/2008 | EEG | Review witness list for disclosure to USA | 0.80 hr | $0.00 |
| 10/03/2008 | EEG | Meeting with Lee Barrett regarding government issues. | 1.80 hr | $0.00 |
| 10/03/2008 | EEG | Emails to Jeff Davis regarding forfeiture issues. | 0.30 hr | $112.50 |
| 10/06/2008 | EEG | Prepare for deposition of Bill Cuthill. | 1.60 hr | $600.00 |
| 10/06/2008 | EEG | Attend deposition of Bill Cuthill. | 5.50 hr | $2,062.50 |
| 10/06/2008 | EEG | Meeting with Bill Cuthill. | 0.80 hr | $300.00 |
| 10/06/2008 | EEG | Deposition of Ken Meeker. | 2.00 hr | $0.00 |
| 10/07/2008 | EEG | Meeting with L. Barrett regarding Mirabilis case and criminal issues. | 2.50 hr | $937.50 |
| 10/07/2008 | EEG | Meeting with Bill Cuthill regarding goverment. | 0.50 hr | $0.00 |
| 10/08/2008 | EEG | Meeting with Randy Gold, Lee Barrett and Anita Cream. | 2.00 hr | $750.00 |
| 10/08/2008 | EEG | Conference with Lee Barrett. | 0.70 hr | $262.50 |
| 10/08/2008 | EEG | Review issues related to D and O coverage. | 0.40 hr | $150.00 |

November 25, 2008

Matter ID: 6450-015

Invoice # 44779

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 10/09/2008 | EEG | Meeting Bill Cuthill and J Parrish regarding government issues. | 3.50 hr | $1,312.50 |
| 10/09/2008 | EEG | Review Motion to Continue issues. | 0.60 hr | $225.00 |
| 10/09/2008 | EEG | Review assets and proposal. | 2.40 hr | $900.00 |
| 10/10/2008 | EEG | Telephone call with L. Barrett regarding Indictment. | 0.60 hr | $225.00 |
| 10/10/2008 | EEG | Review issues regarding D and O Coverage. | 0.80 hr | $300.00 |
| 10/10/2008 | JDP | Telephone conference with B. Cuthill regarding USA settlement options. | 0.50 hr | $120.00 |
| 10/10/2008 | JDP | Review issues regarding USA settlement options. | 0.60 hr | $144.00 |
| 10/2008 | JDP | Telephone conference with L. Barrett regarding USA settlement options. | 0.20 hr | $48.00 |
| 10/13/2008 | EEG | Meeting with Lee Barrett regarding government issues. | 0.90 hr | $337.50 |
| 10/13/2008 | EEG | Review and revise letter to Randy Gold regarding motions pending. | 0.90 hr | $337.50 |
| 10/14/2008 | JDP | Telephone conference with V. Conrad regarding motion to continue. | 0.20 hr | $48.00 |
| 10/14/2008 | JDP | Telephone conference with R. Gold regarding motion to continue. | 0.40 hr | $96.00 |
| 10/14/2008 | JDP | Review issues regarding motion to continue. | 0.50 hr | $120.00 |
| 10/15/2008 | JDP | Telephone conference with B. Valdes regarding dismissal motion. | 0.30 hr | $72.00 |
| 10/15/2008 | EEG | Draft response to question of USA regarding agreement. | 0.30 hr | $112.50 |
| 10/16/2008 | JDP | Telephone conference with A. Estes regarding case status. | 0.40 hr | $96.00 |
| 10/16/2008 | JDP | Telephone conference with N. Andrejko regarding USA settlement options. | 0.20 hr | $48.00 |
| 10/16/2008 | JDP | Review issues regarding USA settlement options. | 0.40 hr | $96.00 |
| 10/16/2008 | EEG | Review discovery schedule to prepare for scheduling hearing. | 0.40 hr | $150.00 |
| 10/17/2008 | EEG | Prepare for hearing. | 0.50 hr | $187.50 |
| '17/2008 | EEG | Attend hearing on scheduling. | 0.80 hr | $300.00 |
| 10/17/2008 | EEG | Review correspondence from Bill Cuthill regarding fraudulent transfers. | 0.30 hr | $112.50 |
| 10/20/2008 | EEG | Review litigation status regarding government motion. | 1.20 hr | $450.00 |
| 10/20/2008 | EEG | Review issues regarding Robert and Kelly litigation. | 0.80 hr | $300.00 |
| 10/20/2008 | EEG | Review D and O issues for litigation. | 0.90 hr | $337.50 |
| 10/21/2008 | JDP | Telephone conference with B. Cuthill regarding USA compromise alternatives. | 0.30 hr | $72.00 |
| 10/21/2008 | JDP | Review issues regarding USA compromise alternatives. | 0.50 hr | $120.00 |
| 10/21/2008 | EEG | Review L. Barrett retention documents. | 0.30 hr | $112.50 |
| 10/21/2008 | EEG | Review criminal information regarding L. Barrett. | 0.80 hr | $300.00 |
| 10/23/2008 | JDP | Review issues re: USA compromise. | 0.30 hr | $72.00 |
| 10/23/2008 | EEG | Telephone call with Nicole regarding forfeiture issues. | 0.20 hr | $75.00 |
| 10/23/2008 | EEG | Review D and O issues. | 0.80 hr | $300.00 |
| 10/23/2008 | EEG | Review criminal case law related to plea issues. | 0.50 hr | $187.50 |
| 10/24/2008 | EEG | Meeting with B. Cuthill and L. Barrett regarding forfeiture and D and O issues. | 3.50 hr | $1,312.50 |
| 10/24/2008 | EEG | Telephone call with R. Gold. | 0.20 hr | $75.00 |
| 10/30/2008 | EEG | Meeting with L. Barrett and J. Eden regarding forfeiture expert regarding government issues. | 3.50 hr | $1,312.50 |
| 10/31/2008 | EEG | Prepare for meeting with USA. | 0.90 hr | $337.50 |
| 10/31/2008 | EEG | Attend meeting with R. Gold, A. Cream, CID Agents and L. Barrett. | 2.50 hr | $937.50 |

November 25, 2008

Matter ID: 6450-015

Invoice # 44779

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | |
|---|---:|
| Total Professional Services: | *$21,327.00* |

**For Disbursements Incurred:**

| 10/31/2008 | Photocopying Expense | $5.40 |
|---|---|---:|
| | Total Disbursements Incurred: | *$5.40* |

### *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---:|---:|---:|
| JDP | $240.00 | 4.80 | $1,152.00 |
| EEG | $375.00 | 53.80 | $20,175.00 |

| | | | |
|---|---:|---:|---:|
| For Professional Services: | | *64.40* Hours | *$21,327.00* |
| For Disbursements Incurred: | | | *$5.40* |
| **Total Due:** | | | **$21,332.40** |

Billed Through: October 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-015
Motion to Dismiss

Invoice # 45309
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 11/03/2008 | EEG | Telephone call with R. Gold. | 0.30 hr | $112.50 |
| 11/07/2008 | EEG | Review issues rgarding settlement and compromise timing. | 0.70 hr | $262.50 |
| 11/11/2008 | EEG | Review settlement issues. | 0.80 hr | $300.00 |
| 11/14/2008 | JDP | Review issues regarding US settlement. | 0.30 hr | $72.00 |
| 11/16/2008 | EEG | Prepare Compromise of Controversy. | 1.20 hr | $450.00 |
| 11/17/2008 | EEG | Revise compromise draft. | 2.30 hr | $862.50 |
| 11/17/2008 | EEG | Review notes, receivable issues and assets related to Mirabilis cases. | 0.80 hr | $300.00 |
| 11/17/2008 | EEG | Telephone call with B. Cuthill regarding Notes. | 0.50 hr | $187.50 |
| 11/17/2008 | EEG | Review lawsuits subject to forfeiture and analyze regarding compromise. | 0.70 hr | $262.50 |
| 11/17/2008 | EEG | Telephone call with L. Barrett regarding criminal issues. | 0.60 hr | $225.00 |
| 11/18/2008 | EEG | Telephone call with R. Gold and A. Cream. | 1.20 hr | $450.00 |
| 11/18/2008 | EEG | Revise compromise motion. | 0.40 hr | $150.00 |
| 11/18/2008 | EEG | Telephone call with B. Cuthill regarding compromise. | 0.30 hr | $112.50 |
| 11/18/2008 | EEG | Review and revise Motion to Obtain Counsel, L. Barrett. | 0.30 hr | $112.50 |
| 11/19/2008 | EEG | Conference with L. Barrett regarding criminal issues, forfeiture and compromise. | 2.80 hr | $1,050.00 |
| 11/19/2008 | EEG | Review application to employ L. Barrett and revise same. | 0.50 hr | $187.50 |
| 11/19/2008 | EEG | Review asset list and changes from A. Cream regarding Compromise of Controversy. | 0.60 hr | $225.00 |
| 11/19/2008 | EEG | Telephone call with R. Gold, B. Cuthill and L. Barrett. | 0.80 hr | $300.00 |
| 11/20/2008 | EEG | Review information regarding SUA regarding workers compensation issues. | 0.60 hr | $225.00 |
| 11/20/2008 | EEG | Telephone call with SUA issues. | 0.30 hr | $112.50 |
| 11/20/2008 | EEG | Revise asset list related to compromise of controversy. | 1.20 hr | $450.00 |
| 11/20/2008 | EEG | Review compromise of controversy. | 0.60 hr | $225.00 |
| 11/21/2008 | EEG | Review and revise Affidavit. | 0.40 hr | $150.00 |
| 11/21/2008 | EEG | Telephone call with B. Cuthill regarding Compromise issue. | 0.50 hr | $187.50 |

January 13, 2009

Matter ID: 6450-015

Invoice # 45309

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 11/21/2008 | EEG | Revise Compromise motion. | 0.30 hr | $112.50 |
| 12/16/2008 | EEG | Conference with L. Barrett regarding issues related to plea agreement. | 0.50 hr | $200.00 |
| 12/17/2008 | EEG | Telephone call with L. Barrett regarding plea issues. | 0.30 hr | $120.00 |

Total Professional Services: $7,404.50

**For Disbursements Incurred:**

| | | |
|---|---|---|
| ~~11/30/2008~~ | ~~Messenger Expense~~ | ~~$12.60~~ |

Total Disbursements Incurred: $12.60

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 0.30 | $72.00 |
| EEG | $375.00 | 18.70 | $7,012.50 |
| EEG | $400.00 | 0.80 | $320.00 |

| | | |
|---|---|---|
| For Professional Services: | 19.80 Hours | $7,404.50 |
| For Disbursements Incurred: | | $12.60 |
| New Charges this Invoice: | | $7,417.10 |
| Previous Balance: | | $21,332.40 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $21,332.40 |
| Plus New Charges this Invoice: | | $7,417.10 |
| Total Due: | | $28,749.50 |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-015
Motion to Dismiss

Invoice # 46317

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 02/20/2009 | EEG | Telephone call with L. Barrett regarding forfeiture issues and WinPar. | 0.40 hr | $160.00 |
| 03/20/2009 | EEG | Telephone call with L. Barrett regarding litigation issues. | 0.50 hr | $200.00 |
| | | Total Professional Services: | | *$360.00* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 0.90 | $360.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | *0.90* Hours | | $360.00 |
| New Charges this Invoice: | | | *$360.00* |
| Previous Balance: | | | $28,749.50 |
| Less Payment and Credits Received: | | | *$0.00* |
| Outstanding Balance: | | | $28,749.50 |
| Plus New Charges this Invoice: | | | $360.00 |
| **Total Due:** | | | **$29,109.50** |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 08, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  6450-015

Motion to Dismiss

Invoice # 47382

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/13/2009 | JER | Telephone conference with L. Barrett; work on plea agreement. | 5.40 hr | $1,620.00 |
| 05/14/2009 | JTH | Discuss issues with J. Luna re pleading requirements for negligent misrepresentation. | 0.20 hr | $30.00 |
| 05/15/2009 | JTH | Research issues re negligent misrepresentation pleading requirements. | 1.50 hr | $225.00 |
| 05/17/2009 | JML | Continue drafting and editting Response to Motion to Dismiss based on standing argument. | 2.90 hr | $580.00 |
| 05/17/2009 | JML | Analyze and consider case law cited by opposing counsel regarding standing. | 1.00 hr | $200.00 |
| 05/18/2009 | JML | Continued drafting and editing Response to Motion to Dismiss Main Case | 3.00 hr | $600.00 |
| 05/18/2009 | JML | Analyze and consider case law regarding Rule 9(b) pleading requirements and negligent supervision. | 2.90 hr | $580.00 |
| 05/18/2009 | EEG | Review and revise response to Motion to Dismiss and review case law rgarding standing issues. | 1.60 hr | $640.00 |
| 05/18/2009 | EEG | Telephone call with D. Simmons regarding Motion to Dismiss. | 0.30 hr | $120.00 |
| 05/18/2009 | EEG | Telephone call with B. Saxton regarding hearing. | 0.30 hr | $120.00 |
| 05/19/2009 | JML | Analyze and consider case law regarding standing for authorization to file bankruptcy petition | 1.20 hr | $240.00 |
| 05/19/2009 | EEG | Meeting with B. Cuthill regarding Motion to Dismiss hearing, asset list and creditors claims. | 1.90 hr | $760.00 |
| 05/19/2009 | EEG | Review claims for hearing and prepare exhibits regarding claims and assets. | 1.50 hr | $600.00 |
| 05/19/2009 | EEG | Review case law, outline argument, prepare for hearing on Motion to Dismiss. | 3.50 hr | $1,400.00 |
| 05/19/2009 | EEG | Telephone call with L. Barrett regarding hearing on Motion to Dismiss and plea issues. | 0.40 hr | $160.00 |
| 05/19/2009 | EEG | Email to Ms. Prince regarding GMAC claim. | 0.20 hr | $80.00 |
| 05/19/2009 | EEG | Prepare cases for hearing; review legal argument. | 3.20 hr | $1,280.00 |
| 05/20/2009 | JML | Prepare for and attend Motion to Dismiss hearing, conference with client regarding same. | 3.00 hr | $600.00 |
| 05/20/2009 | EEG | Prepare for hearing on Motion to Dismiss. | 2.50 hr | $1,000.00 |
| 05/20/2009 | EEG | Attend hearing on Motion to Dismiss. | 1.00 hr | $400.00 |
| 05/20/2009 | EEG | Meeting with B. Cuthill and CPA regarding resources and uses of funds. | 1.50 hr | $600.00 |

July 08, 2009
Matter ID:  6450-015

Invoice #  47382

Federal ID #  59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 05/21/2009 | JER | Work on plea agreement. | 3.10 hr | $930.00 |
| 05/27/2009 | EEG | Meeting with L. Barrett and J. Eden regarding plea issues. | 2.00 hr | $800.00 |
| 05/27/2009 | EEG | Meeting regarding H. Byer issues. | 1.00 hr | $400.00 |
| 05/28/2009 | EEG | Review plea proposal. | 1.90 hr | $760.00 |
| 05/30/2009 | EEG | Telephone call with L. Barrett regarding criminal case. | 0.40 hr | $160.00 |
| 06/17/2009 | JML | Conference with E.Green, L.Barrett, B.Cuthill regarding motion to dismiss, indictmect and review current status of case law regarding same. | 2.00 hr | $440.00 |
| 06/18/2009 | VIM | Research and review arguments set forth in United States' Motion to Dismiss regarding bad faith filing | 1.50 hr | $285.00 |
| 06/18/2009 | VIM | Review and outline arguments set forth in the Partial Joiner Motion to Dismiss of Rachlin Cohen & Holtz LLP | 1.40 hr | $0.00 |
| 06/18/2009 | EEG | Telephone call with L. Barrett and A. Cream regarding plea issues. | 0.40 hr | $160.00 |
| 06/18/2009 | JML | Discuss issues regarding motion to dismiss master complaint | 1.00 hr | $220.00 |
| 06/19/2009 | VIM | Research, review, analyze  and prepare outline of arguments in Motions to Dismiss or convert to Chapter 7 | 2.40 hr | $456.00 |
| 06/19/2009 | VIM | Research, review, analyze and outline arguments set for in Saxon Gilmore's Joinder in Forge's motion to dismiss or convert to chapter 7 | 0.10 hr | $19.00 |
| 06/19/2009 | VIM | Research, review, analyze and outline arguments set forth in Mirabilis Ventures' response to partial joinder | 2.60 hr | $494.00 |
| 06/19/2009 | VIM | Research, review, analyze and outline arguments in Mirabilis Ventures' response to motion to dismiss | 0.90 hr | $171.00 |
| 06/19/2009 | VIM | Finalize research and outline of arguments regarding Motion to Dismiss Chapter 11 filing, or alternatively convert to Chapter 7 | 2.50 hr | $475.00 |
| 06/19/2009 | VIM | Draft case list from all motions and responses | 0.40 hr | $76.00 |
| 06/19/2009 | EEG | Meeting with B. Cuthill regarding Motion to Dismiss. | 1.80 hr | $720.00 |
| 06/19/2009 | EEG | Telephone call with A. Cream, C. Ide, B. Cuthill and L. Barrett. | 1.50 hr | $600.00 |
| 06/22/2009 | VIM | Research, draft and edit outline party-in-interest arguments and responses in preparation for hearing on Motion to Dismiss Chapter 11 case | 2.80 hr | $532.00 |
| 06/22/2009 | VIM | Research, draft and edit outline arguments and responses establishing creditors' failure to show Mirabilis did not file Chapter 11 in bad faith in preparation for hearing on Motion to Dismiss Chapter 11 case | 2.40 hr | $456.00 |
| 06/22/2009 | VIM | Research, draft and edit outline arguments and responses as to Mirabilis' "legitimate corporation" in preparation for hearing on Motion to Dismiss Chapter 11 case | 1.60 hr | $304.00 |
| 06/22/2009 | VIM | Research, draft and edit outline arguments and responses  as to Amodeo's admissions not binding on Mirabilis, Mirabilis' entitlement to seek bankruptcy protection and case should not be converted to Chapter 7 in preparation for hearing on Motion to Dismiss Chapter 11 case | 3.70 hr | $703.00 |
| 06/23/2009 | VIM | Review and complete revisions to case outline in preparation for hearing on Motion to Dismiss Chapter 11 case | 0.40 hr | $76.00 |
| 06/23/2009 | VIM | Review transcript in adverary proceeding (adv. Hoth Holdings); Review issues regarding arguments posed by Berman, Keenan, Forge Capital, Rachlin Cohen and Saxon Gilmore/Beyer; Integrate new research and arguments into outline in preparation for hearing on Motion to Dismiss Chapter 11 case | 2.40 hr | $456.00 |
| 06/23/2009 | VIM | Review and incorporate affidavits of J. Jainman, J. Stollenwork and S. McCabe of Rachlin's Motion for Partial Joinder in  Motion to Dismiss Chapter 11 case | 1.90 hr | $361.00 |
| 06/23/2009 | tay | Download, print and assemble eighty-one cases for hearing binder for E. Green on pending Motions to Dismiss | 3.00 hr | $315.00 |

*Page 2*

July 08, 2009
Matter ID:  6450-015

Invoice #  47382

Federal ID #  59-3366512

For Professional Services Rendered:

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 06/25/2009 | VIM | Review and analyze newly filed Memorandum of Law of Saxon Gilmore/Beyer in support of their Partial Joinder in Motion to Dismiss; Incorporate additional arguments and responses into outline in preparation for hearing on Motion to Dismiss Chapter 11 case | 3.40 hr | $646.00 |
| 06/25/2009 | tay | Continued preparations for June 30, 2009 hearing; organize and confirm case cites/research, alphetabetize and prepare Table of Authorities and finalize binder indexing | 2.00 hr | $210.00 |
| 06/25/2009 | EEG | Review issues regarding dismissal hearing. | 1.80 hr | $720.00 |
| 06/26/2009 | VIM | Continued research and review of cases cited in June 25, 2009 Memorandum of Law of Saxon Gilmore/Beyer regarding party-in-interest issues and incorporate into outline in preparation for hearing on Motion to Dismiss Chapter 11 case | 2.50 hr | $475.00 |
| 06/26/2009 | tay | Pull additional case law, incorporate and re-index hearing binders for E. Green in preparation for June 30, 2009 on Motion to Dismiss, or in the alternative, Motion to Convert to Chapter 7 | 1.00 hr | $105.00 |
| 06/26/2009 | EEG | Review binder for hearing. | 1.30 hr | $520.00 |
| 06/27/2009 | EEG | Review case law. | 1.20 hr | $480.00 |
| 06/29/2009 | VIM | Review Rachlin, Cohen and Holtz Memorandum on the legal standards and evidence governing standing and bad faith in preparation for June 30, 2009 hearing; Gather case law and research; Outline responses thereto | 3.50 hr | $665.00 |
| 06/30/2009 | VIM | Finalize preparation of research, cases and materials for hearing on Motion to Dismiss | 0.80 hr | $152.00 |
| 06/30/2009 | EEG | Prepare for Motion to Dismiss hearing. | 8.00 hr | $3,200.00 |
| 06/30/2009 | EEG | Attend Motion to Dismiss hearing. | 2.50 hr | $1,000.00 |
| 06/30/2009 | EEG | Meeting with D. Keller. | 0.40 hr | $160.00 |

Total Professional Services:  *$30,537.00*

For Disbursements Incurred:

| Date | Description | Amount |
|---|---|---|
| 06/18/2009 | Check # 32150  West Payment Center; Disbursement for Acct No 1002020617 / May 2009 Charges | $53.20 |

Total Disbursements Incurred:  *$53.20*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JER | $300.00 | 8.50 | $2,550.00 |
| EEG | $400.00 | 42.10 | $16,840.00 |
| JTH | $150.00 | 1.70 | $255.00 |
| JML | $200.00 | 14.00 | $2,800.00 |
| JML | $220.00 | 3.00 | $660.00 |
| tay | $105.00 | 6.00 | $630.00 |
| VIM | $0.00 | 1.40 | $0.00 |
| VIM | $190.00 | 35.80 | $6,802.00 |

|  | | | |
|---|---|---|---|
| For Professional Services: | | *112.50* Hours | *$30,537.00* |
| For Disbursements Incurred: | | | *$53.20* |
| **Total this Invoice:** | | | **$30,590.20** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-015

Motion to Dismiss

Invoice # 47877

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/2009 | EEG | Meeting with B. Cuthill and L. Barrett regarding criminal case. | 0.60 hr | $240.00 |
| 07/31/2009 | JML | Review memorandum of law regarding motion to dismiss, analyze and consider case law regarding same. | 1.50 hr | $330.00 |
| | | Total Professional Services: | | *$570.00* |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 07/16/2009 | Check # 32340  West Payment Center; Disbursement for Acct No 1002020617/ June 2009 Charges | $539.40 |
| | Total Disbursements Incurred: | *$539.40* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 0.60 | $240.00 |
| JML | $220.00 | 1.50 | $330.00 |

August 17, 2009

Matter ID: 6450-015

Invoice # 47877

Federal ID # 59-3366512

| | | |
|---|---|---:|
| For Professional Services: | *2.10* Hours | *$570.00* |
| For Disbursements Incurred: | | *$539.40* |
| New Charges this Invoice: | | *$1,109.40* |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---:|
| Previous Balance: | *$59,699.70* |
| Less Payment and Credits Received: | *$0.00* |
| Outstanding Balance: | *$59,699.70* |
| Plus New Charges this Invoice: | *$1,109.40* |
| **Total Due:** | **$60,809.10** |

Billed Through: July 31, 2009