**BERMAN LITIGATION - 016**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

tter ID: 6450-016
Mirabilis v. Berman, et. al.

Invoice # 45310
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2008 | JER | Work on draft of complaints. | 1.60 hr | $480.00 |
| 11/18/2008 | JER | Work on draft of Berman complaint. | 2.00 hr | $600.00 |
| 11/19/2008 | JER | Work on complaints. | 2.10 hr | $630.00 |
| 12/03/2008 | EEG | Review issues related to the Berman adversary. | 2.50 hr | $1,000.00 |
| 12/03/2008 | JER | Draft complaints. | 1.60 hr | $480.00 |
| 12/04/2008 | JER | Continue drafting complaints; review of 6 boxes of documents for factual allegations. | 2.10 hr | $630.00 |
| '04/2008 | EEG | Review lawsuit Mirabilis v Berman, et. al. | 0.50 hr | $187.50 |
| 12/05/2008 | JER | Work on drafting complaints. | 1.80 hr | $540.00 |
| 12/06/2008 | JER | Work on complaints. | 0.90 hr | $270.00 |
| 12/07/2008 | JER | Work on complaints. | 1.20 hr | $360.00 |
| 12/08/2008 | JER | Make final edits to last complaint. | 0.60 hr | $180.00 |

Total Professional Services: $5,357.50

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/31/2008 | Postage Expense | $1.26 |

Total Disbursements Incurred: *$1.26*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JER | $300.00 | 13.90 | $4,170.00 |
| EEG | $375.00 | 0.50 | $187.50 |
| EEG | $400.00 | 2.50 | $1,000.00 |

*Page 1*

January 13, 2009

*Page 2*

Matter ID: 6450-016

Invoice # 45310

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 16.90 Hours | $5,357.50 |
| For Disbursements Incurred: | | $1.26 |
| **Total Due:** | | **$5,358.76** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-016

Mirabilis v. Berman, et. al.

Invoice # 45828

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/2009 | JAS | Revise WHEREFORE clauses of Complaints; Review same Complaints in revising same clauses. | 0.40 hr | $76.00 |
| 01/09/2009 | JAS | Revise Berman Amended Complaint; review issue regarding status of adversary proceedings and status of response to Complaints filed. | 0.50 hr | $95.00 |
| 01/11/2009 | EEG | Review email from B. Saxton. | 0.20 hr | $80.00 |
| 01/11/2009 | EEG | Review Withdrawal of Reference Motion. | 0.40 hr | $160.00 |
| 01/11/2009 | JAS | Review case dockets for pending adversary proceedings. | 0.20 hr | $38.00 |
| 01/12/2009 | JML | Further amend complaint | 0.80 hr | $160.00 |
| 01/12/2009 | JAS | Revise Complaints; review issue regarding filing Amended Complaints without leave of Court; review issue regarding additional revisions to operative complaint JML. | 0.40 hr | $76.00 |
| 01/13/2009 | JML | Further amend Complaint | 0.80 hr | $160.00 |
| 01/16/2009 | JML | Discuss issues regarding Motion to withdraw reference with J.Parrish and begin preparing response to same. | 1.00 hr | $200.00 |
| 01/18/2009 | JML | Further amend complaints and analzye case law to support valid causes of action regarding same. | 1.30 hr | $260.00 |
| 01/19/2009 | JML | Further amend Complaint. | 1.40 hr | $280.00 |
| 01/21/2009 | JTH | Discuss issues re motion to withdraw reference with JML. | 0.20 hr | $30.00 |
| 01/21/2009 | JTH | Review email from JML re motion to withdraw reference. | 0.10 hr | $15.00 |
| 01/21/2009 | JML | Analyze and consider Federal case law regarding jurisdiction of bankruptcy court over non-core proceedings and defining same. | 2.00 hr | $400.00 |
| 01/21/2009 | JML | Further analyze and consider Federal law regarding causes of action to deem actions core proceedings and entitlement to jury trial in equity actions. | 1.50 hr | $300.00 |
| 01/21/2009 | JTH | Email JML re proper motion for withdraw of reference. | 0.10 hr | $15.00 |
| 01/21/2009 | JTH | Review issues re complaint and potential equitable causes of action. | 1.30 hr | $195.00 |
| 01/21/2009 | JTH | Discuss issues re causes of action in equity with JML. | 0.10 hr | $15.00 |
| 01/21/2009 | EEG | Research regarding withdrawal of reference and turnover. | 1.50 hr | $600.00 |
| 01/21/2009 | EEG | Review and revise complaint. | 0.80 hr | $320.00 |
| 01/21/2009 | JTH | Discuss issues re response to motion to withdraw with JDP and JML | 0.30 hr | $45.00 |

February 20, 2008
Matter ID:  6450-016

Invoice #  45828

Federal ID #  59-3366512

For Professional Services Rendered:

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/2009 | JML | Further draft amended complaint. | 2.00 hr | $400.00 |
| 01/25/2009 | JML | Analyze and consider case law to support whether trust account is custodian for turnover action under 543, discuss same with J.Parrish. | 1.10 hr | $220.00 |
| 01/25/2009 | JML | Analyze and consider case law to support assertions regarding personal injury tort as claim and core vs. non-core proceedings. | 2.00 hr | $400.00 |
| 01/25/2009 | JML | Further draft response to motion to withdrawal reference | 2.00 hr | $400.00 |
| 01/26/2009 | JTH | Edit/revise response to motion to dismiss. | 1.00 hr | $150.00 |
| 01/26/2009 | JTH | Email JML re response to motion to dismiss. | 0.10 hr | $15.00 |
| 01/26/2009 | JML | Finalize Amended Complaint and file same. | 2.40 hr | $480.00 |
| 01/26/2009 | JML | Analyze and consider case law regarding jury trial demands and effect on withdrawal of reference | 2.50 hr | $500.00 |
| 01/26/2009 | JML | Draft, edit, revise and finalize response to motion to withdrawal reference and file same. | 3.00 hr | $600.00 |

Total Professional Services: $6,685.00

For Disbursements Incurred:

| Date | Description | Amount |
|---|---|---|
| 01/31/2009 | Photocopying Expense | $25.80 |

Total Disbursements Incurred: $25.80

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 2.90 | $1,160.00 |
| JTH | $150.00 | 3.20 | $480.00 |
| JAS | $190.00 | 1.50 | $285.00 |
| JML | $200.00 | 23.80 | $4,760.00 |

For Professional Services:  31.40 Hours  $6,685.00
For Disbursements Incurred:  $25.80

**Total this Invoice:**  $6,710.80

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-016
Mirabilis v. Berman, et. al.

Invoice # 46318
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2009 | EEG | Review responses regarding Berman adversary. | 0.60 hr | $0.00 |
| 02/10/2009 | JER | Go over amended complaint to prepare for meeting with L. Green and client. | 1.30 hr | $390.00 |
| 02/13/2009 | EEG | Review Berman allegations. | 0.80 hr | $320.00 |
| 02/19/2009 | EEG | Prepare for Pre-Trial Conference. | 0.50 hr | $200.00 |
| 02/19/2009 | EEG | Attend Pre-Trial Conference. | 0.30 hr | $120.00 |
| 02/19/2009 | EEG | Conference call with B. Saxton and Mr. Keller regarding trust account issues. | 0.50 hr | $200.00 |
| 02/19/2009 | EEG | Telephone call with B. Saxton and Mr. Keller regarding meeting and withdrawal of reference issues. | 0.30 hr | $120.00 |
| 02/20/2009 | JML | Draft and finalize Order on Motion to Dismiss, discuss same with opposing counsel. | 0.00 hr | $0.00 |
| 02/22/2009 | JML | Further amend complaint to confirm to correct factual allegations | 2.00 hr | $400.00 |
| 02/22/2009 | JML | Analyze and consider case law regarding motion to stay and intervene state court action regarding same cause of action, and collateral estoppel doctrine | 2.00 hr | $400.00 |
| 02/23/2009 | JML | Analyze and consider case law regarding in pari delicto and the sole actor exception to the innocent decision maker rule, discuss same with J.Eden | 2.60 hr | $520.00 |
| 02/23/2009 | JML | Analyze and consider case law regarding collateral estoppel and state court action brought by F.Amodeo | 1.00 hr | $200.00 |
| 02/23/2009 | JML | Meet with J.Eden to discuss factual history in support of Mirabilis adversary complaints. | 1.90 hr | $380.00 |
| 02/23/2009 | JML | continue to review Mirabilis documents and analyze and consider same.  Provide timeline regarding board of directors and action taken over three year period. | 2.30 hr | $460.00 |
| 03/02/2009 | EEG | Telephone call with B. Saxton regarding Berman adversary. | 0.20 hr | $80.00 |
| 03/02/2009 | EEG | Telephone call with J. Eden regarding complaints. | 0.50 hr | $200.00 |
| 03/03/2009 | EEG | Conference with B. Cuthill. | 3.80 hr | $1,520.00 |
| 03/03/2009 | EEG | Meeting with B. Cuthill regarding Directors. | 0.60 hr | $240.00 |
| 03/03/2009 | JML | Continue drafting Second Amended Complaint and prepared exhibits regarding same. | 0.00 hr | $0.00 |
| 03/05/2009 | JML | Finalize Response to Order to Show Cause | 1.00 hr | $200.00 |

*Page 1*

Case 6:08-bk-04327-KSJ   Doc 247-6   Filed 08/19/09   Page 7 of 20

April 10, 2009

Matter ID: 6450-016

Invoice # 46318

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/2009 | JML | Begin reviewing harddrive of Berman files to support Second Amended Complaint | 1.50 hr | $300.00 |
| 03/06/2009 | JML | Continue review of documents regarding Berman's invovlement in tax scheme | 2.00 hr | $400.00 |
| 03/09/2009 | JML | Continue review of Berman harddrive to support allegations, meet with E.Green regarding same. | 2.00 hr | $400.00 |
| 03/10/2009 | EEG | Telephone call regarding Berman adversary proceeding. | 0.70 hr | $280.00 |
| 03/10/2009 | EEG | Meeting with B. Cuthill. | 0.50 hr | $200.00 |
| 03/16/2009 | EEG | Telephone call with R. Keller regarding extension. | 0.20 hr | $80.00 |
| 03/17/2009 | JML | Confirm extension regarding Mirabilis Second Amended Complaint, discuss upcoming conference with opposing counsel | 0.40 hr | $80.00 |
| 03/20/2009 | EEG | Telephone call with B. Saxton regarding settlement. | 0.30 hr | $120.00 |
| 03/23/2009 | JML | Analzye documents recently received to support second amended complaint against Berman, et al | 1.00 hr | $200.00 |
| 03/24/2009 | JML | Review documents responsive to Richard Berman's involvement and drafted letter regarding summary of findings in preparation of settlement meeting | 2.90 hr | $580.00 |
| 03/24/2009 | JML | Prepare for meeting with Berman's folks, finalize documents response to the same | 1.50 hr | $300.00 |
| 03/25/2009 | JER | Prepare amendments to complaints; go through Berman documents. | 5.60 hr | $1,680.00 |
| 03/25/2009 | EEG | Review documents for meeting with D. Keller. | 1.10 hr | $440.00 |
| 03/26/2009 | JER | Prepare for and attend meeting; discuss case strategy. | 3.50 hr | $1,050.00 |
| 03/26/2009 | EEG | Meeting with D. Keller regarding lawsuit issues. | 2.30 hr | $920.00 |
| 03/26/2009 | EEG | Meeting with J. Eden regarding responses to Berman adversary proceeding. | 1.10 hr | $440.00 |
| 03/26/2009 | EEG | Review documents for Berman adversary meeting. | 0.90 hr | $360.00 |
| 03/27/2009 | JER | Work on list of documents and notices needed. | 4.90 hr | $1,470.00 |
| 03/27/2009 | EEG | Meeting with B. Cuthill regarding litigation strategy and meeting with D. Keller. | 1.50 hr | $600.00 |
| 03/30/2009 | JML | Discuss issues regarding re-filing lawsuit and proper venue with E.Green | 0.50 hr | $100.00 |
| 03/30/2009 | EEG | Telephone call with B. Smith regarding Order. | 0.20 hr | $80.00 |
| 03/30/2009 | EEG | Review Judge Smith Order. | 0.20 hr | $80.00 |
| 03/30/2009 | EEG | Conference with J. Luna regarding Order of State Court. | 0.40 hr | $160.00 |
| 03/31/2009 | JML | Continue to finalize Second Amended Complaint and prepare exhibits to same | 2.40 hr | $480.00 |
| 03/31/2009 | EEG | Emails regarding Berman Adversary meeting. | 0.20 hr | $80.00 |
| 03/31/2009 | JER | Work on outlines and legal research to proceed with claim against Berman. | 4.70 hr | $1,410.00 |
| | | **Total Professional Services:** | | *$18,240.00* |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 02/19/2009 | Check # 31620  West Payment Center; Disbursement for Inv# 817717557/ January 2009 Charges | $41.33 |
| 03/31/2009 | Postage Expense | $0.59 |
| 03/31/2009 | Photocopying Expense | $2.40 |
| | **Total Disbursements Incurred:** | *$44.32* |

April 10, 2009

Matter ID: 6450-016

Invoice # 46318

Federal ID # 59-3366512

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---:|---:|---:|
| JER | $300.00 | 20.00 | $6,000.00 |
| EEG | $0.00 | 0.60 | $0.00 |
| EEG | $400.00 | 17.10 | $6,840.00 |
| JML | $200.00 | 27.00 | $5,400.00 |

|  |  |  |
|---|---:|---:|
| For Professional Services: | 64.70 Hours | $18,240.00 |
| For Disbursements Incurred: |  | $44.32 |
| New Charges this Invoice: |  | $18,284.32 |
| Previous Balance: |  | $12,069.56 |
| Less Payment and Credits Received: |  | $0.00 |
| Outstanding Balance: |  | $12,069.56 |
| Plus New Charges this Invoice: |  | $18,284.32 |
| **Total Due:** |  | **$30,353.88** |

Billed Through: March 31, 2009

*Page 3*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-016

Mirabilis v. Berman, et. al.

Invoice # 46838

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2009 | JML | Continue to finalize Second Amended Complaint and begin evaluation of fraudulent transfer action | 2.00 hr | $400.00 |
| 04/01/2009 | EEG | Telephone call with D. Keller. | 0.50 hr | $200.00 |
| 04/02/2009 | EEG | Meeting with M. Maher regarding litigation issues and Smith Order. | 2.00 hr | $800.00 |
| 04/03/2009 | JML | Finalize Second Amended Complaint | 1.00 hr | $200.00 |
| 04/03/2009 | JML | Analyze and consider Florida and Bankrutpcy law regarding fraudulent transfer actions | 1.00 hr | $200.00 |
| 04/20/2009 | EEG | Conference with B. Cuthill regarding issues regarding Berman and professional litigation. | 2.50 hr | $1,000.00 |
| 04/24/2009 | EEG | Meeting with B. Cuthill, L. Barrett and J. Eden regarding Berman lawsuit and issues regarding Plea. | 3.50 hr | $1,400.00 |
| 04/30/2009 | JML | Continue to draft response to motion to dismiss complaint. | 1.50 hr | $300.00 |

Total Professional Services: $4,500.00

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/30/2009 | Messenger Expense | $12.70 |

Total Disbursements Incurred: $12.70

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 8.50 | $3,400.00 |
| JML | $200.00 | 5.50 | $1,100.00 |

For Professional Services: 14.00 Hours $4,500.00
For Disbursements Incurred: $12.70
Total this Invoice: $4,512.70

Page 1

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

July 08, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-016
Mirabilis v. Berman, et. al.

Invoice # 47383
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2009 | JML | Draft letter to M.Maher regarding turnover motion. | 1.00 hr | $200.00 |
| 05/05/2009 | JML | Meet with counel for Amodeo regarding mediation of Miraiblis cliams. | 2.00 hr | $0.00 |
| 05/06/2009 | EEG | Reveiw mediation issues regarding Berman. | 0.80 hr | $320.00 |
| | | Total Professional Services: | | $520.00 |

### INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 0.80 | $320.00 |
| JML | $0.00 | 2.00 | $0.00 |
| JML | $200.00 | 1.00 | $200.00 |

For Professional Services:  3.80 Hours  $520.00

Total this Invoice:  $520.00

**RACHLIN LITIGATION - 017**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

atter ID: 6450-017
Mirabilis v. Rachlin, et. al.

Invoice # 45311
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2008 | JER | Work on draft of complaints. | 1.60 hr | $480.00 |
| 11/18/2008 | JER | Work on draft of Berman complaint. | 2.00 hr | $600.00 |
| 11/19/2008 | JER | Work on complaints. | 2.10 hr | $630.00 |
| 12/03/2008 | JER | Draft complaints. | 1.60 hr | $480.00 |
| 12/04/2008 | JER | Continue drafting complaints; review of 6 boxes of documents for factual allegations. | 2.10 hr | $630.00 |
| 12/05/2008 | JER | Work on drafting complaints. | 1.80 hr | $540.00 |
| ?/06/2008 | JER | Work on complaints. | 0.90 hr | $270.00 |
| 12/07/2008 | JER | Work on complaints. | 1.20 hr | $360.00 |
| 12/08/2008 | JER | Make final edits to last complaint. | 0.50 hr | $150.00 |

Total Professional Services: $4,140.00

**For Disbursements Incurred:**

| 12/31/2008 | Postage Expense | $1.26 |
|---|---|---|

Total Disbursements Incurred: $1.26

### INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JER | $300.00 | 13.80 | $4,140.00 |

January 13, 2009

Matter ID: 6450-017

Invoice # 45311

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *13.80* Hours | $4,140.00 |
| For Disbursements Incurred: | | $1.26 |
| **Total Due:** | | **$4,141.26** |

Billed Through: December 31, 2008

*Page 2*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-017

Mirabilis v. Rachlin, et. al.

Invoice # 45829

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/2009 | JAS | Revise WHEREFORE clauses of Complaints; review same Complaints in revising same clauses. | 0.40 hr | $76.00 |
| 01/10/2009 | JAS | Revise all pending Mirabilis adversary proceeding Complaint. | 0.30 hr | $57.00 |
| 01/12/2009 | JML | Further amend complaint | 0.80 hr | $160.00 |
| 01/12/2009 | JAS | Revise Complaint; review issue regarding filing Amended Complaints without leave of Court; review issue regarding additional revisions to operative complaint JML. | 0.40 hr | $76.00 |
| 01/23/2009 | JML | Further amend complaint. | 1.50 hr | $300.00 |
| 01/28/2009 | JML | Finalize Amended Complaint and discuss same with J.Eden. | 2.50 hr | $500.00 |
| | | **Total Professional Services:** | | **$1,169.00** |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 01/31/2009 | Photocopying Expense | $0.60 |
| | **Total Disbursements Incurred:** | **$0.60** |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JAS | $190.00 | 1.10 | $209.00 |
| JML | $200.00 | 4.80 | $960.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | | 5.90 Hours | $1,169.00 |
| For Disbursements Incurred: | | | $0.60 |
| **Total this Invoice:** | | | **$1,169.60** |

*Page 1*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-017
Mirabilis v. Rachlin, et. al.

Invoice # 46319
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/2009 | JML | Discuss response to Motion to Withdraw Reference with E.Green, analyze same. | 1.00 hr | $200.00 |
| 02/08/2009 | JML | Further prepare and edit response to Motion to Withdraw Reference filed by Rachlin. | 2.50 hr | $500.00 |
| 02/09/2009 | JML | Finalize Response to Motion to Withdraw Reference and filed same. | 0.60 hr | $120.00 |
| 02/09/2009 | JDP | Review and revise response to Racklin motion to withdraw the reference. | 0.60 hr | $144.00 |
| 02/09/2009 | JDP | Review issues regarding standard to withdraw the blanket referral order. | 0.40 hr | $96.00 |
| 02/13/2009 | JML | Discuss amending complaint and factual allegations regarding same with EEG, review motion to dismiss in consideration of same. | 1.00 hr | $200.00 |
| 02/17/2009 | JML | Draft and finalized agreed order regarding motion to dismiss complaint with leave to amend. | 0.50 hr | $100.00 |
| 02/19/2009 | EEG | Prepare for Pre-Trial Conference. | 0.50 hr | $200.00 |
| 02/19/2009 | EEG | Attend Pre-Trial Conference. | 0.30 hr | $120.00 |
| 02/20/2009 | JML | Draft and finalize Order on Motion to Dismiss, discuss same with opposing counsel. | 0.50 hr | $100.00 |
| 02/20/2009 | JML | Further amend complaint. | 0.50 hr | $100.00 |
| 03/03/2009 | EEG | Meeting with B. Cuthill regarding Directors. | 0.80 hr | $320.00 |
| 03/06/2009 | JML | Review binder of information pertaining to Laurie Holtz involvement in matters | 1.50 hr | $300.00 |
| 03/17/2009 | JML | Confirm extension regarding complaint with opposing counsel and discuss details regarding the same | 0.40 hr | $80.00 |
| 03/31/2009 | JML | Review documents of Laurie Holtz in preparation of filing amended complaint | 0.70 hr | $140.00 |
| | | Total Professional Services: | | $2,720.00 |

Page 1

April 10, 2009

Matter ID: 6450-017

Invoice # 46319

Federal ID # 59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JDP | $240.00 | 1.00 | $240.00 |
| EEG | $400.00 | 1.60 | $640.00 |
| JML | $200.00 | 9.20 | $1,840.00 |

| | | |
|---|---|---|
| For Professional Services: | *11.80* Hours | $2,720.00 |
| New Charges this Invoice: | | $2,720.00 |
| Previous Balance: | | *$5,310.86* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$5,310.86* |
| Plus New Charges this Invoice: | | *$2,720.00* |
| **Total Due:** | | *$8,030.86* |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-017

Mirabilis v. Rachlin, et. al.

Invoice # 46839

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2009 | JML | Continue drafting Amended Complaint against Laurie Holtz and discuss issues regarding his involvement with E.Green | 2.00 hr | $400.00 |
| 04/02/2009 | JML | Continued Amended Complaint legal analysis pertaining to fraudulent transfer | 2.40 hr | $480.00 |
| 04/02/2009 | JML | Discuss issues regarding Amodeo and Mirabilis causes of action with counsel for F.Amodeo, individually. | 2.50 hr | $500.00 |
| 04/03/2009 | JML | Continue finalizeing Amended Complaint and reviewing documents responsive to the same | 2.00 hr | $400.00 |
| 04/03/2009 | JML | Analyze and consider Florida law regarding fraudulent transfer action, equitable estoppel and collateral estoppel | 1.10 hr | $220.00 |
| 04/05/2009 | JML | Discuss conditions on extension with counsel for Rachlin Cohen | 0.20 hr | $40.00 |
| 04/13/2009 | JML | Discuss issues regarding factual support for amended complaint with J.Eden | 0.40 hr | $80.00 |
| 04/19/2009 | EEG | Review emails and documents regarding claims. | 1.20 hr | $480.00 |
| 04/27/2009 | EEG | Meeting with J. Eden regarding Rachlin Cohen adversary. | 1.00 hr | $400.00 |
| 04/27/2009 | JML | Analyze and consider documents in preparation for meeting with Rachlin's counsel, discuss findings with E.Green and J.Eden. | 3.00 hr | $0.00 |
| 04/28/2009 | JML | Travel to and from Airport for meeting with Rachlin's counsel. | 2.00 hr | $400.00 |
| 04/28/2009 | JML | Meet with counsel for Rachlin to discuss ramifications of filing amended complaint and discuss merits regaridng same. | 2.00 hr | $400.00 |
| 04/28/2009 | JML | Continue to analyze and consider case law regarding collateral estoppel and imputation regarding claims against Rachlin. | 0.70 hr | $140.00 |
| 04/28/2009 | JER | Prepare for and attend meeting with DeMaria. | 4.20 hr | $1,260.00 |
| 04/28/2009 | EEG | Prepare for meeting with Rachlin, Cohen and T. Tew. | 2.40 hr | $960.00 |
| 04/28/2009 | EEG | Meeting with T. Tew. | 2.50 hr | $1,000.00 |
| 04/29/2009 | JML | discuss insurance tender offers with RW Cuthill, analyze documents regarding same. | 0.50 hr | $100.00 |
| 04/30/2009 | JML | Continue to review case law regarding law of imputation and discuss same with J.Eden. | 2.00 hr | $400.00 |

Total Professional Services: $7,660.00

May 21, 2009
Matter ID: 6450-017

Invoice # 46839

Federal ID # 59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JER | $300.00 | 4.20 | $1,260.00 |
| EEG | $400.00 | 7.10 | $2,840.00 |
| JML | $0.00 | 3.00 | $0.00 |
| JML | $200.00 | 17.80 | $3,560.00 |

|  |  |  |
|---|---|---|
| For Professional Services: | 32.10 Hours | $7,660.00 |
| **Total this Invoice:** |  | **$7,660.00** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

July 08, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-017

Mirabilis v. Rachlin, et. al.

Invoice # 47384

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/2009 | EEG | Review Motion to Dismiss response. | 1.80 hr | $720.00 |
| 05/20/2009 | nc | Pull 32 cases cited in Saxon Gilmore's motion to dismiss Mirabilis' amended complaint set for hearing on 5/21/09. | 1.20 hr | $108.00 |
| 05/28/2009 | JML | Draft letter to counsel for Rachlin regarding conflict of interest. | 0.80 hr | $160.00 |
| 06/02/2009 | JML | Analyze and consider case law regarding representing former client, continue drafting letter pertaining to the same. | 2.20 hr | $440.00 |
| 06/03/2009 | JML | Further discuss conflict of interest and recusal of same. | 1.00 hr | $200.00 |
| 06/04/2009 | JML | Finalize letter regarding recusal of Tew Cardenas and discuss same with E.Green. | 1.50 hr | $330.00 |

Total Professional Services: $1,958.00

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 05/05/2009 | Check # 31924 Justin Luna; Disbursement for JML/6450-017/Travel to Meeting | $8.00 |
| 05/31/2009 | Telephone Expense | $0.63 |
| 06/30/2009 | Telephone Expense | $0.36 |

Total Disbursements Incurred: *$8.99*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| nc | $90.00 | 1.20 | $108.00 |
| EEG | $400.00 | 1.80 | $720.00 |
| JML | $200.00 | 4.00 | $800.00 |
| JML | $220.00 | 1.50 | $330.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | | 8.50 Hours | $1,958.00 |
| For Disbursements Incurred: | | | $8.99 |
| **Total this Invoice:** | | | **$1,966.99** |

Page 1

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

## INVOICE

Matter ID: 6450-017
Mirabilis v. Rachlin, et. al.

Invoice # 47878
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/16/2009 | JML | Analyze and consider Order to Show Cause | 0.50 hr | $110.00 |
| 07/17/2009 | JML | Discuss issues regarding Judge Presnell's order to show cause. | 0.50 hr | $110.00 |
| 07/26/2009 | JML | Review order to show cause and respond to opposing counsel regarding extension agreement. | 0.30 hr | $66.00 |

Total Professional Services: $286.00

### INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $220.00 | 1.30 | $286.00 |

| | | |
|---|---|---|
| For Professional Services: | 1.30 Hours | $286.00 |
| New Charges this Invoice: | | $286.00 |
| Previous Balance: | | $17,657.85 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $17,657.85 |
| Plus New Charges this Invoice: | | $286.00 |
| **Total Due:** | | **$17,943.85** |

Billed Through: July 31, 2009