**BUCHANAN, *ET AL*, LITIGATION - 018**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

latter ID: 6450-018
Mirabilis v. Buchanan, et. al.

Invoice # 45312

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2008 | JER | Work on draft of complaints. | 1.60 hr | $480.00 |
| 11/18/2008 | JER | Work on draft of Berman complaint. | 2.00 hr | $600.00 |
| 11/19/2008 | JER | Work on complaints. | 2.10 hr | $630.00 |
| 12/03/2008 | JER | Draft complaints. | 1.60 hr | $480.00 |
| 12/04/2008 | JER | Continue drafting complaints; review of 6 boxes of documents for factual allegations. | 2.00 hr | $600.00 |
| 12/05/2008 | JER | Work on drafting complaints. | 1.80 hr | $540.00 |
| 12/06/2008 | JER | Work on complaints. | 0.80 hr | $240.00 |
| 12/07/2008 | JER | Work on complaints. | 1.10 hr | $330.00 |
| 12/08/2008 | JER | Make final edits to last complaint. | 0.50 hr | $150.00 |

Total Professional Services: *$4,050.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/31/2008 | Postage Expense | $1.68 |
| 12/31/2008 | Fax Charges | $1.45 |
| 12/31/2008 | Photocopying Expense | $0.20 |

Total Disbursements Incurred: *$3.33*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JER | $300.00 | 13.50 | $4,050.00 |

*Page 1*

January 13, 2009

Matter ID: 6450-018

Invoice # 45312

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *13.50* Hours | *$4,050.00* |
| For Disbursements Incurred: | | *$3.33* |
| **Total Due:** | | **$4,053.33** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

Matter ID: 6450-018

Mirabilis v. Buchanan, et. al.

Invoice # 45830

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/08/2009 | JAS | Revise WHEREFORE clauses of Complaints; review same Complaints in revising same clauses. | 0.40 hr | $76.00 |
| 01/11/2009 | JAS | Review case dockets for pending adversary preoceedings. | 0.20 hr | $38.00 |
| 01/12/2009 | JML | Further amend complaint | 0.80 hr | $160.00 |
| 01/12/2009 | JAS | Revise Complaint; review issue regarding filing Amended Complaints without leave of Court; review issue regarding additional revisions to operative complaint JML. | 0.40 hr | $76.00 |
| 01/23/2009 | JML | Further draft amended complaint | 1.50 hr | $300.00 |
| 01/31/2009 | EEG | Review Motion to Dismiss. | 0.60 hr | $240.00 |

Total Professional Services: *$890.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| EEG | $400.00 | 0.60 | $240.00 |
| JAS | $190.00 | 1.00 | $190.00 |
| JML | $200.00 | 2.30 | $460.00 |

For Professional Services: *3.90* Hours   *$890.00*

Total this Invoice: *$890.00*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

April 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-018
Mirabilis v. Buchanan, et. al.

Invoice # 46320
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/03/2009 | EEG | Review responses regarding Buchanan-Byer adversary. | 0.60 hr | $240.00 |
| 02/10/2009 | JER | Go over amended complaint to prepare for meeting with L. Green and client. | 1.30 hr | $390.00 |
| 02/13/2009 | JML | discuss extension of time to file amended complaint with opposing counsel | 0.40 hr | $80.00 |
| 02/16/2009 | JML | Discuss issues regarding Complaint, Motion to Dismiss, extension, factual support, discovery and confidentiality agreement and plan for litigation with E.Green, B.Cuthill, J.Eden and J.Parrish. | 3.50 hr | $700.00 |
| 02/16/2009 | JML | Determine scope of exclusivity to file plan and strategize filing regarding same. | 0.50 hr | $100.00 |
| 02/16/2009 | JML | Analyze and consider research regarding in pari delicto defense regarding complaints. | 1.80 hr | $360.00 |
| 02/18/2009 | JML | Analyze and consider documents responsive to support allegations for adversary againt Beyer, et al. | 2.10 hr | $420.00 |
| 02/19/2009 | JML | Review and analyze Motion for Sanctions filed by Saxon Gillmore, discuss same with E.Green. | 1.20 hr | $240.00 |
| 02/19/2009 | JML | Review and analyze documents responsive to adversary to support allegations regarding same. | 1.50 hr | $300.00 |
| 02/19/2009 | EEG | Prepare for Pre-Trial Conference. | 0.50 hr | $200.00 |
| 02/19/2009 | EEG | Attend Pre-Trial Conference. | 0.30 hr | $120.00 |
| 02/19/2009 | EEG | Conference with J. Eden and B. Cuthill regarding allegations. | 0.60 hr | $240.00 |
| 02/19/2009 | EEG | Review timeline. | 0.50 hr | $200.00 |
| 02/20/2009 | JML | Draft and finalize Order on Motion to Dismiss, discuss same with opposing counsel. | 0.50 hr | $100.00 |
| 02/25/2009 | JML | Review binder of H.Byer for information in support of complaint | 1.00 hr | $200.00 |
| 02/26/2009 | JML | Conference with B.Cuthill regarding documentary evidence to support lawsuits against Beyer, etc. | 0.80 hr | $160.00 |
| 02/26/2009 | JML | Continue review of documents of Mirabilis to support current adversary | 1.00 hr | $200.00 |
| 02/27/2009 | JML | Review and analyze binder of factual information regarding Beyer's participation in giving legal advice to Mirabilis as agent of Buchanan Ingersol and Saxon Gilmore | 1.00 hr | $200.00 |
| 02/27/2009 | JML | Discuss status of Eng. Lawsuits with S.Hiss | 0.50 hr | $100.00 |
| | | Continue draft factual and procedural history for Beyer Amended Complaitn | | |

*Page 1*

April 10, 2009

Matter ID: 6450-018

Invoice # 46320

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 03/02/2009 | JML | | 2.50 hr | $500.00 |
| 03/02/2009 | JML | Address issues in Motion to Dismiss Complaint in new Amended Complaint, analyze same | 1.20 hr | $240.00 |
| 03/02/2009 | JML | Continue review of binder of documents evidencing relationship between Beyer and Mirabilis | 1.00 hr | $200.00 |
| 03/02/2009 | JML | Analyze and consider documents in response to request to produce including emails | 1.50 hr | $300.00 |
| 03/06/2009 | JML | Begin drafting response to Rule 11 allegations and preparing attachments to the same | 1.30 hr | $260.00 |
| 03/08/2009 | JML | Began drafting response to motion for sanctions and compile documents to support the same | 1.90 hr | $380.00 |
| 03/09/2009 | JML | Continue drafting response to Motion for Sanctions | 1.50 hr | $300.00 |
| 03/10/2009 | JML | Finalize response to motion for sanctions filed by Beyer and submit same to E.Green | 2.30 hr | $460.00 |
| 03/11/2009 | DHC | Analysis of responding to Rule II motion after reading motion and Agreed Order Dismissing Complaint without prejudice and instruct Attorney Klein on context of response letter to movant's counsel. | 1.50 hr | $487.50 |
| 03/11/2009 | dlc | Research Rule 11 letter and order on dismissal of case; review with EA Green. | 0.40 hr | $54.00 |
| 03/11/2009 | EEG | Review and review Rule 11 responses. | 0.90 hr | $360.00 |
| 03/11/2009 | JML | Finalize Response to Motion for Sanctions | 0.90 hr | $180.00 |
| 03/16/2009 | JML | Continue to finalize Amended Complaint | 2.50 hr | $500.00 |
| 03/17/2009 | DHC | Examine proposed draft complaint and provide comments via e-mail to Attorney Luna. | 0.90 hr | $292.50 |
| 03/17/2009 | EEG | Review Complaint for filing. | 0.80 hr | $320.00 |
| 03/17/2009 | JML | Finalize Complaint and Exhibits for Amended Complaint, discuss same with E.Green, and D.Coultoff. | 3.40 hr | $680.00 |
| 03/17/2009 | DHC | Receive and review letter dated March 12th from Mr. Varner regarding sanctions. | 0.20 hr | $65.00 |
| 03/17/2009 | DHC | Receive and review Attorney Shuker's comments on Amended Complaint, pari delecti issue. | 0.20 hr | $65.00 |
| 03/17/2009 | JML | Discuss factual support as evidence to support basis for amended complaint with J.Eden | 0.90 hr | $180.00 |
| 03/18/2009 | JML | Finalize and file Amended Complaint and exhibits | 1.50 hr | $300.00 |
| 03/18/2009 | EEG | Review Complaint for filing. | 0.80 hr | $320.00 |

|  | Total Professional Services: | $10,994.00 |
|---|---|---|

**For Disbursements Incurred:**

| | | |
|---|---|---|
| ~~03/31/2009~~ | ~~Secretarial Overtime~~ | ~~$37.50~~ |
| 03/31/2009 | Photocopying Expense | $48.40 |
| 03/31/2009 | Telephone Expense | $0.09 |

|  | Total Disbursements Incurred: | $85.99 |
|---|---|---|

April 10, 2009

Matter ID: 6450-018

Invoice # 46320

Federal ID # 59-3366512

### INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $135.00 | 0.40 | $54.00 |
| DHC | $325.00 | 2.80 | $910.00 |
| JER | $300.00 | 1.30 | $390.00 |
| EEG | $400.00 | 5.00 | $2,000.00 |
| JML | $200.00 | 38.20 | $7,640.00 |

|  |  |  |
|---|---|---|
| For Professional Services: | 47.70 Hours | $10,994.00 |
| For Disbursements Incurred: | | $85.99 |
| New Charges this Invoice: | | $11,079.99 |
| Previous Balance: | | $4,943.33 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $4,943.33 |
| Plus New Charges this Invoice: | | $11,079.99 |
| **Total Due:** | | **$16,023.32** |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-018
Mirabilis v. Buchanan, et. al.

Invoice # 46840

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|------:|-------:|
| 04/02/2009 | JER | Review pleas and documentation from Cuthill. | 2.90 hr | $870.00 |
| 04/02/2009 | JER | Prepare for and attend meeting at M. Maher's office. | 3.50 hr | $1,050.00 |
| 04/23/2009 | JER | Prepare for meeting, review criminal file and civil complaint. | 3.90 hr | $1,170.00 |
| | | Total Professional Services: | | $3,090.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|-------:|
| 04/02/2009 | Check # 31792  FEDEX; Disbursement for Inv# 912425436/ Date: 03-17-09 | $9.38 |
| | Total Disbursements Incurred: | $9.38 |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|-----:|------:|-------:|
| JER | $300.00 | 10.30 | $3,090.00 |

| | | | |
|---|---|--:|--:|
| For Professional Services: | | 10.30 Hours | $3,090.00 |
| For Disbursements Incurred: | | | $9.38 |
| **Total this Invoice:** | | | **$3,099.38** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

July 08, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID:  6450-018

Mirabilis v. Buchanan, et. al.

Invoice #  47385

Federal ID #  59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2009 | JER | Prepare for meeting at M. Maher's office on 05/05/2009. | 3.50 hr | $1,050.00 |
| 05/01/2009 | JML | Continue drafting Response to Motion to Dismiss. | 2.00 hr | $400.00 |
| 05/01/2009 | JML | Analyze and consider case law regarding authority to file motion to dismiss main case. | 0.50 hr | $100.00 |
| 05/03/2009 | JML | Continue drafting response to motion to dismiss and analyze and consider case law regarding elements of negligent supervision. | 2.20 hr | $440.00 |
| 05/04/2009 | JML | Continue drafting response to motion to dismiss. | 1.60 hr | $320.00 |
| 05/05/2009 | JER | Meeting at M. Maher's office. | 3.50 hr | $1,050.00 |
| 05/13/2009 | JML | Analyze and consider case law regarding motion to dismiss adversary for failure to state a claim, review case law regrading same. | 4.50 hr | $900.00 |
| 05/13/2009 | JML | Further analyze and consider Exhibits and facts supporting response to motion to dismiss. | 2.00 hr | $400.00 |
| 05/14/2009 | JML | Continue drafting and editing motion to dismiss adversary filed by Beyer | 2.90 hr | $580.00 |
| 05/18/2009 | JML | Analyze and consider case law regarding standing argument for motion to dismiss adversary and continue to finalize same. | 2.80 hr | $560.00 |
| 05/19/2009 | JML | Finalize drafting response to Motion to dismiss adversary complaint and prepare case law in support of the same. | 4.20 hr | $840.00 |
| 05/20/2009 | dlc | Review status of response to motion to dismiss and case law with N Carrier, J Luna and EA Green. | 0.40 hr | $54.00 |
| 06/01/2009 | VIM | Review issues regarding feasibility of seeking attorney fees in defending against Rule 11/57.105 Motion; statutory and case law research regarding same. | 2.40 hr | $456.00 |
| 06/03/2009 | JML | Discuss motion for sanctions with opposing counsel | 0.40 hr | $80.00 |
| 06/07/2009 | JML | Begin to prepare documents for meeting with Hans Beyer's counsel | 0.50 hr | $110.00 |
| 06/08/2009 | EEG | Review documents and prepare for meeting. | 1.20 hr | $480.00 |
| 06/08/2009 | JML | Compile and prepare documents to support claim against Hans Beyer, analysis regarding same and discuss same issues with E.Green | 3.00 hr | $660.00 |
| 06/09/2009 | JML | Travel to and from Tampa for meeting with counsel for Hans Beyer | 2.20 hr | $484.00 |
| 06/09/2009 | JML | Prepare for and meet with Counsel for Hans Beyer and E.Green | 2.80 hr | $616.00 |
| 06/09/2009 | EEG | Prepare for meeting with J. Varner. | 0.90 hr | $360.00 |

*Page 1*

July 08, 2009
Matter ID:  6450-018

Invoice #  47385

Federal ID #  59-3366512

For Professional Services Rendered:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/09/2009 | EEG | Travel to and from meeting with J. Varner in Tampa, FL. | 3.00 hr | $1,200.00 |
| 06/10/2009 | JML | Draft letter in response to sanction letter and follow up to meeting with J.Varner regarding invoices and engagemetn letters | 0.60 hr | $132.00 |
| 06/25/2009 | VIM | Strategize and  review legal arguments with J. Eden regarding arguments and responses contained in Amended Complaint and Defendants' Motion to Dismiss and Memorandum of Law in preparation of hearing on June 30, 2009 | 2.50 hr | $475.00 |
| 06/25/2009 | VIM | Review Amended Complaint and review facts against Saxon Gilmore/Beyer in preparation for June 30, 2009 hearing | 2.80 hr | $532.00 |
| 06/25/2009 | VIM | Review and strategize legal arguments and available evidence with J. Eden and J. Luna; Determine additional research and coordination in preparation for hearing on June 30, 2009 | 1.90 hr | $361.00 |
| 06/25/2009 | VIM | Research issues in Amended Complaint against Saxon Gilmore/Beyer and responses thereto | 2.60 hr | $494.00 |
| 06/25/2009 | JER | Research and edit response to motion to dismiss; review 28 cases. | 8.70 hr | $2,610.00 |
| 06/26/2009 | VIM | Research and outline case law in response to Saxon Gilmore/Beyer's arguments in Motion to Dismiss adversary proceeding, specifically as to legal malpractice claim and basic pleading requirements for negligent misrepresentation | 2.90 hr | $551.00 |
| 06/26/2009 | JER | Read 32 cases for opposition. | 5.80 hr | $1,740.00 |
| 06/28/2009 | VIM | Research and summarize case law regarding negligent misrepresentation, compliance with Rule 9(b) and what extent misrepresentation needs to be shown to survive Motion to Dismiss | 2.20 hr | $418.00 |
| 06/28/2009 | VIM | Research and summarize case law regarding conflict of interest for bankruptcy legal representation -- representing debtor and debtors' creditor simultaneously -- requirements of malpractice versus negligent misrepresentation | 1.50 hr | $285.00 |
| 06/28/2009 | VIM | Research and summarize case law regarding third-party beneficiary status in determining existence of privity in attorney-client relations, treatment of allegations involving "non-parties" | 1.90 hr | $361.00 |
| 06/29/2009 | VIM | Gather and review case law in Beyer/Saxon & Gilmore's Motion to Dismiss Amended Complaint and incorporated Memorandum of Law | 2.30 hr | $437.00 |
| 06/29/2009 | VIM | Gather and review case law in Mirabilis' Objection and Response to Beyer/Saxon & Gilmore's Motion to Dismiss | 1.90 hr | $361.00 |
| 06/29/2009 | VIM | Further assist in preparation for hearing on Motion to Dismiss of Beyer/Saxon & Gilmore | 2.10 hr | $399.00 |
| 06/29/2009 | JML | Analyze and consider case law regarding fraudulent inducment for purposes of motion to dismiss adversary complaint. | 2.00 hr | $440.00 |
| 06/29/2009 | tay | Organize and index research and pleadings into hearing binders for E. Green and J. Eden in preparation for hearing on motion to dismiss hearing on June 30, 2009 | 2.00 hr | $210.00 |
| 06/29/2009 | JER | Research and prepare for hearing. | 8.30 hr | $2,490.00 |
| 06/29/2009 | EEG | Preparation for Motion to Dismiss hearing; legal research regarding Motion to Dismiss; review and revise exhibits; review and revise case law indexes for use at hearing. | 12.50 hr | $5,000.00 |
| 06/30/2009 | VIM | Finalize preparation of research, cases and materials for hearing on Motion to Dismiss Amended Complaint | 0.60 hr | $114.00 |
| 06/30/2009 | tay | Incorporate additional case law, finalize indexices for hearing binders for J. Eden, Judge Jennemann and opposing counsel in preparation for hearing on motion to dismiss adversary proceeding | 2.00 hr | $210.00 |
| 06/30/2009 | JER | Research and prepare for hearing; argue hearing. | 7.80 hr | $2,340.00 |

Total Professional Services:  $31,100.00

July 08, 2009
Matter ID:  6450-018

Invoice #  47385

Federal ID #  59-3366512

**or Disbursements Incurred:**

| | | | |
|---|---|---|---:|
| 05/31/2009 | Photocopying Expense | | $15.60 |
| 06/18/2009 | Check # 32150  West Payment Center; Disbursement for Acct No 1002020617 / May 2009 Charges | | $25.64 |
| 06/30/2009 | Photocopying Expense | | $329.40 |

Total Disbursements Incurred:    $370.64

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---:|---:|---:|
| dlc | $135.00 | 0.40 | $54.00 |
| JER | $300.00 | 37.60 | $11,280.00 |
| EEG | $400.00 | 17.60 | $7,040.00 |
| JML | $200.00 | 23.10 | $4,620.00 |
| JML | $220.00 | 11.10 | $2,442.00 |
| tay | $105.00 | 4.00 | $420.00 |
| VIM | $190.00 | 27.60 | $5,244.00 |

For Professional Services:    *121.40* Hours    *$31,100.00*

For Disbursements Incurred:    *$370.64*

**Total this Invoice:**    **$31,470.64**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-018
Mirabilis v. Buchanan, et. al.

Invoice # 47879
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/23/2009 | VIM | Prepare and review additional cases for inclusion into hearing binder | 3.30 hr | $627.00 |
| 07/15/2009 | JER | Prepare for and attend meeting with B. Cuthill. | 4.10 hr | $1,230.00 |
| | | Total Professional Services: | | $1,857.00 |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JER | $300.00 | 4.10 | $1,230.00 |
| VIM | $190.00 | 3.30 | $627.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | 7.40 Hours | | $1,857.00 |
| New Charges this Invoice: | | | $1,857.00 |
| Previous Balance: | | | $50,593.34 |
| Less Payment and Credits Received: | | | $0.00 |
| Outstanding Balance: | | | $50,593.34 |
| Plus New Charges this Invoice: | | | $1,857.00 |
| **Total Due:** | | | **$52,450.34** |

Billed Through: July 31, 2009

**MOORE LITIGATION - 019**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

January 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-019
Mirabilis v. Moore, et. al.

Invoice # 45313

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/17/2008 | JER | Work on draft of complaints. | 1.60 hr | $480.00 |
| 11/18/2008 | JER | Work on draft of Berman complaint. | 1.90 hr | $570.00 |
| 11/19/2008 | JER | Work on complaints. | 2.00 hr | $600.00 |
| 12/03/2008 | JER | Draft complaints. | 1.60 hr | $480.00 |
| 12/04/2008 | JER | Continue drafting complaints; review of 6 boxes of documents for factual allegations. | 2.00 hr | $600.00 |
| 12/05/2008 | JER | Work on drafting complaints. | 1.70 hr | $510.00 |
| 12/06/2008 | JER | Work on complaints. | 0.80 hr | $240.00 |
| 12/07/2008 | JER | Work on complaints. | 1.10 hr | $330.00 |
| 12/08/2008 | JER | Make final edits to last complaint. | 0.50 hr | $150.00 |

Total Professional Services: *$3,960.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/2008 | Postage Expense | $0.84 |

Total Disbursements Incurred: *$0.84*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JER | $300.00 | 13.20 | $3,960.00 |

January 13, 2009

Matter ID: 6450-019

Invoice # 45313

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *13.20* Hours | *$3,960.00* |
| For Disbursements Incurred: | | *$0.84* |
| **Total Due:** | | **$3,960.84** |

Billed Through: December 31, 2008

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

February 20, 2008

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID:  6450-019

Mirabilis v. Moore, et. al.

Invoice # 45831

Federal ID #  59-3366512

**or Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/2009 | JAS | Revise WHEREFORE clauses of Complaints; review same Complaints in revising same clauses. | 0.40 hr | $76.00 |
| 01/11/2009 | JAS | Review Moore Motion for Withdrawel of the Reference. | 0.20 hr | $38.00 |
| 01/12/2009 | JAS | Revise Complaint; review issue regarding filing Amended Complaints without leave of Court; review issue regarding additional revisions to operative complaint JML. | 0.40 hr | $76.00 |
| 01/15/2009 | JML | Discuss Motion to Withdraw Reference with J.Parrish and issues regaring jurisdiction of same. | 0.50 hr | $100.00 |
| 01/20/2009 | JML | Review and analyze Motion to withdraw reference and analyze supporting case law. | 1.20 hr | $240.00 |
| 01/20/2009 | JML | Further amend complaint. | 0.50 hr | $100.00 |
| 01/20/2009 | JML | Finalize and submit notice of extension of time to respond to reference motion. | 0.40 hr | $80.00 |
| 01/22/2009 | JML | Further Amend Complaint to conform to applicable causes of action. | 1.60 hr | $320.00 |
| 01/23/2009 | JML | Further draft amended complaitn | 1.50 hr | $300.00 |
| 01/26/2009 | JML | Draft, edit, revise and finalize response to motion to withdrawal reference and file same. | 3.00 hr | $600.00 |

Total Professional Services: *$1,930.00*

**or Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 01/31/2009 | Photocopying Expense | $13.80 |

Total Disbursements Incurred: *$13.80*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JAS | $190.00 | 1.00 | $190.00 |
| JML | $200.00 | 8.70 | $1,740.00 |

For Professional Services:        9.70 Hours        $1,930.00

February 20, 2008
Matter ID:  6450-019

Invoice #  45831

Federal ID #  59-3366512

For Disbursements Incurred:                                    $13.80

**Total this Invoice:**                                    **$1,943.80**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

April 10, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-019
Mirabilis v. Moore, et. al.

Invoice # 46321
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/2009 | JER | Go over amended complaint to prepare for meeting with L. Green, client and attorneys for James Moore; review documents by B. Cuthill. | 1.30 hr | $390.00 |
| 02/11/2009 | JER | Meet with L. Green and J. Parrish regarding meeting with Amadeo; discuss factual issues. | 1.00 hr | $300.00 |
| 02/12/2009 | EEG | Meeting with J. Eden, C. Meltz and client regarding adversary proceeding. | 1.00 hr | $400.00 |
| 02/12/2009 | EEG | Telephone call with B. Cuthill regarding Mirabilis v. Moore. | 0.60 hr | $240.00 |
| 02/12/2009 | JER | Meet with L. Green and James Moore counsel to discuss case. | 1.00 hr | $300.00 |
| 02/17/2009 | EEG | Review timeline regarding Moore audit regarding Complaint issues. | 0.60 hr | $240.00 |
| 02/18/2009 | JML | Analyze and consider Motions to Dismiss and Motions for Sanctions and consider case law regarding support of the same. | 2.00 hr | $400.00 |
| 02/19/2009 | JML | Attend Status Conference on Adversary Complaints discuss factual allegations and results with opposing counsel, E.Green, B.Cuthill and J.Eden. | 2.00 hr | $400.00 |
| 02/19/2009 | JML | Continue to review supplimental case law regarding collateral estoppel and in pari delicto. | 2.00 hr | $400.00 |
| 02/19/2009 | EEG | Prepare for Pre-Trial Conference. | 0.50 hr | $200.00 |
| 02/19/2009 | EEG | Attend Pre-Trial Conference. | 0.30 hr | $120.00 |
| 02/19/2009 | JER | Prepare for and attend hearing; work on going through documents for amendments; research in pari cases. | 6.70 hr | $2,010.00 |
| 02/20/2009 | JML | Draft and finalize Order on Motion to Dismiss, discuss same with opposing counsel. | 0.50 hr | $100.00 |
| 02/23/2009 | JER | Meet with J. Luna to go over documents received from B. Cuthill and go over areas of inquiry for Amadeo. | 1.50 hr | $450.00 |
| 02/23/2009 | JER | Prepare for meeting with Amadeo. | 2.80 hr | $840.00 |
| 02/24/2009 | JER | Prepare for and meet with Mirabilis Amadeo; review of seven notebooks brought by Amadeo. | 4.70 hr | $1,410.00 |
| 03/01/2009 | JML | Review and analyze documents in Edie Curry binder | 1.00 hr | $200.00 |
| 03/19/2009 | JML | Discuss issues regarding adversary with counsel for Bob Pollack | 0.30 hr | $60.00 |

Total Professional Services:    *$8,460.00*

*Page 1*

April 10, 2009

Matter ID: 6450-019

Invoice # 46321

Federal ID # 59-3366512

### *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JER | $300.00 | 19.00 | $5,700.00 |
| EEG | $400.00 | 3.00 | $1,200.00 |
| JML | $200.00 | 7.80 | $1,560.00 |

| | | |
|---|---|---|
| For Professional Services: | *29.80* Hours | *$8,460.00* |
| New Charges this Invoice: | | *$8,460.00* |
| Previous Balance: | | *$5,904.64* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$5,904.64* |
| Plus New Charges this Invoice: | | *$8,460.00* |
| **Total Due:** | | ***$14,364.64*** |

Billed Through: March 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

May 21, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-019

Mirabilis v. Moore, et. al.

Invoice # 46841

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/10/2009 | JML | Analyze and consider case law regarding shareholder as actor for purposes of in pari delicto defense | 0.80 hr | $160.00 |
| 04/10/2009 | JML | Amend Complaint with newly discovered and verified facts | 1.20 hr | $240.00 |
| 04/15/2009 | JML | Analyze and consider fraudulent transfer case law regarding audit work and continue to amend complaint | 2.60 hr | $520.00 |
| 04/16/2009 | JML | Further Amend Complaint and discuss same with J.Eden | 2.00 hr | $400.00 |
| 04/16/2009 | JML | Analyze and consider case law regarding action by shareholder regarding in pari delicto and effect of fraudulent transfer lawsuit | 1.00 hr | $200.00 |
| 04/17/2009 | JML | Finalize and discuss Amended Complaint with J.Eden, prepare and file same | 2.40 hr | $480.00 |

Total Professional Services: *$2,000.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JML | $200.00 | 10.00 | $2,000.00 |

For Professional Services: *10.00* Hours    *$2,000.00*

**Total this Invoice:**    ***$2,000.00***

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

July 08, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-019

Mirabilis v. Moore, et. al.

Invoice # 47386

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2009 | JML | Analyze and consider motion for sanctions and motion to dismiss, prepare response to the same | 2.30 hr | $460.00 |
| 06/05/2009 | JML | Discuss issues regarding amended claim with opposing counsel, set meeting | 0.50 hr | $110.00 |
| 06/09/2009 | JML | Draft letter to Meltz regarding amending complaint | 0.60 hr | $132.00 |
| 06/10/2009 | JML | Draft letter regarding response to Rule 9011 Letter and tax advise. | 0.50 hr | $110.00 |
| 06/12/2009 | JML | Discuss issues regarding response to motion to withdraw reference and motion to dismiss with E.Green and consider local rules regarding response to the same. | 0.50 hr | $110.00 |

Total Professional Services:  *$922.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 06/30/2009 | Photocopying Expense | $7.40 |

Total Disbursements Incurred:  *$7.40*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $200.00 | 2.30 | $460.00 |
| JML | $220.00 | 2.10 | $462.00 |

| | | |
|---|---|---|
| For Professional Services: | *4.40* Hours | $922.00 |
| For Disbursements Incurred: | | $7.40 |
| **Total this Invoice:** | | **$929.40** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

August 17, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# I N V O I C E

Matter ID: 6450-019
Mirabilis v. Moore, et. al.

Invoice # 47880
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/01/2009 | JML | Analyze and consider case law regarding duty to correct audit report. | 1.50 hr | $330.00 |
| 07/05/2009 | JML | Analyze and consider case law regarding duty to correct audit statement. | 1.20 hr | $264.00 |
| 07/06/2009 | JER | Work on outstanding issues for filing of amended complaints. | 6.70 hr | $2,010.00 |
| 07/08/2009 | JER | Work on legal issues with Berman. | 3.90 hr | $1,170.00 |
| 07/12/2009 | JML | Discuss issues regarding second amended complaint, confer with C.Meltz regarding same | 0.50 hr | $110.00 |
| 07/15/2009 | JML | Discuss issues regarding amended complaint with B.Cuthill and J.Eden | 2.50 hr | $550.00 |
| 07/22/2009 | JER | Work on complaints and discovery issues. | 8.40 hr | $2,520.00 |
| 07/27/2009 | JER | Review more documents for B. Cuthill. | 2.10 hr | $630.00 |
| 07/29/2009 | JER | Prepare for and attend meeting with B. Cuthill. | 2.30 hr | $690.00 |
| 07/30/2009 | JER | Review correspondence and documents from B. Cuthill. | 1.70 hr | $510.00 |

Total Professional Services: *$8,784.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| JER | $300.00 | 25.10 | $7,530.00 |
| JML | $220.00 | 5.70 | $1,254.00 |

August 17, 2009

Matter ID: 6450-019

Invoice # 47880

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *30.80* Hours | *$8,784.00* |
| New Charges this Invoice: | | *$8,784.00* |
| Previous Balance: | | *$17,294.04* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$17,294.04* |
| Plus New Charges this Invoice: | | *$8,784.00* |
| **Total Due:** | | **$26,078.04** |

Billed Through: July 31, 2009