# EXHIBIT C

In Re: Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

## EXPENSES/COSTS

| | | |
|---|---|---:|
| Facsimiles | $ | 12.95 |
| ($1 first page/$.45 add'l pages) | | |
| Federal Express | $ | 270.38 |
| Filing Fees | $ | 1,241.00 |
| Court Reporter/Transcript | $ | 188.10 |
| Mediation Fees | $ | 843.75 |
| Photocopy | $ | 6,214.25 |
| Postage | $ | 810.71 |
| Research | $ | 3,196.73 |
| (on-line or search service) | | |
| Telephone | $ | 381.19 |
| Travel (Airfare, Meals, Mileage, Parking) | $ | 2,306.65 |
| **TOTAL** | $ | 15,465.71 |

Excluded charges:

| | |
|---|---|
| In-house messenger: | $218.66 |
| PACER: | $672.00 |
| Secretarial Overtime: | $382.50 |

# EXHIBIT D

In Re: Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

# AFFIDAVIT

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                           CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                         CHAPTER 11

                    Debtor.
_____/

**AFFIDAVIT IN SUPPORT OF FINAL APPLICATION OF ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $509,965.50 AND REIMBURSEMENT OF EXPENSES i/a/o $15,465.71 AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $19,000.00**

STATE OF FLORIDA    )
                    )
COUNTY OF ORANGE    )

     **BEFORE ME**, the undersigned authority, personally appeared Elizabeth A. Green, who, being duly sworn, deposes and says:

     1.    I am a partner with Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), a Florida limited liability partnership engaged in the practice of law, and in that capacity have control over the books and records of Latham Shuker relating to the matter set forth herein, which books and records are kept and maintained by Latham Shuker in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

     2.    I am the billing and responsible attorney assigned by Latham Shuker to represent the Debtor.

     3.    I have reviewed Latham, Shuker, Eden & Beaudine, LLP's Final Application for Award of Attorneys' Fees and Reimbursement of Expenses filed concurrent herewith, and all

attachments accurately reflect the time and expenses of Latham Shuker for the periods set forth herein for representation of the Debtor.

    4.    I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
ELIZABETH A. GREEN

STATE OF FLORIDA    )
COUNTY OF ORANGE  )

Sworn to and subscribed before me this 19TH day of August 2009 by **Elizabeth A. Green**, who is personally known to me.



_____
Signature of Person Taking Acknowledgment
Print Name:_____
Title: Notary Public
Serial No. (if any) _____
Commission Expires: _____

[NOTARY SEAL]