UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,  CHAPTER 11

Debtor.
_____/

## FINAL APPLICATION OF KPMG FOR AWARD OF FEES i/a/o $56,755.00 AND NOTICE OF ESTIMATED FEES i/a/o $49,995.00

**MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf KPMG, LLP ("Applicant"), tax accountants for Debtor, their final application ("Final Application") for award of compensation for services in the amount of $56,755.00 for the period commencing June 11, 2009 through July 31, 2009 ("Application Period") and for approval of estimated fees and expenses in the amount of $49,995.00 for the period August 1, 2009 through September 16, 2009, the date set for the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); for a total award sought of $106,750.00, and, in support thereof, states:

1. On May 27, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date"). No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession

2. Debtor's application to retain Applicant was filed on August 14, 2009 (Doc No. 235) to provide tax accounting services, including tax return preparation, for the Debtor.

3. Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and the other criteria used by the Court in setting such fees.

4.  No advance retainer was paid.

5.  The professional services rendered on behalf of Debtor for which an award of final compensation is sought by Applicant involve the review and analysis of 2006, 2007, and 2008 accounting records for over 32 separate Mirabilis-related entities, including preparation of the initial trial balances and tax workpapers to support the tax returns to be prepared.

6.  Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for the services provided in this case.

7.  Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Final Application is both fair and reasonable.

8.  In considering the foregoing criteria in this case, several matters should be noted:

    a.  Applicant is comprised of established and experienced certified public accounts. Applicant has extensive experience in handling accounting and tax services matters; and

    b.  The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar cases.

9.  Applicant also requests approval of the estimated compensation for services in the amount of $49,995.00 for the period August 1, 2009 through September 16, 2009. Attached as **Exhibit B** is a statement setting forth the projected services to be provided as well as the estimated fees and hours required to perform those services

2

U:\BKRY\MIRABILIS\PLDG\FEE APP-KPMG FINAL.DOC

10. Attached as **Exhibit C** is the affidavit of Matthew J. Donnelly in support of this Final Application.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded: (i) final compensation for services in the amount of $56,755.00 and approval of estimated fees and expenses in the amount of $49,995.00, for a total award for the Final Application Period of $106,750.00 as part of the fees and expenses of administration of the Mirabilis Ventures, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 19th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600546
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,         CHAPTER 11

                Debtor.
_____/

## Certificate of Service

     I HEREBY CERTIFY that a true copy of the **FINAL APPLICATION OF KPMG FOR AWARD OF FEES i/a/o $56,755.00 AND NOTICE OF ESTIMATED FEES i/a/o $49,995.00**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Matthew Donnelly/Kirtus Bocox, KPMG, LLP, 111 North Orange Avenue, Suite 1600, Orlando, FL 32801; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 19th of August 2009.

                                                        /s/ Elizabeth A. Green
                                                        Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

**EXHIBIT A**

**EXHIBIT A**

U:\BKRY\MIRABILIS\PLDG\FEE APP-KPMG FINAL.DOC



August 11, 2009
Invoice:

| PLEASE REMIT TO: |
| --- |
| **Check Information:** |
| KPMG LLP |
| Dept. 0572 |
| P.O. BOX 120001 |
| DALLAS, TX 75312-0572 |
| |
| TIN: 13-5565207 |

MIRABILIS VENTURES, INC.
ATTN: MR. R. W. CUTHILL, JR.
341 N. MAITLAND AVENUE, SUITE 210
MAITLAND, FLORIDA 32751

Business Unit:   US194   Client Number:
Project Number(s):

Billing for professional services rendered from June 11, 2009 through July 31, 2009 in connection with the following:

Review and analysis of 2006, 2007, and 2008 trial balances,
Income statements and balance sheets to determine book/tax
differences and to determine additional information needed to
complete tax returns for over 32 separate company entities.

|  | Rate | Hours | Total billed |
| --- | --- | --- | --- |
| Manager | 250 | 5.7 | $1,425 |
| Senior Staff | 190 | 16.4 | $3,116 |
| Staff | 145 | 2.5 | $363 |
|  |  |  | **$4,904** |

Planning and procedures meetings with Bill Cuthill to discuss
open items on Mirabilis returns. Research, analysis and review
of potential tax issues on returns.

| Partner | 290 | 7.2 | $2,088 |
| --- | --- | --- | --- |
| Manager | 250 | 6.7 | $1,675 |
| Senior Staff | 190 | 2 | $380 |
| Staff | 145 | 11 | $1,595 |
|  |  |  | **$5,738** |

KPMG LLP, a U.S. limited liability partnership, is the U.S. member firm of KPMG International, a Swiss cooperative.

Please enclose remittance copy or reference our invoice number with payment.

Revised March 2008



Analysis review and preparation of fixed asset detail for all company and input into the software to prepare depreciation and amortization.

|  | Rate | Hours | Total billed |
|---|---|---|---|
| Manager | 250 | 3.3 | $825 |
| Staff | 145 | 3.3 | $479 |
|  |  |  | **$1,304** |

Coding of trial balances, input of trial balances into eworkpapers, preparation of tax workpapers to support tax returns. Preparation and review of 2006 and 2007 separate company tax workpapers and consolidated tax workpapers.

| Partner | 290 | 7.6 | $2,204 |
|---|---|---|---|
| Manager | 250 | 13.0 | $3,250 |
| Senior Staff | 190 | 52.4 | $9,956 |
| Staff | 145 | 60.0 | $8,700 |
|  |  |  | **$24,110** |

Progress billing on imputing tax workpapers into 2006 and 2007 Federal tax returns and review of 2006 and 2007 tax returns.

| Partner | 290 |  |  |
|---|---|---|---|
| Manager | 250 |  |  |
| Senior Staff | 190 | 58.5 | $11,115 |
| Staff | 145 | 66.1 | $9,585 |
|  |  |  | **$20,700** |

**Total Due**     $56,755

**WIRE INFORMATION:**
Bank of New York Mellon
500 Ross Street
Room 0940
Pittsburgh, PA 15262
ABA number: 043000261
Acct. number: 0050649
Please reference invoice number on the remittance.

**CHECK INFORMATION:**
KPMG LLP
Dept. 0572
PO Box 120001
Dallas, TX 75312-0572
Please reference invoice number on remittance.

**EXHIBIT B**

**EXHIBIT B**



August 11, 2009
Invoice:

MIRABILIS VENTURES, INC.
ATTN: MR. R. W. CUTHILL, JR.
341 N. MAITLAND AVENUE, SUITE 210
MAITLAND, FLORIDA 32751

**PLEASE REMIT TO:**

**Check Information:**
KPMG LLP
Dept. 0572
P.O. BOX 120001
DALLAS, TX 75312-0572

TIN: 13-5565207

Business Unit: US194    Client Number:
Project Number(s):

Projected billing for professional services rendered from August 1, 2009 through September 15, 2009 in connection with the following:

| Completion of 2006 and 2007 returns. | Rate | Hours | Total billed |
|---|---|---|---|
| Partner | 290 | 5 | $1,450 |
| Manager | 250 | 10 | $2,500 |
| Senior Staff | 190 | 5 | $950 |
| Staff | 145 | 5 | $725 |
| | | | **$5,625** |

Preparation of State returns for 2006, 2007 and 2008.

| Partner | 290 | 10 | $2,900 |
|---|---|---|---|
| Manager | 250 | 25 | $6,250 |
| Senior Staff | 190 | 50 | $9,500 |
| Staff | 145 | 100 | $14,500 |
| | | | **$33,150** |

Preparation of 2008 tax workpapers and 2008 tax returns.

| Partner | 290 | 3 | $870 |
|---|---|---|---|
| Manager | 250 | 6 | $1,500 |
| Senior Staff | 190 | 14 | $2,660 |
| Staff | 145 | 28 | $4,060 |
| | | | **$9,090** |

KPMG LLP, a U.S. limited liability partnership, is the U.S. member firm of KPMG International, a Swiss cooperative.

Please enclose remittance copy or reference our invoice number with payment.

Revised March 2008

 

Preparation of Form 1139 tentative refund for 2005.

|              | Rate | Hours | Total billed |
|--------------|------|-------|--------------|
| Partner      | 290  | 1     | $290         |
| Manager      | 250  | 2     | $500         |
| Senior Staff | 190  | 4     | $760         |
| Staff        | 145  | 4     | $580         |
|              |      |       | $2,130       |

**Total Due**                                $49,995

**WIRE INFORMATION:**
Bank of New York Mellon
500 Ross Street
Room 0940
Pittsburgh, PA 15262
ABA number: 043000261
Acct. number: 0050649
Please reference invoice number on the remittance.

**CHECK INFORMATION:**
KPMG LLP
Dept. 0572
PO Box 120001
Dallas, TX 75312-0572
Please reference invoice number on remittance.

PLEASE PAY BY INVOICE NUMBER AND ENCLOSE REMITTANCE COPY
DUE UPON RECEIPT

**CLIENT COPY**

# EXHIBIT C

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                           CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                        CHAPTER 11

          Debtor.
_____/

AFFIDAVIT IN SUPPORT OF FINAL APPLICATION OF
KPMG FOR AWARD OF FEES i/a/o $56,755.00
AND NOTICE OF ESTIMATED FEES i/a/o $49,995.00

STATE OF FLORIDA     )
                     )
COUNTY OF ORANGE     )

     **BEFORE ME**, the undersigned authority, personally appeared Matthew J. Donnelly, who, being duly sworn, deposes and says:

    1. I am a Tax Managing Director with KPMG, LLP, a Florida limited liability partnership engaged in providing accounting services, and, in that capacity, have control over the books and records of KPMG, LLP, relating to the matter set forth herein, which books and records are kept and maintained by KPMG, LLP, in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

    2. I am the billing and responsible officer assigned by KPMG, LLP, to provided services to the Debtor.

    3. I have reviewed KPMG, LLP's Final Application for Award of Fees in the amount of $56,755.00 and Notice of Estimated Fees and Costs in the amount of $49,995.00, filed

concurrent herewith, and all attachments accurately reflect the time and expenses of KPMG, LLP, for the periods set forth herein for services provided to the Debtor.

    4.    I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
MATTHEW J. DONNELLY

STATE OF ~~FLORIDA~~ Missouri )
COUNTY OF ~~ORANGE~~ Clay )

Sworn to and subscribed before me this 19th day of August 2009, by **Matthew J. Donnelly**, [ ] who is personally known to me, or [✓] who did provide as identification _driver's license_

_____
Signature of Person Taking Acknowledgment
Print Name: Vickie A. Zeltner
Title: Notary Public
Serial No. (if any) 06429012
Commission Expires: 10-15-10

[NOTARY SEAL]

VICKIE A. ZELTNER
Notary Public - State of Missouri
My Commission Expires October 15, 2010
Clay County
Commission #06429012

2

U:\BKRY\MIRABILIS\PLDG\FEE AFF-KPMG FINAL.DOC