UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES,INC.,                  CHAPTER 11

                    Debtor.
_____/

APPLICATION OF BALCH & BINGHAM, L.L.P. FOR AWARD OF FEES i/a/o
$70,857.75 AND REIMBURSEMENT OF EXPENSES i/a/o $3,304.78

MIRABILIS VENTURES, INC. ("Debtor"), hereby submits, on behalf of the law firm

Balch & Bingham., L.L.P ("Applicant"), attorneys for Debtor, their application ("Application")

for award of compensation for services in the amount of $70,857.75 and reimbursement of actual

expenses in the amount of $3,304.78 for the following matters (hereinafter the "Mirabilis

Matters"), incurred from May 27, 2008 through July 31, 2009 )(See chart attached hereto as

Exhibit A):

(1)     **Due Diligence/D&O Complaint – ongoing analysis of potential claims against former officers, directors, insurers, and others**

(2)     **Mirabilis Ventures, Inc. And Nexia Strategy Corporation, v. Palaxar Group, LLC; Palaxar Holdings, LLC; Frank Hailstones; Edith Curry a/k/a Edith Broadhead; and Terence Chu**
        United States District Court Middle District of Florida, Orlando Division
        Case No.: 6:07-CV-1788-ORL-28-GJK

(3)     **Mirabilis Ventures, Inc., Allstaff Management, Inc., Allstaff Personnel Management, Inc. v. Jeffrey Reichel and Beverley Reichel,**
        In The State Court Of Gwinnett County, State Of Georgia, No. 08C-01558-4

(4)     **Mirabilis Ventures, Inc. and Pacific Atlantic Capital Corp. v. Forge Capital Partners, et al**
        In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida
        Number: 07-CA-13828

(5)    **Litigation Management and Coordination/Bankruptcy Litigation – coordination of multiple litigated matters in various courts**

In support of this Application, Debtor states the following:

1.    On May 27, 2008, Debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date").  No trustee has been appointed, and the Debtor is administering this case as debtor-in-possession.

2.    On March 13, 2009, this Court entered an order granting Debtor's application to retain Applicant to provide legal services and consultation, for the Debtor pro tanc (Doc. 150) This Order specifically identified the legal services which are the subject matter of this Application, i.e. the Mirabilis Matters.

3.    Debtor agreed to pay Applicant a reasonable fee to be determined by the Court based upon the actual services rendered and other criteria used by the Court in setting such fees.

4.    No advance retainer was paid.

5.    No prior application for fees or expenses has been made to this Court with respect to the Mirabilis Matters.

6.    The combined totals for all fees and expenses associated with the legal services from May 27, 2008 through July 31, 2009, rendered in the Mirabilis Matters by Applicant is $74,162.53 .

7.    This application *does not* include estimated fees and costs through September 16, 2009.  Applicant does not expect to incur any meaningful fees or expenses between the date of this Application and September 16, 2009.

8.    The professional services rendered on behalf of Debtor in the Mirabilis Matters, for which an award of compensation is sought by Applicant, involve the prosecution of three

commercial litigation matters, an evaluation of potential claims against former officers, directors, insurers, and others, as well as coordination of various litigated matters.

9.      These professional, legal services were required by Debtor, and authorized by this Court.

10.     Attached hereto as Exhibit B are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

11.     Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) Applicant's experience, reputation and ability, (e) awards in similar circumstances, and (f) the results obtained, the compensation sought in this Application is both fair and reasonable.

12.     In considering the foregoing certain criteria in this case, several matters should be noted.

        a.      Applicant is comprised of established and experienced attorneys. Applicant has extensive experience in handling commercial litigation matters, such as the Mirabilis Matters; and

        b.      The hourly rates charged by Applicant are reasonable and well within the range of fees normally charged for services of this kind rendered in similar case.

13.     Attached as Exhibit C is the declaration of Eric B. Langley in support of this Application.

WHEREFORE, Debtor respectfully requests that Applicant be awarded compensation for services rendered or to be rendered through September 16, 2009 in the Mirabilis Litigation in the amount of $70,857.75 and reimbursement of actual expenses in the amount of $3,304.78 for a total award for the Mirabilis Litigation of $74,162.53 as part of the fees and expenses of administration of the Mirabilis Ventures, Inc. Chapter 11 from July 31, 2008 through September 16, 2009.

Respectfully submitted this _19TH_ day of August 2009.

/s/ Elizabeth A. Green_____
Elizabeth A. Green
Florida Bar No. 0600546
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800; Fax: 407-481-5801
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO.  6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.**                    CHAPTER 11

                              Debtor.
_____/


### Certificate of Service

    **I HEREBY CERTIFY** that a true copy of the Application of Balch & Bingham, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 19th day of August 2009.


                                      /s/ Elizabeth A. Green
                                       Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES,INC.,**                    CHAPTER 11

                        Debtor.
_____/

**Chart of Attorneys Fees**

**Forge**

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| September 8, 2008 | 418287 | $3972.00 | $0 | $3972.00 |
| October 9, 2008 | 420389 | $84.00 | $0 | $84.00 |
| November 12, 2008 | 422430 | $967.00 | $138.03 | $1105.03 |
| March 12, 2009 | 429929 | $3360.50 | $5.20 | $3365.70 |
|  | **Total:** | **$8383.50** | **$143.23** | **$8526.73** |

**Palaxar**

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416450 | $3648.00 | 1.80 | $3649.80 |
| August 31, 2008 | 418081 | $1717.00 | .40 | $1717.40 |
| September 8, 2008 | 418286 | $939.50 | $0 | $939.50 |
| November 12, 2008 | 422429 | $442.50 | $0 | $442.50 |
|  | **Total:** | **$6747.00** | **$2.20** | **$6749.20** |

### Due Diligence/D&O Complaint

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416422 | $600.00 | $0 | $600.00 |
| | **Total** | **$600.00** | **$0** | **$600.00** |

### Litigation Management & Coordination/Bankruptcy Litigation

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416452 | $20,220.50 | $281.81 | $20,502.31 |
| August 31, 2008 | 418080 | $11,204.00 | $457.25 | $11,661.25 |
| September 8, 2008 | 418285 | $5509.00 | $1144.05 | $6653.05 |
| October 9, 2008 | 420388 | $2003.00 | $677.87 | $2680.87 |
| November 12, 2008 | 422428 | $1327.50 | $0 | $1327.50 |
| December 11, 2008 | 424718 | $964.00 | $0.30 | $964.30 |
| January 9, 2009 | 425917 | $452.75 | $0 | $452.75 |
| February 24,2009 | 429052 | $150.00 | $0.10 | $150.10 |
| April 8, 2009 | 431660 | $936.00 | $0 | $936.00 |
| May 12, 2009 | 433742 | $150.00 | $27.50 | $177.50 |
| June 11, 2009 | 435905 | $240.00 | $1.30 | $241.30 |
| August 10, 2009 | 439664 | $60.00 | $0 | $60.00 |
| | **Total** | **$43,216.75** | **$2590.18** | **$45,806.93** |

**Reichel**

| Date of Invoice | Invoice Number | Fees | Charges | Total Invoice |
|---|---|---|---|---|
| July 31, 2008 | 416435 | $9549.00 | $376.18 | $9925.18 |
| August 31, 2008 | 418082 | $427.50 | $0 | $427.50 |
| September 8, 2008 | 418288 | $313.00 | $0 | $313.00 |
| October 9, 2008 | 420390 | $260.00 | $16.40 | $276.40 |
| December 11, 2008 | 424721 | $909.00 | $176.59 | $1085.59 |
| May 12, 2009 | 433743 | $452.00 | $0 | $452.00 |
|  | **Total** | **$11910.50** | **$569.17** | **$12479.67** |

**Total Fees: $70,857.75**

**Total Charges: $3304.78**

**Total of all invoices: $74,162.53**