**DUE DILIGENCE/D&O COMPLAINT**

# B&B

## BALCH & BINGHAM LLP
### Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                July 31, 2008
Mr. Bill Cuthill                                        Client ID: 103728
341 N. Maitland Avenue., Ste 210                        Matter ID: 002
Maitland, FL 32751                                      Invoice: 416422

RE:       Due Diligence / D&O Complaint

| | |
|---|---:|
| Fees for Professional Services 05/27/08 Through 06/30/08 | 600.00 |
| Charges 05/27/08 Through 06/30/08 | 0.00 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **600.00** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AKS - Amy Steindorff | 2.40 | 250.00 | 600.00 |

*Please refer to invoice number 416422 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-002                                                    July 31, 2008
Invoice # 416422                                                 PAGE 2

RE: Due Diligence / D&O Complaint

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 05/27/2008 | AKS | Receipt and review bankruptcy materials from Mirabilis. | 0.20 | 50.00 |
| 06/17/2008 | AKS | Team meeting regarding all pending Mirabilis matters in preparation to response to inquiry from bankruptcy counsel. | 1.00 | 250.00 |
| 06/24/2008 | AKS | Confer with S. Taylor regarding status of Mirabilis litigation, D&O lawsuit. | 0.40 | 100.00 |
| 06/25/2008 | AKS | Provide A. Estes update on D&O complaint in preparation for his communication with bankruptcy counsel. | 0.70 | 175.00 |
| 06/27/2008 | AKS | Receipt of update regarding matters to be joined in bankruptcy litigation from L. Reese. | 0.10 | 25.00 |
| **TOTAL FEES** | | | $ | **600.00** |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | **600.00** |

**FORGE CAPITAL**

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 007
Invoice: 418287

RE:     Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 3,972.00 |
| Charges Through 08/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     3,972.00 |
| Balance Due on Previous Invoices | 2,291.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     6,263.50 |

### SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AME - Allen M. Estes | 3.60 | 295.00 | 1,062.00 |
| DRB - David R. Burkholder | 3.40 | 280.00 | 952.00 |
| JHC - Jennifer Clark | 8.90 | 220.00 | 1,958.00 |

*Please refer to invoice number 418287 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-007
Invoice # 418287

September 8, 2008
PAGE 2

RE: Forge Capital

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/07/2008 | DRB | Preparation for meeting; review correspondence; communications with A. Estes; meeting with Mr. Jimmy Parrish, A. Estes, E. Langley, and R. Campbell. | 2.50 | 700.00 |
| 08/07/2008 | AME | Work with D. Burkholder, R. Campbell and Mr. Jimmy Parrish regarding strategy for Forge matter, including need to remove case to Bankruptcy Court. | 3.60 | 1,062.00 |
| 08/20/2008 | JHC | Correspondence with D. Burkholder regarding status of case; review documentation relating to case in preparation for meeting. | 1.10 | 242.00 |
| 08/21/2008 | JHC | Continue reviewing pleadings, correspondence, and discovery requests and responses in preparation for meeting with D. Burkholder to discuss status of case; office conference with D. Burkholder to discuss discovery tasks to be completed upon expiration of bankruptcy stay; office conference with K. Corbin regarding updating and reviewing discovery files. | 2.30 | 506.00 |
| 08/21/2008 | DRB | Meeting with J. Clark regarding upcoming end to bankruptcy stay and strategy thereafter. | 0.90 | 252.00 |
| 08/25/2008 | JHC | Review documents relating to Atlantic American in connection with post-stay moving forward strategy. | 3.20 | 704.00 |
| 08/26/2008 | JHC | Continue reviewing documentation produced by defendants in connection with post-stay moving forward strategy. | 2.10 | 462.00 |
| 08/29/2008 | JHC | Review order from court setting hearing on Government's motion to stay; review related correspondence; notes to file regarding status of action. | 0.20 | 44.00 |

**TOTAL FEES** $ 3,972.00

**TOTAL FEES PLUS CHARGES** $ 3,972.00

ID: 103728-007                                              September 8, 2008
Invoice # 418287                                           PAGE 3

RE: Forge Capital

---

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| TOTALS: | | 2,291.50 | 0.00 | 2,291.50 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                      **$2,291.50**

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 007
Invoice: 418287

RE:       Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 3,972.00 |
| Charges Through 08/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ 3,972.00 |
| Balance Due on Previous Invoices | 2,291.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ 6,263.50 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

**B&B**

### BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                          October 9, 2008
Mr. Bill Cuthill                                                  Client ID: 103728
341 N. Maitland Avenue., Ste 210                                 Matter ID: 007
Maitland, FL 32751                                               Invoice: 420389

     RE:    Forge Capital

| | | |
|---|---|---:|
| Fees for Professional Services Through 09/30/08 | | 84.00 |
| Charges Through 09/30/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **84.00** |
| Balance Due on Previous Invoices | | 6,263.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **6,347.50** |

---

### S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DRB - David R. Burkholder | 0.30 | 280.00 | 84.00 |

*Please refer to invoice number 420389 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 420389

October 9, 2008
PAGE 2

RE: Forge Capital

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|--|-------|--------|
| 09/09/2008 | DRB | Work with R. Campbell, E. Langley, and A. Estes regarding upcoming hearing. | 0.10 | 28.00 |
| 09/22/2008 | DRB | Work with A. Estes regarding upcoming hearing. | 0.10 | 28.00 |
| 09/30/2008 | DRB | Telephone call and e-mail to Mr. Jimmy Parrish regarding upcoming hearing on defendants' motion for summary judgment. | 0.10 | 28.00 |

**TOTAL FEES**                                            $        84.00

**TOTAL FEES PLUS CHARGES**                    $        84.00

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 420389

October 9, 2008
PAGE 3

RE: Forge Capital

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| 418287 | 9/8/2008 | 3,972.00 | 0.00 | 3,972.00 |
| TOTALS: | | 6,263.50 | 0.00 | 6,263.50 |

**TOTAL DUE FROM PREVIOUS INVOICES:**          **$6,263.50**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 007
Invoice: 420389

RE:          Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 84.00 |
| Charges Through 09/30/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      84.00 |
| Balance Due on Previous Invoices | 6,263.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    6,347.50 |

**\* \* \* R E M I T T A N C E   C O P Y \* \* \***

*Please return this page with your payment*

# B&B

BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 007
Invoice: 422430

RE:    Forge Capital

| | | |
|---|---|---|
| Fees for Professional Services Through 10/31/08 | | 967.00 |
| Charges Through 10/31/08 | | 138.03 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **1,105.03** |
| Balance Due on Previous Invoices | | 6,347.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **7,452.53** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| EBL - Eric B. Langley | 0.20 | 295.00 | 59.00 |
| AME - Allen M. Estes | 0.80 | 295.00 | 236.00 |
| DRB - David R. Burkholder | 2.40 | 280.00 | 672.00 |

*Please refer to invoice number 422430 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 422430

November 12, 2008
PAGE 2

RE: Forge Capital

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 10/02/2008 | DRB | Telephone call and e-mail to Mr. Jimmy Parrish (message) regarding October 6 hearing; telephone conference with Mr. Jimmy Parrish and Ms. Elizabeth Green; analysis of statute of limitations issues. | 0.40 | 112.00 |
| 10/02/2008 | AME | Work with D. Burkholder regarding 10/6 hearing on motion to dismiss. | 0.20 | 59.00 |
| 10/03/2008 | AME | Work with D. Burkholder and Mr. Jimmy Parrish regarding Forge claims and upcoming 10/6 hearing. | 0.60 | 177.00 |
| 10/03/2008 | EBL | Work with D. Burkholder regarding potential dismissal of Forge case without prejudice and impact of the same; review of Florida Rules of Civil Procedure regarding dismissal without prejudice. | 0.20 | 59.00 |
| 10/03/2008 | DRB | Research on statute of limitations issues in Florida for each claim in the Forge matter; review of Florida Rule of Civil Procedure 1.420 and research on that rule; work with E. Langley; update to Mr. Jimmy Parrish. | 1.80 | 504.00 |
| 10/06/2008 | DRB | Telephone conference with Mr. Jimmy Parrish; update to R. Campbell, A. Estes, and E. Langley. | 0.20 | 56.00 |
| **TOTAL FEES** | | | $ | 967.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.10 |
| 10/03/08 | Westlaw Research Performed by DAVID R BURKHOLDER | 137.93 |
| **TOTAL CHARGES** | | $   138.03 |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | 1,105.03 |

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 422430

November 12, 2008
PAGE  3

RE:  Forge Capital

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| 418287 | 9/8/2008 | 3,972.00 | 0.00 | 3,972.00 |
| 420389 | 10/9/2008 | 84.00 | 0.00 | 84.00 |
| TOTALS: | | 6,347.50 | 0.00 | 6,347.50 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    $6,347.50

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 007
Invoice: 422430

RE:    Forge Capital

| | | |
|---|---|---:|
| Fees for Professional Services Through 10/31/08 | | 967.00 |
| Charges Through 10/31/08 | | 138.03 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **1,105.03** |
| Balance Due on Previous Invoices | | 6,347.50 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **7,452.53** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

**B\B**

BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                    March 12, 2009
Mr. Bill Cuthill                                           Client ID: 103728
341 N. Maitland Avenue., Ste 210                           Matter ID: 007
Maitland, FL 32751                                         Invoice: 429929

        RE:    Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 02/28/09 | 3,360.50 |
| Charges Through 02/28/09 | 5.20 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     3,365.70 |
| Balance Due on Previous Invoices | 7,452.53 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   10,818.23 |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| EBL - Eric B. Langley | 0.90 | 320.00 | 288.00 |
| AME - Allen M. Estes | 9.90 | 300.00 | 2,970.00 |
| MRC - Marcus Chatterton | 0.50 | 205.00 | 102.50 |

# BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 429929

March 12, 2009
PAGE 2

RE: Forge Capital

### SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 02/16/2009 | EBL | Work with A. Estes regarding claim valuation for bankruptcy trustee and counsel. | 0.40 | 128.00 |
| 02/16/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding potential Forge settlement and related issues; work with D. Burkholder regarding same; review documents regarding same. | 1.90 | 570.00 |
| 02/17/2009 | AME | Continue analysis of potential settlement options with Forge defendants to maximize recover for the estate; review Forge produced documents regarding same. | 0.30 | 90.00 |
| 02/18/2009 | AME | Work with D. Burkholder regarding analysis of claims value in Forge state court litigation; analyze same; telephone conference with Mr. Jimmy Parrish regarding same. | 1.10 | 330.00 |
| 02/19/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding potential Forge settlement; review Forge pleadings regarding same; work with D. Burkholder regarding same. | 0.50 | 150.00 |
| 02/20/2009 | AME | Emails with Mr. Bill Cuthill regarding case status information; telephone conference with Ms. Liz Greene and Mr. Jimmy Parrish regarding potential settlement of Forge matters; work with M. Chatterton regarding same. | 1.20 | 360.00 |
| 02/20/2009 | MRC | Work with A. Estes to review correspondence to identify those documents related to a possible recovery in the Forge matter. | 0.50 | 102.50 |
| 02/23/2009 | AME | E-mails with Mr. Bill Cuthill regarding Forge state court action; analyze additional facts provided by Mr. Cuthill; work with E. Langley regarding same and developing opinions regarding settlement options; memorandum to Mr. Cuthill regarding same. | 1.20 | 360.00 |
| 02/24/2009 | EBL | Work with A. Estes on case evaluation issues in connection with providing case evaluation to Mr. Bill Cuthill for use in settlement discussions. | 0.50 | 160.00 |
| 02/24/2009 | AME | Work with E. Langley regarding analysis of settlement possibilities in Forge lawsuits; telephone call to Mr. Jimmy Parrish regarding same; draft memorandum to Mr. Bill Cuthill regarding same. | 1.30 | 390.00 |
| 02/25/2009 | AME | E-mails with Mr. Bill Cuthill regarding settlement possibilities and analysis in Forge litigation; review documents regarding same; telephone call to Mr. Jimmy Parrish regarding settlement discussion and strategy. | 0.90 | 270.00 |
| 02/27/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding settlement strategy options and plan going forward; analyze additional documents and information noted by Mr. Parrish; work with Mr. Jimmy Parrish regarding strategies for various cases to recover for the estate; analyze same . | 1.50 | 450.00 |

## BALCH & BINGHAM LLP

ID: 103728-007                                    March 12, 2009
Invoice # 429929                                  PAGE 3


RE: Forge Capital


**TOTAL FEES**                                 $      3,360.50

---

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
|      | Long Distance | 1.20 |
|      | Photocopying | 4.00 |
| **TOTAL CHARGES** | | $     5.20 |

**TOTAL FEES PLUS CHARGES**                    $      3,365.70

BALCH & BINGHAM LLP

ID: 103728-007
Invoice # 429929

March 12, 2009
PAGE 4

RE: Forge Capital

---

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416785 | 7/31/2008 | 2,291.50 | 0.00 | 2,291.50 |
| 418287 | 9/8/2008 | 3,972.00 | 0.00 | 3,972.00 |
| 420389 | 10/9/2008 | 84.00 | 0.00 | 84.00 |
| 422430 | 11/12/2008 | 1,105.03 | 0.00 | 1,105.03 |
| TOTALS: | | 7,452.53 | 0.00 | 7,452.53 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$7,452.53**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

March 12, 2009
Client ID: 103728
Matter ID: 007
Invoice: 429929

RE:     Forge Capital

| | |
|---|---:|
| Fees for Professional Services Through 02/28/09 | 3,360.50 |
| Charges Through 02/28/09 | 5.20 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     3,365.70 |
| Balance Due on Previous Invoices | 7,452.53 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    10,818.23 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*