**PALAXAR**

# B&B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

July 31, 2008
Client ID: 103728
Matter ID: 004
Invoice: 416450

RE:    Palaxar

| | |
|---|---:|
| Fees for Professional Services 05/27/08 Through 06/30/08 | 3,648.00 |
| Charges 05/27/08 Through 06/30/08 | 1.80 |
| Prepayments Applied to Current Invoice | (    .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    3,649.80 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| JRC - J. Russell Campbell | 0.80 | 365.00 | 292.00 |
| AME - Allen M. Estes | 8.80 | 295.00 | 2,596.00 |
| LMR - Lindsay Reese | 3.80 | 200.00 | 760.00 |

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 416450

July 31, 2008
PAGE 2

RE: Palaxar

### S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 05/27/2008 | LMR | Receive and review of opposition to motion for extension; receive and review of bankruptcy filings; correspondence with A. Estes regarding filing of notices of bankruptcy. | 0.40 | 80.00 |
| 05/27/2008 | AME | E-mail to Mr. Aaron Bates regarding reply to Palaxar's response to summary judgment extension; review and analyze same. | 1.70 | 501.50 |
| 05/28/2008 | LMR | Receive and review of order denying motion for extension of time; correspondence with A. Estes and Mr. Aaron Bates regarding filing of notices of bankruptcy. | 0.30 | 60.00 |
| 05/28/2008 | AME | Work with L. Reese and Mr. Aaron Bates regarding case management and strategy issues. | 1.50 | 442.50 |
| 05/29/2008 | LMR | Receive and review of opposition to notice of bankruptcy/stay. | 0.30 | 60.00 |
| 05/30/2008 | AME | Work with L. Reese regarding bankruptcy effect on summary judgment response; e-mails with Mr. Aaron Bates regarding same. | 0.50 | 147.50 |
| 05/30/2008 | LMR | Work with E. Langley and A. Estes regarding staying of case due to bankruptcy; work on research tissues. | 0.90 | 180.00 |
| 06/02/2008 | LMR | Work with E. Langley and A. Estes regarding staying of case due to bankruptcy; correspondence with Mr. Aaron Bates regarding research findings and bankruptcy issues. | 0.40 | 80.00 |
| 06/02/2008 | AME | Work with L. Reese regarding effect bankruptcy was on Palaxar matter; emails with Mr. Aaron Bates regarding same. | 0.70 | 206.50 |
| 06/09/2008 | LMR | Calendar 60 day deadlines for mandatory updates to the Court. | 0.10 | 20.00 |
| 06/11/2008 | AME | Updated on bankruptcy process with Mr. Aaron Bates and R. Campbell; telephone conference with E. Langley regarding same; review pleadings regarding same. | 0.70 | 206.50 |
| 06/17/2008 | LMR | Review file documenting status of case in preparation for team meeting; correspondence with A. Estes regarding review of opposition to stay filed by Mr. Terrence Chu. | 0.20 | 40.00 |
| 06/18/2008 | LMR | Review of motion to reconsider stay and affidavit of Mr. Terrence Chu; correspondence with bankruptcy counsel regarding response. | 0.80 | 160.00 |
| 06/18/2008 | AME | Review and analyze motion to remove the stay; work with L. Reese regarding response to same. | 1.50 | 442.50 |
| 06/19/2008 | AME | Work with L. Reese regarding response to Palaxar's motion for relief from stay. | 1.20 | 354.00 |
| 06/23/2008 | LMR | Correspondence with A. Estes and bankruptcy counsel regarding filing of notice of appearance and response to defendants' opposition to the stay. | 0.20 | 40.00 |

BALCH & BINGHAM LLP

ID: 103728-004                                              July 31, 2008
Invoice # 416450                                           PAGE 3


RE: Palaxar


| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 06/26/2008 | AME | Work with L. Reese and Mr. Jimmy Parrish regarding response to motion to reconsider filed by Palaxar. | 0.70 | 206.50 |
| 06/26/2008 | JRC | Review and analysis of motion for reconsideration filed by Palaxar. | 0.80 | 292.00 |
| 06/27/2008 | AME | Work with Mr. Jimmy Parrish regarding response to motion to reconsider filed by Palaxar and case status. | 0.30 | 88.50 |
| 06/27/2008 | LMR | Correspondence with R. Campbell regarding status of Palaxar case, request for jury, and removal to bankruptcy court. | 0.20 | 40.00 |
| **TOTAL FEES** | | | $ | **3,648.00** |


| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 1.80 |
| **TOTAL CHARGES** | | $   **1.80** |


| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | **3,649.80** |

# B·B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 004
Invoice: 418081

RE:     Palaxar

| | | |
|---|---|---:|
| Fees for Professional Services Through 07/31/08 | | 1,717.00 |
| Charges Through 07/31/08 | | 0.40 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **1,717.40** |
| Balance Due on Previous Invoices | | 11,638.76 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **13,356.16** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| EBL - Eric B. Langley | 0.30 | 295.00 | 88.50 |
| AME - Allen M. Estes | 4.30 | 295.00 | 1,268.50 |
| LMR - Lindsay Reese | 1.80 | 200.00 | 360.00 |

*Please refer to invoice number 418081 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-004
Invoice # 418081

August 31, 2008
PAGE 2

RE: Palaxar

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/02/2008 | LMR | Review affidavits and filings made by defendant referencing the value of Nexia Certification; forward findings to A. Estes | 0.70 | 140.00 |
| 07/02/2008 | AME | Review and analyze documents from Mr. Bill Cuthill regarding Nexia and Edie Curry; work with L. Reese regarding same. | 2.90 | 855.50 |
| 07/03/2008 | AME | Memo to Mr. Bill Cuthill responding to request for information regarding Curry & Hailstones; review and analyze information from Mr. Cuthill regarding same. | 0.70 | 206.50 |
| 07/08/2008 | LMR | Review all scheduling orders, discovery and motions/orders in preparation for providing summary to bankruptcy counsel; draft summary and providing to A. Estes. | 0.90 | 180.00 |
| 07/09/2008 | EBL | Review of order from Judge Antoon on motion for reconsideration; work with A. Estes regarding implications of the same. | 0.30 | 88.50 |
| 07/29/2008 | LMR | Correspondence with bankruptcy counsel regarding update to be filed on Friday, August 1, 2008. | 0.10 | 20.00 |
| 07/30/2008 | AME | Work with L. Reese and Mr. Jimmy Parrish regarding bankruptcy update demanded by Judge Antoon; review discovery to be taken post stay. | 0.70 | 206.50 |
| 07/31/2008 | LMR | Correspondence with Mr. Jimmy Parrish regarding bankruptcy update to be filed with civil court. | 0.10 | 20.00 |
| **TOTAL FEES** | | | $ | 1,717.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.40 |
| **TOTAL CHARGES** | | $  0.40 |
| | | |
| **TOTAL FEES PLUS CHARGES** | | $  1,717.40 |

ID: 103728-004
Invoice # 418081

August 31, 2008
PAGE 3

RE: Palaxar

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416450 | 7/31/2008 | 3,649.80 | 0.00 | 3,649.80 |
| 416781 | 7/31/2008 | 7,988.96 | 0.00 | 7,988.96 |
| TOTALS: | | 11,638.76 | 0.00 | 11,638.76 |

**TOTAL DUE FROM PREVIOUS INVOICES:**      $11,638.76

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 004
Invoice: 418081

RE:     Palaxar

| | | |
|---|---|---|
| Fees for Professional Services Through 07/31/08 | | 1,717.00 |
| Charges Through 07/31/08 | | 0.40 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **1,717.40** |
| Balance Due on Previous Invoices | | 11,638.76 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **13,356.16** |

# B&B

## BALCH & BINGHAM LLP
### Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 004
Invoice: 418286

RE:    Palaxar

| | | |
|---|---|---|
| Fees for Professional Services Through 08/31/08 | | 939.50 |
| Charges Through 08/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | 939.50 |
| Balance Due on Previous Invoices | | 13,356.16 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | 14,295.66 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 2.10 | 295.00 | 619.50 |
| LMR - Lindsay Reese | 1.60 | 200.00 | 320.00 |

*Please refer to invoice number 418286 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 418286

September 8, 2008
PAGE 2

RE: Palaxar

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/01/2008 | LMR | Correspondence with Mr. Jimmy Parrish regarding bankruptcy update to be filed with civil court; review orders entered by court; correspondence with A. Estes regarding bankruptcy update. | 0.50 | 100.00 |
| 08/01/2008 | AME | Work with L. Reese regarding bankruptcy status report to Judge Antoon; review pleadings and documents regarding same. | 1.10 | 324.50 |
| 08/04/2008 | LMR | Correspondence with Mr. Jimmy Parrish and A. Estes regarding bankruptcy update to be filed with civil court; draft and e-file bankruptcy update. | 1.00 | 200.00 |
| 08/04/2008 | AME | Review and analyze status report filed by U.S. Attorney; work with Mr. Jimmy Parrish and L. Reese regarding same and MVI update to Court. | 1.00 | 295.00 |
| 08/08/2008 | LMR | Review of date for lifting of discovery to assess plans for completion of discovery. | 0.10 | 20.00 |

**TOTAL FEES**                                                             $          939.50

**TOTAL FEES PLUS CHARGES**                                  $          939.50

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 418286

September 8, 2008
PAGE 3

RE: Palaxar

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416450 | 7/31/2008 | 3,649.80 | 0.00 | 3,649.80 |
| 416781 | 7/31/2008 | 7,988.96 | 0.00 | 7,988.96 |
| 418081 | 8/31/2008 | 1,717.40 | 0.00 | 1,717.40 |
| TOTALS: | | 13,356.16 | 0.00 | 13,356.16 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$13,356.16**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 004
Invoice: 418286

RE:     Palaxar

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 939.50 |
| Charges Through 08/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     939.50 |
| Balance Due on Previous Invoices | 13,356.16 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     14,295.66 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

**BℬB**

BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 004
Invoice: 422429

RE:     Palaxar

| | |
|---|---:|
| Fees for Professional Services Through 10/31/08 | 442.50 |
| Charges Through 10/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      442.50 |
| Balance Due on Previous Invoices | 14,295.66 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   14,738.16 |

### S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 1.50 | 295.00 | 442.50 |

*Please refer to invoice number 422429 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 422429

November 12, 2008
PAGE 2

RE: Palaxar

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 10/27/2008 | AME | Review and analyze correspondence from Palaxar defendant counsel regarding motion to lift stay; forward with comment to Mr. Jimmy Parrish. | 0.30 | 88.50 |
| 10/28/2008 | AME | Emails with Mr. Jimmy Parrish regarding recent filings and need for MVI to take defensive measures. | 1.20 | 354.00 |
| **TOTAL FEES** | | | $ | 442.50 |

| **TOTAL FEES PLUS CHARGES** | | $ | 442.50 |

BALCH & BINGHAM LLP

ID: 103728-004
Invoice # 422429

November 12, 2008
PAGE 3

RE: Palaxar

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416450 | 7/31/2008 | 3,649.80 | 0.00 | 3,649.80 |
| 416781 | 7/31/2008 | 7,988.96 | 0.00 | 7,988.96 |
| 418081 | 8/31/2008 | 1,717.40 | 0.00 | 1,717.40 |
| 418286 | 9/8/2008 | 939.50 | 0.00 | 939.50 |
| TOTALS: | | 14,295.66 | 0.00 | 14,295.66 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$14,295.66**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 004
Invoice: 422429

RE:      Palaxar

| | | |
|---|---|---|
| Fees for Professional Services Through 10/31/08 | | 442.50 |
| Charges Through 10/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **442.50** |
| Balance Due on Previous Invoices | | 14,295.66 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **14,738.16** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

**REICHEL**

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                   July 31, 2008
Mr. Bill Cuthill                                           Client ID: 103728
341 N. Maitland Avenue., Ste 210                           Matter ID: 008
Maitland, FL 32751                                         Invoice: 416435

RE:    Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services 05/27/08 Through 06/30/08 | 9,549.00 |
| Charges 05/27/08 Through 06/30/08 | 376.18 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **9,925.18** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| JLH - James L. Hollis | 16.00 | 315.00 | 5,040.00 |
| GWG - Geremy Gregory | 16.20 | 220.00 | 3,564.00 |
| NW - Nicola Wages | 7.00 | 135.00 | 945.00 |

*Please refer to invoice number 416435 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-008                                                    July 31, 2008
Invoice # 416435                                                 PAGE 2

RE: Jeffrey and Beverley Reichel

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 05/27/2008 | GWG | Draft Motion for Continuance. | 0.80 | 176.00 |
| 05/27/2008 | JLH | Exchange e-mails with Mr. David Lichter regarding subpoena; review calendar notice and bankruptcy filing; coordinate efforts and remove from calendar; conference with G. Gregory regarding same. | 2.00 | 630.00 |
| 05/28/2008 | JLH | Review bankruptcy filing; review rules regarding automatic stay. | 0.40 | 126.00 |
| 05/28/2008 | GWG | Telephone call to Mark Lee regarding affidavit for Reply Brief. | 0.40 | 88.00 |
| 05/29/2008 | GWG | Draft Motion for Continuance; revisions to Reply Brief. | 0.60 | 132.00 |
| 05/30/2008 | GWG | Meeting with J. Hollis regarding Mirabilis bankruptcy; telephone calls to Mr. Gary Barnes, Pete Beasley and Aaron Bates regarding Mirabilis bankruptcy; revisions to Reply Brief. | 2.00 | 440.00 |
| 05/30/2008 | JLH | Review rules regarding conflicts of interest; review scheduling orders and calendar information; telephone conference with E. Langley and Mr. David Burkholder regarding bankruptcy; telephone conference with Mr. Gary Barnes regarding settlement offer; conference with G. Gregory regarding same. | 6.20 | 1,953.00 |
| 05/30/2008 | NW | Review supplemental discussion regarding production of documents; calendar due date for same. | 0.20 | 27.00 |
| 05/31/2008 | GWG | Continue drafting Motion for Continuance. | 1.60 | 352.00 |
| 06/02/2008 | NW | Review final version of Defendant's Motion for Continuance; prepare cover letter to clerk, mail same and serve opposing counsel; draft cover letter for hand-delivery to Judge South; assemble and prepare exhibits for brief; redact and prepare Stock Purchase Agreement for filing; revise Defendant's Motion for Continuance. | 3.00 | 405.00 |
| 06/02/2008 | GWG | Draft Motion for Continuance; draft correspondence regarding notification of conflict of interest; draft e-mails to and from Mr. Aaron Bates regarding same; telephone call to Mr. Steve Hardy regarding substitution of counsel; draft supplemental motion for continuance. | 6.20 | 1,364.00 |
| 06/02/2008 | JLH | Telephone conference with Mr. Aaron Bates regarding manual litigation and conflict with Allstaff; exchange e-mail with Mr. Eric Langley regarding same; revise Motion for Continuance; conference with G. Gregory regarding same; conference with Mr. David Burkholder regarding bankruptcy effect. | 3.60 | 1,134.00 |
| 06/03/2008 | JLH | Telephone conference with Mr. Gary Burnes regarding Motion for Continuance; conference with G. Gregory regarding same. | 0.60 | 189.00 |

BALCH & BINGHAM LLP

ID: 103728-008                                          July 31, 2008
Invoice # 416435                                        PAGE 3


RE: Jeffrey and Beverley Reichel


| DATE | ATTY | | HOURS | AMOUNT |
|------|------|--|-------|--------|
| 06/03/2008 | GWG | Telephone call with Mr. Gary Barnes regarding continuance; prepare for status conference call to Judge's chambers; revisions to Supplemental Motion for Continuance. | 2.80 | 616.00 |
| 06/03/2008 | NW | Prepare a follow-up letter to clerk by hand-delivery regarding a second filing of Defendant's Motion for Continuance, attaching only Exhibit A being the unredacted Stock Purchase Agreement; serve opposing counsel by facsimile. | 1.60 | 216.00 |
| 06/04/2008 | GWG | Telephone call from Judge's chambers regarding civil trial calendar and Motion for Continuance; telephone call with Mr. Steve Hardy regarding same. | 0.40 | 88.00 |
| 06/04/2008 | JLH | Review Motion for Continuance and correspondence regarding withdrawal. | 0.40 | 126.00 |
| 06/05/2008 | GWG | Telephone call from Judge's chambers regarding civil trial calendar and Motion for Continuance; telephone call with Steve Hardy regarding same. | 0.40 | 88.00 |
| 06/06/2008 | NW | Researched file and web for e-mail addresses for Aaron Bates, Elizabeth Green and Steve Hardy; e-mailed copy of signed Order of Continuance. | 0.60 | 81.00 |
| 06/09/2008 | NW | Contact clerk of Gwinnett State Court in order to verify Defendant's Motion for Continuance and civil action file number with previously filed pleadings. | 0.20 | 27.00 |
| 06/09/2008 | JLH | Telephone with Judge's clerk regarding continuance; exchange e-mails regarding same. | 0.40 | 126.00 |
| 06/10/2008 | NW | Prepare Notice of Substitution of Counsel. | 0.60 | 81.00 |
| 06/10/2008 | NW | Prepare Notice of Substitution of Counsel. | 0.60 | 81.00 |
| 06/11/2008 | GWG | Draft conflict waiver request. | 0.80 | 176.00 |
| 06/12/2008 | JLH | Review correspondence from Mr. David Lichter; prepare reply. | 0.40 | 126.00 |
| 06/16/2008 | NW | Review Order and calendar date for continuance of trial. | 0.20 | 27.00 |
| 06/17/2008 | JLH | Telephone conference with Mr. Allen Estes and Mr. Eric Langley regarding claims; prepare e-mail to same summarizing issues and claims; conference with G. Gregory regarding same. | 1.40 | 441.00 |
| 06/19/2008 | JLH | Prepare correspondence to Mr. David Lichter regarding subpoena and withdrawal. | 0.40 | 126.00 |
| 06/20/2008 | JLH | Exchange e-mail with Mr. Steve Hardy regarding file transition of Allstaff; work with G. Gregory regarding same. | 0.20 | 63.00 |
| 06/23/2008 | GWG | Telephone call with Mr. Steve Hardy regarding Florida subpoena. | 0.20 | 44.00 |
| **TOTAL FEES** | | | $ | **9,549.00** |

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 416435

July 31, 2008
PAGE 4

RE: Jeffrey and Beverley Reichel

| DATE | CHARGES | AMOUNT |
|---|---|---|
|  | Photocopying | 9.80 |
| 06/23/08 | Paid to the Order of - A Quick Delivery messenger service | 91.31 |
| 06/23/08 | Paid to the Order of - A Quick Delivery messenger service | 91.31 |
| 06/23/08 | Paid to the Order of - A Quick Delivery messenger service | 91.88 |
| 06/23/08 | Paid to the Order of - A Quick Delivery messenger service | 91.88 |
| **TOTAL CHARGES** |  | $    376.18 |
|  |  |  |
| **TOTAL FEES PLUS CHARGES** |  | $    9,925.18 |

# B&B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 008
Invoice: 418082

RE:    Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services Through 07/31/08 | 427.50 |
| Charges Through 07/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      **427.50** |
| Balance Due on Previous Invoices | 11,444.58 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   **11,872.08** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| JLH - James L. Hollis | 1.10 | 315.00 | 346.50 |
| NW - Nicola Wages | 0.60 | 135.00 | 81.00 |

*Please refer to invoice number 418082 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-008
Invoice # 418082

August 31, 2008
PAGE 2

RE: Jeffrey and Beverley Reichel

### S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|------|--------|
| 07/07/2008 | JLH | Revise summary and budget e-mail regarding Reichel claim for bankruptcy trustee. | 0.50 | 157.50 |
| 07/07/2008 | NW | Track discovery deadline and scheduling order for case; furnish G. Gregory with list of deadlines and the discovery that had been completed. | 0.60 | 81.00 |
| 07/08/2008 | JLH | Review e-mails regarding status; prepare update. | 0.60 | 189.00 |
| TOTAL FEES | | | $ | 427.50 |

**TOTAL FEES PLUS CHARGES**                                          $        427.50

ID: 103728-008
Invoice # 418082

August 31, 2008
PAGE 3

RE: Jeffrey and Beverley Reichel

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| TOTALS: | | 11,444.58 | 0.00 | 11,444.58 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                                       **$11,444.58**

Mirabilis Ventures, Inc.                                  August 31, 2008
Mr. Bill Cuthill                                          Client ID: 103728
341 N. Maitland Avenue., Ste 210                         Matter ID: 008
Maitland, FL 32751                                       Invoice: 418082


      RE:      Jeffrey and Beverley Reichel


| | | |
|---|---|---:|
| Fees for Professional Services Through 07/31/08 | | 427.50 |
| Charges Through 07/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | (  .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **427.50** |
| Balance Due on Previous Invoices | | 11,444.58 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **11,872.08** |

# B&B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                          September 8, 2008
Mr. Bill Cuthill                                                  Client ID: 103728
341 N. Maitland Avenue., Ste 210                                 Matter ID: 008
Maitland, FL 32751                                               Invoice: 418288

RE:    Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 313.00 |
| Charges Through 08/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      **313.00** |
| Balance Due on Previous Invoices | 11,872.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **12,185.08** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| JLH - James L. Hollis | 0.20 | 315.00 | 63.00 |
| GWG - Geremy Gregory | 0.40 | 220.00 | 88.00 |
| NW - Nicola Wages | 1.20 | 135.00 | 162.00 |

*Please refer to invoice number 418288 when submitting payment*
*Federal Tax ID# 63-0328165*

BARCH & BINGHAM LLP

ID: 103728-008
Invoice # 418288

September 8, 2008
PAGE 2

RE: Jeffrey and Beverley Reichel

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/27/2008 | JLH | Review status and Motion to Stay. | 0.20 | 63.00 |
| 08/29/2008 | GWG | Revisions to Motion to Stay. | 0.40 | 88.00 |
| 08/29/2008 | NW | Review status of case on-line at Gwinnett County State Court website; call to clerk regarding current status; prepare Motion to Stay Proceedings and Proposed Order. | 1.20 | 162.00 |
| **TOTAL FEES** | | | $ | 313.00 |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | 313.00 |

ID: 103728-008
Invoice # 418288

September 8, 2008
PAGE 3

RE: Jeffrey and Beverley Reichel

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| 418082 | 8/31/2008 | 427.50 | 0.00 | 427.50 |
| TOTALS: | | 11,872.08 | 0.00 | 11,872.08 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$11,872.08**

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 008
Invoice: 418288

RE:     Jeffrey and Beverley Reichel

| | | |
|---|---|---|
| Fees for Professional Services Through 08/31/08 | | 313.00 |
| Charges Through 08/31/08 | | 0.00 |
| Prepayments Applied to Current Invoice | | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **313.00** |
| Balance Due on Previous Invoices | | 11,872.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **12,185.08** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
### Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 008
Invoice: 420390

RE:    Jeffrey and Beverley Reichel

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 260.00 |
| Charges Through 09/30/08 | 16.40 |
| Prepayments Applied to Current Invoice | (        .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $        **276.40** |
| Balance Due on Previous Invoices | 12,185.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $        **12,461.48** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| GWG - Geremy Gregory | 0.20 | 220.00 | 44.00 |
| NW - Nicola Wages | 1.60 | 135.00 | 216.00 |

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 420390

October 9, 2008
PAGE 2

RE: Jeffrey and Beverley Reichel

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|--|-------|--------|
| 09/02/2008 | NW | Prepare Motion to Stay Proceedings and Proposed Order for mailing; prepare letter to clerk of court. | 0.80 | 108.00 |
| 09/02/2008 | GWG | Telephone call with Mr. Steve Hardy. | 0.20 | 44.00 |
| 09/12/2008 | NW | Place call to clerk regarding status of order; follow up regarding September 18, 2008 hearing to be removed from court docket; set reminder for review of the status of removal of September 18 hearing. | 0.40 | 54.00 |
| 09/16/2008 | NW | Review order; calendar Order staying proceedings expiration date; calendar 20 days prior to expiration date; place call to clerk and confirm hearing that is showing on court's calendar will be removed per order. | 0.40 | 54.00 |
| **TOTAL FEES** | | | $ | 260.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 16.40 |
| **TOTAL CHARGES** | | $ 16.40 |

| | | |
|--|--|--|
| **TOTAL FEES PLUS CHARGES** | $ | 276.40 |

# BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 420390

October 9, 2008
PAGE 3

RE: Jeffrey and Beverley Reichel

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| 418082 | 8/31/2008 | 427.50 | 0.00 | 427.50 |
| 418288 | 9/8/2008 | 313.00 | 0.00 | 313.00 |
| TOTALS: | | 12,185.08 | 0.00 | 12,185.08 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$12,185.08**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 008
Invoice: 420390

RE:      Jeffrey and Beverley Reichel

| | | |
|---|---|---|
| Fees for Professional Services Through 09/30/08 | | 260.00 |
| Charges Through 09/30/08 | | 16.40 |
| Prepayments Applied to Current Invoice | ( | .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **276.40** |
| Balance Due on Previous Invoices | | 12,185.08 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **12,461.48** |

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                 December 11, 2008
Mr. Bill Cuthill                                          Client ID: 103728
341 N. Maitland Avenue., Ste 210                         Matter ID: 008
Maitland, FL 32751                                       Invoice: 424721

RE:    Jeffrey and Beverley Reichel

| | | |
|---|---|---|
| Fees for Professional Services Through 11/30/08 | | 909.00 |
| Charges Through 11/30/08 | | 176.59 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **1,085.59** |
| Balance Due on Previous Invoices | | 12,461.48 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **13,547.07** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| GWG - Geremy Gregory | 1.80 | 220.00 | 396.00 |
| NW - Nicola Wages | 3.80 | 135.00 | 513.00 |

*Please refer to invoice number 424721 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-008                                         December 11, 2008
Invoice # 424721                                      PAGE 2

RE: Jeffrey and Beverley Reichel

### S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 11/03/2008 | GWG | Telephone calls with Ms. Elizabeth Green and J. Hollis regarding voluntary dismissal. | 0.40 | 88.00 |
| 11/03/2008 | NW | Review Jury Trial Calendar and calendar the following deadlines: deadline to Dismiss or Settle case; deadline to submit completed ADR form to Judge's office; deadline to make e-mail announcements; deadline to Request for Continuance. | 0.60 | 81.00 |
| 11/04/2008 | GWG | Draft letter to Ms. Elizabeth Green; meeting with J. Hollis regarding same. | 0.40 | 88.00 |
| 11/07/2008 | GWG | Telephone call with Ms. Elizabeth Green regarding voluntary dismissal; draft same. | 0.60 | 132.00 |
| 11/07/2008 | NW | Prepare Dismissal without Prejudice. | 0.80 | 108.00 |
| 11/10/2008 | NW | Amend Dismissal Without Prejudice; prepare document for filing and mail same to opposing counsel; schedule courier for court run; calendar deadlines for six-month tolling period and twenty-day reminder; prepare letter to Elizabeth Green regarding Dismissal. | 1.60 | 216.00 |
| 11/11/2008 | GWG | E-mail dismissal to Ms. Elizabeth Green; e-mail to chambers regarding voluntary dismissal. | 0.40 | 88.00 |
| 11/11/2008 | NW | Review file; prepare e-mail announcement and e-mail to G. Gregory. | 0.80 | 108.00 |

**TOTAL FEES**                                                 $      909.00

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 2.00 |
| 09/02/08 | Federal Express Invoice # 2-911-06682 from Nicola Wages to Clerk of Court. | 14.85 |
| 11/26/08 | Paid to the Order of - A Quick Delivery messenger service | 79.62 |
| 11/26/08 | Paid to the Order of - A Quick Delivery messenger service | 80.12 |

**TOTAL CHARGES**                                              $      176.59

**TOTAL FEES PLUS CHARGES**                                    $    1,085.59

BALCH & BINGHAM LLP

ID: 103728-008
Invoice # 424721

December 11, 2008
PAGE 3

RE:  Jeffrey and Beverley Reichel

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416435 | 7/31/2008 | 9,925.18 | 0.00 | 9,925.18 |
| 416786 | 7/31/2008 | 1,519.40 | 0.00 | 1,519.40 |
| 418082 | 8/31/2008 | 427.50 | 0.00 | 427.50 |
| 418288 | 9/8/2008 | 313.00 | 0.00 | 313.00 |
| 420390 | 10/9/2008 | 276.40 | 0.00 | 276.40 |
| TOTALS: | | 12,461.48 | 0.00 | 12,461.48 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$12,461.48**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

December 11, 2008
Client ID: 103728
Matter ID: 008
Invoice: 424721

RE:      Jeffrey and Beverley Reichel

| | | |
|---|---|---|
| Fees for Professional Services Through 11/30/08 | | 909.00 |
| Charges Through 11/30/08 | | 176.59 |
| Prepayments Applied to Current Invoice | | (       .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **1,085.59** |
| Balance Due on Previous Invoices | | 12,461.48 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **13,547.07** |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*