**LITIGATION MANAGEMENT**

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

July 31, 2008
Client ID: 103728
Matter ID: 003
Invoice: 416452

RE:    Litigation Management

| | |
|---|---:|
| Fees for Professional Services 05/27/08 Through 06/30/08 | 20,220.50 |
| Charges 05/27/08 Through 06/30/08 | 281.81 |
| Prepayments Applied to Current Invoice | (    .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    20,502.31 |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| JRC - J. Russell Campbell | 13.70 | 365.00 | 5,000.50 |
| EBL - Eric B. Langley | 4.30 | 295.00 | 1,268.50 |
| AME - Allen M. Estes | 28.00 | 295.00 | 8,260.00 |
| ETR - Eric T. Ray | 0.60 | 295.00 | 177.00 |
| DRB - David R. Burkholder | 11.40 | 280.00 | 3,192.00 |
| LMR - Lindsay Reese | 1.90 | 200.00 | 380.00 |
| MRC - Marcus Chatterton | 6.00 | 200.00 | 1,200.00 |
| KWC - Katy W. Corbin | 5.50 | 135.00 | 742.50 |

*Please refer to invoice number 416452 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-003
Invoice # 416452

July 31, 2008
PAGE 2

RE: Litigation Management

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|--|-------|--------|
| 05/27/2008 | EBL | Work on Coastal, bankruptcy and Reichel issues, including work with A. Estes, R. Campbell, D. Burkholder, and J. Hollis regarding the same. | 0.50 | 147.50 |
| 05/27/2008 | DRB | Communications with Mr. Aaron Bates, R. Campbell, L. Reese, E. Langley, and A. Estes; review new pleadings; review correspondence; communications with Mr. Bert Musick; fax to Mr. Robert Perrow; attempts to contact court; telephone call to Mr. Bates. | 2.10 | 588.00 |
| 05/28/2008 | DRB | Telephone call to and communications with Virginia court in the Coastal matter to notify the court of the bankruptcy filings; fax notice to court; communications with Mr. Aaron Bates and Mr. Bert Musick; communications with R. Campbell, L. Reese, E. Langley, and A. Estes. | 1.20 | 336.00 |
| 05/29/2008 | EBL | Work with Mr. Jim Hollis regarding issues in Reichel and Nuanual cases; work with L. Reese regarding Palaxar issues. | 0.20 | 59.00 |
| 05/30/2008 | DRB | Review correspondence regarding Coastal and other matters; telephone conference with J. Hollis; communications with R. Campbell, E. Langley, and A. Estes regarding bankruptcy. | 1.20 | 336.00 |
| 05/30/2008 | EBL | Work with J. Hollis regarding Allstaff, Reichel and Sasispim Nvanual issues, including impact of bankruptcy on the same. | 0.70 | 206.50 |
| 06/04/2008 | DRB | Review correspondence and review pleadings in Coastal; communications with Mr. Aaron Bates. | 0.30 | 84.00 |
| 06/06/2008 | AME | Work with D. Burkholder regarding Virginia action regarding Coastal. | 0.50 | 147.50 |
| 06/09/2008 | DRB | Review correspondence from Mr. Bob Perrow in Coastal; review draft court order and analyze; communications with Mr. Aaron Bates and Mr. Bert Musick; draft and send letter to Mr. Bates; telephone conference with Mr. Mike Anderson in Alternative Dispute Resolution; information gathered and forwarded to Mr. Anderson. | 1.50 | 420.00 |
| 06/09/2008 | LMR | Correspondence with Mr. Aaron Bates regarding suggestion of bankruptcy. | 0.10 | 20.00 |
| 06/11/2008 | DRB | Review correspondence; telephone calls from and to Mr. Jimmy Parrish re: Coastal matter. | 0.50 | 140.00 |
| 06/11/2008 | JRC | Participate in status conference call with Mr. Aaron Bates. | 0.30 | 109.50 |
| 06/12/2008 | DRB | Telephone conference with Mr. Jimmy Parrish regarding Coastal. | 0.30 | 84.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 416452

July 31, 2008
PAGE 3

RE:  Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 06/16/2008 | AME | Telephone conference with Mr. Jimmy Parrish regarding bankruptcy matters; work with M. Chatterton regarding same; emails and conferences with E. Langley and R. Campbell regarding same; review case files regarding status of all pending litigation. | 2.10 | 619.50 |
| 06/17/2008 | MRC | Work with R. Campbell, E. Langley, A. Estes, L. Reese, A. Steindorff, and K. Corbin to review status of all pending claims by and against Mirabilis in preparation for status conference with bankruptcy counsel; teleconference with E. Langley, A. Estes, and Mirabilis bankruptcy counsel regarding all Mirabilis claims that carry a potential of recovery. | 4.20 | 840.00 |
| 06/17/2008 | KWC | Meeting to discuss all cases and evaluation for bankruptcy; review online docket sheets for bankruptcy filing. | 1.00 | 135.00 |
| 06/17/2008 | LMR | Team meeting to discuss status of all matters and bankruptcy proceedings. | 0.80 | 160.00 |
| 06/17/2008 | AME | Telephone conference with Mr. Jimmy Parrish regarding status of MVI offensive actions; conference with E. Langley, R. Campbell and team regarding same. | 4.50 | 1,327.50 |
| 06/17/2008 | EBL | Team meeting regarding status of matters and evaluation of claims in preparation for telephone conference with bankruptcy counsel; telephone conference with Mr. Jimmy Parrish (bankruptcy counsel) regarding status/evaluation of various matters for pursuant in bankruptcy; review of Palaxar motion for reconsideration. | 2.50 | 737.50 |
| 06/18/2008 | AME | Work with M. Chatterton and L. Reese regarding summarizing case status for bankruptcy counsel. | 0.80 | 236.00 |
| 06/19/2008 | AME | Work with bankruptcy counsel regarding pending matters for Mirabilis. | 0.30 | 88.50 |
| 06/20/2008 | AME | Work with bankruptcy counsel regarding offensive Mirabilis matters including case status and strategy. | 1.20 | 354.00 |
| 06/23/2008 | AME | Work with Mr. Jimmy Parrish regarding memo to bankruptcy team regarding pending lawsuits; analyze status and future of same; review pleadings and correspondence regarding same. | 1.90 | 560.50 |
| 06/23/2008 | DRB | Review correspondence; communications with Mr. Aaron Bates; telephone conference with M. Chatterton. | 0.60 | 168.00 |
| 06/24/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy issues and case status of various matters; draft memo regarding same to MVI bankruptcy team. | 0.90 | 265.50 |
| 06/25/2008 | AME | Work with D. Burkholder and K. Corbin to draft strategy analysis for bankruptcy counsel and officers; work with R. Campbell and E. Ray regarding same; conference with E. Ray regarding bankruptcy matters regarding pending lawsuits. | 1.90 | 560.50 |
| 06/25/2008 | JRC | Prepare for 6/27 meetings; work with A. Estes regarding same. | 1.40 | 511.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 416452

July 31, 2008
PAGE 4

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|------|-------|--------|
| 06/25/2008 | MRC | Work with K. Corbin, A. Estes, and D. Burkholder to review and summarize outstanding claims by and against Mirabilis for use in meeting with bankruptcy counsel for Mirabilis. | 1.30 | 260.00 |
| 06/25/2008 | KWC | Preparation of case summaries for meeting with bankruptcy counsel | 2.50 | 337.50 |
| 06/25/2008 | DRB | Review correspondence; communications with M. Chatterton, K. Corbin, and A. Estes; draft summary of cases we are handling for meeting with bankruptcy counsel. | 2.50 | 700.00 |
| 06/25/2008 | ETR | Meet with R. Campbell and A. Estes regarding bankruptcy issues. | 0.60 | 177.00 |
| 06/25/2008 | LMR | Draft summaries of Mirabilis matters in preparation for meeting with bankruptcy counsel. | 0.60 | 120.00 |
| 06/26/2008 | LMR | Draft summaries of current Mirabilis matters in preparation for meeting with bankruptcy counsel; review pleadings and correspondence to confirm status. | 0.40 | 80.00 |
| 06/26/2008 | JRC | Prepare for 6/27 meetings with bankruptcy counsel and MVI President Bill Cuthill; travel to Orlando regarding same. | 4.50 | 1,642.50 |
| 06/26/2008 | MRC | Work with K. Corbin to check status of ongoing cases and determine the amount in controversy in the Premier Servicing, Hendricks, BKR, and Paysource matters for use in ongoing discussions with bankruptcy counsel. | 0.50 | 100.00 |
| 06/26/2008 | KWC | Continue work on charts summarizing pending cases. | 2.00 | 270.00 |
| 06/26/2008 | AME | Prepare for meeting with Ms. Liz Green, Mr. Jimmy Parrish and Mr. Bill Cuthill regarding Mirabilis bankruptcy special counsel role including drafting and editing chart of pending cases and discovery; work with R. Campbell regarding same; work with L. Reese and D. Burkholder regarding same; travel to Orlando, Florida for meetings. | 3.90 | 1,150.50 |
| 06/26/2008 | DRB | Gather information on various lawsuits and forward to A. Estes in preparation for meeting with bankruptcy counsel. | 1.20 | 336.00 |
| 06/27/2008 | AME | Meeting with Ms. Liz Green, Mr. Jimmy Parrish and Mr. Bill Cuthill in Orlando regarding Mirabilis bankruptcy special counsel role and strategy for ongoing cases; draft memo to Mr. Cuthill regarding same; return from Orlando, Florida. | 7.50 | 2,212.50 |
| 06/27/2008 | JRC | Prepare for and participate in meetings with Mr. Bill Cuthill; Ms. Liz Green and Mr. Jimmy Parrish and A. Estes; return travel regarding same. | 7.50 | 2,737.50 |
| 06/30/2008 | AME | Work with M. Chatterton and D. Burkholder regarding compiling strategies for various Mirabilis offensive matters; work with E. Langley and R. Campbell regarding same; draft memo to Mr. Bill Cuthill regarding same and other possible claims. | 2.50 | 737.50 |
| 06/30/2008 | EBL | Work with R. Campbell and A. Estes regarding going-forward strategy, representing bankruptcy estate. | 0.40 | 118.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 416452

July 31, 2008
PAGE 5

RE: Litigation Management

**TOTAL FEES**         $    20,220.50

| DATE | CHARGES | AMOUNT |
|---|---|---|
| | Long Distance | 7.00 |
| | Photocopying | 66.20 |
| | Telefax | 3.00 |
| 06/13/08 | Paid to the Order of - Russell J Campbell 5/12/08 Travel to/from Orlando to attend status meeting. | 167.61 |
| 06/18/08 | Paid to the Order of - LexisNexis CourtLink, Inc online research | 38.00 |

**TOTAL CHARGES**       $    281.81

**TOTAL FEES PLUS CHARGES**       $    20,502.31

# B&B

## BALCH & BINGHAM LLP
### Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 003
Invoice: 418080

RE:    Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 07/31/08 | 11,204.00 |
| Charges Through 07/31/08 | 457.25 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **11,661.25** |
| Balance Due on Previous Invoices | 36,653.43 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **48,314.68** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| JRC - J. Russell Campbell | 2.50 | 365.00 | 912.50 |
| EBL - Eric B. Langley | 0.40 | 295.00 | 118.00 |
| AME - Allen M. Estes | 23.30 | 295.00 | 6,873.50 |
| DRB - David R. Burkholder | 7.90 | 280.00 | 2,212.00 |
| JHC - Jennifer Clark | 0.70 | 220.00 | 154.00 |
| LMR - Lindsay Reese | 3.20 | 200.00 | 640.00 |
| MRC - Marcus Chatterton | 1.20 | 200.00 | 240.00 |
| KWC - Katy W. Corbin | 0.40 | 135.00 | 54.00 |

*Please refer to invoice number 418080 when submitting payment*
*Federal Tax ID# 63-0328165*

ID: 103728-003                                   August 31, 2008
Invoice # 418080                                 PAGE 2

RE: Litigation Management

## S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/01/2008 | LMR | Correspondence with A. Estes regarding status of Mirabilis matters; work on responding to request for specific information regarding discovery, motions, etc., for all Mirabilis matters conducted. | 0.20 | 40.00 |
| 07/01/2008 | JRC | Work on case status update to Mr. Bill Cuthill; correspondence to Mr. Cuthill regarding same; review information concerning Pacific Atlantic; with A. Estes regarding same. | 2.50 | 912.50 |
| 07/01/2008 | EBL | Work with A. Estes on assembly of case review information for evaluation in bankruptcy proceeding. | 0.20 | 59.00 |
| 07/01/2008 | AME | Review and analyze email memo from Mr. Bill Cuthill regarding Mirabilis investments in PAAC. | 2.10 | 619.50 |
| 07/02/2008 | MRC | Telephone call and voice message to Mr. Eric Adams of the Shutts & Bowen law firm regarding the disposition of the cases involving Mirabilis and Premier Servicing, LLC. | 0.40 | 80.00 |
| 07/02/2008 | DRB | Analysis of financial data from Mr. Bill Cuthill and work with A. Estes regarding the same. | 2.60 | 728.00 |
| 07/02/2008 | AME | Continue analysis of pending MVI offensive matters; review and analyze financial records from Mr. Bill Cuthill; work with D. Burkholder regarding same. | 1.50 | 442.50 |
| 07/03/2008 | DRB | Work on assembly of information regarding Forge case for litigation risks memorandum; work with A. Estes regarding the same. | 1.70 | 476.00 |
| 07/03/2008 | AME | Continue analysis of litigation risks for memo to Mr. Bill Cuthill; review and analyze latest correspondence from various opposing counsel and respond to same; review and analyze latest Bankruptcy Court Orders. | 0.90 | 265.50 |
| 07/07/2008 | AME | Work with Jim Hollis and others regarding updated memo to Mr. Bill Cuthill regarding Mirabilis litigation. | 1.50 | 442.50 |
| 07/08/2008 | AME | Continue analysis of Reichel and Stratis cases for Mr. Bill Cuthill. | 2.50 | 737.50 |
| 07/08/2008 | LMR | Review all scheduling orders, discovery and status of Stratis matter in preparation for providing summary to bankruptcy counsel; draft summary and providing to A. Estes. | 0.60 | 120.00 |
| 07/08/2008 | EBL | Work with A. Estes regarding Forge, Palaxar, Stratis, and Reichel analysis; correspondence with J. Hollis regarding Reichel status and strategy. | 0.20 | 59.00 |
| 07/09/2008 | AME | Telephone conference with Mr. Jimmy Parrish regarding MVI litigation matters; emails regarding same; analyze latest orders from various courts and memos to team members regarding same. | 1.70 | 501.50 |

ID: 103728-003
Invoice # 418080

August 31, 2008
PAGE 3

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/10/2008 | AME | Review and analyze financial documents and records from Mr. Bill Cuthill; work with D. Burkholder regarding same. | 1.40 | 413.00 |
| 07/11/2008 | DRB | Review of accounting documents to verify bankruptcy counsel's information; work with A. Estes. | 2.80 | 784.00 |
| 07/11/2008 | AME | Work with D. Burkholder regarding review of Mirabilis financials provided by Mr. Bill Cuthill regarding Pacific Atlantic, etc. | 1.70 | 501.50 |
| 07/14/2008 | AME | Review and analyze work from D. Burkholder regarding MVI investment in Coastal. | 1.20 | 354.00 |
| 07/16/2008 | AME | Memo to Mr. Bill Cuthill regarding status of several matters; work with M. Chatterton regarding Cadent strategy; work with D. Burkholder regarding Forge strategy; analyze documents regarding same; telephone message to Mr. Jimmy Parrish regarding same. | 2.30 | 678.50 |
| 07/18/2008 | DRB | Work on status update for Coastal case; communications with A. Estes regarding the same. | 0.30 | 84.00 |
| 07/22/2008 | AME | Emails with Mr. Bill Cuthill and Ms. Liz Greene regarding future litigation actions; analyze deadlines and strategy regarding same. | 0.40 | 118.00 |
| 07/23/2008 | AME | Work with L. Reese regarding status and strategy for Reichel, Cadent and Stratis cases. | 0.60 | 177.00 |
| 07/23/2008 | LMR | Correspondence with attorneys handling Mirabilis matters; add additional information to draft letter to bankruptcy counsel summarizing all matters. | 1.70 | 340.00 |
| 07/24/2008 | MRC | Research and review status of the Cadent / Premier Servicing lawsuit for use in assessing value of claims with the bankruptcy trustee; work with L. Reese regarding the same. | 0.80 | 160.00 |
| 07/24/2008 | LMR | Finalize summary of all cases in preparation for sending letter to bankruptcy counsel; correspondence with J. Hollis and M. Chatterton regarding status of cases. | 0.40 | 80.00 |
| 07/28/2008 | KWC | Review online database for docket sheets regarding Mirabilis bankruptcy. | 0.40 | 54.00 |
| 07/28/2008 | LMR | Finalize summary of all cases in preparation for sending letter to bankruptcy counsel; correspondence with G. Gregory regarding Reichel matter. | 0.30 | 60.00 |
| 07/28/2008 | AME | Memo to Jimmy Parrish and Mr. Bill Cuthill regarding litigation strategies including discovery and trial analysis; work with L. Reese and D. Burkholder regarding same. | 1.50 | 442.50 |
| 07/29/2008 | AME | Work with L. Reese and Jimmy Parrish regarding Palaxar strategy; work with Jimmy Parrish and Jim Hollis regarding Reichel strategy. | 2.00 | 590.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418080

August 31, 2008
PAGE 4

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 07/30/2008 | AME | Work regarding Reichel matter with Mr. Jimmy Parrish and Jim Hollis; analyze potential strategy regarding same; analyze strategy for post Stay discovery in AL matters. | 1.20 | 354.00 |
| 07/31/2008 | AME | Telephone conference and emails with Mr. Jimmy Parrish regarding litigation strategies and updates; emails regarding same; work with L. Reese regarding same; emails with D. Burkholder regarding same; emails with E. Langley and R. Campbell regarding same. | 0.80 | 236.00 |
| 07/31/2008 | DRB | Work on managing Forge issues, including work with A. Estes regarding the same. | 0.50 | 140.00 |
| 07/31/2008 | JHC | Office conference with D. Burkholder regarding background on case; begin reviewing documents relating to action. | 0.70 | 154.00 |
| **TOTAL FEES** | | | $ | **11,204.00** |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 4.80 |
| 07/02/08 | Paid to the Order of - Allen Estes 6/26/08 Travel to/from Orlando with MRI Bankruptcy Team. | 404.95 |
| 07/17/08 | Paid to the Order of - LexisNexis CourtLink, Inc online search | 47.50 |
| **TOTAL CHARGES** | | $     457.25 |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | **11,661.25** |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418080

August 31, 2008
PAGE 5

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| TOTALS: | | 36,653.43 | 0.00 | 36,653.43 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$36,653.43**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

August 31, 2008
Client ID: 103728
Matter ID: 003
Invoice: 418080

RE:      Litigation Management

| | | |
|---|---|---|
| Fees for Professional Services Through 07/31/08 | | 11,204.00 |
| Charges Through 07/31/08 | | 457.25 |
| Prepayments Applied to Current Invoice | | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **11,661.25** |
| Balance Due on Previous Invoices | | 36,653.43 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **48,314.68** |

* * * **R E M I T T A N C E   C O P Y** * * *

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 003
Invoice: 418285

RE:     Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 08/31/08 | 5,509.00 |
| Charges Through 08/31/08 | 1,144.05 |
| Prepayments Applied to Current Invoice | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    6,653.05 |
| Balance Due on Previous Invoices | 48,314.68 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   54,967.73 |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| JRC - J. Russell Campbell | 2.40 | 365.00 | 876.00 |
| EBL - Eric B. Langley | 1.40 | 295.00 | 413.00 |
| AME - Allen M. Estes | 14.10 | 295.00 | 4,159.50 |
| LMR - Lindsay Reese | 0.10 | 200.00 | 20.00 |
| KWC - Katy W. Corbin | 0.30 | 135.00 | 40.50 |

*Please refer to invoice number 418285 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418285

September 8, 2008
PAGE 2

RE: Litigation Management

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/06/2008 | AME | Emails and telephone conference with Mr. Jimmy Parrish regarding litigated matters such as WinPar and Forge; review files regarding same to respond to requests; emails with R. Campbell regarding same; work with Mr. Parrish regarding bankruptcy filings; review same. | 2.50 | 737.50 |
| 08/07/2008 | KWC | Review online docket system for indictment against Frank Amodeo. | 0.30 | 40.50 |
| 08/07/2008 | EBL | Meeting with Mr. Jimmy Parrish regarding litigation management and strategy issues. | 0.50 | 147.50 |
| 08/07/2008 | JRC | Prepare for and participate in meeting with J. Parrish, E. Langley, A. Estes and D. Burkholder regarding update. | 1.40 | 511.00 |
| 08/07/2008 | AME | Work with Mr. Jimmy Parrish regarding overall case strategies; work with Mr. Parrish regarding analysis of Frank Amodeo indictment; analyze same. | 1.30 | 383.50 |
| 08/08/2008 | AME | Continue analysis to Frank Amodeo's indictment and impact on current cases. | 2.10 | 619.50 |
| 08/11/2008 | AME | Compile information and documents requested by Mr. Jimmy Parrish; work with M. Chatterton regarding same. | 0.50 | 147.50 |
| 08/22/2008 | EBL | Work with R. Campbell regarding the U.S. Government's motion to intervene/stay bankruptcy; telephone conference with Ms. Liz Green and Mr. Jimmy Parrish regarding the same. | 0.50 | 147.50 |
| 08/22/2008 | JRC | Prepare for and participate in telephone conference with Jimmy Parrish, Liz Green and E. langley regarding case status. | 1.00 | 365.00 |
| 08/22/2008 | AME | Emails with Mr. Jimmy Parrish, R. Campbell and E. Langley regarding government motion to intervene in bankruptcy case; review and analyze motion regarding same; emails with K. Corbin regarding same. | 0.90 | 265.50 |
| 08/25/2008 | AME | Work with R. Campbell regarding response to government motion to intervene; research regarding same; email with Mr. Jimmy Parrish regarding same. | 0.40 | 118.00 |
| 08/26/2008 | AME | Emails with Mr. Jimmy Parrish regarding DOJ motion to intervene and response to same; analyze argument responding to same. | 0.80 | 236.00 |
| 08/27/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy court filings; edit same;analyze DOJ filings regarding intervention; research regarding same. | 2.10 | 619.50 |
| 08/27/2008 | EBL | Review and revise application /affidavit for appointment as special counsel | 0.20 | 59.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418285

September 8, 2008
PAGE 3

RE: Litigation Management

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 08/28/2008 | AME | Work with E. Langley and Mr. Jimmy Parrish regarding filing with bankruptcy court and strategy regarding same; work with L. Reese regarding Palaxar updates filed with Judge and next round of same; analyze deadlines in all matters per Mr. Parrish. | 1.60 | 472.00 |
| 08/29/2008 | AME | Work with Mr. Jimmy Parrish regarding evidentiary hearing on DOJ motion to intervene; work with R. Campbell and E. Langley regarding same. | 1.90 | 560.50 |
| 08/29/2008 | LMR | Finalize summary of all cases in preparation for sending letter to bankruptcy counsel; correspondence with G. Gregory regarding Reichel matter. | 0.10 | 20.00 |
| 08/29/2008 | EBL | Work with K. Corbin and A. Estes regarding hearing to stay bankruptcy proceeding. | 0.20 | 59.00 |
| **TOTAL FEES** | | | $ | **5,509.00** |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.20 |
| | Photocopying | 14.60 |
| | Telefax | 2.00 |
| 08/11/08 | Paid to the Order of - American Express Co (TRS) R. Campbell- Travel to meet with Bankrupcy offical | 795.00 |
| 08/12/08 | Paid to the Order of - Russell J Campbell 6/26-27/08 Travel with A. Estes to meet with Mirabilis Executives and discuss strategy. | 332.25 |
| **TOTAL CHARGES** | | $ **1,144.05** |
| **TOTAL FEES PLUS CHARGES** | | $ **6,653.05** |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 418285

September 8, 2008
PAGE 4

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| TOTALS: | | 48,314.68 | 0.00 | 48,314.68 |

**TOTAL DUE FROM PREVIOUS INVOICES:**           **$48,314.68**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

September 8, 2008
Client ID: 103728
Matter ID: 003
Invoice: 418285

RE:        Litigation Management

| | | |
|---|---|---:|
| Fees for Professional Services Through 08/31/08 | | 5,509.00 |
| Charges Through 08/31/08 | | 1,144.05 |
| Prepayments Applied to Current Invoice | ( | .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ | **6,653.05** |
| Balance Due on Previous Invoices | | 48,314.68 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ | **54,967.73** |

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 003
Invoice: 420388

RE:    Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 2,003.00 |
| Charges Through 09/30/08 | 677.87 |
| Prepayments Applied to Current Invoice | (       .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     **2,680.87** |
| Balance Due on Previous Invoices | 54,967.73 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     **57,648.60** |

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 6.60 | 295.00 | 1,947.00 |
| DRB - David R. Burkholder | 0.20 | 280.00 | 56.00 |

*Please refer to invoice number 420388 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 420388

October 9, 2008
PAGE 2

RE: Litigation Management

### S E R V I C E   D E T A I L

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 09/02/2008 | AME | Update with all trial teams regarding deadlines in various cases after bankruptcy stay expired. | 0.30 | 88.50 |
| 09/04/2008 | DRB | Straighten out invoice question from local counsel in Virginia. | 0.20 | 56.00 |
| 09/09/2008 | AME | Work with D. Burkholder regarding upcoming hearing regarding motion to dismiss in Forge and need for continuance; email to Mr. Jimmy Parrish regarding same. | 0.30 | 88.50 |
| 09/10/2008 | AME | Correspondence with Mr. Jimmy Parrish regarding upcoming deadlines. | 0.20 | 59.00 |
| 09/17/2008 | AME | Work with D. Burkholder and Mr. Jimmy Parrish regarding stay of Forge and other matters pending government intervention in bankruptcy. | 0.60 | 177.00 |
| 09/22/2008 | AME | Review Amodeo documents provided by Mr. Jimmy Parrish and comment regarding same to Mr. Jimmy Parrish and team regarding potential witnesses in bankruptcy case. | 1.25 | 368.75 |
| 09/23/2008 | AME | Review and analyze filings from DOJ regarding staying bankruptcy action or seizing estate funds. | 0.75 | 221.25 |
| 09/24/2008 | AME | Work with Mr. Jimmy Parrish regarding DOJ's latest filings attacking the estate. | 1.30 | 383.50 |
| 09/25/2008 | AME | Emails with Mr. Jimmy Parrish regarding US Attorney's motion to halt bankruptcy. | 0.40 | 118.00 |
| 09/30/2008 | AME | Emails with Mr. Bill Cuthill regarding updated case information; memo to Mr. Cuthill regarding same. | 1.50 | 442.50 |

**TOTAL FEES**                                                                $    **2,003.00**

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Photocopying | 6.80 |
| 09/26/08 | Paid to the Order of - Thompson McMullan Fees to Thompson McMullan law firm for expenses related to copying documents from Edith Broadhead case filed in Henrico Circuit Court in Virginia, including copying services, courier services, UPS fee | 671.07 |

**TOTAL CHARGES**                                                            $    **677.87**

BALCH & BINGHAM LLP

ID: 103728-003                                              October 9, 2008
Invoice # 420388                                           PAGE  3


RE:  Litigation Management


**TOTAL FEES PLUS CHARGES**                          **$      2,680.87**

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 420388

October 9, 2008
PAGE 4

RE:  Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| TOTALS: | | 54,967.73 | 0.00 | 54,967.73 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                              **$54,967.73**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

October 9, 2008
Client ID: 103728
Matter ID: 003
Invoice: 420388

RE:     Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 09/30/08 | 2,003.00 |
| Charges Through 09/30/08 | 677.87 |
| Prepayments Applied to Current Invoice | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ 2,680.87 |
| Balance Due on Previous Invoices | 54,967.73 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ 57,648.60 |

**\* \* \* R E M I T T A N C E   C O P Y \* \* \***

*Please return this page with your payment*

# B&B

## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                      November 12, 2008
Mr. Bill Cuthill                                              Client ID: 103728
341 N. Maitland Avenue., Ste 210                             Matter ID: 003
Maitland, FL 32751                                           Invoice: 422428


      RE:    Litigation Management


| | |
|---|---:|
| Fees for Professional Services Through 10/31/08 | 1,327.50 |
| Charges Through 10/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (    .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $    **1,327.50** |
| Balance Due on Previous Invoices | 57,648.60 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    **58,976.10** |


## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| AME - Allen M. Estes | 4.50 | 295.00 | 1,327.50 |


*Please refer to invoice number 422428 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 422428

November 12, 2008
PAGE 2

RE: Litigation Management

### SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 10/01/2008 | AME | Work with Mr. Jimmy Parrish and D. Burkholder regarding upcoming deadlines and hearings in various matters. | 0.50 | 147.50 |
| 10/03/2008 | AME | Work with L. Reese regarding subpoenas in various matters; email to Mr. Jimmy Parrish regarding same. | 0.20 | 59.00 |
| 10/16/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy motions to be filed and ruled on, and regarding effect of federal investigations on future efforts to collect for the estate. | 1.10 | 324.50 |
| 10/21/2008 | AME | Work with Mr. Jimmy Parrish regarding bankruptcy update, including analysis of D&O Complaint issues, malpractice action and Forge actions, as well as Win-Par recovery issues and strategies going forward; work with E. Langley regarding same. | 2.00 | 590.00 |
| 10/31/2008 | AME | Review and analyze latest pleadings from Federal Court actions; analyze latest indictments and efforts on bankruptcy actions. | 0.70 | 206.50 |

**TOTAL FEES**                                                                   $    1,327.50

**TOTAL FEES PLUS CHARGES**                                           $    1,327.50

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 422428

November 12, 2008
PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| TOTALS: | | 57,648.60 | 0.00 | 57,648.60 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$57,648.60**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

November 12, 2008
Client ID: 103728
Matter ID: 003
Invoice: 422428

RE:        Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 10/31/08 | 1,327.50 |
| Charges Through 10/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (          .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      **1,327.50** |
| Balance Due on Previous Invoices | 57,648.60 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $      **58,976.10** |

***REMITTANCE COPY***

*Please return this page with your payment*

**B&B**

BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                      December 11, 2008
Mr. Bill Cuthill                                              Client ID: 103728
341 N. Maitland Avenue., Ste 210                             Matter ID: 003
Maitland, FL 32751                                           Invoice: 424718

        RE:     Litigation Management

Fees for Professional Services Through 11/30/08                        964.00
Charges Through 11/30/08                                                 0.30

Prepayments Applied to Current Invoice                          (          .00)

**BALANCE DUE ON CURRENT INVOICE**                      $          964.30

Balance Due on Previous Invoices                                   58,976.10

**TOTAL DUE INCLUDING PREVIOUS BALANCE**                $       59,940.40

### S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| AME - Allen M. Estes | 3.20 | 295.00 | 944.00 |
| LMR - Lindsay Reese | 0.10 | 200.00 | 20.00 |

*Please refer to invoice number 424718 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003                                   December 11, 2008
Invoice # 424718                                 PAGE 2

RE: Litigation Management

### S E R V I C E   D E T A I L

| **DATE** | **ATTY** | | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/28/2008 | AME | Emails with Mr. Jimmy Parrish regarding recent filings and need for MVI to take defensive measures. | 3.00 | 885.00 |
| 11/21/2008 | LMR | Receive and review of motion to withdraw filed by Shutts & Bowen in Palaxar case. | 0.10 | 20.00 |
| 11/21/2008 | AME | Review and analyze motions filed in Palaxar case by AQMI counsel. | 0.20 | 59.00 |
| **TOTAL FEES** | | | $ | 964.00 |

| **DATE** | **CHARGES** | **AMOUNT** |
|---|---|---|
| | Long Distance | 0.30 |
| **TOTAL CHARGES** | | $ 0.30 |

**TOTAL FEES PLUS CHARGES**                     $   964.30

BALCH & BINGHAM LLP

ID: 103728-003                                    December 11, 2008
Invoice # 424718                                  PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| TOTALS: | | 58,976.10 | 0.00 | 58,976.10 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                          **$58,976.10**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

December 11, 2008
Client ID: 103728
Matter ID: 003
Invoice: 424718

RE:     Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 11/30/08 | 964.00 |
| Charges Through 11/30/08 | 0.30 |
| Prepayments Applied to Current Invoice | (        .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $       964.30 |
| Balance Due on Previous Invoices | 58,976.10 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    59,940.40 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

**B&B**

BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                    January 9, 2009
Mr. Bill Cuthill                                            Client ID: 103728
341 N. Maitland Avenue., Ste 210                           Matter ID: 003
Maitland, FL 32751                                         Invoice: 425917

      RE:     Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 12/31/08 | 452.75 |
| Charges Through 12/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | ( .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $ **452.75** |
| Balance Due on Previous Invoices | 59,940.40 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $ **60,393.15** |

## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| AME - Allen M. Estes | 1.25 | 295.00 | 368.75 |
| DRB - David R. Burkholder | 0.30 | 280.00 | 84.00 |

*Please refer to invoice number 425917 when submitting payment*
*Federal Tax ID# 63-0328165*

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

January 9, 2009
Client ID: 103728
Matter ID: 003
Invoice: 425917


RE:        Litigation Management


| | |
|---|---:|
| Fees for Professional Services Through 12/31/08 | 452.75 |
| Charges Through 12/31/08 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      452.75 |
| Balance Due on Previous Invoices | 59,940.40 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   60,393.15 |


* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 425917

January 9, 2009
PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|--------------:|------------:|-----------:|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| 424718 | 12/11/2008 | 964.30 | 0.00 | 964.30 |
| TOTALS: | | 59,940.40 | 0.00 | 59,940.40 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$59,940.40**

# B B

## BALCH & BINGHAM LLP

Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                    February 24, 2009
Mr. Bill Cuthill                                            Client ID: 103728
341 N. Maitland Avenue., Ste 210                           Matter ID: 003
Maitland, FL 32751                                         Invoice: 429052


RE:      Litigation Management


| | |
|---|---:|
| Fees for Professional Services Through 01/31/09 | 150.00 |
| Charges Through 01/31/09 | 0.10 |
| Prepayments Applied to Current Invoice | (     .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     **150.10** |
| Balance Due on Previous Invoices | 60,393.15 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $     **60,543.25** |


## S E R V I C E S   S U M M A R Y

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| AME - Allen M. Estes | 0.50 | 300.00 | 150.00 |

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 429052

February 24, 2009
PAGE 2

RE: Litigation Management

### SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 01/08/2009 | AME | Telephone conference with Mr. Jimmy Parrish regarding recent and upcoming settlement discussions with various counterparties; analyze strategy regarding same. | 0.50 | 150.00 |
| **TOTAL FEES** | | | $ | 150.00 |

| DATE | CHARGES | AMOUNT |
|------|---------|--------|
| | Long Distance | 0.10 |
| **TOTAL CHARGES** | | $    0.10 |

| | | |
|---|---|---|
| **TOTAL FEES PLUS CHARGES** | $ | 150.10 |

BALCH & BINGHAM LLP

ID: 103728-003                                            February 24, 2009
Invoice # 429052                                         PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| 424718 | 12/11/2008 | 964.30 | 0.00 | 964.30 |
| 425917 | 1/9/2009 | 452.75 | 0.00 | 452.75 |
| TOTALS: | | 60,393.15 | 0.00 | 60,393.15 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$60,393.15**

BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

February 24, 2009
Client ID: 103728
Matter ID: 003
Invoice: 429052

RE:       Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 01/31/09 | 150.00 |
| Charges Through 01/31/09 | 0.10 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $     150.10 |
| Balance Due on Previous Invoices | 60,393.15 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $   60,543.25 |

* * * R E M I T T A N C E   C O P Y * * *

*Please return this page with your payment*



## BALCH & BINGHAM LLP
Attorneys and Counselors
P. O. Box 306
Birmingham, AL 35201
(205) 251-8100
(205) 226-8799 Fax

Mirabilis Ventures, Inc.                                April 8, 2009
Mr. Bill Cuthill                                         Client ID: 103728
341 N. Maitland Avenue., Ste 210                        Matter ID: 003
Maitland, FL 32751                                      Invoice: 431660

     RE:    Litigation Management

Fees for Professional Services Through 03/31/09                        936.00
Charges Through 03/31/09                                                 0.00

Prepayments Applied to Current Invoice                           (        .00)

**BALANCE DUE ON CURRENT INVOICE**                          $        936.00

Balance Due on Previous Invoices                                    60,543.25

**TOTAL DUE INCLUDING PREVIOUS BALANCE**                    $     61,479.25

## SERVICES SUMMARY

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| AME - Allen M. Estes | 2.40 | 300.00 | 720.00 |
| DRB - David R. Burkholder | 0.60 | 285.00 | 171.00 |
| LMR - Lindsay Reese | 0.20 | 225.00 | 45.00 |

*Please refer to invoice number 431660 when submitting payment*
*Federal Tax ID# 63-0328165*

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 431660

April 8, 2009
PAGE 2

RE: Litigation Management

## SERVICE DETAIL

| DATE | ATTY | | HOURS | AMOUNT |
|------|------|---|-------|--------|
| 03/02/2009 | AME | Analyze status of various matters with potential for recovery for the MVI estate and telephone conference with Mr. Jimmy Parrish regarding same. | 0.30 | 90.00 |
| 03/11/2009 | DRB | Telephone call to Mr. Jimmy Parrish. | 0.10 | 28.50 |
| 03/12/2009 | DRB | Telephone conference with Mr. Jimmy Parrish. | 0.10 | 28.50 |
| 03/13/2009 | AME | Work with Mr. Jimmy Parrish regarding settlements and future litigation to obtain money for the estate; work with D. Burkholder regarding same. | 0.40 | 120.00 |
| 03/16/2009 | AME | Work with L. Reese regarding status of litigated matters with potential for estate recovery. | 0.80 | 240.00 |
| 03/16/2009 | LMR | Correspond with A. Estes and review of scheduling order entered in Hendricks breach of contract case as it relates to specific upcoming deadlines and effect of bankruptcy proceeding on those deadlines. | 0.20 | 45.00 |
| 03/25/2009 | DRB | Locate and forward information to E. Langley regarding Hancock case and Mirabilis ownership of Hancock entities. | 0.40 | 114.00 |
| 03/30/2009 | AME | Receive and analyze Hendrick's motion to substitute counsel; e-mails with Mr. Jimmy Parrish regarding same and status of various litigated matters. | 0.90 | 270.00 |

TOTAL FEES                                                                    $       936.00

TOTAL FEES PLUS CHARGES                                           $       936.00

BALCH & BINGHAM LLP

ID: 103728-003
Invoice # 431660

April 8, 2009
PAGE 3

RE: Litigation Management

## PREVIOUS INVOICES OUTSTANDING

| INVOICE | DATE | AMOUNT BILLED | AMOUNT PAID | AMOUNT DUE |
|---------|------|---------------|-------------|------------|
| 416452 | 7/31/2008 | 20,502.31 | 0.00 | 20,502.31 |
| 417115 | 7/31/2008 | 16,151.12 | 0.00 | 16,151.12 |
| 418080 | 8/31/2008 | 11,661.25 | 0.00 | 11,661.25 |
| 418285 | 9/8/2008 | 6,653.05 | 0.00 | 6,653.05 |
| 420388 | 10/9/2008 | 2,680.87 | 0.00 | 2,680.87 |
| 422428 | 11/12/2008 | 1,327.50 | 0.00 | 1,327.50 |
| 424718 | 12/11/2008 | 964.30 | 0.00 | 964.30 |
| 425917 | 1/9/2009 | 452.75 | 0.00 | 452.75 |
| 429052 | 2/24/2009 | 150.10 | 0.00 | 150.10 |
| TOTALS: | | 60,543.25 | 0.00 | 60,543.25 |

**TOTAL DUE FROM PREVIOUS INVOICES:**                    **$60,543.25**

## BALCH & BINGHAM LLP

Mirabilis Ventures, Inc.
Mr. Bill Cuthill
341 N. Maitland Avenue., Ste 210
Maitland, FL 32751

April 8, 2009
Client ID: 103728
Matter ID: 003
Invoice: 431660

RE:        Litigation Management

| | |
|---|---:|
| Fees for Professional Services Through 03/31/09 | 936.00 |
| Charges Through 03/31/09 | 0.00 |
| Prepayments Applied to Current Invoice | (      .00) |
| **BALANCE DUE ON CURRENT INVOICE** | $      936.00 |
| Balance Due on Previous Invoices | 60,543.25 |
| **TOTAL DUE INCLUDING PREVIOUS BALANCE** | $    61,479.25 |

***R E M I T T A N C E   C O P Y***

*Please return this page with your payment*