## EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

        Debtor.
_____/

### DECLARATION IN SUPPORT OF APPLICATION OF BALCH & BINGHAM, L.L.P. FOR AWARD OF FEES i/a/o $70,857.75 AND REIMBURSEMENT OF EXPENSES i/a/o $3,304.78.

1. My name is Eric Langley. I am a partner at the law firm of Balch & Bingham, LLP, an Alabama Limited Liability Partnership engaged in providing legal services. I am the billing partner for matters my firm handles on behalf of Mirabilis Ventures, Inc. ("Mirabilis"). This declaration is based upon personal knowledge or knowledge available to me as billing partner on Mirabilis matters.

2. I have reviewed Balch & Bingham, LLP's Application for Award of Fees i/a/o $70,857.75 and Reimbursement of Expenses i/a/o $3,304.78 filed concurrent herewith, and all attachments accurately reflect the time and expenses of Balch & Bingham, LLP, for the periods set forth herein for services provided to the Debtor.

3. I declare under penalty of perjury that the foregoing is true and correct.

_____
Eric B. Langley