UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,  CHAPTER 11

Debtor.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on **Wednesday, the 16th day of September 2009 at 2:00 p.m., at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801**, to consider and act upon the following:

FINAL APPLICATION OF ELIZABETH A. GREEN AND
THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP,
FOR AWARD OF ATTORNEYS' FEES i/a/o $509,965.50
AND REIMBURSEMENT OF EXPENSES i/a/o $15,465.71
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $19,000.00
(Doc No. 247);

FINAL APPLICATION OF RICHARD LEE BARRETT AND
THE LAW FIRM OF BARRETT, CHAPMAN & RUTA, P.A.,
AS SPECIAL CRIMINAL COUNSEL FOR AWARD OF FEES i/a/o $12,845.00
AND REIMBURSEMENTS OF EXPENSES i/a/o $25.41
REQUEST FOR PAYMENT OF HOLDBACK i/a/o $11,949.00; AND
NOTICE OF ESTIMATED FEES AND COSTS i/a/o $17,500.00
(Doc No. 248)

FINAL APPLICATION OF ROBERT S. GRISCTI
AND THE LAW FIRM OF ROBERT S. GRISCTI, AS SPECIAL CRIMINAL
FORFEITURE EXPERT, FOR AWARD OF FEES i/a/o $6,650.00
AND REIMBURSEMENTS OF EXPENSES i/a/o $1,021.62
AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $700.00
(Doc No. 239)

APPLICATION OF ERIC S. ADAMS AND
THE LAW FIRM OF SHUTTS & BOWEN LLP, FOR AWARD OF FEES i/a/o $3,610.50
AND REIMBURSEMENT OF EXPENSES i/a/o $123.28 FOR THE
MATTER STYLED FLOYD ROAD, LLC v. MIRABILIS VENTURES, INC.
(Doc No. 231)

APPLICATION OF ERIC S. ADAMS AND THE LAW FIRM OF
SHUTTS & BOWEN LLP, FOR AWARD OF FEES i/a/o $22,349.50
AND REIMBURSEMENT OF EXPENSES i/a/o $1,303.72 FOR THE
MATTER INVOLVING PROMISSORY NOTE ADVERSARY PROCEEEDING
ON BEHALF OF MIRABILIS VENTURES, INC.
AGAINST O2HR, LLC, RAVI ROOPNARINE, *ET AL.*
(Doc No. 232)

FINAL APPLICATION OF RUSSELL R. BALDWIN AND THE
ACCOUNTING FIRM OF BALDWIN & CO, PA, FOR AWARD OF FEES i/a/o $3,262.50
AND REIMBURSEMENT OF EXPENSES i/a/o $3.52; REQUEST FOR
PAYMENT OF HOLDBACK i/a/o $2,013.75; AND
NOTICE OF ESTIMATED FEES AND COSTS i/a/o $2,354.00
(Doc No. 233)

FINAL APPLICATION OF STEVEN L. YOAKUM
AND STEVEN L. YOAKUM, PA, FOR AWARD OF FEES i/a/o $29,055.00;
REQUEST FOR PAYMENT OF HOLDBACK i/a/o $16,283.25; AND
NOTICE OF ESTIMATED FEES AND COSTS i/a/o $2,925.00
(Doc No. 236)

FINAL APPLICATION OF KPMG FOR AWARD OF FEES i/a/o $56,755.00
AND NOTICE OF ESTIMATED FEES i/a/o $49,995.00
(Doc No. 249)

and transact such other business as may properly come before the meeting.

All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the Notice of Hearing has been furnished by electronic transmission and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Richard Lee Barrett, Esq., P.O. Box 3826 Orlando, FL 32853-3826; Robert S. Griscti, Esq., The Law Firm of Robert S. Griscti, 204 W. University Avenue, Suite 6, Gainesville, FL 32601; Russell R. Baldwin, Baldwin & Co., PA, 2185 North Park Avenue, Winter Park, FL 32789; Steven Yoakum, Yoakum Consulting, 320 Maitland Avenue, Altamonte Springs, FL 32701; Eric Langley, Esq. Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, Alabama 35203-4644; Matthew Donnelly/Kirtus Bocox, KPMG, LLP, 111

North Orange Avenue, Suite 1600, Orlando, FL 32801; the 1007-2 Parties-In-Interest List as shown on the matrix attached to the original of this Notice filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 20th day of August 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN& BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtors

```
Label Matrix for local noticing          Advantage Collection Prof           American Express
113A-6                                   2775 Jade Street                    2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                 Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

BNA Tax Management                       Richard Lee Barrett                 Kimberly Bartley
9435 Key West Ave.                       18 Wall St                          Waldron & Schneider LLP
Rockville, MD 20850-3339                 Orlando, FL 32801-2421              15150 Middlebrook Drive
                                                                             Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney         Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                   c/o David T. Ward
1111 East Main Street                    Suite 2500                          15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                Irvine, CA 92618-7303


Joseph A DeMaria                         Denise D Dell-Powell                Elena L Escamilla
Tew Cardenas LLP                         Akerman Senterfitt                  United States Trustee
1441 Brickell Avenue                     Post Office Box 231                 135 W Central Blvd  Suite 620
Suite 1500                               Orlando, FL 32802-0231              Orlando, FL 32801-2440
Miami, FL 33131-3431


First Commercial Ins. Corp.              Forge Capital Partners LLC          Frank L. Amodeo
POB 126160                               c/o Bart Valdes                     3875 South Orange Ave
Hialeah, FL 33012-1602                   609 W Horatio St                    Suite 500 -PMB 1810
                                         Tampa FL 33606-2272                 Orlando, FL 32806


Fred Sandlin                             Gill R Geldreich                    Gilbert Weisman
161 Mallard Lane                         Tennessee Attorney General's Office c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331             Post Office 20207                   POB 3001
                                         Nashville, TN 37202                 Malvern PA 19355-0701


I Randall Gold                           Elizabeth A Green                   Horton Johnson
United States Attorney's Office          Latham Shuker Eden & Beaudine LLP   3211 Northglenn Drive
501 West Church Street                   390 North Orange Avenue             Orlando, FL 32806-6371
Suite 300                                Suite 600
Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Humana/RMS                               Jackson Lewis                       Jeffrey Reichel
77 Hartland Street                       Attn:Anne Krupman                   c/o Gary Barnes
Suite 401                                One North Broadway                  3414 Peachtree Rd #1600
East Hartford, CT 06108-3253             White Plains, NY 10601-2310         Atlanta, GA 30326-1164


Jeffrey Reichel                          Kenneth & Diane Hendricks           Gordon L Kiester
c/o Jill E. Kelso, Esquire               One ABC Parkway                     Florida Department of Revenue
Akerman Senterfitt                       Beloit, WI 53511-4466               P O Box 2299
PO Box 231                                                                   Mango, FL 33550-2299
Orlando FL 32802-0231


LeClair Ryan Trust                       LexisNexis                          Mirabilis Ventures, Inc
P.O. Box 2499                            P.O. Box 7247-7090                  c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                  Phildelphia, PA 19170-0001          341 N. Maitland Ave #210
                                                                             Maitland, FL 32751-4771
```

| On Target Solutions | Jimmy D Parrish | PaySource USA VII, Inc. |
| --- | --- | --- |
| 3491 Woodley Park Place | Latham Shuker Eden & Beaudine LLP | 650 Poe Ave. |
| Oviedo, FL 32765-5104 | Post Office Box 3353 | Dayton, OH 45414 |
| | Orlando, FL 32802-3353 | |
| Saxon Gilmore, PA | Tennessee Dept of Labor & Workforce | Tenshi Leasing |
| 201 E. Kennedy Blvd. | Dev-Unemployment Ins | 2875 S. Orange Ave. |
| Suite 600 | c/o TN Atty General Ofc Bankruptcy Div | Suite 500 PMB 1810 |
| Tampa, FL 33602-5819 | PO Box 20207 | Orlando, FL 32806-5455 |
| | Nashville TN 37202-4015 | |
| Titanium Technologies | Bart R Valdes | Joseph H Varner III |
| 2875 S. Orange Ave. | deBeaubien Knight Simmons Mantzaris Neal | Holland & Knight, LLP |
| Suite 500 PMB 1810 | 332 North Magnolia Avenue | 101 North Tampa Street, Suite 4100 |
| Orlando, FL 32806-5455 | Orlando, FL 32801-1609 | Tampa, FL 33602 |
| David T Ward | C Brent Wardrop | Gilbert Barnett Weisman |
| 15615 Alton Pkwy #175 | deBeubien Knight Simmons Mantzaris Neal | Becket & Lee LLP |
| Irvine, CA 92618-7303 | 332 North Magnolia Avenue | 16 General Warren Blvd |
| | Orlando, FL 32801-1609 | P O Box 3001 |
| | | Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Corporate Personnel Network, Inc | (u)John Burcham | (u)Mark J. Bernet |
| --- | --- | --- |
| c/o David T. Ward | undeliverable | no city |
| 15615 Alton Pkwy #175 | | no state |
| Irvine, CA 92618-7303 | | |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44