# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

        Debtor.

_____/

CASE NO. 6:08-bk-04327-KSJ
CHAPTER 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 14th day of August 2009, a true and correct copy of the following documents were furnished by U.S. First-Class, postage prepaid mail to all creditors and parties-in-interest as shown on the matrix attached hereto as **Exhibit A**:

**ORDER APPROVING THE AMENDED JOINT DISCLOSURE STATEMENT AND THE ADDENDUM TO THE AMENDED JOINT DISCLOSURE STATEMENT, SCHEDULING CONFIRMATION HEARING, ESTABLISHING CONFIRMATION, COMPENSATION, AND ADMINISTRATIVE CLAIMS HEARING PROCEDURES, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN**
[Doc. No. 228]

**BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION**

**AMENDED DISCLOSURE STATEMENT (JOINT) PURSUANT TO 11 U.S.C. SEC. 1125 FOR MIRABILIS VENTURES, INC., HOTH HOLDINGS, LLC AND AEM, INC.**
[Doc. No. 221]

**JOINT NOTICE OF FILING EXHIBITS A-C TO THE AMENDED JOINT DISCLOSURE STATEMENT**
[Doc. No. 222]

**ADDENDUM TO AMENDED JOINT DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. SEC 1125 FOR MIRABILIS VENTURES, INC., HOTH HOLDINGS, LLC AND AEM, INC.**
[Doc No. 226]

**and**

**JOINT AMENDED PLAN OF LIQUIDATION PURSUANT TO 11 U.S.C. SEC. 1125 FOR MIRABILIS VENTURES, INC., HOTH HOLDINGS, LLC, AND AEM, INC.**
**[Doc. No. 234]**

Dated: August 21, 2009

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida  32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for Debtor

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Thu Aug 13 10:53:07 EDT 2009

A Very Private Eye
4589 Southfield Ave.
Orlando, FL 32812-7751

AQMI
P.O. Box 144515
Orlando, FL 32814-4515

AQMI Strategy Corporation
2875 S Orange Ave #500
Orlando, FL 32806-5455

Acquisitions & Entilement Group Inc
A & E
3161 Gatlin Dr
Rockledge, FL 32955-7018

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

Alexander Walton
336 Blue Heron Drive
Winter Park, FL 32789-3511

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Travel Related Svcs Co Inc
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Frank L. Amodeo
2875 S. Orange Ave.
Ste. 500 PMB 1810
Orlando, FL 32806-5455

Argent BD, LLC

Atlantic American Capital Group, LLC
c/o Bart R. Valdes, Esq.
609 W. Horatio St. Tampa, FL 33606

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Balch & Bingham LLP
Attn: Russ Campbell Esq
1901 Sixth Ave N, Ste 1500
Birmingham, AL 35203-4642

Russell Baldwin
2185 N Park Ave
Winter Park, FL 32789-2337

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Berman Kean & Riguera PA
2101 West Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309-3070

Hans C Beyer
c/o Joseph H. Varner, III
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Brandywine Grande C. LP
c/o Kevin J. Funk
POB 561
Richmond, VA 23218-0561

Brian Fischer
17118 Gulf Pine Circle
Wellington, FL 33414-6357

Brian Taylor
5 Deborah
Fanwood, NJ 07023-1114

Bruce Carpenter
1020 Golf Valley Drive
Apopka, FL 32712-2568

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Chad Walters
417 Langholm Drive
Winter Park, FL 32789-5252

Charles Rahn
4589 Southfield Ave
Orlando, FL 32812-7751

Christine Resler
1918 Lauderdale Street
Houston, TX 77030-4106

Peter Collins
c.o David Simmons
P.O. Box 87
Orlando, FL 32802-0087

EXHIBIT A

Conrad Eigenmann
1050 Miller Drive
Altamonte Springs, FL 32701-7505

Corporate Personnel Network
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Daniel Myers
3648 Crescent Park Blvd.
Orlando, FL 32812-3825

David Robinson
8949 Elliots Ct
Orlando, FL 32836-5030

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Dean Armitage
12839 Daughtery Drive
Winter Garden, FL 34787-6515

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Derek Roy
12713 Hensel Road
Huntley, IL 60142-9797

Diane Hendricks, Ind. & as PR of the Estate
c/o Charles A. Carlson, Esq.
Barnett Bolt Kirkwood Long & McBride
PO Box 3287
Tampa, Florida 33601-3287

Edith Curry
11916 Brookmeade Court
Glen Allen, VA 23059-5416

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

Fernando Simo
815 Lake Evalyn Drive
Celebration, FL 34747-4804

Fernando Simos
815 Lake Evalyn Drive
Celebration, FL 34747-4804

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Department of Revenue
c/o Don Kiester
POB 2299
Mango, FL 33550-2299

Florida Dept of Revenue
Attn:  Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Frankie Buddy Winsett
402 N. Carolina Ave.
Palm Harbor, FL 34683-5473

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

GMAC Bank, a Utah Industrial Bank
c/o Robert B. Bodzin, Esq.
1650 Market Street, 46th FL (One Liberty
Philadelphia, PA 19103-7301

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

George Sheldon
1955 Westpoint Circle
Orlando, FL 32835-8183

George Stuart
916 Valencia Ave.
Orlando, FL 32804-7030

George W. Eplin
1164 Citrus Oaks Run
Winter Springs, FL 32708-4800

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Gillio Development, Inc.
657 Caledonia Place
Sanford, FL 32771-6403

Gillo Development, Inc
c/o John A Yanchek
889 N Washington #B
Sarasota, FL 34236-4207

Glenn Thompson
520 Shadow Lane
Van Buren, AR 72956

EXHIBIT A

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

I. Randall Gold
U. S. Attorney's Office
501 W. Church St.
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Greg Nicoson
387 Hunters Blind Drive
Columbia, SC 29212-1651

Robert S. Griscti
204 W. University Ave #6
Gainesville, FL 32601-5205

Hans Beyer
2514 W. Sunset Drive
Tampa, FL 33629-5339

Horton (Woody) Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Internal Revenue Service
850 Trafalgar Court Ste 200
Group 3300
Maitland, FL 32751-4153

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Ionic Services Inc
Dan Sharp
7012 Harrison Ave Ste 6
Cincinnati OH 45247-4212

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

James Pitts
Secure Solutions, LLC
1490 Swanson Drive, Suite 200
Oveido, FL 32765-5860

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836-5939

James Vandevere
156 Shinnecock HL
Avondale, PA 19311-1428

Jason Carlson
13113 Hadley Cir N
White Bear Lake, MN 55110-6075

Jay Stollenwerk
5009 Pelleport Ave.
Orlando, FL 32812-1124

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Jodi Jaiman
533 Tuten Trail
Orlando, FL 32828-8364

Joseph Robinson
7317 Lismore Court
Orlando, FL 32835-6150

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Kevin Billings
541 Minnehaha Road
Maitland, FL 32751-4568

Kevin Leonard
646 King Harold Court
Oviedo, FL 32765-9134

Kevin Munroe
3466 Bay Meadow Court
Windermere, FL 34786-7800

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

Kiran Chhaganlal
355 Twelve Oaks Drive
Winter Springs, FL 32708-6194

Larry Childers
504 Briarcliff Pkwy
Kansas City, MO 64116-1668

Larry Haber
6131 Mesing Lane #305
Cocoa Beach, FL 32931-5618

EXHIBIT A

Lauire Andrea Consulting Srv
528 Myrtle Rd.
Naples, FL 34108-2657

Laurie Andrea
528 Myrtle Road
Naples, FL 34108-2657

Laurie Holtz
1826 West 23rd Street
Sunset Island #3
Miami Beach, FL 33140-4521

Lawrence Haber
420 Harding Ave #503
Cocoa Beach, FL 32931-5612

Lawrence LaBelle
7737 Fox Knoll Place
Winter Park, FL 32792-9378

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LeClairRyan
c/o Christopher L. Perkins
951 East Byrd Street
Richmond, vA 23219-4040

Leighton Allen Archer
983 Troon Trace
Winter Springs, FL 32708-4319

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

LexisNexis,Div. of Reed Elsevier,Inc.
Attn: Beth Farnham
9443 Springboro Pike
Miamisburg, OH 45342-4425

Mark J. Bernet Esq
1505 N Florida Ave
Tampa, FL 33602-2613

Martin Flynn
1969 Alafaya #236
Orlando, FL 32828-8732

Matthew Moore
137 Christine Drive
Satellite Beach, FL 32937-2243

Michael A. O'Sullivan
6005 Johnson Ave
Bethesda, MD 20817-3434

Michelle Hladky
1400 Margate Ave.
Orlando, FL 32803-2120

Mike Dement
3222 Derby Lane
Williamsburg, VA 23185-1463

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

Robert Moreyra
c/o David Simmons
P.o. Box 87
Orlando, FL 32802-0087

Oliver Phipps
2970 Bridgehampton Lane
Orlando, FL 32812-5948

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange Cty Tax Collector
Attn: Earl K. Wood
PO Box 2551
Orlando, FL 32802-2551

Parbatie Diana Kristona
1915 Tumblewater Blvd.
Ocoee, FL 34761-3350

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Paul Glover
1312 Winter Springs Blvd.
Winter Springs, FL 32708-3801

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Peter Anderson
795 Austin Ct
Winter Springs, FL 32708-3824

Peter Michae Barbee
7343 River Country Drive
Weeki Wochee, FL 34607-2042

Phillp Kaprow
1005 Antelope Trail
Winter Springs, FL 32708-4141

Professional Benefits solutions, Inc
2875 S Orange Ave #500
Orlando, FL 32806-5455

EXHIBIT A

Rachlin Cohen & Holtz LLP
Rachlin Cohen & Holtz LLP
c/o Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Ave., 15th Floor
Miami, Fl 33131-3430

Ramaroa Inguva
102 Gadwall Court
Harvest, AL 35749-7938

Richard Berman
3400 Galt Ocean Drive
Unit 1602 South
Ft. Lauderdale, FL 33308-7000

Richard Sams
2526 Mason Oaks Drive
Valrico, FL 33596-6497

Robert Curry
4662 Middlebrook Road
Apt. J
Orlando, FL 32811-3097

Robert E. Leib
1419 E Bywater Lane
Fox Point, WI 53217-2845

Robert Konicki
1004 118th Ave N
St. Peteresburg, FL 33716-2332

Robert Moreyra
4001 Bayshore Blvd.
Tampa, FL 33611-1704

Robert Pollack
8767 The Esplanade #36
Orlando, FL 32836-8782

Robert S. Forman, P.A.
2101 West Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309-3070

Ronald Wilbur
728 SE 23rd Street
Ocala, FL 34471-5306

SEC
Branch of Reorganization
3475 Lenox Rd NE #1000
Atlanta, GA 30326-3235

Saxon Gilmore Carraway & Gibbons, P.A.
c/o Joseph H. Varner, III
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Scott Goldberg
2868 Monticello Place
# 205
Orlando, FL 32835-2905

Scott Wealing
783 W Pine St
Tucson, AZ 85704-4734

Sean Tucker Clancy
217 Settlers Row N
Ponte Vedra, FL 32082-3941

Securities Exchange Commission
175 West Jackson Street
Suite 900
Chicago IL 60604-2615

Shane Williams
517 Heatheroak Cove
Altamonte Springs, FL 32714-5418

Department of Revenue State of Florida,
P. O. Box 2299
Mango, FL 33550-2299 U. S. A.

SunTrust Bank
Attn: Bankruptcy/Legal Dept
200 S Orange Avenue
Orlando, FL 32801-3495

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tennessee Dept. of Labor & Workforce Develop
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Terry Carney
561 High Street
Petersburg, VA 23803-3859

Tessah Ivey
5374 Majestic Oak Circle
St. Cloud, FL 34771-9647

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Tom Broadhead
11916 Brookmeade Court
Glen Allen, VA 23059-5416

Tracey Mertens
522 S Hunt Club Blvd #228
Apopka, FL 32703-4960

UHY Advisors, Inc
12900 Hall Rd #500
Sterling Heights, MI 48313-1153
Attn: Marc Fisher

EXHIBIT A

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

United States of America
Anita M. Cream, Esq.
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, FL 33602-4774

United States of America
c/o I. Randall Gold
United States Attorney's Office
501 West Church Street, Suite 300
Orlando, FL 32805-2281

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Vance Felker
3 Eucalyptus Circle
Ormond Beach, FL 32176-3110

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Wellington Capital Group, Inc
2875 S Orange Ave #500
Orlando, FL 32806-5455

William G, West, Chapter 7 Trustee
c/o Waldron & Schneider
15150 Middlebrook
Houston, TX 77058-1226

William G. West, Ch 7 Trustee for the Est
of Southwest Doctors, Inc
c/o Marc Schneider/Kimberly Bartley
15150 Middlebrook Dr.
Houston, TX 77058-1226

William G. West, Trustee for the Southwester
c/o Marc H. Schneider
Waldron & Schneider, LLP
15150 Middlebrook Drive
Houston, Texas 77058-1226

Woody (Horton) Johnson
3212 Northglenn Drive
Orlando, FL 32806

Steven L Yoakam
320 Maitland Ave
Altamonte Springs, FL 32701-5417


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Argent BD Transition, LLC

(u)Argent BD, LLC
c/o Bart R. Valdes Esq.

(u)Argent Capital Advisors, LLC



(u)Bison Mortgage Corp.

(u)Briarcliff Village, LLC

(u)Centro Executive Offices
undeliverable

EXHIBIT A

(u)Charles McBurney
undeliverable

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)Dan Pietro
no city
no state

(u)Forge Capital Partners

(u)Frances-Ann Moran
undeliverable

(u)Frank Amodeo
undeliverable

(u)Frank Hailstones
undeliverable

(u)Gordon Mike Adkins
undeliverable

(u)I-3 Media Group
undeliverable

(u)Karen S. Jennemann
Orlando

(u)John Burcham
undeliverable

(u)Linda Duncan
no city
no state

(u)Mark J. Bernet
no city
no state

(u)Matthew Porter
undeliverable

(u)Norman Bruce Walko
undeliverable

(u)Quasar
undeliverable

(d)Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
P.O. Box 231
Orlando, FL 32802-0231

(u)Richard E. Berman
no city
no state

(u)Shane Cooper
undeliverable

(u)Solutions Funding, Inc.

(u)Tom J. Hancock
undeliverable

(u)William Reynolds
undeliverable

End of Label Matrix
Mailable recipients    164
Bypassed recipients     29
Total                  193

EXHIBIT A