FILED
AUG 24 2009
CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.         : Case No. 6:08-bk-04327-KSJ

### AFFIDAVIT
### IN SUPPORTOF FORGE AND AFFILIATED CREDITORS' SUPPLEMENTAL MOTION TO DISMISS

Shareholder, Tom A. Broadhead, hereby files this Affidavit in support of Creditors, FORGE CAPITAL PARTNERS, LLC f/k/a MORECO PARTNERS, LLC, ARGENT CAPITAL ADVISORS, LLC f/k/a ATLANTIC AMERICAN CAPITAL ADVISORS, LLC, ARGENT BD, LLC, ARGENT BD TRANSITION, LLC, ROBERT MOREYRA, PETER COLLINS, BISON MORTGAGE CORP., and SOLUTIONS FUNDING, INC., (hereinafter "Forge and Affiliated Creditors"), Motion to Dismiss and in support thereof, state as follows:

### CONCLUSION

The appointment of Mr. Mocker was invalid since it was not approved by a vote of Mirabilis shareholders. In fact, there is no evidence that there was any meeting of the shareholders or any vote of the shareholders on this issue. It was not possible to amend the Bylaws

of Mirabilis before this appointment because the Bylaws required thirty (30) day notice before any amendment and the amendment was done on the same day Mr. Moecker was allegedly elected as a director. Since Mr. Moecker was not duly elected, he had no authority to appoint Mr. Cuthill as President of Mirabilis. Mr. Cuthill, therefore, had no authority to retain Ms. Green as counsel for Mirabilis, and direct the filing of this bankruptcy.

This Court, therefore, must dismiss this case and any pending adversary actions.

Dated August 20, 2009.

*Tom A. Broadhead, Jr.*
Tom A. Broadhead, Jr.
11916 Brookmeade Court
Glen Allen, VA 23059
Telephone: (804) 364-8450
Facsimile: (804) 364-2304
tombroadhead@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of August, 2009, a true copy of the foregoing, together with any exhibits, has been furnished via first class mail to Debtor, Mirabilis Ventures, Inc., c/o R. W. Cutliff, Jr., President, 341 N. Maitland Ave., Suite 210, Maitland, Florida 32751; Debtor's counsel, Elizabeth Green, Esq., Latham, Shuker, Barker, Eden & Beaudine, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801; Randy Gold, Esq., Assistant U.S. Attorney, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805.

*Tom A. Broadhead*

Tom A. Broadhead, Jr.
11916 Brookmeade Court
Glen Allen, VA 23059
Telephone: (804) 364-8450
Facsimile: (804) 364-2304
tombroadhead@comcast.net