**FILED**

AUG 24 2009

CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

STATE OF OREGON

COUNTY OF WASHINGTON

Florida Bankruptcy
CASE NOS: 6:08-bk-4327-KSJ
6:08-bk-4328-KSJ
6:08-bk-4681-KSJ

### AFFIDAVIT OF TOM ALLATT BROADHEAD, JR.

I, Tom Allatt Broadhead, Jr. being duly sworn, hereby depose and state as follows:

1. I am over the age of twenty-one years and I am competent to attest to the matters I am on the distribution list for this case, presumably as a supposed shareholder in Mirabilis Ventures, Inc. ("MVI"), as evidenced by various documents signed, under penalty of fraud for any false or misleading statements, by MVI's Chairman of the Board and Chief Financial Office and filed with Arch Insurance Company. Examples of which are attached hereto as Exhibit A. I have received and reviewed all documents filed in this case.

2. I was Secretary for the MVI Board of Directors from October 2005 until January 2006, and was again a member of the MVI Board of Directors from March through December 2006.

3. On February 15, 2005 Frank Amodeo convened a Special Joint Meeting of Directors and Shareholders of MVI in his capacity as sole director and Class A shareholder.

*See* Exhibit B, attached hereto.

4. Contrary to the factual assertions contained in MIRABILIS VENTURES, INC.'S RESPONSE TO THE SUPPLEMENTAL MEMORANDUM OF LAW AND FACT IN SUPPORT OF THE MOTION TO DISMISS CHAPTER 11 FILING, OR IN THE ALTERNATIVE, TO CONVERT TO CHAPTER 7, FILED BY THE FORGE

CREDITORS, I personally attended a MVI Shareholder meeting in October 2005 in which the shareholder(s) ratified and adopted both the MVI Shareholder Agreement (Exhibit C, attached hereto - signed by Jason Carlson as MVI Board Member and Shareholder and personally given to me by Scott Goldberg, attorney for MVI) and MVI Bylaws. MVI, as plaintiff in Federal Court for the Middle District of Florida, *Mirabilis Ventures, Inc. v. Palaxar*, Case 6:07-cv-01788-JA-GJK filed Document 24-4 as a true and correct copy of *BYLAWS OF MIRABILIS VENTURES, INC.*, which contains the following language:

> *These Bylaws were adopted by Written Consent of the Board of Directors of the Corporation dated the 1st day of October, 2005.*

See Exhibit D, attached hereto, emphasis added.

5. At all times during my tenure with MVI, upon information and belief, Frank Amodeo was a Class A shareholder consistent with the terms of the MVI Shareholder Agreement and as evidenced by Exhibit B and his Personal Financial Statement signed on August 26, 2005 and filed pursuant to Federal Law 18 USC 1014 with First Southern Bank.

See Exhibit E, attached hereto.

6. On January 25, 2006, I personally attended the Annual Meeting of MVI Shareholders in which the ratified MVI Shareholder Agreement and Bylaws were discussed. MVI, as plaintiff confirmed this fact in its filing in Federal Court Case 6:07-cv-01788-JA-GJK:

> *The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.*

*See* Exhibit F, attached hereto (emphasis added).

7. Further, in Federal Court Case 6:07-cv-01788-JA-GJK, MVI further ratified the Bylaws when it filed a copy of the MVI Minutes of the February 15, 2006 MVI Board of Directors meeting which states:

> ***Resolved, that the Board of Directors, in accordance with §3.17 of the Company Bylaws...***

*See* Exhibit G, attached hereto (emphasis added).

8. On June 9, 2006, I received an email from Phil Kaprow, Assistant Secretary to MVI Board of Directors in which he state:

> ***At a meeting of the Class A Common Shareholders this afternoon, a request has been made that the Board Meeting scheduled for June 13, 2006 be cancelled...***

*See* Exhibit H, attached hereto (emphasis added).

9. On December 15, 2006, I attended by telephone a MVI Shareholder meeting during which MVI proposed a list of new directors. MVI, as plaintiff in Federal Court, Case 6:07-cv-01788-JA-GJK filed the following exhibit which further evidence this meeting.

*See* Exhibit I, attached hereto.

10. Five months prior to MVI's May 27, 2008 bankruptcy filing, counsel for MVI referred in Federal Court to the existence of "***70 or 80 shareholders.***"

*See* Exhibit J, attached hereto, at p. 12, ll. 8-9.

11. On January 25, 2008 at a hearing in United States District Court, Middle District of Florida re: Case 6:07-cv-10788-ORL-28GJK, counsel for MVI relied on MVI adopted Bylaws and Shareholder terms and conditions as he stated to the court that:

> *The only evidence that I've [Allen Estes, Attorney for MVI] seen is that there were 70 or 80 shareholders ... the company [MVI] may only [act] if the board recommends it to the shareholders and then the shareholders, a majority of all shareholders approve it. Again, you've got the board minutes from this timeframe. It's not even mentioned. So it certainly cannot be recommended by the board, and there's no evidence that it was ever approved by the shareholders.*

See Exhibit J, attached hereto, at p. 14, ll 15-22.

12.    Subsequent to the December 15, 2006, I have not been advised of nor attended any MVI shareholder meetings.

FURTHER AFFIANT SAYETH NOT.

_____
Tom Allatt Broadhead, Jr.

On this 20th day of August, 2009, before me personally appeared Tom Allatt Broadhead, Jr. known to me to be the person executing the foregoing, and stated that foregoing is true and correct to the best of his knowledge, information, and belief.

_____ Notary Public

Aug 26, 2012
_____ My Commission Expires:



OFFICIAL SEAL
NATASHA BUEL
NOTARY PUBLIC-OREGON
COMMISSION NO. 431956
MY COMMISSION EXPIRES AUGUST 26, 2012