# EXHIBIT B

## MINUTES OF

## MIRABILIS VENTURES, INC.

## SPECIAL JOINT MEETING OF DIRECTORS AND SHAREHOLDERS

### FEBRUARY 15, 2005

A special joint meeting of the directors and shareholders of MIRABILIS VENTURES, INC. was held at 20 N. Orange Avenue, Orlando, Florida 32801 on February 15, 2005, at 9:30 am. All of the directors and shareholders were present. Frank Amodeo acted as Chairman of the meeting.

Upon motion duly made and seconded, the following resolutions were unanimously adopted:

RESOLVED, the Company is authorized to create the employee positions, and pay the base compensation and additional compensation to such employees, as set forth in Schedule A.

RESOLVED, the Company is authorized to create a preferred class of stock, the purpose of which will be to serve as shares to be granted as compensation to various employees of the Company, and its affiliates.

RESOLVED, each preferred share shall have a face value of $100,000, and shall bear a coupon rate of 6% (the "Coupon").

RESOLVED, preferred shares shall be granted to such employees and consultants whenever Company revenues are sufficient to do so, on the basis of the formula set forth in Schedule A (the "Formula").

RESOLVED, based on the Formula, whenever 50 preferred shares have been granted, such person shall be eligible to have "Tenure", and as such a "Tenured Member", shall have the right to vote, with other Tenured Members, on the admission of new Tenured Members. A person has Tenure, and becomes a Tenured Member, whenever 2/3 of all current Tenured Members vote to grant Tenure to such person, and the permission of a majority in ownership of the common stock of the Company vote to allow such person to be granted Tenure also. Tenured Members shall have such other rights and privileges as the Company shall determine from time to time.

RESOLVED, the Coupon shall be paid annually to each preferred shareholder, and any annual distributions out of retained earnings of the Company to preferred shareholders in addition to the Coupon shall be determined by a vote of the preferred shareholders. One half of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders, and 2/3 to the preferred shareholders, upon the vote of a majority of the preferred shareholders, and all of the annual retained earnings of the Company may be paid as a pro rata distribution, 1/3 to the common shareholders, and 2/3 to the preferred shareholders, upon the vote of 2/3 of the preferred shareholders and a majority of the common shareholders.

RESOLVED, that Frank Amodeo is hereby authorized and directed to take all such actions as he shall deem necessary or advisable to carry out the foregoing resolutions.

There being no further business, the meeting was adjourned at 11:00 am.

*Frank Amodeo, Chairman*

### WAIVER AND CONSENT

The undersigned, being all the shareholders and directors of Mirabilis Ventures, Inc., hereby waive notice of the Special Joint Meeting of the Board of Directors and Shareholders held on February 15, 2005, and consent to all actions taken thereat.

*Frank Amodeo, Sole Director and Shareholder*

## Schedule A

### Compensation

| Position | Base Monthly Compensation | Additional Compensation Based upon Percentage of Directors Fees Earned |
|---|---|---|
| **Staff** | | |
| Clerk 1 | 1,500 | 0% |
| Clerk 2 | 1,750 | 0% |
| Clerk 3 | 2,000 | 0% |
| Assistant | 2,500 | 0% |
| Senior Assistant | 2,750 | 0% |
| Para Professional | 3,000 | 0% |
| Advanced Para Professional | 3,500 | 0% |
| Senior Staff | 4,000 | 0% |
| **Executive** | | |
| Staff Consultant | 4,000 | 25% |
| Consultant | 5,000 | 25% |
| Senior Consultant | 6,000 | 25% |
| Associate | 7,000 | 33% |
| Senior Associate | 7,500 | 33% |
| Partner | 8,000 | 40% |
| Administrative Partner | 10,000 | 40% |
| Executive Partner | 12,500 | 40% |

### Ownership

| Staff | Annual Shares | Cumulative Shares |
|---|---|---|
| Year 1 | - | - |
| Year 2 | 0.25 | 0.25 |
| Year 3 | 0.25 | 0.50 |
| Year 4 | 0.25 | 0.75 |
| Year 5 | 0.25 | 1.00 |
| Year 6 | 0.25 | 1.25 |
| Year 7 | 0.25 | 1.50 |
| Year 8 | 0.25 | 1.75 |
| Year 9 | 0.25 | 2.00 |
| Year 10 | 0.25 | 2.25 |
| Year 11 | 0.25 | 2.50 |
| Year 12 | 0.25 | 2.75 |
| Year 13 | 0.25 | 3.00 |
| Year 14 | 0.25 | 3.25 |
| Year 15 | 0.25 | 3.50 |
| Year 16 | 0.25 | 3.75 |
| Year 17 | 0.25 | 4.00 |
| Year 18 | 0.25 | 4.25 |
| Year 19 | 0.25 | 4.50 |
| Year 20 | 0.50 | 5.00 |

| Executive | Annual Shares | Cumulative Shares |
|---|---|---|
| Year 1 | - | - |
| Year 2 | 1.0 | 1.0 |
| Year 3 | 2.0 | 3.0 |
| Year 4 | 3.0 | 6.0 |
| Year 5 | 4.0 | 10.0 |
| Year 6 | 5.0 | 15.0 |
| Year 7 | 5.0 | 20.0 |
| Year 8 | 4.0 | 24.0 |
| Year 9 | 3.0 | 27.0 |
| Year 10 | 3.0 | 30.0 |
| Year 11 | 2.0 | 32.0 |
| Year 12 | 2.0 | 34.0 |
| Year 13 | 2.0 | 36.0 |
| Year 14 | 2.0 | 38.0 |
| Year 15 | 2.0 | 40.0 |
| Year 16 | 2.0 | 42.0 |
| Year 17 | 2.0 | 44.0 |
| Year 18 | 2.0 | 46.0 |
| Year 19 | 2.0 | 48.0 |
| Year 20 | 2.0 | 50.0 |

| Year 14 | 0.25 | 3.25 |
| Year 15 | 0.25 | 3.50 |
| Year 16 | 0.25 | 3.75 |
| Year 17 | 0.25 | 4.00 |
| Year 18 | 0.25 | 4.25 |
| Year 19 | 0.25 | 4.50 |
| Year 20 | 0.50 | 5.00 |

**Executive**
| Year 1 | - | - |
| Year 2 | 1.0 | 1.0 |
| Year 3 | 2.0 | 3.0 |
| Year 4 | 3.0 | 6.0 |
| Year 5 | 4.0 | 10.0 |
| Year 6 | 5.0 | 15.0 |
| Year 7 | 5.0 | 20.0 |
| Year 8 | 4.0 | 24.0 |
| Year 9 | 3.0 | 27.0 |
| Year 10 | 3.0 | 30.0 |
| Year 11 | 2.0 | 32.0 |
| Year 12 | 2.0 | 34.0 |
| Year 13 | 2.0 | 36.0 |
| Year 14 | 2.0 | 38.0 |
| Year 15 | 2.0 | 40.0 |
| Year 16 | 2.0 | 42.0 |
| Year 17 | 2.0 | 44.0 |
| Year 18 | 2.0 | 46.0 |
| Year 19 | 2.0 | 48.0 |
| Year 20 | 2.0 | 50.0 |