# EXHIBIT F

MINUTES OF THE ANNUAL MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:12 p.m. on January 25, 2006.

Present at the meeting were Edie Curry (appearing by telephone), Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, and Bruce Walko, constituting all of the Directors of the Corporation. Chairman Walko headed the meeting and Tom Broadhead, acted as Secretary. Also present was Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, it was:

RESOLVED, that Philip S. Kaprow shall act as the Secretary for the Board of Directors meeting on January 25, 2006 and shall be responsible for taking and accurately reporting the minutes.

The Secretary thereafter presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The Board of Directors then considered the presentment of resignations of several officers of Mirabilis Ventures, Inc., and the following motion was duly made, seconded and unanimously carried:

RESOLVED, that the Company accept the resignation of James V. Sadrianna, as President of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Robert Pollack, MD, as EVP-Strategy of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of James M. Vandevere as EVP-Operations of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Tom Broadhead as Secretary/General Counsel of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Daniel Myers as Treasurer of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Kevin Leonard as Controller of Mirabilis Ventures, Inc. effective January 25, 2006.

BE IT FURTHER RESOLVED, that the Company accept the resignation of Horton Johnson as EVP-Corporate Development of Mirabilis Ventures, Inc. effective January 25, 2006.

Thereafter, the meeting was suspended pending the Shareholder's meeting of Mirabilis Ventures, Inc., which was scheduled for 4:00 pm on January 25, 2006. During the Shareholder's meeting, the Board of Directors was increased to six individuals, with Bruce Walko, Robert W. Pollack, MD, Jason Carlson, James V. Sadrianna, and Edie Curry continuing on the Board, as well as the addition of Frank Hailstones.

Immediately following the annual meeting of Shareholders, the Board of Directors reconvened at 7:46 pm on January 25, 2006.

Present at the reconvened meeting were Bruce Walko, Robert W. Pollack, MD, Jason Carlson, James V. Sadrianna, and Frank Hailstones, constituting a majority of the Directors of the Corporation. Absent from the meeting was Edie Curry. Chairman Walko headed the meeting and Philip S. Kaprow, a non-director, acted as Secretary.

The reports of the affairs of the Corporation were considered, and the Chairman reviewed the resolutions adopted by the Shareholders at the annual meeting of the Shareholders.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Board of Directors welcomes the following Directors:

| | |
|---|---|
| Bruce Walko | James V. Sadrianna |
| Robert W. Pollack, MD | Frank Hailstones |
| Jason Carlson | Edie Curry |

BE IT FURTHER RESOLVED, that the Chairman of the Board shall be a non-voting member of the Board of Directors, other than in the event of a tie breaker. In the event of a tie-breaker, the Chairman shall cast the tie-breaking vote.

BE IT FURTHER RESOLVED, that the Board of Directors names Bruce Walko to be the Chairman of the Board until removed from office.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Company appoint the following officers of Mirabilis Ventures, Inc. to act in their respective capacities as set forth in the Bylaws of the Company until the earlier of the next annual meeting or removal from office:

| | |
|---|---|
| President: | Frank Hailstones |
| EVP-Operations: | Fernando Simo |

| | |
|---|---|
| EVP-Secretary: | Richard E. Berman |
| EVP-Treasurer: | Paul Glover |

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Board of Directors, in accordance with §3.17 of the Company Bylaws, create and establish the following five (5) committees:

Audit/Risk Committee, Compensation/Hiring Committee, Investment Committee, Executive Committee, and Global Development Committee

BE IT FURTHER RESOLVED, that the purpose of the Audit/Risk Committee shall be to examine compliance with corporate governance and auditing procedures as well as to review the risk and impact to the Company of each investment.

BE IT FURTHER RESOLVED, that the purpose of the Compensation/Hiring Committee shall be to examine the Hiring and Compensation policies and procedures as well as to review the ongoing compensation for employees of the Company and the Company's affiliates.

BE IT FURTHER RESOLVED, that the purpose of the Investment Committee shall be to examine the economic and integrative value of each of transaction to the Company as well as to determine whether or not the Company should ultimately fund a proposed investment.

BE IT FURTHER RESOLVED, that the purpose of the Executive Committee shall be to receive reports from the top-tiered management of the Company as well as to oversee the relationship of day to day operations in light of the long terms goals of the Company.

BE IT FURTHER RESOLVED, that the purpose of Global Development Committee shall be to address the global development and expansion of the Company.

BE IT FURTHER RESOLVED, that the following individuals be appointed as the respective Chairpersons of the committees:

| | |
|---|---|
| Audit/Risk: | Edie Curry |
| Compensation/Hiring: | Larry Haber |
| Investment: | Robert Pollack, MD |
| Executive: | James V. Sadrianna |
| Global Development: | Hans Beyer |

and that said Chairpersons serve until they are replaced by the Board or Directors or are otherwise removed from office.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that Mirabilis Ventures, Inc. engage the services of Berman, Kean, & Riguera, P.A. as general counsel and to serve as the Florida registered agent for Mirabilis Ventures, Inc. and each Mirabilis Ventures, Inc. affiliate or subsidiary entity.

**BE IT FURTHER RESOLVED**. that Mirabilis Ventures, Inc. on or before April 1, 2006 shall either enter into a long term contract with Berman, Kean, & Riguera, P.A. or in the alternative to identify alternate legal counsel for the provision of general counsel services to Mirabilis Ventures, Inc. and all affiliate and subsidiary entities.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that Mirabilis Ventures, Inc. hereby ratifies, affirms, and restates its contract with AQMI Strategy Corporation to provide consultant services on the Capital Genesis model on the terms and conditions previously agreed to between the parties.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that Mirabilis Ventures, Inc. as the sole shareholder of Common Paymaster Corporation, recommends to the Board of Directors of Common Paymaster Corporation to approve the Common Paymaster Corporation Handbook as well as the Common Paymaster Corporation Business Practices and Ethical Standards as it has been presented to the Board of Directors of Mirabilis Ventures, Inc.

**BE IT FURTHER RESOLVED**, that Mirabilis Ventures, Inc., as the sole shareholder of Common Paymaster Corporation, recommend to Common Paymaster Corporation that each employee of Common Paymaster Corporation be required to execute the Receipt and Acknowledgement page of the Common Paymaster Employment Manual and the Receipt and Acknowledgement portion of the Common Paymaster Corporation Business Practices and Ethical Standards on or before March 1, 2006.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Risk/Audit Committee is hereby directed to establish, on or before April 1, 2006, a standard operating procedure for the selection and retention of legal counsel in each region of the Company.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

**RESOLVED**, that the Compensation/Hiring Committee is hereby directed to establish, on or before April 1, 2006, all proposed changes to the Common Paymaster Employee Handbook and base pay and bonus compensation schedules.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Company seek and enter into, on or before April 1, 2006, an agreement with an AQMI Strategy Corporation to act as a consultant for the award of discretionary bonuses.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the Executive Committee is hereby directed to establish, on or before April 1, 2006, a standard operating procedure and guidelines for the use of corporate assets and vehicles.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that as a matter of corporate policy, effective immediately, Mirabilis Ventures, Inc. shall not pay for relocation costs for newly hired employees.

BE IT FURTHER RESOLVED, that nothing in this resolution shall preclude Mirabilis Ventures, Inc. from paying for relocation costs associated with a temporary or permanent relocation for existing employees, the payment and amount of which shall be considered by the Executive Committee on a case by case basis.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that as a matter of corporate policy, effective immediately, upon a company being acquired by Mirabilis Ventures, Inc., there is to be no nepotism or preferential hiring of any form, including the hiring of relatives, particularly in the same reporting lines or chains of command.

BE IT FURTHER RESOLVED, that nothing in this resolution shall require Mirabilis Ventures, Inc. to enforce this policy to previously acquired companies.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that by April 1, 2006 budgets for Mirabilis Ventures, Inc. and each affiliate or subsidiary company shall be prepared for the remainder of fiscal year 2006.

BE IT FURTHER RESOLVED, that by July 1, 2006, a policy for a rolling 18 month budget shall be established for Mirabilis Ventures, Inc. and each affiliate or subsidiary company, and updated budgets of the same shall be provided to the Mirabilis Ventures, Inc. Board of Directors on a monthly basis.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that effective immediately, the hiring of a Managing Director must be ratified by the Board of Directors.

BE IT FURTHER RESOLVED, the Executive Committee can hire, on a conditional basis, a Managing Director. Said employment is conditioned upon ratification by the Board of Directors at the next regularly scheduled meeting of the Board of Directors.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the sale of all Presidion Corporation stock owned by Mirabilis Ventures, Inc. to Titanium Consulting Services, Inc., and the assumption and delegation of the Indemnification Agreement related thereto all be ratified and approved on the terms and conditions agreed upon between the parties.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that Mirabilis Ventures, Inc., as the sole shareholder of Common Paymaster Corporation, ratify the Employment Contract with all proposed amendments thereto approved.

BE IT FURTHER RESOLVED, that the Compensation/Hiring Committee is hereby charged with recommending approval of all future changes to the Employment Contract.

BE IT FURTHER RESOLVED, that the Executive Committee and with recommending approval for any exceptions or exception letters being sought by employees.

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| A Very Private Eye, Inc. | 2/05 | $120,000.00 |
| AEM, Inc. | 7/05 | $125,000.00 |
| Allstaff Management, Inc.; Allstaff Personnel Management, Inc.; and Neighborly Services, Inc. | 12/05 | $975,000.00 |
| Axena, Inc. | 10/05 | $667,000.00 |

MVI/Talaxar - P1
016

| | | |
|---|---|---|
| Benecomp National Corp.; Cadent Administrators, Inc.; and Community Health Solutions of America, LLC | 11/05 | $25,000.00 |
| Desert Valley Aviation, Inc. | 11/05 | Non-monetary consideration |
| Empire Global Strategies, Inc. | 12/05 | $301,000.00 |
| The New Florida Industrial Electric, Inc. | 9/05 | $5,000,000.00 |
| Global Vision Group Holdings, LLC | 6/05 | $100,000.00 |
| Inline Marketing Technology, Inc. | 1/06 | $219,161.74 |
| Ionic Services, Inc. | 4/05 | $500,000.00 |
| Kevin D. Munroe, PA | 10/05 | $275,000.00 |
| FLHP-MS, LLC | 11/05 | $2,000,000.00 |
| PowerCentric, Inc.; Provider Management Group, Inc.; and Provima, Inc. | 10/05 | $264,957.78 |
| RKT Constructors, Inc. | 12/05 | $3,000,000.00 |
| Security Imaging Systems, Inc. | 11/05 | $100,000.00 |
| Tactical Intelligence & Investigations, LLC | 1/06 | $200,000.00 |
| Theory3, Inc. | 8/05 | $312,500.00 |
| Two Wheel Tunes, Inc. | 1/06 | $1,000,000.00 |
| World Wrestling Legends, LLC | 12/05 | $50,000.00 |
| Felker Construction Services Corporation | 2/05 | $125,000.00 |
| PRB Design Studio, Inc. | 11/05 | $100.00 |

The Board of Directors then considered the following motion, which was duly made, seconded and unanimously carried:

RESOLVED, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|---|---|
| Centro Executive Offices Corporation | 10/04 |
| Cerulean Graphics, Inc. | 09/05 |
| Digiteyes, Inc. | 10/05 |
| EarthSource, Inc. | 12/05 |
| Gibraltar Integrity Corporation | 12/05 |
| GMOFF, LLC | 01/06 |
| The Human Resource | |

| | |
|---|---|
| Enterprise Corporation | 09/05 |
| Information Systems, Inc. | 06/05 |
| Insurance Indemnity Investment, Inc. | 10/05 |
| Legend Holdings of America, Inc. | 06/05 |
| Nexia Strategy Corporation | 04/05 |
| Nexia Strategy, Ltd. | 12/05 |
| Pacific Atlantic STF Corporation | 12/05 |
| Pacific Atlantic Capital Corporation | 11/05 |
| Quasar Construction, Inc. | 10/05 |
| Siren Resources, Inc. | 11/04 |
| Synergy Technology Fabrication, LLC | 12/05 |
| Unex Corporation | 10/05 |
| Universal Analytics, Inc. | 11/05 |
| Ithor Capital, LLC | 12/05 |
| Hoth Holdings, LLC | 12/05 |
| ITHOR LIMITED, LLC | 12/05 |

Thereafter, the next meeting of the Board of Directors was scheduled for February 15, 2006 at 12:00 PM at 111 North Orange Avenue, 20th Floor, Orlando, Florida 32801.

There being no further business before the meeting, it was on motion duly made, seconded and unanimously carried, adjourned at 8:20 p.m.

Respectfully submitted,

Philip S. Kaprow, Acting Secretary

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as EVP-Corporate Relations of Mirabilis Ventures, Inc.

Very truly yours,

*Horton S. Johnson*

Horton "Woody" Johnson

MVI/Palaxar - PI
819

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as President of Mirabilis Ventures, Inc.

Very truly yours,

James V. Sadriana

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as EVP Operations of
Mirabilis Ventures, Inc.

Very truly yours,

James M. Vandevere

MVI/Palaxar - PI
021

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as EVP Strategy of
Mirabilis Ventures, Inc.

Very truly yours,

Robert Pollack, MD

MVI/Palaxar - PI
022

Case 6:08-bk-04327-KSJ    Doc 261-6    Filed 08/24/09    Page 14 of 15

Case 6:07-cv-01788-JA-GJK    Document 24-3    Filed 01/04/2008 ... Page 23 of 54 .. ... ....

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as General Counsel of
Mirabilis Ventures, Inc.

Very truly yours,

*Tom Broadhead*

Tom Broadhead

January 25, 2006

Dear Chairman Walko:

Please accept, effective 11:59pm this evening, my resignation as Treasurer of Mirabilis Ventures, Inc.

Very truly yours,

Daniel Myers