# EXHIBIT G

MINUTES OF THE FEBRUARY 15, 2006 MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 12:25 p.m. on February 15, 2006.

Present at the meeting were Edie Curry (appearing by telephone), Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, and Frank Hailstones, consisting of all of the voting Directors of the Corporation. Also present was Philip S. Kaprow. Absent was Chairman Bruce Walko. James V. Sadrianna was asked to chair the meeting and Philip S. Kaprow acted as Secretary.

Chairman Sadrianna called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

The Secretary thereafter presented and read a Waiver of Notice to the meeting signed by all of the Directors of the Corporation, which was ordered to be made a part of the Minutes of this meeting.

The minutes from the January 26, 2005 meeting were reviewed, and upon motion duly made, seconded and unanimously carried, the minutes were approved.

The Board of Directors then considered the presentment of committee members for approval, and the following motion was thereafter duly made, seconded and unanimously carried:

RESOLVED, that the Executive Committee shall consist of Frank Hailstones, Paul Glover, Richard Berman, and James V. Sadrianna.

BE IT FURTHER RESOLVED, that upon commencement of his employment with Mirabilis Ventures, Inc. that Fernando Simos shall also be a member of the Executive Committee.

BE IT FURTHER RESOLVED, that the Investment Committee shall consist of James Vandevere, James Sadrianna, Jason Carlson, Richard Berman, and Robert Pollack, MD.

BE IT FURTHER RESOLVED, that the Risk/Audit Committee shall consist of Edie Curry.

BE IT FURTHER RESOLVED, that the Compensation/Hiring Committee shall consist of Lawrence Haber and Tom Broadhead.

BE IT FURTHER RESOLVED, that the Global Development Committee shall consist of Hans Beyers and Linda Duncan.

BE IT FURTHER RESOLVED, that each committee shall provide, not more than seven days prior to each regularly scheduled board meeting a committee report which shall identify decisions which the committee requires from the board, issues to be advised on by the board, and

requests for information from the board. Not more than two (2) days prior to each regularly scheduled board meeting, the board of directors shall determine which, if any, of the committee chairs shall be required to be present for the committee discussions at the board meeting.

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED, that the five classes of shares (A, B, P, T, and Z) as identified in the Shareholders Agreement, along with the rights and privileges associated thereto, are hereby re-ratified and affirmed.

BE IT FURTHER RESOLVED, that the officers are authorized to issue up to the authorized and outstanding number of shares as identified with the State of Nevada, and in accordance with the limits set forth in the Shareholder's Agreement, without further action by the Board.

BE IT FURTHER RESOLVED, that any third party may expressly rely on this resolution as a representation and warranty that Mirabilis Ventures, Inc. is authorized to issue stock in connection with transactions or other agreements being entered into by Mirabilis Ventures, Inc.

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED that the following acquisitions undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved

| Corporate Name | Month/Year | Capital Contribution |
|---|---|---|
| Absolute Packaging | 2/06 | Earnout NTE $765,000 |
| DVD Marketing Group, Inc. | 2/06 | $10,000 |

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED, that in addition to any other Board meetings which are scheduled from time to time, the Board of Directors shall meet, at a minimum on the following dates and in the following locations:

February 15, 2006    Orlando
May 19, 2006         Richmond
August 18, 2006      Minnesota
November 15, 2006    Orlando

Thereafter upon motion being duly made, seconded and unanimously carried, it was

RESOLVED, that the Board of Directors, in accordance with §3.17 of the Company Bylaws, create and establish the following committee:

Consulting & Services Committee

**BE IT FURTHER RESOLVED,** that the purpose of the Consulting & Services Committee shall be to oversee the national and international development, roll out and performance of the Mirabilis Ventures, Inc. consulting practice, in particular:

1. Determine Risk Management procedures to protect Mirabilis Ventures, Inc. interests in accepting either or both consulting clients and projects
2. Approve Engagement Guidelines for consulting projects
3. Approve the Mirabilis Ventures, Inc. Consulting Business Plan and monitor performance against it
4. Monitor quality to Mirabilis Ventures, Inc. Quality Standards in executing consulting engagements through reports/ representations from Regional Offices
5. Approve participation and potential investment in new consulting products and solutions.

**BE IT FURTHER RESOLVED,** that Jason Carlson be appointed as the Chairperson of the Consulting & Servicing Committee, and that said Chairperson serve until replaced by the Board or Directors or is otherwise removed from office.

Thereafter, upon motion being duly made, seconded, and unanimously carried, it was

**RESOLVED,** that the actions taken by each director of Mirabilis Ventures, Inc. between January 25, 2006 and February 15, 2006 are hereby ratified and affirmed.

The Board of Directors thereafter discussed and scheduled the next Board of Director's meeting for March 23, 2006 from 12:00 p.m. until 2:00 p.m. at the Orlando Offices of the Corporation.

There being no further business, the Chairman adjourned the meeting at 1:04 p.m.

Respectfully submitted,

Philip S. Kenrow, Acting Secretary

Approved:

James V. Sadrianna, Acting Chairman

MINUTES OF THE MARCH 23, 2006 MEETING
OF BOARD OF DIRECTORS OF
MIRABILIS VENTURES, INC.

The meeting of the Board of Directors of Mirabilis Ventures, Inc. convened at 11:16 a.m. on March 23, 2006.

Present at the meeting were Edie Curry, Dr. Robert Pollack, James V. Sadrianna, Jason Carlson, Bruce Walko, and Frank Hailstones constituting all of the Directors of the Corporation. Chairman Walko headed the meeting and, at the request of Chairman Walko, Philip S. Kaprow acted as Secretary. Also present was Fernando Simo, Paul Glover, Alan Archer, Richard Berman, Frank Amodeo, Laurie Holtz, Shane Williams, Tom Broadhead, and Philip S. Kaprow.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Upon motion duly made, seconded and unanimously carried, the Minutes from the February 15, 2006 Board of Director meeting were approved.

The board first reviewed the status of all committee work to be completed no later than April 1, 2006.

Thereafter, Frank Amodeo, guest speaker made a presentation to the Board of Directors on the subject of Corporate Governance, Acquisition, and Case Absolute Un-retractable Parameters.

Upon motion duly made, seconded and unanimously carried, the following resolution was carried:

RESOLVED, that on or before May 19, 2006, the Risk/Audit Committee present the board with proposed committee members and standard operating procedure for the selection and retention of legal counsel for each region of the Company;

BE IT FURTHER RESOLVED, that on or before May 19, 2006, the Compensation/Hiring Committee present the board with proposed changes to the Common Paymaster Employee Handbook and base pay and bonus compensation schedules;

BE IT FURTHER RESOLVED, that on or before May 19, 2006, the Executive Committee present the board with proposed standard operating procedure and guidelines for the use of corporate assets and vehicles;

BE IT FURTHER RESOLVED, that on or before May 19, 2006, the budgets for the remainder of fiscal year 2006 and a proposed rolling eighteen (18) month budget for Mirabilis Ventures, Inc. and each affiliate and subsidiary companies be presented to the board; and

BE IT FURTHER RESOLVED, that, on or before April 15, 2006 Mirabilis Ventures, Inc. shall either enter into a long-term contract with Berman, Kean, & Riguera, P.A. or in

the alternative to identify alternate legal counsel for the provision of general counsel services to Mirabilis Ventures, Inc. and all affiliate and subsidiary companies, and that said contract shall be presented to the board on or before May 19, 2006 for ratification.

The Board then considered the membership of various committees.

Upon motion duly made, seconded and unanimously approved, it was

RESOLVED, that the below committees of Mirabilis Ventures, Inc. are comprised of the following individuals and no other:

> Executive Committee: Laurie Holtz, Frank Hailstones, James Sadrianna
> Audit/Risk Committee: Richard Berman, Frank Hailstones, Edie Curry-Broadhead
> Compensation/Hiring Committee: Larry Haber, Marty Flynn, Shane Cobb, Tom Broadhead
> Investment Committee: Robert Pollack, MD, Tom Broadhead, Jason Carlson, Frank Hailstones, Paul Glover, Fernando Simo, Horton Johnson, Dan Myers, Richard Berman

BE IT FURTHER RESOLVED, that pursuant to the direction of the Class A Common Shareholders, subject to any preferred shareholders rights pursuant to the Company bylaws or shareholders agreement, that the following individuals shall comprise the Board of Directors, with their tenure commencing upon adjournment of this meeting:

> Laurie Holtz           Bruce Walko
> Richard Berman         Tom Broadhead
> Jason Carlson          Edie Curry-Broadhead
> James V. Sadrianna     Robert W Pollack, MD
> Frank Hailstones

BE IT FURTHER RESOLVED, that effective the adjournment of this meeting that Bruce Walko shall remain on the board, but shall yield his position as chairman to Laurie Holtz who shall thereafter be the new, full voting and participant chairman of the Board.

BE IT FURTHER RESOLVED, that effective the adjournment of this meeting, that Edie Curry-Broadhead shall become the Vice-Chair of Mirabilis Ventures, Inc.

The board next considered, and upon motion duly made, seconded, and unanimously approved the following:

RESOLVED, that the April 3, 2006 evening meeting by Frank Hailstones, is hereby authorized, ratified and approved;

BE IT FURTHER RESOLVED, that the April 7, 2006 Orlando Magic event is hereby authorized, ratified and approved;

BE IT FURTHER RESOLVED, that the development of a relationship with Continuum Enterprises as a preferred vendor provider is hereby authorized, ratified, and approved;

BE IT FURTHER RESOLVED, that the investment committee is authorized to commit $8,000,000 for acquisitions in April, 2006 and $8,000,000 for acquisitions in May, 2006, with the closings to take place on those acquisitions in subsequent months.

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

RESOLVED, that the Consulting Agreement between AQMI Strategy Corporation and Mirabilis Ventures, Inc. for the consultation on discretionary bonuses is hereby ratified and approved.

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

RESOLVED, that the following exception letters, tentatively approved by the Executive Committee are hereby ratified, affirmed, and approved:

| Date | Name |
| --- | --- |
| 1/25/06 | Fernando Simo |
| 1/27/06 | Jason Brownell |
| 1/31/06 | Michael Stanley |
| 2/13/06 | F.S. Winsett |
| 2/22/06 | Kellie Ledbetter |
| 2/22/06 | David Chaviers |
| 2/22/06 | Tom Hancock |
| 2/26/06 | Mark Lang |
| 2/25/06 | Lyle Gluck |
| 3/1/06 | Aaron Bates |
| 3/10/06 | Scott Fender |
| 3/15/06 | Steve Zadrick |
| 3/15/06 | Michael Hering |
| 3/18/06 | Sophie Kaye |
| 3/18/06 | Caprice LaCroix |
| 3/18/06 | Michael Miller |
| 3/18/06 | Daniel Mule |
| 3/18/06 | Sheri Pasqual |
| 3/18/06 | Carol Ruiz |
| 3/20/06 | Ronald Harrigan |
| 3/21/06 | James E. Abbott |
| 3/21/06 | Angelo J. Miceli |
| 3/22/06 | Jenny Freeman |
| 3/22/06 | Gregory Wolbers |
| 3/22/06 | Kelli M. Slaughter |

| 3/22/06 | Nancy A. Adams |
|---|---|

BE IT FURTHER RESOLVED, that future exception letters be approved by the Risk/Audit Committee and ratified by the Board of Directors.

Thereafter, the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

RESOLVED, that the following are entities created by Mirabilis Ventures, Inc., the creation and maintenance of which are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year |
|---|---|
| Centerpoint CS, LLC | 1/06 |
| Lake Suites Hotel, Inc. | 3/06 |
| Mirabilis Baseball, LLC | 1/06 |
| Common Paymaster III Corporation | 2/06 |
| Common Paymaster H Corporation | 3/06 |
| Investment Title Services, Inc. | 3/06 |
| Statim Satelite Corporation | 1/06 |

Thereafter the board considered, and upon motion duly made, seconded, and unanimously approved it was:

RESOLVED, that the following acquisitions and capital expenditures undertaken by Mirabilis Ventures, Inc. are hereby ratified, affirmed, and approved:

| Corporate Name | Month/Year | Capital Expenditure |
|---|---|---|
| Centerpoint CS, LLC | 3/06 | Non-monetary consideration |
| SecureSolutions, LLC | 3/06 | $940,000.00 |
| RF Scientific, Inc. | 3/06 | $350,000.00 |
| It's Your Move, Inc. | 3/06 | $20,000.00 |
| LTSS, LLC | 3/06 | $1,250,000.00 |
| Hancock Group, LLC | 2/06 | $2,500,000.00 |
| Auke Hempenius Enterprises, Inc. | 2/06 | $9,000.00 |
| 3801 Carolina Avenue | 3/06 | $171,512.78 |
| World Wrestling Legends, LLC | 2/06 | $200,000.00 |
| Nexia Strategy, LTD | 2/06 | $150,000.00 |
| Lake Ellen | 3/06 | $100,000.00 |
| Premier HR, Inc. | 2/06 | $600,000.00 |
| Hendricks | 2/06 | $2,347,196.39 |

Thereafter the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the Agreement between AQMI Strategy Corporation and Mirabilis Ventures, Inc. dated November 1, 2004 for consultation services, be restated and ratified.

Thereafter, the Board considered, and upon motion duly made, seconded, and unanimously approved it was:

**RESOLVED**, that the actions taken by each director of Mirabilis Ventures, Inc. between February 15, 2006 and March 23, 2006 are hereby ratified and approved.

Thereafter there was a presentation by the Acquisition Division regarding the status of all projects being currently considered for acquisition by the Company.

Thereafter there was a presentation by Laurie Holtz on the subject of Business Alignment and Control.

The next meeting of the Board of Directors was then scheduled for May 19, 2006 at 12:00 PM at a location to be determined not less than ten (10) days before the meeting.

There being no further business before the meeting, the meeting was adjourned at 1:13 p.m.

Respectfully submitted,

_____
Philip S. Keprow, Acting Secretary

Approved:

_____
Bruce Walko, Chairman

## WAIVER OF NOTICE OF THE 3-23-06 MEETING

## OF THE BOARD OF DIRECTORS

## OF

## MIRABILIS VENTURES, INC.

The undersigned, being all of the Directors of Mirabilis Ventures, Inc., a corporation organized under the laws of the State of Nevada, do hereby waive all of the statutory requirements as to notice of the time, place and purpose of the special meeting of the Board of Directors of said Corporation, and the publication thereof, and consent that the meeting shall be held at the Florida offices of the Corporation on March 23, 2006 at Orlando, Florida at 11:00 a.m.

_____   _____
Bruce Walko, Chairman        Frank Hailstones, Director

_____   _____
Edie Curry, Director         Jason Carlson, Director

_____   _____
James V. Sadrianna, Chairman   Robert Pollack, MD, Director