# EXHIBIT H

**From:** Phil Kaprow
**Sent:** Friday, June 09, 2006 4:43 PM
**To:** James Sadrianna; lholtz@rachlin.com; Edie Curry; Tom Broadhead; Jason Carlson; Bob Pollack; 'Richard E. Berman'; Bruce Walko; Frank Hailstones (M)
**Cc:** Frank Amodeo; Joe Robinson
**Subject:** June Board Meeting

At a meeting of the Class A Common Shareholders this afternoon, a request has been made that the Board Meeting scheduled for June 13, 2006 at 3pm be cancelled, and that instead the next Board of Directors Meeting be held in July.

Please let me know whether this cancellation is acceptable to the Board, and when in July the meeting should be planned for.

As always you can reach me at my office, (407) 454-5109 or on my cell phone (407) 342-3011.

Very truly yours,

Phil Kaprow
Assistant Secretary

# EXHIBIT I

### MINUTES OF THE NOVEMBER 20, 2006
### SPECIAL MEETING OF BOARD OF DIRECTORS OF
### MIRABILIS VENTURES, INC.

A special meeting of the Board of Directors of Mirabilis Ventures, Inc., a Florida corporation (the "Corporation"), was convened at 2:00 p.m. on November 20, 2006.

Present at the meeting were Chairman Laurie Holtz, James V. Sadrianna, Jason Carlson (via telephone), Frank Hailstones (via telephone), and Richard E. Berman, Esq. (via telephone), which constituted a quorum of the Directors of the Corporation. All directors have waived notice of the meeting. Also present were Fernando Simo (via telephone), William Walsh (via telephone), Frank L. Amodeo, Thomas A. Sadaka, Esq. and Scott M. Goldberg, Esq. Chairman Holtz headed the meeting and, at the request of Chairman Holtz, Scott M. Goldberg, Esq. acted as Secretary.

The Chairman called the meeting to order and stated that a quorum of the Board of Directors was present for the conduct of business.

Thereafter, Mr. Amodeo, guest speaker and consultant to the Corporation, made a presentation to the Board of Directors on strategic recommendations for the election and removal of certain officers and directors of the Corporation to allow for the Corporation's continued growth and prosperity through next year. Mr. Amodeo also recommended that if the Board of Directors approves such removal and election of officers, that a transition period of at least thirty (30) days be implemented between the outgoing and incoming officers.

Furthermore, Mr. Amodeo recommended that the Corporation allow for a press release to be issued shortly after the authorization and appointment of the new officers to inform the general public of the new changes to the Corporations officers and Board of Directors.

**NOW, THEREFORE,** upon motion duly made, seconded, and approved by the Board of Directors, the following resolutions were unanimously adopted:

**RESOLVED,** that the Board of Directors authorize and appoint the following individuals as officers of the Company with such appointment effective as of the date of these resolutions on the date hereof and continuing thereafter until such time as their successors have been nominated, qualified, elected and/or appointed:

| | |
|---|---|
| Fernando Simo | CEO & President |
| William Walsh | CFO & Executive Vice President |
| Jason Carlson | COO & Executive Vice President |
| Richard E. Berman, Esq. | Secretary & Executive Vice President |

and be it;

**FURTHER RESOLVED,** that the officers listed above shall be transitioned into their new office position over the next thirty (30) days and that such officers shall serve as officers commencing on January 1, 2007; and be it,

**FURTHER RESOLVED**, that Board of Directors shall present a list of recommended directors to the Shareholders at the Corporation's Shareholders' Meeting on December 15, 2006 for consideration, approval and appointment to the Board of Directors, which shall be composed of a nine (9) member board. On the proposed list of directors shall be the following individuals:

     Fernando Simo
     William Walsh
     Jason Carlson
     Richard E. Berman, Esq.
     Frank Hailstones

     In addition to the directors listed above, the Board of Directors will recommend that four (4) additional independent directors be appointed to the Board of Directors with Mr. Laurie Holtz to serve as one (1) of the independent directors (and continue to serve as Chairman) together with three (3) additional directors who shall be named by the Board of Directors prior to the Corporation's Shareholders' Meeting; and be it,

     **FURTHER RESOLVED**, that the Board of Directors authorizes the Corporation to issue a press release informing the general public of the new officers and new Board of Directors as soon as possible; and be it,

     **FURTHER RESOLVED**, that Fernando Simo, President, or any of the other officers of the Corporation, are hereby authorized and directed to take any and all such actions and to execute and deliver any and all such additional agreements, documents and instruments as they may deem necessary and appropriate to carry out the foregoing resolutions.

     The next meeting of the Board of Directors was then scheduled for December 15, 2006.

     There being no further business before the meeting, the meeting was adjourned at 2:30 p.m.

                           Respectfully submitted,

                           Scott M. Goldberg, Esq., Acting Secretary

                           Approved:

                           Laurie Holtz, Chairman

## WAIVER OF NOTICE OF THE SPECIAL MEETING OF
## THE BOARD OF DIRECTORS OF MIRABILIS VENTURES, INC.

The undersigned, constituting a quorum of the directors of Mirabilis Ventures, Inc., do hereby waive notice and call of the time, place and purpose of the Special Meeting of the Board of Directors, and hereby consent that the time and place for holding said meeting shall be 2:00 p.m. on the 20th day of November 2006, at 111 North Orange Avenue, Suite 2000, Orlando, Florida 32801, and do hereby further consent to all actions taken thereat.

**DIRECTORS:**

By:    Laurie Holtz, Chairman

By:    Richard E. Berman, Esq.

By:    Frank Hailstones

By:    James V. Sadrianna

By:    Jason Carlson