**[6NOT02]** [Notice of Deficient Filing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:08–bk–04327–KSJ
Chapter 11

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751

_____Debtor(s)_____/

NOTICE OF DEFICIENT FILING

THIS IS NOTICE that the pleading titled Amendment to Schedule F, and Summary of Schedules–Amended (Document No. 194 ) filed by debtor on June 3, 2009 , is deficient for the following reason(s):

The paper was not sworn or otherwise made under penalty of perjury or the electronic filer failed to include a Declaration Under Penalty of Perjury for Electronic Filing containing the debtor's signature with title of the executed document and date executed, pursuant to the Administrative Order FLMB–2003–4 dated September 15, 2003. (Certificate of Service by the Attorney)

No action will be taken on this pleading until it conforms with the Local Rules or the Federal Rules of Bankruptcy Procedure, pursuant to Local Rule 9011–3.

PLEASE CURE THE ABOVE–STATED DEFICIENCY WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE OR SANCTIONS MAY BE IMPOSED.

*A copy of this notice must accompany your amended pleading. (Note: This requirement does not apply to electronic filers.)*

DATED on August 27, 2009 .

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801