

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## PRO MEMO

Wednesday
August 26, 2009

HONORABLE KAREN S. JENNEMANN           COURTROOM B

CASE NUMBER: 08-04327-6J1    FILING DATE: 05/27/2008 (BAPCPA)    HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) STATUS CONFERENCE

2) MOTION BY FORGE AND AFFILIATED CREDITOR'S MOTION TO DISMISS MIRABILIS VENTURES, INC.'S CHAPTER 11 FILING OR, IN THE ALTERNATIVE, TO CONVERT TO CHAPTER 7  (DOC #88)

JOINDER IN FORGE AND AFFILIATED CREDITOR'S MOTION TO DISMISS FILED BY DEFENDANT RACHLIN COHEN & HOLTZ  (DOC #183)

SUPP MEMOR FILED BY RACHLIN COHEN & HOLTS ON MOTION TO DISMISS CHAPTER 11 CASE FILED 7/31/09  (DOC #227)


SUPPLEMENTAL MEMORANDUM FILED BY FORGE CAPITAL PARTNERS TO CREDITOR'S MOTION TO DISMISS (DOC #225)

SUPPLEMENTAL MEMORANDUM OF LAW AND FACT IN SUPPORT OF CREDITOR'S MOTION TO DISMISS FILED BY FORGE CAPITAL PARTNERS  (DOC #225)

3) MOTION BY DEFENDANTS HANS BEYER, SAXON GILMORE CARRAWAY & GIBBONS, P.A. TO DISMISS CASE PARTIAL JOINDER IN FORGE AND AFFILATED CREDITORS MOTION TO DISMISS MIRABILIS VENTURES, INC.  (DOC #184)

RESPONSE BY DEBTOR TO PARTIAL JOINDER IN MOTIONS TO DISMISS CHAPTER 11 FILING AND INCORPORATED MEMORANDUM OF LAW  (DOC #185)

MEMORANDUM OF LAW IN SUPPORT OF THEIR PARTIAL JOINDER IN FORGE AND AFFILIATED CREDITORS' MOTIONS TO DISMISS MIRABILIS VENTURES, INC.'S CHAPTER 11 FILING FILED BY HANS BEYER, SAXON GILMORE CARAWAY & GIBBONS, P.A.  (DOC #204)

4) SUPPLEMENTAL MEMORANDUM FILED BY RACHLIN COHEN & HOLTZ LLP ON THE LEGAL STANDARDS AND EVIDENCE GOVERNING STANDING AND BAD FAITH FOR THE JUNE 30, 2009 HEARING (DOC #205)

APPEARANCES:



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
August 26, 2009

HONORABLE KAREN S. JENNEMANN     COURTROOM B

CASE NUMBER: 08-04327-6J1     FILING DATE: 05/27/2008 (BAPCPA)     HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

```
ELIZABETH GREEN; JUSTIN LUNA: ATTY PLTF
BRADLEY SAXTON; DAVID KELLER: ATTY BERMAN, KEAN & RIGUERA
JOE DEMARIA: RACHLIN COHEN & HOLTZ, LLP
JOE VARNER: ATTY HANS BEYER; SAXON, GILMORE, CARRAWAY
MR. HANS BEYER
CHARLES MELTZ; JANELLE BROWN: ATTY MOORE & HUTTO
BART VALDES: ATTY COASTAL EQUITY PARTNERS, LLC, BISON MTG & VARIOUS CREDITORS
CAROL IDES: ATTY IRS


RELATED CASES 08-4328-6J1; 08-4681-6J1




RULING:

FOF/COL: PURSUANT TO BKY RULE 7052 AND ORALLY READ INTO THE RECORD;

2) DENIED: ORDER BY COURT (#88 AND #183);

3) DENIED: ORDER BY COURT (#184);

4) DENIED: ORDER BY COURT (#205);
CONFIRMATION HEARING SCHEDULED FOR 10/16/09 AT 10:00 AM: ORDER BY COURT
```