# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

Cash Basis

--DRAFT--

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 05/07/2007 | 1596 | Nathan Herbig | Weekly 1099 pay & personal mileage 4/30 - 5/4/07 | 1040 · Suntrust | 2000 · Accounts Payable | 638.36 |
| Bill Pmt -Check | 05/11/2007 | 1598 | Nathan Herbig | Weekly 1099 pay & personal mileage 5/7 - 5/11/07 | 1040 · Suntrust | 2000 · Accounts Payable | 711.67 |
| Bill Pmt -Check | 05/22/2007 | 1628 | Kelly Services, Inc. | | 1040 · Suntrust | 2000 · Accounts Payable | 4,033.48 |
| Bill Pmt -Check | 05/22/2007 | 1625 | Nathan Herbig | Weekly 1099 pay & personal mileage 5/14 - 5/18/07 | 1040 · Suntrust | 2000 · Accounts Payable | 939.81 |
| Bill Pmt -Check | 05/30/2007 | 1629 | Nathan Herbig | | 1940 · Suntrust | 2000 · Accounts Payable | 968.28 |
| Bill Pmt -Check | 06/11/2007 | 1653 | Nathan Herbig | Weekly, 1099 pay & personal mileage | 1940 · Suntrust | 2000 · Accounts Payable | 911.75 |
| Bill Pmt -Check | 06/20/2007 | 1017 | Briggs Core Solution, LLC | Executive Protection 6/1/07-6/15/07 | 1005 · Florida Capital | 2000 · Accounts Payable | 3,520.00 |
| Bill Pmt -Check | 06/20/2007 | 1018 | Eagle Watch Protection Service inc | Nathan Herbig 1099 pay & personal mileage 6/11 - | 1005 · Florida Capital | 2000 · Accounts Payable | 89.78 |
| Bill Pmt -Check | 06/20/2007 | 1019 | Gordon Adkins | Contract pay 6/1/07 - 6/15/07 | 1005 · Florida Capital | 2000 · Accounts Payable | 1,938.46 |
| Bill Pmt -Check | 06/20/2007 | 1020 | James P Wood | | 1005 · Florida Capital | 2000 · Accounts Payable | 2,961.20 |
| Bill Pmt -Check | 06/20/2007 | 1022 | James V Sadrianna, P A | Invoice # 3 (4/16 - 5/15/07) for prof. services rende | 1005 · Florida Capital | 2000 · Accounts Payable | 15,000.00 |
| Bill Pmt -Check | 06/20/2007 | 1021 | Scott W. Wealing | | 1005 · Florida Capital | 2000 · Accounts Payable | 74.52 |
| Bill Pmt -Check | 06/22/2007 | 1023 | United States Post Office | | 1005 · Florida Capital | 2000 · Accounts Payable | 475.00 |
| Bill Pmt -Check | 06/28/2007 | 1024 | American Express | AQMI Strategy Corp PO Box | 1005 · Florida Capital | 2000 · Accounts Payable | 24,981.65 |
| Bill Pmt -Check | 06/28/2007 | 1025 | Bailey Coffee Service, Inc | 3782-981649-61009 | 1005 · Florida Capital | 2000 · Accounts Payable | 1,176.82 |
| Bill Pmt -Check | 06/25/2007 | 1026 | Desert Valley Aviation, Inc | invoice 58 | 1005 · Florida Capital | 2000 · Accounts Payable | 12,500.00 |
| Bill Pmt -Check | 06/25/2007 | 1027 | DEX Imaging Inc | | 1005 · Florida Capital | 2000 · Accounts Payable | 1,211.47 |
| Bill Pmt -Check | 06/25/2007 | 1028 | DHL Express | | 1005 · Florida Capital | 2000 · Accounts Payable | 113.66 |
| Bill Pmt -Check | 06/25/2007 | 1029 | Humana | | 1005 · Florida Capital | 2000 · Accounts Payable | 5,710.43 |
| Bill Pmt -Check | 06/25/2007 | 1030 | Martin C. Flynn, Jr | 281454&5965206272 | 1005 · Florida Capital | 2000 · Accounts Payable | 18.87 |
| Bill Pmt -Check | 06/25/2007 | 1031 | Pitney Bowes | Billing ID 684488-001 July, 2007 coverage month | 1005 · Florida Capital | 2000 · Accounts Payable | 3,650.00 |
| Bill Pmt -Check | 06/29/2007 | 1052 | Briggs Core Solution, LLC | Consulting Services - 3 months April-June 2007 | 1005 · Florida Capital | 2000 · Accounts Payable | 2,769.90 |
| Bill Pmt -Check | 06/29/2007 | 1053 | Gordon Adkins | VA Office INV 923258, Acct. 2111-3933-86-1 | 1005 · Florida Capital | 2000 · Accounts Payable | 24.30 |
| Bill Pmt -Check | 06/29/2007 | 1054 | Scott W. Wealing | | 1005 · Florida Capital | 2000 · Accounts Payable | 600.00 |
| Bill Pmt -Check | 06/29/2007 | 1055 | Briggs Core Solution, LLC | Contract pay 6/18/07 - 6/29/07 | 1005 · Florida Capital | 2000 · Accounts Payable | 3,650.00 |
| Bill Pmt -Check | 07/18/2007 | 1006 | Briggs Core Solution, LLC | June 25 - June 29 Expense Report | 1005 · Florida Capital | 2000 · Accounts Payable | 500.00 |
| Bill Pmt -Check | 07/18/2007 | 1005 | Desert Valley Aviation, Inc | IRB Person Search (8 ppl) | 1005 · Florida Capital | 2000 · Accounts Payable | 192.09 |
| Bill Pmt -Check | 07/18/2007 | 1011 | DEX Imaging Inc | invoice 58 | 1005 · Florida Capital | 2000 · Accounts Payable | 1,816.53 |
| Bill Pmt -Check | 07/18/2007 | 1014 | Eagle Watch Protection Service inc | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 64.24 |
| Bill Pmt -Check | 07/18/2007 | 1009 | FDN Communications | Data line services | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,769.90 |
| Bill Pmt -Check | 07/18/2007 | 1016 | Gordon Adkins | Contract pay 6/18/07 - 6/29/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,346.00 |
| Bill Pmt -Check | 07/16/2007 | 1007 | James P Wood | Executive Protection 6/18 - 6/22/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 7,500.00 |
| Bill Pmt -Check | 07/16/2007 | 1010 | James V Sadrianna, P A | Invoice # 4 (5/16 - 6/15/07) for prof. services render | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 758.00 |
| Bill Pmt -Check | 07/16/2007 | 1003 | Law office of Kenneth F. Pearce | Pmt of May 21, 2007 ODE Legal Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 49.41 |
| Bill Pmt -Check | 07/16/2007 | 1004 | Scott W. Wealing | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 83,723.23 |
| Bill Pmt -Check | 07/17/2007 | wire | American Express | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,990.00 |
| Bill Pmt -Check | 07/19/2007 | 1032 | Briggs Core Solution, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3.24 |
| Bill Pmt -Check | 07/19/2007 | 1033 | David Thomas | Mileage reimbursement - Exec protection | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 812.40 |
| Bill Pmt -Check | 07/19/2007 | 1034 | One Shot Security Inc | Executive Protection 7/10 - 7/11/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 16.20 |
| Bill Pmt -Check | 07/19/2007 | 1035 | Scott W. Wealing | July 3 - July 13 Expense Report | 1002 · Fifth Third Checking | 2000 · Accounts Payable | |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 07/20/2007 | 1037 | Gordon Adkins | Service call & 1/2 hr service | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,191.79 |
| Bill Pmt -Check | 07/27/2007 | 1036 | Gary Minson Heating & AC Service Inc. | Memorial pledge - Anne Mike Mitchell | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 127.50 |
| Bill Pmt -Check | 07/31/2007 | 1040 | American Cancer Society | 3782-981649-61009 - AQMI Strategy Corporation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,000.00 |
| Bill Pmt -Check | 07/31/2007 | 1047 | American Express |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 14,202.77 |
| Bill Pmt -Check | 07/31/2007 | 1041 | Briggs Core Solutions, LLC |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 6,540.00 |
| Bill Pmt -Check | 07/31/2007 | 1042 | David Thomas | Mileage & Exp. reimbursement - Exec protection | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 51.64 |
| Bill Pmt -Check | 07/31/2007 | 1043 | DEX Imaging Inc | Acct A510.  Invoice AR430047 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 8.00 |
| Bill Pmt -Check | 07/31/2007 | 1044 | One Shot Security Inc | Executive Protection 7/13 - 7/30/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,978.80 |
| Bill Pmt -Check | 07/31/2007 | 1045 | Scott W Wealing | July 16 - July 31 expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 26.20 |
| Bill Pmt -Check | 07/31/2007 | 1046 | Terry Carney | Contractor for 2 Wheel Turns Investigation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,800.07 |
| Bill Pmt -Check | 08/01/2007 | 1048 | accounltemps |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 5,000.00 |
| Bill Pmt -Check | 08/01/2007 | 1060 | DEX Imaging Inc |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 237.42 |
| Bill Pmt -Check | 08/01/2007 | 1049 | Unfielder & Associates, P A |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 15,000.00 |
| Bill Pmt -Check | 08/02/2007 | 1062 | FDN Communications | 7-24-07 Invoice & $30.00 return check fee | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 71.24 |
| Bill Pmt -Check | 08/02/2007 | 1064 | Latham, Shaker, Barker, Eden & Beaudine | Retainer | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 08/02/2007 | 1063 | USPS | AQMI PO Box & Surcharge fee | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 510.00 |
| Bill Pmt -Check | 08/03/2007 | 1071 | Gordon Adkins | Executive Protection 7/23 - 8/3/07 - 56 hrs | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,938.72 |
| Bill Pmt -Check | 08/03/2007 | 1069 | Kelly Services, Inc. |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 5,000.00 |
| Bill Pmt -Check | 08/09/2007 | 1076 | FDN Communications | Acct # 2500627 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 427.23 |
| Bill Pmt -Check | 08/09/2007 | 1072 | James V Sadrianna, P A | Invoice # #3 & 4 (3/16 - 7/15/07) for prof. services | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 22,500.00 |
| Bill Pmt -Check | 08/10/2007 | 1077 | GE Capital | Gillis Development, Inc.  Loan | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 12,558.00 |
| Bill Pmt -Check | 08/13/2007 | 1080 | American Express | 3782-981646-81009 - AQMI Strategy Corporation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,883.73 |
| Bill Pmt -Check | 08/10/2007 | 1078 | Corporate Creations International, Inc | Acct 2-48834 & 2007-1-83251 & 2007-1-83252 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 350.00 |
| Bill Pmt -Check | 08/13/2007 | 1079 | DEX Imaging Inc | Acct A510.  Invoice AR438609 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.24 |
| Bill Pmt -Check | 08/16/2007 | 1089 | Briggs Core Solutions, LLC |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 5,960.00 |
| Bill Pmt -Check | 08/16/2007 | 1090 | David Thomas | Mileage & Exp. reimbursement - Exec protection | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 42.93 |
| Bill Pmt -Check | 08/16/2007 | 1091 | One Shot Security Inc | Executive Protection 7/31 - 8/15/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,978.80 |
| Bill Pmt -Check | 08/16/2007 | 1092 | Scott W Wealing | Aug 1 - Aug 15, 2007 expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 27.54 |
| Bill Pmt -Check | 08/17/2007 | 1093 | Goldberg Bates, PLLC | Goldberg Bates September Retainer | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 45,000.00 |
| Bill Pmt -Check | 08/17/2007 | Transfer | Soone Business Development | September 2007 invoice for services | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 45,000.00 |
| Bill Pmt -Check | 08/21/2007 | 1094 | AT&T | Acct# 407 893-5244 001 3140 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 365.91 |
| Bill Pmt -Check | 08/23/2007 | 1095 | Bishop Grady Villas | Transportation of Trip to Look-Out Mountain Tenns | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 5,000.00 |
| Bill Pmt -Check | 08/23/2007 | 1096 | Briggs Core Solutions, LLC | Executive Protection Retainer at current billable hou. | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 25,000.00 |
| Bill Pmt -Check | 08/23/2007 | 1097 | Goldberg Bates, PLLC |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 90,000.00 |
| Bill Pmt -Check | 08/23/2007 | 1100 | LM Liquidations | Fee for liquidation services | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 75,000.00 |
| Bill Pmt -Check | 08/23/2007 | 1098 | Soone Business Development |  | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 90,000.00 |
| Bill Pmt -Check | 08/24/2007 | 1101 | Corporate Creations International, Inc | Invoice . 2007-1-86596 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 15.00 |
| Bill Pmt -Check | 08/24/2007 | 1108 | FDN Communications | Acct # 2500627  August 24, 2007 Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 296.15 |
| Bill Pmt -Check | 08/27/2007 | 1102 | FDN Communications | Acct # 2500627  August Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 138.84 |
| Bill Pmt -Check | 08/27/2007 | 1103 | Real Time Reporters, Inc | Pmt for copy of Mirabilis Combined Meeting | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 329.00 |
| Bill Pmt -Check | 08/29/2007 | 1104 |  | Retainer replenishment | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 25,000.00 |
| Bill Pmt -Check | 08/29/2007 | 1105 | Shutts & Bowen, LLP | Initial Retainer | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 25,000.00 |

Cash Basis

## AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
## May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 08/31/2007 | 1106 | David Thomas | Mileage & Exp. reimbursement - Exec protection | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 82.62 |
| Bill Pmt -Check | 08/31/2007 | 1107 | One Shot Security Inc | Executive Protection 8/15 - 8/31/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,978.80 |
| Bill Pmt -Check | 09/04/2007 | 1117 | Terry Carney | Payment & reimb for asset recovery in K.C., MO | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,920.13 |
| Bill Pmt -Check | 09/06/2007 | 1118 | Merchtel, Inc. | Fuel at Location LZU Lawrenceville, GA | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,230.48 |
| Bill Pmt -Check | 09/06/2007 | 1119 | Phoenix Fuel, LLC | Order Ref: W 227906 Oakland Int'l Airport | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3,546.29 |
| Bill Pmt -Check | 09/11/2007 | Wire | Wolcott Rivers, P.C. | Assignment of Solutions Virginia Lease Judgement | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 09/11/2007 | 1120 | Advantage Landscaping & Lawn Care | 3 biweekly lawncare services @ $175 ea less $25 b | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 500.00 |
| Bill Pmt -Check | 09/17/2007 | 1128 | TECO People's Gas | Frank's Crispies, LLC - restore service | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,350.00 |
| Bill Pmt -Check | 09/21/2007 | 1134 | AT&T | Acct# 407 893-5244 001 3140 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 130.67 |
| Bill Pmt -Check | 09/26/2007 | 1335 | CT Summation | Summation iBlaze 2 Node Network & maintenance | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,934.00 |
| Bill Pmt -Check | 09/26/2007 | 1336 | Humana | Billing ID 694488-001 Sept. coverage month | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,571.67 |
| Bill Pmt -Check | 09/27/2007 | 1337 | Briggs Core Solutions, LLC | Lake Suites Hotel static Security | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,100.00 |
| Bill Pmt -Check | 10/01/2007 | 1338 | Brownings Healthcare | Payment in Full Invoice 33143, Aaron Bates | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,023.90 |
| Bill Pmt -Check | 10/01/2007 | 1339 | Narrow Way Investigations Corp | RKT Static Security 9/22/07 - 9/28/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,200.00 |
| Bill Pmt -Check | 10/01/2007 | 1141 | USPS | ADMI PO Box 4912 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 475.00 |
| Bill Pmt -Check | 10/04/2007 | 1149 | Briggs Core Solutions, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 7,360.00 |
| Bill Pmt -Check | 10/04/2007 | 1150 | Francisco Casas | Mileage reimbursement 9/17/07 - 9/28/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 63.99 |
| Bill Pmt -Check | 10/04/2007 | 1151 | Scott W. Wealing | Mileage reimbursement 9/17/07 - 9/28/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 57.92 |
| Bill Pmt -Check | 10/04/2007 | 1152 | William Sanabria | Expense Report 9/17/07 - 9/28/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 133.65 |
| Bill Pmt -Check | 10/19/2007 | 1153 | Briggs Core Solutions, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 22,459.00 |
| Bill Pmt -Check | 10/23/2007 | 1154 | William Sanabria | Expense Report 10/1/07 - 10/15/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 157.55 |
| Bill Pmt -Check | 10/23/2007 | 1155 | Bandwidth.com | Customer 1004033,  Invoice IN1031207-4033 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,005.50 |
| Bill Pmt -Check | 10/23/2007 | 1162 | Dana Schull | Oct Mileage and tolls | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 52.41 |
| Bill Pmt -Check | 10/23/2007 | 1157 | DEK Imaging Inc | Acct A510,  Invoice AR460067 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 199.28 |
| Bill Pmt -Check | 10/23/2007 | 1158 | FDN Communications | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 398.17 |
| Bill Pmt -Check | 10/23/2007 | 1159 | Francisco Casas | Expense report 10/15/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 57.92 |
| Bill Pmt -Check | 10/23/2007 | 1155 | Humana | Billing ID 694488-001 OCT 2007 coverage | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3,604.71 |
| Bill Pmt -Check | 10/23/2007 | 1160 | James V Sadrianna, P.A | Invoice 9/4/07  Services 7/16-8/31/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 7,500.00 |
| Bill Pmt -Check | 10/23/2007 | 1163 | Scott W. Wealing | Expense Report for 10/20/07 payroll run | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 615.70 |
| Bill Pmt -Check | 10/24/2007 | 1164 | Jack Roth | Initial Payment for services | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,000.00 |
| Bill Pmt -Check | 11/01/2007 | 1165 | Briggs Core Solutions, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 6,528.00 |
| Bill Pmt -Check | 11/15/2007 | 1173 | Bandwidth.com | Customer 1004031,  Invoice IN1102007-4033 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.50 |
| Bill Pmt -Check | 11/15/2007 | 1174 | Brian C. Smith | Billing date 8-31-07  Acct# A8C01212-01-1B | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,160.00 |
| Bill Pmt -Check | 11/15/2007 | 1176 | Dana Schull | Oct 19 - 24 Mileage and tolls | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 20.66 |
| Bill Pmt -Check | 11/15/2007 | 1177 | DEK Imaging Inc. | Acct A510,  Invoice ar470439 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 176.98 |
| Bill Pmt -Check | 11/15/2007 | 1178 | FDN Communications | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 398.55 |
| Bill Pmt -Check | 11/15/2007 | 1179 | Francisco Casas | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 222.75 |
| Bill Pmt -Check | 11/15/2007 | 1160 | James V Sadrianna, P.A | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 11/15/2007 | 1181 | Jay Stottlemyes | Reimb. for RKT Roadusa permits | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 81.00 |
| Bill Pmt -Check | 11/15/2007 | Cashiers Ch | Metzer & Harbert Trust Account | Outstanding Invoices and retainer (non-RKT matter) | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 56,649.62 |
| Bill Pmt -Check | 11/15/2007 | 1182 | Ron Sachs Communications | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 32,490.00 |
| Bill Pmt -Check | 11/15/2007 | 1183 | Scott W. Wealing | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 199.08 |

Cash Basis

---DRAFT---

## AQMI Strategy Corporation
### Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 11/15/2007 | cashiers ch | Shutts & Bowen, LLP | Invoice 283 for AQMI travel | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 37,248.39 |
| Bill Pmt -Check | 11/15/2007 | Transfer | Tenshi Leasing Inc | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,309.08 |
| Bill Pmt -Check | 11/15/2007 | 1185 | Terry Camery | Sept 10 - 14 consulting | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,384.64 |
| Bill Pmt -Check | 11/15/2007 | 1186 | Vance Felker | Expense report - RKT wind-down project | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 666.48 |
| Bill Pmt -Check | 11/15/2007 | 1187 | Briggs Core Solutions, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 14,459.00 |
| Bill Pmt -Check | 11/16/2007 | 1188 | Dana Schutt | november 8 - 15 mileage | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 30.38 |
| Bill Pmt -Check | 11/16/2007 | 1189 | Narrow Way Investigations Corp | Lakes Suites Signs & Locks | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 13.33 |
| Bill Pmt -Check | 11/19/2007 | 1191 | Humana | Billing ID 694488-001 November 2007 coverage dr | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,500.00 |
| Bill Pmt -Check | 11/19/2007 | 1190 | Humana | Billing ID 694488-001 OCT 2007 coverage  Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3,504.71 |
| Bill Pmt -Check | 11/19/2007 | 1192 | Briggs Core Solutions, LLC | Lake Suites Security 11/17 - 11/23 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,200.00 |
| Bill Pmt -Check | 11/21/2007 | 1193 | Dana Schutt | Nov 16-19 mileage & expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 22.63 |
| Bill Pmt -Check | 11/24/2007 | 1194 | FDN Communications | Acct # 2600139 Nov 24, 2007 Invoice | 0602 · Fifth Third Checking | 2000 · Accounts Payable | 95.15 |
| Bill Pmt -Check | 11/26/2007 | 1196 | Dana Schutt | Nov 21-26 mileage & expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 24.65 |
| Bill Pmt -Check | 11/26/2007 | 1195 | Ford & Harrison, LLP | Retainer for Case against Delaney Johnson | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 11/29/2007 | cashier chk | Chase Freeman Attorney's at Law | Settlement of Win/Pat Hospitality suit w/ Sanjiv Matt | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,000.00 |
| Bill Pmt -Check | 11/29/2007 | 1197 | DEX Imaging Inc | Acct AS10, Invoice AR478989 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 160.00 |
| Bill Pmt -Check | 11/29/2007 | 1198 | FDN Communications | Acct # 2500627 Nov 24, 2007 Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 304.55 |
| Bill Pmt -Check | 11/30/2007 | 1199 | AT&T | Acct 407 893-5244 001 3140 - Nov Bill | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 130.79 |
| Bill Pmt -Check | 11/30/2007 | 1200 | Briggs Core Solutions, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 10,218.40 |
| Bill Pmt -Check | 11/30/2007 | 1201 | Dana Schutt | Nov 26-29 mileage & expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 20.66 |
| Bill Pmt -Check | 11/30/2007 | 1202 | Francisco Casas | Expense report 11/16/07-11/30/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 80.19 |
| Bill Pmt -Check | 12/03/2007 | 1203 | Postmaster | PO Box 144515 Renewal for 6 months | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 485.00 |
| Bill Pmt -Check | 12/04/2007 | 1204 | Jason C. Brownell | Expense Reimb for item purchased 11/29/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 53.95 |
| Bill Pmt -Check | 12/05/2007 | 1205 | Laptops Plus | Forensic Examinations and Summation consulting | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 19,872.75 |
| Bill Pmt -Check | 12/06/2007 | 1206 | Bandwidth.com | Customer 1004033, Invoice IN1231/2007-4033 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.50 |
| Bill Pmt -Check | 12/07/2007 | 1209 | Dana Schutt | Dec 4-7 mileage & expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 31.94 |
| Bill Pmt -Check | 12/07/2007 | wire | Frank's Crispies dba Gentry's | Loan to Frank's Crispies - rent | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 15,000.00 |
| Bill Pmt -Check | 12/07/2007 | 1208 | Vance Felker | Remainder of Expense report - RKT wind-down pro | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 174.99 |
| Bill Pmt -Check | 12/07/2007 | 1207 | Vance Felker | Expense report - RKT wind-down project | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 773.68 |
| Bill Pmt -Check | 12/10/2007 | 1210 | Briggs Core Solutions, LLC | Expenses 12/6-12/10/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,500.00 |
| Bill Pmt -Check | 12/12/2007 | 1212 | Medical Data Systems | Payment in Full, H08352421. Patient Ron Barooch | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 18.94 |
| Bill Pmt -Check | 12/12/2007 | 1213 | Peace River Anesthesia Associates | Settlement of Michelle Donelson. Date of SVC 2/6/ | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 329.00 |
| Bill Pmt -Check | 12/12/2007 | 1211 | Tomoka Diagnostic, Inc | Settlement Carol Emberger ID# 439280 SVC 11/6- | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,065.00 |
| Bill Pmt -Check | 12/14/2007 | 1214 | Real Time Reporters, Inc | Appearance of reporter at Godburg Bates lawfirm | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 150.00 |
| Bill Pmt -Check | 12/17/2007 | 1215 | American Cancer Society | Pledge | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,000.00 |
| Bill Pmt -Check | 12/17/2007 | 1216 | American Express | 3792-98164 9-61009 - AQMI Strategy Corporation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 8,045.50 |
| Bill Pmt -Check | 12/17/2007 | 1217 | Briggs Core Solutions, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 5,440.00 |
| Bill Pmt -Check | 12/17/2007 | 1218 | DEX Imaging Inc | Acct AS10, Invoice AR490819 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 180.83 |
| Bill Pmt -Check | 12/17/2007 | 1219 | Francisco Casas | Expense report 12/7/07-12/14/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 86.27 |
| Bill Pmt -Check | 12/17/2007 | 1220 | James V Sustraina, P.A | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 11,492.94 |
| Bill Pmt -Check | 12/17/2007 | Cashier Chk | JTL Development, LLC | Pay LM Liquidators lease in full | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 31,059.00 |
| Bill Pmt -Check | 12/17/2007 | 121 | Laptops Plus | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,179.13 |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 12/17/2007 | Cashier Chk | Maheer & Harbert Trust Account | Retainer for KY counsel: Tenshi Vs Smoothstone | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 5,000.00 |
| Bill Pmt -Check | 12/17/2007 | Cashier Chk | Maheer & Harbert Trust Account | Retainer replenishment | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 12/17/2007 | Cashier Chk | Moon Saw & Tool | LM Liquidator lease paid-in-full | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 21,150.00 |
| Bill Pmt -Check | 12/17/2007 | 1222 | Scott W. Wreaing | Expense Report for 12/3 - 12/14/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 28.95 |
| Bill Pmt -Check | 12/17/2007 | 1229 | Shutts & Bowen, LLP | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 18,263.42 |
| Bill Pmt -Check | 12/17/2007 | Cashier Chk | Shutts & Bowen, LLP | RKT Matters Retainer Replenishment | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 12/18/2007 | 1223 | American Express | 3782-981643-51003 - AQMI Strategy Corporation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 180.76 |
| Bill Pmt -Check | 12/18/2007 | 1225 | Balch & Bingham | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 32,768.50 |
| Bill Pmt -Check | 12/18/2007 | 1224 | Maheer & Harbert Trust Account | Balance of Retainer for KY counsel | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3,000.00 |
| Bill Pmt -Check | 12/18/2007 | cashier chk | Orlando Magic, Ltd | Outstanding value of 2006 sponsorship | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 72,225.00 |
| Bill Pmt -Check | 12/20/2007 | 1231 | AT&T | Acct# 407 893-5244 001 3140 - Dec Bill | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 130.84 |
| Bill Pmt -Check | 12/20/2007 | 1228 | Briggs Core Solutions, LLC | Executive Protection retainer | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 25,000.00 |
| Bill Pmt -Check | 12/20/2007 | 1229 | CT Summation | CT Summation Enline Software & Client Services | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 43,240.17 |
| Bill Pmt -Check | 12/20/2007 | cashier cck | Ford & Harrison, LLP | Retainer for EEOC complaint filed against AEW, Inc | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 25,000.00 |
| Bill Pmt -Check | 12/20/2007 | 1230 | Goldberg Bates, PLLC | Goldberg Bates Dec 2007 & Jan 2008 Retainer | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 90,000.00 |
| Bill Pmt -Check | 12/20/2007 | cashier chk | Jack Roth | Quarterly payment January - March 2008 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 12,000.00 |
| Bill Pmt -Check | 12/20/2007 | cashier chk | Soore Business Development | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 90,000.00 |
| Bill Pmt -Check | 12/21/2007 | 1232 | Stephen C. Sawicki, P.A. | RKT Mediation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,200.00 |
| Bill Pmt -Check | 12/21/2007 | 1234 | Dana Schult | Dec 17-21 mileage & expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 46.23 |
| Bill Pmt -Check | 12/26/2007 | 1235 | Humana | Billing ID 984480-001 January 2008 premium | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 747.81 |
| Bill Pmt -Check | 12/27/2007 | 1236 | FDN Communications | Acct # 2500827  Dec 26 2007 Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 307.73 |
| Bill Pmt -Check | 12/31/2007 | Cashier Chk | Jack Roth | Expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 36,000.00 |
| Bill Pmt -Check | 12/31/2007 | 1237 | Maher, Gulley, & Maher, P.A | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 12/31/2007 | 1238 | Maheer & Harbert Trust Account | Retainer replenishment | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 12/31/2007 | cashier chk | ncia | Retainer fee for AQMI Strategy | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 35,000.00 |
| Bill Pmt -Check | 12/31/2007 | Cashier Chk | Ron Sachs Communications | Monthly retainer for services. April - June 2008 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 30,000.00 |
| Bill Pmt -Check | 01/02/2008 | 1239 | Brian C. Smith | Billing date 12-21-07  Acct# ABC01212-01-1B | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,115.00 |
| Bill Pmt -Check | 01/02/2008 | Transfer | Tenshi Leasing Inc | Loan from AQMI to Tenshi | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,021.83 |
| Bill Pmt -Check | 01/06/2008 | cashier chk | Balch & Bingham | Retainer replenishment for AQMI Matters | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 01/06/2008 | 1247 | FDN Communications | Acct # 2500139  Dec 26 2007 Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 95.15 |
| Bill Pmt -Check | 01/08/2008 | cashier chk | Latham, Shaker, Barker, Eden & Beaudine | Retainer replenishment | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 25,000.00 |
| Bill Pmt -Check | 01/08/2008 | cashier chk | Maher, Gulley, & Maher, P.A. | Fee Expenses for AQMI Matters | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 01/08/2008 | 1250 | Maheer & Harbert Trust Account | Retainer replenishment | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 50,000.00 |
| Bill Pmt -Check | 01/08/2008 | 1249 | Bandowith.com | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.50 |
| Bill Pmt -Check | 01/10/2008 | cashier chk | Cash | Cash for AQMI to Yaniv Amar via Frank Amodeo | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 150.00 |
| Bill Pmt -Check | 01/10/2008 | 1250 | Briggs Core Solution, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 59.96 |
| Bill Pmt -Check | 01/18/2008 | 1252 | Shane Williams | Reimbursement of PACER Fees | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 01/21/2008 | 1255 | Corporate Creations International, Inc | Run 2 IRB's | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 172.50 |
| Bill Pmt -Check | 01/21/2008 | 1254 | Dana Schult | Invoice  A-2-37770 Degabon, LLC | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 26.27 |
| Bill Pmt -Check | 01/22/2008 | 1253 | Orlando Utilities Commission | Jan 3-1808 mileage & expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 6,000.00 |
| Bill Pmt -Check | 01/24/2008 | cashier chk | AT&T | Utilities deposit | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 130.75 |
| Bill Pmt -Check | 01/24/2008 | 1257 | DEX Imaging Inc | Acct# 407 893 5244 001 3140 - Jan Bill | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 150.80 |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/28/2008 | 1258 | FDN Communications | Acct # 2500527 Jan 24 2008 Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 293.39 |
| Bill Pmt -Check | 01/28/2008 | 1260 | FDN Communications | Acct # 2500139 Jan 24 2008 Invoice | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 108.46 |
| Bill Pmt -Check | 01/29/2008 | 1261 | Humana | Billing ID 694488-001 February 2008 premium | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3,247.81 |
| Bill Pmt -Check | 02/04/2008 | 1270 | Bandwidth.com | Customer 1004033, Invoice INdZ292008-4033 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.50 |
| Bill Pmt -Check | 02/04/2008 | 1271 | Ron Sachs Communications | Jan 21-130/08 mileage & expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 35.64 |
| Bill Pmt -Check | 02/04/2008 | 1272 | Ron Sachs Communications | Jan 2008 Press Release | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 830.00 |
| Bill Pmt -Check | 02/12/2008 | 1274 | DEX Imaging Inc | Acct A510, Invoice AR511031 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 8.00 |
| Bill Pmt -Check | 02/12/2008 | 1275 | Martin C. Flynn, Jr. | Expense reimbursement for computer supplies | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 653.48 |
| Bill Pmt -Check | 02/18/2008 | 1277 | Ron Fleming Video Production, Inc | Video transfers | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 169.80 |
| Bill Pmt -Check | 02/18/2008 | 1278 | Humana | Billing ID 694488-001 MARCh 2008 premium | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3,247.81 |
| Bill Pmt -Check | 02/18/2008 | 1281 | AT&T | Acct# 407 893-5244 001 3140 - Feb Bill | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 130.75 |
| Bill Pmt -Check | 02/24/2008 | 1289 | NuVox Communications | 2500139 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 106.00 |
| Bill Pmt -Check | 02/24/2008 | 1290 | Vance Fetker | Expense report | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 331.87 |
| Bill Pmt -Check | 02/27/2008 | 1291 | NuVox Communications | 2500139 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 302.62 |
| Bill Pmt -Check | 02/27/2008 | 1293 | Bandwidth.com | Bandwidth.com | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.50 |
| Bill Pmt -Check | 02/28/2008 | 1294 | Dana Schutt | Feb 28 2008 mileage expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.50 |
| Bill Pmt -Check | 03/03/2008 | 1295 | Ron Sachs Communications | Hendricks VA, MVI legal services 10/29-12/31/07 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4.86 |
| Bill Pmt -Check | 03/03/2008 | 1296 | DEX Imaging Inc | Acct A510, Invoice AR5264468 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,102.50 |
| Bill Pmt -Check | 03/03/2008 | 1298 | AT&T | Acct# 407 893-5244 001 3140 - March Bill | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 336.69 |
| Bill Pmt -Check | 03/20/2008 | 1299 | Jason C. Brownell | 4 terrabyte drives | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 129.59 |
| Bill Pmt -Check | 03/20/2008 | 1300 | Humana | Billing ID 694488-001 April 2008 premium | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,235.36 |
| Bill Pmt -Check | 03/24/2008 | 1301 | NuVox Communications | 2500139 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,033.57 |
| Bill Pmt -Check | 03/26/2008 | 1312 | Dana Schutt | Mileage Expenses | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 290.14 |
| Bill Pmt -Check | 03/31/2008 | 1313 | Laptops Plus | Hard drive purchase  Acct 37352 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 30.14 |
| Bill Pmt -Check | 04/03/2008 | 1315 | Bandwidth.com | Customer 1004033, Invoice INK4302008-4033 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 84.14 |
| Bill Pmt -Check | 04/03/2008 | 1316 | DEX Imaging Inc | Acct A510, Invoices AR5151/25 & AR528258 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 207.50 |
| Bill Pmt -Check | 04/07/2008 | 1314 | Jason Brownell | Adobe professional & supplies | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 390.64 |
| Bill Pmt -Check | 04/07/2008 | 1317 | Holland & Knight, LLP | Pmt of 1/2 mediation fee Dubko V AQMI | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 843.28 |
| Bill Pmt -Check | 04/07/2008 | 1318 | Ron Sachs Communications | Website development Invoice 4748 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,005.00 |
| Bill Pmt -Check | 04/09/2008 | Transfer | Soona Business Development | Rent | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 7,600.00 |
| Bill Pmt -Check | 04/09/2008 | 1319 | DEX Imaging Inc | Acct A510, Invoices AR6238848 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 24,466.41 |
| Bill Pmt -Check | 04/10/2008 | 1320 | Pacer | Login AS3404  Cycle: 1/1/08 - 3/31/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 304.37 |
| Bill Pmt -Check | 04/10/2008 | 1322 | DEX Imaging Inc | Acct A510, Invoices AR5133936  Machine 61987 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 39.36 |
| Bill Pmt -Check | 04/14/2008 | 1323 | Humana | Billing ID 694468-001 MAY 2008 premium | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 125.00 |
| Bill Pmt -Check | 04/14/2008 | 1324 | Legalink, Inc | Enhancement of Audio | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,033.57 |
| Bill Pmt -Check | 04/14/2008 | 1325 | Briggs Core Solutions, LLC | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,520.00 |
| Bill Pmt -Check | 04/15/2008 | 1326 | East K. Wood | Lost Title - Limo | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 6,281.50 |
| Bill Pmt -Check | 04/15/2008 | 1327 | Soona Business Development | Reimbursement for office supplies | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 36.25 |
| Bill Pmt -Check | 04/15/2008 | 1328 | Petty cash for Frank Amodeo | Petty cash for Frank Amodeo | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,247.60 |
| Bill Pmt -Check | 04/16/2008 | 1330 | AT&T | Acct# 407 893-5244 001 3140 - April Bill | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,000.00 |
| Bill Pmt -Check | 04/21/2008 | 1332 | Dana Schutt | Reimbursement of expenses 4/24/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 129.02 |
| Bill Pmt -Check | 04/28/2008 | 1332 | Dana Schutt | Reimbursement of expenses 4/24/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 201.12 |
| Bill Pmt -Check | 05/16/2008 | 1333 | Briggs Core Solutions, LLC | Reimbursement of expenses 4/24/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 12,037.00 |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 05/16/2008 | 1334 | Francisco Casas | Mileage reimbursement 5/1/08 - 5/15/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 51.03 |
| Bill Pmt -Check | 05/16/2008 | 1335 | Francisco Casas | Expense report 4/16/08-4/30/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 252.49 |
| Bill Pmt -Check | 05/16/2008 | 1336 | Scott W. Wealing | Expense Report for 5/1 - 5/15/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 70.00 |
| Bill Pmt -Check | 05/16/2008 | 1337 | Scott W. Wealing | memo exp 4/16/08 - 4/30/08 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 179.58 |
| Bill Pmt -Check | 05/19/2008 | 1338 | Dana Schutt | May 2008 final compensation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 3,500.00 |
| Bill Pmt -Check | 05/19/2008 | 1339 | Humana | Billing ID 695488-001 JUNE 2008 premium | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 4,033.57 |
| Bill Pmt -Check | 05/19/2008 | 1340 | Jason Brownell | May 2008 final compensation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 8,000.00 |
| Bill Pmt -Check | 05/19/2008 | 1341 | Luis A. Ramos | Final compensation - May 2008 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 8,000.00 |
| Bill Pmt -Check | 05/19/2008 | 1342 | Martin C. Flynn, Jr | May 2008 final compensation | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 5,000.00 |
| Bill Pmt -Check | 05/20/2008 | 1343 | Orlando American Corporate | May Rent Suites 101, 102, & 103 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 8,971.01 |
| Bill Pmt -Check | 05/22/2008 | 1344 | AT&T | Acct# 407 893-5244 001 3140 - May Bill | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 131.60 |
| Bill Pmt -Check | 05/22/2008 | 1345 | Bandwidth.com | Customer 1024023, Invoice INV0512008-4023 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 223.88 |
| Bill Pmt -Check | 05/22/2008 | 1346 | Brian C. Smith | Billing date 4-30-08 Acct# ABC01212-01-1B | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 75.00 |
| Bill Pmt -Check | 05/22/2008 | 1347 | Crystal Springs | Invoice 0408 3791426 7491064 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 72.96 |
| Bill Pmt -Check | 05/22/2008 | 1348 | Dana Schutt | Mileage expense reimbursement | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 31.19 |
| Bill Pmt -Check | 05/22/2008 | 1349 | DEX Imaging Inc | Acct AS10, Invoices AR954792 Machine 81046 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 244.29 |
| Bill Pmt -Check | 05/25/2008 | 1350 | NuVox Communications | 2500139 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 398.33 |
| Bill Pmt -Check | 05/27/2008 | 1351 | Blue Cross & Blue Shield of Florida | Premium Payments Group A2403001 Dist B05 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 7,635.46 |
| Bill Pmt -Check | 05/27/2008 | 1352 | DEX Imaging Inc | Acct GB02, Invoices AR559628 Machine 81987 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,031.51 |
| Bill Pmt -Check | 05/27/2008 | 1353 | Florida Combined Life - Group | Invoice D08064715 Group # 28440 Desk Code FC | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 81.31 |
| Bill Pmt -Check | 05/27/2008 | 1354 | MegaPath Inc | INV 1196857 Customer 1487679 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 1,055.71 |
| Bill Pmt -Check | 05/27/2008 | 1355 | NuVox Communications | 2500139 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 213.59 |
| Bill Pmt -Check | 05/27/2008 | 1356 | NuVox Communications | 2500139 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 299.80 |
| Bill Pmt -Check | 05/27/2008 | 1357 | Pitney Bowes | Customer # 466922 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 46.31 |
| Bill Pmt -Check | 05/27/2008 | 1358 | Royal Office Products | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 974.13 |
| Bill Pmt -Check | 05/27/2008 | 1359 | The Practice | | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 2,327.79 |
| Bill Pmt -Check | 05/27/2008 | 1360 | Verizon | Invoice 1417439897 | 1002 · Fifth Third Checking | 2000 · Accounts Payable | 525.91 |
| Check | 05/01/2007 | 1564 | Andrews Agency Incorporated | Service of process on defendants at AEM vs Progm | 1040 · Suntrust | 2000 · Accounts Payable | 170.00 |
| Check | 05/01/2007 | 1565 | John H. Bll, Esquire | Settlement Case# 06-CA-9133 #35 | 1040 · Suntrust | 1117 · Due from AEM | 2,500.00 |
| Check | 05/02/2007 | 1566 | SunTrust Bank | ACMI Security Visa card | 1040 · Suntrust | 1140 · Due from Nuke | 203.95 |
| Check | 05/02/2007 | 1567 | Tennessee Secretary of State | Win Per Hospitality, LLC payment | 1240 · Suntrust | 1120 · Due from Mirabilis | 11,242.96 |
| Check | 05/04/2007 | Bnch Debit | Frank's Crispies dba Genny's | Close AQMI AmSouth Acct - Deposit into Frank's | 1090 · AmSouth (Marky) | 1135 · Due from Genny's | 10.52 |
| Check | 03/18/2007 | Debit | SunTrust Bank | Analysis Fee | 1040 · Suntrust | 6180 · Bank Charges | 1,350.00 |
| Check | 05/26/2007 | 1627 | Minushka Ramirez | Advance of 6/5/07 payroll | 1040 · Suntrust | 1138 · Advances | 5,710.43 |
| Check | 06/07/2007 | 1628 | Humana | Policy# 694488 May 2007 AQMI Premium 12 empk | 1040 · Suntrust | 6800 · Insurance - Health | 1,333.33 |
| Check | 08/28/2007 | 1651 | Aaron C. Bates | | 1040 · Suntrust | 5200 · Sub Contractor | 25,000.00 |
| Check | 07/03/2007 | 1033 | Creative Marketing Concepts, Inc. | | 1005 · Florida Capital | 6700 · Insurance - Workers Comp | 1,090.00 |
| Check | 07/06/2007 | debit | J&J Moving & Storage | Pmt for moving SunTrust office contents | 1005 · Florida Capital | 7200 · Office Expense | 32.00 |
| Check | 07/10/2007 | 1055 | Florida Capital Bank | Stop payment of Barry Lynch lost paycheck | 1005 · Florida Capital | 6180 · Bank Charges | 2,650.59 |
| Check | 07/11/2007 | 1058 | Vance Felker | per Florida Capital bank statement | 1005 · Florida Capital | 7100 · Legal & Accounting | 45,000.00 |
| Check | 07/16/2007 | 1017 | Armstrong Locksmiths | Replacement check for invoice 347786 | 1002 · Fifth Third Checking | 7200 · Office Expense | 33.00 |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 07/16/2007 | 1008 | Mabert & Harbert Trust Account | Presiden Retainer | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 25,000.00 |
| Check | 07/17/2007 | 1019 | Roger J. Bernstein Attorney at Law | Retainer for Presiden Solutions, Inc. / Frank Amodio | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 20,000.00 |
| Check | 07/18/2007 | 1012 | Jay Stollenwerk | per 5/3 bank statement | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 2,734.25 |
| Check | 07/19/2007 | 1031 | Florida Department of State | Presiden Solutions Dissolution | 1002 · Fifth Third Checking | 7150 · License & Permits | 35.00 |
| Check | 07/26/2007 | 1013 | Barry C. Lynch | per 5/3 bank statement | 1002 · Fifth Third Checking | | 3,141.00 |
| Check | 07/30/2007 | 1039 | Humana | Group # 594488 payment | 1002 · Fifth Third Checking | 6920 · Insurance - Health | 14,904.64 |
| Check | 07/30/2007 | 1038 | Scott W. Welling | Reimbune $10.00 for two returned AQMI deposit ct | 1002 · Fifth Third Checking | | 10.00 |
| Check | 08/01/2007 | Wire | Goldberg Bates, PLLC | August 2007 retainer + 2 months deposit | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 135,000.00 |
| Check | 08/01/2007 | Wire | Score Business Development | Aug. 2007 Mgmt fees + 2 months of deposits | 1002 · Fifth Third Checking | 4020 · Professional Fees | 135,000.00 |
| Check | 08/02/2007 | 1061 | Mateer & Harbert Trust Account | Presiden Lease Retainer Replenishment | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 25,000.00 |
| Check | 08/03/2007 | 1070 | Advantage Landscaping & Lawn Care | Lawn Care of Research Property | 1002 · Fifth Third Checking | 2400 · Loan From Frank Amodeo | 1,000.00 |
| Check | 09/03/2007 | wire | Aukerman Senkerik, P.A. Trust Account | Settlement of Jax, Fl. lease w/ Liberty Property | 1002 · Fifth Third Checking | 7000 · Lease Expense | 100,000.00 |
| Check | 09/03/2007 | 1956 | Jeff Danziger | Professional Fee | 1002 · Fifth Third Checking | 7350 · Professional Fee Expense | 10,000.00 |
| Check | 09/03/2007 | 1087 | Mateer, Guirey, & Mahrer, P.A. | Retainer - Converted to Cashier's check, then redep | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 25,000.00 |
| Check | 09/03/2007 | 1095 | National Center for Alternatives | Professional Fee | 1002 · Fifth Third Checking | 7350 · Professional Fee Expense | 25,000.00 |
| Check | 09/03/2007 | wire | Rahdert Steele Bryan & Bole | Matter # 070053 - settlement of Unemployment Cor | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 8,500.00 |
| Check | 09/06/2007 | wire | Frank's Crispies dba Gentry's | Loan from AQMI | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 53,800.00 |
| Check | 09/06/2007 | 1073 | Internal Revenue Service | | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 35,000.00 |
| Check | 09/06/2007 | 1074 | Florida UCC, Inc | File UCC for Frank's Crispies for AQMI Strategy Co. | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 50.00 |
| Check | 09/09/2007 | *075 | Florida UCC, Inc | File UCC on Frank's Crispies for Frank Amodeo | 1002 · Fifth Third Checking | 7100 · Due from Gentry's | 25.00 |
| Check | 09/13/2007 | EFT | Fifth Third Bank | Service Charge | 1002 · Fifth Third Checking | 2400 · Loan From Frank Amodeo | 25.00 |
| Check | 09/17/2007 | Wire | Frank's Crispies dba Gentry's | Loan from AQMI | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 60,000.00 |
| Check | 09/06/2007 | | Fifth Third Bank | Service Charge | 1002 · Fifth Third Checking | 6180 · Bank Charges | 50.00 |
| Check | 09/21/2007 | wire | Frank's Crispies dba Gentry's | Loan from AQMI to Frank's Crispies | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 7,500.00 |
| Check | 09/21/2007 | 1133 | Petty Cash | Replenish Petty Cash | 1002 · Fifth Third Checking | 1000 · Petty Cash | 2,000.00 |
| Check | 10/01/2007 | 1140 | Petty Cash | to replenish Petty Cash | 1002 · Fifth Third Checking | 1000 · Petty Cash | 1,000.00 |
| Check | 10/04/2007 | | Fifth Third Bank | Overdraft fee | 1002 · Fifth Third Checking | 6180 · Bank Charges | 66.00 |
| Check | 10/12/2007 | | Fifth Third Bank | Service charge | 1002 · Fifth Third Checking | 6180 · Bank Charges | 35.00 |
| Check | 11/15/2007 | debit | Fifth Third Bank | Service charge | 1002 · Fifth Third Checking | 6180 · Bank Charges | 27.50 |
| Check | 11/19/2007 | Wire | Frank's Crispies dba Gentry's | Loan from AQMI to Frank's Crispies | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 15,000.00 |
| Check | 11/30/2007 | Wire | Frank's Crispies dba Gentry's | Loan from AQMI to Frank's Crispies | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 15,000.00 |
| Check | 12/14/2007 | debit | Jupiter Medical Center | settlement of Marcus Azzy matter | 1002 · Fifth Third Checking | 1161 · Due from Common Paymaster | 20,000.00 |
| Check | 12/17/2007 | cashier chk | Fifth Third Bank | Service charge | 1002 · Fifth Third Checking | 6180 · Bank Charges | 10.00 |
| Check | 12/14/2007 | debit | Ron Sachs Communications | Retainer replenishment | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 100,000.00 |
| Check | 12/20/2007 | 1228 | Balch & Bingham | Retainer replenishment | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 32,180.00 |
| Check | 01/02/2008 | Wire | Frank's Crispies dba Gentry's | to replenish Dana's Hospitality Petty Cash Fund | 1002 · Fifth Third Checking | 1135 · Due from Gentry's | 4,000.00 |
| Check | 01/15/2008 | CC | Jupiter Medical Center | Thank you baskets | 1002 · Fifth Third Checking | 7180 · Miscellaneous | 213.00 |
| Check | 01/16/2008 | 1240 | Schadded Chocolate Factory | Service charge | 1002 · Fifth Third Checking | 6180 · Bank Charges | 40.00 |
| Check | 12/17/2007 | debit | Fifth Third Bank | Service charge | 1002 · Fifth Third Checking | 2400 · Loan From Frank Amodeo | 5,000.00 |
| Check | 01/29/2008 | 1251 | Petty Cash | Petty Cash | 1002 · Fifth Third Checking | 1000 · Petty Cash | 318.44 |
| Check | 01/30/2008 | 1259 | Cash | Expense Reimbursement | 1002 · Fifth Third Checking | 7350 · Postage & Freight | 20,000.00 |
| Check | 01/30/2008 | 1289 | Jodi Jaffman | Sub Contractor fee per Amodeo | 1002 · Fifth Third Checking | 5200 · Sub Contractor | 20,000.00 |
| Check | 01/30/2008 | wire | Insight | Purchase of switches | 1002 · Fifth Third Checking | 7430 · Repairs & Maintenance | 5,618.70 |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

--DRAFT--

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 01/31/2008 | Wire | The Northern Trust Company c/o CDW | purchase of VMware | 1002 · Fifth Third Checking | 7850 · Software | 3,750.00 |
| Check | 02/07/2008 | 1273 | Real Time Reporters, Inc. | Retainer | 1002 · Fifth Third Checking | 7100 · Legal & Accounting | 5,000.00 |
| Check | 02/12/2008 | 1276 | Cash | Sub Contractor fee per Amodeo | 1002 · Fifth Third Checking | 5200 · Sub Contractor | 12,000.00 |
| Check | 02/14/2008 | 1279 | Fifth Third Bank | Service charge | 1002 · Fifth Third Checking | 6180 · Bank Charges | 10.00 |
| Check | 02/20/2008 | 1279 | Luis A. Ramos | Pay shortage | 1002 · Fifth Third Checking | 5200 · Sub Contractor | 698.80 |
| Check | 02/21/2008 | 1280 | Fed Ex Kinkos | Pmt for copy services | 1002 · Fifth Third Checking | 7200 · Office Expense | 208.37 |
| Check | 03/04/2008 | 1282 | Fed Ex Kinkos | Pmt for copy services | 1002 · Fifth Third Checking | 7200 · Office Expense | 993.33 |
| Check | 03/12/2008 | 1297 | DEX Imaging Inc | Invoice A8525385 - Labor for Eaton Foster | 1002 · Fifth Third Checking | 7200 · Office Expense | 125.00 |
| Check | 03/14/2008 | debit | Fifth Third Bank | Service charge | 1002 · Fifth Third Checking | 6180 · Bank Charges | 20.00 |
| Check | 03/31/2008 | CC | Frank L. Amodeo | march paycheck | 1002 · Fifth Third Checking | -SPLIT- | 7,793.00 |
| Check | 04/07/2008 | debit | QuickBooks Payroll Service | Processing Fee | 1002 · Fifth Third Checking | -SPLIT- | 99.00 |
| Check | 05/21/2008 | cashier chk | Providence Property & Casualty Insurance | | 1002 · Fifth Third Checking | 7240 · Wages | 1,000.00 |
| Check | 05/23/2008 | 1003 | Office Max | Purchase office supplies | 1000 · Petty Cash | 8700 · Insurance - Workers Comp | 175.89 |
| Check | 05/28/2008 | 1381 | Jay Stidasmeyer | Partial payment for contract services 4/15/08-5/31/08 | 1002 · Fifth Third Checking | 7200 · Office Expense | 5,000.00 |
| Check | 05/28/2008 | 1360 | Jodi Jaiman | Partial payment for contract services 4/15/08-5/31/08 | 1002 · Fifth Third Checking | 5200 · Sub Contractor | 5,000.00 |
| Check | 05/28/2008 | | Office Max | Purchase office supplies | 1000 · Petty Cash | 5200 · Sub Contractor | 25.48 |
| Check | 05/30/2008 | | USPS | Priority mail of SUA CD to J. Layne Smith | 1000 · Petty Cash | 7200 · Office Expense | 5.69 |
| Debit | 05/19/2007 | | SunTrust Bank | Account Analysis fee (per bank stmt) | 1040 · Suntrust | 7350 · Postage & Freight | 97.34 |
| Liability Check | 05/16/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 05/15/2007 | 1040 · Suntrust | -SPLIT- | 39,126.11 |
| Liability Check | 05/16/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 05/15/2007 | 1340 · Suntrust | -SPLIT- | 43,394.17 |
| Liability Check | 05/23/2007 | | QuickBooks Payroll Service | Adjusted for voided paycheck(s) | 1040 · Suntrust | -SPLIT- | 33,815.69 |
| Liability Check | 06/07/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 06/06/2007 | 1340 · Suntrust | -SPLIT- | 16,730.76 |
| Liability Check | 06/26/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 06/25/2007 | 1005 · Florida Capital | -SPLIT- | 11,466.88 |
| Liability Check | 06/29/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 06/29/2007 | 1005 · Florida Capital | -SPLIT- | 12,932.38 |
| Liability Check | 08/01/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 08/01/2007 | 1005 · Florida Capital | 8550 · Payroll Expenses | 99.00 |
| Liability Check | 08/01/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 08/01/2007 | 1002 · Fifth Third Checking | -SPLIT- | 9,116.34 |
| Liability Check | 08/02/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 08/01/2007 | 1002 · Fifth Third Checking | -SPLIT- | 17,865.56 |
| Liability Check | 08/03/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 08/01/2007 | 1002 · Fifth Third Checking | -SPLIT- | 8,944.26 |
| Liability Check | 08/17/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 08/17/2007 | 1002 · Fifth Third Checking | -SPLIT- | 1,897.00 |
| Liability Check | 09/04/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 08/27/2007 | 1002 · Fifth Third Checking | -SPLIT- | 7,076.24 |
| Liability Check | 09/04/2007 | | QuickBooks Payroll Service | Adjusted for voided paycheck(s) | 1002 · Fifth Third Checking | -SPLIT- | 18,152.50 |
| Liability Check | 09/19/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 09/17/2007 | 1002 · Fifth Third Checking | -SPLIT- | 15,564.50 |
| Liability Check | 09/19/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 09/17/2007 | 1002 · Fifth Third Checking | -SPLIT- | 15,514.50 |
| Liability Check | 10/12/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 10/11/2007 | 1002 · Fifth Third Checking | -SPLIT- | 15,040.00 |
| Liability Check | 11/08/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 11/07/2007 | 1002 · Fifth Third Checking | -SPLIT- | 14,025.00 |
| Liability Check | 12/07/2007 | | QuickBooks Payroll Service | Created by Payroll Service on 12/03/2007 | 1002 · Fifth Third Checking | -SPLIT- | 13,598.50 |
| Liability Check | 01/09/2008 | | QuickBooks Payroll Service | Created by Payroll Service on 01/07/2008 | 1002 · Fifth Third Checking | -SPLIT- | 13,797.50 |
| Liability Check | 01/31/2008 | | QuickBooks Payroll Service | Created by Payroll Service on 01/30/2008 | 1002 · Fifth Third Checking | -SPLIT- | |
| Liability Check | 02/27/2008 | | QuickBooks Payroll Service | Created by Payroll Service on 02/27/2008 | 1002 · Fifth Third Checking | -SPLIT- | |
| Liability Check | 04/01/2008 | | QuickBooks Payroll Service | Created by Payroll Service on 03/31/2008 | 1002 · Fifth Third Checking | -SPLIT- | |
| Paycheck | 05/05/2007 | 1568 | Barry C. Lynch | | 1002 · Fifth Third Checking | -SPLIT- | 3,141.00 |
| Paycheck | 05/05/2007 | 1569 | Brian Geiger | | 1040 · Suntrust | -SPLIT- | 1,256.25 |
| Paycheck | 05/05/2007 | 1570 | Brian Taylor | | 1040 · Suntrust | -SPLIT- | 3,491.17 |
| Paycheck | 05/05/2007 | 1571 | Claudia E. Amell | | 1040 · Suntrust | -SPLIT- | 1,629.00 |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|------|------|-----|------|------|---------|-------|-----------------|
| Paycheck | 05/05/2007 | 1572 | Dana Schull | | 1040 · Suntrust | -SPLIT- | 1,350.13 |
| Paycheck | 05/05/2007 | 1597 | Daniel D Banks | | 1040 · Suntrust | -SPLIT- | 7,520.75 |
| Paycheck | 05/05/2007 | 1599 | Eric Miller | | 1040 · Suntrust | -SPLIT- | 909.31 |
| Paycheck | 05/05/2007 | 1574 | Esmeralda Gomez | | 1040 · Suntrust | -SPLIT- | 1,325.25 |
| Paycheck | 05/05/2007 | 1575 | Frank Lacdigroda | | 1040 · Suntrust | -SPLIT- | 5,199.25 |
| Paycheck | 05/05/2007 | 1578 | Greg Nicosin | | 1040 · Suntrust | -SPLIT- | 3,625.12 |
| Paycheck | 05/05/2007 | 1579 | James P Wood | | 1040 · Suntrust | -SPLIT- | 2,142.50 |
| Paycheck | 05/05/2007 | 1580 | Jason C. Brownell | | 1040 · Suntrust | -SPLIT- | 2,921.00 |
| Paycheck | 05/05/2007 | 1576 | Jay Stollenwerk | | 1040 · Suntrust | -SPLIT- | 2,734.25 |
| Paycheck | 05/05/2007 | 1577 | Jeffrey Boone | | 1040 · Suntrust | -SPLIT- | 3,921.50 |
| Paycheck | 05/05/2007 | 1581 | Jodi Jarman | | 1040 · Suntrust | -SPLIT- | 2,903.72 |
| Paycheck | 05/05/2007 | 1595 | Lyle E. Gluck | | 1040 · Suntrust | -SPLIT- | 2,404.50 |
| Paycheck | 05/05/2007 | 1593 | Michelle Y. Cline | | 1040 · Suntrust | -SPLIT- | 2,921.00 |
| Paycheck | 05/05/2007 | 1594 | Michelle Y. Cline | | 1040 · Suntrust | -SPLIT- | 5,449.00 |
| Paycheck | 05/05/2007 | 1582 | Minushka Ramirez | | 1040 · Suntrust | -SPLIT- | 1,374.25 |
| Paycheck | 05/05/2007 | 1583 | Nicole Hanna | | 1040 · Suntrust | -SPLIT- | 2,583.97 |
| Paycheck | 05/05/2007 | 1592 | Pamela D. Bannister | | 1040 · Suntrust | -SPLIT- | 643.13 |
| Paycheck | 05/05/2007 | 1584 | Pamela D. Bannister | | 1040 · Suntrust | -SPLIT- | 1,386.13 |
| Paycheck | 05/05/2007 | 1585 | Richard A. Sams | | 1040 · Suntrust | -SPLIT- | 3,071.00 |
| Paycheck | 05/05/2007 | 1591 | Robert N. Nevill | | 1040 · Suntrust | -SPLIT- | 1,202.35 |
| Paycheck | 05/05/2007 | 1596 | Scott R. Gasco | | 1040 · Suntrust | -SPLIT- | 2,057.75 |
| Paycheck | 05/05/2007 | 1587 | Shane Williams | | 1040 · Suntrust | -SPLIT- | 2,599.25 |
| Paycheck | 05/05/2007 | 1588 | Terry Camey | | 1040 · Suntrust | -SPLIT- | 2,984.75 |
| Paycheck | 05/05/2007 | 1589 | Tessah Ivey | | 1040 · Suntrust | -SPLIT- | 1,890.75 |
| Paycheck | 05/06/2007 | 1590 | Vance Felker | | 1040 · Suntrust | -SPLIT- | 3,485.50 |
| Paycheck | 05/21/2007 | 1600 | Barry C. Lynch | | 1040 · Suntrust | -SPLIT- | 3,141.00 |
| Paycheck | 05/21/2007 | 1601 | Brian Geiger | | 1040 · Suntrust | -SPLIT- | 1,256.25 |
| Paycheck | 05/21/2007 | 1048 | Brian Taylor | | 1005 · Florida Capital | -SPLIT- | 3,491.17 |
| Paycheck | 05/21/2007 | 1603 | Claudia E. Amell | | 1040 · Suntrust | -SPLIT- | 1,629.00 |
| Paycheck | 05/21/2007 | 1604 | Dana Schull | | 1040 · Suntrust | -SPLIT- | 1,350.12 |
| Paycheck | 05/21/2007 | 1606 | Eric Miller | | 1040 · Suntrust | -SPLIT- | 1,410.64 |
| Paycheck | 05/21/2007 | 1607 | Esmeralda Gomez | | 1040 · Suntrust | -SPLIT- | 1,325.25 |
| Paycheck | 05/21/2007 | 1608 | Frank Lacdigroda | | 1040 · Suntrust | -SPLIT- | 5,199.25 |
| Paycheck | 05/21/2007 | 1049 | Greg Nicosin | | 1005 · Florida Capital | -SPLIT- | 3,625.12 |
| Paycheck | 05/21/2007 | 1610 | James P Wood | | 1040 · Suntrust | -SPLIT- | 2,142.50 |
| Paycheck | 05/21/2007 | 1611 | Jason C. Brownell | | 1040 · Suntrust | -SPLIT- | 2,921.00 |
| Paycheck | 05/21/2007 | 1612 | Jay Stollenwerk | | 1040 · Suntrust | -SPLIT- | 2,734.25 |
| Paycheck | 05/21/2007 | 1613 | Jeffrey Boone | | 1040 · Suntrust | -SPLIT- | 3,921.50 |
| Paycheck | 05/21/2007 | 1614 | Jodi Jarman | | 1040 · Suntrust | -SPLIT- | 2,903.74 |
| Paycheck | 05/21/2007 | 1615 | Lyle E. Gluck | | 1040 · Suntrust | -SPLIT- | 2,404.50 |
| Paycheck | 05/21/2007 | 1616 | Michelle Y. Cline | | 1040 · Suntrust | -SPLIT- | 2,921.00 |
| Paycheck | 05/21/2007 | 1617 | Minushka Ramirez | | 1040 · Suntrust | -SPLIT- | 1,374.25 |

Cash Basis

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

—DRAFT—

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Paycheck | 05/21/2007 | 1818 | Nicole Hanna | | 1040 · Suntrust | -SPLIT- | 2,583.98 |
| Paycheck | 05/21/2007 | 1050 | Richard A. Sams | | 1005 · Florida Capital | -SPLIT- | 3,071.00 |
| Paycheck | 05/21/2007 | 1820 | Scott R. Gasco | | 1040 · Suntrust | -SPLIT- | 2,057.75 |
| Paycheck | 05/21/2007 | 1821 | Shane Williams | | 1040 · Suntrust | -SPLIT- | 2,599.25 |
| Paycheck | 05/21/2007 | 1051 | Terry Camey | | 1040 · Suntrust | -SPLIT- | 2,984.75 |
| Paycheck | 05/21/2007 | 1823 | Tessah Ivey | | 1005 · Florida Capital | -SPLIT- | 1,890.75 |
| Paycheck | 05/21/2007 | 1824 | Vance Felker | | 1040 · Suntrust | -SPLIT- | 3,485.50 |
| Paycheck | 06/05/2007 | 1631 | Barry C. Lynch | | 1040 · Suntrust | -SPLIT- | 3,141.00 |
| Paycheck | 06/05/2007 | 1632 | Claudia E. Amell | | 1040 · Suntrust | -SPLIT- | 1,029.00 |
| Paycheck | 06/05/2007 | 1633 | Dana Schult | | 1040 · Suntrust | -SPLIT- | 1,171.68 |
| Paycheck | 06/05/2007 | 1648 | Eric Miler | | 1040 · Suntrust | -SPLIT- | 972.11 |
| Paycheck | 06/05/2007 | 1634 | Esmeralda Gomez | | 1040 · Suntrust | -SPLIT- | 1,146.80 |
| Paycheck | 06/05/2007 | 1646 | James P. Wood | | 1040 · Suntrust | -SPLIT- | 2,142.50 |
| Paycheck | 06/05/2007 | 1635 | Jason C. Brownell | | 1040 · Suntrust | -SPLIT- | 2,742.55 |
| Paycheck | 06/05/2007 | 1636 | Jay Stidlerwerk | | 1040 · Suntrust | -SPLIT- | 2,734.25 |
| Paycheck | 06/05/2007 | 1637 | Jeffrey Boone | | 1040 · Suntrust | -SPLIT- | 3,743.05 |
| Paycheck | 06/05/2007 | 1638 | Jodi Jaiman | | 1040 · Suntrust | -SPLIT- | 2,903.73 |
| Paycheck | 06/05/2007 | 1645 | Luis A. Ramos | | 1040 · Suntrust | -SPLIT- | 1,499.14 |
| Paycheck | 06/05/2007 | 1652 | Lyle E. Gluck | | 1040 · Suntrust | -SPLIT- | 1,499.94 |
| Paycheck | 06/05/2007 | 1640 | Michelle Y. Cline | | 1040 · Suntrust | -SPLIT- | 2,226.05 |
| Paycheck | 06/05/2007 | 1649 | Minushka Ramirez | | 1040 · Suntrust | -SPLIT- | 1,844.40 |
| Paycheck | 06/05/2007 | 1642 | Scott R. Gasco | | 1040 · Suntrust | -SPLIT- | 195.80 |
| Paycheck | 06/05/2007 | 1647 | Scott W. Wealing | | 1040 · Suntrust | -SPLIT- | 1,879.30 |
| Paycheck | 06/05/2007 | 1643 | Shane Williams | | 1040 · Suntrust | -SPLIT- | 2,541.94 |
| Paycheck | 06/05/2007 | 1650 | Tessah Ivey | | 1040 · Suntrust | -SPLIT- | 2,420.80 |
| Paycheck | 06/20/2007 | 1001 | Barry C. Lynch | | 1040 · Suntrust | -SPLIT- | 858.97 |
| Paycheck | 06/20/2007 | 1002 | Claudia E. Amell | | 1005 · Florida Capital | -SPLIT- | 3,141.00 |
| Paycheck | 06/20/2007 | 1003 | Dana Schult | | 1005 · Florida Capital | -SPLIT- | 632.83 |
| Paycheck | 06/20/2007 | 1004 | Eric Miler | | 1005 · Florida Capital | -SPLIT- | 1,171.67 |
| Paycheck | 06/20/2007 | 1005 | Esmeralda Gomez | | 1005 · Florida Capital | -SPLIT- | 1,322.32 |
| Paycheck | 06/20/2007 | 1006 | Jason C. Brownell | | 1005 · Florida Capital | -SPLIT- | 1,146.80 |
| Paycheck | 06/20/2007 | 1007 | Jay Stidlerwerk | | 1005 · Florida Capital | -SPLIT- | 2,742.55 |
| Paycheck | 06/20/2007 | 1008 | Jeffrey Boone | | 1005 · Florida Capital | -SPLIT- | 2,734.25 |
| Paycheck | 06/20/2007 | 1009 | Jodi Jaiman | | 1005 · Florida Capital | -SPLIT- | 3,743.05 |
| Paycheck | 06/20/2007 | 1010 | Luis A. Ramos | | 1005 · Florida Capital | -SPLIT- | 2,903.73 |
| Paycheck | 06/20/2007 | 1011 | Lyle E. Gluck | | 1005 · Florida Capital | -SPLIT- | 2,095.01 |
| Paycheck | 06/20/2007 | 1012 | Minushka Ramirez | | 1005 · Florida Capital | -SPLIT- | 2,226.05 |
| Paycheck | 06/20/2007 | 1013 | Scott R. Gasco | | 1005 · Florida Capital | -SPLIT- | 845.80 |
| Paycheck | 06/20/2007 | 1014 | Shane Williams | | 1005 · Florida Capital | -SPLIT- | 1,879.30 |
| Paycheck | 06/20/2007 | 1015 | Vance Felker | | 1005 · Florida Capital | -SPLIT- | 2,420.80 |
| Paycheck | 06/30/2007 | 1035 | Dana Schult | | 1005 · Florida Capital | -SPLIT- | 2,656.59 |
| Paycheck | 06/30/2007 | 1036 | Eric Miller | | 1005 · Florida Capital | -SPLIT- | 1,171.68 |
| Paycheck | 06/30/2007 | 1036 | Eric Miller | | 1005 · Florida Capital | -SPLIT- | 972.11 |

Cash Basis

—DRAFT—

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Paycheck | 06/30/2007 | 1037 | Esmeralda Gomez | | 1005 · Florida Capital | -SPLIT- | 1,146.80 |
| Paycheck | 06/30/2007 | 1038 | Jason C. Brownell | | 1005 · Florida Capital | -SPLIT- | 2,742.55 |
| Paycheck | 06/30/2007 | 1039 | Jay Stellenwerk | | 1005 · Florida Capital | -SPLIT- | 2,734.25 |
| Paycheck | 06/30/2007 | 1040 | Jeffrey Boone | | 1005 · Florida Capital | -SPLIT- | 3,743.05 |
| Paycheck | 06/30/2007 | 1041 | Jodi Jaiman | | 1005 · Florida Capital | -SPLIT- | 2,903.73 |
| Paycheck | 06/30/2007 | 1042 | Luis A. Ramos | | 1005 · Florida Capital | -SPLIT- | 2,049.05 |
| Paycheck | 06/30/2007 | 1043 | Lyle E. Gluck | | 1005 · Florida Capital | -SPLIT- | 2,226.05 |
| Paycheck | 06/30/2007 | 1044 | MinuxNa Ramirez | | 1005 · Florida Capital | -SPLIT- | 1,195.80 |
| Paycheck | 06/30/2007 | 1045 | Scott R. Gasco | | 1005 · Florida Capital | -SPLIT- | 1,879.30 |
| Paycheck | 06/30/2007 | 1046 | Shane Williams | | 1005 · Florida Capital | -SPLIT- | 2,420.80 |
| Paycheck | 06/30/2007 | 1047 | Vance Felker | | 1005 · Florida Capital | -SPLIT- | 2,656.59 |
| Paycheck | 07/20/2007 | 1023 | Barry C. Lynch | | 1002 · Fifth Third Checking | -SPLIT- | 3,141.00 |
| Paycheck | 07/20/2007 | 1024 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 1,350.12 |
| Paycheck | 07/20/2007 | 1020 | Eric Miller | | 1002 · Fifth Third Checking | -SPLIT- | 1,286.45 |
| Paycheck | 07/20/2007 | 1021 | Esmeralda Gomez | | 1002 · Fifth Third Checking | -SPLIT- | 1,980.60 |
| Paycheck | 07/20/2007 | 1025 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 2,921.00 |
| Paycheck | 07/20/2007 | 1026 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 2,099.68 |
| Paycheck | 07/20/2007 | 1027 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 2,404.50 |
| Paycheck | 07/20/2007 | 1028 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 1,605.92 |
| Paycheck | 07/20/2007 | 1022 | Minushka Ramirez | | 1002 · Fifth Third Checking | -SPLIT- | 1,509.60 |
| Paycheck | 07/20/2007 | 1029 | Scott R. Gasco | | 1002 · Fifth Third Checking | -SPLIT- | 2,057.75 |
| Paycheck | 07/20/2007 | 1030 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 2,835.04 |
| Paycheck | 08/05/2007 | 1050 | Barry C. Lynch | | 1002 · Fifth Third Checking | -SPLIT- | 3,141.00 |
| Paycheck | 08/05/2007 | 1051 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 1,350.13 |
| Paycheck | 08/05/2007 | 1052 | Eric Miller | | 1002 · Fifth Third Checking | -SPLIT- | 1,589.03 |
| Paycheck | 08/05/2007 | 1053 | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 12,933.00 |
| Paycheck | 08/05/2007 | 1054 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 2,921.00 |
| Paycheck | 08/05/2007 | 1055 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 2,099.68 |
| Paycheck | 08/05/2007 | 1056 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 2,404.50 |
| Paycheck | 08/05/2007 | 1057 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 1,605.92 |
| Paycheck | 08/05/2007 | 1058 | Scott R. Gasco | | 1002 · Fifth Third Checking | -SPLIT- | 2,585.59 |
| Paycheck | 08/05/2007 | 1059 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 2,835.04 |
| Paycheck | 08/20/2007 | 1081 | Barry C. Lynch | | 1002 · Fifth Third Checking | -SPLIT- | 3,141.00 |
| Paycheck | 08/20/2007 | 1082 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 1,350.12 |
| Paycheck | 08/20/2007 | 1083 | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 3,685.50 |
| Paycheck | 08/20/2007 | 1084 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 2,921.00 |
| Paycheck | 08/20/2007 | 1085 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 2,099.68 |
| Paycheck | 08/20/2007 | 1086 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 2,404.50 |
| Paycheck | 08/20/2007 | 1087 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 1,605.92 |
| Paycheck | 08/20/2007 | 1088 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 2,835.04 |
| Paycheck | 09/05/2007 | 1109 | Barry C. Lynch | | 1002 · Fifth Third Checking | -SPLIT- | 3,141.00 |
| Paycheck | 09/05/2007 | 1110 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 1,350.13 |

Cash Basis

—DRAFT—

# AQMI Strategy Corporation
## Operational Disbursements for Mirabilis
### May, 2007 - May 31, 2008

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|---|---|---|---|---|---|---|---|
| Paycheck | 09/05/2007 | 1111 | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 3,885.50 |
| Paycheck | 09/05/2007 | 1112 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 2,921.00 |
| Paycheck | 09/05/2007 | 1113 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 2,099.68 |
| Paycheck | 09/05/2007 | 1114 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 2,404.50 |
| Paycheck | 09/05/2007 | 1115 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 1,605.92 |
| Paycheck | 09/05/2007 | 1116 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 3,465.50 |
| Paycheck | 09/20/2007 | 1121 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 2,550.25 |
| Paycheck | 09/20/2007 | 1122 | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 7,089.00 |
| Paycheck | 09/20/2007 | 1123 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 5,449.00 |
| Paycheck | 09/20/2007 | 1124 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 3,913.36 |
| Paycheck | 09/20/2007 | 1125 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 4,387.00 |
| Paycheck | 09/20/2007 | 1126 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 2,889.64 |
| Paycheck | 09/20/2007 | 1127 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 6,542.00 |
| Paycheck | 10/10/2007 | 1142 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 2,701.25 |
| Paycheck | 10/10/2007 | 1143 | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 7,771.00 |
| Paycheck | 10/10/2007 | 1144 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 5,843.00 |
| Paycheck | 10/10/2007 | 1145 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 4,199.36 |
| Paycheck | 10/10/2007 | 1146 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 4,810.00 |
| Paycheck | 10/10/2007 | 1147 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 3,211.84 |
| Paycheck | 10/10/2007 | 1148 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 6,971.00 |
| Paycheck | 11/09/2007 | 1166 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 2,701.25 |
| Paycheck | 11/09/2007 | 1167 | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 7,771.00 |
| Paycheck | 11/09/2007 | 1168 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 5,843.00 |
| Paycheck | 11/09/2007 | 1169 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 4,199.36 |
| Paycheck | 11/09/2007 | 1170 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 4,810.00 |
| Paycheck | 11/09/2007 | 1171 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 3,211.84 |
| Paycheck | 11/09/2007 | 1172 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 6,971.00 |
| Paycheck | 12/10/2007 | CC1 | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 7,771.00 |
| Paycheck | 12/10/2007 | CC2 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 2,701.25 |
| Paycheck | 12/10/2007 | CC3 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 5,843.00 |
| Paycheck | 12/10/2007 | CC4 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 4,199.36 |
| Paycheck | 12/10/2007 | CC5 | Lyle E. Gluck | | 1002 · Fifth Third Checking | -SPLIT- | 4,810.00 |
| Paycheck | 12/10/2007 | CC6 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 3,211.84 |
| Paycheck | 12/10/2007 | CC7 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 6,971.00 |
| Paycheck | 01/10/2008 | 1241 | Dana Schull | | 1002 · Fifth Third Checking | -SPLIT- | 2,705.25 |
| Paycheck | 01/10/2008 | cashier Chk | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 7,793.00 |
| Paycheck | 01/10/2008 | 1243 | Jason C. Brownell | | 1002 · Fifth Third Checking | -SPLIT- | 5,859.00 |
| Paycheck | 01/10/2008 | 1244 | Luis A. Ramos | | 1002 · Fifth Third Checking | -SPLIT- | 4,205.36 |
| Paycheck | 01/10/2008 | 1245 | Martin C. Flynn, Jr. | | 1002 · Fifth Third Checking | -SPLIT- | 3,219.84 |
| Paycheck | 01/10/2008 | 1246 | Vance Felker | | 1002 · Fifth Third Checking | -SPLIT- | 6,982.00 |
| Paycheck | 02/01/2008 | 1262 | Dana Schull | | 1902 · Fifth Third Checking | -SPLIT- | 2,705.25 |
| Paycheck | 02/01/2008 | cashier chk | Frank L. Amodeo | | 1002 · Fifth Third Checking | -SPLIT- | 7,793.00 |

---DRAFT---

**AQMI Strategy Corporation**
**Operational Disbursements for Mirabilis**
**May, 2007 - May 31, 2008**

Cash Basis

| Type | Date | Num | Name | Memo | Account | Split | Original Amount |
|------|------|-----|------|------|---------|-------|-----------------|
| Paycheck | 02/01/2008 | 1264 | Jason C. Brownell | | 1022 · Fifth Third Checking | -SPLIT- | 5,859.00 |
| Paycheck | 02/01/2008 | 1265 | Luis A. Ramos | | 1022 · Fifth Third Checking | -SPLIT- | 4,206.36 |
| Paycheck | 02/01/2008 | 1266 | Martin C. Flynn, Jr. | | 1022 · Fifth Third Checking | -SPLIT- | 3,219.84 |
| Paycheck | 02/01/2008 | 1267 | Vance Felker | | 0022 · Fifth Third Checking | -SPLIT- | 8,982.00 |
| Paycheck | 02/28/2008 | 1283 | Dana Schutt | | 1022 · Fifth Third Checking | -SPLIT- | 2,705.25 |
| Paycheck | 02/28/2008 | 1284 | Frank L. Amodeo | | 1022 · Fifth Third Checking | -SPLIT- | 7,793.00 |
| Paycheck | 02/28/2008 | 1285 | Jason C. Brownell | | 1022 · Fifth Third Checking | -SPLIT- | 5,859.00 |
| Paycheck | 02/28/2008 | 1286 | Luis A. Ramos | | 1022 · Fifth Third Checking | -SPLIT- | 4,206.36 |
| Paycheck | 02/28/2008 | 1287 | Martin C. Flynn, Jr. | | 1022 · Fifth Third Checking | -SPLIT- | 3,219.84 |
| Paycheck | 02/28/2008 | 1288 | Vance Felker | | 1022 · Fifth Third Checking | -SPLIT- | 8,982.00 |
| Paycheck | 04/02/2008 | 1305 | Dana Schutt | | 1022 · Fifth Third Checking | -SPLIT- | 2,705.25 |
| Paycheck | 04/02/2008 | 1306 | Frank L. Amodeo | | 1022 · Fifth Third Checking | -SPLIT- | 7,793.00 |
| Paycheck | 04/02/2008 | 1307 | Jason C. Brownell | | 1022 · Fifth Third Checking | -SPLIT- | 5,859.00 |
| Paycheck | 04/02/2008 | 1308 | Luis A. Ramos | | 1022 · Fifth Third Checking | -SPLIT- | 4,063.08 |
| Paycheck | 04/02/2008 | 1309 | Martin C. Flynn, Jr | | 1022 · Fifth Third Checking | -SPLIT- | 2,833.10 |
| Paycheck | 04/02/2008 | 1310 | Vance Felker | | 1022 · Fifth Third Checking | -SPLIT- | 6,982.00 |
| Transfer | 10/01/2007 | | Tenshi Leasing Inc | Funds Transfer | 1022 · Fifth Third Checking | 1131 · Due From Tenshi Leasing | 4,000.00 |

4,236,796.73

—DRAFT—

Cash Basis

# AQMI Strategy Corporation
## Deposit Detail Report
### May, 2007 - May, 2008

**AQMI Deposits**

| Type | Date | Num | Name (from) | Memo | Account | Clr | Split | Original Amount |
|---|---|---|---|---|---|---|---|---|
| Deposit | 05/04/2007 | | Mirabilis Ventures | Deposit | 1040 · Suntrust | ✓ | 4020 · Professional Fees | 150,000.00 |
| Deposit | 05/21/2007 | | Mirabilis Ventures | Deposit | 1040 · Suntrust | ✓ | 4020 · Professional Fees | 110,000.00 |
| Deposit | 05/05/2007 | | Mirabilis Ventures | Deposit | 1040 · Suntrust | ✓ | 1120 · Due From Mirabilis | 62,000.00 |
| Deposit | 05/19/2007 | | Mirabilis Ventures | Deposit | 1005 · Fianco Capital | ✓ | 4020 · Professional Fees | 36,000.00 |
| Deposit | 05/20/2007 | | Mirabilis Ventures | Deposit | 1005 · Fianco Capital | ✓ | 4020 · Professional Fees | 4,000.00 |
| Deposit | 05/29/2007 | | Mirabilis Ventures | Deposit | 1005 · Fianco Capital | ✓ | 4010 · Sales | 47,000.00 |
| Transfer | 07/11/2007 | | Mirabilis Ventures | Deposit | 1005 · Fianco Capital | ✓ | | 160,000.00 |
| Transfer | 07/19/2007 | | Mirabilis Ventures | Funds Transfer | 1002 · Fifth Third Checking | | 1120 · Due From Mirabilis | 10,000.00 |
| Deposit | 07/31/2007 | | Mirabilis Ventures | Deposit - from MVI (recd Bella Case Funds) on behalf of TI | 1002 · Fifth Third Checking | | 2350 · Due to Titanium Tech | 541,304.11 |
| Deposit | 08/17/2007 | | Mirabilis Ventures | Deposit | 1002 · Fifth Third Checking | ✓ | 4020 · Professional Fees | 150,000.00 |
| Deposit | 08/23/2007 | | AEM, Inc. | Deposit | 1002 · Fifth Third Checking | ✓ | | 341,000.00 |
| Deposit | 09/14/2007 | | AEM, Inc. | Paid $50k on $150k due for Oct Mgmt Services | 1002 · Fifth Third Checking | | | 50,000.00 |
| Payment | 10/03/2007 | | AEM, Inc. | Direct deposit to AQMI at Fifth Third teller station | 1002 · Fifth Third Checking | | | 15,000.00 |
| Payment | 10/03/2007 | | AEM, Inc. | Carolyn's Check to AQMI at Fifth Third teller station | 1002 · Fifth Third Checking | | | 33,746.21 |
| Payment | 10/03/2007 | | AEM, Inc. | Confirmed on bank stmt, 9/5/07 cc for $73,746.21 was utilized for 4 payments on 10/3/07 | 1002 · Fifth Third Checking | | | 15,000.00 |
| Payment | 10/03/2007 | | AEM, Inc. | Confirmed on bank stmt, 9/5/07 cc for $73,746.21 was utilized for 4 payments on 10/3/07 | 1002 · Fifth Third Checking | | | 10,000.00 |
| Payment | 10/11/2007 | | AEM, Inc. | Transfer to AQMI for MVI's Oct 07 Mgmt Svc Agreement | 1002 · Fifth Third Checking | | | 20,000.00 |
| Payment | 10/11/2007 | | Mirabilis Ventures | oct 2007 invoice | 1002 · Fifth Third Checking | | | 75.00 |
| Payment | 10/23/2007 | | Mirabilis Ventures | oct 2007 invoice | 1002 · Fifth Third Checking | | | 6,178.79 |
| Payment | 10/24/2007 | | Mirabilis Ventures | Nov 2007 invoice for Mgmt Services | 1002 · Fifth Third Checking | | | 5,000.00 |
| Payment | 11/01/2007 | | Mirabilis Ventures | Payment | 1002 · Fifth Third Checking | | | 2,000.00 |
| Deposit | 11/15/2007 | | AEM, Inc. | Deposit | 1002 · Fifth Third Checking | | 2370 · Due to AEM | 50,000.00 |
| Deposit | 11/15/2007 | | AEM, Inc. | MVI's balance of November's Mgmt Service Agmnt | 1002 · Fifth Third Checking | | | 143,000.00 |
| Gen Journal | 11/20/2007 | | AEM, Inc. | Diposol | 1002 · Fifth Third Checking | | | 125,000.00 |
| Deposit | 12/06/2007 | | AEM, Inc. | Print to AQMI for MVI Dec 2007 invoice | 1002 · Fifth Third Checking | | | 15,000.00 |
| Payment | 12/17/2007 | | Mirabilis Ventures | Dec 2007 towards mgmt fees | 1002 · Fifth Third Checking | | | 10,000.00 |
| Deposit | 12/17/2007 | | Mirabilis Ventures | Deposit (PKT Assets) - secured creditor paymient | 1002 · Fifth Third Checking | | 4040 · Disposition of Assets | 750,000.00 |
| Deposit | 12/28/2007 | | AEM, Inc. | Feb, 2008 mgmt services paid to AQMI on behalf of MVI | 1002 · Fifth Third Checking | | | 150,000.00 |
| Deposit | 12/31/2007 | | AEM, Inc. | March MVI monthly service fee to AQMI, paid by AEM | 1002 · Fifth Third Checking | | | 150,000.00 |
| Deposit | 01/08/2008 | | AEM, Inc. | Payment to AQMI for MVI January 2008 invoice | 1002 · Fifth Third Checking | | | 150,000.00 |
| Deposit | 01/29/2008 | | AEM, Inc. | Deposit | 1002 · Fifth Third Checking | | 4050 · Other Income | 400,000.00 |
| Deposit | 02/12/2008 | | AEM, Inc. | Deposit | 1002 · Fifth Third Checking | | 4050 · Other Income | 200,000.00 |
| Deposit | 02/26/2008 | | AEM, Inc. | Deposit | 1002 · Fifth Third Checking | | 2370 · Due to AEM | 50,000.00 |
| Deposit | 04/27/2008 | | AEM, Inc. | Deposit | 1002 · Fifth Third Checking | | 2370 · Due to AEM | 25,000.00 |

**Summary**

| | |
|---|---|
| AEM, Inc. | 1,992,746.21 |
| Mirabilis | 2,073,557.90 |



# PREMIER
## CORPORATE SERVICES, INC.

590 Park Street, Suite 6, St. Paul, MN 55103
651-225-9500 * 800-227-1256
(fax) 651-225-9579

**SEARCH REPORT**

Date:          03-21-07
Reference #:

| Subject: | **MIRABILIS VENTURES, INC.** |
|---|---|
| Jurisdiction: | SECRETARY OF STATE - NEVADA |
| Type of Search: | UCC/FEDERAL TAX LIENS |
| Searched Through: | 03-05-07 |
| Results: | UCC - FILINGS FOUND / FEDERAL TAX LIENS - CLEAR |
| Searched By: | Sarah Edgett |

**CURRENT FILINGS**

| FILE NUMBER | FILE DATE | FILE TYPE | SECURED PARTY |
|---|---|---|---|
| 2005014166-8 | 05-06-05 | ORIGINAL | AQMI STRATEGY CORPORATION |
| 2005014167-0 | 05-06-05 | ORIGINAL | AQMI STRATEGY CORPORATION |

FIFTEEN ( 15 ) photo copies are attached.

*PREMIER CORPORATE SERVICES, INC.* makes no representations, warranties or guaranties as to the accuracy or completeness of this report. Inasmuch as the verification of the files and information therein lies with the filing officer, we accept no liability for errors or omissions. Our involvement is limited to assisting in expediting the retrieval of this information only.

**Existing Liens**

| Debtor | Secured Party | Collateral | Type of Search | Filing Office | Filing No. |
|--------|---------------|-----------|----------------|---------------|------------|
| Mirabilis Ventures, Incorporated | AQMI Strategy Corporation | See Schedule A Attached: | UCC/Federal Tax Lien | Secretary of State- Nevada | 2005014166-8 |
| Mirabilis Ventures, Incorporated | AQMI Strategy Corporation | See Schedule A Attached | UCC/Federal Tax Lien | Secretary of State- Nevada | 2005014167-0 |

#4173624\1

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

Document Number:

**2005014166-8**

Filing Date and Time:
5/6/2005 1:56:00 PM

A. NAME & PHONE OF CONTACT AT FILER [optional]
Matthew Porter - (321) 293-9432

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Matthew Porter
20 N. Orange Avenue, Suite 1400
Orlando, FL 32801

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| *Mirabilis Ventures, Incorporated* | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 3838 Raymert Drive, Suite 3 | Las Vegas | | NV | 89121 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Domestic Corp. | 1f. JURISDICTION OF ORGANIZATION Nevada | 1g. ORGANIZATIONAL ID #, if any C28003-2003 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| AQMI Strategy Corporation | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 20 N. Orange Avenue, Suite 1400 | Orlando | | FL | 32801 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See Schedule "A" attached.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Schedule A

Re: UCC 1 Financing Statement

All furniture, furnishings, fixtures, machinery, equipment, inventory and materials on site, and personal property of every nature whatsoever now or hereafter owned by the Debtor and located in or used in conjunction with or with the construction or operation of said property, buildings, structures or other improvements, including all extensions, additions, improvements, betterments, renewals and replacements to any of the foregoing, and all of the right title and interest of the Debtor in any such personal property or fixtures subject to a conditional sales contract, chattel mortgage or similar lien or claim together with the benefits of any deposits or payments now or hereafter made by the Debtor or on it's behalf with regard to the collateral. The collateral herein shall include, without limitation, the following:

Accounts, general intangibles, personal property, which includes (but is not limited to) the following property:

All of Debtors contract rights, general intangibles, personal property, accounts receivable, inventory, furniture and fixtures, and equipment, both now owned and hereafter acquired, and all additions, replacements, accessions and insurance of the foregoing, and all books, records and warranties related thereto.

The term "Collateral" further includes, but is not limited to, the following property, whether now owned or hereafter acquired, and whether or not held by bailee for the benefit of the Debtor or owner, all: accessions, accessories, additions, cash, fittings, increases, insurance benefits and proceeds, parts, products, profits, renewals, rents, replacements, special tools and substitutions, together with all books and records pertaining to the Collateral and access to the equipment containing said books and records, including computer stored information and all software relating thereto, plus all cash and non-cash proceeds and all proceeds of proceeds arising from the types (items) of property listed above.

Pertaining to the accounts (Accounts) portion of the Collateral, the term Collateral, shall include, but not limited to, all:

   A. Accounts generally, accounts receivable and hedging accounts;
   B. Contracts, real estate contracts, futures contracts, contract rights to obtain payment, for deeds or property sold, leased or exchanged and for services rendered, whether or nor performance has been completed;
   C. Things in action;
   D. Rights to receive any payments in money or in kind;
   E. Guaranties of Accounts and the security therefore;
   F. Rights of Debtor in the goods, services or other property which gave rise to or secure, the Accounts;
   G. Rights of Debtor as an unpaid seller of goods or services, including but not limited to stoppage in transit, replevin, reclamation and resale;
   H. Instruments and chattel paper; and
   I. Proceeds thereof and proceeds of proceeds thereof.

Pertaining to the general intangibles portion of Collateral, the term "Collateral" shall include, but not limited to, instruments and chattel paper, all goodwill, tax refunds, trademarks, trade names, patents, copyrights, and all proceeds thereof and proceeds of proceeds thereof.

Proceeds: All proceeds of proceeds referred to herein shall include, but not limited to, wherever located, accounts, chattel paper, documents, equipment, farm products, general intangibles, instruments, inventory, and all other goods.

01/17/2005 MON 17:16 FAX 305 944 8025 Presidion Solutions    〔012/019

## EXHIBIT A

## PROMISSORY NOTE

Up to $2,500,000                                      Orlando, Florida
                                                     December 1, 2004

FOR VALUE RECEIVED, MIRABILIS VENTURES, INC., a Nevada
corporation (hereafter referred to as "Maker") promises to pay to the order of AQMI
STRATEGY CORPORATION, a Florida corporation, 2875 South Orange Avenue,
Suite 500, Orlando, Florida 32806 ("Lender"), up to the principal sum of TWO
MILLION FIVE HUNDRED THOUSAND DOLLARS ($2,500,000) ("Line of Credit").
Interest shall be fixed at the rate of Six Percent (6.0%) per annum for the term of the Line
of Credit. Payments shall first be applied to interest and then to principal.

Amounts in Five Thousand Dollars ($5,000.00) increments may be drawn
upon by Maker from December 1, 2004 through January 31, 2005 upon
two (2) days prior written notice to Lender, up to the aggregate of the Line
of Credit. Such amounts, as drawn upon by Maker, shall accrue interest
from the date drawn upon until paid. Interest shall be payable monthly on
the first day of each month on any outstanding balance for the previous
month. This Promissory Note shall be due and payable on January 31,
2005, upon which date the entire principal balance drawn, plus all accrued
but unpaid interest, shall be paid in full.

In the event the Maker shall fail to make such payment on account of interest or
of principal within five (5) days after the same shall become due and payable as is
provided herein, then Maker shall be subject to a late charge equal to two percent (2%)
of any such late amount. After default or after maturity of this Note, so long as such
default remains uncured, the Maker shall pay interest to the holder of this Note on any
unpaid principal or interest at a fixed rate equal to eighteen percent (18%).

This Note is made in connection with that certain Line of Credit Agreement dated
of even date herewith by and between Lender and Maker (the "Line of Credit
Agreement"), and is secured by that certain Security Agreement of even date herewith by
and between Lender and Maker (the "Security Agreement"), and this Note is subject to

01/17/2005 MON 17:17  FAX "45-944-8025 Presidion Solutions                              Ø013/018

all terms and conditions contained in the Line of Credit Agreement and the Security Agreement.

As to this Note, the Maker waives all notice of acceleration, presentment, protest and demand, dishonor and non-payment of this Note, and expressly agrees that the maturity of this Note, or any payment hereunder, may be extended from time to time without in any way affecting the liability of the Maker.

Should it become necessary to collect this Note through an attorney, the Maker of this Note hereby agrees to pay all costs and expenses of collection, including reasonable attorneys' fees incurred to represent the Lender in any negotiations, litigation, trial, appeal, bankruptcy, contest, dispute, suit or proceedings and post-judgment proceedings.

In no event shall any interest accrue or be payable which shall exceed the highest interest rate allowed by law for the time such indebtedness hereunder shall be outstanding and unpaid, it being the intention of the parties hereto not to contract for a greater rate of interest than allowed by law. If, for any reason, including the acceleration of this Note, the total charges for interest and any payments determined to be in the nature of interest are collected which exceed the highest interest rate allowed by law, then without further agreement or notice the obligation to be fulfilled shall automatically be reduced to such limit and all sums received by Lender in excess of those lawfully collectible as interest shall be applied against the principal of the Line of Credit immediately upon Lender's receipt thereof, with the same force and effect as though the maker had specifically designated such extra sums to be so applied to principal and Lender had agreed to accept such extra payment(s) as a premium free prepayment or prepayments.

All payments of principal, interest and any other sums due shall be made during regular business hours at the office of the Lender at its address hereinbefore set forth or at such other place as the Lender may from time to time designate in writing.

Maker shall have the right to prepay the outstanding principal balance of this Note plus accrued interest in whole or in part at any time without premium or penalty.

This Note shall be governed by and construed in accordance with the laws of the State of Florida.

The unenforceability or invalidity of any provision of this Note shall not affect the enforceability or the validity of any other provision herein and the invalidity or unenforceability of any other provision of this Note.

In any action in connection with or to enforce this Note, the Maker agrees to binding arbitration in accordance with the terms and procedures set forth in the Line of Credit Agreement.

This Note shall be binding upon and inure to the benefit of Maker and Lender and their respective successors, assigns, heirs and personal representatives, provided,

however, that no obligations of the Maker hereunder can be assigned without the prior written consent of Lender.

THIS WRITTEN PROMISSORY NOTE AND ANY OTHER DOCUMENTS EXECUTED IN CONNECTION HEREWITH REPRESENT THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

**MAKER:**

**MIRABILIS VENTURES, INC.**

By: _____

Its Authorized Agent

**LENDER:.**

**AGREED AND ACCEPTED**

**AQMI STRATEGY CORPORATION**

By: _____

Its Authorized Agent

01/17/2005 MON 17:18  FAX  40 944 8025 Prestigio Solutions

## EXHIBIT B

### SECURITY AGREEMENT

THIS AGREEMENT, made the 1st day of December, 2004, by and between MIRABILIS VENTURES, INC, a Nevada corporation (hereinafter the "Debtor"), and AQMI STRATEGY CORPORATION, a Florida corporation, 2875 South Orange Avenue, Suite 500, Orlando, Florida 32806 (the "Secured Party").

### WITNESSETH THAT:

FOR VALUABLE CONSIDERATION, and to secure the payment when due (whether at the stated maturity or by acceleration) of an indebtedness owed by the Debtor to the Secured Party in an amount not to exceed Two Million Five Hundred Thousand Dollars ($2,500,000) pursuant to a Line of Credit Agreement between Debtor and Secured Party of even date herewith (the "Line of Credit Agreement"), the Debtor hereby grants and conveys to the Secured Party a security interest in the Collateral.

As used herein, "Collateral" means: all inventory, equipment, fixtures, machinery, furniture, goods, merchandise, supplies, or other personal property of the Debtor now owned, or hereafter acquired by the Debtor, which are held for sale or used or consumed in the Debtor's business at the location of _____, and all products thereof, substitutions, replacements, additions, or accessions thereto.

DEBTOR WARRANTS, COVENANTS, AND AGREES AS FOLLOWS:

a)    PAYMENT.  Debtor will pay when due the principal and interest due under the Line of Credit and perform all of the obligations set forth in this Agreement according to their respective terms.

b)    DEFEND.  Debtor will defend the title to the Collateral against all persons and all claims and demands whatsoever, which Collateral, except for the security interest granted hereby, is lawfully owned by the Debtor.

c)    ASSURANCES OF TITLE.  Upon the reasonable request of the Secured Party, the Debtor will furnish further assurances of title, execute any instrument or statement required by law or otherwise in order to perfect, continue, or terminate the security interest of the Secured Party in the Collateral or do any other acts necessary to effectuate the purposes and provisions of this Agreement.

d)    POSSESSION.  Debtor will retain possession of the Collateral during the existence of this Agreement and not sell, exchange, assign, loan, deliver, lease, mortgage, or otherwise dispose of any of the Collateral without the written consent of the Secured

01/17/2005 MON 17:19  FAX  15 944 8025 Precision Solutions                    ☒010/018

Party, except in the ordinary course of business. This Security Agreement does not cover or include any fixtures or other personal property owned by bona fide landlords or owners of all or any portion of the premises where the Debtor's business is located, if such landlord has the right to remove the same at or before the expiration of the term of the lease for the premises.

e)  **LOCATION.** Debtor will keep the Collateral at the location of the Debtor's principal business offices specified above and not remove any of the same except in the usual course of business.

f)  **TAXES.** Debtor will pay, when due, all taxes, assessments, and license fees relating to any of the Collateral.

g)  **REPAIRS.** Debtor will keep the Collateral, at the Debtor's own cost and expense, in good repair and condition and not misuse, abuse, waste, or allow any of the same to deteriorate, except for normal wear and tear, and Debtor will make the Collateral available for inspection by the Secured Party at all reasonable times.

h)  **INSURANCE.** Debtor will keep the Collateral insured against loss by fire (including extended coverage), theft, and other hazards. Policies shall be obtained in such amounts, with such companies, and pursuant to such form of policies, as may be reasonably acceptable to the Secured Party. Certificates of insurance or policies naming the Secured Party as mortgagee under a "standard" mortgage clause shall be deposited with the Secured Party. The Secured Party is authorized, but under no duty, to obtain such insurance upon failure of the Debtor to do so, and any insurance so obtained by the Secured Party may insure the Secured Party's interest in such Collateral only or the Debtor's and the Secured Party's interest therein, at the Secured Party's sole and exclusive option. The Debtor shall promptly reimburse the Secured Party for the cost of obtaining such insurance upon demand. The Debtor shall give immediate written notice to the Secured Party and to its insurers of loss or damage to any of the Collateral and shall promptly file proofs of loss with such insurers.

i)  **CHANGE OF ADDRESS.** Debtor will immediately notify the Secured Party in writing of any change in, or discontinuance of, the Debtor's place or places of business.

j)  **NON-WAIVER.** Waiver of or acquiescence in any default by the Debtor, or failure of the Secured Party to insist upon strict performance by the Debtor of any warranties or agreements in this Agreement, shall not constitute a waiver of any subsequent or other default or failure.

k)  **NOTICES.** Notices to any party shall be in writing and shall be delivered personally or by registered or certified mail, postage prepaid, addressed to the party at the address herein set forth or otherwise designated in writing. All notices which are required or permitted hereunder shall be in writing and shall be deemed duly given if and when such notice is either delivered personally, or mailed by certified or registered U.S.

Y.A.

01/17/2005 MON 17:19 FAX 05 944 8025 Presidion Solutions                    ) ☏017/019

mail, return receipt requested, first class, postage prepaid, addressed to the parties as follows:

Secured Party:                 AQMI Strategy Corporation
                               2875 South Orange Avenue, Suite 500
                               Orlando, Florida 32806

Debtor:                        Mirabilis Ventures, Inc.
                               3838 Raymert Drive, Suite 3
                               Las Vegas, Nevada 89121

or to such other address as either party shall designate by written notice to the other in the manner provided herein.

l)    **LAW APPLICABLE.** The laws of the State of Florida shall govern the rights, duties, and remedies of the parties. Any dispute shall be resolved in accordance with the arbitration provisions set forth in the Line of Credit Agreement.

m)    **REMEDIES ON DEFAULT.** In the event that the Debtor shall fail to pay any installment due under the Line of Credit Agreement when the same shall be due and payable, at the option of the Secured Party, the indebtedness secured by this Agreement shall immediately become due and payable in full without notice or demand, and the Secured Party shall have all the rights, remedies, and privileges with respect to repossession, retention, and sale of the Collateral and disposition of the proceeds as are accorded to a secured party by the applicable sections of the Uniform Commercial Code respecting "Default" in effect as of the date of this Agreement. In addition, Debtor shall have thirty (30) days following receipt of the written notice from Secured Party to cure the default. If the default is a non-monetary default and is not capable of being cured within thirty (30) days, Debtor shall have such additional time as may reasonably be required to complete the cure, provided Debtor initiates its efforts within the initial thirty (30) days and diligently pursues it to completion. Upon any default, the Secured Party's reasonable attorney's fees, costs of collection, and the other expenses for pursuing, searching for, receiving, taking, keeping, storing, advertising, and selling the Collateral shall be chargeable to the Debtor, whether or not suit be brought.

n)    **MONIES ADVANCED.** If the Debtor shall default in the performance of any of the provisions of this Agreement on the Debtor's part to be performed, the Secured Party may perform same for the Debtor's account and any monies expended in so doing shall be chargeable with interest (at the rate provided for in the Line of Credit Agreement) to the Debtor and added to the indebtedness secured hereby and the same shall be immediately due and payable by the Debtor to the Secured Party upon the Secured Party's demand.

01/17/2005 MON 17:20  FAX  9 944 8025 Presioion Soluiions                    ) -                            @018/019

o)    **ASSEMBLING COLLATERAL.** Upon a default, the Secured Party, at its discretion, may require the *Debtor* to *assemble the Collateral* and make it available to the Secured Party at a place to be designated by the Secured Party reasonably convenient to both parties.

p)    **NOTICE OF SALE.** Unless the Collateral is perishable or threatens to decline speedily in value, or is of a type customarily sold on a recognized market, the Secured Party will give the Debtor reasonable notice of the time and place of any public sale thereof, or of the time after which any private sale or any other intended disposition of the Collateral is to be made. The requirements of reasonable notice will be met if such notice is mailed in accordance with this Agreement, at least twenty (20) days before the time of sale or disposition.

q)    **FINANCING STATEMENTS.** The Secured Party is hereby authorized to file Financing Statements covering the Collateral and to sign the Debtor's signature thereto.

r)    **NO ORAL CHANGE.** This Agreement may not be amended, varied, altered, or changed except by an instrument in writing, executed by the parties hereto.

s)    **SEVERABILITY.** In the event that any term, provision, covenant or condition of this Security Agreement, or the application thereof to any person or circumstance, shall, to any extent, be determined to be inoperative, invalid or unenforceable, in whole or in part, such provision shall be deemed eliminated from this Agreement or invalid to such extent, and the balance or the remaining provisions of this Agreement, or the application of such term or provision to persons or circumstances other than those to which it is invalid or unenforceable, shall continue in full force and effect.

t)    **CAPTIONS, PRONOUNS.** The captions are inserted only as a matter of convenience and for reference and in no way define, limit or describe the scope of this Agreement, or the intent of any provision thereof. Whenever used, the neuter singular pronouns shall be deemed to include the masculine, the feminine, and the plural, the singular number shall include the plural, and the plural shall include the singular.

u)    **BINDING EFFECT.** The provisions of this Agreement shall be binding upon and shall inure to the benefit of the Debtor and the Secured Party, their heirs, personal representatives, successors, and assigns.

DEBTOR:

**MIRABILIS VENTURES, INC.**

01/17/2005 MON 17:21  FAX   944 6025 Presidion Solutions
@018/019

By: _____

Its: Authorized Agent

**SECURED PARTY:**

**AQMI STRATEGY CORPORATION**

By: _____

Its: Authorized Agent

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

Document Number:

**2005014167-0**

Filing Date and Time:
5/6/2005 1:57:00 PM

A. NAME & PHONE OF CONTACT AT FILER [optional]

Matthew Porter -   (321) 293-9432

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Matthew Porter
20 N. Orange Avenue, Suite 1400
Orlando, FL 32801

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Mirabilis Ventures, Incorporated | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3838 Raymert Drive, Suite 3 | Las Vegas | NV | 89121 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Domestic Corp. | Nevada | C28683-2003 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AQMI Strategy Corporation | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20 N. Orange Avenue, Suite 1400 | Orlando | FL | 32801 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See Schedule "A" attached.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Schedule A

Re: UCC 1 Financing Statement

All furniture, furnishings, fixtures, machinery, equipment, inventory and materials on site, and personal property of every nature whatsoever now or hereafter owned by the Debtor and located in or used in conjunction with or with the construction or operation of said property, buildings, structures or other improvements, including all extensions, additions, improvements, betterments, renewals and replacements to any of the foregoing, and all of the right title and interest of the Debtor in any such personal property or fixtures subject to a conditional sales contract, chattel mortgage or similar lien or claim together with the benefits of any deposits or payments now or hereafter made by the Debtor or on it's behalf with regard to the collateral. The collateral herein shall include, without limitation, the following:

*Accounts, general intangibles, personal property, which includes (but is not limited to) the following* property:

All of Debtors contract rights, general intangibles, personal property, accounts receivable, inventory, furniture and fixtures, and equipment, both now owned and hereafter acquired, and all additions, replacements, accessions and insurance of the foregoing, and all books, records and warranties related thereto.

The term "Collateral" further includes, but is not limited to, the following property, whether now owned or hereafter acquired, and whether or not held by bailee for the benefit of the Debtor or owner, all: accessions, accessories, additions, cash, fittings, increases, insurance benefits and proceeds, parts, products, profits, renewals, rents, replacements, special tools and substitutions, together with all books and records pertaining to the Collateral and access to the equipment containing said books and records, including computer stored information and all software relating thereto, plus all cash and non-cash proceeds and all proceeds of proceeds arising from the types (items) of property listed above.

Pertaining to the accounts (Accounts) portion of the Collateral, the term Collateral, shall include, but not limited to, all:

A. Accounts generally, accounts receivable and hedging accounts;
B. Contracts, real estate contracts, futures contracts, contract rights to obtain payment, for deeds or property sold, leased or exchanged and for services rendered, whether or nor performance has been completed;
C. Things in action;
D. Rights to receive any payments in money or in kind;
E. Guaranties of Accounts and the security therefore;
F. Rights of Debtor in the goods, services or other property which gave rise to or secure, the Accounts;
G. Rights of Debtor as an unpaid seller of goods or services, including but not limited to stoppage in transit, replevin, reclamation and resale;
H. Instruments and chattel paper; and
I. Proceeds thereof and proceeds of proceeds thereof.

Pertaining to the general intangibles portion of Collateral, the term "Collateral" shall include, but not limited to, instruments and chattel paper, all goodwill, tax refunds, trademarks, trade names, patents, copyrights, and all proceeds thereof and proceeds of proceeds thereof.

Proceeds: All proceeds of proceeds referred to herein shall include, but not limited to, wherever located, accounts, chattel paper, documents, equipment, farm products, general intangibles, instruments, inventory, and all other goods.

## EXHIBIT A

### ᷉ PROMISSORY NOTE

$125,000                                                           Orlando, Florida
                                                                   January 12, 2005

    FOR VALUE RECEIVED, **MIRABILIS VENTURES, INC.,** a Nevada
corporation (hereafter referred to as "Maker") promises to pay to the order of AQMI
**STRATEGY CORPORATION,** a Florida corporation, 2875 South Orange Avenue,
Suite 500, Orlando, Florida ("Lender"), the *principal sum* of ONE HUNDRED
TWENTY FIVE THOUSAND DOLLARS ($125,000) ("Loan"). Interest shall be fixed
at the rate of Seven and Two Tenths Percent (7.2%) per annum for the term of the Loan.
Payments shall first be applied to interest and then to principal.

       This Promissory Note shall be due and payable on April 11, 2005, upon
       which date the entire principal balance, plus all accrued but unpaid
       interest, shall be paid in full.

       In the event the Maker shall fail to make such payment on account of interest or
of principal within five (5) days after the same shall become due and payable as is
provided herein, then Maker shall be subject to a late charge equal to two percent (2%)
of any such late amount. After default or after maturity of this Note, so long as such
default remains uncured, the Maker shall pay interest to the holder of this Note on any
unpaid principal or interest at a fixed rate equal to eighteen percent (18%).

       This Note is made in connection with that certain Loan Agreement dated of even
date herewith by and between Lender and Maker (the "Loan Agreement"), and this Note
is subject to all terms and conditions contained in the Loan Agreement, for the purpose of
enabling Maker to fund the acquisition of an option to purchase by Dan Myers,
individually, of a fifty one percent (51%) interest in the accounting practice of Kevin D.
Munroe, P.A.

       As to this Note, the Maker waives all notice of acceleration, presentment, protest
and demand, dishonor and non-payment of this Note, and expressly agrees that the

maturity of this Note, or any payment hereunder, may be extended from time to time without in any way affecting the liability of the Maker.

Should it become necessary to collect this Note through an attorney, the Maker of this Note hereby agrees to pay all costs and expenses of collection, including reasonable attorneys' fees incurred to represent the Lender in any negotiations, litigation, trial, appeal, bankruptcy, contest, dispute, suit or proceedings and post-judgment proceedings.

In no event shall any interest accrue or be payable which shall exceed the highest interest rate allowed by law for the time such indebtedness hereunder shall be outstanding and unpaid, it being the intention of the parties hereto not to contract for a greater rate of interest than allowed by law. If, for any reason, including the acceleration of this Note, the total charges for interest and any payments determined to be in the nature of interest are collected which exceed the highest interest rate allowed by law, then without further agreement or notice the obligation to be fulfilled shall automatically be reduced to such limit and all sums received by Lender in excess of those lawfully collectible as interest shall be applied against the principal of the Loan immediately upon Lender's receipt thereof, with the same force and effect as though the maker had specifically designated such extra sums to be so applied to principal and Lender had agreed to accept such extra payment(s) as a premium free prepayment or prepayments.

All payments of principal, interest and any other sums due shall be made during regular business hours at the office of the Lender at its address hereinbefore set forth or at such other place as the Lender may from time to time designate in writing.

Maker shall have the right to prepay the outstanding principal balance of this Note plus accrued interest in whole or in part at any time without premium or penalty.

This Note shall be governed by and construed in accordance with the laws of the State of Florida.

The unenforceability or invalidity of any provision of this Note shall not affect the enforceability or the validity of any other provision herein and the invalidity or unenforceability of any other provision of this Note.

In any action in connection with or to enforce this Note, the Maker agrees to binding arbitration in accordance with the terms and procedures set forth in the Loan Agreement.

This Note shall be binding upon and inure to the benefit of Maker and Lender and their respective successors, assigns, heirs and personal representatives, provided, however, that no obligations of the Maker hereunder can be assigned without prior written consent of Lender.

THIS WRITTEN PROMISSORY NOTE - AND ANY OTHER DOCUMENTS EXECUTED IN CONNECTION HEREWITH REPRESENT THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.

**MAKER:**

**MIRABILIS VENTURES, INC.**

By: _____
Its Authorized Agent

**LENDER:**

**AGREED AND ACCEPTED**

**AQMI STRATEGY CORPORATION**

By: _____
Its Authorized Agent