**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

        Debtor.
_____/

**Corrected Certificate of Service**

    **I HEREBY CERTIFY** that a true and correct copy of the Amendment to Schedule F and Summary of Schedules-Amended, filed on June 3, 2009 (Doc No. 194), was furnished by United States, first-class, mail, postage prepaid, on June 3, 2009 to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751; United States of America, c/o I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; and Anita M. Cream, Esq., United States Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602; and upon the Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801.

    **DATED** this 8th day of September 2009.

                                       /s/ Elizabeth A. Green
                                       Elizabeth A. Green
                                       Florida Bar No. 0600547
                                       Jimmy D. Parrish
                                       Florida Bar No. 526401
                                       **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                       390 N. Orange Avenue, Suite 600
                                       P. O. Box 3353 (32802-3352)
                                       Orlando, Florida 32801
                                       Telephone: 407-481-5800
                                       Facsimile: 407-481-5801
                                       Attorneys for Mirabilis Ventures, Inc.