**Debtor: MIRABILIS VENTURES, INC.**  **Case Number: 6:08-bk-04327-KSJ**

FILED AUG 27 2009 CLERK, U.S. BANKRUPTCY ORLANDO DIVISION

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION

The Plan of Liquidation referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a **CLASS** _1_ **CREDITOR** of the above-named debtor in the unpaid principal amount of $ _2,200,000.00_

(Check one box)    (✓) ACCEPTS    ( ) REJECTS    the Plan of Liquidation of the debtor.

Dated: _8-21-09_

Name of Creditor: _WILLIAM G. WEST, TRUSTEE, ESTATE OF SOUTHWEST DOCTORS, INC_
Creditor's Signature: _Kimberly Bartley_
By: _KIMBERLY A. BARTLEY_
(If Appropriate)
As: _TRUSTEE'S COUNSEL_
(If Appropriate)
Address: _15150 Middlebrook Dr._
_Houston, TX 77058_

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE 4 P.M. SEPTEMBER 8, 2009.<<

********************************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Credit Union Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801

---For Ballot Tabulation Only---
* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

FILED
SEP 04 2009
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Debtor: MIRABILIS VENTURES, INC.   Case Number: 6:08-bk-04327-KSJ

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION

The Plan of Liquidation referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __2__ CREDITOR of the above-named debtor in the unpaid principal amount of $ 1,936.87 . Acct#XXXXXXXXXXX1002

(Check one box)   (x) ACCEPTS   ( ) REJECTS   the Plan of Liquidation of the debtor.

Dated: September 1, 2009

Name of Creditor: American Express Travel Related Services Company, Inc.,

Creditor's Signature: _____

By: Kenneth W. Kleppinger
(If Appropriate)

As: Attorneys/Agent for Creditor
(If Appropriate)

Address: c/o Becket & Lee LLP, PO Box 3001

16 General Warren Blvd., Malvern PA 19355

### >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE 4 P.M. SEPTEMBER 8, 2009.<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Credit Union Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801

---For Ballot Tabulation Only---

* Ballot No. _____  Creditor Class _____
* Claim No. _____  Claim $ _____
* Claim Amount per Schedule $ _____

Debtor: **MIRABILIS VENTURES, INC.**     Case Number: **6:08-bk-04327-KSJ**

## BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION

The Plan of Liquidation referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __2__ CREDITOR of the above-named debtor in the unpaid principal amount of $239,703.16         Acct#XXXXXXXXXX1001

(Check one box)     (x) **ACCEPTS**     ( ) **REJECTS**     the Plan of Liquidation of the debtor.

Dated: September 1, 2009

Name of Creditor: American Express Travel Related Services Company, Inc.,

Creditor's Signature: _____

By: Kenneth W. Kleppinger
(If Appropriate)

As: Attorneys/Agent for Creditor
(If Appropriate)

Address: c/o Becket & Lee LLP, PO Box 3001

16 General Warren Blvd., Malvern PA 19355

## >>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE 4 P.M. SEPTEMBER 8, 2009.<<

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Credit Union Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____

**Debtor: MIRABILIS VENTURES, INC.**    **Case Number: 6:08-bk-04327-KSJ**

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF LIQUIDATION

The Plan of Liquidation referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the court, nevertheless, may confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

To have your vote count, you must complete and return this ballot.

The undersigned, a CLASS __1__ CREDITOR of the above-named debtor in the unpaid principal amount of $ __509,539__.

(Check one box)  ( ) ACCEPTS   (X) REJECTS   the Plan of Liquidation of the debtor.

Dated: __September 8, 2009__

This document is deemed filed on 9/8/2009 pursuant to Administrative Order FLMB-2003-2 governing after-hours filing.

Name of Creditor: __Jeffrey Reichel__

Creditor's Signature: _____

By: _____ (If Appropriate)

As: _____ (If Appropriate)

Address: __197 Timberlost Trail__
__Suwanee, GA  30024__

FILED ORLANDO DIVISION
2009 SEP 19 AM 10:42
U.S. BANKRUPTCY COURT
MIDDLE DIST OF FLORIDA

>>ALL BALLOTS MUST BE RECEIVED BY THE BANKRUPTCY COURT
ON OR BEFORE 4 P.M. SEPTEMBER 8, 2009.<<

****************************************************************

Mail Ballots to:

Clerk
United States Bankruptcy Court
Fairwinds Credit Union Building
135 West Central Boulevard
Suite 950
Orlando, FL 32801

---For Ballot Tabulation Only---

* Ballot No. _____ Creditor Class _____
* Claim No. _____ Claim $ _____
* Claim Amount per Schedule $ _____