# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:

CASE NO. 6:08-bk-04327-KSJ
CHAPTER 11

MIRABILIS VENTURES, INC.

        Debtor.

_____/

## NOTICE OF APPEAL

FORGE CAPITAL PARTNERS, LLC f/k/a MORECO PARTNERS, LLC, ARGENT CAPITAL ADVISORS, LLC f/k/a ATLANTIC AMERICAN CAPITAL ADVISORS, LLC, ARGENT BD, LLC, ARGENT BD TRANSITION, LLC, ROBERT MOREYRA, PETER COLLINS, BISON MORTGAGE CORP., SOLUTIONS FUNDING, INC., and COASTAL EQUITY PARTNERS, LLC, (the "Creditors"), who are creditors, adversary defendants or other parties in interest, appeal under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the Bankruptcy Judge denying the Creditors' Motion to Dismiss entered in this case on September 2, 2009.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Debtor, MIRABILIS VENTURES, INC., c/o R. W. Cuthill, Jr., President, 341 N. Maitland Ave., Suite 210, Maitland, Florida 32751; Debtor, HOTH HOLDINGS, LLC, c/o R. W. Cuthill, Jr., President, 341 N. Maitland Ave., Suite 210, Maitland, Florida 32751; Debtor's counsel, Elizabeth Green, Esq., Latham, Shuker, Barker, Eden & Beaudine, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801 (407) 481-5800; FORGE CAPITAL PARTNERS, LLC f/k/a MORECO PARTNERS, LLC, ARGENT CAPITAL ADVISORS, LLC f/k/a

ATLANTIC AMERICAN CAPITAL ADVISORS, LLC, ARGENT BD, LLC, ARGENT BD TRANSITION, LLC, ROBERT MOREYRA, PETER COLLINS, BISON MORTGAGE CORP., SOLUTIONS FUNDING, INC., and COASTAL EQUITY PARTNERS, LLC, c/o Bart R. Valdes, Esq., 609 West Horatio Street, Tampa, Florida 33606 (813)251-5825.

Dated this 14th day of September, 2009.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, a true copy of the foregoing, together with any exhibits, has been furnished via the CM/ECF system to Debtor, Hoth Holdings, LLC, and Mirabilis Ventures, Inc., c/o R. W. Cuthill, Jr., President, 341 N. Maitland Ave., Suite 210, Maitland, Florida 32751; Debtor's counsel, Elizabeth Green, Esq., Latham, Shuker, Barker, Eden & Beaudine, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801; Randy Gold, Esq., Assistant U.S. Attorney, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805; the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801; and, all others receiving electronic notice as per the attached matrix.

/s/ Bart R. Valdes
DAVID H. SIMMONS
Florida Bar Number 240745
deBeaubien, Knight, Simmons,
 Mantzaris & Neal, LLP
332 North Magnolia Avenue
P. O. Box 87
Orlando, Florida 32802-0087
Telephone: (407) 422-2454
Facsimile: (407) 849-1845
dhs77@dbksmn.com

BART R. VALDES
Florida Bar Number 323380

de Beaubien, Knight, Simmons,
Mantzaris & Neal, LLP
609 W. Horatio Street
Tampa, Florida  33606
Telephone: (813) 288-9650
Facsimile: (813) 254-1063
brv11@dbksmn.com
  Attorneys for Forge and
Affiliated Creditors