UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                        }        CASE NUMBER        06:08-bk-4327-KSJ
                              }
Mirabilis Ventures, Inc.      }
                              }        JUDGE     Karen S Jennemann
                              }
DEBTOR                        }        CHAPTER 11

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

FOR THE PERIOD

FROM July 1, 2009 TO July 31, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

9/15/09
_____                    _____
Date                                   Attorney for Debtor's Signature

Debtor's Address                       Attorney's Address
and Phone Number:                      and Phone Number:

341 N Maitland Ave Ste 210             Latham, Shuker, Eden & Beaudine, LLP
Maitland, FL 32751                     POP Box 3353
Tel: 407-644-3781 Ext 235              Orlando, Florida 32802-3353
                                       (407) 481-5800

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States
Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

| | | |
|---|---|---|
| Name of Debtor: | Mirabilis Ventures, Inc. | Case Number: | 06:08-bk-4327-KSJ |
| Date of Petition: | May 27, 2008 | | |

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | **$436,408.11** (a) | **$296.80** (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (*See MOR-3*) | 6,556.16 | $890,084.36 |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS (*Lines 2A+2B+2C*)** | **$6,556.16** | **$890,084.36** |
| **4. TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS (*Line 1 + Line 3*)** | **$442,964.27** | **$890,381.16** |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | | 125.44 |
| C. Contract Labor | 22,000.73 | 308,827.20 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (*See Attach. 2*) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | 660.00 |
| J. Payroll - Net (*See Attachment 5A*) | | |
| K. Professional Fees (Accounting & Legal) | | 38,669.46 |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (*See Attach. 2*) | | |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | | |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | | |
| Q. Taxes Paid - Other (*See Attachment 4C*) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 2,925.00 |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (*See MOR-3*) | 12,832.50 | 131,043.02 |
| **6. TOTAL DISBURSEMENTS (*Sum of 5A thru W*)** | **$34,833.23** | **$482,250.12** |
| **7. ENDING BALANCE (*Line 4 Minus Line 6*)** (c) | **$408,131.04** (c) | **$408,131.04** (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to**

This _14<sup>FH</sup>_ day of _AUG_ , 20 _09_ _____

(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Mirabilis Ventures, Inc. | Case Number: | 06:08-bk-4327-KSJ | |
| Date of Petition: | May 27, 2008 | | | |

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $436,408.11 | (a) | $296.80 | (b) |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | | | | |
| C. Other Receipts (*See MOR-3* ) | 6,556.16 | | $890,084.36 | |
| (If you receive rental income, | | | | |
| you must attach a rent roll.) | | | | |
| **3. TOTAL RECEIPTS** (*Lines 2A+2B+2C*) | $6,556.16 | | $890,084.36 | |
| **4. TOTAL FUNDS AVAILABLE FOR** | | | | |
| **OPERATIONS** (*Line 1 + Line 3* ) | $442,964.27 | | $890,381.16 | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | | | | |
| B. Bank Charges | | | 125.44 | |
| C. Contract Labor | 22,000.73 | | 308,827.20 | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | | | | |
| F. Inventory Payments (*See Attach. 2* ) | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | 660.00 | |
| J. Payroll - Net (*See Attachment 5A* ) | | | | |
| K. Professional Fees (Accounting & Legal) | | | 38,669.46 | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments (*See Attach. 2* ) | | | | |
| O. Taxes Paid - Payroll (*See Attachment 4C* ) | | | | |
| P. Taxes Paid - Sales & Use (*See Attachment 4C* ) | | | | |
| Q. Taxes Paid - Other (*See Attachment 4C* ) | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | 2,925.00 | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses (*See MOR-3* ) | 12,832.50 | | 131,043.02 | |
| **6. TOTAL DISBURSEMENTS** (*Sum of 5A thru W* ) | $34,833.23 | | $482,250.12 | |
| **7. ENDING BALANCE** (*Line 4 Minus Line 6* ) (c) | $408,131.04 | (c) | $408,131.04 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to**

This _____ day of _____ , 20 ___

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Collections from Notes Receivable & "Due From" | $0.00 | $350,506.69 |
| Refund of deposits, expenses & retainers | $0.00 | $55,402.79 |
| Interest income - Other | $6,000.00 | $301,975.90 |
| Interest income - Savings account | $556.16 | $7,315.83 |
| Cash in CDs (4) | $0.00 | $99,533.15 |
| Sale of office equipment | $0.00 | $350.00 |
| Lawsuit settlement | $0.00 | $75,000.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $6,556.16 | $890,084.36 |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Corporate Creations for Corporation renewal | $0.00 | $120.00 |
| U S Treasury for request of 2004 & 2005 tax returns | $0.00 | $78.00 |
| Document management | $8,932.50 | $126,945.02 |
| Board of Directors | $3,900.00 | $3,900.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $12,832.50 | $131,043.02 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Mirabilis Ventures, Inc.   Case Number: 06:08-bk-4327-KSJ

Reporting Period beginning: July 1, 2009   and ending: July 31, 2009

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, prepetition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0.00 | (a) |
| PLUS: Current Month New Billings | $ _____ | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ 0.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable) See Note 1

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: Mirabilis Ventures, Inc.     Case Number: 06:08-bk-4327-KSJ

Reporting Period beginning: July 1, 2009    and ending: July 31, 2009

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all inform

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | See Schedule 4 | | $530,043.11 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | $530,043.11 (b) |

☐ Check here if prepetition debts have been paid. Attach an explanation and copies of supporting documentation.

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $407,485.90 | (a) |
| PLUS: New Indebtedness Incurred This Month | $157,390.44 | |
| MINUS: Amount Paid on Post-Petition | | |
| Accounts Payable This Month | $34,833.23 | |
| PLUS/MINUS: Adjustments | | * |
| Ending Month Balance | $530,043.11 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing thi

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| TOTAL | | $0.00 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 07/21/08 | 375 | Baldwin & Co., P.A. | Legal & Accounting | 910.50 |
| 07/31/08 | 365 | Yoakum Consulting | Legal & Accounting | 2,609.10 |
| 08/15/08 | 349 | Shutts & Bowen LLP | Legal & Accounting | 1,671.35 |
| 08/31/08 | 334 | Balch & Bingham, LLP | Legal & Accounting | 13,806.15 |
| 09/01/08 | 333 | Balch & Bingham, LLP | Legal & Accounting | 34,677.29 |
| 09/01/08 | 333 | Yoakum Consulting | Legal & Accounting | 842.40 |
| 09/08/08 | 326 | Balch & Bingham, LLP | Legal & Accounting | 11,877.55 |
| 09/08/08 | 326 | Yoakum Consulting | Legal & Accounting | 3,352.05 |
| 09/15/08 | 319 | Baldwin & Co., P.A. | Legal & Accounting | 364.50 |
| 09/22/08 | 312 | Baldwin & Co., P.A. | Legal & Accounting | 237.00 |
| 09/22/08 | 312 | Shutts & Bowen LLP | Legal & Accounting | 249.70 |
| 10/09/08 | 295 | Balch & Bingham, LLP | Legal & Accounting | 2,680.87 |
| 10/09/08 | 295 | Balch & Bingham, LLP | Legal & Accounting | 84.00 |
| 10/09/08 | 295 | Balch & Bingham, LLP | Legal & Accounting | 276.40 |
| 10/17/08 | 287 | Baldwin & Co., P.A. | Legal & Accounting | 184.50 |
| 11/12/08 | 261 | Balch & Bingham, LLP | Legal & Accounting | 1,327.50 |
| 11/12/08 | 261 | Balch & Bingham, LLP | Legal & Accounting | 442.50 |
| 11/12/08 | 261 | Balch & Bingham, LLP | Legal & Accounting | 1,105.03 |
| 11/12/08 | 261 | Baldwin & Co., P.A. | Legal & Accounting | 132.75 |
| 11/17/08 | 256 | Shutts & Bowen LLP | Legal & Accounting | 918.04 |
| 12/01/08 | 242 | Latham, Shuker, Eden, etal | Legal & Accounting | 64,619.67 |
| 12/11/08 | 232 | Balch & Bingham, LLP | Legal & Accounting | 2,049.89 |
| 12/11/08 | 232 | Shutts & Bowen LLP | Legal & Accounting | 448.09 |
| 12/15/08 | 228 | Barrett, Chapman & Ruta PA | Legal & Accounting | 9,617.50 |
| 12/18/08 | 225 | Baldwin & Co., P.A. | Legal & Accounting | 184.50 |
| 01/09/09 | 203 | Balch & Bingham, LLP | Legal & Accounting | 452.75 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 663.08 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 5,037.57 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 816.00 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 144.00 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 3,268.50 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 7,417.10 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 5,358.76 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 4,141.26 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 4,053.33 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 3,960.84 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 12,398.62 |
| 01/13/09 | 199 | Latham, Shuker, Eden, etal | Legal & Accounting | 2,082.00 |
| 01/13/09 | 199 | Shutts & Bowen LLP | Legal & Accounting | 252.50 |
| 01/13/09 | 199 | Shutts & Bowen LLP | Legal & Accounting | 770.50 |
| 01/13/09 | 199 | Shutts & Bowen LLP | Legal & Accounting | 93.40 |
| 01/13/09 | 199 | Yoakum Consulting | Legal & Accounting | 9,516.00 |
| 01/15/09 | 197 | Barrett, Chapman & Ruta PA | Legal & Accounting | 2,247.00 |
| 01/16/09 | 196 | Baldwin & Co., P.A. | Legal & Accounting | 752.92 |
| 02/03/09 | 178 | Yoakum Consulting | Legal & Accounting | 12,304.50 |
| 02/17/09 | 164 | Baldwin & Co., P.A. | Legal & Accounting | 742.52 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 6,410.96 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 669.00 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 922.50 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 8,094.50 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 330.00 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 6,710.80 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 1,169.60 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 890.00 |
| 02/20/09 | 161 | Latham, Shuker, Eden, etal | Legal & Accounting | 1,943.50 |
| 02/24/09 | 157 | Balch & Bingham, LLP | Legal & Accounting | 150.10 |

## POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 03/12/09 | 141 | Balch & Bingham, LLP | Legal & Accounting | 3,365.70 |
| 03/18/09 | 135 | Shutts & Bowen LLP | Legal & Accounting | 252.50 |
| 03/19/09 | 134 | Baldwin & Co., P.A. | Legal & Accounting | 779.17 |
| 03/20/09 | 133 | Barrett, Chapman & Ruta PA | Legal & Accounting | 6,377.70 |
| 04/08/09 | 114 | Balch & Bingham, LLP | Legal & Accounting | 936.00 |
| 04/09/09 | 113 | Yoakum Consulting | Legal & Accounting | 9,808.50 |
| 04/17/09 | 105 | Barrett, Chapman & Ruta PA | Legal & Accounting | 700.00 |
| 04/20/09 | 102 | Baldwin & Co., P.A. | Legal & Accounting | 1,325.85 |
| 05/01/09 | 91 | Shutts & Bowen LLP | Legal & Accounting | 70.00 |
| 05/01/09 | 91 | Shutts & Bowen LLP | Legal & Accounting | 211.25 |
| 05/06/09 | 86 | Yoakum Consulting | Legal & Accounting | 13,240.50 |
| 05/12/09 | 80 | Balch & Bingham, LLP | Legal & Accounting | 177.50 |
| 05/12/09 | 80 | Balch & Bingham, LLP | Legal & Accounting | 452.00 |
| 05/15/09 | 77 | Barrett, Chapman & Ruta PA | Legal & Accounting | 10,045.00 |
| 05/15/09 | 77 | Shutts & Bowen LLP | Legal & Accounting | 969.00 |
| 05/19/09 | 73 | Baldwin & Co., P.A. | Legal & Accounting | 747.57 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 6,671.59 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 3,363.00 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 401.04 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 5,823.85 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 6,317.07 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 4,512.70 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 7,660.00 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 3,099.38 |
| 06/01/09 | 60 | Latham, Shuker, Eden, etal | Legal & Accounting | 2,000.00 |
| 06/01/09 | 60 | Robert S. Griscti, P.A. | Legal & Accounting | 5,050.00 |
| 06/10/09 | 51 | Yoakum Consulting | Legal & Accounting | 3,451.50 |
| 06/11/09 | 50 | Balch & Bingham, LLP | Legal & Accounting | 241.30 |
| 06/11/09 | 50 | Baldwin & Co., P.A. | Legal & Accounting | 642.13 |
| 06/15/09 | 46 | Shutts & Bowen LLP | Legal & Accounting | 70.00 |
| 06/15/09 | 46 | Shutts & Bowen LLP | Legal & Accounting | 2,593.31 |
| 06/17/09 | 44 | Barrett, Chapman & Ruta PA | Legal & Accounting | 5,193.00 |
| 06/24/09 | 37 | Robert S. Griscti, P.A. | Legal & Accounting | 7,671.62 |
| 07/13/09 | 18 | Baldwin & Co., P.A. | Legal & Accounting | 773.82 |
| 07/31/09 | 0 | Baldwin & Co., P.A. | Legal & Accounting | 1,102.50 |
| 07/20/09 | 11 | Barrett, Chapman & Ruta PA | Legal & Accounting | 6,697.41 |
| 07/29/09 | 2 | LM Liquidators | Document Management | 13,228.06 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 6,819.55 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 963.00 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 11,200.00 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 240.00 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 243.00 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 8,485.61 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 30,590.20 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 520.00 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 1,966.99 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 31,470.64 |
| 07/08/09 | 23 | Latham, Shuker, Eden, etal | Legal & Accounting | 929.40 |
| 07/31/09 | 0 | Cuthill, Jr., R. W. (Bill) | Contract Labor | 35,075.26 |
| 07/01/09 | 30 | U S Trustee | Trustee Fees | 1,625.00 |
| 07/10/09 | 21 | Yoakum Consulting | Legal & Accounting | 5,460.00 |

| TOTAL AMOUNT | | | | $530,043.11 (b) |

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: Mirabilis Ventures, Inc.        Case Number:        06:08-bk-4327-KSJ

Reporting Period beginning: July 1, 2009        and ending: July 31, 2009

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $0.00 | **(a) |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | | |
| PLUS: Inventory Purchased During Month | | |
| MINUS: Inventory Used or Sold | | |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Inventory on Hand at End of Month | $0.00 | ** |

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| | | | | * |

* Aging Percentages must equal 100%.
☐    Check here if inventory contains perishable items.

Description of Obsolete Inventory:

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:        $12,000.00
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $27,400.03 | (a)(b) |
| MINUS: Depreciation Expense | | |
| PLUS: New Purchases | | |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Ending Monthly Balance | $27,400.03 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Mirabilis Ventures, Inc.    Case Number: 06:08-bk-4327-KSJ

Reporting Period beginning: July 1, 2009    and ending: July 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: SunTrust    BRANCH: Winter Park, FL

ACCOUNT NAME Mirabilis Ventures, Inc. DIP    ACCOUNT NUMBER: 1000071890130

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $12,000.00 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $12,000.00 | **(a) |

**\*Debit cards are used by** NONE

**\*\*If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
**( ☐ Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

_____ Transferred to MMA Account
_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
83/E00/0175/4 /31
1000071890130
07/31/2009



## SunTrust

|ıılııdlııılıdlııııdlıdlıılıııdılılılııdıııll
MIRABILIS VENTURES INC DIP
CASE # 06 08-BK-4327
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | DEBTOR IN POSSESSION CHECKING | 1000071890130 | 07/01/2009 - 07/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $62,702.27 | Average Balance | $30,581.45 |
| Deposits/Credits | $6,000.00 | Average Collected Balance | $30,581.45 |
| Checks | $34,833.23 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $21,869.04 | | |
| Ending Balance | $12,000.00 | | |

---

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 07/27 | 6,000.00 | | DEPOSIT | | | |

Deposits/Credits: 1                    Total Items Deposited: 1

---

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1045 | 22,000.73 | 07/10 | 1047 | 3,900.00 | 07/13 | | | |
| | 1046 | 8,400.00 | 07/27 | 1048 | 532.50 | 07/13 | | | |

Checks: 4

---

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 07/13 | 21,869.04 | | TRANSFER TO MMA 8744 CONFIRM NBR 309103150 |

Withdrawals/Debits: 1

---

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/01 | 62,702.27 | 62,702.27 | 07/13 | 14,400.00 | 14,400.00 |
| | 07/10 | 40,701.54 | 40,701.54 | 07/27 | 12,000.00 | 12,000.00 |

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: <u>Mirabilis Ventures, Inc.</u>  Case Number:  <u>06:08-bk-4327-KSJ</u>

Reporting Period beginning: <u>July 1, 2009</u>  and ending:  <u>July 31, 2009</u>

NAME OF BANK:  <u>SunTrust</u>  BRANCH:  <u>Winter Park, FL</u>

ACCOUNT NAME:

ACCOUNT NUMBER:  <u>Mirabilis Ventures, Inc. DIP</u>
<u>10000890130</u>

PURPOSE OF ACCOUNT:  <u>OPERATING</u>

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 7/10/09 | 1045 | Cuthill, Jr., R.W. | Contract Labor | 22,000.73 |
| 7/10/09 | 1046 | LM Liquidators | Document Management | 8,400.00 |
| 7/10/09 | 1047 | Michael Moecker & Assoc | Board of Directors | 3,900.00 |
| 7/10/09 | 1048 | Schuler Packaging | Document Management | 532.50 |
| 7/10/09 | Transfer | To Money Market Acct | Transfer Funds | 21,869.04 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $56,702.27 |

**MONTHLY SUMMARY OF BANK ACTIVITY - MONEY MARKET ACCOUNT**

Name of Debtor:     Mirabilis Ventures, Inc.          Case Number:          06:08-bk-4327-KSJ

Reporting Period beginning:     July 1, 2009          and ending:          July 31, 2009

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK:          SunTrust          BRANCH:          Maitland

ACCOUNT NAME:     Mirabilis Ventures Inc DIP          ACCOUNT NUMBER:          1000075608744

PURPOSE OF ACCOUNT:          Money Market

| | |
|---|---|
| Ending Balance per Bank Statement | $396,131.04 |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits | * |
| Minus Service Charges | |
| Ending Balance per Check Register | $396,131.04 |

**\*Debit cards must not be issued on this account.**          **no**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash:          (  ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
07/31/2009



## SUNTRUST

# Account Statement

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | Statement Period |
|---|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | | 1000075608744 | 07/01/2009 - 07/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $373,705.84 | Average Balance | $387,127.38 |
| Deposits/Credits | $22,425.20 | Average Collected Balance | $387,127.38 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.70% |
| Ending Balance | $396,131.04 | Interest Paid Year to Date | $4,429.39 |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 07/13 | 21,869.04 | | TRANSFER FROM CHK 0130 CONFIRM NBR 309103150 |
| | 07/31 | 556.16 | | INTEREST PAID THIS STATEMENT THRU 07/31 |

Deposits/Credits: 2                     Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 07/01 | 373,705.84 | 373,705.84 | 07/31 | 396,131.04 | 396,131.04 |
| | 07/13 | 395,574.88 | 395,574.88 | | | |

10501

Member FDIC

Continued on next page

## CHECK REGISTER - MONEY MARKET ACCOUNT

Name of Debtor:     Mirabilis Ventures, Inc.          Case Number:   06:08-bk-4327-KSJ

Reporting Period beginning:   July 1, 2009        and ending:   July 31, 2009

NAME OF BANK:   SunTrust                 BRANCH:    Maitland

ACCOUNT NAME:
                         Mirabilis Ventures Inc DIP
ACCOUNT NUMBER:              1000075608744
PURPOSE OF ACCOUNT:              Money Market

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated
check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                    $0.00

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current |
|---|---|---|---|---|
| Stock of Subsidiaries | see attached schedule 1 | | | unknown |
| Notes Receivable | see attached schedule 2 | | | $2,146,760.48 |
| Due from Subsidiaries & Related parties - see attached schedule 3 | | | | $7,574,833.00 |

TOTAL       $9,721,593.48   (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **TOTAL** | | **$0.00**   (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation.**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**      **$9,721,593.48**   **(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

| Status | MVI Owned Entities | % |
|--------|--------------------|----|
| Active | 2Wheel Tunes, Inc. | 100.00% |
| S/D | A Very Private Eye, Inc. | 25.00% |
| S/D | ABS IV, Inc. | 100.00% |
| | Absolute Packaging Engineered Solutions, LLC | 100.00% |
| Ch 11 | AEM, Inc. d/b/a Mirabilis HR | 100.00% |
| S/D | Alliance Compensation & Benefits Group, Inc. | 100.00% |
| S/D | Alliance Group, Inc. | 100.00% |
| S/D | Alliance Worldwide, Inc. | 100.00% |
| S/D | Allstaff Management, Inc. | 100.00% |
| S/D | Allstaff Personnel Management, Inc. | 100.00% |
| S/D | Analytic Data Systems, Inc. | 100.00% |
| Active | Auke Hempenius Enterprises, Inc. | 100.00% |
| S/D | Axena International, LLC | 25.00% |
| S/D | Axena Solutions, LLC | 25.00% |
| S/D | Axena USA, LLC | 25.00% |
| Active | Axena, Inc. | 25.00% |
| S/D | BenComp National Corporation | 100.00% |
| Active | Bison Mortgage Corp. | 42.00% |
| S/D | Cadent Administrators, Inc. | 100.00% |
| S/D | Cadent Underwriters, Inc. | 100.00% |
| S/D | Centerpoint CS, LLC | 25.00% |
| S/D | Centro Executive Offices Corporation | 100.00% |
| S/D | CHS of America, Inc. | 100.00% |
| S/D | Coastal Equity Partners, LLC | 50.00% |
| Active | Common Paymaster Corporation | 100.00% |
| S/D | Common Paymaster Corporation II | 100.00% |
| Active | Common Paymaster II | 100.00% |
| S/D | Common Paymaster III | 100.00% |
| S/D | Community Health Solutions of America, LLC | 100.00% |
| S/D | Creative Insurance Concepts, Inc. | 100.00% |
| S/D | Desert Valley Aviation, Inc. | 100.00% |
| S/D | Diamond Jaxx Properties, LLC *Name change from Mirabilis Baseball, LLC | 100.00% |
| Active | DigitEyes Corporation | 100.00% |
| S/D | DVD Marketing Group, Inc. d/b/a Duran Media Group | 100.00% |
| S/D | EaglePoint Partnership, Inc. | 100.00% |
| S/D | EarthSource Corporation | 100.00% |
| S/D | Earthsource Holdings, LLC | 100.00% |
| | Empire Global Strategies, Inc. | 100.00% |
| S/D | FLHP-MS, LLP | 70.00% |
| S/D | Florida Industrial Electric, Inc. | 100.00% |
| Merged | Fox Technology Series E *Merged with Axena, Inc. and Axena UK Ltd. | |

Schedule 1

| | | |
|---|---|---:|
| | Gibraltar Integrity Corporation | 100.00% |
| | Global Brokers Franchising, LLC d/b/a EmQuest Business | |
| S/D | Brokers | 100.00% |
| S/D | Global Vision Group Holdings, LLC | 84.20% |
| Active | Hoth Holdings, LLC | 90.00% |
| S/D | HR Remedies, Inc. | 100.00% |
| S/D | Information Systems, Inc. | 100.00% |
| S/D | InLine Technology Marketing, Inc. | 100.00% |
| S/D | Insurance Indemnity Investment, Inc. | 100.00% |
| S/D | Investment Title Services, Inc. | 100.00% |
| Active | Ionic Services, Inc. | 80.00% |
| S/D | Ithor Capital, LLC | 90.00% |
| | It's Your Move, Inc. | 100.00% |
| | Kevin Munroe Consulting, LLC | 100.00% |
| S/D | Lake Suite Hotel, Inc. | 100.00% |
| S/D | Legend Holdings of America, Inc. | 100.00% |
| S/D | LTSS, Inc. | 100.00% |
| S/D | Mirabilis Nexia Global LTD. | 100.00% |
| S/D | National Med-Staff, Inc. d/b/a Premier HR Services | 100.00% |
| | Neighborly Services, Inc. d/b/a Professional Personnel | |
| S/D | Management | 100.00% |
| S/D | New Florida Industrial Electric, Inc. | 75.00% |
| Active | Nexia Strategy Corporation | 100.00% |
| S/D | Nexia Strategy Japan, LTD. | 100.00% |
| | Nexia Strategy LTD. (UK) | 100.00% |
| Ch 7 | North American Communications, Inc. | 100.00% |
| S/D | Old Southern Bank Certificate | 0.30% |
| S/D | P.R.B. Design Studio, Inc. | 100.00% |
| Active | Pacific Atlantic Capital Corp. | 100.00% |
| S/D | Pacific Atlantic STF Corp. | 100.00% |
| S/D | Paradyme National Insurance Brokers, Inc. | 100.00% |
| Active | Payroll Concepts, Inc. | 100.00% |
| S/D | PowerCentric, Inc. | 100.00% |
| S/D | Provima, Inc. | 75.00% |
| S/D | Quasar Construction, Inc. | 100.00% |
| Active | RF Scientific, Inc. | 98.00% |
| | RiskERA Software Corporation *Name change from | |
| S/D | Cerulean Graphics, Inc. | 100.00% |
| Active | RKT Constructors, Inc. | 80.00% |
| | | |
| Active | Secure Solutions, LLC | 1.00% |
| Active | Security Imaging Systems, Inc. | 100.00% |
| S/D | SIPS Team USA, Inc. | 100.00% |
| S/D | Siren Resources, Inc. | 100.00% |
| S/D | Solutions Funding, Inc. | 42.00% |
| S/D | Statim Satellite, Inc. | 100.00% |
| S/D | Synergy Technology Fabrication LLC | 100.00% |

| | | |
|---|---|---|
| S/D | Tactical Intelligence Investigations, LLC | 49.00% |
| S/D | Teknovation Corporation | 84.20% |
| S/D | Tellus Motor Company | 100.00% |
| S/D | Terra Structures, Inc. | 100.00% |
| | The Hancock Group, Inc. d/b/a Distinct HR; Employer | |
| S/D | Resources; Logical HR | 100.00% |
| S/D | The Human Resources Enterprises Corporation | 100.00% |
| S/D | The Leib Group | 100.00% |
| S/D | The Provider Management Group, Inc. | 25.00% |
| | Theory3 d/b/a Tireflys | 40.00% |
| S/D | UNEX Corporation | 100.00% |
| S/D | Universal Analytics, Inc. | 100.00% |
| S/D | Venture Resources, Inc. | 100.00% |
| S/D | Wimco Global, Inc. | 100.00% |
| Ch 7 | WinPar Hospitality Chattanooga, LLC | 100.00% |
| Active | World Wrestling Legends LLC | 80.00% |

NOTE: S/D = Sold or Dissolved

**MIRABILIS VENTURES, INC.**
**NOTES RECEIVABLE**
**July 31, 2009**

| MAKER | PAYEE | DATE | INT RATE | AMOUNT | PAYMENTS | Accrued Interest | Principal Payments | BAL DUE | TERMS | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| Creative Risk Management of Alabama, Inc. 1047000 | MVI | 6/4/2007 | 7.25% | 1,047,000.00 | 76,453.04 | 47,439.25 | 25,239.52 | 1,021,760.48 | 60 pmts P&I starting 1/1/08 | Secured by Allstaff stock |
| Premier Servicing, LLC | MVI | 5/1/2006 | 0.00% | 600,000.00 | 30,000.00 | | | 540,000.00 | 12 pmts $30K start 7/1/07 12 pmts $20k | Sale of Cadent; in default |
| Ravi World Land Trust | MVI | 12/27/2007 | 6.00% | 585,000.00 | | | | 585,000.00 | Int only; balloon 12/31/08 | bene of trust holding Lake Suites Hotel |
| | | | | 2,232,000.00 | 106,453.04 | | | 2,146,760.48 | | |

Footnotes:

Mirabilis Ventures, Inc.

| Account Name | Due From |
|---|---|
| | |
| Presidion Corporation Common | $ 315,000 |
| Titanium Technologies | $ 2,254,786 |
| AQMI Strategy Corp. | $ 750,000 |
| Wellington Capital Group | $ 4,255,047 |
| | |
| | $ 7,574,833 |

## MONTHLY TAX REPORT

Name of Debtor: Mirabilis Ventures, Inc.    Case Number: 06:08-bk-4327-KSJ

Reporting Period beginning: July 1, 2009   and ending: July 31, 2009

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $0.00 | | |

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  Mirabilis Ventures, Inc.                    Case Number:  06:08-bk-4327-KSJ

Reporting Period beginning: July 1, 2009                    and ending:  July 31, 2009

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses of Officer or Owner incurred and for which detailed receipts are maintained in the accounting records

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| R. W. Cuthill, Jr | President | Contract Services | $22,000.73 |
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 1 |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 0 | 1 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attached a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐          Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

# ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) nonfinancial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

Mirabilis Ventures, Inc. was indicted for Conspiracy and Wire fraud on October 30, 2008 and pled not guilty December 1, 2008. Confirmation hearing scheduled for September 16, 2009.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____ 6/1/2009 _____