## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

**MIRABILIS VENTURES, INC.**

Debtor.

_____/

CASE NO.  6:08-bk-04327-KSJ

CHAPTER 11

Confirmation Hearing set for Friday,
October 16, 2009 at 10:00 a.m.

### SUMMARY OF FIRST SUPPLEMENT TO FINAL APPLICATION OF ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $21,840.00 AND REIMBURSEMENT OF EXPENSES i/a/o $5,126.15 AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $40,000.00

| | |
|---|---|
| Applicant's Name: | Latham, Shuker, Eden & Beaudine, LLP |
| Applicant's Address: | 390 N. Orange Ave., Ste. 600<br>Orlando, FL 32801 |
| Role of Applicant: | Counsel for the Debtor-in-Possession |
| Certifying Professional: | Elizabeth A. Green |
| Date Petition Filed: | May 27, 2008 |
| Date of Order Authorizing Employment *nunc pro tunc* to: | September 17, 2008<br>*nunc pro tunc* to May 27, 2008 |
| Date of Services Rendered: | August 1, 2009 to August 31, 2009 |
| Gross Amount of Professional Fees for Application Period: | $21,840.00 |
| Gross Amount of Disbursements and Expenses for Application Period: | $5,126.15 |
| **TOTAL GROSS AMOUNT REQUESTED THIS SUPPLEMENTAL APPLICATION:** | $26,966.15 |
| **ESTIMATED FEES AND COSTS** September 1, 2009 to October 16, 2009 | $40,000.00 |
| **FINAL FEE APPLICATION, Doc No. 247** | $525,431.21 (less retainer of $87,028.82)<br>(Total retainer received:  $100,219.50 shared with Hoth Holdings; 08-4328 and AEM; 08-4681) |
| **TOTAL REQUEST FOR AWARD FOR FEES AND DISBURSEMENTS:** | $592,397.36 (includes estimate) |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                    **CASE NO.  6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.**              **CHAPTER 11**

Debtor.                          **Confirmation Hearing set for Friday,**
_____/        **October 16, 2009 at 10:00 a.m.**

## FIRST SUPPLEMENT TO FINAL APPLICATION OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $21,840.00 REIMBURSEMENT OF EXPENSES i/a/o $5,126.15, AND ESTIMATED FEES AND EXPENSES i/a/o $40,000.00

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**, ("Applicant"), as counsel for

Mirabilis Ventures, Inc. ("Mirabilis" or "Debtor"), hereby submits its first supplemental

application ("Supplemental Application") for an award of compensation for services for actual

fees in the amount of $21,840.00 and reimbursement of actual expenses in the amount of

$5,126.15 incurred  from August 1, 2009 through August 31, 2009 ("Supplemental Period"),

subsequent to the filing of the Final Application, filed on August 19, 2009 (Doc No. 247), for a

total request for the Supplemental Application of $26,966.15, and for approval of estimated fees

and expenses in the amount of $40,000.00 for the period September 1, 2009 through October 16,

2009, the date set for the hearing on confirmation of Debtor's plan of reorganization

("Confirmation Hearing").  In support thereof, Applicant states as follows:

　　　　1.　　The combined totals for all fees incurred to date in this case for Applicant are set

forth below:

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Total Fees | Total Hours |
|--------|-------------|-----|---------------|-----|------------|-------------|
| General Representation (001) | $ 178,626.00 | 664.0 | $ 7,416.00 | 22.6 | $ 186,042.00 | 686.6 |
| Schedules (002) | $ 5,262.00 | 33.0 | $ 0.00 | 0.0 | $ 5,262.00 | 33.0 |

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Total Fees | Total Hours |
|--------|-------------|-----|---------------|-----|------------|-------------|
| Professional Retention (004) | $ 17,833.50 | 77.0 | $ 4,208.00 | 29.5 | $ 22,041.50 | 106.5 |
| Plan of Reorganization (005) | $ 13,272.00 | 56.0 | $ 1,578.00 | 5.7 | $ 14,850.00 | 61.7 |
| Claims (006) | $ 4,449.50 | 22.2 | $ 2,222.00 | 10.1 | $ 6,671.50 | 32.3 |
| Secured Creditors (007) | $ 2,457.50 | 6.7 | $ 0.00 | 0.0 | $ 2,457.50 | 6.7 |
| Adversary Matters (008) | $ 70,402.50 | 204.0 | $ 1,190.00 | 4.1 | $ 71,592.50 | 208.1 |
| Asset Sales (010) | $ 1,619.50 | 6.5 | $ 0.00 | 0.0 | $ 1,619.50 | 6.5 |
| WinPar Hospitality, LLC Litigation (014) | $ 25,595.00 | 85.4 | $ 0.00 | 0.0 | $ 25,595.00 | 85.4 |
| USA Motion to Dismiss Litigation (015) | $ 60,198.50 | 130.5 | $ 800.00 | 2.0 | $ 60,998.50 | 132.5 |
| Mirabilis v. Berman Litigation (016) | $ 35,302.50 | 128.2 | $ 0.00 | 0.0 | $ 35,302.50 | 128.2 |
| Mirabilis v. Rachlin Litigation (017) | $ 17,330.00 | 66.4 | $ 4,316.00 | 18.2 | $ 21,646.00 | 84.6 |
| Mirabilis v. Buchanan Litigation (018) | $ 51,561.00 | 200.2 | $ 0.00 | 0.0 | $ 51,561.00 | 200.2 |
| Mirabilis v. Moore Litigation (019) | $ 26,056.00 | 97.9 | $ 110.00 | .5 | $ 26,166.00 | 98.4 |
| **TOTALS** | **$ 509,965.50** | **1778.0** | **$ 21,840.00** | **92.7** | **$ 531,805.50** | **1870.7** |

2.    The continuing professional services rendered on behalf of the Debtor during the Supplemental Period for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice in the following areas of representation:

| Matter | Fees Incurred | Total Hours |
|--------|---------------|-------------|
| General Representation (001) | $7,416.00 | 22.6 |
| Professional Retention (004) | $4,208.00 | 29.5 |
| Plan of Reorganization (005) | $1,578.00 | 5.7 |

| Matter | Fees Incurred | Total Hours |
|---|---|---|
| Claims (006) | $2,222.00 | 10.1 |
| Adversary Matters (008) | $1,190.00 | 4.1 |
| Motion to Dismiss (015) | $800.00 | 2.0 |
| Rachlin Adversary Litigation (017) | $4,316.00 | 18.2 |
| Moore Adversary Litigation (019) | $110.00 | .5 |
| TOTALS | $21,840.00 | 92.7 |

3.     The majority of the services provided by Applicant during the Supplemental Period dealt with:

a.     Drafting of response to Forge creditors supplemental memorandum of ultra vires issues;

b.     Preparation of fee applications for seven professionals;

c.     Preparation of amendment to plan of reorganization;

d.     Review of claims and preparation of objections to certain claims;

e.     Continued prosecution of related adversary proceedings; and

f.     Attendance at related hearings.

4.     Attached hereto as **Exhibit A** is a table summarizing the name of the professional or paraprofessional, hourly rate, number of hours, and total fees incurred for each professional or paraprofessional, broken down for each of the areas of representation which are described in the Supplemental Application.

5.     Attached to this Supplemental Application filed with the Court as **Exhibit B,** is a detailed breakdown of the time entries for each of the professionals providing services during the Supplemental Period.  Copies of the invoices are available upon request to Elizabeth Green at the address below.

U:\Bkry\Mirabilis\Pldg\fee app-LSEB Final-supp #1 -lseb.wpd

6.      Applicant also requests approval for reimbursement of expenses for the Supplemental Period in the amount of $5,126.15, as more particularly described in **Exhibit C.**

7.      Attached to this Supplemental Application filed with the Court as **Exhibit D** is an affidavit in support of the Supplemental Application of Latham, Shuker, Eden & Beaudine, LLP, for award of fees and expenses.

8.      Applicant believes that approximately 131.1 additional hours of professional services will be needed for the period September 1, 2009 through October 16, 2009, billed at a blended hourly rate of $267 for a total of $35,000.00.  Also, Latham Shuker estimates an additional $5,000.00 in expenses for such period will be incurred.  Applicant requests approval of compensation and expenses, and reimbursement of the estimated amounts through October 16, 2009.

**WHEREFORE**, Latham, Shuker, Eden & Beaudine, LLP, requests that it be awarded compensation for services for the Supplemental Period of $21,840.00, reimbursement of expenses of $5,126.15, for a total award for fees and expenses for the Supplemental Period of $26,966.15; approval of estimated fees and expenses in the amount of $40,000.00 for the period September 1 to October 16, 2009; and for such other and further relief as is appropriate in the circumstances.

**RESPECTFULLY SUBMITTED** this 16th day of September 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida  32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtor

5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                          CASE NO.  6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.**                    CHAPTER 11

                          Debtor.
_____/

### Certificate of Service

**I HEREBY CERTIFY** that a true copy of the First Supplement to the Final Application of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 16th day of September 2009.


                                    /s/ Elizabeth A. Green
                                    Elizabeth A. Green, Esquire

U:\Bkry\Mirabilis\Pldg\fee app-LSEB Final-supp #1 -lseb.wpd

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Aug 14 09:28:28 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Richard Lee Barrett
18 Wall St
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philledphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Jimmy D Parrish
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

PaySource USA WI, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

## EXHIBIT A

In Re:  Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

### General Representation - 001

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 6.5 | 400 | $ | 2,600.00 |
| Bruce D. Knapp | 7.9 | 340 | $ | 2,686.00 |
| Jennifer Eden | 4.9 | 300 | $ | 1,470.00 |
| Justin M. Luna | 2.5 | 220 | $ | 550.00 |
| Diane L. Crivello | .6 | 140 | $ | 84.00 |
| Brenda L. Jennings | .2 | 130 | $ | 26.00 |
| **TOTAL** | **22.6** | | **$** | **7,416.00** |

### Professional Retention - 004

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | .3 | 400 | $ | 120.00 |
| Diane L. Crivello | 29.2 | 140 | $ | 4,088.00 |
| **TOTAL** | **29.5** | | **$** | **4,208.00** |

### Plan & Disclosure - 005

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 1.6 | 400 | $ | 640.00 |
| Jimmy D. Parrish | 1.7 | 260 | $ | 442.00 |
| Justin M. Luna | 2.0 | 220 | $ | 440.00 |
| Diane L. Crivello | .4 | 140 | $ | 56.00 |
| **TOTAL** | **5.7** | | **$** | **1,578.00** |

**Claims - 006**

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Justin M. Luna | 10.10 | 220 | $ | 2,222.00 |
| **TOTAL** | **10.10** | | $ | **2,222.00** |

**Adversary Matters - 008**

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 1.6 | 400 | $ | 640.00 |
| Justin M. Luna | 2.5 | 220 | $ | 550.00 |
| **TOTAL** | **4.1** | | $ | **1,190.00** |

**Motion to Dismiss - 015**

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 2.0 | 400 | $ | 800.00 |
| **TOTAL** | **2.0** | | $ | **800.00** |

**Rachlin Adversary Litigation - 017**

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Elizabeth A. Green | 2.3 | 400 | $ | 920.00 |
| Justin M. Luna | 12.5 | 220 | $ | 2,750.00 |
| Victoria I. Mink | 3.4 | 190 | $ | 646.00 |
| **TOTAL** | **18.2** | | $ | **4,316.00** |

**Moore Adversary Litigation - 019**

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Justin M. Luna | .5 | 220 | $ | 110.00 |
| **TOTAL** | **.5** | | $ | **110.00** |

**EXHIBIT B**

In Re:  Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

**TIME RECORDS**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-001
Mirabilis Ventures, Inc.

Invoice # 48339
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/13/2009 | EEG | Research related to corporate issues. | 1.50 hr | $600.00 |
| 08/13/2009 | JML | Continue to draft response to Forge creditors supplemental memorandum of ultra vires issues | 2.50 hr | $550.00 |
| 08/13/2009 | BDK | Emails regarding response to Supplemental Memo. | 0.20 hr | $68.00 |
| 08/14/2009 | EEG | Review and revise corporate authority memo. | 3.50 hr | $1,400.00 |
| 08/14/2009 | EEG | Research related to shareholder issue. | 1.20 hr | $480.00 |
| 08/14/2009 | BDK | Review of proposed response to Forge Supplemental Memorandum; drafting revisions to response conference with J. Luna and E. Green regarding same. | 7.70 hr | $2,618.00 |
| 08/17/2009 | EEG | Telephone call with L. Barrett regarding plea. | 0.30 hr | $120.00 |
| 08/20/2009 | BJ | Review master calendar and prepare scheduling chart. | 0.20 hr | $26.00 |
| 08/20/2009 | JER | Review amended pleadings; review law regarding duty of partners; confer with L. Dunlap. | 4.90 hr | $1,470.00 |
| 08/25/2009 | dlc | Receipt and review of July DIP report. | 0.30 hr | $42.00 |
| 08/31/2009 | dlc | Correspondence from/to K Bocox, KPMG, re information requested for taxes. | 0.30 hr | $42.00 |

Total Professional Services: *$7,416.00*

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/13/2009 | Check # 32493 Thunderbird Express; Disbursement for Acct No 100846/ 07-13 thru 07-17 Delivery Charges | $10.00 |
| 08/13/2009 | Check # 32495 West Payment Center; Disbursement for July 2009 Charges | $80.99 |
| 08/31/2009 | Check # 32572/ US Bankruptcy Court/ Tape Duplication/ 08142009 | $26.00 |
| 08/31/2009 | Postage Expense | $418.95 |
| 08/31/2009 | Photocopying Expense | $4,589.40 |
| 08/31/2009 | Telephone Expense | $0.81 |

Total Disbursements Incurred: *$5,126.15*

September 10, 2009

Matter ID: 6450-001

Invoice # 48339

Federal ID # 59-3366512

### INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 0.60 | $84.00 |
| JER | $300.00 | 4.90 | $1,470.00 |
| EEG | $400.00 | 6.50 | $2,600.00 |
| BDK | $340.00 | 7.90 | $2,686.00 |
| BJ | $130.00 | 0.20 | $26.00 |
| JML | $220.00 | 2.50 | $550.00 |

| | | |
|---|---|---|
| For Professional Services: | 22.60 Hours | $7,416.00 |
| For Disbursements Incurred: | | $5,126.15 |
| New Charges this Invoice: | | $12,542.15 |
| Previous Balance: | | $138,825.09 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $138,825.09 |
| Plus New Charges this Invoice: | | $12,542.15 |
| **Total Due:** | | **$151,367.24** |

Billed Through: August 31, 2009

*Page 2*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-004

Professional

Invoice # 48227

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/03/2009 | dlc | Receipt and review of final Snell & Wilmer invoice. | 0.20 hr | $28.00 |
| 08/04/2009 | dlc | Receipt and review of Baldwin & Co July and August (estimated) invoices. | 0.30 hr | $42.00 |
| 08/07/2009 | dlc | Review confirmation scheduling order re administrative claims bar date and applications to be filed. | 0.40 hr | $56.00 |
| 08/09/2009 | dlc | Review and organize billing for fee application preparation. | 0.30 hr | $42.00 |
| 08/10/2009 | dlc | Review fee applications to be prepared and filed. | 0.40 hr | $56.00 |
| 08/11/2009 | dlc | Finalize Snell & Wilmer order. | 0.40 hr | $56.00 |
| 08/12/2009 | dlc | Receipt and review of Shutts & Bowen fee application. | 0.80 hr | $112.00 |
| 08/12/2009 | dlc | Receipt and review of invoices from various professionals for fee app preparation. | 0.60 hr | $84.00 |
| 08/12/2009 | dlc | Draft Baldwin & Co final fee application and affidavit; correspondence to M Gartner re review and execution of same. | 0.80 hr | $112.00 |
| 08/13/2009 | dlc | Correspondence from/to J Griscti re status of fee application; research pending application. | 0.30 hr | $42.00 |
| 08/13/2009 | dlc | Meet with EA Green to review various fee applications. | 0.40 hr | $56.00 |
| 08/13/2009 | dlc | Review KPMG application with EA Green; research "disinterestedness" standard language and revise KPMG 2014 statement and correspondence to K Bocox re same. | 0.50 hr | $70.00 |
| 08/13/2009 | dlc | Transmit proposed order employing Snell & Wilmer to court. | 0.30 hr | $42.00 |
| 08/13/2009 | dlc | Draft S Yoakum final fee app and affidavit; correspondence to S Yoakum re review of same. | 0.90 hr | $126.00 |
| 08/13/2009 | dlc | Telephone conference S Yoakum re revisions to fee application. | 0.20 hr | $28.00 |
| 08/13/2009 | dlc | File 2 Shutts and Bowen fee applications. | 0.60 hr | $84.00 |
| 08/13/2009 | dlc | Receipt of executed affidavit; prepare final application for filing and file same. | 0.40 hr | $56.00 |
| 08/14/2009 | dlc | Final preparation of and file KPMG employment application. | 0.40 hr | $56.00 |
| 08/14/2009 | dlc | Prepare for filing and file Yoakum final fee application. | 0.40 hr | $56.00 |
| 08/14/2009 | EEG | Review KPMG application to be employed. | 0.30 hr | $120.00 |
| 08/14/2009 | dlc | Review service of various fee applications. | 0.40 hr | $56.00 |

September 10, 2009

Matter ID: 6450-004

Invoice # 48227

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/14/2009 | dlc | Receipt and review of R. Griscti affidavit and comments on fee application; revise fee application and prepare for filing. | 0.60 hr | $84.00 |
| 08/14/2009 | dlc | Finalize KPMG employment application for filing. | 0.40 hr | $56.00 |
| 08/14/2009 | dlc | Receipt and review of L Barrett final fee invoices. | 0.30 hr | $42.00 |
| 08/14/2009 | dlc | Telephone conference with and correspondence to K Corbin, Balch & Bingham, re fee app preparation. | 0.30 hr | $42.00 |
| 08/16/2009 | dlc | Work on fee calculations for LSEB final fee application. | 1.00 hr | $140.00 |
| 08/17/2009 | dlc | Prepare KPMG final fee application and affidavit; correspondence to K Bocox re review of same. | 1.60 hr | $224.00 |
| 08/17/2009 | dlc | Continue fee calculations. | 1.00 hr | $140.00 |
| 08/17/2009 | dlc | Prepare Lee Barrett final fee application and affidavit; correspondence to Barrett re review and comment. | 0.60 hr | $84.00 |
| 08/17/2009 | dlc | Review Griscti fee app with EA Green; prepare for filing and file and serve same. | 0.70 hr | $98.00 |
| 08/17/2009 | dlc | Continue preparation of and fee calculations on LSEB application. | 2.40 hr | $336.00 |
| 08/17/2009 | dlc | Telephone conference with L Barrett re comments and revisions to fee application. | 0.30 hr | $42.00 |
| 08/17/2009 | dlc | Review and revise Barrett fee application. | 0.20 hr | $28.00 |
| 08/18/2009 | dlc | Continue preparation of LSEB fee application. | 1.80 hr | $252.00 |
| 08/18/2009 | dlc | Additional revisions to LSEB fee application. | 0.90 hr | $126.00 |
| 08/18/2009 | dlc | Telephone conferences with Tracy at Balch & Bingham re questions on fee application preparation. | 0.30 hr | $42.00 |
| 08/18/2009 | dlc | Receipt and review of Barrett final applications. | 0.30 hr | $42.00 |
| 08/18/2009 | dlc | Draft LSEB affidavit. | 0.30 hr | $42.00 |
| 08/19/2009 | dlc | Receipt and review of Balch & Bingham fee application; correspondence to K Corbin re comments. | 0.40 hr | $56.00 |
| 08/19/2009 | dlc | File LSEB, Barrett and Balch & Bingham fee applications. | 0.90 hr | $126.00 |
| 08/19/2009 | dlc | Draft notice of hearing re fee applications. | 0.40 hr | $56.00 |
| 08/19/2009 | dlc | Draft notice of hearing re all fee applications. | 0.80 hr | $112.00 |
| 08/19/2009 | dlc | Prepare Barrett fee application for final review by EA Green and filing. | 0.40 hr | $56.00 |
| 08/19/2009 | dlc | Final review of LSEB application with EA Green; revise and prepare for filing. | 0.80 hr | $112.00 |
| 08/20/2009 | dlc | Finalize notice of hearing and file and serve same. | 0.80 hr | $112.00 |
| 08/20/2009 | dlc | Receipt and review of KPMG backup billing for final application. | 0.40 hr | $56.00 |
| 08/20/2009 | dlc | Telephone message to case manager re setting KPMG employment application for hearing. | 0.10 hr | $14.00 |
| 08/20/2009 | dlc | Organize fee applications for confirmation hearing. | 1.20 hr | $168.00 |
| 08/24/2009 | dlc | Telephone conferences with case manager re setting KPMG employment application for hearing or just submitting order; confirm just submit order. | 0.40 hr | $56.00 |
| 08/24/2009 | dlc | Draft order employing KPMG and upload to court. | 0.40 hr | $56.00 |
| 08/24/2009 | dlc | Resubmit KPMG employ order to court. | 0.20 hr | $28.00 |

Total Professional Services: *$4,208.00*

September 10, 2009

Matter ID: 6450-004

Invoice # 48227

Federal ID # 59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $140.00 | 29.20 | $4,088.00 |
| EEG | $400.00 | 0.30 | $120.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | | 29.50 Hours | $4,208.00 |
| New Charges this Invoice: | | | $4,208.00 |
| Previous Balance: | | | $15,062.85 |
| Less Payment and Credits Received: | | | $0.00 |
| Outstanding Balance: | | | $15,062.85 |
| Plus New Charges this Invoice: | | | $4,208.00 |
| **Total Due:** | | | **$19,270.85** |

Billed Through: August 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE:  (407) 481-5800
FACSIMILE:   (407) 481-5801

September 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-005
Plan of Reorganization

Invoice # 48228
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/14/2009 | dlc | Review questions re solicitation package and work on service of same. | 0.40 hr | $56.00 |
| 08/14/2009 | JML | Amend joint plan of reorganization. | 2.00 hr | $440.00 |
| 08/18/2009 | EEG | Meeting with B. Cuthill regarding confirmation. | 1.60 hr | $640.00 |
| 08/26/2009 | JDP | Talk with Carol Ide and Randy Gold regarding Plan status and potential objections. | 0.60 hr | $156.00 |
| 08/26/2009 | JDP | Review issues regarding potential objections by IRS. | 1.10 hr | $286.00 |
| | | Total Professional Services: | | *$1,578.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $140.00 | 0.40 | $56.00 |
| JDP | $260.00 | 1.70 | $442.00 |
| EEG | $400.00 | 1.60 | $640.00 |
| JML | $220.00 | 2.00 | $440.00 |

September 10, 2009

Matter ID: 6450-005

Invoice # 48228

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 5.70 Hours | $1,578.00 |
| New Charges this Invoice: | | $1,578.00 |
| Previous Balance: | | $13,234.20 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $13,234.20 |
| Plus New Charges this Invoice: | | $1,578.00 |
| **Total Due:** | | **$14,812.20** |

Billed Through: August 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-006

Claims

Invoice # 48229

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/17/2009 | JML | Discuss issues regarding claims objections with B.Cuthill. | 1.00 hr | $220.00 |
| 08/18/2009 | JML | Begin to prepare objections to Hendricks and AQMI claims. | 2.00 hr | $440.00 |
| 08/18/2009 | JML | continue drafting objections to claims | 1.50 hr | $330.00 |
| 08/21/2009 | JML | Continue to finalize objection to claims regarding Hendricks | 2.00 hr | $440.00 |
| 08/24/2009 | JML | Finalize claims objections to Hendricks' and AQMI claims | 2.60 hr | $572.00 |
| 08/28/2009 | JML | Discuss IRS issues with client and their objection to proof of claim. | 1.00 hr | $220.00 |

Total Professional Services: *$2,222.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $220.00 | 10.10 | $2,222.00 |

| | | |
|---|---|---|
| For Professional Services: | *10.10* Hours | *$2,222.00* |
| New Charges this Invoice: | | *$2,222.00* |
| Previous Balance: | | *$3,680.87* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$3,680.87* |
| Plus New Charges this Invoice: | | *$2,222.00* |
| **Total Due:** | | **$5,902.87** |

Billed Through: August 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

September 10, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-008

Adversary Matters

Invoice # 48230

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/18/2009 | EEG | Meeting with B. Cuthill regarding status of adversary proceedings. | 0.80 hr | $320.00 |
| 08/26/2009 | EEG | Review adversary status for hearing. | 0.80 hr | $320.00 |
| 08/26/2009 | JML | Attend Status conference on motion to dismiss and all related adversary matters. | 2.50 hr | $550.00 |
| | | | Total Professional Services: | *$1,190.00* |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| ~~08/31/2009~~ | ~~Secretarial Overtime~~ | | ~~$30.00~~ |
| | | Total Disbursements Incurred: | *$30.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 1.60 | $640.00 |
| JML | $220.00 | 2.50 | $550.00 |

September 10, 2009

Matter ID: 6450-008

Invoice # 48230

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *4.10* Hours | *$1,190.00* |
| For Disbursements Incurred: | | *$30.00* |
| New Charges this Invoice: | | *$1,220.00* |
| Previous Balance: | | *$54,858.43* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$54,858.43* |
| Plus New Charges this Invoice: | | *$1,220.00* |
| **Total Due:** | | **$56,078.43** |

Billed Through: August 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

September 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-015
Motion to Dismiss

Invoice # 48231
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/26/2009 | EEG | Attend hearing on Motion to Dismiss. | 2.00 hr | $800.00 |
| | | | Total Professional Services: | *$800.00* |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| EEG | $400.00 | 2.00 | $800.00 |

| | | |
|---|---|---|
| For Professional Services: | 2.00 Hours | *$800.00* |
| New Charges this Invoice: | | *$800.00* |
| Previous Balance: | | *$60,809.10* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$60,809.10* |
| Plus New Charges this Invoice: | | *$800.00* |
| **Total Due:** | | **$61,609.10** |

Billed Through: August 31, 2009

*Page 1*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE:  (407) 481-5801

September 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-017
Mirabilis v. Rachlin, et. al.

Invoice # 48232
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/10/2009 | JML | draft reply to supplemental memorandum from Rachin for main case | 1.50 hr | $330.00 |
| 08/13/2009 | JML | Begin drafting response to Rachlin's supplemental memorandum of law regarding bad faith dismissal. | 2.50 hr | $550.00 |
| 08/14/2009 | EEG | Review and revise Rachlin memo. | 2.30 hr | $920.00 |
| 08/14/2009 | JML | Finalize and submit memorandum of law regarding Forge Creditors and Rachlins' supplemental memorandum on motion to dismiss. | 8.00 hr | $1,760.00 |
| 08/19/2009 | VIM | Draft Agreed Motion for Extension of time to file Amended Complaint | 2.30 hr | $437.00 |
| 08/20/2009 | VIM | Revise and finalize Agreed Motion for Extension of Time to file Amended Complaint | 1.10 hr | $209.00 |
| 08/24/2009 | JML | Discuss motion for extension of time with J.Frank | 0.50 hr | $110.00 |

Total Professional Services:  *$4,316.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| EEG | $400.00 | 2.30 | $920.00 |
| JML | $220.00 | 12.50 | $2,750.00 |
| VIM | $190.00 | 3.40 | $646.00 |

September 10, 2009

Matter ID: 6450-017

Invoice # 48232<br>
Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 18.20 Hours | $4,316.00 |
| New Charges this Invoice: | | $4,316.00 |
| Previous Balance: | | $17,943.85 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $17,943.85 |
| Plus New Charges this Invoice: | | $4,316.00 |
| **Total Due:** | | **$22,259.85** |

Billed Through: August 31, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

September 10, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-019
Mirabilis v. Moore, et. al.

Invoice # 48233
Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 08/24/2009 | JML | Further finalize second amended complaint | 0.50 hr | $110.00 |
| | | Total Professional Services: | | *$110.00* |

**For Disbursements Incurred:**

| | | | |
|---|---|---|---|
| 08/13/2009 | Check # 32495  West Payment Center; Disbursement for July 2009 Charges | | $62.19 |
| | Total Disbursements Incurred: | | *$62.19* |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $220.00 | 0.50 | $110.00 |

| | | |
|---|---|---|
| For Professional Services: | *0.50* Hours | *$110.00* |
| For Disbursements Incurred: | | *$62.19* |
| New Charges this Invoice: | | *$172.19* |
| Previous Balance: | | *$26,078.04* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$26,078.04* |
| Plus New Charges this Invoice: | | *$172.19* |
| **Total Due:** | | **$26,250.23** |

Billed Through: August 31, 2009

## EXHIBIT C

In Re:  Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

## EXPENSES/COSTS

| | | |
|---|---|---:|
| Filing Fees | $ | 26.00 |
| Messenger Fee (Thunderbird Express) | $ | 10.00 |
| Photocopy | $ | 4,589.40 |
| Postage | $ | 418.95 |
| Research <br> (on-line or search service) | $ | 80.99 |
| Telephone | $ | 0.81 |
| **TOTAL** | $ | 5,126.15 |

Excluded charges:

Secretarial Overtime:        $30.00

## EXHIBIT D

In Re:  Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

### AFFIDAVIT

11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                          CASE NO.  6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.**                    CHAPTER 11

                        Debtor.
_____/

## AFFIDAVIT IN SUPPORT OF FINAL APPLICATION OF ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $509,965.50 AND REIMBURSEMENT OF EXPENSES i/a/o $15,465.71 AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $40,000.00

STATE OF FLORIDA      )
                      )
COUNTY OF ORANGE      )

**BEFORE ME,** the undersigned authority, personally appeared Elizabeth A. Green, who, being duly sworn, deposes and says:

1.      I am a partner with Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), a Florida limited liability partnership engaged in the practice of law, and in that capacity have control over the books and records of Latham Shuker relating to the matter set forth herein, which books and records are kept and maintained by Latham Shuker in the ordinary course of its business.  I make this affidavit based upon personal knowledge of the matters set forth herein.

2.      I am the billing and responsible attorney assigned by Latham Shuker to represent the Debtor.

3.      I have reviewed Latham, Shuker, Eden & Beaudine, LLP's First Supplement to the Final Application for Award of Attorneys' Fees and Reimbursement of Expenses filed

concurrent herewith, and all attachments accurately reflect the time and expenses of Latham
Shuker for the periods set forth herein for representation of the Debtor.

    4.     I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.



_____
ELIZABETH A. GREEN

STATE OF FLORIDA     )
COUNTY OF ORANGE   )

    Sworn to and subscribed before me this /6th day of September 2009 by **Elizabeth A.
Green,** who is personally known to me.

DIANE L. CRIVELLO
MY COMMISSION # DD 783481
EXPIRES: July 21, 2012
Bonded Thru Notary Public Underwriters

_____
Signature of Person Taking Acknowledgment
Print Name:_____
Title:  Notary Public
Serial No. (if any) _____
Commission Expires: _____

[NOTARY SEAL]

2