# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

Debtor.

CASE NO 6:08-BK-4327-KSJ

CHAPTER 11

## NOTICE OF SUBSTITUTION OF LEAD COUNSEL

**MIRABILIS VENTURES, INC.** ("Debtor"), by and through its undersigned counsel, hereby provides notice that R. Scott Shuker ("Shuker"), a partner with the firm of Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker") has taken over as lead counsel for the Debtor in the above referenced bankruptcy proceeding. Shuker has taken over as lead counsel because Elizabeth A. Green is no longer with the firm. Ms. Green should be removed from this case for notice or service purposes.

**RESPECTFULLY SUBMITTED** this 22nd day of September 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
Mariane L. Dorris
mdorris@lseblaw.com
Florida Bar No. 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353
Orlando, Florida 32802-3353
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO 6:08-BK-4327-KSJ

MIRABILIS VENTURES, INC.,  CHAPTER 11

        Debtor.

## Certificate of Service

    I HEREBY CERTIFY that a true copy of the **NOTICE OF SUBSTITUTION OF LEAD COUNSEL**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 22nd day of September 2009.

                                      /s/ R. Scott Shuker
                                      R. Scott Shuker, Esquire

```
Label Matrix for local noticing          Advantage Collection Prof              American Express
113A-6                                   2775 Jade Street                       2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                    Weston, FL 33331-3626
Middle District of Florida
Orlando
Tue Sep 22 14:20:20 EDT 2009

BNA Tax Management                       Richard Lee Barrett                    Kimberly Bartley
9435 Key West Ave.                       18 Wall St                             Waldron & Schneider LLP
Rockville, MD 20850-3339                 Orlando, FL 32801-2421                 15150 Middlebrook Drive
                                                                                Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney            Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                      c/o David T. Ward
1111 East Main Street                    Suite 2500                             15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                   Irvine, CA 92618-7303


Joseph A DeMaria                         Denise D Dell-Powell                   Elena L Escamilla
Tew Cardenas LLP                         Akerman, Senterfitt                    United States Trustee
1441 Brickell Avenue                     Post Office Box 231                    135 W Central Blvd  Suite 620
Suite 1500                               Orlando, FL 32802-0231                 Orlando, FL 32801-2440
Miami, FL 33131-3431


First Commercial Ins. Corp.              Forge Capital Partners LLC             Frank L. Amodeo
POB 126160                               c/o Bart Valdes                        3875 South Orange Ave
Hialeah, FL 33012-1602                   609 W Horatio St                       Suite 500 -PMB 1810
                                         Tampa FL 33606-2272                    Orlando, FL 32806


Fred Sandlin                             Gill R Geldreich                       Gilbert Weisman
161 Mallard Lane                         Tennessee Attorney General's Office    c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331             Post Office 20207                      POB 3001
                                         Nashville, TN 37202                    Malvern PA 19355-0701


I Randall Gold                           Elizabeth A Green                      Horton Johnson
United States Attorney's Office          Latham Shuker Eden & Beaudine LLP      3211 Northglenn Drive
501 West Church Street                   390 North Orange Avenue                Orlando, FL 32806-6371
Suite 300                                Suite 600
Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Humana/RMS                               Jackson Lewis                          Jeffrey Reichel
77 Hartland Street                       Attn:Anne Krupman                      c/o Gary Barnes
Suite 401                                One North Broadway                     3414 Peachtree Rd #1600
East Hartford, CT 06108-3253             White Plains, NY 10601-2310            Atlanta, GA 30326-1164


Jeffrey Reichel                          Kenneth & Diane Hendricks              Gordon L Kiester
c/o Jill E. Kelso, Esquire               One ABC Parkway                        Florida Department of Revenue
Akerman Senterfitt                       Beloit, WI 53511-4466                  P O Box 2299
PO Box 231                                                                      Mango, FL 33550-2299
Orlando FL 32802-0231


LeClair Ryan Trust                       LexisNexis                             Mirabilis Ventures, Inc
P.O. Box 2499                            P.O. Box 7247-7090                     c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                  Philedelphia, PA 19170-0001            341 N. Maitland Ave #210
                                                                                Maitland, FL 32751-4771
```

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Jimmy D Parrish<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44