UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

IN RE:

CASE NO. 6:08-bk-04327-KSJ
CHAPTER 11

MIRABILIS VENTURES, INC.

Debtor.
_____/

## RACHLIN COHEN & HOLTZ, LLP, LAURIE S. HOLTZ AND JOSE I. MARRERO'S STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

MarcumRachlin f/k/a/ Rachlin Cohen & Holtz LLP, Laurie S. Holtz and Jose I. Marrero (collectively, "Rachlin"), pursuant to Notice to Appellant of Responsibilities [D.E. 289], hereby state that the issue to be presented on Appeal is as follows:

> Whether the Bankruptcy Court erred when it denied the Motion to Dismiss the bankruptcy proceeding and permitted a company that never had any ability or intent to reorganize can initiate a Chapter 11 Petition under the Bankruptcy Code with the sole intent to self-liquidate?

TEW CARDENAS LLP
Attorneys for Defendants
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Tel: (305) 536-1112
Fax: (305) 536-1116

By   s/ Joseph A. DeMaria
    C. Thomas Tew, P.A.
    Florida Bar No. 098160
    Joseph A. DeMaria
    Florida Bar No. 0764711

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of September, 2009, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a true copy of the foregoing, together with any exhibits, has been furnished via the CM/ECF system to all parties in interest receiving electronic notice as per the attached matrix. Additionally, the following parties were also served by U.S. Mail: Debtor, Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Suite 210, Maitland, Florida 32751; Debtor's Counsel, Elizabeth A. Green, Esq. (Egreen@lseblaw.com), Latham, Shuker, Eden & Beaudine, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801; Randy Gold, Esq., Assistant U.S. Attorney, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805.

By    s/ Joseph A. DeMaria
           Counsel

531038_1