UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                 CHAPTER 11

        Debtor.
_____/


**FIRST SUPPLEMENT TO FINAL APPLICATION OF RICHARD LEE BARRETT AND
THE LAW FIRM OF BARRETT, CHAPMAN & RUTA, P.A.,
AS SPECIAL CRIMINAL COUNSEL FOR AWARD OF FEES i/a/o $2,310.00
AND REIMBURSEMENTS OF EXPENSES i/a/o $0.00; AND
<u>NOTICE OF ESTIMATED FEES AND COSTS i/a/o $5,000.00</u>**

      **MIRABILIS VENTURES, INC.** ("Debtor"), hereby submits, on behalf of Richard Lee Barrett and the law firm of Barrett, Chapman & Ruta, PA ("Applicant"), special criminal counsel for the Debtor, their first supplement to their final application ("Supplemental Application") for: (i) award of compensation for services in the amount of $2,310.00, incurred from August 1, 2009 to August 31, 2009 ("Supplemental Period") subsequent to the filing of the Final Application, filed on August 19, 2009 (Doc No. 136); and (ii) for approval of estimated fees and expenses in the amount of $5,000.00 for the period September 1, 2009 through October 16, 2009, the date set for the hearing on confirmation of Debtor's plan of liquidation ("Confirmation Hearing"); and, in support thereof, states:

      1.    The combined totals for all fees incurred to date in this case for Applicant are set forth below:

|  | Fees | Interim Award |
| --- | --- | --- |
| **1st Application** | $22,772.25 | $15,957.75 |
| **2nd Application** | $17,122.70 | $11,988.20 |
| **Final Application** | $12,870.41 |  |
| **1st Supp Application** | $2,310.00 |  |
| **Estimate** | $5,000.00 |  |
| **Total Applications** | $60,075.61 | $27,945.95 |

6. The professional services rendered on behalf of Debtor for which an award of interim compensation is sought by Applicant involve continuing extensive review and research of documents held by the U. S. Attorney's office and Debtor relating to Debtor's business; consultation with experts regarding criminal forfeiture issues; drafting of complex plea agreement; and attendance at related Federal District Court hearings.

7. Attached hereto as **Exhibit A** are copies of Applicant's invoices, which set forth the hourly rate, number of hours, and total fees for each professional who has provided services in this case.

8. Debtor submits that given (a) the time and labor required of Applicant, (b) the complexity of Debtor's estate and previous business relationships, (c) Applicant's customary fees for such work, (d) the contingency nature of the work performed in a Chapter 11 liquidation, (e) Applicant's experience, reputation and ability, (f) awards in similar circumstances, and (g) the results obtained, the compensation sought in this Interim Application is both fair and reasonable.

10. Applicant incurred no additional expenses during this Supplemental Period.

11. Attached as **Exhibit B** is the affidavit of Richard Lee Barrett in support of this Supplemental Application.

12. Applicant requests approval of the estimated compensation for services and costs in the amount of $5,000.00 for the period September 1, 2009 through October 16, 2009.

**WHEREFORE,** Debtor respectfully requests that Applicant be awarded: (i) compensation for services during the Supplemental Period in the amount of $2,310.00; and (ii) payment of estimated fees and expenses in the amount of $5,000.00, for a total award for the Supplemental Period of $7,310.00 as part of the fees and expenses of administration of the Mirabilis Ventures, Inc Chapter 11 estate.

**RESPECTFULLY SUBMITTED** this 28th day of September 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

U:\BKRY\MIRABILIS\PLDG\FEE APP-BARRETT #1 SUPP TO FINAL.DOC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                          CHAPTER 11

            Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true copy of the **FIRST SUPPLEMENT TO FINAL APPLICATION OF RICHARD LEE BARRETT AND THE LAW FIRM OF BARRETT, CHAPMAN & RUTA, P.A., AS SPECIAL CRIMINAL COUNSEL**, together with all exhibits, has been furnished by either electronic mail and/or U.S. first-class mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Richard Lee Barrett, Esq., P.O. Box 533983 Orlando, FL 32853-3983; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801, this 28th day of September 2009.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esquire

```
Label Matrix for local noticing          Advantage Collection Prof           American Express
113A-6                                   2775 Jade Street                    2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                 Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Sep 25 15:21:46 EDT 2009

BNA Tax Management                       Kimberly Bartley                    Brandywine Grande C. LP
9435 Key West Ave.                       Waldron & Schneider LLP             c/o Cantor Arkema, PC
Rockville, MD 20850-3339                 15150 Middlebrook Drive             1111 East Main Street
                                         Houston, TX 77058-1226              Richmond, VA 23219-3531


Buchanan Ingersoll & Rodney              Corporate Personnel Network, Inc    Joseph A DeMaria
401 E Jackson St.                        c/o David T. Ward                   Tew Cardenas LLP
Suite 2500                               15615 Alton Pkwy #175               1441 Brickell Avenue
Tampa, FL 33602-5236                     Irvine, CA 92618-7303               Suite 1500
                                                                             Miami, FL 33131-3431


Denise D Dell-Powell                     Elena L Escamilla                   First Commercial Ins. Corp.
Akerman, Senterfitt                      United States Trustee               POB 126160
Post Office Box 231                      135 W Central Blvd  Suite 620       Hialeah, FL 33012-1602
Orlando, FL 32802-0231                   Orlando, FL 32801-2440


Forge Capital Partners LLC               Frank L. Amodeo                     Fred Sandlin
c/o Bart Valdes                          3875 South Orange Ave               161 Mallard Lane
609 W Horatio St                         Suite 500 -PMB 1810                 Daytona Beach, FL 32119-8331
Tampa FL 33606-2272                      Orlando, FL 32806


Gill R Geldreich                         Gilbert Weisman                     I Randall Gold
Tennessee Attorney General's Office      c/o Becket and Lee LLP              United States Attorney's Office
Post Office 20207                        POB 3001                            501 West Church Street
Nashville, TN 37202                      Malvern PA 19355-0701               Suite 300
                                                                             Orlando, FL 32805-2281


Elizabeth A Green                        Horton Johnson                      Humana/RMS
Latham Shuker Eden & Beaudine LLP        3211 Northglenn Drive               77 Hartland Street
390 North Orange Avenue                  Orlando, FL 32806-6371              Suite 401
Suite 600                                                                    East Hartford, CT 06108-3253
Orlando, FL 32801-1684


Jackson Lewis                            Jeffrey Reichel                     Jeffrey Reichel
Attn:Anne Krupman                        c/o Gary Barnes                     c/o Jill E. Kelso, Esquire
One North Broadway                       3414 Peachtree Rd #1600             Akerman Senterfitt
White Plains, NY 10601-2310              Atlanta, GA 30326-1164              PO Box 231
                                                                             Orlando FL 32802-0231


Kenneth & Diane Hendricks                Gordon L Kiester                    LeClair Ryan Trust
One ABC Parkway                          Florida Department of Revenue       P.O. Box 2499
Beloit, WI 53511-4466                    P O Box 2299                        Richmond, VA 23218-2499
                                         Mango, FL 33550-2299


LexisNexis                               On Target Solutions                 PaySource USA VII, Inc.
P.O. Box 7247-7090                       3491 Woodley Park Place             650 Poe Ave.
Philadelphia, PA 19170-0001              Oviedo, FL 32765-5104               Dayton, OH 45414
```

| | | |
|---|---|---|
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43

# EXHIBIT A

# EXHIBIT A

# Barrett, Chapman & Ruta, P.A.
18 Wall Street
P.O. Box 3826
Orlando, FL 32802-3826

(407) 839-6227     Tax ID #59-3048153

Mirabilis Ventures, Inc.

September 16, 2009

Inv. #     12701

Client Number    1600
Matter Number    1600-01
Mirabilis Ventures, Inc.

**FOR SERVICES RENDERED THROUGH 08/31/09**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/5/09 | RLB | Review and respond to email from client. | 0.10 | 35.00 |
| 8/10/09 | RLB | Review Order. | 0.10 | 35.00 |
| 8/11/09 | RLB | Telephone conference with Randy Gold. Review and revise to emails from client. | 0.70 | 245.00 |
| 8/12/09 | RLB | Telephone conference with Randy Gold. Review and respond to email from client and Liz Green's office; Draft waiver of speedy trial and Motion for Continuance of Trial. | 0.50 | 175.00 |
| 8/13/09 | RLB | Telephone conference with Randy Gold. Review and respond to multiple emails from Diane Crivello regarding Fee Applications. | 1.00 | 350.00 |
| 8/14/09 | RLB | Finalize Motions for Continuance and Waivers of Speedy Trial. | 1.00 | 350.00 |
| 8/17/09 | RLB | Meeting with Liz Green and Bill Cuthill. | 0.50 | 175.00 |
| 8/19/09 | RLB | Telephone conference with Randy Gold. Telephone conference with Liz Green | 0.50 | 175.00 |
| 8/20/09 | RLB | Telephone conference with Randy Gold regarding status conference. Prepare for status conference. | 0.80 | 280.00 |
| 8/21/09 | RLB | Attend status conference. Draft email to clients regarding new trial date | 1.00 | 350.00 |
| 8/25/09 | RLB | Review and respond to email from Randy Gold regarding Fee. | 0.30 | 105.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/31/09 | RLB | Review Order Granting Application of Mirabilis to Employ KPMG as its Tax Accountants. Nunc Pro Tunc. | 0.10 | 35.00 |
|  |  |  | 6.60 | $2,310.00 |

|  |  |
|---|---|
| Current Fees | $2,310.00 |
| Current Advanced Costs | $0.00 |
| **TOTAL CURRENT BILL** | **$2,310.00** |
| Prior Balance | $41,857.61 |
| Payments Received Since Last Bill | $11,988.20 |
| Current Bill | $2,310.00 |
| **TOTAL AMOUNT DUE** | **$32,179.41** |

Amounts not paid when due are subject to a finance charge of
1.50% per month. We shall be entitled to recover all cost
of collection, including attorney's fees.

**EXHIBIT B**

**EXHIBIT B**

U:\BKRY\MIRABILIS\PLDG\FEE APP-BARRETT #1 SUPP TO FINAL.DOC

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,  CHAPTER 11

Debtor.
_____/

## AFFIDAVIT IN SUPPORT OF FIRST SUPPLEMENT TO FINAL APPLICATION OF RICHARD LEE BARRETT AND THE LAW FIRM OF BARRETT, CHAPMAN & RUTA, P.A., AS SPECIAL CRIMINAL COUNSEL FOR AWARD OF FEES i/a/o $2,310.00 AND REIMBURSEMENTS OF EXPENSES i/a/o $0.00; AND NOTICE OF ESTIMATED FEES AND COSTS i/a/o $5,000.00

STATE OF FLORIDA )
)
COUNTY OF ORANGE )

BEFORE ME, the undersigned authority, personally appeared Richard Lee Barrett, who, being duly sworn, deposes and says:

1. I am a senior partner at the law firm of Barrett, Chapman & Ruta, PA, a Florida professional association engaged in providing legal services, and, in that capacity, have control over the books and records of Barrett, Chapman & Ruta, PA, relating to the matter set forth herein, which books and records are kept and maintained by Barrett, Chapman & Ruta, PA, in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2. I am the billing and responsible partner assigned by Barrett, Chapman & Ruta, PA, to provide services to the Debtor.

3. I have reviewed Barrett, Chapman & Ruta, PA's First Supplement to the Final Application filed concurrent herewith, and all attachments accurately reflect the time and expenses of Barrett, Chapman & Ruta, PA, for the periods set forth herein for services provided to the Debtor.

4. I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
RICHARD LEE BARRETT

STATE OF FLORIDA     )
COUNTY OF ORANGE  )

Sworn to and subscribed before me this 23 day of September 2009, by **Richard Lee Barrett**, [ ✓ ] who is personally known to me, or [ ] who did provide as identification _____.

SHANNON M. FARMER
Comm# DD0793951
Expires 6/29/2012
Florida Notary Assn., Inc

Signature of Person Taking Acknowledgment
Print Name:_____
Title: Notary Public
Serial No. (if any) _____
Commission Expires: _____

[NOTARY SEAL]