UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**  CHAPTER 11

      Debtor.
_____/

**ORDER GRANTING APPLICATION OF MIRABILIS VENTURES, INC. TO EMPLOY PETER F. CRUMMEY AND CRUMMEY INVESTIGATIONS, INC., AS PRIVATE INVESTIGATOR, NUNC PRO TUNC TO MARCH 23, 2009**

**THIS CASE** came on for hearing on July 23, 2009, upon the application of Mirabilis Ventures, Inc. ("Debtor"), to employ Peter Crummey, a licensed private investigator, and Crummey Investigations, Inc. (collectively, "Crummey"), *nunc pro tunc* to March 23, 2009, as a private investigator for the Debtor ("Application"), filed with the Court on April 16, 2009 (Doc No. 177). Upon consideration of the Application and the representations of counsel; and noting no objections to the Application, the Court finds that it is in the best interest of the Debtor's bankruptcy estate to approve the Application. Accordingly, it is

    **ORDERED**:

    1. The Debtor, in accordance with § 327 of the Bankruptcy Code, is authorized to employ Peter Crummey, a licensed private investigator, and Crummey Investigations, Inc., as private investigator for the Debtor, *nunc pro tunc* to March 23, 2009 for the purpose of conducting investigations as set forth in the Application and such other general investigatory matters related to the administration of the bankruptcy case as set forth in the Application.

2. Compensation for services provided shall be capped at $15,000.00 ("Fee Cap") and shall be paid only upon proper application to the Court in accordance with 11 U.S.C. § 330.

3. Once the Fee Cap has been reached, Debtor must apply to the Court for authorization to continue Crummey's services.

4. All fees and expenses paid are subject to further review by the Court at the conclusion of the case for reasonableness and potential disgorgement.

**DONE AND ORDERED** on September 29, 2009.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751;

Debtor's Counsel: Elizabeth A. Green, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353;

Peter F. Crummey, 380 Riggs Avenue, Melbourne Beach, FL 32951

Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest Matrix