UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-BK-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

Debtor.

_____/

MIRABILIS VENTURES, INC.'S DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee, Mirabilis Ventures, Inc, ("Mirabilis"), hereby states, pursuant to Federal Rule of

Bankruptcy 8006, that the following additional items are to be included in the record on appeal with respect

to the Notice of Appeal filed by MarcumRachlin f/k/a Rachlin Cohen & Holtz LLP, Laurie S. Holtz and

Jose I. Marrerro (Doc. No. 283):

1.      Schedules A-H, Summary of Schedules and Declaration Under Penalty of Perjury

Concerning Debtor's Schedules (Doc. No. 36);

2.      Statement of Financial Affairs and Declaration Under Penalty of Perjury Concerning

Statement of Financial Affairs (Doc. No. 37);

3.      Financial Reports for the Period June 1, 2008 to June 30, 2008 (Doc. No. 43);

4.      Financial Reports for the Period August 1, 2008 to August 31, 2008 (Doc. No. 95);

5.      Financial Reports for the Period September 1, 2008 to September 30, 2008 (Doc.

No. 96);

6.      Financial Reports for the Period October 1, 2008 to October August 31, 2008 (Doc.

No. 99);

       7.      Objection to Motion for Approval of Compromise and Request for Hearing (Doc. No. 118);

       8.      Financial Reports for the Period November 1, 2008 to November 30, 2008 (Doc. No. 119);

       9.      Financial Reports for the Period December 1, 2008 to December 31, 2008 (Doc. No. 129);

       10.     Notice of Withdrawal of Objection to Motion to Approve Settlement (Doc. No. 130);

       11.     Financial Reports for the Period February 1, 2009 to February 28, 2009 (Doc. No. 155);

       12.     Financial Reports for the Period March 1, 2009 to March 31, 2009 (Doc. No. 182);

       13.     Disclosure Statement (Joint)-Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 192);

       14.     Chapter 11 Plan of Liquidation (Joint)-Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 193);

       15.     Amendment to Schedule F, and Summary of Schedules-Amended (Doc. No. 194);

       16.     Financial Reports for the Period May 1, 2009 to May 31, 2009 (Doc. No. 210);

       17.     Amended Disclosure Statement (Joint)-Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 221);

       18.     Joint Notice of Filing Exhibits A-C to the Amended Joint Disclosure Statement (Doc. No. 222);

19. Financial Reports for the Period June 1, 2009 to June 30, 2009 (Doc. No. 223);

20. Disclosure Statement Addendum to Amended Joint Disclosure Statement Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 226);

21. Order Approving the Amended Joint Disclosure Statement and the Addendum to the Amended Joint Disclosure Statement, Setting Hearing on Confirmation (Doc. No. 228); and

22. Response to Supplemental Memorandum of Law in Fact in Support of the Motion to Dismiss Chapter 11 Filing or, in the Alternative, to Convert to Chapter 7 (Doc. No. 237).

RESPECTFULLY SUBMITTED, this 30th day of September, 2009.

/s/ Mariane L. Dorris
R. Scott Shuker, Esquire
Florida Bar No.: 984469
Mariane Dorris, Esquire
Florida Bar No.: 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, Florida 32802-3353
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Mirabilis Ventures, Inc.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                          CASE NO. 6:08-BK-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either electronic transmission and/or U.S. mail, postage-paid to: Joseph A. DeMaria, Esq., TEW CARDENAS LLP, Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, Florida 33131; the Local Rule 1007-2 Parties-in-interest list, as shown on the matrix attached to the original of this motion filed with the Court; and to the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801 this 30th day of September, 2009.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Wed Sep 30 15:33:09 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Denise D Dell-Powell
Akerman, Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state


End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43