UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-BK-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

Debtor.
_____/

## MIRABILIS VENTURES, INC.'S DESIGNATION
## OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellee, Mirabilis Ventures, Inc, ("Mirabilis"), hereby states, pursuant to Federal Rule of Bankruptcy 8006, that the following additional items are to be included in the record on appeal with respect to the Notice of Appeal filed by Forge Capital Partners, LLC f/k/a Moreco Partners, LLC, Argent Capital Advisors, LLC f/k/a Atlantic American Capital Advisors, LLC, Argent BD, LLC, Robert Moreyra, Peter Collins, Bison Mortgage Corp., and Solutions Funding, Inc. (Doc. No. 287):

1. Schedules A-H, Summary of Schedules and Declaration Under Penalty of Perjury Concerning Debtor's Schedules (Doc. No. 36);

2. Statement of Financial Affairs and Declaration Under Penalty of Perjury Concerning Statement of Financial Affairs (Doc. No. 37);

3. Financial Reports for the Period May 27, 2008 to May 31, 2008 (Doc. No. 42);

4. Financial Reports for the Period June 1, 2008 to June 30, 2008 (Doc. No. 43);

5. Financial Reports for the Period July 1, 2008 to July 31, 2008 (Doc. No. 52);

6. Financial Reports for the Period August 1, 2008 to August 31, 2008 (Doc. No. 95);

7. Financial Reports for the Period September 1, 2008 to September 30, 2008 (Doc. No. 96);

8. Financial Reports for the Period October 1, 2008 to October August 31, 2008 (Doc. No. 99);

9. Objection to Motion for Approval of Compromise and Request for Hearing (Doc. No. 118);

10. Financial Reports for the Period November 1, 2008 to November 30, 2008 (Doc. No. 119);

11. Financial Reports for the Period December 1, 2008 to December 31, 2008 (Doc. No. 129);

12. Notice of Withdrawal of Objection to Motion to Approve Settlement (Doc. No. 130);

13. Financial Reports for the Period January 1, 2009 to January 30, 2009 (Doc. No. 139);

14. Order Approving Motion to Approve Compromise of Controversy by and among Debtors and the United States of America (Doc. No. 145);

15. Financial Reports for the Period February 1, 2009 to February 28, 2009 (Doc.

No. 155);

16. Financial Reports for the Period March 1, 2009 to March 31, 2009 (Doc. No. 182);

17. Response to Partial Joinder in Motions to Dismiss Chapter 11 Filing and Incorporated Memorandum of Law (Doc. No. 185);

18. Financial Reports for the Period April 1, 2009 to April 30, 2009 (Doc. No. 186);

19. Disclosure Statement (Joint)-Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 192);

20. Chapter 11 Plan of Liquidation (Joint)-Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 193);

21. Amendment to Schedule F, and Summary of Schedules-Amended (Doc. No. 194);

22. Financial Reports for the Period May 1, 2009 to May 31, 2009 (Doc. No. 210);

23. Amended Disclosure Statement (Joint)-Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 221);

24. Joint Notice of Filing Exhibits A-C to the Amended Joint Disclosure Statement (Doc. No. 222);

25. Financial Reports for the Period June 1, 2009 to June 30, 2009 (Doc. No.

223);

26. Disclosure Statement Addendum to Amended Joint Disclosure Statement Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 226);

27. Order Approving the Amended Joint Disclosure Statement and the Addendum to the Amended Joint Disclosure Statement, Setting Hearing on Confirmation (Doc. No. 228);

28. Joint Amended Plan of Reorganization (Liquidation) Pursuant to 11 U.S.C. §1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (Doc. No. 234); and

29. Financial Reports for the Period July 1, 2009 to July 31, 2009 (Doc. No.292).

**RESPECTFULLY SUBMITTED**, this 30th day of September, 2009.

/s/ Mariane L. Dorris
R. Scott Shuker, Esquire
Florida Bar No.: 984469
Mariane Dorris, Esquire
Florida Bar No.: 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, Florida 32802-3353
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-BK-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either electronic transmission and/or U.S. mail, postage-paid to: David H. Simmons, Esq., DEBEAUBIEN, KNIGHT, SIMMONS, MANTZARIS & NEAL, LLP, 332 North Magnolia Avenue, Orlando, Florida; Bart R. Valdes, Esq., DEBEAUBIEN, KNIGHT, SIMMONS, MANTZARIS & NEAL, LLP, 609 W. Horatio Street, Tampa, Florida 33606; the Local Rule 1007-2 Parties-in-interest list, as shown on the matrix attached to the original of this motion filed with the Court; and to the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801 this 30th day of September, 2009.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esquire

```
Label Matrix for local noticing          Advantage Collection Prof              American Express
113A-6                                   2775 Jade Street                       2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                    Weston, FL 33331-3626
Middle District of Florida
Orlando
Wed Sep 30 15:33:09 EDT 2009

BNA Tax Management                       Kimberly Bartley                       Brandywine Grande C. LP
9435 Key West Ave.                       Waldron & Schneider LLP                c/o Cantor Arkema, PC
Rockville, MD 20850-3339                 15150 Middlebrook Drive                1111 East Main Street
                                         Houston, TX 77058-1226                 Richmond, VA 23219-3531


Buchanan Ingersoll & Rodney              Corporate Personnel Network, Inc       Joseph A DeMaria
401 E Jackson St.                        c/o David T. Ward                      Tew Cardenas LLP
Suite 2500                               15615 Alton Pkwy #175                  1441 Brickell Avenue
Tampa, FL 33602-5236                     Irvine, CA 92618-7303                  Suite 1500
                                                                                Miami, FL 33131-3431


Denise D Dell-Powell                     Elena L Escamilla                      First Commercial Ins. Corp.
Akerman, Senterfitt                      United States Trustee                  POB 126160
Post Office Box 231                      135 W Central Blvd  Suite 620          Hialeah, FL 33012-1602
Orlando, FL 32802-0231                   Orlando, FL 32801-2440


Forge Capital Partners LLC               Frank L. Amodeo                        Fred Sandlin
c/o Bart Valdes                          3875 South Orange Ave                  161 Mallard Lane
609 W Horatio St                         Suite 500 -PMB 1810                    Daytona Beach, FL 32119-8331
Tampa FL 33606-2272                      Orlando, FL 32806


Gill R Geldreich                         Gilbert Weisman                        I Randall Gold
Tennessee Attorney General's Office      c/o Becket and Lee LLP                 United States Attorney's Office
Post Office 20207                        POB 3001                               501 West Church Street
Nashville, TN 37202                      Malvern PA 19355-0701                  Suite 300
                                                                                Orlando, FL 32805-2281


Elizabeth A Green                        Horton Johnson                         Humana/RMS
Latham Shuker Eden & Beaudine LLP        3211 Northglenn Drive                  77 Hartland Street
390 North Orange Avenue                  Orlando, FL 32806-6371                 Suite 401
Suite 600                                                                       East Hartford, CT 06108-3253
Orlando, FL 32801-1684


Jackson Lewis                            Jeffrey Reichel                        Jeffrey Reichel
Attn:Anne Krupman                        c/o Gary Barnes                        c/o Jill E. Kelso, Esquire
One North Broadway                       3414 Peachtree Rd #1600                Akerman Senterfitt
White Plains, NY 10601-2310              Atlanta, GA 30326-1164                 PO Box 231
                                                                                Orlando FL 32802-0231


Kenneth & Diane Hendricks                Gordon L Kiester                       LeClair Ryan Trust
One ABC Parkway                          Florida Department of Revenue          P.O. Box 2499
Beloit, WI 53511-4466                    P O Box 2299                           Richmond, VA 23218-2499
                                         Mango, FL 33550-2299


LexisNexis                               On Target Solutions                    PaySource USA VII, Inc.
P.O. Box 7247-7090                       3491 Woodley Park Place                650 Poe Ave.
Philadelphia, PA 19170-0001              Oviedo, FL 32765-5104                  Dayton, OH 45414
```

| | | |
|---|---|---|
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43