UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**  CHAPTER 11

**Debtor.**
_____/

## MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 2 SUBMITTED BY THE INTERNAL REVENUE SERVICE

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Bankruptcy Court will consider this objection without further notice of hearing unless a party in interest files a response within thirty (30) days from the date of service of this objection. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, Florida 32801, and serve a copy on the counsel for the Debtors, R. Scott Shuker, Esq., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32802-3353.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the objection, will proceed to consider the objection without further notice of hearing, and may grant the relief requested.

---

**MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities), Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, and pursuant to Local Rule 2002-4(b)(ii) and Federal Rule of Bankruptcy Procedure 3007(a), object ("Objection") to the claim of the Internal Revenue Service (the "IRS") in the amount of $438,173.48 ("Claim No. 2"), and in support thereof, state as follows:

## Jurisdiction

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## Procedural and Factual Background

3. On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Bankr. Doc. No. 1).

4. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

5. On June 12, 2008, the IRS filed its Proof of Claim in the instant case.

6. In its claim, the IRS alleges it is owed a total of $438,173.48, consisting of a $395,023.11 priority claim and a $43,150.37 unsecured claim.

## Objection to Claim No. 2

7. The IRS bases its Claim on taxes accrued during the 2005 tax year. However, the 2005 amended tax return for Mirabilis and its entities, filed September 15, 2009 (the "Amended Return"), shows that the Debtors generated a net operating loss in the amount of $18,044,400.00 in the tax year ending December 31, 2006. A true and correct copy of the Amended Return and its attachments is attached hereto as **Exhibit "A."**

8. Pursuant to the Amended Return, Debtors' 2006 losses are being carried back to the tax year ending December 31, 2005 to offset all income generated in 2005. Therefore, the IRS has no claim and Claim No. 2 must be disallowed in its entirety.

## Requested Relief

9. Mirabilis requests this Court enter an order sustaining its objection to Claim No. 2 and disallowing it in its entirety.

**WHEREFORE**, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order sustaining this Objection, disallowing the Internal Revenue Services' Claim in its entirety, and for such other and further relief as the Court deems just and proper under the circumstances.

**RESPECTFULLY SUBMITTED** this 9TH day of October, 2009.

/s/ Marianne L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Marianne L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
Victoria I. Minks, Esq.
Florida Bar No. 0064388
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,  CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 2 SUBMITTED BY THE INTERNAL REVENUE SERVICE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Internal Revenue Service, PO Box 21126, Philadelphia, Pennsylvania 19114 (as shown on the Proof of Claim); Internal Revenue Service, SBSE: CS:Insolvency, Territory 5, Attn: Insolvency Manager, 400 W. Bay Street, Suite 35045, Stop 5730-GRP 4, Jacksonville, Florida 32202-4437; Chief, Special Procedure Function, Internal Revenue Service, P. O. Box 35045, 400 W. Bay Street, Stop 5720-P&II, Jacksonville, Florida 32202-4437; Internal Revenue Service, P. O. Box 21126, Philadelphia, PA 19114; Office of the United States Attorney General, Judicial Center Building, 555 4th Street, N.W., Washington, D.C. 20001; U.S. Attorney General, 501 W Church Street, Ste. 300, Orlando, Florida 32805; U. S. Department of Justice, Trial Attorney, Tax Division, P. O. Box 14198, Ben Franklin Station, Washington, D.C. 20044; I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, Fl 33521; the Local Rule 1007-2 Parties-in-Interest list, as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this __9th__ day of October 2009.

/s/ Marianne L. Dorris
Marianne L. Dorris, Esq.

4

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Thu Oct  8 09:24:12 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

NA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
101 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

| | | |
|---|---|---|
| Target Solutions<br>91 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Albert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>PO Box 3001<br>Malvern, PA 19355-0701 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45

# EXHIBIT A

**Amended Return**

# Form 1120X
(Rev. December 2004)
Department of the Treasury
Internal Revenue Service

## Amended U.S. Corporation Income Tax Return

OMB No. 1545-0132

For tax year ending
▶ _____
(Enter month and year.)

| | |
|---|---|
| Name: MIRABILIS VENTURES INC. AND SUBSIDIARIES | Employer identification number |
| Number, street, and room or suite no. (If a P.O. box, see instructions.) 341 N. MAITLAND AVE., SUITE 210 | |
| City or town, state, and ZIP code: MAITLAND, FL 32751 | Telephone number (optional) |

Enter name and address used on original return (If same as above, write "Same.")
MIRABILIS VENTURES INC. AND SUBSIDIARIES  200 S. ORANGE AVE., SUITE 2800  ORLANDO, FL 32801

Internal Revenue Service Center where original return was filed ▶ OGDEN, UTAH

**Fill in applicable items and use Part II on the back to explain any changes**

### Part I — Income and Deductions (see instructions)

| | | (a) As originally reported or as previously adjusted | (b) Net change - increase or (decrease) - explain in Part II | (c) Correct amount |
|---|---|---:|---:|---:|
| 1 | Total income (Form 1120 or 1120-A, line 11) | 28,456,642 | | 28,456,642 |
| 2 | Total deductions (total of lines 27 and 29c, Form 1120, or lines 23 and 25c, Form 1120-A) | 25,297,989 | 3,158,653 | 28,456,642 |
| 3 | Taxable income. Subtract line 2 from line 1 | 3,158,653.00 | -3,158,653.00 | |
| 4 | Tax (Form 1120, line 31, or Form 1120-A, line 27) | 1,073,942 | -1,010,769 | 63,173 |

### Payments and Credits (see instructions)

| | | | |
|---|---|---|---:|
| 5a | Overpayment in prior year allowed as a credit | 5a | |
| b | Estimated tax payments | 5b | |
| c | Refund applied for on Form 4466 | 5c | |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | |
| e | Tax deposited with Form 7004 | 5e | |
| f | Credit from Form 2439 | 5f | |
| g | Credit for Federal tax on fuels | 5g | |
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | 1,073,942 |
| 7 | Add lines 5d through 6, column (c) | 7 | 1,073,942.00 |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | |
| 9 | Subtract line 8 from line 7 | 9 | 1,073,942.00 |

### Tax Due or Overpayment (see instructions)

| | | | |
|---|---|---|---:|
| 10 | Tax due. Subtract line 9 from line 4, column (c). If paying by check, make it payable to the "United States Treasury." ▶ | 10 | |
| 11 | Overpayment. Subtract line 4, column (c), from line 9 ▶ | 11 | 1,010,769.00 |
| 12 | Enter the amount of line 11 you want: Credited to 20___ estimated tax ▶ 1,010,769  Refunded ▶ | 12 | |

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here**
▶ /s/ Signature of officer   Date 9/15/09   Title ▶ PRESIDENT

**Paid Preparer's Use Only**
Preparer's signature ▶ /s/ K Bozy   Date 9/1/09   Check if self-employed ☐   Preparer's SSN or PTIN P00741531
Firm's name: KPMG LLP ORLANDO   EIN 13-5565207
Address: 111 N. ORANGE AVE, STE 1600, ORLANDO, FL   Phone 407-423-3426

For Privacy Act and Paperwork Reduction Act Notice, see page 4.   Form **1120X** (Rev. 12-2004)

JSA
5C1820 1.000

**Part II** Explanation of Changes to Items in Part I (Enter the line number from page 1 for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** on page 3 of the instructions.)

f the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** on page 3, and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [X]

MIRABILIS VENTURES INC. AND SUBSIDIARIES GENERATED A NET OPERATING LOSS IN THE AMOUNT OF 18,044,400 IN THE TAX YEAR-ENDED 12/31/2006. THIS LOSS IS BEING CARRIED BACK TO THE TAX YEAR-ENDED 12/31/2005 TO OFFSET ALL INCOME GENERATED IN THAT YEAR. MIRABILIS VENTURES INC. AND SUBSIDIARIES IS SUBJECT TO AMT DUE TO THE 90% AMT NET OPERATING LOSS LIMITATION.

# Form 1120 — U.S. Corporation Income Tax Return

**OMB No. 1545-0123**
Department of the Treasury — Internal Revenue Service
For calendar year 2005 or tax year beginning _____, ending _____
► See separate instructions.
**2005**

**A Check if:**
1 Consolidated return (attach Form 851) [X]
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 required (attach Sch. M-3) [X]

**Name:** MIRABILIS VENTURES INC. AND SUBSIDIARIES
**Number, street, and room or suite no.:** 341 N. MAITLAND AVE., SUITE 210
**City or town, state, and ZIP code:** MAITLAND, FL 32751

**B Employer identification number:** 20-1833196
**C Date incorporated:** 11/03/2003
**D Total assets:** $47,090,241.

**E Check if:** (1) Initial return ☐ (2) Final return ☐ (3) Name change ☐ (4) Address change [X]

*AS AMENDED*

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 22,090,813 |
| 1b | Less returns and allowances | |
| 1c | Bal | 22,090,813. |
| 2 | Cost of goods sold (Schedule A, line 8) | 386,593. |
| 3 | Gross profit. Subtract line 2 from line 1c | 21,704,220. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | 24,003 |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 6,311,943 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions - attach schedule) | 416,476 |
| 11 | **Total income.** Add lines 3 through 10 | **28,456,642.** |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 25,000. |
| 13 | Salaries and wages (less employment credits) | 6,483,520 |
| 14 | Repairs and maintenance | 30,850 |
| 15 | Bad debts | 2,304,972 |
| 16 | Rents | 218,839 |
| 17 | Taxes and licenses | 899,795 |
| 18 | Interest | 336,198 |
| 19 | Charitable contributions | 14,837 |
| 20a | Depreciation (attach Form 4562) | 46,288 |
| 20b | Less depreciation claimed on Schedule A and elsewhere on return | |
| 20c | | 46,288. |
| 21 | Depletion | |
| 22 | Advertising | 156,284 |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | 253,417 |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule) | 14,527,989 |
| 27 | **Total deductions.** Add lines 12 through 26 | **25,297,989.** |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 3,158,653. |
| 29a | Net operating loss deduction | 3,158,653 |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | | 3,158,653.00 |
| 30 | Taxable income. Subtract line 29c from line 28 | |
| 31 | Total tax (Schedule J, line 11) | 63,173.00 |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 32a | 2004 overpayment credited to 2005 | |
| 32b | 2005 estimated tax payments | |
| 32c | Less 2005 refund applied for on Form 4466 | ( ) |
| 32d | Bal | |
| 32e | Tax deposited with Form 7004 | |
| 32f | Credit from (1) Form 2439 ___ (2) Form 4136 ___ | |
| 32g | | |
| 33 | Estimated tax penalty. Check if Form 2220 is attached ☐ | |
| 34 | Tax due | 63,173.00 |
| 35 | Overpayment | |
| 36 | Credited to 2006 estimated tax ___ Refunded ► | |

**Sign Here:** Signature of officer ___ Date ___ Title ___
May the IRS discuss this return with the preparer shown below? Yes ☐ No ☐

**Paid Preparer's Use Only:**
Preparer's signature ___ Date ___
Firm's name: KPMG LLP ORLANDO
Address: 111 N. ORANGE AVE, STE 1600, ORLANDO, FL 32801
EIN: 13-5565207
Phone no.: 407-423-3426

JSA 5C1110 3.000
Form **1120** (2005)

## Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | |
| 3 | Cost of labor | 64,997 |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | 321,596 |
| 6 | **Total.** Add lines 1 through 5 | 386,593.00 |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 386,593.00 |

9 a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____
 b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . . . . . . . . . . ☐ Yes ☒ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

## Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs | | 100 | |
| 12 | Dividends from controlled foreign corporations (attach Form 8895) | | 85 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

*AS AMENDED*

## Schedule E — Compensation of Officers (see instructions for page 1, line 12)

**Note:** *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| 1 MICHAEL STANLEY | 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 | % | % | % | |
| MARTIN FLYNN | 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 | % | % | % | 25,000 |
| JAMES VANDEVERE | 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 | % | % | % | |
| DANIEL MYERS | 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 | % | % | % | |
| SHANE WILLIAMS | 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 | % | % | % | |
| 2 Total compensation of officers | | | | | 25,000.00 |
| 3 Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | | 25,000.00 |

## Schedule J — Tax Computation (see instructions)

| | | |
|---|---|---|
| 1 Check if the corporation is a member of a controlled group ▶ [X] | | |
| Important: Members of a controlled group, see instructions. | | |
| 2a If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order): | | |
| (1) _____ (2) _____ (3) _____ | | |
| b Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) _____ | | |
| (2) Additional 3% tax (not more than $100,000) _____ | | |
| 3 Income tax. Check if a qualified personal service corporation (see instructions) ▶ [ ] | 3 | |
| 4 Alternative minimum tax (attach Form 4626) | 4 | 63,173 |
| 5 Add lines 3 and 4 | 5 | 63,173.00 |
| 6a Foreign tax credit (attach Form 1118) | 6a | |
| b Possessions tax credit (attach Form 5735) | 6b | |
| c Credits from: [ ] Form 8834 [ ] Form 8907, line 23 | 6c | |
| d General business credit. Check box(es) and indicate which forms are attached: [ ] Form 3800 [ ] Form(s) (specify) ▶ _____ | 6d | |
| e Credit for prior year minimum tax (attach Form 8827) | 6e | |
| f Bond credits from: [ ] Form 8860 [ ] Form 8912 | 6f | |
| 7 Total credits. Add lines 6a through 6f | 7 | |
| 8 Subtract line 7 from line 5 | 8 | 63,173.00 |
| 9 Personal holding company tax (attach Schedule PH (Form 1120)) | 9 | |
| 10 Other taxes. Check if from: [ ] Form 4255 [ ] Form 8611 [ ] Form 8697 [ ] Form 8866 [ ] Form 8902 [ ] Other (attach schedule) | 10 | |
| 11 Total tax. Add lines 8 through 10. Enter here and on page 1, line 31 | 11 | 63,173.00 |

## Schedule K — Other Information (see instructions)

1 Check accounting method: a [ ] Cash   b [X] Accrual   c [ ] Other (specify) ▶ _____

2 See the instructions and enter the:
  a Business activity code no. ▶ 551112
  b Business activity ▶ HOLDING COMPANY
  c Product or service ▶ MANAGEMENT

3 At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) .......... **No: X**
  If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.

4 Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? .......... **No: X**
  If "Yes," enter name and EIN of the parent corporation ▶ _____

5 At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) .......... **No: X**
  If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ _____

6 During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) .......... **No: X**
  If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
  If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.

7 At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? .......... **No: X**
  If "Yes," enter: (a) Percentage owned ▶ _____
  and (b) Owner's country ▶ _____
  c The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____

8 Check this box if the corporation issued publicly offered debt instruments with original issue discount .... ▶ [ ]
  If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.

9 Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

10 Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 79

11 If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ [ ]
  If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3) must be attached or the election will not be valid.

12 Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ _____

13 Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? .......... **No: X**
  If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

Note: *If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.*

*(Watermark: AS AMENDED)*

Note: *The corporation is not required to complete Schedules L, M-1, and M-2 if Question 13 on Schedule K is answered "Yes."*

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 1,493,982 | | 21,018,481 |
| 2a Trade notes and accounts receivable | 55,000 | | 7,338,378 | |
| b Less allowance for bad debts | ( ) | 55,000.00 | ( 331,511 ) | 7,006,867.00 |
| 3 Inventories | | | | 46047 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | | 5,480,899 | | 5,865,875 |
| 7 Loans to shareholders | | | | -804,852 |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | | | 1,318,942 | |
| b Less accumulated depreciation | ( ) | | ( 41,706 ) | 1,277,236.00 |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | 2,571,749 | |
| b Less accumulated amortization | ( ) | | ( 110,101 ) | 2,461,648.00 |
| 14 Other assets (attach schedule) | | 1,356,158 | | 10,218,939 |
| 15 Total assets | | 8,386,039.00 | | 47,090,241.00 |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | 2,790,312 |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | 2,406,038 |
| 18 Other current liabilities (attach schedule) | | 7,625,559 | | 9,770,508 |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | 23,917,333 |
| 21 Other liabilities (attach schedule) | | 750,000 | | |
| 22 Capital stock: a Preferred stock | | | 6,015,625 | |
| b Common stock | 100 | 100.00 | 100 | 6,015,725.00 |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings-Appropriated (attach schedule) | | | | |
| 25 Retained earnings - Unappropriated | | 10,380 | | 2,190,325 |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 8,386,039.00 | | 47,090,241.00 |

*AS AMENDED* (watermark)

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 2,115,262 | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | 1,544,183 | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): a Depreciation $ 4,582 b Charitable contributions $ _____ 514,640 | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): a Depreciation $ _____ b Charitable contributions $ _____ c Travel and entertainment $ 18,430 | 18,430.00 | | | 519,222.00 |
| 6 | Add lines 1 through 5 | 3,677,875.00 | 9 | Add lines 7 and 8 | 519,222.00 |
| | | | 10 | Income (page 1, line 28) - line 6 less line 9 | 3,158,653.00 |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 10,380.00 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 2,115,262.00 | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | 2,125,642.00 | 8 | Balance at end of year (line 4 less line 7) | 2,125,642.00 |

| Form **4626** | **Alternative Minimum Tax - Corporations** | OMB No. 1545-0175 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. ▶ Attach to the corporation's tax return. | **2005** |

| Name | Employer identification number |
|---|---|
| MIRABILIS VENTURES INC. AND SUBSIDIARIES | |

Note: *See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).*

| | | | |
|---|---|---|---:|
| 1 | Taxable income or (loss) before net operating loss deduction | 1 | 3,158,653 |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property | 2a | |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e | |
| f | Long-term contracts | 2f | |
| g | Merchant marine capital construction funds | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | 2j | |
| k | Loss limitations | 2k | |
| l | Depletion | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | 2m | |
| n | Intangible drilling costs | 2n | |
| o | Other adjustments and preferences | 2o | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | 3 | 3,158,653.00 |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |
| a | ACE from line 10 of the ACE worksheet in the instructions ... 4a | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions) ... 4b -3,158,653.00 | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount ... 4c -2,368,989.75 | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* ... 4d | | |
| e | ACE adjustment. • If line 4b is zero or more, enter the amount from line 4c • If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | 4e | |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | 5 | 3,158,653.00 |
| 6 | Alternative tax net operating loss deduction (see instructions) | 6 | 2,842,788 |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions | 7 | 315,865.00 |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- ... 8a | | |
| b | Multiply line 8a by 25% (.25) ... 8b | | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | 8c | 0 |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | 9 | 315,865.00 |
| 10 | Multiply line 9 by 20% (.20) | 10 | 63,173.00 |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | 12 | 63,173.00 |
| 13 | Regular tax liability before applying all credits except the foreign tax credit and possessions tax credit | 13 | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 4, or the appropriate line of the corporation's income tax return | 14 | 63,173.00 |

*AS AMENDED*

For Paperwork Reduction Act Notice, see the instructions.

Form **4626** (2005)

JSA
5X2400 3 000

# Form 1120 — U.S. Corporation Income Tax Return

For calendar year 2005 or tax year beginning _____, ending _____
► See separate instructions.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0123

**2005**

**A Check if:**
1 Consolidated return (attach Form 851) [X]
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 required (attach Sch. M-3) [X]

Use IRS label. Otherwise, print or type.

**Name:** MIRABILIS VENTURES INC. AND SUBSIDIARIES
**Number, street, and room or suite no.** 200 S. ORANGE AVE., SUITE 2800
**City or town, state, and ZIP code:** ORLANDO, FL 32801

**B Employer identification number:** 20-1833196
**C Date incorporated:** 11/03/2003
**D Total assets:** $ 47,090,241.

**E Check if:** (1) [ ] Initial return (2) [ ] Final return (3) [ ] Name change (4) [ ] Address change

AS ORINIGALLY FILED

## Income

| Line | Description | Amount |
|---|---|---:|
| 1a | Gross receipts or sales | 22,090,813 |
| 1b | Less returns and allowances | |
| 1c | Bal | 22,090,813. |
| 2 | Cost of goods sold (Schedule A, line 8) | 386,593. |
| 3 | Gross profit. Subtract line 2 from line 1c | 21,704,220. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | 24,003 |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 6,311,943 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions - attach schedule) | 416,476 |
| 11 | **Total Income.** Add lines 3 through 10 | 28,456,642. |

## Deductions (See instructions for limitations on deductions)

| Line | Description | Amount |
|---|---|---:|
| 12 | Compensation of officers (Schedule E, line 4) | 25,000. |
| 13 | Salaries and wages (less employment credits) | 6,483,520 |
| 14 | Repairs and maintenance | 30,850 |
| 15 | Bad debts | 2,304,972 |
| 16 | Rents | 218,839 |
| 17 | Taxes and licenses | 899,795 |
| 18 | Interest | 336,198 |
| 19 | Charitable contributions (see instructions for 10% limitation) | 14,837 |
| 20a | Depreciation (attach Form 4562) | 46,288 |
| 20b | Less depreciation claimed on Schedule A and elsewhere on return | |
| 20c | | 46,288. |
| 21 | Depletion | |
| 22 | Advertising | 156,284 |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | 253,417 |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule) | 14,527,989 |
| 27 | **Total deductions.** Add lines 12 through 26 | 25,297,989. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 3,158,653. |
| 29a | Less: Net operating loss deduction (see instructions) | |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | | |

## Tax and Payments

| Line | Description | Amount |
|---|---|---:|
| 30 | **Taxable Income.** Subtract line 29c from line 28 (see instructions if Schedule C, line 12, was completed) | 3,158,653.00 |
| 31 | Total tax (Schedule J, line 11) | 1,073,942.00 |
| 32a | Payments: a 2004 overpayment credited to 2005 | |
| 32b | 2005 estimated tax payments | |
| 32c | Less 2005 refund applied for on Form 4466 | |
| 32d | Bal | |
| 32e | Tax deposited with Form 7004 | |
| 32f | Credit from (1) Form 2439 (2) Form 4136 | |
| 32g | | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► [ ] | |
| 34 | Tax due. If line 32g is smaller than the total of lines 31 and 33, enter amount owed | 1,073,942.00 |
| 35 | Overpayment. If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount of line 35 you want: Credited to 2006 estimated tax ► Refunded ► | |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ► _____ Date ► _____ Title ► _____

May the IRS discuss this return with the preparer shown below (see instructions)? [ ] Yes [ ] No

**Paid Preparer's Use Only:**
Preparer's signature ►
Date:
Check if self-employed [ ]
Preparer's SSN or PTIN:
Firm's name (or yours if self-employed), address, and ZIP code ► KPMG LLP ORLANDO
111 N. ORANGE AVE, STE 1600
ORLANDO, FL 32801
EIN: 13-5565207
Phone no. 407-423-3426

JSA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
5C1110 3.000

Form **1120** (2005)

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | |
| 3 | Cost of labor | 64,997 |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | 321,596 |
| 6 | **Total.** Add lines 1 through 5 | 386,593.00 |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 386,593.00 |

9 a Check all methods used for valuing closing inventory:
- (i) ☐ Cost
- (ii) ☐ Lower of cost or market
- (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

b Check if there was a writedown of subnormal goods ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . 9d

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes ☒ No

### Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members and certain FSCs | | 100 | |
| 12 | Dividends from controlled foreign corporations (attach Form 8895) | | 85 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

*AS ORIGINALLY FILED*

### Schedule E — Compensation of Officers (see instructions for page 1, line 12)

Note: *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---:|
| 1 MICHAEL STANLEY | 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 | % | % | % | |
| MARTIN FLYNN | 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 | % | % | % | 25,000 |
| JAMES VANDEVERE | 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 | % | % | % | |
| DANIEL MYERS | 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 | % | % | % | |
| SHANE WILLIAMS | 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 | % | % | % | |

| | | |
|---|---|---:|
| 2 | Total compensation of officers | 25,000.00 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | 25,000.00 |

Form **1120** (2005)

required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

# Form 1120 — U.S. Corporation Income Tax Return (2006)

**Form 1120** | Department of the Treasury, Internal Revenue Service | **U.S. Corporation Income Tax Return** | For calendar year 2006 or tax year beginning _____, ending _____ | ▶ See separate instructions. | OMB No. 1545-0123 | **2006**

**A Check if:**
1. Consolidated return (attach Form 851) [X]
2. Personal holding co. (attach Sch. PH)
3. Personal service corp. (see instructions)
4. Schedule M-3 required (attach Sch. M-3) [X]

Use IRS label. Otherwise, print or type.

**Name:** MIRABILIS VENTURES INC. AND SUBSIDIARIES
**Number, street, and room or suite no.:** 341 N. MAITLAND AVE., SUITE 210
**City or town, state, and ZIP code:** MAITLAND, FL 32751

**B Employer identification number:** 20-1833196
**C Date incorporated:** 11/03/2003
**D Total assets:** $82,442,964.

**E Check if:** (1) Initial return  (2) Final return  (3) Name change  (4) Address change

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 22,183,998. |
| 1b | Less returns and allowances | |
| 1c | Bal ▶ | 22,183,998. |
| 2 | Cost of goods sold (Schedule A, line 8) | 9,166,678. |
| 3 | Gross profit. Subtract line 2 from line 1c | 13,017,320. |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest ... SEE STATEMENT 8 | 53,309. |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | NONE |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | -96,180. |
| 10 | Other income (see instructions - attach schedule) SEE STATEMENT 8 | 4,436,471. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 17,410,920. |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 452,201. |
| 13 | Salaries and wages (less employment credits) | 17,109,409. |
| 14 | Repairs and maintenance SEE STATEMENT 10 | 39,831. |
| 15 | Bad debts | 4,517,088. |
| 16 | Rents SEE STATEMENT 13 | 1,156,704. |
| 17 | Taxes and licenses SEE STATEMENT 16 | -356,046. |
| 18 | Interest SEE STATEMENT 20 | 731,961. |
| 19 | Charitable contributions SEE STATEMENT 22 | NONE |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 691,268. |
| 21 | Depletion | |
| 22 | Advertising SEE STATEMENT 25 | 1,854,724. |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule) SEE STATEMENT 31 | 9,258,180. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 35,455,320. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | -18,044,400. |
| 29a | Less: Net operating loss deduction (see instructions) | NONE |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | | NONE |
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | -18,044,400. |
| 31 | Total tax (Schedule J, line 10) | NONE |

## Tax and Payments

| Line | Description | Amount |
|---|---|---|
| 32a | 2005 overpayment credited to 2006 | |
| 32b | 2006 estimated tax payments | |
| 32c | 2006 refund applied for on Form 4466 | ( ) |
| 32d | Bal ▶ | |
| 32e | Tax deposited with Form 7004 | |
| 32f | Credits: (1) Form 2439  (2) Form 4136 | |
| 32g | Credit for federal telephone excise tax paid (attach Form 8913) | |
| 32h | | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ | |
| 34 | Amount owed. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | NONE |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount from line 35 you want: Credited to 2007 estimated tax ▶ _____ Refunded ▶ | |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ____  Date ____  Title ____

May the IRS discuss this return with the preparer shown below (see instructions)? Yes ☐ No ☐

**Paid Preparer's Use Only:**
- Preparer's signature: ____  Date: ____  Check if self-employed ☐  Preparer's SSN or PTIN: P00741531
- Firm's name: KPMG LLP  EIN: 13-5565207
- Address: 111 NORTH ORANGE AVENUE, STE 1600, ORLANDO, FL 32801-2371
- Phone no.: 407-423-3426

JSA 6C1110 3.000  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  Form **1120** (2006)

69474X  A180  08/25/2009 18:19:26 V06-9.9  20-1833196  98

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 6,581,280. |
| 3 | Cost of labor | 2,533,353. |
| 4 | Additional section 263A costs (attach schedule) . . . . SEE STATEMENT 50 | 52,045. |
| 5 | Other costs (attach schedule) | |
| 6 | **Total.** Add lines 1 through 5 | 9,166,678. |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 9,166,678. |

9 a  Check all methods used for valuing closing inventory:
   (i) [ ] Cost
   (ii) [ ] Lower of cost or market
   (iii) [ ] Other (Specify method used and attach explanation.) ▶ _____
   b  Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . ▶ [ ]
   c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ [ ]
   d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO .... 9d
   e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . . [ ] Yes  [X] No
   f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

### Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

### Schedule E — Compensation of Officers (see instructions for page 1, line 12)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | SEE STATEMENT 51 | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---:|
| 2 | Total compensation of officers | 452,201. |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | 452,201. |

### Schedule J — Tax Computation (see instructions)

| | | |
|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | 2 |
| 3 | Alternative minimum tax (attach Form 4626) | 3  NONE |
| 4 | Add lines 2 and 3 | 4  NONE |
| 5a | Foreign tax credit (attach Form 1118) — 5a | |
| b | Qualified electric vehicle credit (attach Form 8834) — 5b | |
| c | General business credit. Check applicable box(es): ☐ Form 3800 ☐ Form 6478 ☐ Form 8835, Section B ☐ Form 8844 — 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) — 5d | |
| e | Bond credits from: ☐ Form 8860 ☐ Form 8912 — 5e | |
| 6 | Total credits. Add lines 5a through 5e | 6 |
| 7 | Subtract line 6 from line 4 | 7  NONE |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 |
| 9 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Form 8902 ☐ Other (attach schedule) | 9 |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 | 10  NONE |

### Schedule K — Other Information (see instructions)

1. Check accounting method: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ _____
2. See the instructions and enter the:
   a. Business activity code no. ▶ 551112
   b. Business activity ▶ HOLDING COMPANY
   c. Product or service ▶ MANAGEMENT
3. At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) ... STMT 52 ... **X** (Yes)
   If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.
4. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ... **X** (No)
   If "Yes," enter name and EIN of the parent corporation ▶ _____
5. At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) ... **X** (No)
   If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶
6. During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ... **X** (No)
   If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
   If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.
7. At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote, or (b) the total value of all classes of stock of the corporation? ... **X** (No)
   If "Yes," enter: (a) Percentage owned ▶ _____
   and (b) Owner's country ▶ _____
   c. The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶
8. Check this box if the corporation issued publicly offered debt instruments with original issue discount ... ▶ ☐
   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.
9. Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____
10. Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 81
11. If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐
    If the corporation is filing a consolidated return, the statement required by Temporary Regulations section 1.1502-21T(b)(3) must be attached or the election will not be valid.
12. Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ _____
13. Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? ... **X** (No)
    If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

Form **1120** (2006)

JSA
6C1130 2.000
69474X  A180   08/25/2009  18:19:26  V06-9.9        20-1833196           100

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | STMT 68 | 21,018,481. | | 6,842,198. |
| 2a Trade notes and accounts receivable | 7,338,378. | STMT 73 | 6,066,663. | |
| b Less allowance for bad debts | ( 331,511. ) | 7,006,867. | ( 1,171,287. ) | 4,895,376. |
| 3 Inventories | STMT 76 | 46,047. | | 62,057. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | STMT 77 | 5,865,875. | | 13,241,218. |
| 7 Loans to shareholders | | -804,852. | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | STMT 81 | | | 32,443,868. |
| 10a Buildings and other depreciable assets | 1,318,942. | | 3,492,390. | |
| b Less accumulated depreciation | ( 41,706. ) | 1,277,236. | ( 1,004,451. ) | 2,487,939. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | NONE | | 4,671,807. |
| 13a Intangible assets (amortizable only) | 2,571,749. | | 5,528,157. | |
| b Less accumulated amortization | ( 110,101. ) | 2,461,648. | ( 122,691. ) | 5,405,466. |
| 14 Other assets (attach schedule) | STMT 82 | 10,218,939. | | 12,393,035. |
| 15 Total assets | | 47,090,241. | | 82,442,964. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | STMT 85 | 2,790,312. | | 5,986,355. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | 2,406,038. | | 14,577,619. |
| 18 Other current liabilities (attach schedule) | STMT 90 | 9,770,508. | | 62,996,465. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | STMT 96 | 23,917,333. | | 16,068,699. |
| 21 Other liabilities (attach schedule) | | | | |
| 22 Capital stock: a Preferred stock | 6,015,625. | | 6,015,625. | |
| STMT 98  b Common stock | 100. | 6,015,725. | 100. | 6,015,725. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings-Appropriated (attach schedule) | | | | |
| 25 Retained earnings - Unappropriated | | 2,190,325. | | -23,201,899. |
| 26 Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 47,090,241. | | 82,442,964. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more-see instructions

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 Federal income tax per books | | | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | 8 Deductions on this return not charged against book income this year (itemize): a Depreciation $ _____ b Charitable contributions $ _____ | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): a Depreciation $ _____ b Charitable contributions $ _____ c Travel and entertainment $ _____ | | | |
| | | 9 Add lines 7 and 8 | |
| 6 Add lines 1 through 5 | | 10 Income (page 1, line 28) - line 6 less line 9 | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 2,190,325. | 5 Distributions: a Cash | |
| 2 Net income (loss) per books | -25,939,435. | b Stock | |
| 3 Other increases (itemize): _____ SEE STATEMENT 111 | 4,834,755. | c Property | |
| | | 6 Other decreases (itemize) STMT 113 | 4,287,544. |
| | | 7 Add lines 5 and 6 | 4,287,544. |
| 4 Add lines 1, 2, and 3 | -18,914,355. | 8 Balance at end of year (line 4 less line 7) | -23,201,899. |

JSA
6C1140 2.000

Form **1120** (2006)