UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04327-KSJ |
| MIRABILIS VENTURES, INC., | CHAPTER 11 |
| Debtor. | |
| _____/ | |

MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE
OF CLAIM NO. 5 SUBMITTED BY PAUL GLOVER

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Bankruptcy Court will consider this objection without further notice of hearing unless a party in interest files a response within thirty (30) days from the date of service of this objection. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, Florida 32801, and serve a copy on the counsel for the Debtors, R. Scott Shuker, Esq., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32802-3353.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the objection, will proceed to consider the objection without further notice of hearing, and may grant the relief requested.

**MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities, Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, and pursuant to Local Rule 2002-4(b)(ii) and Federal Rule of Bankruptcy Procedure 3007(a), object ("Objection") to the claim of PAUL GLOVER ("Glover") in the total amount of $458,379.20, $11,829.20 of which Glover alleges is secured and $446,550.00 of which Glover alleges is unsecured ("Claim No. 5"), and in support thereof, state as follows:

## Jurisdiction

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## Procedural and Factual Background

3. On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Bankr. Doc. No. 1).

4. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

5. On June 18, 2008, Glover filed his Proof of Claim in the instant case.

6. In Claim No. 5, Glover alleges he is owed a total of $458,379.20 for services rendered under an employment contract. $11,829.20 of this amount is allegedly secured and the remaining is unsecured.

## Objection To Claim No. 5

7. Glover bases his Claim on services rendered to Common Paymaster Corporation ("CPC"). In fact, the Employment Agreement attached to his Claim is with CPC. Mirabilis is not liable for any debt accumulated by CPC, as it is a completely separate entity. Therefore, Claim No. 5 should be disallowed in its entirety.

8.  Moreover, there is no evidence in the Debtors' books and records that Mirabilis received value for the Glover claim and Debtors demand strict proof thereof.  As such, the claim must be disallowed in its entirety.

**Requested Relief**

9.  Mirabilis requests this Court enter an order sustaining the Objection to Claim No. 5 and disallowing it in its entirety.

**WHEREFORE**, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order sustaining this Objection, disallowing the Glover claim in its entirety, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 9th day of October, 2009.

/s/ Marianne L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Marianne L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
Victoria I. Minks, Esq.
Florida Bar No. 0064388
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                       CHAPTER 11

        **Debtor.**
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 5 SUBMITTED BY PAUL GLOVER** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: AEM, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Paul Glover, 1312 Winter Springs Blvd., Winter Springs, Florida 32708-3801 (as shown on the Proof of Claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, Fl 33521; the Local Rule 1007-2 parties-in-interest, as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this  9th  day of October 2009.

                                            /s/ Marianne L. Dorris
                                            Marianne L. Dorris, Esq.

```
Label Matrix for local noticing            Advantage Collection Prof              American Express
113A-6                                     2775 Jade Street                       2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                     Mora, MN 55051-6240                    Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Oct  9 12:01:20 EDT 2009

BNA Tax Management                         Kimberly Bartley                       Brandywine Grande C. LP
9435 Key West Ave.                         Waldron & Schneider LLP                c/o Cantor Arkema, PC
Rockville, MD 20850-3339                   15150 Middlebrook Drive                1111 East Main Street
                                           Houston, TX 77058-1226                 Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney                Corporate Personnel Network, Inc       Joseph A DeMaria
401 E Jackson St.                          c/o David T. Ward                      Tew Cardenas LLP
Suite 2500                                 15615 Alton Pkwy #175                  1441 Brickell Avenue
Tampa, FL 33602-5236                       Irvine, CA 92618-7303                  Suite 1500
                                                                                  Miami, FL 33131-3431

Mariane L Dorris                           Elena L Escamilla                      First Commercial Ins. Corp.
Latham Shuker Eden & Beaudine LLP          United States Trustee                  POB 126160
390 North Orange Avenue                    135 W Central Blvd  Suite 620          Hialeah, FL 33012-1602
Suite 600                                  Orlando, FL 32801-2440
Orlando, FL 32801-1684

Forge Capital Partners LLC                 James E Foster                         Frank L. Amodeo
c/o Bart Valdes                            Akerman Senterfitt                     3875 South Orange Ave
609 W Horatio St                           Post Office Box 231                    Suite 500 -PMB 1810
Tampa FL 33606-2272                        Orlando, FL 32802-0231                 Orlando, FL 32806

Fred Sandlin                               Gill R Geldreich                       Gilbert Weisman
161 Mallard Lane                           Tennessee Attorney General's Office    c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331               Post Office 20207                      POB 3001
                                           Nashville, TN 37202                    Malvern PA 19355-0701

I Randall Gold                             Elizabeth A Green                      Horton Johnson
United States Attorney's Office            Latham Shuker Eden & Beaudine LLP      3211 Northglenn Drive
501 West Church Street                     390 North Orange Avenue                Orlando, FL 32806-6371
Suite 300                                  Suite 600
Orlando, FL 32805-2281                     Orlando, FL 32801-1684

Humana/RMS                                 Jackson Lewis                          Jeffrey Reichel
77 Hartland Street                         Attn:Anne Krupman                      c/o Gary Barnes
Suite 401                                  One North Broadway                     3414 Peachtree Rd #1600
East Hartford, CT 06108-3253               White Plains, NY 10601-2310            Atlanta, GA 30326-1164

Jeffrey Reichel                            Kenneth & Diane Hendricks              Gordon L Kiester
c/o Jill E. Kelso, Esquire                 One ABC Parkway                        Florida Department of Revenue
Akerman Senterfitt                         Beloit, WI 53511-4466                  P O Box 2299
PO Box 231                                                                        Mango, FL 33550-2299
Orlando FL 32802-0231

LeClair Ryan Trust                         LexisNexis                             Mirabilis Ventures, Inc
P.O. Box 2499                              P.O. Box 7247-7090                     c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                    Phildelphia, PA 19170-0001             341 N. Maitland Ave #210
                                                                                  Maitland, FL 32751-4771
```

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state


End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45