# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**  CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**  CHAPTER 11

        **Debtor.**
_____/

## MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 13 SUBMITTED BY WELLINGTON CAPITAL GROUP, INC.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Bankruptcy Court will consider this objection without further notice of hearing unless a party in interest files a response within thirty (30) days from the date of service of this objection. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, Florida 32801, and serve a copy on the counsel for the Debtors, R. Scott Shuker, Esq., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32802-3353.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the objection, will proceed to consider the objection without further notice of hearing, and may grant the relief requested.

---

**MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities, Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, and pursuant to Local Rule 2002-4(b)(ii) and Federal Rule of Bankruptcy Procedure 3007(a), object ("Objection") to the claim of WELLINGTON CAPITAL GROUP, INC. ("Wellington") in the amount of $4,502,140.66, which Wellington states is fully unsecured ("Claim No. 13"), and in support thereof, state as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is Rule 3007 of the Federal Rules of Bankruptcy Procedure.

**Procedural and Factual Background**

3. On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Bankr. Doc. No. 1).

4. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

5. On April 25, 2008, the United States of America ("USA") filed an *in rem* Civil Forfeiture Complaint Case No. 6:08-cv-00067-MSS-KRS in the District Court for the Middle District of Florida, Orlando Division ("Civil Complaint") against certain property owned by Mirabilis. (Civil Complaint Doc No. 1). On September 4, 2008 the USA amended the Civil Complaint to add additional property, including property owned by Mirabilis. (Civil Complaint Doc. No. 67).

6. On August 6, 2008, the USA indicted Frank L. Amodeo ("Amodeo"), for conspiracy, failure to remit payroll taxes, wire fraud, and obstruction of an agency investigation. *See United State of America v. Frank L. Amodeo*, Case No.: 08-cr-176-Orl-28-GJK (Dist. Court Doc. No. 1).

7. The indictment contains criminal forfeiture provisions which seek the forfeiture, *inter alia*, of all assets of the estates of the Debtors and their related entities.

8. On August 14, 2008, the USA filed a motion to intervene and to stay the Debtors' bankruptcy cases with this Court ("Intervener Motion")(Bankr. Doc. No. 48).

9. In the Intervener Motion, USA sought to stay the Bankruptcy Case in an effort to pursue a forfeiture action against property of the Debtors including, but not limited to, proceeds seized in the various law firm trust accounts, vehicles, real estate, and other personal property. (Bankr. Doc. No. 48)

10. Furthermore, the USA represented to the Bankruptcy Court that if the items are forfeited, "they will become property of the United States and will not remain in the related bankruptcy estates." (Bankr. Doc. No. 48 at para. 6).

11. On September 23, 2008, Amodeo pled guilty to five counts of the indictment. (Dist. Court Doc. No. 28 and 33). The plea agreement included an agreement by Amodeo to forfeit all of the proceeds of his conspiracy charged in Count One, including the assets of the Debtors' bankruptcy estates.

12. On September 29, 2008 the USA filed a motion in the Amodeo Criminal Case for entry of a Preliminary Order of Forfeiture ("Forfeiture Motion")(District Court Case Doc. No. 40). In its Forfeiture Motion, the USA sought the forfeiture of a significant number of assets, including the Debtors' assets, and authority to seize all of the assets sought for forfeiture.

13. On October 2, 2008, the District Court entered a Preliminary Order of Forfeiture ("Preliminary Forfeiture Order"). (Dist. Court Doc. No. 46). Pursuant to the Preliminary Forfeiture Order, the USA may have seized property forfeited under the Order immediately, regardless of the Debtors' appeal.

14. On October 8, 2008, and subsequent to this date, Debtors' counsel and the USA met to discuss possible global resolutions of all issues which have been raised, or could be raised, between the USA and the Debtors, including the resolution of the subject forfeiture motions.

15. On November 25, 2008, Mirabilis and the USA reached an accord and filed a Joint Motion to Approve Compromise of Controversy that otherwise resolves the forfeiture issues ("Compromise") (Doc. No. 101).

16. On March 4, 2009, the Court approved the Compromise ("Compromise Order"). (Doc. No. 145).

17. Pursuant to the Compromise Order, The Debtors' assets were divided between those that will continue to be administered by the Debtors' bankruptcy estate and those forfeited to the USA.

18. Among others, the following assets were forfeited to the USA:

> All assets of the following corporations: AQMI Strategy Corporation, Nexia Strategy Corporation, Presidion Solutions, Inc., Professional Benefit Solutions, Inc., d/b/a Presidion Solutions VII, Inc, Quantum Delta Enterprises, Inc., d/b/a Siren Resources, Inc., Titanium Technologies, Inc., f/k/a Titanium Consulting Services, Inc., Tenshi Leasing, Inc., **Wellington Capital Group, Inc**. (**emphasis added**).

19. In addition, the USA obtained a preliminary order of forfeiture which included all the assets of Wellington.

20. Under the Compromise Order and Compromise, the Debtors and the USA agreed that the Debtors shall amend their schedules to include an unsecured forfeiture claim in the Mirabilis and AEM cases for the USA in the amount of $200,000,000.00 ("Forfeiture Claim"). The Debtors complied.

21. Nevertheless, on August 31, 2008, Wellington filed its proof of claim in Mirabilis Ventures, Inc. Claim No. 13 is signed by Amodeo.

22. In the Wellington claim, Wellington and Amodeo allege Wellington is owed $4,502,140.66 from Mirabilis based on a loan made by Wellington to Mirabilis ("Loan").

**Objection to Claim No. 13**

23. First, Amodeo, as an alleged corporate representative of Wellington, has no standing to bring forth this objection. By his plea agreement with the USA, Amodeo forfeited all his assets, including his ownership interest in Wellington, to the USA. Furthermore, pursuant to the Compromise Order, all assets and interests in Wellington were forfeited to the USA. Therefore, Amodeo and Wellington have no standing to bring forth Claim No.13, and it should be disallowed in its entirety.

24. Second, there is no evidence in the Debtors' books and records that Mirabilis received value for the Claim No. 13, and Debtors demand strict proof thereof. As such, Claim No. 13 must be disallowed in its entirety.

**Requested Relief**

25. Mirabilis requests this Court enter an order sustaining the Objection to Claim No. 13 and finding that it must be disallowed in its entirety.

WHEREFORE, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order sustaining this Objection to Claim No. 13, disallowing the Claim in its entirety, and for such other and further relief as the Court deems just and proper in the circumstances.

RESPECTFULLY SUBMITTED this   9th   day of October, 2009.

/s/ Marianne L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Marianne L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
Victoria I. Minks, Esq.
Florida Bar No. 0064388
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Mirabilis Ventures, Inc.

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re:  CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**  CHAPTER 11

        **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 13 SUBMITTED BY WELLINGTON CAPITAL GROUP, INC.** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Wellington Capital Group, Inc., 2875 S. Orange Avenue, Suite 500, Orlando, FL 32806 (as shown on the Proof of Claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, Fl 33521; the Local Rule 1007-2 parties-in-interest as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 9th day of October 2009.

                                          s/ Marianne L. Dorris
                                          Marianne L. Dorris, Esq.

```
Label Matrix for local noticing              Advantage Collection Prof              American Express
113A-6                                       2775 Jade Street                       2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                       Mora, MN 55051-6240                    Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Oct  9 12:01:20 EDT 2009

BNA Tax Management                           Kimberly Bartley                       Brandywine Grande C. LP
9435 Key West Ave.                           Waldron & Schneider LLP                c/o Cantor Arkema, PC
Rockville, MD 20850-3339                     15150 Middlebrook Drive                1111 East Main Street
                                             Houston, TX 77058-1226                 Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney                  Corporate Personnel Network, Inc       Joseph A DeMaria
401 E Jackson St.                            c/o David T. Ward                      Tew Cardenas LLP
Suite 2500                                   15615 Alton Pkwy #175                  1441 Brickell Avenue
Tampa, FL 33602-5236                         Irvine, CA 92618-7303                  Suite 1500
                                                                                    Miami, FL 33131-3431

Mariane L Dorris                             Elena L Escamilla                      First Commercial Ins. Corp.
Latham Shuker Eden & Beaudine LLP            United States Trustee                  POB 126160
390 North Orange Avenue                      135 W Central Blvd  Suite 620          Hialeah, FL 33012-1602
Suite 600                                    Orlando, FL 32801-2440
Orlando, FL 32801-1684

Forge Capital Partners LLC                   James E Foster                         Frank L. Amodeo
c/o Bart Valdes                              Akerman Senterfitt                     3875 South Orange Ave
609 W Horatio St                             Post Office Box 231                    Suite 500 -PMB 1810
Tampa FL 33606-2272                          Orlando, FL 32802-0231                 Orlando, FL 32806

Fred Sandlin                                 Gill R Geldreich                       Gilbert Weisman
161 Mallard Lane                             Tennessee Attorney General's Office    c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331                 Post Office 20207                      POB 3001
                                             Nashville, TN 37202                    Malvern PA 19355-0701

I Randall Gold                               Elizabeth A Green                      Horton Johnson
United States Attorney's Office              Latham Shuker Eden & Beaudine LLP      3211 Northglenn Drive
501 West Church Street                       390 North Orange Avenue                Orlando, FL 32806-6371
Suite 300                                    Suite 600
Orlando, FL 32805-2281                       Orlando, FL 32801-1684

Humana/RMS                                   Jackson Lewis                          Jeffrey Reichel
77 Hartland Street                           Attn:Anne Krupman                      c/o Gary Barnes
Suite 401                                    One North Broadway                     3414 Peachtree Rd #1600
East Hartford, CT 06108-3253                 White Plains, NY 10601-2310            Atlanta, GA 30326-1164

Jeffrey Reichel                              Kenneth & Diane Hendricks              Gordon L Kiester
c/o Jill E. Kelso, Esquire                   One ABC Parkway                        Florida Department of Revenue
Akerman Senterfitt                           Beloit, WI 53511-4466                  P O Box 2299
PO Box 231                                                                          Mango, FL 33550-2299
Orlando FL 32802-0231

LeClair Ryan Trust                           LexisNexis                             Mirabilis Ventures, Inc
P.O. Box 2499                                P.O. Box 7247-7090                     c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                      Phildelphia, PA 19170-0001             341 N. Maitland Ave #210
                                                                                    Maitland, FL 32751-4771
```

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients 42
Bypassed recipients  3
Total               45