# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04327-KSJ |
| **MIRABILIS VENTURES, INC.,** | CHAPTER 11 |
| Debtor. | |
| _____/ | |

**MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF
CLAIM NO. 28 SUBMITTED BY GEORGE STUART**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Bankruptcy Court will consider this objection without further notice of hearing unless a party in interest files a response within thirty (30) days from the date of service of this objection. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, Florida 32801, and serve a copy on the counsel for the Debtors, R. Scott Shuker, Esq., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32802-3353.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the objection, will proceed to consider the objection without further notice of hearing, and may grant the relief requested.

---

**MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities, Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, and pursuant to Local Rule 2002-4(b)(ii) and Federal Rule of Bankruptcy Procedure 3007(a), object ("Objection") to the claim of GEORGE STUART ("Stuart") in the total amount of $2,924,375.00, all of which is unsecured ("Claim No. 28"), and in support thereof, state as follows:

## Jurisdiction

1.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is Rule 3007 of the Federal Rules of Bankruptcy Procedure.

**Procedural and Factual Background**

3. On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Bankr. Doc. No. 1).

4. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

5. On September 18, 2008, Stuart filed his Proof of Claim in the instant case.

6. In his Claim, Stuart alleges he is owed a total of $2,924,375.00 resulting from redemption of Mirabilis stock (and resulting interest) given to him for services rendered under an employment contract with Nexia Holdings, LLC ("Nexia"). The entire amount is unsecured.

**Objection to Claim No. 28**

7. Stuart's Claim No. 28 results from his services rendered to Nexia, as reflected in the Employment Agreement upon which Stuart relies in proffering his Claim. Mirabilis is not liable for any debt accumulated by Nexia, as it is a completely separate entity.

8. Furthermore, there is no evidence in the Debtors' books and records that Mirabilis received value for Claim No. 28 and Debtors demand strict proof thereof. As such, Claim No. 28 must be disallowed in its entirety.

9. In the alternative, Stuart's Claim is based on his alleged equitable interest in the Debtor. Thus, Claim No. 28 is an equitable claim, not properly classified as an unsecured claim.

Therefore, if not disallowed in its entirety, Claim No. 28 must be reclassified as an equitable claim.

### Requested Relief

10.     Mirabilis requests this Court enter an order sustaining its Objection to Claim No. 28 and disallowing it in its entirety.  In the alternative, Mirabilis requests this Court to reclassify Claim No. 28 as an equitable interest claim.

WHEREFORE, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order sustaining this Objection, disallowing Claim No. 28 in its entirety, or, in the alternative, reclassifying such claim as an equitable interest, and for such other and further relief as the Court deems just and proper in the circumstances.

RESPECTFULLY SUBMITTED this   9TH   day of October, 2009.

/s/ Marianne L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Marianne L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
Victoria I. Minks, Esq.
Florida Bar No.  0064388
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for Mirabilis Ventures, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**                                                              **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,**                    **CHAPTER 11**

           **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 28 SUBMITTED BY GEORGE STUART** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; George L. Stuart, Jr., 916 Valencia Ave., Orlando, Florida 32804 (as shown on the Proof of Claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, FL 33521; the Local Rule 1007-2 parties-in-interest as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this  9th  day of October 2009.

                                                /s/ Marianne L. Dorris
                                                Marianne L. Dorris, Esq.

```
Label Matrix for local noticing          Advantage Collection Prof              American Express
113A-6                                   2775 Jade Street                       2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                    Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Oct  9 12:01:20 EDT 2009

BNA Tax Management                       Kimberly Bartley                       Brandywine Grande C. LP
9435 Key West Ave.                       Waldron & Schneider LLP                c/o Cantor Arkema, PC
Rockville, MD 20850-3339                 15150 Middlebrook Drive                1111 East Main Street
                                         Houston, TX 77058-1226                 Richmond, VA 23219-3531


Buchanan Ingersoll & Rodney              Corporate Personnel Network, Inc       Joseph A DeMaria
401 E Jackson St.                        c/o David T. Ward                      Tew Cardenas LLP
Suite 2500                               15615 Alton Pkwy #175                  1441 Brickell Avenue
Tampa, FL 33602-5236                     Irvine, CA 92618-7303                  Suite 1500
                                                                                Miami, FL 33131-3431


Mariane L Dorris                         Elena L Escamilla                      First Commercial Ins. Corp.
Latham Shuker Eden & Beaudine LLP        United States Trustee                  POB 126160
390 North Orange Avenue                  135 W Central Blvd  Suite 620          Hialeah, FL 33012-1602
Suite 600                                Orlando, FL 32801-2440
Orlando, FL 32801-1684


Forge Capital Partners LLC               James E Foster                         Frank L. Amodeo
c/o Bart Valdes                          Akerman Senterfitt                     3875 South Orange Ave
609 W Horatio St                         Post Office Box 231                    Suite 500 -PMB 1810
Tampa FL 33606-2272                      Orlando, FL 32802-0231                 Orlando, FL 32806


Fred Sandlin                             Gill R Geldreich                       Gilbert Weisman
161 Mallard Lane                         Tennessee Attorney General's Office    c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331             Post Office 20207                      POB 3001
                                         Nashville, TN 37202                    Malvern PA 19355-0701


I Randall Gold                           Elizabeth A Green                      Horton Johnson
United States Attorney's Office          Latham Shuker Eden & Beaudine LLP      3211 Northglenn Drive
501 West Church Street                   390 North Orange Avenue                Orlando, FL 32806-6371
Suite 300                                Suite 600
Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Humana/RMS                               Jackson Lewis                          Jeffrey Reichel
77 Hartland Street                       Attn:Anne Krupman                      c/o Gary Barnes
Suite 401                                One North Broadway                     3414 Peachtree Rd #1600
East Hartford, CT 06108-3253             White Plains, NY 10601-2310            Atlanta, GA 30326-1164


Jeffrey Reichel                          Kenneth & Diane Hendricks              Gordon L Kiester
c/o Jill E. Kelso, Esquire               One ABC Parkway                        Florida Department of Revenue
Akerman Senterfitt                       Beloit, WI 53511-4466                  P O Box 2299
PO Box 231                                                                      Mango, FL 33550-2299
Orlando FL 32802-0231


LeClair Ryan Trust                       LexisNexis                             Mirabilis Ventures, Inc
P.O. Box 2499                            P.O. Box 7247-7090                     c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                  Phildelphia, PA 19170-0001             341 N. Maitland Ave #210
                                                                                Maitland, FL 32751-4771
```

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45