**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                    CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                         CHAPTER 11

        Debtor.
_____/

**MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF**
**CLAIM NO. 33 SUBMITTED BY MICHAEL O'SULLIVAN**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

    Pursuant to Local Rule 2002-4, the Bankruptcy Court will consider this objection without further notice of hearing unless a party in interest files a response within thirty (30) days from the date of service of this objection. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, Florida 32801, and serve a copy on the counsel for the Debtors, R. Scott Shuker, Esq., LATHAM, SHUKER, EDEN & BEAUDINE, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32802-3353.

    If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the objection, will proceed to consider the objection without further notice of hearing, and may grant the relief requested.

---

        **MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities, Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, and pursuant to Local Rule 2002-4(b)(ii) and Federal Rule of Bankruptcy Procedure 3007(a), object ("Objection") to the claim of MICHAEL O'SULLIVAN ("O'Sullivan") ("Claim No. 33"), and in support thereof, state as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is Rule 3007 of the Federal Rules of Bankruptcy Procedure.

**Procedural and Factual Background**

3. On or about April 7, 2006, O'Sullivan executed a Security Agreement and Promissory Note memorializing a loan allegedly made by Mirabilis for the benefit of O'Sullivan in the amount of $225,000.00 (the "Loan"). The Loan was allegedly made by Mirabilis in partial payment for its purchase of The Leib Group, LLC ("Leib"). O'Sullivan, as 50% owner of Leib at the time of the purchase, received cash, stock in Mirabilis, and the Loan, secured by Mirabilis stock.

4. Although O'Sullivan received the first of three $75,000.00 loan proceeds in or about April 2006, he alleges that he never received the remaining loan proceeds, totaling $150,000.00.

5. O'Sullivan also alleges that Mirabilis assumed liabilities of The Leib Group, which were never paid and included $257,982.87, $128,991.44 of which O'Sullivan's ultimately paid. Furthermore, O'Sullivan alleges that he is owed back pay from Mirabilis of $15,000.00, due to his allegedly receiving only 50% of his pay during his last two months of employment at Mirabilis.

6. On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case

No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Bankr. Doc. No. 1).

7. On September 22, 2008, O'Sullivan filed Claim No. 33 in Mirabilis.

8. In Claim No. 33, O'Sullivan alleges he is entitled to the sum of $293,991.44 as an unsecured claim based on the following:

    a. Balance of purchase price for The Leib Group - $150,000.00

    b. Unpaid A/P of The Leib Group - $128,991.44

    c. Back pay from Mirabilis - $15,000.00

### Objection to Claim No. 33

9. As to the balance of purchase price for The Leib Group, the liabilities O'Sullivan claims were assumed by Mirabilis and the back pay allegedly owed to O'Sullivan from Mirabilis, these are liabilities of The Leib Group, not Mirabilis. In this respect, Mirabilis demands strict proof of O'Sullivan's claims thereto. O'Sullivan has no claim against Mirabilis and Claim No. 33 must be disallowed in its entirety.

### Requested Relief

10. Mirabilis requests this Court enter an Order sustaining the Objection to Claim No. 33.

11. Mirabilis further requests this Court enter an Order finding that O'Sullivan's Claim No. 33 must be disallowed in its entirety.

WHEREFORE, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order sustaining this Objection, disallowing Claim No. 33 in its entirety and for such other and further relief as the Court deems just and proper in the circumstances.

RESPECTFULLY SUBMITTED this  9th  day of October 2009.

/s/ Marianne L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Marianne L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
Victoria I. Minks, Esq.
Florida Bar No.  0064388
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for Mirabilis Ventures, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**                                                                 **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,**                         **CHAPTER 11**

         **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 33 SUBMITTED BY MICHAEL O'SULLIVAN** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Michael A. O'Sullivan, 6005 Johnson Ave., Bethesda, Maryland 20817 (as shown on the Proof of Claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, FL 33521; the Local Rule 1007-2 Parties-in-Interest list, as shown on the attached matrix; and the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801 on this   9th   day of October 2009.

                                                       /s/ Marianne L. Dorris
                                                       Marianne L. Dorris, Esq.

```
Label Matrix for local noticing        Advantage Collection Prof         American Express
113A-6                                 2775 Jade Street                  2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                 Mora, MN 55051-6240               Weston, FL 33331-3626
Middle District of Florida
Orlando
Fri Oct  9 12:01:20 EDT 2009

BNA Tax Management                     Kimberly Bartley                  Brandywine Grande C. LP
9435 Key West Ave.                     Waldron & Schneider LLP           c/o Cantor Arkema, PC
Rockville, MD 20850-3339               15150 Middlebrook Drive           1111 East Main Street
                                       Houston, TX 77058-1226            Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney            Corporate Personnel Network, Inc  Joseph A DeMaria
401 E Jackson St.                      c/o David T. Ward                 Tew Cardenas LLP
Suite 2500                             15615 Alton Pkwy #175             1441 Brickell Avenue
Tampa, FL 33602-5236                   Irvine, CA 92618-7303             Suite 1500
                                                                         Miami, FL 33131-3431

Mariane L Dorris                       Elena L Escamilla                 First Commercial Ins. Corp.
Latham Shuker Eden & Beaudine LLP      United States Trustee             POB 126160
390 North Orange Avenue                135 W Central Blvd  Suite 620     Hialeah, FL 33012-1602
Suite 600                              Orlando, FL 32801-2440
Orlando, FL 32801-1684

Forge Capital Partners LLC             James E Foster                    Frank L. Amodeo
c/o Bart Valdes                        Akerman Senterfitt                3875 South Orange Ave
609 W Horatio St                       Post Office Box 231               Suite 500 -PMB 1810
Tampa FL 33606-2272                    Orlando, FL 32802-0231            Orlando, FL 32806

Fred Sandlin                           Gill R Geldreich                  Gilbert Weisman
161 Mallard Lane                       Tennessee Attorney General's Office  c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331           Post Office 20207                 POB 3001
                                       Nashville, TN 37202               Malvern PA 19355-0701

I Randall Gold                         Elizabeth A Green                 Horton Johnson
United States Attorney's Office        Latham Shuker Eden & Beaudine LLP 3211 Northglenn Drive
501 West Church Street                 390 North Orange Avenue           Orlando, FL 32806-6371
Suite 300                              Suite 600
Orlando, FL 32805-2281                 Orlando, FL 32801-1684

Humana/RMS                             Jackson Lewis                     Jeffrey Reichel
77 Hartland Street                     Attn:Anne Krupman                 c/o Gary Barnes
Suite 401                              One North Broadway                3414 Peachtree Rd #1600
East Hartford, CT 06108-3253           White Plains, NY 10601-2310       Atlanta, GA 30326-1164

Jeffrey Reichel                        Kenneth & Diane Hendricks         Gordon L Kiester
c/o Jill E. Kelso, Esquire             One ABC Parkway                   Florida Department of Revenue
Akerman Senterfitt                     Beloit, WI 53511-4466             P O Box 2299
PO Box 231                                                               Mango, FL 33550-2299
Orlando FL 32802-0231

LeClair Ryan Trust                     LexisNexis                        Mirabilis Ventures, Inc
P.O. Box 2499                          P.O. Box 7247-7090                c/o R.W.Cuthill, Jr
Richmond, VA 23218-2499                Phildelphia, PA 19170-0001        341 N. Maitland Ave #210
                                                                         Maitland, FL 32751-4771
```

| | | |
|---|---|---|
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients   42
Bypassed recipients    3
Total                 45