UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,     Case No. 6:08-bk-04327-KSJ
et al.,     Case No. 6:08-bk-04328-KSJ
    Case No. 6:08-bk-04681-KSJ

    Debtors.
_____/

**UNITED STATES' OBJECTION TO CONFIRMATION OF
JOINT AMENDED PLAN OF LIQUIDATION**

The claimant, United States of America, by and through counsel, objects to confirmation of the debtors' Joint Amended Plan of Liquidation Pursuant to 11 U.S.C. § 1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC, and AEM, Inc., as follows:

1. The Internal Revenue Service has filed a proof of claim in *Mirabilis Ventures, Inc.*, for unsecured priority taxes in the amount of $395,023.11, and a claim in *AEM, Inc.*, for unsecured priority taxes in the amount of $2,492,059.53. Those claims are not recognized or provided for in the plan, contrary to the requirements of 11 U.S.C. § 1129(a)(9)(C). *See* Plan (DE 234), Section V.

2. Proposed payments of certain administrative expenses and post-confirmation expenses is unreasonable, contrary to the requirements of 11 U.S.C. § 1129(a)(4). For example, the plan proposes to pay the Liquidating Agent the maximum allowed under 11 U.S.C. § 326(a), rather than provide for reasonable compensation as required by the statute. Plan, Section VIII.6.a.

3. The plan does not provide for payment of post-petition employment taxes estimated to be due and set forth in the Request for Payment of Internal Revenue Taxes dated August 28, 2009, contrary to the requirements of 11 U.S.C. § 1129(a)(9)(A). The debtor, Mirabilis Ventures, Inc., appears to be treating its president as an independent contractor, rather than as an employee as is required by the provisions of 26 U.S.C. § 3121(d)(1), and has failed to file required federal employment tax returns or pay required federal employment taxes.

4. The plan's provisions for relief from liability and exculpation (Sections VIII.11, 16) are unduly broad and contrary to law, in violation of the requirements of 11 U.S.C. § 1129(a)(1).

5. Certain provisions for the plan's implementation are vague or unduly prejudicial to the IRS, for example, the provisions for negating a claim upon untimely negotiation of a payment or a returned payment (Section VI.12); the plan's failure to provide regular progress reports, particularly regarding assets including potential causes of action that were subject to forfeiture to the United States but provided to the bankruptcy estate, in part, as a funding source (Section VIII.5, 6, 7) (*see* DE 101, 145 regarding compromise between debtors and United States); and only a 20-day, or no, notice period prior to approval of compromises or distributions (Section VII.7, VIII.7).

For these reasons, confirmation should be denied.

4714888.1

The United States reserves the right to raise other objections to confirmation up to the time of and during any confirmation hearing.

                                                  A. LEE BENTLEY, III
                                                  Acting United States Attorney

                                                  _s/ Carol Koehler Ide_
                                                  CAROL KOEHLER IDE
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  P.O. Box 14198, Ben Franklin Station
                                                  Washington, D.C. 20044
                                                  Telephone: (202) 514-5887
                                                  Telefax: (202) 514-9868
                                                  E-mail: Carol.Koehler.Ide@usdoj.gov

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on October 9, 2009, I electronically filed the foregoing United States' Objection to Confirmation of Joint Amended Plan of Liquidation with the Clerk of the Court by using the CM/ECF system, which will send notice to –

R. Scott Shuker
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
*Attorneys for Debtors*

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806
*United States Trustee*

I. Randall Gold
Office of the United States Attorney
501 W. Church St., Suite 300
Orlando, FL 32805
*Intervenor*

and that I served a copy by first class mail to –

Mirabilis Ventures, Inc.
c/o/ R.W. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751
*Debtor*

    s/ Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5887
Telefax: (202) 514-9868
E-mail: Carol.Koehler.Ide@usdoj.gov