# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                            **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.**        **CHAPTER 11**

             **Debtor.**

_____/    **Confirmation Hearing set for Friday, October 16, 2009 at 10:00 a.m.**

## SUMMARY OF SECOND SUPPLEMENT TO FINAL APPLICATION OF R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $72,220.50 AND REIMBURSEMENT OF EXPENSES i/a/o $2,559.57

| | |
|---|---|
| **Applicant's Name:** | **Latham, Shuker, Eden & Beaudine, LLP** |
| **Applicant's Address:** | **390 N. Orange Ave., Ste. 600**<br>**Orlando, FL 32801** |
| **Role of Applicant:** | **Counsel for the Debtor-in-Possession** |
| **Certifying Professional:** | **R. Scott Shuker** |
| **Date Petition Filed:** | **May 27, 2008** |
| **Date of Order Authorizing Employment** *nunc pro tunc* **to:** | **September 17, 2008**<br>*nunc pro tunc* **to May 27, 2008** |
| **Date of Services Rendered:** | **September 1, 2009 to October 9, 2009** |
| **Gross Amount of Professional Fees for Application Period:** | **$72,220.50** |
| **Gross Amount of Disbursements and Expenses for Application Period:** | **$2,559.57** |
| **TOTAL GROSS AMOUNT REQUESTED THIS SUPPLEMENTAL APPLICATION:** | **$74,780.07** |
| **FINAL FEE APPLICATION, Doc No. 247; FIRST SUPPLEMENTAL, Doc No. 293** | $525,431.21/$26,966.15<br>(less retainer of $87,028.82)<br>(Total retainer received: $100,219.50 shared with Hoth Holdings; 08-4328 and AEM; 08-4681) |
| **TOTAL ALL REQUESTS FOR AWARD FOR FEES AND DISBURSEMENTS:** | **$627,177.43** |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.**

**CHAPTER 11**

Debtor.

_____/

**Confirmation Hearing set for Friday, October 16, 2009 at 10:00 a.m.**

## SECOND SUPPLEMENT TO FINAL APPLICATION OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $72,220.50 REIMBURSEMENT OF EXPENSES i/a/o $2,559.57, AND ESTIMATED FEES AND EXPENSES i/a/o $40,000.00

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**, ("Applicant"), as counsel for

Mirabilis Ventures, Inc. ("Mirabilis" or "Debtor"), hereby submits its second supplemental

application ("Supplemental Application") for an award of compensation for services for actual

fees in the amount of $72,220.50 and reimbursement of actual expenses in the amount of

$2,559.57 incurred from September 1, 2009 through October 9, 2009 ("Supplemental Period"),

subsequent to the filing of the Final Application, filed on August 19, 2009 (Doc No. 247) and the

First Supplemental Application, filed on September 16, 2009 (Doc No. 293), for a total request

for the Supplemental Application of $74,780.07. In support thereof, Applicant states as follows:

      1.    The combined totals for all fees incurred to date in this case for Applicant are set

forth below:

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Fees 2d Supp | Hrs | Total Fees | Total Hours |
|---|---|---|---|---|---|---|---|---|
| General Representation (001) | $ 178,626.00 | 664.0 | $ 7,416.00 | 22.6 | $ 1,971.00 | 8.1 | $ 188,013.00 | 694.7 |
| Schedules (002) | $ 5,262.00 | 33.0 | $ 0.00 | 0.0 | $ 84.00 | 0.6 | $ 5,346.00 | 33.6 |
| Professional Retention (004) | $ 17,833.50 | 77.0 | $ 4,208.00 | 29.5 | $ 3,066.00 | 21.9 | $ 25,107.50 | 128.4 |

| Matter | Fees Fnl App | Hrs | Fees 1st Supp | Hrs | Fees 2d Supp | Hrs | Total Fees | Total Hours |
|---|---|---|---|---|---|---|---|---|
| Plan of Reorganization (005) | $ 13,272.00 | 56.0 | $ 1,578.00 | 5.7 | $ 10,107.00 | 34.6 | $ 24,957.00 | 96.3 |
| Claims (006) | $ 4,449.50 | 22.2 | $ 2,222.00 | 10.1 | $ 27,144.00 | 133.9 | $ 33,815.50 | 166.2 |
| Secured Creditors (007) | $ 2,457.50 | 6.7 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 2,457.50 | 6.7 |
| Adversary Matters (008) | $ 70,402.50 | 204.0 | $ 1,190.00 | 4.1 | $ 4,667.00 | 17.6 | $ 76,259.50 | 225.7 |
| Asset Sales (010) | $ 1,619.50 | 6.5 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 1,619.50 | 6.5 |
| WinPar Hospitality Litigation(014) | $ 25,595.00 | 85.4 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 25,595.00 | 85.4 |
| USA Motion to Dismiss Litigation(015) | $ 60,198.50 | 130.5 | $ 800.00 | 2.0 | $ 413.00 | 1.4 | $ 61,411.50 | 133.9 |
| Mirabilis v. Berman Litigation(016) | $ 35,302.50 | 128.2 | $ 0.00 | 0.0 | $ 3,433.50 | 11.5 | $ 38,736.00 | 139.7 |
| Mirabilis v. Rachlin Litigation(017) | $ 17,330.00 | 66.4 | $ 4,316.00 | 18.2 | $ 4,215.00 | 13.5 | $ 25,861.00 | 98.1 |
| Mirabilis v. Buchanan Litigation(018) | $ 51,561.00 | 200.2 | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 51,561.00 | 200.2 |
| Mirabilis v. Moore Litigation(019) | $ 26,056.00 | 97.9 | $ 110.00 | .5 | $ 5,672.00 | 18.8 | $ 31,838.00 | 117.2 |
| Appeal (Dismissal Order) | $ 0.00 | 0.0 | $ 0.00 | 0.0 | $ 11,448.00 | 39.0 | $ 11,448.00 | 39.0 |
| **TOTALS** | **$ 509,965.50** | **1778.0** | **$ 21,840.00** | **92.7** | **$ 72,220.50** | **300.9** | **$ 604,026.00** | **2171.6** |

2.     The continuing professional services rendered on behalf of the Debtor during the Supplemental Period for which an award of compensation is sought by Applicant involve the rendering of bankruptcy advice in the following areas of representation:

| Matter | Fees Incurred | Total Hours |
|---|---|---|
| General Representation (001) | $1,971.00 | 8.1 |
| Schedules (002) | $84.00 | .6 |
| Professional Retention (004) | $3,066.00 | 21.9 |

3

| **Matter** | **Fees Incurred** | **Total Hours** |
|---|---|---|
| Plan of Reorganization (005) | $10,107.00 | 34.6 |
| Claims (006) | $27,144.00 | 133.9 |
| Adversary Matters (008) | $4,667.00 | 17.6 |
| Motion to Dismiss (015) | $413.00 | 1.4 |
| Berman Adversary Litigation (016) | $3,433.50 | 11.5 |
| Rachlin Adversary Litigation (017) | $4,215.00 | 13.5 |
| Moore Adversary Litigation (019) | $5,672.00 | 18.8 |
| Appeal (Dismissal Order) (020) | $11,448.00 | 39.0 |
| TOTALS | $72,220.50 | 300.9 |

3.      The majority of the services provided by Applicant during the Supplemental Period dealt with:

      a.      Review of issues related to Forge and Rachline creditors appeals, drafting of objection to appeals, and designation of items on appeal regarding each;

      b.      Preparation of fee applications for professionals;

      c.      Preparation of amendment to plan of reorganization;

      d.      Review of claims and preparation of objections to certain claims;

      e.      Negotiate settlement of Hendricks claim;

      e.      Continued prosecution of related adversary proceedings; and

      f.      Attendance at related hearings.

4.      Attached hereto as **Exhibit A** is a table summarizing the name of the professional or paraprofessional, hourly rate, number of hours, and total fees incurred for each professional or paraprofessional, broken down for each of the areas of representation which are described in the Supplemental Application.

5.     Attached to this Supplemental Application filed with the Court as **Exhibit B,** is a detailed breakdown of the time entries for each of the professionals providing services during the Supplemental Period.

6.     Applicant also requests approval for reimbursement of expenses for the Supplemental Period in the amount of $2,559.57, as more particularly described in **Exhibit C.**

7.     Attached to this Supplemental Application filed with the Court as **Exhibit D** is the affidavit of R. Scott Shuker in support of the Supplemental Application of Latham, Shuker, Eden & Beaudine, LLP, for award of fees and expenses.

8.     The total fees and expenses incurred for the Supplemental Period in the amount of $74,780.07 are over the noticed amount by $34,780.07.

**WHEREFORE**, Latham, Shuker, Eden & Beaudine, LLP, requests that it be awarded compensation for services for the Supplemental Period of $72,220.50, reimbursement of expenses of $2,559.57, for a total award for fees and expenses for the Supplemental Period of $74,780.07; and for such other and further relief as is appropriate in the circumstances.

**RESPECTFULLY SUBMITTED** this 14th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida  32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtor

In re:                                                    CASE NO.  6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                    CHAPTER 11

Debtor.
_____/

### Certificate of Service

**I HEREBY CERTIFY** that a true copy of the Second Supplement to the Final Application of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, for Award of Attorneys' Fees and Expenses has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original of this motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 14th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Oct  9 12:01:20 EDT 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45

## EXHIBIT A

In Re: Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

### General Representation - 001

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| R. Scott Shuker | .5 | 425 | $ | 212.50 |
| Bruce D. Knapp | 1.3 | 340 | $ | 442.00 |
| Mariane L. Dorris | 2.4 | 295 | $ | 708.00 |
| Chirag B. Kabrawala | .5 | 210 | $ | 105.00 |
| Jonathan A. Stimler | 1.1 | 200 | $ | 220.00 |
| Diane L. Crivello | 1.2 | 140 | $ | 168.00 |
| Gina L. Binkley | 1.1 | 105 | $ | 115.50 |
| **TOTAL** | **8.1** | | $ | **1,971.00** |

### Schedules -002

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Diane L. Crivello | .6 | 140 | $ | 84.00 |
| **TOTAL** | **.6** | | $ | **84.00** |

### Professional Retention - 004

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Diane L. Crivello | 21.9 | 140 | $ | 3,066.00 |
| **TOTAL** | **21.9** | | $ | **3,066.00** |

## Plan & Disclosure - 005

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| R. Scott Shuker | 16.4 | 425 | $ | 6,970.00 |
| Mariane L. Dorris | 3.8 | 295 | $ | 1,121.00 |
| Diane L. Crivello | 14.4 | 140 | $ | 2,016.00 |
| **TOTAL** | **34.6** | | **$** | **10,107.00** |

## Claims - 006

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| R. Scott Shuker | 6.7 | 425 | $ | 2,847.50 |
| Mariane L. Dorris | 1.1 | 295 | $ | 324.50 |
| Justin M. Luna | 29.6 | 220 | $ | 6,512.00 |
| Chirag B. Kabrawala | 6.4 | 210 | $ | 1,344.00 |
| Victoria I. Minks | 77.2 | 190 | $ | 14,668.00 |
| Diane L. Crivello | 2.1 | 140 | $ | 294.00 |
| Brenda L. Jennings | .8 | 130 | $ | 104.00 |
| Tracey Young | 10.0 | 105 | $ | 1,050.00 |
| **TOTAL** | **133.9** | | **$** | **27,144.00** |

## Adversary Matters - 008

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Mariane L. Dorris | 10.6 | 295 | $ | 3,127.00 |
| Justin M. Luna | 7.0 | 220 | $ | 1,540.00 |
| **TOTAL** | **17.6** | | **$** | **4,667.00** |

## Motion to Dismiss - 015

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Mariane L. Dorris | 1.4 | 295 | $ | 413.00 |
| **TOTAL** | **1.4** | | $ | **413.00** |

## Berman Adversary - 016

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| R. Scott Shuker | 3.2 | 425 | $ | 1,360.00 |
| Mariane L. Dorris | 3.3 | 295 | $ | 973.50 |
| Justin M. Luna | 5.0 | 220 | $ | 1,100.00 |
| **TOTAL** | **11.5** | | $ | **3,433.50** |

## Rachlin Adversary Litigation - 017

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| R. Scott Shuker | 3.4 | 425 | $ | 1,445.00 |
| Jennifer Eden | 3.2 | 300 | $ | 960.00 |
| Mariane L. Dorris | 3.9 | 295 | $ | 1,150.00 |
| Justin M. Luna | 3.0 | 220 | $ | 660.00 |
| **TOTAL** | **13.5** | | $ | **4,215.00** |

## Moore Adversary Litigation - 019

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| R. Scott Shuker | 2.7 | 425 | $ | 1,147.50 |
| Mariane L. Dorris | 13.1 | 295 | $ | 3,864.50 |
| Justin M. Luna | 3.0 | 220 | $ | 660.00 |
| **TOTAL** | **18.8** | | $ | **5,672.00** |

## **Appeal (Dismissal Order) - 020**

| Timekeeper | Total Hours | Rate | | Total |
|---|---|---|---|---|
| Mariane L. Dorris | 38.7 | 295 | $ | 11,416.50 |
| Teresa A. Neufeld | .3 | 105 | $ | 31.50 |
| **TOTAL** | **39.0** | | **$** | **11,448.00** |

## **EXHIBIT B**

In Re:  Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

## **TIME RECORDS**

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-001

Mirabilis Ventures, Inc.

Invoice # 48592

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/2009 | CBK | Conference with J. Luna regarding independent contractor v. employee under Federal Income Tax law. | 0.50 hr | $105.00 |
| 09/10/2009 | BDK | Review emails and memo regarding independent contractor; conference with C. Kabrawala regarding same. | 1.30 hr | $442.00 |
| 09/17/2009 | JAS | Review issue regarding status of approval of compromise with Bankruptcy Court. | 0.10 hr | $20.00 |
| 09/18/2009 | JAS | Review issue regarding status of Bankruptcy Court approval of settlement agreement. | 0.20 hr | $40.00 |
| 09/21/2009 | RSS | Outline to do re: Case Admin. | 0.50 hr | $212.50 |
| 09/24/2009 | MLD | Review correspondence and attachments regarding Fifth Third Bank. | 0.30 hr | $88.50 |
| 09/27/2009 | MLD | Review case law regarding review of orders denying motion to dismiss. | 2.10 hr | $619.50 |
| 09/29/2009 | glb | Email communications from CSC regarding deadline for renewing Business License(s) in Nevada and deadline for Annual List to be filed; research Nevada Division of Corporations and calculated annual fees due; memorandum regarding same to Attorney Shuker for directives. | 0.50 hr | $52.50 |

Total Professional Services: *$1,580.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 09/30/2009 | Postage Expense | $315.47 |
| 09/30/2009 | Photocopying Expense | $1,911.60 |
| 09/30/2009 | Telephone Expense | $0.09 |

Total Disbursements Incurred: *$2,227.16*

October 13, 2009

Matter ID: 6450-001

Invoice # 48592

Federal ID # 59-3366512

### *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| RSS | $425.00 | 0.50 | $212.50 |
| MLD | $295.00 | 2.40 | $708.00 |
| BDK | $340.00 | 1.30 | $442.00 |
| glb | $105.00 | 0.50 | $52.50 |
| CBK | $210.00 | 0.50 | $105.00 |
| JAS | $200.00 | 0.30 | $60.00 |

|  |  |  |
|---|---|---|
| For Professional Services: | *5.50* Hours | *$1,580.00* |
| For Disbursements Incurred: |  | *$2,227.16* |
| New Charges this Invoice: |  | *$3,807.16* |
| Previous Balance: |  | *$151,367.24* |
| Less Payment and Credits Received: |  | *$0.00* |
| Outstanding Balance: |  | *$151,367.24* |
| Plus New Charges this Invoice: |  | *$3,807.16* |
| **Total Due:** |  | **$155,174.40** |

Billed Through. September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-001
Mirabilis Ventures, Inc.

Invoice # 48610
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/01/2009 | dlc | Research RW Cuthill employment provisions; review with RS Shuker. | 0.80 hr | $112.00 |
| 10/05/2009 | JAS | Review issue regarding status of Motion to Approve Settlement Agreement with the Bankruptcy Court, client approval of same settlement agreement and related issues; telephone conference with G. Barnes regarding same--left message; review latest version of settlement agreement and Compromise Motion in Bankruptcy matter. | 0.80 hr | $160.00 |
| 10/05/2009 | glb | Follow-up emails with Attorney Shuker regarding business license and annual report for Mirabilis in Nevada. | 0.10 hr | $10.50 |
| 10/08/2009 | dlc | Correspondence from/to RW Cuthill re service information; research same. | 0.40 hr | $56.00 |
| 10/08/2009 | glb | Detailed email to B. Cuthill regarding new procedures for business licenses, deadline for Annual List in Nevada; confirmation of officers; email from B. Cuthill regarding change of Director and confirmation hearing; meeting with D. Crivello regarding same. | 0.50 hr | $52.50 |

Total Professional Services: *$391.00*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $140.00 | 1.20 | $168.00 |
| glb | $105.00 | 0.60 | $63.00 |
| JAS | $200.00 | 0.80 | $160.00 |

October 13, 2009

Matter ID: 6450-001

Invoice # 48610

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | 2.60 Hours | $391.00 |
| New Charges this Invoice: | | $391.00 |
| Previous Balance: | | $155,174.40 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $155,174.40 |
| Plus New Charges this Invoice: | | $391.00 |
| **Total Due:** | | **$155,565.40** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-002
Schedules

Invoice # 48593
Federal ID # 59-3366512

**For Professional Services Rendered:**

| 09/04/2009 | dlc | Draft corrected certificate of service re schedule amendment. | 0.30 hr | $42.00 |
| 09/08/2009 | dlc | File corrected certificate of service re Schedule F amendment, filed June 3, 2009. | 0.30 hr | $42.00 |
| | | Total Professional Services: | | $84.00 |

## **INVOICE SUMMARY**

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 0.60 | $84.00 |

| For Professional Services: | *0.60* Hours | $84.00 |
|---|---|---|
| New Charges this Invoice: | | $84.00 |
| Previous Balance: | | $1,748.70 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $1,748.70 |
| Plus New Charges this Invoice: | | $84.00 |
| **Total Due:** | | **$1,832.70** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *I N V O I C E*

Matter ID: 6450-004
Professional

Invoice # 48594
Federal ID # 59-3366512

## For Professional Services Rendered:

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/2009 | dlc | Receipt and initial review of August invoices for Baldwin & Co. | 0.20 hr | $28.00 |
| 09/09/2009 | dlc | Review issues related to preparation of supplemental fee applications for all professionals. | 0.30 hr | $42.00 |
| 09/10/2009 | dlc | Draft Baldwin & Co supplemental fee application. | 0.90 hr | $126.00 |
| 09/10/2009 | dlc | Receipt and review of updated estimated time from M Gartner; revise fee application and correspondence to M Gartner re review and execution. | 0.40 hr | $56.00 |
| 09/14/2009 | dlc | Review with RW Cuthill status of supplemental fee applications. | 0.30 hr | $42.00 |
| 09/15/2009 | dlc | Review and revise LSEB fee application. | 0.80 hr | $112.00 |
| 09/15/2009 | dlc | Work on preparation of LSEB supplemental fee application. | 1.40 hr | $196.00 |
| 09/16/2009 | dlc | Review with EA Green status of fee applications. | 0.40 hr | $56.00 |
| 09/16/2009 | dlc | Finalize LSEB fee apps for filing. | 1.20 hr | $168.00 |
| 09/16/2009 | dlc | Review and revise Baldwin & Co fee apps for filing. | 0.60 hr | $84.00 |
| 09/16/2009 | dlc | Draft addendum to Yoakum estimated fees. | 0.80 hr | $112.00 |
| 09/16/2009 | dlc | Draft addendum to KPMG estimated fees and costs. | 0.60 hr | $84.00 |
| 09/16/2009 | dlc | Review LSEB, Baldwin, Yoakum and KPMG supplement fee apps with EA Green; prepare for filing. | 1.10 hr | $154.00 |
| 09/17/2009 | dlc | Draft notices of hearing on supplemental fee applications for LSEB, Baldwin, Yoakum and KPMG for Mirabilis, AEM and Hoth; file and serve same. | 1.90 hr | $266.00 |
| 09/18/2009 | dlc | Correspondence to L Smith and J Cellucci re update on estimated fees. | 0.20 hr | $28.00 |
| 09/18/2009 | dlc | Correspondence to/from L Barrett re additional estimated time through confirmation. | 0.30 hr | $42.00 |
| 09/21/2009 | dlc | Review Barrett supplemental invoices. | 0.30 hr | $42.00 |
| 09/22/2009 | dlc | Draft notice of substitution of counsel in main case and all adversaries; file and serve same. | 2.10 hr | $294.00 |
| 09/23/2009 | dlc | Research status of adversary cases and draft notices of substitution of lead counsel in all three District Court cases; file and serve same. | 2.10 hr | $294.00 |
| 09/23/2009 | dlc | Draft R L Barrett supplemental fee application and affidavit; correspondence to RL Barrett re review and execution. | 0.80 hr | $112.00 |

October 13, 2009

Matter ID: 6450-004

Invoice # 48594

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 09/23/2009 | dlc | Draft substitutions of counsel for District Court cases and file same. | 1.60 hr | $224.00 |
| 09/24/2009 | dlc | Receipt and review of Barrett executed supplemental fee applications. | 0.30 hr | $42.00 |
| 09/28/2009 | dlc | Final preparation of Barrett and Cellucci supplemental fee apps for filing and draft notice of hearing. | 0.60 hr | $84.00 |
| 09/28/2009 | dlc | Organize fee applications and work on spreadsheet re same. | 1.10 hr | $154.00 |
| 09/28/2009 | dlc | File Barrett supplemental application and notice of hearing re same. | 0.50 hr | $70.00 |
| 09/29/2009 | dlc | Review and update professional fee spreadsheet. | 0.90 hr | $126.00 |

Total Professional Services: *$3,038.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| dlc | $140.00 | 21.70 | $3,038.00 |

For Professional Services: *21.70* Hours *$3,038.00*

New Charges this Invoice: *$3,038.00*

Previous Balance: *$19,270.85*

Less Payment and Credits Received: *$0.00*

Outstanding Balance: *$19,270.85*

Plus New Charges this Invoice: *$3,038.00*

**Total Due:** **$22,308.85**

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-004
Professional

Invoice # 48611
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/08/2009 | dlc | Correspondence from/to RW Cuthill re status of fee applications. | 0.20 hr | $28.00 |
| | | Total Professional Services: | | $28.00 |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| dlc | $140.00 | 0.20 | $28.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | 0.20 Hours | | $28.00 |
| New Charges this Invoice: | | | $28.00 |
| Previous Balance: | | | $22,308.85 |
| Less Payment and Credits Received: | | | $0.00 |
| Outstanding Balance: | | | $22,308.85 |
| Plus New Charges this Invoice: | | | $28.00 |
| **Total Due:** | | | $22,336.85 |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-005

Plan of Reorganization

Invoice # 48595

Federal ID # 59-3366512

## For Professional Services Rendered:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/2009 | dlc | Receipt and review of amended order scheduling confirmation; calculate due dates and calendar same. | 0.50 hr | $70.00 |
| 09/15/2009 | dlc | Review to/do items for confirmation. | 0.60 hr | $84.00 |
| 09/17/2009 | dlc | Review and organize confirmation documents, compromises, research ballots filed and related orders for Mirabilis, Hoth and AEM. | 2.60 hr | $364.00 |
| 09/17/2009 | MLD | Review amended plan and disclosure statement. | 1.60 hr | $472.00 |
| 09/17/2009 | MLD | Review issues regarding confirmation. | 0.50 hr | $147.50 |
| 09/17/2009 | dlc | Continue review, organization and preparation of pleadings for confirmation. | 0.80 hr | $112.00 |
| 09/17/2009 | RSS | Review Disclosure Statement. | 0.80 hr | $340.00 |
| 09/17/2009 | RSS | Review Plan. | 0.60 hr | $255.00 |
| 09/18/2009 | dlc | Telephone call to case manager re additional ballot filings. | 0.20 hr | $28.00 |
| 09/18/2009 | dlc | Work on review of confirmation-related documents, including objections and claim objections. | 2.40 hr | $336.00 |
| 09/18/2009 | dlc | Prepare fee chart for confirmation. | 2.10 hr | $294.00 |
| 09/18/2009 | MLD | Review issues regarding confirmation. | 0.60 hr | $177.00 |
| 09/20/2009 | RSS | Review Plan / Disclosure Statement. | 1.50 hr | $637.50 |
| 09/20/2009 | RSS | Outline issues re: Confirmation. | 0.90 hr | $382.50 |
| 09/21/2009 | dlc | Telephone conference with case manager re status of ballot filings. | 0.20 hr | $28.00 |
| 09/21/2009 | dlc | Meet with RW Cuthill, RS Shuker and JM Luna to review confirmation status and to/do items, claims objections, etc. | 0.60 hr | $84.00 |
| 09/21/2009 | RSS | Office conference re: Plan / DS. | 0.80 hr | $340.00 |
| 09/22/2009 | RSS | Correspond re: Hendricks. | 0.30 hr | $127.50 |
| 09/22/2009 | RSS | Telephone call with C. Carlson re: Hendricks. | 0.30 hr | $127.50 |
| 09/22/2009 | RSS | Review to do re: Plan. | 0.80 hr | $340.00 |
| 09/22/2009 | RSS | Review IRS / Plan issues. | 0.50 hr | $212.50 |
| 09/23/2009 | RSS | Review Plan issues. | 0.50 hr | $212.50 |

October 13, 2009

Matter ID: 6450-005

Invoice # 48595

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 09/30/2009 | RSS | Outline to do re: Confirmation. | 0.80 hr | $340.00 |
| 09/30/2009 | RSS | Review IRS issues. | 0.60 hr | $255.00 |
| 09/30/2009 | MLD | Review confirmation issues. | 1.10 hr | $324.50 |

Total Professional Services: *$6,091.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| RSS | $425.00 | 8.40 | $3,570.00 |
| dlc | $140.00 | 10.00 | $1,400.00 |
| MLD | $295.00 | 3.80 | $1,121.00 |

| | | |
|---|---|---|
| For Professional Services: | *22.20* Hours | *$6,091.00* |
| New Charges this Invoice: | | *$6,091.00* |
| Previous Balance: | | *$14,812.20* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$14,812.20* |
| Plus New Charges this Invoice: | | *$6,091.00* |
| **Total Due:** | | **$20,903.20** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-005

Plan of Reorganization

Invoice # 48612

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/2009 | RSS | Prepare for meeting with R. Gold re: Confirmation. | 0.90 hr | $382.50 |
| 10/02/2009 | RSS | Office conference with R. Cuthill, R. Gold & M. Dorris re: Confirmation. | 1.60 hr | $680.00 |
| 10/02/2009 | RSS | Correspond to R. Gold re: Confirmation. | 0.80 hr | $340.00 |
| 10/08/2009 | RSS | Correspond re: Plan. | 0.40 hr | $170.00 |
| 10/08/2009 | RSS | Outline to do re: Plan. | 0.90 hr | $382.50 |
| 10/08/2009 | RSS | Correspond re: IRS issues. | 0.70 hr | $297.50 |
| 10/09/2009 | RSS | Correspond with IRS re: Plan. | 0.80 hr | $340.00 |
| 10/09/2009 | RSS | Office conference with B. Cuthill re: Plan. | 0.90 hr | $382.50 |
| 10/09/2009 | RSS | Outline to do re: Confirmation. | 0.70 hr | $297.50 |
| 10/10/2009 | RSS | Review issues re: IRS. | 0.30 hr | $127.50 |
| 10/12/2009 | dlc | Draft confirmation affidavit; review plan and disclosure statement and addendum re provisions for confirmation. | 3.20 hr | $448.00 |
| 10/12/2009 | dlc | Draft ballot tabulation. | 0.90 hr | $126.00 |
| 10/12/2009 | dlc | Telephone conference with courtroom deputy re confirmation issues. | 0.30 hr | $42.00 |

Total Professional Services: *$4,016.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| RSS | $425.00 | 8.00 | $3,400.00 |
| dlc | $140.00 | 4.40 | $616.00 |

October 13, 2009

Matter ID: 6450-005

Invoice # 48612

Federal ID # 59-3366512

| | | |
|---|---|---:|
| For Professional Services: | 12.40 Hours | $4,016.00 |
| New Charges this Invoice: | | $4,016.00 |
| Previous Balance: | | $20,903.20 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $20,903.20 |
| Plus New Charges this Invoice: | | $4,016.00 |
| **Total Due:** | | **$24,919.20** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

Matter ID: 6450-006
Claims

Invoice # 48596
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Init. | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/02/2009 | JML | Finalize objections to claims. | 1.00 hr | $220.00 |
| 09/04/2009 | BJ | Service issues re: objections to claims. | 0.80 hr | $104.00 |
| 09/08/2009 | dlc | Review and revise Objection to Hendricks and AQMI claims; file and serve same. | 1.40 hr | $196.00 |
| 09/09/2009 | dlc | Review service of corrected claims objections. | 0.40 hr | $56.00 |
| 09/10/2009 | JML | Review and analyze claims of IRS. | 1.50 hr | $330.00 |
| 09/10/2009 | JML | Analyze and consider case law regarding whether employee/employer relationship vs. ind. contractor relationship for purposes of evaluating IRS claim validity. | 1.50 hr | $330.00 |
| 09/10/2009 | VIM | Research regarding determination of time frame for negative notice for claims objections | 1.10 hr | $209.00 |
| 09/10/2009 | dlc | Review IRS administrative claims with EA GReen and JM Luna. | 0.30 hr | $42.00 |
| 09/11/2009 | JML | Finalize and file claims objections to all secured claims | 3.50 hr | $770.00 |
| 09/17/2009 | JML | Discuss IRS claims objections with R.Shuker. | 0.50 hr | $110.00 |
| 09/17/2009 | RSS | Review Objections. | 0.90 hr | $382.50 |
| 09/18/2009 | VIM | Review Settlement Agreement; Draft Motion to Approve proposed settlement for Reichel | 2.70 hr | $513.00 |
| 09/21/2009 | tay | Pull and organize proof of claims subject to objection; Prepare chart on specific objections | 2.00 hr | $210.00 |
| 09/21/2009 | RSS | Office conference re: Objection. | 0.70 hr | $297.50 |
| 09/22/2009 | JML | Discuss claims objections with R.Shuker and V.Minks. | 1.00 hr | $220.00 |
| 09/23/2009 | JML | Began drafting claims objections for IRS claim. | 1.00 hr | $220.00 |
| 09/23/2009 | JML | Discuss issues regarding claims objections with R. Cuthill and V.Minks. | 1.00 hr | $220.00 |
| 09/23/2009 | RSS | Correspond re: Hendricks. | 0.40 hr | $170.00 |
| 09/23/2009 | RSS | Telephoen call with R. Carlson re: Hendricks. | 0.40 hr | $170.00 |
| 09/23/2009 | VIM | Phone conference with Bill Cuthill regarding objection to claims for Mirabilis | 0.70 hr | $133.00 |
| 09/23/2009 | MLD | Review correspondence from Charles Carlson regarding Hendrick claim. | 0.40 hr | $118.00 |
| 09/23/2009 | MLD | Review issues regarding Hendrick claim and settlement. | 0.30 hr | $88.50 |

October 13, 2009

Matter ID: 6450-006

Invoice # 48596

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/24/2009 | JML | Analyze and consider various claims and prepare claims objections regarding same. | 2.00 hr | $440.00 |
| 09/24/2009 | RSS | Telephone call with B. Cuthill re: IRS. | 0.30 hr | $127.50 |
| 09/24/2009 | RSS | Review Hendricks issues. | 0.60 hr | $255.00 |
| 09/24/2009 | VIM | Outline and research provisions; Draft Settlement Agreement between Mirabilis and Hendericks | 2.20 hr | $418.00 |
| 09/24/2009 | VIM | Draft Motion for Approval of Compromise regarding Mirabilis and Hendericks | 2.30 hr | $437.00 |
| 09/24/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Buchanan, Ingersoll & Rodney, Claim No. 1 | 2.40 hr | $456.00 |
| 09/24/2009 | MLD | Review issues regarding claim objections. | 0.40 hr | $118.00 |
| 09/25/2009 | CBK | Research regarding Independent Contractor v. Employee status as it relates to an officer of a corporation. | 6.40 hr | $1,344.00 |
| 09/25/2009 | VIM | Edit Settlement Agreement and Motion for Approval of Compromise between Mirabilis and Hendericks | 0.60 hr | $114.00 |
| 09/25/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for IRS, Claim No. 2 | 2.00 hr | $380.00 |
| 09/25/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Paul Glover, Claim No. 5 | 1.90 hr | $361.00 |
| 09/25/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Paul Glover, Claim No. 6 | 1.80 hr | $342.00 |
| 09/28/2009 | RSS | Review claim objections. | 0.70 hr | $297.50 |
| 09/28/2009 | RSS | Revise Hendricks settlement. | 0.80 hr | $340.00 |
| 09/28/2009 | VIM | Incorporate additional edits to Settlement Agreement between Mirabilis and Hendericks | 0.50 hr | $95.00 |
| 09/28/2009 | VIM | Telephone conference with Bill Cuthill regaridng newly filed claims and objections thereto | 0.60 hr | $114.00 |
| 09/28/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Wellington Capital Group, Inc. | 1.20 hr | $228.00 |
| 09/28/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Professional Benefits Solutions, Inc. | 1.30 hr | $247.00 |
| 09/29/2009 | JML | Further prepare objections to claims. | 2.00 hr | $440.00 |
| 09/29/2009 | VIM | Edit Claim Objection for Buchanan, Ingersoll & Rodney | 0.60 hr | $114.00 |
| 09/29/2009 | VIM | Edit Claim Objection for IRS | 0.50 hr | $95.00 |
| 09/29/2009 | VIM | Edit Claim Objection for Paul Glover | 0.50 hr | $95.00 |
| 09/29/2009 | VIM | Edit Claim Objection for Paul Glover (No. 6) | 0.70 hr | $133.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Titantium Technologies | 0.70 hr | $133.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Tennessee Department of Labor and Workforce | 0.70 hr | $133.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Corporate Personnel Network, Inc. | 0.90 hr | $171.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, | 0.80 hr | $152.00 |

Invoice # 48596

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| | | objection and requested relief for claim objection for Forge Capital Partners, LLC | | |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Argent BD, LLC | 0.80 hr | $152.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Atlantic American Capital Group | 0.80 hr | $152.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for William G. West, Trustee for Southwest Doctors | 0.60 hr | $114.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for James Pitts, Secure Solutions, LLC | 0.90 hr | $171.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for George Stuart | 0.60 hr | $114.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for UHY Advisors, Inc. | 0.70 hr | $133.00 |
| 09/29/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for William G. West, Trustee for Southwest Doctors (Claim No. 30) | 0.70 hr | $133.00 |
| 09/30/2009 | JML | Continue drafting claims objections for RKT Constructors and other related claimants | 2.00 hr | $440.00 |
| 09/30/2009 | VIM | Research, outline and draft applicable procedural and factual background, objection and requested relief for claim objection for Reichel, Claim No. 24 | 2.50 hr | $475.00 |

Total Professional Services: *$14,573.50*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| RSS | $425.00 | 4.80 | $2,040.00 |
| dlc | $140.00 | 2.10 | $294.00 |
| MLD | $295.00 | 1.10 | $324.50 |
| CBK | $210.00 | 6.40 | $1,344.00 |
| BJ | $130.00 | 0.80 | $104.00 |
| JML | $220.00 | 17.00 | $3,740.00 |
| tay | $105.00 | 2.00 | $210.00 |
| VIM | $190.00 | 34.30 | $6,517.00 |

October 13, 2009

Matter ID: 6450-006

Invoice # 48596

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *68.50* Hours | $14,573.50 |
| New Charges this Invoice: | | $14,573.50 |
| Previous Balance: | | $5,902.87 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $5,902.87 |
| Plus New Charges this Invoice: | | $14,573.50 |
| **Total Due:** | | **$20,476.37** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-006
Claims

Invoice # 48613

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/2009 | VIM | Research, outline and prepare draft of procedural, factual background, objection and requested relief for Objection to Claim No. 27; Contact creditor for exhibits that would have been filed as amendments to Claim; Send email correspondence to B. Cuthill regarding settlement offer | 2.70 hr | $513.00 |
| 10/01/2009 | VIM | Research, outline and draft procedural and factural background, objection and requested relief for Objection to Claim No. 31 | 2.30 hr | $437.00 |
| 10/01/2009 | VIM | Research, outline and draft procedural and factural background, objection and requested relief for Objection to Claim No. 30 | 2.20 hr | $418.00 |
| 10/01/2009 | VIM | Edit and revise drafts for Objections to Claim Nos. 1, 2, 5, 6, 13, 14, 15, 17-2, 19, 21, 22 23, 25, 26, 28, 29, 30 and 38 | 2.60 hr | $494.00 |
| 10/01/2009 | JML | Continue to analyze and consider claims for purposes of claims objections. | 3.90 hr | $858.00 |
| 10/02/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 31 | 3.10 hr | $589.00 |
| 10/02/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 32 | 1.10 hr | $209.00 |
| 10/02/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 33 | 1.00 hr | $190.00 |
| 10/02/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 34 | 2.00 hr | $380.00 |
| 10/02/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 35 | 2.20 hr | $418.00 |
| 10/02/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 37 | 2.10 hr | $399.00 |
| 10/02/2009 | JML | Review and analyze claims objections. | 2.00 hr | $440.00 |
| 10/02/2009 | JML | Analyze and consider case law regarding consideration of personal gurantee for objection to claim. | 1.00 hr | $220.00 |
| 10/04/2009 | JML | Further edit claims objections. | 0.70 hr | $1.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 39 | 0.50 hr | $95.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 40 | 0.60 hr | $114.00 |

*Page 1*

October 13, 2009

Matter ID: 6450-006

Invoice # 48613

Federal ID # 59-3366512

**For Professional Services Rendered:**

| | | | | |
|---|---|---|---|---|
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 41 | 0.70 hr | $133.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 42 | 0.50 hr | $95.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 43 | 0.70 hr | $133.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 44 | 0.80 hr | $152.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 45 | 0.70 hr | $133.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 47 | 0.70 hr | $133.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 49 | 0.90 hr | $171.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 50 | 0.60 hr | $114.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 51 | 0.60 hr | $114.00 |
| 10/05/2009 | VIM | Research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 52 | 0.80 hr | $152.00 |
| 10/06/2009 | JML | Continue to edit claims objections. | 2.20 hr | $484.00 |
| 10/06/2009 | VIM | Continue and finalize research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 48 | 1.00 hr | $190.00 |
| 10/06/2009 | VIM | Continue and finalize research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 49 | 0.90 hr | $171.00 |
| 10/06/2009 | VIM | Continue and finalize research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 50 | 1.30 hr | $247.00 |
| 10/06/2009 | VIM | Continue and finalize research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 51 | 1.20 hr | $228.00 |
| 10/06/2009 | VIM | Continue and finalize research, outline and being draft of procedural and factual background, objection and relief requested for Objection to Claim No. 52 | 0.80 hr | $152.00 |
| 10/07/2009 | VIM | Complete edits to all claims objections | 8.30 hr | $1,577.00 |
| 10/07/2009 | RSS | Revise Claim Objections. | 1.50 hr | $637.50 |
| 10/08/2009 | RSS | Revise Hendricks Motion. | 0.40 hr | $170.00 |
| 10/08/2009 | JML | Finalize review of claims, submit same for filing. | 2.50 hr | $550.00 |
| 10/09/2009 | tay | Review, edit and finalize Objections to Claim Nos. 1, 2, 5, 6, 13, 14, 15, 17, 19, 21, 22, 23, 24, 25-2, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52 | 8.00 hr | $840.00 |
| 10/12/2009 | JML | Continue to finalize review of claims objections. | 1.00 hr | $220.00 |

Total Professional Services: *$12,571.50*

October 13, 2009

Matter ID: 6450-006

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| RSS | $425.00 | 1.90 | $807.50 |
| JML | $1.43 | 0.70 | $1.00 |
| JML | $220.00 | 12.60 | $2,772.00 |
| tay | $105.00 | 8.00 | $840.00 |
| VIM | $190.00 | 42.90 | $8,151.00 |

| | | | |
|---|---|---|---|
| For Professional Services: | | *66.10* Hours | *$12,571.50* |
| New Charges this Invoice: | | | *$12,571.50* |
| Previous Balance: | | | *$20,476.37* |
| Less Payment and Credits Received: | | | *$0.00* |
| Outstanding Balance: | | | *$20,476.37* |
| Plus New Charges this Invoice: | | | *$12,571.50* |
| **Total Due:** | | | ***$33,047.87*** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE (407) 481-5800
FACSIMILE (407) 481-5801

October 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-008

Adversary Matters

Invoice # 48597

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/16/2009 | JML | Revise Final Adversary Complaints | 2.00 hr | $440.00 |
| 09/17/2009 | MLD | Review Amodeo indictment and plea. | 2.40 hr | $708.00 |
| 09/17/2009 | MLD | Review Mirabilis indictment and plea. | 2.60 hr | $767.00 |
| 09/22/2009 | MLD | Review indictment | 2.10 hr | $619.50 |
| 09/22/2009 | MLD | Review Amodeo indictment, plea, and sentencing documents. | 3.50 hr | $1,032.50 |
| 09/30/2009 | JML | Analyze and consider case law regarding jury trial for fraudulent transfer action. | 1.50 hr | $330.00 |

Total Professional Services: *$3,897.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| MLD | $295.00 | 10.60 | $3,127.00 |
| JML | $220.00 | 3.50 | $770.00 |

| | | |
|---|---|---|
| For Professional Services: | *14.10* Hours | *$3,897.00* |
| New Charges this Invoice: | | *$3,897.00* |
| Previous Balance: | | *$56,078.43* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$56,078.43* |
| Plus New Charges this Invoice: | | *$3,897.00* |
| **Total Due:** | | **$59,975.43** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-008

Adversary Matters

Invoice # 48614

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/2009 | JML | Discuss issues regarding jury trial rights with M.Dorris regarding Forge Creditor adversary. | 2.00 hr | $440.00 |
| 10/01/2009 | JML | Analyze and consider case law regarding consolidation effect on jury trial rights. | 1.50 hr | $330.00 |
| | | Total Professional Services: | | $770.00 |

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| JML | $220.00 | 3.50 | $770.00 |

| | | |
|---|---|---|
| For Professional Services: | 3.50 Hours | $770.00 |
| New Charges this Invoice: | | $770.00 |
| Previous Balance: | | $59,975.43 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $59,975.43 |
| Plus New Charges this Invoice: | | $770.00 |
| **Total Due:** | | **$60,745.43** |

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-015

Motion to Dismiss

Invoice # 48598

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|------|------|------|------|
| 09/22/2009 | MLD | Review notice of appeal of dimissal order. | 0.60 hr | $177.00 |
| 09/22/2009 | MLD | Review issues regarding interlocutory appeal. | 0.80 hr | $236.00 |
| | | Total Professional Services: | | $413.00 |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|------|------|------|------|
| MLD | $295.00 | 1.40 | $413.00 |

| | | | |
|------|------|------|------|
| For Professional Services: | *1.40* Hours | | *$413.00* |
| New Charges this Invoice: | | | *$413.00* |
| Previous Balance: | | | *$61,609.10* |
| Less Payment and Credits Received: | | | *$0.00* |
| Outstanding Balance: | | | *$61,609.10* |
| Plus New Charges this Invoice: | | | *$413.00* |
| **Total Due:** | | | **$62,022.10** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# INVOICE

Matter ID: 6450-016
Mirabilis v. Berman, et. al.

Invoice # 48599
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|---|---|---|---|---|
| 09/15/2009 | JML | Discuss issues regarding equitable accounting with B.Cuthill and review records regarding the same. | 2.00 hr | $440.00 |
| 09/17/2009 | MLD | Review issues regarding Berman complaint. | 0.80 hr | $236.00 |
| 09/17/2009 | RSS | Revise Amended Berman. | 1.50 hr | $637.50 |
| 09/18/2009 | JML | Finalize and File Second Amended Complaint. | 3.00 hr | $660.00 |
| 09/18/2009 | RSS | Review Berman issues. | 0.60 hr | $255.00 |
| 09/18/2009 | RSS | Revise Berman Amended Complaint. | 0.80 hr | $340.00 |
| 09/18/2009 | RSS | Office Confernece with B. Cuthill re: Berman. | 0.30 hr | $127.50 |
| 09/18/2009 | MLD | Review revised Berman complaint. | 1.30 hr | $383.50 |
| 09/18/2009 | MLD | Meeting with RWC regarding Berman complaint. | 0.30 hr | $88.50 |
| 09/22/2009 | MLD | Review status of district court cases-Berman. | 0.40 hr | $118.00 |
| 09/24/2009 | MLD | Review issues regarding Berman Trust accounting. | 0.50 hr | $147.50 |

Total Professional Services: *$3,433.50*

## INVOICE SUMMARY

| Producer | Rate | Hours | Amount |
|---|---|---|---|
| RSS | $425.00 | 3.20 | $1,360.00 |
| MLD | $295.00 | 3.30 | $973.50 |
| JML | $220.00 | 5.00 | $1,100.00 |

October 13, 2009

Matter ID: 6450-016

Invoice # 48599

Federal ID # 59-3366512

| | | |
|---|---|---|
| For Professional Services: | *11.50* Hours | *$3,433.50* |
| New Charges this Invoice: | | *$3,433.50* |
| Previous Balance: | | *$35,386.58* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$35,386.58* |
| Plus New Charges this Invoice: | | *$3,433.50* |
| **Total Due:** | | *$38,820.08* |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-017
Mirabilis v. Rachlin, et. al.

Invoice # 48600
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/17/2009 | MLD | Review issues regarding Rachlin comlaint. | 1.20 hr | $354.00 |
| 09/17/2009 | RSS | Revise Amended Rachlin Answer. | 1.20 hr | $510.00 |
| 09/18/2009 | JML | Finalize and File Second Amended Complaint. | 3.00 hr | $660.00 |
| 09/18/2009 | JER | Review all edits to amended complaints. | 3.20 hr | $960.00 |
| 09/18/2009 | RSS | Review Rachlin issues | 0.70 hr | $297.50 |
| 09/18/2009 | RSS | Revise Rachlin Amended Complaint. | 0.60 hr | $255.00 |
| 09/18/2009 | RSS | Office Conference with B. Cuthill re: Rachlin. | 0.50 hr | $212.50 |
| 09/18/2009 | RSS | Outline issues re: Main Case | 0.40 hr | $170.00 |
| 09/18/2009 | MLD | Review revised Rachlin complaint. | 1.40 hr | $413.00 |
| 09/18/2009 | MLD | Meeting with RWC regarding Rachlin complaint. | 0.40 hr | $118.00 |
| 09/22/2009 | MLD | Review status of district court case-Rachlin. | 0.40 hr | $118.00 |
| 09/23/2009 | MLD | Review issues regarding motions to withdraw reference. | 0.50 hr | $147.50 |

Total Professional Services: *$4,215.50*

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 09/24/2009 | Check # 32740 West Payment Center; Disbursement for Acct No 1002020617 / August 2009 Charges | $144.97 |
| 09/30/2009 | Telephone Expense | $1.89 |

Total Disbursements Incurred: *$146.86*

October 13, 2009

Matter ID: 6450-017

Invoice # 48600
Federal ID # 59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| RSS | $425.00 | 3.40 | $1,445.00 |
| MLD | $295.00 | 3.90 | $1,150.50 |
| JER | $300.00 | 3.20 | $960.00 |
| JML | $220.00 | 3.00 | $660.00 |

| | | |
|---|---|---|
| For Professional Services: | 13.50 Hours | $4,215.50 |
| For Disbursements Incurred: | | $146.86 |
| New Charges this Invoice: | | $4,362.36 |
| Previous Balance: | | $22,259.85 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $22,259.85 |
| Plus New Charges this Invoice: | | $4,362.36 |
| **Total Due:** | | **$26,622.21** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009
Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-019
Mirabilis v. Moore, et. al.

Invoice # 48601
Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/17/2009 | MLD | Review issues regarding Moore complaint. | 1.20 hr | $354.00 |
| 09/17/2009 | RSS | Revise Amended Moore Answer. | 1.40 hr | $595.00 |
| 09/18/2009 | JML | Finalize and File Second Amended Complaint. | 3.00 hr | $660.00 |
| 09/18/2009 | RSS | Review Moore issues. | 0.50 hr | $212.50 |
| 09/18/2009 | RSS | Revise Moore Amended Complaint. | 0.40 hr | $170.00 |
| 09/18/2009 | RSS | Office Conference with B. Cuthill re: Moore. | 0.40 hr | $170.00 |
| 09/18/2009 | MLD | Review revised Moore complaint. | 1.70 hr | $501.50 |
| 09/18/2009 | MLD | Meeting with RWC regarding Moore complaint. | 0.30 hr | $88.50 |
| 09/18/2009 | MLD | Research and review case law regarding accountant malpractice. | 2.10 hr | $619.50 |
| 09/22/2009 | MLD | Review status of district court case-Moore. | 0.40 hr | $118.00 |
| 09/29/2009 | MLD | Review issues regarding Moore adversary and withdrawal of reference. | 0.60 hr | $177.00 |
| 09/30/2009 | MLD | Research regarding motion to reconsider / relief from order. | 2.40 hr | $708.00 |
| 09/30/2009 | MLD | Research regarding withdrawal of reference. | 1.80 hr | $531.00 |
| 09/30/2009 | MLD | Review case law regarding standard on RS9(c) and 60(b). | 2.60 hr | $767.00 |

Total Professional Services: *$5,672.00*

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| RSS | $425.00 | 2.70 | $1,147.50 |
| MLD | $295.00 | 13.10 | $3,864.50 |
| JML | $220.00 | 3.00 | $660.00 |

October 13, 2009

Matter ID: 6450-019

Invoice # 48601

Federal ID # 59-3366512

| | | |
|---|---|---:|
| For Professional Services: | *18.80* Hours | *$5,672.00* |
| New Charges this Invoice: | | *$5,672.00* |
| Previous Balance: | | *$26,250.23* |
| Less Payment and Credits Received: | | *$0.00* |
| Outstanding Balance: | | *$26,250.23* |
| Plus New Charges this Invoice: | | *$5,672.00* |
| **Total Due:** | | ***$31,922.23*** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-020
Mirabilis Appeal (Dismissal Order)

Invoice # 48602

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/23/2009 | MLD | Review issues regarding Forge and Rachlin motion for leave to appeal. | 1.60 hr | $472.00 |
| 09/23/2009 | MLD | Outline legal and factual objection to Forge and Rachlin motions for leave to appeal. | 2.10 hr | $619.50 |
| 09/24/2009 | MLD | Research regarding "bad faith" dismissal and intent to liquidate. | 2.40 hr | $708.00 |
| 09/24/2009 | MLD | Research regarding review of orders on dismissal. | 2.60 hr | $767.00 |
| 09/24/2009 | MLD | Research regarding controlling question of law and leave to appeal. | 2.80 hr | $826.00 |
| 09/24/2009 | MLD | Review case law for objection to Forge / Rachlin motion for leave to appeal. | 2.20 hr | $649.00 |
| 09/25/2009 | MLD | Research regarding standard for granting leave to appeal. | 2.40 hr | $708.00 |
| 09/25/2009 | MLD | Review case law regarding standard for granting leave to appeal. | 2.90 hr | $855.50 |
| 09/25/2009 | MLD | Outline legal argument regarding objection to motion for leave to appeal. | 1.50 hr | $442.50 |
| 09/25/2009 | MLD | Review transcript of August 26, 2009 hearing on motion to dismiss. | 1.60 hr | $472.00 |
| 09/28/2009 | MLD | Draft objection to Forge / Rachlin motion for leave to appeal. | 4.60 hr | $1,357.00 |
| 09/28/2009 | MLD | Review and revise objection to Forge / Rachlin motion for leave to appeal. | 1.20 hr | $354.00 |
| 09/29/2009 | MLD | Review Rachlin designation of items on appeal. | 1.60 hr | $472.00 |
| 09/29/2009 | MLD | Review Forge designation of items on appeal. | 1.90 hr | $560.50 |
| 09/29/2009 | MLD | Draft designation of items on appeal regarding Rachlin appeal. | 0.50 hr | $147.50 |
| 09/29/2009 | MLD | Draft designation of items on appeal regarding Forge appeal. | 2.30 hr | $678.50 |

Total Professional Services: *$10,089.00*

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 09/30/2009 | Postage Expense | $53.55 |
| 09/30/2009 | Photocopying Expense | $132.00 |

Total Disbursements Incurred: *$185.55*

October 13, 2009

Matter ID: 6450-020

Invoice # 48602
Federal ID # 59-3366512

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| MLD | $295.00 | 34.20 | $10,089.00 |

| | | |
|---|---|---|
| For Professional Services: | *34.20* Hours | *$10,089.00* |
| For Disbursements Incurred: | | *$185.55* |
| **Total Due:** | | **$10,274.55** |

Billed Through: September 30, 2009

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP

### ATTORNEYS AT LAW

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801

October 13, 2009

Mirabilis Ventures, Inc.
c/o R.W. Cuthill, Jr.
341 N. Maitland Ave., Ste. 210
Maitland, FL 32751

# *INVOICE*

Matter ID: 6450-020

Mirabilis Appeal (Dismissal Order)

Invoice # 48615

Federal ID # 59-3366512

**For Professional Services Rendered:**

| Date | Producer | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/21/2009 | MLD | Review Forge motion for leave to appeal. | 1.90 hr | $560.50 |
| 09/21/2009 | MLD | Review Rachlin motion for leave to appeal. | 2.20 hr | $649.00 |
| 09/21/2009 | MLD | Review issues regarding appeal and confirmation. | 0.40 hr | $118.00 |
| 10/12/2009 | tan | Prepare certificate of interested parties and corporate disclosure statement for Rachlin and Forge appeals (District Court case nos. 09-1658 and 09-1659). | 0.30 hr | $31.50 |
| | | Total Professional Services: | | $1,359.00 |

## *INVOICE SUMMARY*

| Producer | Rate | Hours | Amount |
|----------|------|-------|--------|
| MLD | $295.00 | 4.50 | $1,327.50 |
| tan | $105.00 | 0.30 | $31.50 |

| | | |
|---|---|---|
| For Professional Services: | 4.80 Hours | $1,359.00 |
| New Charges this Invoice: | | $1,359.00 |
| Previous Balance: | | $10,274.55 |
| Less Payment and Credits Received: | | $0.00 |
| Outstanding Balance: | | $10,274.55 |
| Plus New Charges this Invoice: | | $1,359.00 |
| **Total Due:** | | **$11,633.55** |

## EXHIBIT C

In Re:  Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

## EXPENSES/COSTS

| | | |
|---|---|---|
| Photocopy | $ | 2,043.60 |
| Postage | $ | 369.02 |
| Research <br> (on-line or search service) | $ | 144.97 |
| Telephone | $ | 1.98 |
| **TOTAL** | $ | 2,559.57 |

U:\Bkry\Mirabilis\Pldg\fee app-LSEB Final-supp #2 -lseb.wpd

# EXHIBIT D

In Re:  Mirabilis Ventures, Inc.
Case No. 6:08-bk-04327-KSJ

## AFFIDAVIT

13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                      CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.**                CHAPTER 11

Debtor.

_____/

## AFFIDAVIT IN SUPPORT OF SECOND SUPPLEMENT TO FINAL APPLICATION OF R. SCOTT SHUKER AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, FOR AWARD OF ATTORNEYS' FEES i/a/o $72,220.50 AND REIMBURSEMENT OF EXPENSES i/a/o $2,559.57

STATE OF FLORIDA          )
                          )
COUNTY OF ORANGE          )

**BEFORE ME**, the undersigned authority, personally appeared R Scott Shuker, who, being duly sworn, deposes and says:

1.      I am a partner with Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), a Florida limited liability partnership engaged in the practice of law, and in that capacity have control over the books and records of Latham Shuker relating to the matter set forth herein, which books and records are kept and maintained by Latham Shuker in the ordinary course of its business. I make this affidavit based upon personal knowledge of the matters set forth herein.

2.      I am the billing and responsible attorney assigned by Latham Shuker to represent the Debtor.

3.      I have reviewed Latham, Shuker, Eden & Beaudine, LLP's Second Supplement to the Final Application for Award of Attorneys' Fees and Reimbursement of Expenses filed

concurrent herewith, and all attachments accurately reflect the time and expenses of Latham

Shuker for the periods set forth herein for representation of the Debtor.

    4.      I verify under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____

R. SCOTT SHUKER

STATE OF FLORIDA     )
COUNTY OF ORANGE   )

    Sworn to and subscribed before me this 4TH day of October 2009 by **R. Scott Shuker**, who is personally known to me.

_____



Signature of Person Taking Acknowledgment
Print Name:_____
Title: Notary Public
Serial No. (if any) _____
Commission Expires: _____

DIANE L. CRIVELLO
MY COMMISSION # DD 783481
EXPIRES: July 21, 2012
Bonded Thru Notary Public Underwriters

[NOTARY SEAL]

2