UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,
*et al.*,
                Debtor.
_____/

CASE NO. 6:08-bk-04327-KSJ
CASE NO. 6:08-bk-04328-KSJ
CASE NO. 6:08-bk-04681-KSJ

CHAPTER 11

Confirmation Hearing scheduled for
Friday, October 16, 2009 at 10:00 a.m.

## DEBTOR'S MOTION FOR CRAMDOWN

*Class 3 – Equity Interests*

**MIRABILIS VENTURES, INC. ("Mirabilis")** (the "Debtor"), hereby move this Court for confirmation of its joint plan of liquidation[1] ("Plan") filed by Mirabilis, Hoth Holdings, LLC, and AEM, Inc. (collectively, all three sometimes referred to as "Debtors"), notwithstanding the nonacceptance by Class 3, Equity Interests, pursuant to Section 1129(b) of the Bankruptcy Code ("Motion"), and, in support thereof, states as follows:

### A. BACKGROUND.

1. On May 27, 2008, Mirabilis and Hoth, and thereafter on June 5, 2008 AEM, filed their voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). No trustee has been appointed, and the Debtor continues to operate its business and manage its properties as a debtor-in-possession under §§1107(a) and 1108 of the Code.

2. On June 1, 2009, the Debtors filed a joint disclosure statement (Doc No. 192) and joint plan of liquidation (Doc No. 193). Thereafter on July 22, 2009, the Debtors filed a joint

---

[1] Terms capitalized in this affidavit shall have the same meaning as used in Debtor's Plan of Liquidation unless such terms are defined differently herein.

amended disclosure statement ("Disclosure Statement") (Doc No. 221) and then an Addendum to the Amended Joint Disclosure Statement on July 31, 2009 (Doc No. 226); and a Joint Amended Plan of Liquidation (the "Plan"), dated August 14, 2009 (Doc No. 234), which may be modified prior to the Confirmation Hearing.

3. On August 4, 2009, the Court entered an order approving the Disclosure Statement and setting a hearing on confirmation of the Plan for September 16, 2009 (Doc No. 228) ("Order").

4. Thereafter, on September 1, 2009, the Court entered an amended order rescheduling the hearing on confirmation of the Plan for October 16, 2009 ("Amended Order") (Doc No. 266).

### B. THE PLAN

5. In summary, the Plan provides for the substantive consolidation of all three debtors into one Liquidating Debtor and for the liquidation of all of the Debtors' assets and the cessation of its business. The Debtors' only assets are its cash on hand, its Causes of Action, and the Promissory Notes. The Allowed Priority Claims will be paid in full from the Liquidating Debtor from the proceeds from the Causes of Actions and Promissory Notes. The Allowed Unsecured Claims of all Debtors will be combined into one Class and will receive their *pro rata* distribution of payments from the Liquidating Debtor after the Allowed Priority Claims have been paid in full. Equity Interests will be cancelled.

6. As noted more fully below, the Plan contains three (3) Classes of Claims and Interests. There are two (2) Classes of Unsecured Claims and one (1) Class of Interests.

7. Class 3 consists of all equitable interests in the Debtors. The Class is impaired under the Plan because on the Effective Date of the Plan all equity interests in the Debtors shall be cancelled.

8. The Debtors' Equity Interests failed to vote. The Debtors seek approval of the Plan over the no-vote of such creditors in accordance with 11 U.S.C. §1129(b).

### C. <u>CRAMDOWN OF CLASSES THAT DID NOT VOTE OR VOTED TO REJECT THE PLAN.</u>

9. Pursuant to Section 1129(b) of the Bankruptcy Code, a debtor may confirm a plan of reorganization over the negative vote of a class of creditors, if the plan of reorganization does not discriminate unfairly and is fair and equitable, with respect to each class of creditors that is impaired under, and has not accepted the plan

10. Section 1129(b)(C)(ii) of the Bankruptcy Code provides that a plan of reorganization is deemed to be fair and equitable as to a class of interests if the plan provides that each holder of any interest that is junior to the interests of such class will not receive or retain under the plan on account of such junior interest any property.

11. Class 3 consists of any and all Equity Interests in the Debtors. Class 3 consists of the common stock of Mirabilis, which is owned by the shareholders listed on **Exhibit A** attached hereto (collectively, "Equity Interests"). Mirabilis is the sole shareholder of AEM, Inc., and is the 90% managing member of Hoth Holdings, LLC. Aexea Corporation is a 10% member of Hoth Holdings, LLC. No junior class of claims is receiving or retaining any property. Upon the Effective Date, all currently issued or authorized Equity Interests in the Debtors shall be cancelled and have no further force and effect. Consequently, the Plan may be confirmed notwithstanding the fact that Equity Interests either did not vote or voted to reject the Plan.

WHEREFORE, the Debtors respectfully request this Court grant its motion for confirmation of its Plan of Liquidation, pursuant to Section 1129(b) of the Bankruptcy Code, notwithstanding the nonacceptance by Class 3, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 15th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 6:08-bk-04327-KSJ |
| | CASE NO. 6:08-bk-04328-KSJ |
| MIRABILIS VENTURES, INC., | CASE NO. 6:08-bk-04681-KSJ |
| *et al.*, | |
| Debtor. | CHAPTER 11 |
| _____/ | |
| | Confirmation Hearing scheduled for |
| | Friday, October 16, 2009 at 10:00 a.m. |

## Certificate of Service

I HEREBY CERTIFY that a true copy of this **DEBTORS' MOTION FOR CRAMDOWN**, together with all exhibits, has been furnished by either electronic transmission and/or U.S. mail, postage-paid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the List of Equity Security Holders, as shown on **Exhibit A** attached hereto; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service lists attached to the original motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 15th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esquire

Alexander Walton
336 Blue Heron Drive
Winter Park, FL 32789

Brian Fischer
17118 Gulf Pine Circle
Wellington, FL

Brian Taylor
5 Deborah
Fanwood, NJ 07023

Bruce Carpenter
1020 Golf Valley Drive
Apopka, FL 32712

Chad Walters
417 Langholm Drive
Winter Park, FL 32789

Charles McBurney
6550 St. Augustine Drive
Suite 105
Jacksonville, FL 32217

Charles Rahn
4589 Southfield Ave
Orlando, FL 32812

Christine Resler
1918 Lauderdale Street
Houston, TX 77030

Conrad Eigenmann
1050 Miller Drive
Altamonte Springs, FL 32701

Dan Pietro

Daniel Myers
3648 Crescent Park Blvd.
Orlando, FL 32812

David Robinson
9152 Phillips Grove Terrace
Orlando, FL 32836

Dean Armitage
12839 Daughtery Drive
Winter Garden, FL 34787

Derek Roy
12713 Hensel Road
Huntley, IL 60142

Edith Curry
11916 Brookmeade Court
Glen Allen, VA 23059

Fernando Simo
815 Lake Evalyn Drive
Celebration, FL 34747

Frank Hailstones
734 Lake Biscayne Way
Orlando, FL 32806

Frankie Buddy Winsett
402 N. Carolina Ave.
Palm Harbor, FL 34683

George Sheldon
1955 Westpoint Circle
Orlando, FL 32835

George Stuart
916 Valencia Ave.
Orlando, FL 32804

George W. Eplin
1164 Citrus Oaks Run
Winter Springs, FL 32708

Glenn Thompson
520 Shadow Lane
Van Buren, AR 72956

Gordon Mike Adkins
5703 Red Bug Lake Rd.
#274
Winter Springs, FL 32708

Greg Nicoson
387 Hunters Blind Drive
Columbia, SC 29212

Hans Beyer
2514 W. Sunset Drive
Tampa, FL 33629

Horton (Woody) Johnson
3211 Northglenn Drive
Orlando, FL 32806

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836

James Vandevere
8363 Via Verona
Orlando, FL 32836

Jason Carlson
13113 Hadley Cir N
White Bear Lake, MN 55110

Jay Stollenwerk
5009 Pelleport Ave.
Orlando, FL 32812

**EXHIBIT "A"**

Jodi Jaiman
533 Tuten Trail
Orlando, FL 32828

Joseph Robinson
7317 Lismore Court
Orlando, FL 32835

Kevin Billings
541 Minnehaha Road
Maitland, FL 32751

Kevin Leonard
646 King Harold Court
Oviedo, FL 32765

Kevin Munroe
3466 Bay Meadow Court
Windermere, FL 34786

Kiran Chhaganlal
355 Twelve Oaks Drive
Winter Springs, FL 32708

Larry Childers
504 Briarcliff Pkwy
Kansas City, MO 64116

Laurie Andrea
528 Myrtle Road
Naples, FL 34108

Laurie Holtz
1826 West 23rd Street
Sunset Island #3
Miami Beach, FL 33140

Lawrence Haber
1579 Lake Baldwin Lane
Orlando, FL 32814

Lawrence LaBelle
7737 Fox Knoll Place
Winter Park, FL 32792

Leighton Allen Archer
983 Troon Trace
Winter Springs, FL 32708

Linda Duncan

Martin Flynn
1969 Alafaya #236
Orlando, FL 32828

Matthew Moore
137 Christine Drive
Satellite Beach, FL 32937

Matthew Porter
543 Margaret Court
Orlando, FL 32801

Michelle Hladky
1400 Margate Ave.
Orlando, FL 32803

Mike Dement
3222 Derby Lane
Williamsburg, VA 23185

Norman Bruce Walko
1135 Hillsboro Mile
Hillsboro Beach, FL 33062

Oliver Phipps
2970 Bridgehampton Lane
Orlando, FL 32812

Parbatie Diana Kristona
1915 Tumblewater Blvd.
Ocoee, FL 34761

Paul Glover
1312 Winter Springs Blvd.
Winter Springs, FL 32708

Peter Anderson
33725 Terragona Drive
Soorento Lakes, FL 32776

Peter Michae Barbee
7343 River Country Drive
Weeki Wochee, FL 34607

Phillp Kaprow
1005 Antelope Trail
Winter Springs, FL 32708

Ramaroa Inguva
102 Gadwall Court
Harvest, AL 35749

Richard Berman
3400 Galt Ocean Drive
Unit 1602 South
Ft. Lauderdale, FL 33308

Richard Sams
2526 Mason Oaks Drive
Valrico, FL 33594

Robert Curry
4662 Middlebrook Road
Apt. J
Orlando, FL 32811

Robert Konicki
23281 Water Circle
Boca Raton, FL 33486

Robert Moreyra
4001 Bayshore Blvd.
Tampa, FL 33611

Robert Pollack
8767 The Esplanade #36
Orlando, FL 32836

Ronald Wilbur
728 SE 23rd Street
Ocala, FL 34471

Scott Goldberg
2868 Monticello Place
# 205
Orlando, FL 32835

Scott Wealing
1368 Countrywind Drive
Apopka, FL 32703

Sean Tucker Clancy
217 Settlers Row N
Ponte Vedra, FL 32082

Shane Cooper
351 Channelside Walkway
#4304
Tampa, FL 33602

Shane Williams
517 Heatheroak Cove
Altamonte Springs, FL 32714

Terry Carney
561 High Street
Petersburg, VA 23803

Tessah Ivey
5374 Majestic Oak Circle
St. Cloud, FL 34771

Tom Broadhead
11916 Brookmeade Court
Glen Allen, VA 23059

Tracey Mertens
1120 Ansley Circle
Apt. #302
Apopka, FL 32703

Vance Felker
3 Eucalyptus Circle
Ormond Beach, FL 32176

William Reynolds
3521 Plumb Street
Houston, TX 77005

```
Label Matrix for local noticing          Advantage Collection Prof           American Express
113A-6                                   2775 Jade Street                    2965 West Corporate Lakes Bl
Case 6:08-bk-04327-KSJ                   Mora, MN 55051-6240                 Weston, FL 33331-3626
Middle District of Florida
Orlando
Thu Oct 15 11:14:02 EDT 2009

BNA Tax Management                       Kimberly Bartley                    Brandywine Grande C. LP
9435 Key West Ave.                       Waldron & Schneider LLP             c/o Cantor Arkema, PC
Rockville, MD 20850-3339                 15150 Middlebrook Drive             1111 East Main Street
                                         Houston, TX 77058-1226              Richmond, VA 23219-3531


Buchanan Ingersoll & Rodney              Corporate Personnel Network, Inc    Joseph A DeMaria
401 E Jackson St.                        c/o David T. Ward                   Tew Cardenas LLP
Suite 2500                               15615 Alton Pkwy #175               1441 Brickell Avenue
Tampa, FL 33602-5236                     Irvine, CA 92618-7303               Suite 1500
                                                                             Miami, FL 33131-3431


Mariane L Dorris                         Elena L Escamilla                   First Commercial Ins. Corp.
Latham Shuker Eden & Beaudine LLP        United States Trustee               POB 126160
390 North Orange Avenue                  135 W Central Blvd  Suite 620       Hialeah, FL 33012-1602
Suite 600                                Orlando, FL 32801-2440
Orlando, FL 32801-1684


Forge Capital Partners LLC               James E Foster                      Frank L. Amodeo
c/o Bart Valdes                          Akerman Senterfitt                  3875 South Orange Ave
609 W Horatio St                         Post Office Box 231                 Suite 500 -PMB 1810
Tampa FL 33606-2272                      Orlando, FL 32802-0231              Orlando, FL 32806


Fred Sandlin                             Gill R Geldreich                    Gilbert Weisman
161 Mallard Lane                         Tennessee Attorney General's Office c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331             Post Office 20207                   POB 3001
                                         Nashville, TN 37202                 Malvern PA 19355-0701


I Randall Gold                           Elizabeth A Green                   Horton Johnson
United States Attorney's Office          Latham Shuker Eden & Beaudine LLP   3211 Northglenn Drive
501 West Church Street                   390 North Orange Avenue             Orlando, FL 32806-6371
Suite 300                                Suite 600
Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Humana/RMS                               Carol Koehler Ide                   Jackson Lewis
77 Hartland Street                       U S Department of Justice - Tax Division  Attn:Anne Krupman
Suite 401                                Post Office Box 14198               One North Broadway
East Hartford, CT 06108-3253             Ben Franklin Station                White Plains, NY 10601-2310
                                         Washington, DC 20044-4198


Jeffrey Reichel                          Jeffrey Reichel                     Kenneth & Diane Hendricks
c/o Gary Barnes                          c/o Jill E. Kelso, Esquire          One ABC Parkway
3414 Peachtree Rd #1600                  Akerman Senterfitt                  Beloit, WI 53511-4466
Atlanta, GA 30326-1164                   PO Box 231
                                         Orlando FL 32802-0231


Gordon L Kiester                         LeClair Ryan Trust                  LexisNexis
Florida Department of Revenue            P.O. Box 2499                       P.O. Box 7247-7090
P O Box 2299                             Richmond, VA 23218-2499             Philadelphia, PA 19170-0001
Mango, FL 33550-2299
```

| | | |
|---|---|---|
| Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Mirabilis Ventures, Inc<br>c/o R.W.Cuthill, Jr<br>341 N. Maitland Ave #210<br>Maitland, FL 32751-4771 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 |
| PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients     44
Bypassed recipients      3
Total                   47