

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Friday
October 16, 2009

HONORABLE KAREN S. JENNEMANN     COURTROOM B

CASE NUMBER: 08-04327-6J1     FILING DATE: 05/27/2008 (BAPCPA)     HEARING TIME: 10:00 A.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) "CONFIRMATION HEARING"

JOINT AMENDED PLAN (DOC #234)

NOTICE OF FILING MODIFICATIONS TO JOINT AMENDED PLAN (DOC #371)

OBJECTION BY INTERNAL REVENUE SERVICE TO CONFIRMATION OF PLAN (DOC #366)

OBJECTION BY JAMES MOORE & CO., P.I. AND E. JAY HUTTO'S OBJECTION TO JOINT AMENDED PLAN FOR MIRABILIS VENTURES, INC., HOTH HOLDINGS, LLC AND AEM, INC. FILED IN CASE 08-4327 (DOC #365)

OBJECTION BY ELENA WILDERMUTH, RICHARD E. BERMAN, BERMAN, KEAN & RIGUERA, P.A. TO CONFIRMATION OF JOINT AMENDED PLAN FOR MIRABILIS VENTURES, HOTH HOLDINGS, LLC AND AEM, INC. FILED IN CASE 08-4327 (DOC #338)

OBJECTION BY RACHLIN COHEN & HOLTZ LLP TO CONFIRMATION OF JOINT AMENDED PLAN (DOC #322)

OBJECTION BY HANS C BEYER, SAXON GILMORE CARRAWAY & GIBBONS, P.A. TO JOINT AMENDED PLAN FOR MIRABILIS VENTURES, HOTH HOLDINGS, LLC AND AEM, INC. FILED IN CASE 08-4327 (DOC #321)

OBJECTION BY O2HR, LLC TO CONFIRMATION OF JOINT AMENDED PLAN (DOC #368)


2) APPLICATION FOR COMPENSATION (RE: FLOYD RD MATTER) FOR THE LAW FIRM OF SHUTTS AND BOWEN AND FOR ERIC ADAMS, SPECIAL COUNSEL FOR FEES IN THE AMOUNT OF $3,610.50 AND EXPENSES IN THE AMOUNT OF $123.28 (DOC #231)

3) APPLICATION OF ERIC S. ADAMS AND THE LAW FIRM OF SHUTTS & BOWEN LLP, FOR AWARD OF FEES IN THE AMOUNT OF $22,349.50 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $1,303.72 FOR THE MATTERS INVOLVING PROMISSORY NOTE ADVERSARY PROCEEDINGS ON BEHALF OF MIRABILIS VENTURES, INC. AGAINST O2HR, LLC, RAVI ROOPNARINE, ET AL (DOC #232)

4) SUMMARY OF FINAL APPLICATION OF ELIZABETH A. GREEN AND THE LAW FIRM OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP FOR AWARD OF ATTORNEYS FEES IN THE AMOUNT OF $509,965.50 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $15,465.71 AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $19,000.00 (DOC #247)

4(A) SUPPLEMENTAL APPLICATION FOR FINAL COMPENSATION (SECOND) FOR LATHAM SHUKER EDEN & BEAUDINE, LLP DEBTOR'S ATTORNEY, FOR FEES IN THE AMOUNT OF $72,220.50, AND EXPENSES IN THE AMOUNT OF $2,559.57 FOR THE PERIOD OF 9/1/09 TO 10/09/09 FILED 10/14/09 (DOC #367)

prorpt2



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## PRO MEMO

Friday
October 16, 2009

HONORABLE KAREN S. JENNEMANN  COURTROOM B

CASE NUMBER: 08-04327-6J1   FILING DATE: 05/27/2008 (BAPCPA)   HEARING TIME: 10:00 A.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

5) SUPPLEMENTAL APPLICATION BY ELIZABETH GREEN, DEBTOR'S ATTORNEY FOR COMPENSATION AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $40,000.00; ATTORNEY FEES IN THE AMOUNT OF $21,840.00 AND EXPENSES IN THE AMOUNT OF $5,126.15 (DOC #293)

6) FINAL APPLICATION OF RUSSELL R. BALDWIN AND THE ACCOUNTING FIRM OF BALDWIN & CO. PA, FOR AWARD OF FEES IN THE AMOUNT OF $3,262.50 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $3.52; REQUEST FOR PAYMENT HOLDBACK IN THE AMOUNT OF $2,013.75, AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $2,354.00 (DOC #233)

7) SUPPLEMENTAL APPLICATION OF RUSSELL BALDWIN FOR FINAL COMPENSATION AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $3,006.00 FROM 9/1/09 TO 10/16/09; FEES FOR RUSSELL BALDWIN, ACCOUNTANT IN THE AMOUNT OF $798.75 AND FEES IN THE AMOUNT OF $1.32 (DOC #294)

8) FINAL APPLICATION OF STEVEN L. YOAKUM AND STEVEN L. YOAKUM, PA FOR AWARD OF FEES IN THE AMOUNT OF $29,055.00; REQUEST FOR PAYMENT OF HOLDBACK IN THE AMOUNT OF $16,283.25; AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $2,925.00 (DOC #236)

9) ADDENDUM TO APPLICATION OF STEVEN L. YOAKUM FOR FINAL COMPENSATION OF STEVEN L. YOAKUM AND STEVEN L. YOAKUM. PA (DOC #236) TO PROVIDE NOTICE OF REVISED ESTIMATED FEES AND COSTS IN THE AMOUNT OF $7,800.00 (DOC #295)

10) FINAL APPLICATION OF ROBERT S. GRISCTI AND THE LAW FIRM OF ROBERT S. GRISCTI, AS SPECIAL CRIMINAL FORFEITURE EXPERT, FOR AWARD OF FEES IN THE AMOUNT OF $6,650.00 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $1,021.62 AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $700.00 (DOC #239)

11) FINAL APPLICATION OF KPMG FOR AWARD OF FEES IN THE AMOUNT OF $56,755.00 AND NOTICE OF ESTIMATED FEES IN THE AMOUNT OF $49,995.00 (DOC #249)

12) ADDENDUM TO APPLICATION FOR FINAL COMPENSATION OF KPMG, LLP (DOC #249) TO PROVIDE NOTICE OF REVISED ESTIMATED FEES AND COSTS IN THE AMOUNT OF $87,520.00 (DOC #296)

13) APPLICATION OF RUSSELL CAMPBELL, SPECIAL COUNSEL AND BALCH & BINGHAM, LLP FOR AWARD OF FEES IN THE AMOUNT OF $70,857.75 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $3,304.78 (DOC #250)

prprt2



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## PRO MEMO

Friday
October 16, 2009

HONORABLE KAREN S. JENNEMANN                     COURTROOM B

CASE NUMBER: 08-04327-6J1     FILING DATE: 05/27/2008 (BAPCPA)     HEARING TIME: 10:00 A.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

14) FINAL APPLICATION OF RICHARD BARRETT AND THE LAW FIRM OF BARRETT, CHAPMAN & RUTA, P.A., AS SPECIAL CRIMINAL COUNSEL FOR AWARD OF FEES IN THE AMOUNT OF $12,845.00 AND REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF $25.41; REQUEST FOR PAYMENT OF HOLDBACK IN THE AMOUNT OF $11,949.00; AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $17,500.00 (DOC #248)

15) SUPPLEMENTAL APPLICATION FOR FINAL COMPENSATION AND NOTICE OF ESTIMATED FEES AND COSTS IN THE AMOUNT OF $5,000.00 FOR 09/01/2009 TO 10/16/2009 FOR RICHARD LEE BARRETT, SPECIAL COUNSEL, FEES IN THE AMOUNT OF $2,310.00, EXPENSES: $. FOR THE PERIOD: 08/01/2009 TO 08/31/2009 (DOC #306)

16) CORRECTIVE OBJECTION BY DEBTOR TO CLAIM NO. #16 SUBMITTD BY AQMI STRATEGY CORPORATION (DOC #276)

RESPONSE BY AQMI STRATEGY CORPORATION TO CORRECTIVE OBJECTION TO CLAIM NO. #16 (DOC #319)

17) EMERGENCY MOTION BY DEBTOR FOR APPROVAL OF COMPROMISE OF CONTROVERSY BY AND BEWTEEN DEBTOR AND DIANE HENDRICKS, INDIVIDUALLY AND AS TRUSTEE OF THE KENNETH & DIANE HENDRICKS IRREVOCABLE TRUST (DOC #320)

18) MOTION BY DEBTOR FOR CRAMDOWN (DOC #370)


APPEARANCES:

SCOTT SHUKER; MARIANE DORRIS: ATTY PLTF
BILL CUTHILL: DEBTOR REP
BRADLEY SAXTON: ATTY BERMAN, KEAN & RIGUERA
JOE VARNER: ATTY HANS BEYER; SAXON, GILMORE, CARRAWAY
MR. HANS BEYER
CHARLES MELTZ; JANELLE BROWN: ATTY MOORE & HUTTO
KENNETH MEEKER : ATTY UST
CAROL IDE: ATTY IRS
BART VALDES: ATTY COASTAL EQUITY PARTNERS, LLC, BISON MTG & VARIOUS CREDITORS
ERIC ADAMS: D'OR ATTY (ADVERSARY PROCEEDINGS)

prorpt2



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## PRO MEMO

Friday
October 16, 2009

HONORABLE KAREN S. JENNEMANN COURTROOM B

CASE NUMBER: 08-04327-6J1  FILING DATE: 05/27/2008 (BAPCPA)  HEARING TIME: 10:00 A.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

RULING:

1) FOF/COL STATED ORALLY AND RECORDED IN OPEN COURT PURSUANT TO F.R.B.P. 7052, PLAN IS CONFIRMED AS MODIFIED: ORDER BY SHUKER

2 THRU 15) FEE APPLICATIONS (DOC #231, 232, 247, 367, 293, 233, 294, 236, 295, 239, 249, 296, 250, 248, AND 306) - ALLOWED: ORDER BY SHUKER

16) CORRECTIVE OBJECTION BY DEBTOR TO CLAIM NO. 16 SUBMITTED BY AQMI STRATEGY CORPORATION - CONTINUED FOR STATUS CONFERENCE SCHEDULED FOR 12/9/09 AT 11:00 A.M. (AOCNFNG)

17) EMERGENCY MOTION BY DEBTOR FOR APPROVAL OF COMPROMISE RE: DIANE AND KENNETH HENDRICKS (DOC # 320) - GRANTED: ORDER BY SHUKER

18) MOTION BY DEBTOR FOR CRAMDOWN (DOC #370) -GRANTED: ORDER BY SHUKER

prprpt2