### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                          **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,**                   **CHAPTER 11**

                      **Debtor.**

_____/

### MOTION TO STRIKE RESPONSE TO CORRECTIVE OBJECTION TO
### CLAIM NO. 16 SUBMITTED BY AQMI STRATEGY CORPORATION

**MIRABILIS VENTURES, INC.** ("Mirabilis" or "Debtor") by and through its undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 9010(a) and 28 U.S.C. §1654, hereby moves to strike the Response to Corrective Objection by AQMI STRATEGY CORPORATION ("AQMI"), a Florida corporation, by Frank Amodeo ("Amodeo"), an individual, and in support thereof, states as follows:

### Introduction

1.      On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      On September 2, 2008, AQMI filed a Proof of Claim ("Claim") against Mirabilis for a secured claim of $3,145,570.83 for alleged money loaned and services performed to Mirabilis by AQMI from 2005 through 2008.

3.      On September 4, 2009, Mirabilis filed its objection to the Claim (the "Objection"), stating that Amodeo lacked the standing to bring forth the Claim and that even if Amodeo did have standing, there was no evidence in the Debtor's books and records that Mirabilis received any value for the AQMI Claim.  As such, Mirabilis requested that the Court disallow the Claim.

4.      On October 5, 2009, Amodeo filed a Response to Corrective Objection to Claim No. 16 Submitted by AQMI Strategy Corporation (the "Response") on behalf of AQMI as its corporate representative.  Upon information and belief, Amodeo is an individual who is not licensed to practice law in any jurisdiction within the United States.

5.      Pursuant to Federal Rule of Bankruptcy Procedure 9010(a) and 28 U.S.C. § 1654, corporations may not appear in federal courts through an officer unless he is authorized to practice law.  *In re: 1433 Corp.*, 75 B.R. 55, 56 (Bankr. S.D. Fla. 1987); *In re Webster*, 22 B.R. 11 (Bankr. Vt. 1982).

6.      Therefore, due to Amodeo's lack of license to practice law, AQMI may not appear in this court through Amodeo.  As such, Mirabilis requests this Court strike the Response.

WHEREFORE, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order striking the Response filed on behalf of AQMI Strategy Corporation by Frank Amodeo, and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 20th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
Victoria I. Minks, Esq.
Florida Bar No. 64388
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Email: rshuker@lseblaw.com
Email: vminks@lseblaw.com
Attorneys for Mirabilis Ventures, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    **CASE NO. 6:08-bk-04327**

**MIRABILIS VENTURES, INC.,**                             **CHAPTER 11**

                            **Debtor.**
_____/

### Certificate of Service

    I HEREBY CERTIFY that a true and correct copy of the **MOTION TO STRIKE RESPONSE TO CORRECTIVE OBJECTION TO CLAIM NO. 16 SUBMITTED BY AQMI STRATEGY CORPORATION** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Frank L. Amodeo, Federal Correctional Complex-Low, P.O. Box 1031, Coleman, Florida 33521; AQMI Strategy Corporation, 2875 S. Orange Avenue, Suite 500, PMB1810, Orlando, Florida 32806; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 20th day of October 2009.


                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Tue Oct 20 15:41:06 EDT 2009

Michael C. Addison
Addison & Howard, P.A.
Post Office Box 172535
Tampa, FL 33672-0535

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Carol Koehler Ide
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

Charles J Meltz
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104


PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Bradley M Saxton
Post Office Box 1391
Orlando, FL 32802-1391


R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455


Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609


Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609


Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state


End of Label Matrix
Mailable recipients    45
Bypassed recipients     3
Total                  48