UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

CASE NO. 6:08-bk-04327-KSJ

CHAPTER 11

Debtor.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been set before the Honorable Karen S. Jennenman, United States Bankruptcy Judge, for **Wednesday, December 9, 2009 at 11:00 a.m.**, at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801, to consider and act upon the following:

**MOTION TO STRIKE RESPONSE TO CORRECTIVE OBJECTION TO
CLAIM NO. 16 SUBMITTED BY AQMI STRATEGY CORPORATION
(Doc No. 373)**

and transact such other business as may properly come before the meeting.

All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **NOTICE OF HEARING** has been furnished by electronic transmission and/or U.S. Mail, postage prepaid to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Frank L. Amodeo, Federal Correctional Complex-Low, P.O. Box 1031, Coleman, Florida 33521; AQMI Strategy Corporation, 2875 S. Orange Avenue, Suite 500, PMB1810, Orlando, Florida 32806; the Local Rule 1007-2 Parties in Interest matrix attached to the original filed with the court; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 20th day of October 2009.

**DATED** this 20th day of October 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
Victoria I. Minks, Esq.
Florida Bar No. 64388
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Email: rshuker@lseblaw.com
Email: vminks@lseblaw.com
Attorneys for Mirabilis Ventures, Inc.

```
Label Matrix for local noticing          Michael C. Addison                       Advantage Collection Prof
113A-6                                   Addison & Howard, P.A.                   2775 Jade Street
Case 6:08-bk-04327-KSJ                   Post Office Box 172535                   Mora, MN 55051-6240
Middle District of Florida               Tampa, FL 33672-0535
Orlando
Tue Oct 20 15:41:06 EDT 2009

American Express                         BNA Tax Management                       Kimberly Bartley
2965 West Corporate Lakes Bl             9435 Key West Ave.                       Waldron & Schneider LLP
Weston, FL 33331-3626                    Rockville, MD 20850-3339                 15150 Middlebrook Drive
                                                                                  Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney              Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                        c/o David T. Ward
1111 East Main Street                    Suite 2500                               15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                     Irvine, CA 92618-7303


Joseph A DeMaria                         Mariane L Dorris                         Elena L Escamilla
Tew Cardenas LLP                         Latham Shuker Eden & Beaudine LLP        United States Trustee
1441 Brickell Avenue                     390 North Orange Avenue                  135 W Central Blvd  Suite 620
Suite 1500                               Suite 600                                Orlando, FL 32801-2440
Miami, FL 33131-3431                     Orlando, FL 32801-1684


First Commercial Ins. Corp.              Forge Capital Partners LLC               James E Foster
POB 126160                               c/o Bart Valdes                          Akerman Senterfitt
Hialeah, FL 33012-1602                   609 W Horatio St                         Post Office Box 231
                                         Tampa FL 33606-2272                      Orlando, FL 32802-0231


Frank L. Amodeo                          Fred Sandlin                             Gill R Geldreich
3875 South Orange Ave                    161 Mallard Lane                         Tennessee Attorney General's Office
Suite 500 -PMB 1810                      Daytona Beach, FL 32119-8331             Post Office 20207
Orlando, FL 32806                                                                 Nashville, TN 37202


Gilbert Weisman                          I Randall Gold                           Elizabeth A Green
c/o Becket and Lee LLP                   United States Attorney's Office          Latham Shuker Eden & Beaudine LLP
POB 3001                                 501 West Church Street                   390 North Orange Avenue
Malvern PA 19355-0701                    Suite 300                                Suite 600
                                         Orlando, FL 32805-2281                   Orlando, FL 32801-1684


Horton Johnson                           Humana/RMS                               Carol Koehler Ide
3211 Northglenn Drive                    77 Hartland Street                       U S Department of Justice - Tax Division
Orlando, FL 32806-6371                   Suite 401                                Post Office Box 14198
                                         East Hartford, CT 06108-3253             Ben Franklin Station
                                                                                  Washington, DC 20044-4198


Jackson Lewis                            Jeffrey Reichel                          Jeffrey Reichel
Attn:Anne Krupman                        c/o Gary Barnes                          c/o Jill E. Kelso, Esquire
One North Broadway                       3414 Peachtree Rd #1600                  Akerman Senterfitt
White Plains, NY 10601-2310              Atlanta, GA 30326-1164                   PO Box 231
                                                                                  Orlando FL 32802-0231


Kenneth & Diane Hendricks                Gordon L Kiester                         LeClair Ryan Trust
One ABC Parkway                          Florida Department of Revenue            P.O. Box 2499
Beloit, WI 53511-4466                    P O Box 2299                             Richmond, VA 23218-2499
                                         Mango, FL 33550-2299
```

| | | |
|---|---|---|
| LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 |
| PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients     45
Bypassed recipients      3
Total                   48