UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No.: 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                      Chapter 11

    Debtor.
_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned attorney appears as post-confirmation litigation counsel to the substantively consolidated Debtors, MIRABILIS VENTURES, INC., and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned. The undersigned is not appearing as post confirmation bankruptcy counsel to the Debtor.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF noticing or U.S. Mail this 30th day of October, 2009 to Attorneys for Debtor: R. Scott Shuker, Esquire and Mariane L. Dorris, Esquire, Latham Shuker Eden & Beaudine, P.O. Box 3353, Orlando, FL 32802; I. Randall Gold, Esquire, U.S. Attorney's Office, 501 W. Church Street, Suite 300, Orlando, FL 32765; R.W. Cuthill, as President of Mirabilis Ventures, Inc., 341 North Maitland Avenue, Suite 130, Maitland, Florida 32751 (via email); the United States Trustee – ORL, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 and those receiving CM/ECF service.

    BROAD AND CASSEL
    Post-Confirmation Litigation Counsel for
    the Debtor
    Suite 1400
    390 North Orange Avenue
    Orlando, Florida  32801
    PO Box 4961 (32802-4961)
    Phone: (407) 839-4200
    Fax: (407) 650-0927

      /s/ Roy S. Kobert
By:_____
    Roy S. Kobert, P.A.
    Florida Bar #: 777153
    rkobert@broadandcassel.com