UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.

    Debtor,
_____/

FILED
NOV 0 4 2009
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

CASE NO. 6.08:bk-04327-KSJ

CHAPTER 11

MOTION FOR RECONSIDERATION OF CONFIRMATION
OR ALTERNATELY
MOTION TO VACATE THE ORDER OF CONFIRMATION

Comes now AQMI Strategy Corporation and moves the Court to reconsider the order of confirmation in this case or alternatively to vacate the order of confirmation. Showing the Court in support as follows:

(1)

AQMI timely filed a secured claim in this case.

(2)

AQMI has never been served with a copy of the disclosure statement or plan.

(3)

AQMI never received a ballot nor was notified voting was taking place in the case.

(4)

The Debtors were aware of how to reach AQMI; as evidenced by the Debtors proper service upon AQMI of an objection to claim.

(5)

AQMI only became aware of the confirmation when the Debtor's current president notified AQMI's president (and court designated representative) of the confirmation on October 23, 2009.

(6)

AQMI has not seen the confirmation order or the confirmed plan.

(7)

As the only secured claimant, the plan cannot be approved over AQMI's objection. AQMI has not been able to vote on the plan because of the hopefully accidental oversight by the Debtor in not serving AQMI.

WHEREFORE AQMI respectfully requests the Court
1. direct the Debtor to serve a copy of the disclosure statement plan and ballot upon AQMI;

2. provide AQMI a reasonable time to review the documents and cast AQMI's ballot;
3. should AQMI vote against the plan, then vacate the order of confirmation and schedule a new evidentiary hearing on confirmation; and such other and further relief as the Court deems appropriate and fair.

Respectfully submitted this 30th day of October, 2009.

*[signature]*

AQMI Strategy Corporation
by AQMI's president and
corporate representative
Frank L. Amodeo
Federal Correction Complex-Low
P.O. Box 1031
Coleman, Fla. 33521

CERTIFICATE OF SERVICE

The undersigned certifies a copy of the motion was served by first class mail this 30th day of October 2009 upon the Debtors through Latham, Shuker, Eden and Beaudine, LLP; 390 N. Orange Avenue, Suite 600, Orlando, Florida 32801.

*[signature]*

Frank L. Amodeo