UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                             CHAPTER 11

        Debtor.
_____/

**MOTION TO STRIKE MOTION FOR RECONSIDERATION OF CONFIRMATION OR ALTERNATELY MOTION TO VACATE THE ORDER OF CONFIRMATION SUBMITTED BY AQMI STRATEGY CORPORATION**

**MIRABILIS VENTURES, INC.** ("Mirabilis" or "Debtor") by and through its undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 9010(a) and 28 U.S.C. §1654, hereby moves to strike the Motion for Reconsideration of Confirmation or Alternately Motion to Vacate the Order of Confirmation by AQMI STRATEGY CORPORATION ("AQMI") (Doc. No. 382), a Florida corporation, by Frank Amodeo ("Amodeo"), an individual, and in support thereof, states as follows:

**Introduction**

1.     On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.     On September 2, 2008, AQMI filed a Proof of Claim ("Claim") against Mirabilis for alleged money loaned and services performed to Mirabilis by AQMI from 2005 through 2008.

3.     On September 4, 2009, Mirabilis filed its objection to the Claim (the "Objection"), stating that Amodeo lacked the standing to bring forth the Claim and that even if Amodeo did have standing, there was no evidence in the Debtor's books and records that

Mirabilis received any value for the AQMI Claim. As such, Mirabilis requested that the Court disallow the Claim.

4. On October 5, 2009, Amodeo filed a Response to Corrective Objection to Claim No. 16 Submitted by AQMI Strategy Corporation on behalf of AQMI as its corporate representative (the "Response").

5. Pursuant to Federal Rule of Bankruptcy Procedure 9010(a) and 28 U.S.C. § 1654, corporations may not appear in federal courts through an officer unless he is authorized to practice law. *In re: 1433 Corp.*, 75 B.R. 55, 56 (Bankr. S.D. Fla. 1987); *In re Webster*, 22 B.R. 11 (Bankr. Vt. 1982).

6. Upon information and belief, Amodeo is an individual who is not licensed to practice law in any jurisdiction within the United States. Therefore, due to Amodeo's lack of license to practice law, AQMI may not appear in this court through Amodeo. As such, on October 20, 2009, Mirabilis requested this Court strike the Response.

7. On October 27, 2009, this Court entered an Order Confirming the Joint Amended Plan of Liquidation as Modified, Submitted by Mirabilis Ventures, Inc.

8. On November 4, 2009, Amodeo again filed on behalf of AQMI, this time filing a Motion for Reconsideration of Confirmation or Alternately Motion to Vacate the Order of Confirmation. Again, due to Amodeo's lack of license to practice law, AQMI may not appear in this court through Amodeo.

WHEREFORE, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order striking the Motion for Reconsideration of Confirmation or Alternately Motion to Vacate the Order of Confirmation filed on behalf of AQMI Strategy Corporation by Frank Amodeo, and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 6th day of November 2009.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
Victoria I. Minks, Esq.
Florida Bar No. 64388
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Email: rshuker@lseblaw.com
Email: vminks@lseblaw.com
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327

**MIRABILIS VENTURES, INC.,**  CHAPTER 11

    **Debtor.**
_____/

<u>Certificate of Service</u>

  **I HEREBY CERTIFY** that a true and correct copy of the **MOTION TO STRIKE MOTION FOR RECONSIDERATION OF CONFIRMATION OR ALTERNATELY MOTION TO VACATE THE ORDER OF CONFIRMATION** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Frank L. Amodeo, Federal Correctional Complex-Low, P.O. Box 1031, Coleman, Florida 33521; AQMI Strategy Corporation, 2875 S. Orange Avenue, Suite 500, PMB1810, 48883019, Unit B, Orlando, Florida 32806; the Local Rule 1007-2 Parties in Interest matrix attached hereto; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 6th day of November 2009.

               /s/ R. Scott Shuker
               R. Scott Shuker, Esquire

```
Label Matrix for local noticing              Michael C. Addison                          Advantage Collection Prof
113A-6                                       Addison & Howard, P.A.                      2775 Jade Street
Case 6:08-bk-04327-KSJ                       Post Office Box 172535                      Mora, MN 55051-6240
Middle District of Florida                   Tampa, FL 33672-0535
Orlando
Fri Nov  6 09:52:14 EST 2009

American Express                             BNA Tax Management                          Kimberly Bartley
2965 West Corporate Lakes Bl                 9435 Key West Ave.                          Waldron & Schneider LLP
Weston, FL 33331-3626                        Rockville, MD 20850-3339                    15150 Middlebrook Drive
                                                                                         Houston, TX 77058-1226


Brandywine Grande C. LP                      Buchanan Ingersoll & Rodney                 Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                        401 E Jackson St.                           c/o David T. Ward
1111 East Main Street                        Suite 2500                                  15615 Alton Pkwy #175
Richmond, VA 23219-3531                      Tampa, FL 33602-5236                        Irvine, CA 92618-7303


Joseph A DeMaria                             Mariane L Dorris                            Elena L Escamilla
Tew Cardenas LLP                             Latham Shuker Eden & Beaudine LLP           United States Trustee
1441 Brickell Avenue                         390 North Orange Avenue                     135 W Central Blvd  Suite 620
Suite 1500                                   Suite 600                                   Orlando, FL 32801-2440
Miami, FL 33131-3431                         Orlando, FL 32801-1684


First Commercial Ins. Corp.                  Forge Capital Partners LLC                  James E Foster
POB 126160                                   c/o Bart Valdes                             Akerman Senterfitt
Hialeah, FL 33012-1602                       609 W Horatio St                            Post Office Box 231
                                             Tampa FL 33606-2272                         Orlando, FL 32802-0231


Frank L. Amodeo                              Fred Sandlin                                Gill R Geldreich
3875 South Orange Ave                        161 Mallard Lane                            Tennessee Attorney General's Office
Suite 500 -PMB 1810                          Daytona Beach, FL 32119-8331                Post Office 20207
Orlando, FL 32806                                                                        Nashville, TN 37202


Gilbert Weisman                              I Randall Gold                              Elizabeth A Green
c/o Becket and Lee LLP                       United States Attorney's Office             Baker & Hostetler LLP
POB 3001                                     501 West Church Street                      200 S Orange Ave
Malvern PA 19355-0701                        Suite 300                                   Suntrust Center, Suite 2300
                                             Orlando, FL 32805-2281                      Orlando, FL 32801-3410


Horton Johnson                               Humana/RMS                                  Carol Koehler Ide
3211 Northglenn Drive                        77 Hartland Street                          U S Department of Justice - Tax Division
Orlando, FL 32806-6371                       Suite 401                                   Post Office Box 14198
                                             East Hartford, CT 06108-3253                Ben Franklin Station
                                                                                         Washington, DC 20044-4198


Jackson Lewis                                Jeffrey Reichel                             Jeffrey Reichel
Attn:Anne Krupman                            c/o Gary Barnes                             c/o Jill E. Kelso, Esquire
One North Broadway                           3414 Peachtree Rd #1600                     Akerman Senterfitt
White Plains, NY 10601-2310                  Atlanta, GA 30326-1164                      PO Box 231
                                                                                         Orlando FL 32802-0231


Kenneth & Diane Hendricks                    Gordon L Kiester                            Roy S Kobert
One ABC Parkway                              Florida Department of Revenue               Post Office Box 4961
Beloit, WI 53511-4466                        P O Box 2299                                Orlando, FL 32802-4961
                                             Mango, FL 33550-2299
```

| | | |
|---|---|---|
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    46
Bypassed recipients     3
Total                  49