UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MIRABILIS VENTURES, INC.,

Debtor.

_____/

Case No.: 6:08-bk-04327-KSJ
Chapter 11

JEFFREY REICHEL'S RESPONSE TO
MIRABILIS VENTURES, INC.'S OBJECTION TO
ALLOWANCE OF CLAIM NO. 24 SUBMITTED BY JEFFREY REICHEL

Jeffrey Reichel ("Reichel"), by and through his undersigned attorneys, and pursuant to Local Rule 2002-4 and Federal Rule of Bankruptcy Procedure 3007(a), file this response and opposition to the objection of Mirabilis Ventures, Inc. ("Mirabilis") to the claim of Jeffrey Reichel ("Claim No. 24") and in support thereof state as follows:

## JURISDICTION

1. Reichel does not dispute the allegations contained in paragraph 1.

2. Reichel does not dispute the allegations contained in paragraph 2.

3. Reichel does not dispute the allegations contained in paragraph 3, though the Amended Complaint and Counterclaims of Reichel speak for themselves.

4. Reichel does not dispute the allegations contained in paragraph 4, though the Amended Complaint and Counterclaims of Reichel speak for themselves.

5. Reichel does not dispute the allegations contained in paragraph 5.

6. Reichel does not dispute the allegations contained in paragraph 6.

7. Reichel does not dispute the allegations contained in paragraph 7.

{M2871411;1}

8. Reichel does not dispute the allegations contained in paragraph 8.

9. Reichel does not dispute the allegations contained in paragraph 9.

10. In response to paragraph 10 of the Objection, Reichel does not dispute that Claim No. 24 has not yet been reduced to judgment. Reichel denies the remaining allegations set forth in paragraph 10 and further states Reichel's Proof of Claim was filed prior to the bar date in order preserve his rights. An order for limited relief from stay was entered by this Court on December 12, 2008, as later supplemented by Supplemental Order dated March 20, 2009, allowing Reichel to pursue his counterclaims in *Mirabilis Ventures, Inc. v. Jeffrey Reichel*, Circuit Court of the Seventeeth Judicial Circuit, in and for Broward County, Florida, Case No. 07-11827(07) ("State Court Action") and liquidate those claims with any judgment to be brought back to Bankruptcy Court. Because Reichel's claims are allowed to be liquidated in State Court, the Mirabilis objection that the Reichel claim be disallowed in its entirety should be denied. The State Court Action should proceed to judgment and Reichel's claim should be permitted to be amended to conform to the State Court judgment in terms of its dollar amount and other relief, if any.

11. Reichel objects to the relief set forth in paragraph 11 and such relief should be denied.

12. Reichel objects to the relief set forth in paragraph 12 and such relief should be denied.

WHEREFORE, Jeffrey Reichel respectfully requests this Court enter an order denying Mirabilis' objection; allowing Reichel's claim with rights to amend, if necessary,

to conform to any judgment from the State Court Action, and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 9th day of November, 2009.

/s/ Esther McKean
Esther A. McKean, Esquire
Florida Bar No.: 028124
**AKERMAN SENTERFITT**
Post Office Box 231
420 S. Orange Avenue
Orlando, Florida 32802
Telephone: (407) 423-4000
Fax: (407) 843-6610
esther.mckean@akerman.com

**COUNSEL FOR JEFFREY REICHEL**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail or electronic service on the 9th day of November, 2009, to the following:

**Debtor:** Mirabilis Ventures, Inc., 3660 Maguire Blvd., Suite 103, Orlando, FL 32803;

**Debtor's Attorney:** R. Scott Shuker, Esquire, Latham, Shuker, Eden & Beaudine LLP, P.O. Box 3353, Orlando, FL 32802-3353;

**Office of the U.S. Trustee:** Elena L. Escamilla, Esquire, 135 W. Central Blvd., Suite 620, Orlando, FL 32801;

All parties on the attached Local Rule 1007(d) Parties in Interest list.

Respectfully submitted,

/s/ Esther A. McKean
Esther A. McKean, Esquire
Florida Bar No.: 028124
**AKERMAN SENTERFITT**
Post Office Box 231
420 S. Orange Avenue
Orlando, Florida 32802
Telephone: (407) 423-4000
Fax: (407) 843-6610
esther.mckean@akerman.com

and

Gary A. Barnes, Esquire
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
3414 Peachtree Road, Suite 1600
Atlanta, GA 30326
Phone: 404-221-6509
Fax: 404-238-9609
E-mail: gbarnes@bakerdonelson.com

**Attorneys for Jeffrey Reichel**

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Mon Nov 9 09:52:34 EST 2009

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA 19170-0001

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc  (u)John Burcham           (u)Mark J. Bernet
c/o David T. Ward                    undeliverable             no city
15615 Alton Pkwy #175                                          no state
Irvine, CA 92618-7303


End of Label Matrix
Mailable recipients    25
Bypassed recipients     3
Total                  28