THIS DOCUMENT WAS ENTERED IN ERROR. PDF IMAGE REMOVED