UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                              CHAPTER 11

Debtor.
_____/

## NOTICE OF FILING OF PROFESSIONAL BENEFIT SOLUTIONS, INC.'S RESPONSE TO MIRABILIS VENTURE INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 14

MIRABILIS VENTURES, INC. ("Mirabilis"), by and through its undersigned counsel, hereby gives notice of filing of PROFESSIONAL BENEFIT SOLUTIONS, INC.'S RESPONSE TO MIRABILIS VENTURE INC.'S OBJECTION TO ALLOWANCE OF CLAIM NO. 14, dated November 3, 2009[1], a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Professional Benefits Services, Inc., 2875 S. Orange Avenue, Suite 500, Orlando, FL 32806 (as shown on the Proof of Claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; Mr. Frank Amodeo, F.C.C. Low, Federal Correctional Institution, P.O. Box 1031, Coleman, FL 33521-1031; the Local Rule 1007-2 parties-in-interest as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this __3rd__ day of December 2009.

/s/ Mariane L. Dorris
Mariane L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Mirabilis Ventures, Inc.*

---

[1] The attached response was received by Debtors' counsel office on November 9, 2009, however, the actual response is not contained within the court's docket, or has otherwise been filed with the Court on behalf of Professional Benefit Solutions, Inc.

```
Label Matrix for local noticing      Michael C. Addison                 Advantage Collection Prof
113A-6                               Addison & Howard, P.A.             2775 Jade Street
Case 6:08-bk-04327-KSJ               Post Office Box 172535             Mora, MN 55051-6240
Middle District of Florida           Tampa, FL 33672-0535
Orlando
Thu Dec  3 16:23:02 EST 2009

American Express                     BNA Tax Management                 Kimberly Bartley
2965 West Corporate Lakes Bl         9435 Key West Ave.                 Waldron & Schneider LLP
Weston, FL 33331-3626                Rockville, MD 20850-3339           15150 Middlebrook Drive
                                                                        Houston, TX 77058-1226


Brandywine Grande C. LP              Buchanan Ingersoll & Rodney        Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                401 E Jackson St.                  c/o David T. Ward
1111 East Main Street                Suite 2500                         15615 Alton Pkwy #175
Richmond, VA 23219-3531              Tampa, FL 33602-5236               Irvine, CA 92618-7303


Joseph A DeMaria                     Mariane L Dorris                   Tara C Early
Tew Cardenas LLP                     Latham Shuker Eden & Beaudine LLP  Stanton & Gasdick PA
1441 Brickell Avenue                 390 North Orange Avenue            390 North Orange Avenue
Suite 1500                           Suite 600                          Suite 260
Miami, FL 33131-3431                 Orlando, FL 32801-1684             Orlando, FL 32801-1612


Elena L Escamilla                    F. Del Kelley                      First Commercial Ins. Corp.
United States Trustee                5220 S. Washington Ave             POB 126160
135 W Central Blvd  Suite 620        Titusville, FL 32780-7316          Hialeah, FL 33012-1602
Orlando, FL 32801-2440


Forge Capital Partners LLC           James E Foster                     Frank L. Amodeo
c/o Bart Valdes                      Akerman Senterfitt                 3875 South Orange Ave
609 W Horatio St                     Post Office Box 231                Suite 500 -PMB 1810
Tampa FL 33606-2272                  Orlando, FL 32802-0231             Orlando, FL 32806


Fred Sandlin                         Gill R Geldreich                   Gilbert Weisman
161 Mallard Lane                     Tennessee Attorney General's Office c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331         Post Office 20207                  POB 3001
                                     Nashville, TN 37202                Malvern PA 19355-0701


I Randall Gold                       Elizabeth A Green                  Kenneth D Herron Jr
United States Attorney's Office      Baker & Hostetler LLP              1851 West Colonial Drive
501 West Church Street               200 S Orange Ave                   Orlando, FL 32804-7013
Suite 300                            Suntrust Center, Suite 2300
Orlando, FL 32805-2281               Orlando, FL 32801-3410


Horton Johnson                       Humana/RMS                         Carol Koehler Ide
3211 Northglenn Drive                77 Hartland Street                 U S Department of Justice - Tax Division
Orlando, FL 32806-6371               Suite 401                          Post Office Box 14198
                                     East Hartford, CT 06108-3253       Ben Franklin Station
                                                                        Washington, DC 20044-4198


Jackson Lewis                        Jeffrey Reichel                    Jeffrey Reichel
Attn:Anne Krupman                    c/o Gary Barnes                    c/o Jill E. Kelso, Esquire
One North Broadway                   3414 Peachtree Rd #1600            Akerman Senterfitt
White Plains, NY 10601-2310          Atlanta, GA 30326-1164             PO Box 231
                                                                        Orlando FL 32802-0231
```

| | | |
|---|---|---|
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 |
| Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Mirabilis Ventures, Inc<br>c/o R.W.Cuthill, Jr<br>341 N. Maitland Ave #210<br>Maitland, FL 32751-4771 | Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 |
| Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 |
| Melissa Youngman<br>Wolf Hill McFarlin & Herron PA<br>1851 W Colonial Drive<br>Orlando, FL 32804-7013 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    57
Bypassed recipients     3
Total                  60

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RECEIVED

NOV 09 2009

LATHAM, SHUKER
EDEN & BEAUDINE, LLP

In re:
MIRABILIS VENTURES, INC.

Case No.: 6:08-bk-04327-KSJ
Chapter 11

_____/

Response to Mirabilis Venture Inc's
Objection to Allowance of Claim No. 14

Comes Now, Professional Benefit Solutions, Inc. and files this response to the Debtors' objection and requests the Court to treat this matter as an adversary proceeding. In support of which showing the Court as follows:

1.  Paragraphs 1 through 10 of the Debtors' objection are admitted.

2.  In response to paragraph 10, 11, 12, and 13, Amodeo's plea agreement's validity is in dispute based on issues of competency, voluntariness, constitutional violations and public policy (see affidavit of Amodeo which will be filed in this case on or about November 9, 2009 and incorporated by reference.

3.  In response to paragraph 14, 15, 16, 17, 18, 19, and 20. PBS admits these paragraphs as between the Debtor and the USA.

    As to PBS, PBS's assets are not forfeit PBS remains a defendant in a criminal trial. PBS continues to assert PBS' innocence.

    To the extent the disputed preliminary order of forfeiture has any effect at all it is limited to Amodeo's interest in PBS assets.

4.  In regards to paragraph 20, 21, and 22, PBS notes the PBS' claim was filed prior to the Compromise of Controversy between the Debtors and the USA.

    If either the USA or the Debtors had wished to address the PBS claim; they could have contacted PBS regarding the issue and included PBS in the Compromise.

    Both USA and Debtors chose not to address the claim nor involve PBS in the resolution.

    As such the compromise is just what the compromise purports; a settlement of controversy between USA and Debtor

    PBS' rights vis-a-vis both the USA and the Debtors' remain unresolved

    Finally, factually the Debtors' officers up to and including the current officers have repeatedly claimed that the Debtors (AEM Inc. in particular) did not own the PBS book of business.

1

None the less, AEM Inc. collected the payroll taxes of PBS deposited those taxes into an AEM,Inc. bank account; than proceeded to transfer the taxes not to PBS, not to the IRS on behalf of PBS, but instead spent the money or transferred the funds to other companies owned by the Debtor.

Calling this a loan is very polite, but regardless of the name of the misappropriation it is a valid claim against the bankruptcy estate.

5. As to paragraph 23; Amodeo is an authorized representative of PBS Amodeo has been approved by the United States District Court to proceed as the pro se representative of PBS in the criminal proceedings. If Amodeo has authority to represent PBS pro se in a criminal case in District Court Amodeo certainly should have standing in this bankruptcy proceeding. Any forfeiture affects only Amodeo's personal interests if any interests, not the rights of PBS.

6. As to paragraph 24, the claim was calculated by using the Debtors' business records and with the assistance of the Debtors' officers and employees.

Further the current officers of the Debtors' admit; neither AEM nor Mirabilis had anywhere near $123,200,045 13 in gross revenues this money had to come from somewhere else.

The somewhere else was PBS and Paradyme whether loan, misappropriation or Breach of the Debtors contract with PBS and Paradyme or breach of duty. The money is still owed by Mirabilis and AEM.

7. Paragraph 25 is denied.

8. PBS also needs to bring to the Court's attention PBS has never been served with a copy of the Debtors disclosure statement or the Debtors' plan.

PBS never received a ballot or was given an opportunity to vote. To the extent a plan has been confirmed PBS asks the Court to reconsider such confirmation.

PBS requests the Debtor be directed to serve upon PBS' representative a copy of the disclosure statement and plan; as well as a ballot

Wherefore, PBS requests PBS' claim be allowed costs of this action be awarded against the Debtors' this matter be treated as a contested-matter with full discovery typically available in an adversary proceeding and such other and further relief as the Court deems appropriate and fair.

Respectfully submitted this 3 day of November, 2009

*[signature]*
Professional Benefits Solutions,Inc
c/o Frank L. Amodeo
F.C.C. Low
P.O. Box 1031
Coleman, FL 33521-1031

2

## CERTIFICATE OF SERVICE

The undersign certifies a copy of this responce has been served by first class mail on this _3_ day of November, 2009 to

R. Scott Shuker, Esq.
Latham, Shuker, Eden and Beaudine LLP.
390 North Orange Avenue
Suite 600
Orlando, Florida 32802-3353