# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 6:08-bk-04327-KSJ** |
| **MIRABILIS VENTURES, INC.,** | **CHAPTER 11** |
| Debtor. | |
| _____/ | |

### ORDER SUSTAINING MIRABILIS VENTURES, INC.'S OBJECTION TO CLAIM NO. 13 SUBMITTED BY WELLINGTON CAPITAL GROUP, INC.

**THIS CAUSE** came on for consideration on Mirabilis Ventures, Inc.'s ("Debtor"), objection to allowance of Claim No. 13 ("Objection"), filed with the Court on October 9, 2009 (Doc. No. 328). The Objection seeks disallowance of Claim No. 13 (the "Claim") filed by Wellington Capital Group, Inc. ("Claimant") in the instant case. The Court, having considered the record, finds: (1) Debtor filed the Objection with the Court on October 9, 2009; (2) the certificate of service, which was also filed on October 9, 2009, indicated that the Claimant and the United States Trustee were noticed of the Objection by either electronic transmission and/or United States First-Class Mail on October 9, 2009; (3) that Claimant was notified of the Objection in accordance with Local Rule 2002-4 and failed to file and/or serve a response to the Objection with this Court within the thirty (30) day response period. Therefore, it is

**ORDERED:**

1. The Objection is sustained to the extent noted herein.

2. The Claim shall be disallowed and the Claimant shall have no claim against the Debtor.

**DONE AND ORDERED** at Orlando, Florida, this 10th day of December, 2009

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Counsel for the Debtor:  R. Scott Shuker, Esq. and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, Florida 32802-3353;

Wellington Capital Group, Inc., 2875 S. Orange Avenue, Suite 500, Orlando, FL 32806 (as shown on the Proof of Claim);

I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805;

Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, FL 33521;

Office of the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest.