**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                              CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                    CHAPTER 11

        Debtor.
_____/

**ORDER GRANTING SUPPLEMENT TO FINAL APPLICATION OF FINAL APPLICATION OF KPMG, LLP FOR AWARD OF FEES i/a/o $22,530.00**

**THIS CASE** came on for hearing on December 9, 2009 ("Hearing"), upon the supplement to the final application of KPMG, LLP ("Applicant"), filed with the Court on December 12, 2009 ("Application") (Doc. No. 430), for award of compensation for services in the amount of $22,530.00 incurred in connection with services provided to the Debtor as its tax accountant and for the preparation of multiple tax returns during the period August 1, 2009 through September 16, 2009 ("Application Period").

The Court, having considered the Application and having heard from the United States Trustee and counsel for all interested parties present at the Hearing, determined that Applicant should be awarded fees and expenses as set forth below.  Accordingly, it is hereby

    **ORDERED:**

    1.    The Application is granted.

2. The Debtor is authorized to pay Applicant one hundred percent (100%) of its request for compensation in the amount of $22,530.00.

**DONE AND ORDERED** on December 21, 2009.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor:   Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., Pres, 341 N. Maitland Ave, Suite 210, Maitland, FL 32751;
R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353 Orlando, FL 32802-3353;
Matthew Donnelly/Kirtus Bocox, KPMG, LLP, 111 North Orange Avenue, Suite 1600, Orlando, FL 32801;
I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805;
Carol Koehler Ide, Trial Attorney, Tax Div, U.S. Dept. of Justice, P.O. Box 14198, Washington, DC 20044;
United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801;
Local Rule 1007-2 Parties-in-Interest