**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                            CHAPTER 11

                        Debtor.
_____/

**ORDER GRANTING MIRABILIS VENTURES, INC.'S MOTION TO
STRIKE MOTION FOR RECONSIDERATION OF CONFIRMATION
OR ALTERNATIVELY MOTION TO VACATE THE ORDER OF
CONFIRMATION SUBMITTED BY AQMI STRATEGY CORPORATION**

**THIS CASE** came on for hearing on December 9, 2009 ("Hearing"), on the motion

of Mirabilis Ventures, Inc.'s ("Debtor") motion to strike the motion for reconsideration of

confirmation or alternatively, motion to vacate the order of confirmation submitted by

AQMI Strategy Corporation ("Motion to Strike"), filed with the Court on November 6,

2009 (Doc. No. 384).  AQMI Strategy Corporation filed the Motion for Reconsideration of

Confirmation or Motion to Vacate the Order of Confirmation on November 4, 2009 (Doc.

No. 382) pro se ("Motion for Reconsideration").  Upon consideration of the Strike Motion

and the Motion for Reconsideration and the evidence presented by Debtor's counsel, and

having heard from all interested parties present at the Hearing, it is

**ORDERED:**

1.      The Motion to Strike is granted.

2.      The Motion for Reconsideration is denied.

**DONE AND ORDERED** on December 21, 2009.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies to:

Debtor:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Debtor's Counsel:  R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, Florida 32802-3353;

AQMI Strategy Corporation, 2875 S. Orange Avenue, Suite 500, PMB1810, Orlando, Florida 32806;

I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805;

Mr. Frank L. Amodeo, Federal Correctional Complex-Low, P.O. Box 1031, Coleman, Florida 33521;

The Local Rule 1007-2 Parties in Interest matrix attached hereto; and

The Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.