UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**            CHAPTER 11

        **Debtor.**
_____/

ORDER GRANTING MIRABILIS VENTURES, INC.'S MOTION
TO STRIKE RESPONSE TO CORRECTIVE OBJECTION TO
CLAIM NO. 16 SUBMITTED BY AQMI STRATEGY CORPORATION

**THIS CASE** came on for hearing on December 9, 2009 ("Hearing"), on the motion of Mirabilis Ventures, Inc. ("Debtor") to strike the response to the Debtor's corrective objection to Claim No. 16 submitted by AQMI Strategy Corporation ("AQMI"), filed with the Court on October 20, 2009 ("Motion to Strike") (Doc. No. 373). In the Motion to Strike, Debtor requests an order striking the response of AQMI to the corrective objection to Claim No. 16 ("Response"), Debtor filed with the Court on October 5, 2009 (Doc. No. 319). Upon consideration of the Motion and the Response, the evidence presented by Debtor's counsel, and having heard from all interested parties present at the Hearing, it is

    **ORDERED:**

    1.    The Motion is granted.

    2.    The Response is hereby stricken.

3. The debtor's Objection to Claim No. 16 (Doc. No. 276) is sustained.

**DONE AND ORDERED** on December 22, 2009.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Debtor's Counsel: R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, Florida 32802-3353;

AQMI Strategy Corporation, 2875 S. Orange Avenue, Suite 500, PMB1810, Orlando, Florida 32806;

I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805;

Mr. Frank L. Amodeo, Federal Correctional Complex-Low, P.O. Box 1031, Coleman, Florida 33521;

The Local Rule 1007-2 Parties in Interest matrix attached hereto; and

The Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801