UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| In re Mirabolis Ventures, Inc., ) | Case No. 6:08-bk-04327-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER DENYING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

At a hearing held on December 9, 2009, the Court considered Frank L. Amodeo's Motion (the "Motion") (Doc. No. 379) for the appointment of a Guardian Ad Litem on his behalf. In the Motion, Amodeo claims he was declared "legally incompetent by the State of Florida on or about May 26, 2008" and references an "order of incompetency." (Doc. 379, p. 1, ¶¶ 1 and 3). However, Amodeo failed to attach any such order to the Motion or otherwise establish any basis for appointing him a Guardian Ad Litem. Therefore, the Court has no proof Amodeo was adjudicated to be incompetent and no basis upon which to grant Amodeo's request. Accordingly, the Motion (Doc. No. 379) is denied.

DONE AND ORDERED in Orlando, Florida, this 30th day of December, 2009.

KAREN S. JENNEMANN
United States Bankruptcy Judge