UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                          CHAPTER 11

          Debtor.
_____/

## MIRABILIS VENTURES, INC.'S NOTICE OF WITHDRAWAL OF OBJECTION TO ALLOWANCE OF CLAIM NO. 37 SUBMITTED BY GMAC BANK

**MIRABILIS VENTURES, INC.,** ("Mirabilis" or "Debtor"), hereby provides notice of

its withdrawal of its Objection to Claim No. 37 of GMAC Bank (Doc. No. 349).

RESPECTFULLY SUBMITTED this __5th__ day of January, 2010.

/s/ Mariane L. Dorris
_____
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Mariane L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
Victoria I. Minks, Esq.
Florida Bar No.  0064388
vminks@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                      CHAPTER 11

                 Debtor.
_____/

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S NOTICE OF WITHDRAWAL OF OBJECTION TO ALLOWANCE OF CLAIM NO. 37 SUBMITTED BY GMAC BANK** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; GMAC Bank, c/o Robert B. Bodzin, Esq. and Melissa C. Prince, Esq., Kleinbard, Bell & Brecker, LLP, One Liberty Place, 46th Floor, 1650 Market Street, Philadelphia, Pennsylvania 19103 (as shown on the Proof of Claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, FL 33521; the Local Rule 1007-2 Parties-in-Interest list, as shown on the matrix attached and filed with the original Notice; and the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801 on this __5th__ day of January, 2010.

                                    /s/ Mariane L. Dorris
                                    _____
                                    R. Scott Shuker, Esq.
                                    Florida Bar No. 984469
                                    rshuker@lseblaw.com
                                    Mariane L. Dorris
                                    Florida Bar No. 0173665
                                    mdorris@lseblaw.com
                                    Victoria I. Minks, Esq.
                                    Florida Bar No. 0064388
                                    vminks@lseblaw.com
                                    **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                    390 N. Orange Avenue, Suite 600
                                    P. O. Box 3353 (32802-3353)
                                    Orlando, Florida 32801
                                    Telephone: 407-481-5800
                                    Facsimile: 407-481-5801
                                    Attorneys for Mirabilis Ventures, Inc.

2

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Tue Jan  5 16:05:39 EST 2010

Michael C. Addison
Addison & Howard, P.A.
Post Office Box 172535
Tampa, FL 33672-0535

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Tara C Early
Stanton & Gasdick PA
390 North Orange Avenue
Suite 260
Orlando, FL 32801-1612

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

F. Del Kelley
5220 S. Washington Ave
Titusville, FL 32780-7316

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119-8331

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Elizabeth A Green
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3410

Kenneth D Herron Jr
1851 West Colonial Drive
Orlando, FL 32804-7013

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Carol Koehler Ide
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

Roy S Robert
Post Office Box 4961
Orlando, FL 32802-4961


LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

Esther A McKean
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231


Charles J Meltz
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

Todd K Norman
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802-3388


On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

RKT Constructions, Inc
5220 S. Washington Ave
Titusville, FL 32780-7316


Robi A. Roberts
2921 S. Washington Ave
Titusville, FL 32780-5022

Robi A. Roberts Trust
2921 S. Washington St
Titusville, FL 32780-5022

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819


Bradley M Saxton
Post Office Box 1391
Orlando, FL 32802-1391

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015


Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440


Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303


C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015


Melissa Youngman
Wolf Hill McFarlin & Herron PA
1851 W Colonial Drive
Orlando, FL 32804-7013

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state


End of Label Matrix
Mailable recipients    57
Bypassed recipients     3
Total                  60