# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                                            CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                  CHAPTER 11

          **Debtor.**
_____/

## ORDER SUSTAINING MIRABILIS VENTURES, INC.'S OBJECTION TO CLAIM NO. 16 SUBMITTED BY AQMI STRATEGY CORPORATION

**THIS CASE** came on for consideration, on the corrective objection of Mirabilis Ventures, Inc.'s ("Debtor") to allowance of Claim No. 16 submitted by AQMI STRATEGY CORPORATION, Inc. ("AQMI"), filed on September 8, 2009 (Doc. 276) (the "Objection"). On October 5, 2009, Frank Amodeo, on behalf of AQMI, filed a response to the Objection (Doc. No. 319) (the "Response"). On October 20, 2009, Debtor filed its motion to strike the Response (the "Motion to Strike")(Doc. No. 373). On December 22, 2009, the Court entered an order granting Debtor's Motion to Strike (the "Order") (Doc. No. 457). Upon consideration of the Objection, the Response, the Order, and noting that AQMI failed to file and/or serve a proper response to the Objection with the Court within the thirty (30) day response period provided by Local Rule 2002-4, it is

**ORDERED:**

1. The Debtor's Objection to Claim No. 16 is sustained.

2

    2.    Claim No. 16 filed by AQMI is disallowed in its entirety.

**DONE AND ORDERED** on January 7, 2010.

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Counsel for the Debtor: R. Scott Shuker, Esq. and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, Florida 32802-3353;

AQMI Strategy Corporation, 2875 S. Orange Avenue, Suite 500, PMB1810, Orlando, FL 32806 as listed on the proof of claim;

I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805;

Mr. Frank Amodeo, FCI Coleman Low, Federal Correctional Institution, P.O. Box 1031, Coleman, FL 33521;

Office of the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest.