UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                 CHAPTER 11

Debtor.
_____/

MOTION TO STRIKE RESPONSE TO OBJECTION TO
CLAIM NO. 14 SUBMITTED BY PROFESSIONAL BENEFITS SOLUTIONS, INC.

**MIRABILIS VENTURES, INC.** ("Mirabilis" or "Debtor") by and through its undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 9010(a) and 28 U.S.C. §1654, hereby moves to strike the Response to Objection by Professional Benefits Solutions, Inc. ("PBS"), a Florida corporation, by Frank Amodeo ("Amodeo"), an individual, (the "Response")(Doc. No. 431[1]) and in support thereof, states as follows:

Introduction

1. On May 27, 2008, Mirabilis filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. On September 2, 2008, PBS filed a Proof of Claim ("Claim") against Mirabilis for a claim of $123,200,045.13 for alleged money loaned to Mirabilis by PBS.

3. On October 9, 2009, Mirabilis filed its objection to the Claim (the "Objection")(Doc. No. 329), stating that Amodeo has no standing to assert this Claim. PBS was one of several assets forfeited to the United States of America, pursuant to a compromise order approved by this Court on March 4, 2009. As such, Mirabilis requested that the Court disallow the Claim.

---

[1] On December 3, 2009 Debtor filed a Notice of Filing of the response it received on behalf of Mr. Amodeo/Professional Benefits Solutions, Inc. as the record reflected that it was not filed or docketed with the Clerk of Court.

4. On November 9, 2009, counsel for Mirabilis received via U.S. Mail PBS' Response to Mirabilis' Objection to Allowance of its Claim 14. Upon information and belief, Amodeo is an individual who is not licensed to practice law in any jurisdiction within the United States.

5. Pursuant to Federal Rule of Bankruptcy Procedure 9010(a) and 28 U.S.C. § 1654, corporations may not appear in federal courts through an officer unless he is authorized to practice law. *In re: 1433 Corp.*, 75 B.R. 55, 56 (Bankr. S.D. Fla. 1987); *In re Webster*, 22 B.R. 11 (Bankr. Vt. 1982).

6. Therefore, due to Amodeo's lack of license to practice law, PBS may not appear in this court through Amodeo. As such, Mirabilis requests this Court strike the Response.

WHEREFORE, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order striking the Response filed on behalf of Professional Benefits Solutions, Inc. by Frank Amodeo, and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 11th day of January 2010.

/s/ Mariane Dorris
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@lseblaw.com
Mariane Dorris, Esq.
Florida Bar No. 173665
mdorris@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
*Attorneys for Mirabilis Ventures, Inc.*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327

MIRABILIS VENTURES, INC.,                           CHAPTER 11

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **MOTION TO STRIKE RESPONSE TO OBJECTION TO CLAIM NO. 14 SUBMITTED BY PROFESSIONAL BENEFITS SOLUTIONS, INC.** has been furnished by electronic and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Frank L. Amodeo, Federal Correctional Complex-Low, P.O. Box 1031, Coleman, Florida 33521; Professional Benefits Solutions, Inc., 2875 S. Orange Avenue, Suite 500, PMB1810, Orlando, Florida 32806 (as shown on the proof of claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 and the Local Rule 1007-2 parties-in-interest as shown on the matrix attached to the original motion filed with the Court on this 11th day of January 2010.

                                          /s/ Mariane Dorris
                                          R. Scott Shuker, Esq.
                                          Florida Bar No. 0984469
                                          rshuker@lseblaw.com
                                          Mariane Dorris, Esq.
                                          Florida Bar No. 173665
                                          mdorris@lseblaw.com
                                          Latham, Shuker, Eden & Beaudine, LLP
                                          390 N. Orange Ave., Suite 600
                                          Orlando, FL 32801
                                          Tel: (407) 481-5800
                                          Fax: (407) 481-5801
                                          *Attorneys for Mirabilis Ventures, Inc.*

```
Label Matrix for local noticing      Michael C. Addison                   Advantage Collection Prof
113A-6                               Addison & Howard, P.A.               2775 Jade Street
Case 6:08-bk-04327-KSJ               Post Office Box 172535               Mora, MN 55051-6240
Middle District of Florida           Tampa, FL 33672-0535
Orlando
Mon Jan 11 13:18:15 EST 2010

American Express                     BNA Tax Management                  Kimberly Bartley
2965 West Corporate Lakes Bl         9435 Key West Ave.                  Waldron & Schneider LLP
Weston, FL 33331-3626                Rockville, MD 20850-3339            15150 Middlebrook Drive
                                                                         Houston, TX 77058-1226


Brandywine Grande C. LP              Buchanan Ingersoll & Rodney          Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                401 E Jackson St.                    c/o David T. Ward
1111 East Main Street                Suite 2500                           15615 Alton Pkwy #175
Richmond, VA 23219-3531              Tampa, FL 33602-5236                 Irvine, CA 92618-7303


Joseph A DeMaria                     Mariane L Dorris                     Tara C Early
Tew Cardenas LLP                     Latham Shuker Eden & Beaudine LLP    Stanton & Gasdick PA
1441 Brickell Avenue                 390 North Orange Avenue              390 North Orange Avenue
Suite 1500                           Suite 600                            Suite 260
Miami, FL 33131-3431                 Orlando, FL 32801-1684               Orlando, FL 32801-1612


Elena L Escamilla                    F. Del Kelley                        First Commercial Ins. Corp.
United States Trustee                5220 S. Washington Ave               POB 126160
135 W Central Blvd  Suite 620        Titusville, FL 32780-7316            Hialeah, FL 33012-1602
Orlando, FL 32801-2440


Forge Capital Partners LLC           James E Foster                       Frank L. Amodeo
c/o Bart Valdes                      Akerman Senterfitt                   3875 South Orange Ave
609 W Horatio St                     Post Office Box 231                  Suite 500 -PMB 1810
Tampa FL 33606-2272                  Orlando, FL 32802-0231               Orlando, FL 32806


Fred Sandlin                         Gill R Geldreich                     Gilbert Weisman
161 Mallard Lane                     Tennessee Attorney General's Office  c/o Becket and Lee LLP
Daytona Beach, FL 32119-8331         Post Office 20207                    POB 3001
                                     Nashville, TN 37202                  Malvern PA 19355-0701


I Randall Gold                       Elizabeth A Green                    Kenneth D Herron Jr
United States Attorney's Office      Baker & Hostetler LLP                1851 West Colonial Drive
501 West Church Street               200 S Orange Ave                     Orlando, FL 32804-7013
Suite 300                            Suntrust Center, Suite 2300
Orlando, FL 32805-2281               Orlando, FL 32801-3410


Horton Johnson                       Humana/RMS                           Carol Koehler Ide
3211 Northglenn Drive                77 Hartland Street                   U S Department of Justice - Tax Division
Orlando, FL 32806-6371               Suite 401                            Post Office Box 14198
                                     East Hartford, CT 06108-3253         Ben Franklin Station
                                                                          Washington, DC 20044-4198


Jackson Lewis                        Jeffrey Reichel                      Jeffrey Reichel
Attn:Anne Krupman                    c/o Gary Barnes                      c/o Jill E. Kelso, Esquire
One North Broadway                   3414 Peachtree Rd #1600              Akerman Senterfitt
White Plains, NY 10601-2310          Atlanta, GA 30326-1164               PO Box 231
                                                                          Orlando FL 32802-0231
```

| | | |
|---|---|---|
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 |
| Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 |
| PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 | Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 |
| Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 | Melissa Youngman<br>Wolf Hill McFarlin & Herron PA<br>1851 W Colonial Drive<br>Orlando, FL 32804-7013 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59