# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MIRABILIS VENTURES, INC., | : | Case No. 6:08-bk-04327 |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE THAT: Atlantic Legal Group, P.A., as counsel for Gillio Development, Inc., files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be served upon the undersigned attorneys at the following address:

**Kristina E. Feher, Esq.**
**Atlantic Legal Group, P.A.**
**10101 Dr. MLK Jr. St. N, Suite 248**
**St. Petersburg, Florida 33716**
**Telephone: 727-346-1900**
**Fax: 727-346-1901**
**kfeher@atlanticlegalgroup.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy

Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, Notice of Appearance and Demand for Service of Pleadings and Other Papers, was served either by U.S. Mail or electronically via the Court's CM/ECF electronic notification system on this 12th day of January, 2010 upon the following interested parties:

**Mirabilis Ventures, Inc**
c/o R.W.Cuthill, Jr
Tax ID / EIN: 20-1833196
341 N. Maitland Ave #210
Maitland, FL 32751

**Mariane L Dorris**
Latham Shuker Eden &
Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801

**Roy S Kobert**
Post Office Box 4961
Orlando, FL 32802

**Todd K Norman**
Stump Callahan Dietrich &
Spears PA
Post Office Box 3388
Orlando, FL 32802

**Elena L Escamilla**
United States Trustee
135 W Central Blvd Suite 620
Orlando, FL 32806

**I Randall Gold**
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32765

Dated: January 12, 2010

    Respectfully submitted,
ATLANTIC LEGAL GROUP, P.A.
Counsel to the Debtor
10101 Dr. MLK Jr. St. N, Suite 248
St. Petersburg, FL  33716
(727) 346-1900
By:

_____/s/ Kristina Feher_____
KRISTINA E. FEHER
Florida Bar No.: 52082
kfeher@atlanticlegalgroup.com