

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
February 03, 2010

HONORABLE KAREN S. JENNEMANN                    COURTROOM B

CASE NUMBER: 08-04327-6J1      FILING DATE: 05/27/2008 (BAPCPA)   HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) OBJECTION TO CLAIM NO. 23 OF ATLANTIC AMERICAN CAPITAL GROUP, LLC   (DOC #335)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23 AND REQUEST FOR HEARING (DOC #385)

2) OBJECTION TO CLAIM NO. 22 OF BD, LLC   (DOC #334)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23 AND REQUEST FOR HEARING (DOC #385)

3) OBJECTION TO CLAIM NO. 21 OF FORGE CAPITAL PARTNERS, LLC   (DOC #333)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23 AND REQUEST FOR HEARING (DOC #385)

4) "PRETRIAL CONFERENCE"

OBJECTION TO CLAIM NO. 24 OF JEFFREY REICHEL   (DOC #336)

RESPONSE BY JEFFREY REICHEL TO DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM NO. 24   (DOC #387)

5) "FINAL EVIDENTIARY HEARING"

OBJECTION TO CLAIM NO. 34 OF ROBERT LEIB   (DOC #347)

RESPONSE BY ROBERT LEIB TO DEBTOR'S OBJECTION TO CLAIM NO. 34   (DOC #412)

6) "FINAL EVIDENTIARY HEARING"

OBJECTION TO CLAIM NO. 33 OF MICHAEL O'SULLIVAN   (DOC #346)

RESPONSE BY MICHAEL O'SULLIVAN TO DEBTOR'S OBJECTION TO CLAIM NO. 33 (DOC #413)

7) "FINAL EVIDENTIARY HEARING"

OBJECTION TO CLAIM NO. 5 AND NO. 6 OF PAUL GLOVER (DOC #326-327)

RESPONSE BY PAUL GLOVER TO OBJECTION TO CLAIM (DOC #376-377)

"PRETRIAL CONFERENCE RE:"



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
February 03, 2010

HONORABLE KAREN S. JENNEMANN                    COURTROOM B

CASE NUMBER: 08-04327-6J1     FILING DATE: 05/27/2008 (BAPCPA)     HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL

8) OBJECTION TO CLAIM NO. 38 OF RKT CONSTRUCTORS, INC. (DOC #350)

RESPONSE BY RKT CONSTRUCTORS, INC TO DEBTOR'S OBJECTION TO CLAIM NO. 38  (DOC #397)

9) OBJECTION TO CLAIM NOS. 39, 40 AND 41 OF F. DEL KELLY (DOC #351 - 352)

RESPONSE BY F. DEL KELLY (DOC #398-400)

10) OBJECTION TO CLAIM NOS. 42 - 52 OF ROBI A. ROBERTS (DOC #354 - 364)

RESPONSE BY ROBI A. ROBERTS (DOCS #401 - 411)

11) OBJECTION BY DEBTOR TO CLAIM NO. 14 FILED BY PROFESSIONSL BENEFIT (DOC #329)

RESPONSE BY PROFESSIONAL BENEFIT SOLUTIONS, INC. TO DEBTOR'S OBJECTION TO CLAIM (DOC #431)

12) MOTION BY DEBTOR TO STRIKE RESPONSE BY PROFESSIONAL BENEFITS (DOC #471)

13) BJECTION BY DEBTOR TO CLAIM NO. 27 FILED BY SECURE SOLUTIONS (DOC #340)

RESPONSE BY SECURE SOLUTIONS TO DEBTOR'S OBJECTION TO CLAIM (DOC #477)

14) OBJECTION BY DEBTOR TO CLAIM NO. 26 FILED BY SECURE SOLUTIONS (DOC #339)

RESPONSE BY SECURE SOLUTIONS TO DEBTOR'S OBJECTION TO CLAIM (DOC #476)

15)  OBJECTION BY THE UNITED STATES OF AMERICA TO DISBURSEMENT OF PAYMENTS TO R.W. CUTHILL, JR., AND THE LAW FIRMS OF BROAD AND CASSEL; MORRIS & WIDMAN P.A. AND LATHAM SHUKER EDEN & BEAUDINE  (DOC #474)

16) OPPOSITION BY THE UNITED STATES OF AMERICA TO DISBURSEMENT OF PAYMENTS TO R.W. CUTHILL, JR, AND THE LAW FIRMS OF BARRETT, CHAPMAN & RUTA; MORRIS & WILDMAN, PA AND LATHAM SHUKER EDEN & BEAUDINE (DOC #480)

17) MOTION BY DEBTOR TO CONTINUE FINAL EVIDENTIARY HEARING ON OBJECTION TO CLAIMS NO. 5 AND 6 FILED BY PAUL GLOVER (DOC #482)


APPEARANCES:

SCOTT SHUKER: CUTLER
JUSTIN LUNA: CUTLER



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
February 03, 2010

**HONORABLE KAREN S. JENNEMANN**   COURTROOM B

CASE NUMBER: 08-04327-6J1   FILING DATE: 05/27/2008 (BAPCPA)   HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL

```
ERIC ADAMS: D'OR
RONALD CUTLER
RANDY GOLD: UNTIED STATES
ANITA CREAM: UNITED STATES
PETER HILL: CREDITOR
PAUL GLOVER: CREDITOR
MELISSA YOUNGMAN: CREDITOR
ROY KOBERT: SP. COUNSEL
RICHARD LEE BARRETT
```

RULING:

1) - 3) CON'T TO 4/22/10 AT 2PM (AOCNFNG)

4) SETTLED: ORDER BY SHUKER

5) SETTLED: ORDER BY SHUKER

6) SETTLED: ORDER BY SHUKER

7) NON-EVIDENTIARY PRETRIAL CONFERENCE CONSOLIDATED W/ADV. 10-30 IS SCHEDULED FOR 4/22/10 AT 2PM (AOCNFNG)

8) - 10) CON'T TO 4/22/10 AT 2PM; NEXT HEARING COURT TO SCHEDULE F.E.H. (AOCNFNG)

11) SUSTAINED: ORDER BY SHUKER

12) GRANTING: ORDER BY SHUKER

13) AND 14) CON'T TO 4/22/10 AT 2PM (AOCNFNG)

15) AND 16) WITNESSES:
RICHARD LEE BARRETT

DEBTOR'S EX. 1-3: ADMITTED

SUMMARY ORDERS PURSUANT TO RULING DENYING THE OBJECTIONS: ORDER BY SHUKER

17) GRANTED; CONSOLIDATED W/OBJECTIONS TO CLAIMS AND PRETRIAL CONFERENCE SCHEDULED FOR 4/22/10 AT 2PM: ORDER BY SHUKER