# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: MIRABILIS VENTURES, INC. | } | CASE NUMBER: 6:08-BK-04327-KSJ |
| | } | |
| | } | |
| | } | JUDGE KAREN S. JENNEMANN |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM    11/6/2009    TO    12/31/2009

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    2/10/2010

/s/ Roy S. Kobert
Post Confirmation Special Counsel for the Debtor
Roy S. Kobert, P.A.

Debtor's Address
and Phone Number:
341 N Maitland Ave.
Ste. 210
Maitland, FL 32751
Tel. 407-644-3781 Ext. 235

Attorney's Address
and Phone Number:
Broad and Cassel
390 N Orange Ave., Ste. 1400
Orlando, FL 32801
Bar No.777153
Tel. 407-839-4200

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
Debtor has not made, nor was required to make, any post-confirmation payments through the date of this report.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
Debtor does not own property requiring insurance and has one part-time employee.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:** _____ Unknown

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 28 day of January 2010.

Debtor's Signature  *[signature]* PRESIDENT

# Mirabilis Ventures, Inc.
## Check Detail
### November 6 through December 31, 2009

| Type | Num | Date | Name | Item | Account | Paid |
|---|---|---|---|---|---|---|
| **Check** | | 12/31/2009 | | | SunTrust MMA ... | |
| | | | | | 7200 · Office E... | |
| TOTAL | | | | | | |
| **Bill Pmt -Check** | 1065 | 12/10/2009 | Balch & Bingham LLP | | SunTrust Ckkg ... | |
| Bill | 418... | 8/1/2008 | | | 7100 · Legal & ... | |
| Bill | 418... | 8/1/2008 | | | 7100 · Legal & ... | |
| Bill | 418... | 8/1/2008 | | | 7100 · Legal & ... | |
| Bill | 416... | 9/1/2008 | | | 7100 · Legal & ... | |
| Bill | 416... | 9/1/2008 | | | 7100 · Legal & ... | |
| Bill | 416... | 9/1/2008 | | | 7100 · Legal & ... | |
| Bill | 416... | 9/1/2008 | | | 7100 · Legal & ... | |
| Bill | 418... | 9/8/2008 | | | 7100 · Legal & ... | |
| Bill | 418... | 9/8/2008 | | | 7100 · Legal & ... | |
| Bill | 418... | 9/8/2008 | | | 7100 · Legal & ... | |
| Bill | 418... | 9/8/2008 | | | 7100 · Legal & ... | |
| Bill | 420... | 10/9/2008 | | | 7100 · Legal & ... | |
| Bill | 420... | 10/9/2008 | | | 7100 · Legal & ... | |
| Bill | 420... | 10/9/2008 | | | 7100 · Legal & ... | |
| Bill | 422... | 11/12/2008 | | | 7100 · Legal & ... | |
| Bill | 422... | 11/12/2008 | | | 7100 · Legal & ... | |
| Bill | 422... | 11/12/2008 | | | 7100 · Legal & ... | |
| Bill | 424... | 12/11/2008 | | | 7100 · Legal & ... | |
| Bill | 424... | 12/11/2008 | | | 7100 · Legal & ... | |
| Bill | 425... | 1/9/2009 | | | 7100 · Legal & ... | |
| Bill | 429... | 2/24/2009 | | | 7100 · Legal & ... | |
| Bill | 429... | 3/12/2009 | | | 7100 · Legal & ... | |
| Bill | 431... | 4/8/2009 | | | 7100 · Legal & ... | |
| Bill | 433... | 5/12/2009 | | | 7100 · Legal & ... | |
| Bill | 433... | 5/12/2009 | | | 7100 · Legal & ... | |
| Bill | 435... | 6/11/2009 | | | 7100 · Legal & ... | |
| Bill | 439... | 8/10/2009 | | | 7100 · Legal & ... | |
| TOTAL | | | | | | |

## Check Detail
### November 6 through December 31, 2009

| Type | Num | Date | Name | Item | Account | Paid |
|---|---|---|---|---|---|---|
| **Bill Pmt -Check** | 1066 | 12/10/2009 | Baldwin & Co., P.A. | | SunTrust Ckkg ... | |
| Bill | 11226 | 7/21/2008 | | | 7100 · Legal & ... | |
| Bill | 11304 | 9/15/2008 | | | 7100 · Legal & ... | |
| Bill | 11315 | 9/22/2008 | | | 7100 · Legal & ... | |
| Bill | 11364 | 10/17/2008 | | | 7100 · Legal & ... | |
| Bill | 11400 | 11/12/2008 | | | 7100 · Legal & ... | |
| Bill | 11416 | 12/18/2008 | | | 7100 · Legal & ... | |
| Bill | 11987 | 5/19/2009 | | | 7100 · Legal & ... | |
| Bill | 12024 | 6/11/2009 | | | 7100 · Legal & ... | |
| Bill | 12055 | 7/13/2009 | | | 7100 · Legal & ... | |
| Bill | 12091 | 7/31/2009 | | | 7100 · Legal & ... | |
| Bill | 12127 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 12175 | 10/5/2009 | | | 7100 · Legal & ... | |
| Bill | 12217 | 10/19/2009 | | | 7100 · Legal & ... | |
| Bill | Hoth's | 11/5/2009 | | | Due from Hoth ... | |
| Bill | AEM's | 11/6/2009 | | | 1145 · Due fro... | |
| TOTAL | | | | | | |
| **Bill Pmt -Check** | 1067 | 12/10/2009 | Barrett, Chapman & Ruta, P... | | SunTrust Ckkg ... | |
| Bill | 11612 | 12/15/2008 | | | 7100 · Legal & ... | |
| Bill | 11696 | 1/15/2009 | | | 7100 · Legal & ... | |
| Bill | 11965 | 3/20/2009 | | | 7100 · Legal & ... | |
| Bill | 12092 | 4/17/2009 | | | 7100 · Legal & ... | |
| Bill | 12151 | 5/15/2009 | | | 7100 · Legal & ... | |
| Bill | 12285 | 6/17/2009 | | | 7100 · Legal & ... | |
| Bill | 12434 | 7/20/2009 | | | 7100 · Legal & ... | |
| Bill | 12547 | 8/13/2009 | | | 7100 · Legal & ... | |
| Bill | 12701 | 9/16/2009 | | | 7100 · Legal & ... | |
| Bill | Hoth's | 11/5/2009 | | | Due from Hoth ... | |
| Bill | AEM's | 11/6/2009 | | | 1145 · Due fro... | |
| TOTAL | | | | | | |
| **Bill Pmt -Check** | 1068 | 12/10/2009 | Cellucci, John A. CPCU, Cl... | | SunTrust Ckkg ... | |
| Bill | AEM's | 11/6/2009 | | | 1145 · Due fro... | |

# Check Detail
## November 6 through December 31, 2009

| Type | Num | Date | Name | Item | Account | Paid |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | |
| **Bill Pmt -Check** | **1069** | **12/10/2009** | Latham, Shuker, Eden, etal | | **SunTrust Ckkg ...** | |
| Bill | 47385 | 7/8/2009 | | | 7100 · Legal & ... | |
| Bill | 47386 | 7/8/2009 | | | 7100 · Legal & ... | |
| Bill | 47871 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47872 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47873 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47874 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47875 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47876 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47877 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47878 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47879 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 47880 | 9/1/2009 | | | 7100 · Legal & ... | |
| Bill | 48339 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48227 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48228 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48229 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48230 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48231 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48232 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48233 | 9/10/2009 | | | 7100 · Legal & ... | |
| Bill | 48593 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48594 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48592 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48595 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48596 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48597 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48610 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48611 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48612 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48613 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48614 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48598 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48599 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48600 | 10/13/2009 | | | 7100 · Legal & ... | |

# Check Detail
## November 6 through December 31, 2009

| Type | Num | Date | Name | Item | Account | Paid |
|---|---|---|---|---|---|---|
| Bill | 48601 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48602 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 48615 | 10/13/2009 | | | 7100 · Legal & ... | |
| Bill | 43374 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43375 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43681 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43979 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46315 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46316 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46317 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46318 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46319 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46320 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46321 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43368 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43369 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43370 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43372 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43373 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43675 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43676 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43677 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43678 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43679 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43680 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43975 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43976 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43977 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 43978 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | 46366 | 10/30/2009 | | | 7100 · Legal & ... | |
| Bill | Hoth's | 11/5/2009 | | | Due from Hoth ... | |
| Bill | AEM's | 11/6/2009 | | | 1145 · Due fro... | |
| TOTAL | | | | | | |
| **Bill Pmt -Check** | **1070** | **12/10/2009** | **Robert S. Griscti, P.A.** | | **SunTrust Ckkg ...** | |
| Bill | 200... | 6/1/2009 | | | 7100 · Legal & ... | |
| Bill | 200... | 6/24/2009 | | | 7100 · Legal & ... | |

# Check Detail
## November 6 through December 31, 2009

| Type | Num | Date | Name | Item | Account | Paid |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | |
| **Bill Pmt -Check** | **1071** | **12/10/2009** | **Shutts & Bowen LLP** | | **SunTrust Ckkg ...** | |
| Bill | 554... | 8/15/2008 | | | 7100 · Legal & ... | |
| Bill | 554... | 8/15/2008 | | | 7100 · Legal & ... | |
| Bill | 559... | 9/22/2008 | | | 7100 · Legal & ... | |
| Bill | 559... | 9/22/2008 | | | 7100 · Legal & ... | |
| Bill | 568... | 11/17/2008 | | | 7100 · Legal & ... | |
| Bill | 572... | 12/11/2008 | | | 7100 · Legal & ... | |
| Bill | 572... | 12/11/2008 | | | 7100 · Legal & ... | |
| Bill | 576... | 1/13/2009 | | | 7100 · Legal & ... | |
| Bill | 577... | 1/15/2009 | | | 7100 · Legal & ... | |
| Bill | 577... | 1/15/2009 | | | 7100 · Legal & ... | |
| Bill | 588... | 3/18/2009 | | | 7100 · Legal & ... | |
| Bill | 591... | 5/1/2009 | | | 7100 · Legal & ... | |
| Bill | 591... | 5/1/2009 | | | 7100 · Legal & ... | |
| Bill | 598... | 5/15/2009 | | | 7100 · Legal & ... | |
| Bill | 603... | 6/15/2009 | | | 7100 · Legal & ... | |
| Bill | 603... | 6/15/2009 | | | 7100 · Legal & ... | |
| Bill | 549... | 8/1/2009 | | | 7100 · Legal & ... | |
| Bill | 610... | 8/1/2009 | | | 7100 · Legal & ... | |
| Bill | 619... | 9/11/2009 | | | 7100 · Legal & ... | |
| Bill | 619... | 9/11/2009 | | | 7100 · Legal & ... | |
| Bill | 619... | 9/11/2009 | | | 7100 · Legal & ... | |
| Bill | 626... | 10/9/2009 | | | 7100 · Legal & ... | |
| Bill | 631... | 10/30/2009 | | | 7100 · Legal & ... | |
| TOTAL | | | | | | |
| **Bill Pmt -Check** | **1072** | **12/10/2009** | **LM Liquidators** | | **SunTrust Ckkg ...** | |
| Bill | MB11 | 10/20/2009 | | | Liquidation & W... | |
| TOTAL | | | | | | |
| **Bill Pmt -Check** | **1073** | **12/10/2009** | **Smith, Brooks & Masterson...** | | **SunTrust Ckkg ...** | |

# Check Detail
## November 6 through December 31, 2009

| Type | Num | Date | Name | Item | Account | Paid |
|---|---|---|---|---|---|---|
| Bill | AEM's | 11/6/2009 | | | 1145 · Due fro... | |
| TOTAL | | | | | | |
| | | | | | | |
| **Bill Pmt -Check** | **1074** | **12/10/2009** | **U.S. Trustee** | | **SunTrust Ckkg ...** | |
| | | | | | | |
| TOTAL | | | | | | |
| | | | | | | |
| **Bill Pmt -Check** | **1075** | **12/10/2009** | **Yoakum Consulting** | | **SunTrust Ckkg ...** | |
| Bill | 080... | 7/31/2008 | | | 7100 · Legal & ... | |
| Bill | 080... | 8/5/2008 | | | 7100 · Legal & ... | |
| Bill | 080... | 9/8/2008 | | | 7100 · Legal & ... | |
| Bill | 90198 | 1/13/2009 | | | 7100 · Legal & ... | |
| Bill | 090... | 2/3/2009 | | | 7100 · Legal & ... | |
| Bill | 090... | 4/9/2009 | | | 7100 · Legal & ... | |
| Bill | 090... | 5/6/2009 | | | 7100 · Legal & ... | |
| Bill | 90695 | 6/10/2009 | | | 7100 · Legal & ... | |
| Bill | 90797 | 7/10/2009 | | | 7100 · Legal & ... | |
| Bill | 90894 | 8/10/2009 | | | 7100 · Legal & ... | |
| Bill | 091... | 10/21/2009 | | | 7100 · Legal & ... | |
| TOTAL | | | | | | |
| | | | | | | |
| **Bill Pmt -Check** | **1076** | **12/10/2009** | **U.S. Trustee** | | **SunTrust Ckkg ...** | |
| Bill | Hoth's | 11/5/2009 | | | Due from Hoth ... | |
| Bill | stmt | 11/6/2009 | | | 7200 · Office E... | |
| TOTAL | | | | | | |

# Reconciliation Detail
## SunTrust Ckkg #0130, Period Ending 12/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 9,248.77 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 11 items** | | | | | | |
| Bill Pmt -Check | 12/10/2009 | 1069 | Latham, Shuker,... | X | -306,234.20 | -306,234.20 |
| Bill Pmt -Check | 12/10/2009 | 1065 | Balch & Bingha... | X | -59,330.02 | -365,564.22 |
| Bill Pmt -Check | 12/10/2009 | 1073 | Smith, Brooks &... | X | -45,208.80 | -410,773.02 |
| Bill Pmt -Check | 12/10/2009 | 1075 | Yoakum Consult... | X | -41,995.80 | -452,768.82 |
| Bill Pmt -Check | 12/10/2009 | 1067 | Barrett, Chapma... | X | -30,771.53 | -483,540.35 |
| Bill Pmt -Check | 12/10/2009 | 1071 | Shutts & Bowen ... | X | -21,909.60 | -505,449.95 |
| Bill Pmt -Check | 12/10/2009 | 1068 | Cellucci, John A.... | X | -20,484.00 | -525,933.95 |
| Bill Pmt -Check | 12/10/2009 | 1066 | Baldwin & Co., ... | X | -12,549.10 | -538,483.05 |
| Bill Pmt -Check | 12/10/2009 | 1072 | LM Liquidators | X | -8,289.55 | -546,772.60 |
| Bill Pmt -Check | 12/10/2009 | 1070 | Robert S. Griscti... | X | -6,137.30 | -552,909.90 |
| Bill Pmt -Check | 12/10/2009 | 1076 | U.S. Trustee | X | -2,011.04 | -554,920.94 |
|     Total Checks and Payments | | | | | -554,920.94 | -554,920.94 |
|     **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 12/2/2009 | | | X | 6,000.00 | 6,000.00 |
| Transfer | 12/10/2009 | | | X | 545,672.17 | 551,672.17 |
|     Total Deposits and Credits | | | | | 551,672.17 | 551,672.17 |
|   Total Cleared Transactions | | | | | -3,248.77 | -3,248.77 |
| **Cleared Balance** | | | | | -3,248.77 | 6,000.00 |
| Register Balance as of 12/31/2009 | | | | | -3,248.77 | 6,000.00 |
|   **New Transactions** | | | | | | |
|     **Checks and Payments - 6 items** | | | | | | |
| Bill Pmt -Check | 1/11/2010 | 1077 | LM Liquidators | | -9,226.89 | -9,226.89 |
| Bill Pmt -Check | 1/11/2010 | 1078 | U.S. Trustee | | -8.01 | -9,234.90 |
| Check | 1/15/2010 | eftps | U.S. Treasury | | -7,430.83 | -16,665.73 |
| Check | 1/15/2010 | eftps | U.S. Treasury | | -280.00 | -16,945.73 |
| Check | 1/15/2010 | eftps | U.S. Treasury | | -56.00 | -17,001.73 |
| Check | 1/29/2010 | eftps | U.S. Treasury | | -56.00 | -17,057.73 |
|     Total Checks and Payments | | | | | -17,057.73 | -17,057.73 |
|     **Deposits and Credits - 2 items** | | | | | | |
| Transfer | 1/11/2010 | | | | 9,234.90 | 9,234.90 |
| Transfer | 1/14/2010 | | | | 7,822.83 | 17,057.73 |
|     Total Deposits and Credits | | | | | 17,057.73 | 17,057.73 |
|   Total New Transactions | | | | | 0.00 | 0.00 |
| **Ending Balance** | | | | | -3,248.77 | 6,000.00 |

# Mirabilis Ventures, Inc.
## Reconciliation Detail
### SunTrust MMA #8744, Period Ending 12/31/2009

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 564,907.13 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 2 items** | | | | | | |
| Transfer | 12/10/2009 | | | X | -545,672.17 | -545,672.17 |
| Check | 12/31/2009 | | | X | -15.00 | -545,687.17 |
|     Total Checks and Payments | | | | | -545,687.17 | -545,687.17 |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/31/2009 | | | X | 195.30 | 195.30 |
|     Total Deposits and Credits | | | | | 195.30 | 195.30 |
|   Total Cleared Transactions | | | | | -545,491.87 | -545,491.87 |
| **Cleared Balance** | | | | | -545,491.87 | 19,415.26 |
| **Register Balance as of 12/31/2009** | | | | | -545,491.87 | 19,415.26 |
|   **New Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Transfer | 1/11/2010 | | | | -9,234.90 | -9,234.90 |
|     Total Checks and Payments | | | | | -9,234.90 | -9,234.90 |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 1/4/2010 | | | | 6,000.00 | 6,000.00 |
|     Total Deposits and Credits | | | | | 6,000.00 | 6,000.00 |
|   Total New Transactions | | | | | -3,234.90 | -3,234.90 |
| **Ending Balance** | | | | | -548,726.77 | 16,180.36 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
83/E00/0175/2 /31
1000071890130
11/30/2009



# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 11/01/2009 - 11/30/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $18,000.00 | Average Balance | $12,392.55 |
| Deposits/Credits | $.00 | Average Collected Balance | $12,392.55 |
| Checks | $8,751.23 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $9,248.77 | | |

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1060 | 7,776.23 | 11/12 | 1061 | 975.00 | 11/10 | | | |

Checks: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 18,000.00 | 18,000.00 | 11/12 | 9,248.77 | 9,248.77 |
| 11/10 | 17,025.00 | 17,025.00 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
11/30/2009



# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 11/01/2009 - 11/30/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $263,622.28 | Average Balance | $514,250.61 |
| Deposits/Credits | $301,284.85 | Average Collected Balance | $514,250.61 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.32% |
| Ending Balance | $564,907.13 | Interest Paid Year to Date | $6,244.57 |

## Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 11/06 | 300,731.88 | | MISCELLANEOUS CREDIT |
| 11/30 | 552.97 | | INTEREST PAID THIS STATEMENT THRU 11/30 |

Deposits/Credits: 2        Total Items Deposited: 0

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 263,622.28 | 263,622.28 | 11/30 | 564,907.13 | 564,907.13 |
| 11/06 | 564,354.16 | 564,354.16 | | | |

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227

Page 1 of 2  
83/E00/0175/11 /31  
1000071890130  
12/31/2009



## Account Statement

MIRABILIS VENTURES INC  
R W CUTHILL  
341 N MAITLAND AVE STE 210  
MAITLAND FL 32751-4771

Questions? Please call  
1-800-786-8787

WE UNDERSTAND THE CURRENT CHALLENGES OF THE ECONOMY AND WE WANT TO PROVIDE YOU WITH THE TOOLS TO CONTINUE TO STAY ON SOLID GROUND IN THE NEW YEAR. AS A THANK YOU WE ARE INCREASING THE DAILY PURCHASING LIMIT ON YOUR BUSINESS CHECKCARD TO $7500. SO YOU CAN TAKE CARE OF BUSINESS WITH YOUR BUSINESS CHECKCARD.

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 12/01/2009 - 12/31/200 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $9,248.77 | Average Balance | $103,291.89 |
| Deposits/Credits | $626,278.07 | Average Collected Balance | $103,098.34 |
| Checks | $629,526.84 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $6,000.00 | | |

### Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 12/02 | 6,000.00 | DEPOSIT | | | | |
| 12/11 | 545,672.17 | TRANSFER FROM MMA 8744 CONFIRM NBR 109094651 | | | | |
| 12/16 | 74,605.90 | PROCESSING DISCREPANCY CORRECTION | | | | |

Deposits/Credits: 3     Total Items Deposited: 1

### Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1065 | 59,330.02 | 12/15 | 1069 | 306,234.20 | 12/17 | 1073 | 45,208.80 | 12/18 |
| 1066 | 12,549.10 | 12/10 | 1070 | 6,137.30 | 12/14 | *1075 | 41,995.80 | 12/15 |
| 1067 | 30,771.53 | 12/15 | 1071 | 21,909.60 | 12/17 | 1076 | 2,011.04 | 12/15 |
| 1068 | 20,484.00 | 12/18 | 1072 | 82,895.45 | 12/15 | | | |

Checks: 11     *Break in check sequence

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 9,248.77 | 9,248.77 | 12/14 | 542,234.54 | 542,234.54 |
| 12/02 | 15,248.77 | 9,248.77 | 12/15 | 325,230.70 | 325,230.70 |
| 12/03 | 15,248.77 | 15,248.77 | 12/16 | 399,836.60 | 399,836.60 |
| 12/10 | 2,699.67 | 2,699.67 | 12/17 | 71,692.80 | 71,692.80 |
| 12/11 | 548,371.84 | 548,371.84 | 12/18 | 6,000.00 | 6,000.00 |

```
SUNTRUST BANK                                              Page 1 of 2
P O BOX 622227                                             66/E00/0175/0 /31
ORLANDO FL 32862-2227                                      1000075608744
                                                           12/31/2009
```



# Account Statement

```
MIRABILIS VENTURES INC                    Questions? Please call
R W CUTHILL                               1-800-786-8787
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771
```

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | 1000075608744 | 12/01/2009 - 12/31/2009 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $564,907.13 | Average Balance | $195,264.05 |
| Deposits/Credits | $195.30 | Average Collected Balance | $195,264.05 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $545,687.17 | Annual Percentage Yield Earned | 1.18% |
| Ending Balance | $19,415.26 | Interest Paid Year to Date | $6,439.87 |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 12/31 | 195.30 | | INTEREST PAID THIS STATEMENT THRU 12/31 |

Deposits/Credits: 1          Total Items Deposited: 0

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/11 | 545,672.17 | | TRANSFER TO CHK 0130 CONFIRM NBR 109094651 |
| 12/31 | 15.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 564,907.13 | 564,907.13 | 12/31 | 19,415.26 | 19,415.26 |
| 12/11 | 19,234.96 | 19,234.96 | | | |

10501                          Member FDIC                          Continued on next page