# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                                              Case No. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                      CHAPTER 11

    Debtor.
_____/

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a non-evidentiary status conference has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on the **April 22, 2010 at 2:00 p.m.**, at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801, to consider the following:

**Objection to Claim(s). Claim No. 26 of Secure Solutions, LLC (Doc. 339);**

**Response to Mirabilis Ventures, Inc.'s Objection to Allowance of Claim No. 26 Filed by Peter N Hill on behalf of Creditor Secure Solutions, LLC (Doc. 476);**

**Objection to Claim(s). Claim No. 27 of Secure Solutions, LLC (Doc. 340);**

**Response to Objection to Allowance of Claim No. 27 Filed by Peter N Hill on behalf of Creditor Secure Solutions, LLC (Doc. 477);**

**Objection to Claim(s). Claim No. 38 of RKT Constructors, Inc. (Doc. 350);**

**Response to Debtor's Objection to Claim No. 38 Filed by Melissa Youngman on behalf of Creditor RKT Constructors, Inc. (Doc. 397);**

**Objection to Claim(s). Claim No. 39 of F. Del Kelley (Doc. 351);**

**Response to Debtor's Objection to Claim No. 39 Filed by Melissa Youngman on behalf of Creditor F. Del Kelley (Doc. 398);**

**Objection to Claim(s). Claim No. 40 of F. Del Kelley (Doc. 352);**

**Response to Debtor's Objection to Claim No. 40 Filed by Melissa Youngman on behalf of Creditor F. Del Kelley (Doc. 399);**

**Objection to Claim(s). Claim No. 41 of F. Del Kelley (Doc. 353);**

**Response to Debtor's Objection to Claim No. 41 Filed by Melissa Youngman on behalf of Creditor F. Del Kelley (Doc. 400);**

**Objection to Claim(s). Claim No. 42 of Robi A. Roberts. (Doc. 354);**

**Response to Debtor's Objection to Claim No. 42 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts (Doc. 401);**

**Objection to Claim(s). Claim No. 43 of Robi A. Roberts. (Doc. 355);**

**Response to Debtor's Objection to Claim No. 43 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts (Doc. 402);**

**Objection to Claim(s). Claim No. 44 of Robi A. Roberts (Doc. 356);**

**Response to Debtor's Objection to Claim No. 44 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts (Doc. 403);**

**Objection to Claim(s). Claim No. 45 of Robi A. Roberts and F. Del Kelley(Doc. 357);**

**Response to Debtor's Objection to Claim No. 45 Filed by Melissa Youngman on behalf of F. Del Kelley, Robi A. Roberts (Doc. 404);**

**Objection to Claim(s). Claim No. 46 of Robi A. Roberts and F. Del Kelley(Doc. 358);**

**Response to Debtor's Objection to Claim No. 46 Filed by Melissa Youngman on behalf of F. Del Kelley, Robi A. Roberts. (Doc. 405);**

**Objection to Claim(s). Claim No. 47 of Robi A. Roberts and F. Del Kelley (Doc. 359);**

**Response to Debtor's Objection to Claim No. 47 Filed by Melissa Youngman on behalf of F. Del Kelley, Robi A. Roberts (Doc. 406);**

**Objection to Claim(s). Claim No. 48 of Robi A. Roberts Trust (Doc. 360);**

**Response to Debtor's Objection to Claim No. 48 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts Trust (Doc. 407);**

**Objection to Claim(s). Claim No. 49 of Robi A. Roberts Trust (Doc. 361);**

**Response to Debtor's Objection to Claim No. 49 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts Trust (Doc. 408);**

**Objection to Claim(s). Claim No. 50 of Robi A. Roberts Trust (Doc. 362);**

**Response to Debtor's Objection to Claim No. 50 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts Trust (Doc. 409);**

**Objection to Claim(s). Claim No. 51 of Robi A. Roberts Trust (Doc. 363);**

**Response to Debtor's Objection to Claim No. 51 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts Trust (Doc. 410);**

**Objection to Claim(s). Claim No. 52 of Robi A. Roberts Trust (Doc. 364); and**

**Response to Debtor's Objection to Claim No. 52 Filed by Melissa Youngman on behalf of Creditor Robi A. Roberts (Doc. 411).**

All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

Appropriate Attire: You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

## Certificate of Service

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Local Rule 1007-2 Parties in Interest matrix attached to the original filed with the court; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 this 24th day of February 2010.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Debtor

```
Label Matrix for local noticing          Michael C. Addison                    Advantage Collection Prof
113A-6                                   Addison & Howard, P.A.                2775 Jade Street
Case 6:08-bk-04327-KSJ                   Post Office Box 172535                Mora, MN 55051-6240
Middle District of Florida               Tampa, FL 33672-0535
Orlando
Wed Feb 24 15:08:19 EST 2010

American Express                         BNA Tax Management                    Kimberly Bartley
2965 West Corporate Lakes Bl             9435 Key West Ave.                    Waldron & Schneider LLP
Weston, FL 33331-3626                    Rockville, MD 20850-3339              15150 Middlebrook Drive
                                                                               Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney           Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                     c/o David T. Ward
1111 East Main Street                    Suite 2500                            15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                  Irvine, CA 92618-7303


Joseph A DeMaria                         Mariane L Dorris                      Tara C Early
Tew Cardenas LLP                         Latham Shuker Eden & Beaudine LLP     Stanton & Gasdick PA
1441 Brickell Avenue                     390 North Orange Avenue               390 North Orange Avenue
Suite 1500                               Suite 600                             Suite 260
Miami, FL 33131-3431                     Orlando, FL 32801-1684                Orlando, FL 32801-1612


Elena L Escamilla                        F. Del Kelley                         Kristina E. Feher
United States Trustee                    5220 S. Washington Ave                Atlantic Legal Group, P.A.
135 W Central Blvd  Suite 620            Titusville, FL 32780-7316             10101 9th St. N., Suite 248
Orlando, FL 32801-2440                                                         St. Petersburg, FL 33716-3800


First Commercial Ins. Corp.              Forge Capital Partners LLC            James E Foster
POB 126160                               c/o Bart Valdes                       Akerman Senterfitt
Hialeah, FL 33012-1602                   609 W Horatio St                      Post Office Box 231
                                         Tampa FL 33606-2272                   Orlando, FL 32802-0231


Frank L. Amodeo                          Fred Sandlin                          Gill R Geldreich
3875 South Orange Ave                    161 Mallard Lane                      Tennessee Attorney General's Office
Suite 500 -PMB 1810                      Daytona Beach, FL 32119-8331          Post Office 20207
Orlando, FL 32806                                                              Nashville, TN 37202


Gilbert Weisman                          Gillio Development, Inc.              I Randall Gold
c/o Becket and Lee LLP                   657 Caledonia Place                   United States Attorney's Office
POB 3001                                 Sanford, FL 32771-6403                501 West Church Street
Malvern PA 19355-0701                                                          Suite 300
                                                                               Orlando, FL 32805-2281


Elizabeth A Green                        Kenneth D Herron Jr                   Peter N Hill
Baker & Hostetler LLP                    1851 West Colonial Drive              Wolff Hill McFarlin & Herron PA
200 S Orange Ave                         Orlando, FL 32804-7013                1851 West Colonial Drive
Suntrust Center, Suite 2300                                                    Orlando, FL 32804-7013
Orlando, FL 32801-3410


Horton Johnson                           Humana/RMS                            Carol Koehler Ide
3211 Northglenn Drive                    77 Hartland Street                    U S Department of Justice - Tax Division
Orlando, FL 32806-6371                   Suite 401                             Post Office Box 14198
                                         East Hartford, CT 06108-3253          Ben Franklin Station
                                                                               Washington, DC 20044-4198
```

| | | |
|---|---|---|
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 |
| Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 |
| Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 |

Melissa Youngman
Wolf Hill McFarlin & Herron PA
1851 W Colonial Drive
Orlando, FL 32804-7013

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc          (u)John Burcham              (u)Mark J. Bernet
c/o David T. Ward                            undeliverable                no city
15615 Alton Pkwy #175                                                     no state
Irvine, CA 92618-7303


End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63