# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                            CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**          CHAPTER 11

           **Debtor.**
_____/

## ORDER APPROVING COMPROMISE OF CONTROVERSY
## BY AND BETWEEN DEBTOR AND JEFFREY REICHEL

**THIS CASE** having come before this Court upon the Motion for Approval of Compromise of Controversy By and Between Debtor, Mirabilis Ventures, Inc. ("MVI" or "Debtor") and Jeffrey Reichel ("Reichel")(the "Motion")(Doc. No. 481) filed by the Debtor, for the approval of a proposed compromise by and among the Debtor and Reichel. The terms of the compromise are substantially set forth in the Motion, and the Settlement Agreement terms set forth in Exhibit "A" (the "Agreement"), copies of which are attached to the Motion. In the Motion, the Debtor seeks the approval of the Bankruptcy Court with respect to the Agreement reached by and among the above-referenced parties.

Upon consideration of the Motion, the Court determined that: (i) the Motion was served upon the United States Trustee and all interested parties with the Local Rule 2002-4 negative-notice legend informing the parties of their opportunity to object within twenty (21) days from the date this paper is entered on the docket, and (ii) no party filed an objection within the time permitted or all objections were withdrawn prior expiration of this period. It is hereby

     **ORDERED:**

     1.      The Motion is granted and the Agreement is approved.

2. The Debtor and Reichel are authorized and directed to consummate the compromise in accordance with the terms of the Agreement.

**DONE AND ORDERED** on March 8, 2010.

  KAREN S. JENNEMANN
  United States Bankruptcy Judge

Copies furnished to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave., Ste. 210, Maitland, FL 32751;

Debtor's Counsel: Mariane L. Dorris, Esq. and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353;

Jeffrey Reichel, c/o Gary Barnes, Esq., Baker, Donelson, Bearnman, Caldwell & Berkowitz, P.C., 3414 Peachtree Road, N.E. Suite 1600, Monarch Plaza, Atlanta, Georgia 30326;

Office of the U.S. Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest.