FILED
MAR 15 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

Dear Clerk,

I received a copy of judge Jenneman's order striking the response in the Mirabilis case. Please file this notice of appeal.

I sent one along for AEM, Inc. in case the claim had been struck there also, since it appears the cases are somehow being jointly administered.

If this is the case and the claim was struck please file the other notice, enclosed, seperately.

Otherwise it can be returned to me in the self addressed, stamped envelope enclosed.

I apologize for any confusion and I am attempting to ~~better~~ improve my ability to monitor the bankruptcy proceedings from prison.

Sincerely
[signature]