UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
MAR 15 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

    Debtor.
_____/

Case No. 6:08-bk-04327-KSJ

## NOTICE OF APPEAL

Notice is hereby given that Professional Benefits Solutions, Inc., a creditor, hereby appeals to the United States District Court for the Middle District of Florida from an order granting the Debtor's motion to strike the response to claim No. 14 entered on the 24th day of February, 2010.

Respectfully submitted on this 8th day of March, 2010.

                                          Professional Benefit Solutions, Inc.
                                          by Frank L. Amodeo
                                          Corporate Representative
                                          Register No. 48883-019
                                          Federal Correctional Complex (low)
                                          P.O. Box 1031
                                          Coleman, FL. 33521-1031