UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MIRABILIS VENTURES, INC., | ) | Case No. 6:08-bk-04327-KSJ |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

ORDER DISMISSING NOTICE OF APPEAL

On March 15, 2010, the Clerk received a Notice of Appeal (the "Notice of Appeal") from Frank L. Amodeo, on behalf of Professional Benefits Solutions, Inc. ("PBS"), regarding "an order striking the response to claim No. 14 entered on the 24th day of February, 2010." The Notice of Appeal is referring to the Court's order entered on February 24, 2010, in the above captioned case, titled "Order Granting Motion to Strike Response to Objection to Claim No. 14 Submitted by Professional Benefits Solutions, Inc." (Doc. No. 499).

Upon consideration of the Notice of Appeal, relevant docket entries, and the applicable rules governing appeals, the Court finds:

1) Federal Rule of Bankruptcy Procedure 8001(a) provides that an appeal from a judgment, order, or decree of a bankruptcy judge to a district court or bankruptcy appellate panel as permitted by 28 U.S.C. § 158(a)(1) or (a)(2) shall be taken by filing a notice of appeal with the clerk within the time allowed by Rule 8002.

2) Bankruptcy Rule 8001(a) also provides, among other things, that a notice of appeal must be accompanied by the prescribed filing fee. The prescribed filing fee for an appeal from a bankruptcy order is $255.00. Mr. Amodeo failed to file the prescribed $255.00 fee.

3) Federal Rule of Bankruptcy Procedure 8002(a) provides that a notice of appeal shall be filed with the clerk within 14 days of the date of the entry of the

      judgment, order, or decree appealed from. The order appealed from was entered on February 24, 2010. The Notice of Appeal was not received by the Court until March 15, 2010. Therefore, the Notice of Appeal was untimely.

4)    Pursuant to an administrative order titled <u>In re Protocol for Processing Untimely Bankruptcy Appeals</u>, No. 96-118-Misc-T, applicable to the Bankruptcy Courts for the Middle District of Florida:

      Whenever an appellant files in the bankruptcy court a notice of appeal that is untimely on its face pursuant to the time provisions of F.R.B.P. 8002(a) or (b), the presiding bankruptcy judge may enter an order dismissing the appeal for untimeliness. Unless the district court grants relief from that order pursuant to the provisions of paragraph 2 [of order No. 96-118-Misc-T], the entry of the order of dismissal shall have the effect of dismissing the appeal; and the clerk of the bankruptcy court shall not transmit the notice of appeal, the order of dismissal, or the record to the clerk of the district court.

Accordingly, it is

    ORDERED:

1)    The Notice of Appeal is dismissed as untimely and because the appellant failed to pay the required filing fee.

DONE AND ORDERED in Orlando, Florida, on March 18, 2010.

*[signature: Karen S. Jennemann]*

KAREN S. JENNEMANN
United States Bankruptcy Judge