UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                                                    CHAPTER 11

           Debtor.
_____/

## MIRABILIS VENTURES, INC.'S WITHDRAWAL WITH PREJUDICE OF OBJECTION TO ALLOWANCE OF CLAIM NO. 24 SUBMITTED BY JEFFREY REICHEL

**MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities, Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, hereby withdraws with prejudice Debtors' objection to Claim No. 24 in the amount of $708,401.39 filed with the Court on October 9, 2009 (Doc. No. 336).

RESPECTFULLY SUBMITTED this __24th__ day of March 2010.

                                                             */s/ Justin M. Luna*     JML
                                                            Justin M. Luna, Esq.
                                                            Florida Bar No. 0037131
                                                           **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                                           390 N. Orange Avenue, Suite 600
                                                           P. O. Box 3353 (32802-3353)
                                                           Orlando, Florida 32801
                                                           Telephone: 407-481-5800
                                                          Facsimile: 407-481-5801
                                                          *Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                CHAPTER 11

   Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S WITHDRAWAL WITH PREJUDICE OF OBJECTION TO ALLOWANCE OF CLAIM NO. 24 SUBMITTED BY JEFFREY REICHEL**, has been furnished by electronic transmission and/or U.S. First Class mail, postage prepaid, to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Gary Barnes, Esq., *Counsel for Jeffrey Reichel,* Baker, Donelson, Bearman, Caldwell & Berkowtiz, P.C., 3414 Peachtree Road, N.E., Suite 1600, Monarch Plaza, Atlanta, Georgia 30326; Jeffrey Reichel, c/o Jill E. Kelso, Esq., Akerman Senterfitt, P.O. Box 231, Orlando, Florida 32802-0231 (as shown on the Proof of Claim); I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; the Local Rule 1007-2 parties-in-interests as shown on the matrix attached to the original Notice filed with the court; and the U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this __24th__ day of March, 2010.

/s/ *Justin M. Luna*   JML
Justin M. Luna, Esq.
Florida Bar No. 0037131
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Debtor*

```
Label Matrix for local noticing      Michael C. Addison              Advantage Collection Prof
113A-6                               Addison & Howard, P.A.           2775 Jade Street
Case 6:08-bk-04327-KSJ               Post Office Box 172535           Mora, MN 55051-6240
Middle District of Florida           Tampa, FL 33672-0535
Orlando
Wed Mar 24 15:08:13 EDT 2010

American Express                     BNA Tax Management               Kimberly Bartley
2965 West Corporate Lakes Bl         9435 Key West Ave.               Waldron & Schneider LLP
Weston, FL 33331-3626                Rockville, MD 20850-3339         15150 Middlebrook Drive
                                                                      Houston, TX 77058-1226


Brandywine Grande C. LP              Buchanan Ingersoll & Rodney      Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                401 E Jackson St.                c/o David T. Ward
1111 East Main Street                Suite 2500                       15615 Alton Pkwy #175
Richmond, VA 23219-3531              Tampa, FL 33602-5236             Irvine, CA 92618-7303


Joseph A DeMaria                     Mariane L Dorris                 Tara C Early
Tew Cardenas LLP                     Latham Shuker Eden & Beaudine LLP Stanton & Gasdick PA
1441 Brickell Avenue                 390 North Orange Avenue          390 North Orange Avenue
Suite 1500                           Suite 600                        Suite 260
Miami, FL 33131-3431                 Orlando, FL 32801-1684           Orlando, FL 32801-1612


Elena L Escamilla                    F. Del Kelley                    Kristina E. Feher
United States Trustee                5220 S. Washington Ave           Atlantic Legal Group, P.A.
135 W Central Blvd  Suite 620        Titusville, FL 32780-7316        10101 9th St. N., Suite 248
Orlando, FL 32801-2440                                                St. Petersburg, FL 33716-3800


First Commercial Ins. Corp.          Forge Capital Partners LLC       James E Foster
POB 126160                           c/o Bart Valdes                  Akerman Senterfitt
Hialeah, FL 33012-1602               609 W Horatio St                 Post Office Box 231
                                     Tampa FL 33606-2272              Orlando, FL 32802-0231


Frank L. Amodeo                      Fred Sandlin                     Gill R Geldreich
3875 South Orange Ave                161 Mallard Lane                 Tennessee Attorney General's Office
Suite 500 -PMB 1810                  Daytona Beach, FL 32119-8331     Post Office 20207
Orlando, FL 32806                                                     Nashville, TN 37202


Gilbert Weisman                      Gillio Development, Inc.         I Randall Gold
c/o Becket and Lee LLP               657 Caledonia Place              United States Attorney's Office
POB 3001                             Sanford, FL 32771-6403           501 West Church Street
Malvern PA 19355-0701                                                 Suite 300
                                                                      Orlando, FL 32805-2281


Elizabeth A Green                    Kenneth D Herron Jr              Peter N Hill
Baker & Hostetler LLP                1851 West Colonial Drive         Wolff Hill McFarlin & Herron PA
200 S Orange Ave                     Orlando, FL 32804-7013           1851 West Colonial Drive
Suntrust Center, Suite 2300                                           Orlando, FL 32804-7013
Orlando, FL 32801-3410


Horton Johnson                       Humana/RMS                       Carol Koehler Ide
3211 Northglenn Drive                77 Hartland Street               U S Department of Justice - Tax Division
Orlando, FL 32806-6371               Suite 401                        Post Office Box 14198
                                     East Hartford, CT 06108-3253     Ben Franklin Station
                                                                      Washington, DC 20044-4198
```

| | | |
|---|---|---|
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 |
| Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Mirabilis Ventures, Inc<br>c/o R.W.Cuthill, Jr<br>341 N. Maitland Ave #210<br>Maitland, FL 32751-4771 |
| Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 | Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 |
| David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 |

| | | |
|---|---|---|
| Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 | Melissa Youngman<br>Wolf Hill McFarlin & Herron PA<br>1851 W Colonial Drive<br>Orlando, FL 32804-7013 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state |

End of Label Matrix
Mailable recipients    61
Bypassed recipients     3
Total                  64