UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**

**MIRABILIS VENTURES, INC.,**

               **Debtor.**

_____/

**CASE NO. 6:08-bk-04327-KSJ**

**CHAPTER 11**

## NOTICE OF CHANGE OF ADDRESS

**MIRABILIS VENTURES, INC.,** ("Debtor") by and through their undersigned counsel hereby gives notice that the addresses shown below have either been returned as undeliverable with no forwarding address by the U.S. Post Office or have been given a corrected address. Please update the court's records to reflect the corrected address below. For those undeliverable, no new address is known, therefore, please mark the party as undeliverable.

### Undeliverable

First Commercial Ins. Corp.
POB 126160
Hialeah, FL 33012-1602

Acquistions & Entilement Group, Inc
A&E
3161 Gatlin Drive
Rockledge, FL 32955-7018

Michelle Hladky
1400 Margate Ave.
Orlando, FL 32803-2120

Ronald Wilbur
728 SE 23rd Street
Ocala, FL 34471-5306

Fred Sandlin
161 Mallard Lane
Daytona Beach, FL 32119

Gill Development, Inc.
c/o John A. Yanchek
889 N Washington #B
Sarasota, FL 34236-4207

Martin Flynn
1969 Alafaya #236
Orlando, FL 32828-8732

## Corrected Addresses

| Old Address | New Address |
|---|---|
| Robert Curry<br>4662 Middlebrook Road Apt. J<br>Orlando, FL 32811-3097 | Robert Eugene Curry<br>3337 Leritz LN<br>Edgewater, MD 21037-3102 |
| Robert Pollack<br>8767 The Esplanade #36<br>Orlando, FL 32836-8782 | Robert Pollack<br>17781 Via Bella Acqua Ct., Apt. 1001<br>Miromar Lakes, FL 33913-7854 |
| Aqmi Stategy Corp<br>c/o Frank L. Amodeo<br>Federal Correctional Complex – Low<br>POB 1031<br>Coleman, FL 33521-1031 | Aqmi Stategy Corp<br>c/o Frank L. Amodeo<br>Register No. 48883-019<br>Federal Correctional Complex-Low<br>P.O. Box 1031<br>Coleman, FL 33521-1031 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** has been furnished by electronic transmission and/or U.S. Mail, postage prepaid to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, c/o 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; AQMI Strategy Corp., c/o Frank L. Amodeo, Register No. 48883-019, Federal Correctional Complex-Low, P.O. Box 1031, Coleman, Florida 33521-1031; Robert Curry, 3337 Leritz Lane, Edgewater, MD 21067-3102; Robert Pollack, 17781 Via Bella Acqua Court, Apt. 1001, Miromar Lakes, Florida 33913-7854; to the Local Rule 1007-2 parties-in-interest list; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 on this 24th day of March 2010.

**DATED** this 24th day of March 2010.

/s/ Mariane L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 0984469
Mariane L. Dorris, Esq.
Florida Bar No. 0173665
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Attorneys for Mirabilis Ventures, Inc.

```
Label Matrix for local noticing        Michael C. Addison                    Advantage Collection Prof
113A-6                                  Addison & Howard, P.A.                2775 Jade Street
Case 6:08-bk-04327-KSJ                  Post Office Box 172535                Mora, MN 55051-6240
Middle District of Florida              Tampa, FL 33672-0535
Orlando
Wed Mar 24 15:56:19 EDT 2010

American Express                        BNA Tax Management                    Kimberly Bartley
2965 West Corporate Lakes Bl            9435 Key West Ave.                    Waldron & Schneider LLP
Weston, FL 33331-3626                   Rockville, MD 20850-3339              15150 Middlebrook Drive
                                                                              Houston, TX 77058-1226


Brandywine Grande C. LP                 Buchanan Ingersoll & Rodney           Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                   401 E Jackson St.                     c/o David T. Ward
1111 East Main Street                   Suite 2500                            15615 Alton Pkwy #175
Richmond, VA 23219-3531                 Tampa, FL 33602-5236                  Irvine, CA 92618-7303


Joseph A DeMaria                        Mariane L Dorris                      Tara C Early
Tew Cardenas LLP                        Latham Shuker Eden & Beaudine LLP     Stanton & Gasdick PA
1441 Brickell Avenue                    390 North Orange Avenue               390 North Orange Avenue
Suite 1500                              Suite 600                             Suite 260
Miami, FL 33131-3431                    Orlando, FL 32801-1684                Orlando, FL 32801-1612


Elena L Escamilla                       F. Del Kelley                         Kristina E. Feher
United States Trustee                   5220 S. Washington Ave                Atlantic Legal Group, P.A.
135 W Central Blvd  Suite 620           Titusville, FL 32780-7316             10101 9th St. N., Suite 248
Orlando, FL 32801-2440                                                        St. Petersburg, FL 33716-3800


First Commercial Ins. Corp.             Forge Capital Partners LLC            James E Foster
POB 126160                              c/o Bart Valdes                       Akerman Senterfitt
Hialeah, FL 33012-1602                  609 W Horatio St                      Post Office Box 231
                                        Tampa FL 33606-2272                   Orlando, FL 32802-0231


Frank L. Amodeo                         Fred Sandlin                          Gill R Geldreich
3875 South Orange Ave                   161 Mallard Lane                      Tennessee Attorney General's Office
Suite 500 -PMB 1810                     Daytona Beach, FL 32119-8331          Post Office 20207
Orlando, FL 32806                                                             Nashville, TN 37202


Gilbert Weisman                         Gillio Development, Inc.              I Randall Gold
c/o Becket and Lee LLP                  657 Caledonia Place                   United States Attorney's Office
POB 3001                                Sanford, FL 32771-6403                501 West Church Street
Malvern PA 19355-0701                                                         Suite 300
                                                                              Orlando, FL 32805-2281


Elizabeth A Green                       Kenneth D Herron Jr                   Peter N Hill
Baker & Hostetler LLP                   1851 West Colonial Drive              Wolff Hill McFarlin & Herron PA
200 S Orange Ave                        Orlando, FL 32804-7013                1851 West Colonial Drive
Suntrust Center, Suite 2300                                                   Orlando, FL 32804-7013
Orlando, FL 32801-3410


Horton Johnson                          Humana/RMS                            Carol Koehler Ide
3211 Northglenn Drive                   77 Hartland Street                    U S Department of Justice - Tax Division
Orlando, FL 32806-6371                  Suite 401                             Post Office Box 14198
                                        East Hartford, CT 06108-3253          Ben Franklin Station
                                                                              Washington, DC 20044-4198
```

| | | |
|---|---|---|
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 |
| Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 | Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 |
| LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 |
| Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 |
| Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 |

Melissa Youngman
Wolf Hill McFarlin & Herron PA
1851 W Colonial Drive
Orlando, FL 32804-7013

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63