UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,  Case No. 6:08-bk-04327-KSJ
et al.,  Case No. 6:08-bk-04328-KSJ
 Case No. 6:08-bk-04681-KSJ

        Debtors.
_____/

**UNITED STATES' OBJECTION TO DISBURSEMENTS**

The creditor, United States of America, by and through counsel, objects to the planned distribution by the liquidating agent of his compensation (approximately $46,215.44 (noticed March 19, 2010)), and distributions to other professionals, specifically including the following sums:

- $37,049.94 to Latham Shuker Eden & Beaudine PA for February fees and expenses (noticed March 24, 2010)

- $50,343.57 to Morris & Widman PA for February fees and expenses (noticed March 19, 2010)

4714888.1

for the reasons set forth in United States' Objection to Disbursements filed March 17, 2010 (DE 514), incorporated into this Objection by this reference.

                JOHN A. DICICCO
                Acting Assistant Attorney General

                  s/ Carol Koehler Ide
                CAROL KOEHLER IDE
                Trial Attorney, Tax Division
                U.S. Dept. of Justice
                P.O. Box 14198
                Washington, DC 20044
                Telephone: (202) 514-5887
                Telefax: (202) 514-4963
                E-mail: Carol.Koehler.Ide@usdoj.gov

Of Counsel:

    A. LEE BENTLEY, III
    Acting United States Attorney

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on March 25, 2010, I electronically filed the foregoing United States' Objection to Disbursements with the Clerk of the Court by using the CM/ECF system, which will send notice to –

R. Scott Shuker
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
*Attorneys for Debtors*

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806
*United States Trustee*

I. Randall Gold
Office of the United States Attorney
501 W. Church St., Suite 300
Orlando, FL 32805
*Intervenor*

and that I served a copy by first class mail to –

Mirabilis Ventures, Inc.
c/o/ R.W. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751
*Debtor*

             s/ Carol Koehler Ide
             Trial Attorney, Tax Division
             U.S. Department of Justice
             P.O. Box 14198, Ben Franklin Station
             Washington, D.C. 20044
             Telephone: (202) 514-5887
             Telefax: (202) 514-9868
             E-mail: Carol.Koehler.Ide@usdoj.gov