UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,           Case No. 6:08-bk-04327-KSJ
                                                   Chapter 11
       Debtor.
_____/

**UNITED STATES' MOTION TO TREAT HEARING ON
OBJECTION TO CLAIM NO. 2 OF THE INTERNAL REVENUE SERVICE AS
SCHEDULING CONFERENCE**

        On October 9, 2009, the debtor objected to claim no. 2 filed by the Internal Revenue Service on behalf of the United States (doc. no. 325). The United States responded to the objection, asserting that its claim is based upon tax reported due on the debtor's 2005 federal income tax return, but not paid in full (doc. no. 390). The contested matter is scheduled for an evidentiary hearing on **April 22, 2010, at 2:00 p.m.** (doc. no. 488).

        This contested matter is not ready for trial. The contested matter concerns the debtor's claim that its recently amended income tax return for the year 2005 benefits from application of an $18,044,400 net operating loss ("NOL") carried back from tax year 2006. Not only does the debtor contest the amount of the IRS claim, but it asserts that it is entitled to a refund of $1,010,769. The tax return for the year 2006, and the amended tax return for the year 2005, were filed on or after September 15, 2009, and are the subject of an expedited examination by the IRS. The main focus of the examination is

4839385.1

whether the debtor can substantiate a claimed deduction of over $17,000,000 in wages paid, and other claimed deductions, for the year 2006, that allegedly gave rise to the NOL.

The United States served discovery requests on the debtor on December 3, 2009, and the debtor responded on December 29, 2009 (although its answers to interrogatories were not signed under oath as required by Fed. R. Civ. P. 33(b)(3)). The United States served a second set of discovery requests on the debtor on January 28, 2010, and the debtor made an initial response on February 16, 2010. We are awaiting a complete response.

The Internal Revenue Service officials examining this debtor's recently-filed income tax returns, and the employment tax returns of, *inter alia*, its subsidiaries, including the debtor, AEM, Inc., have requested and reviewed other materials provided by the debtor during the examination. To date, the debtor has not substantiated its claim for refund.

The United States suggests that the April 22 hearing be treated as a status hearing at which a discovery, briefing, and trial schedule may be discussed.

By e-mail on March 24, 2010, counsel for the debtor advised the undersigned that it intends to proceed to trial on April 22.

In light of the large amount of money in issue, the outstanding discovery responses, and the extremely short period of time the United States has had to examine

this factually complex matter, the United States suggests that an expedited trial would be wholly inappropriate.

                                                  JOHN A. DICICCO
                                                  Acting Assistant Attorney General

                                                    s/ Carol Koehler Ide
                                                  CAROL KOEHLER IDE
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  P.O. Box 14198, Ben Franklin Station
                                                  Washington, D.C.  20044
                                                  Telephone:  (202) 514-5887
                                                  Telefax:  (202) 514-9868
                                                  E-mail:  Carol.Koehler.Ide@usdoj.gov

Of Counsel:

    A. LEE BENTLEY, III
    Acting United States Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 1, 2010, I electronically filed the foregoing United States' Motion to Treat Hearing on Objection to Claim No. 2 of the Internal Revenue Service as Scheduling Conference with the Clerk of the Court by using the CM/ECF system, which will send notice to –

R. Scott Shuker
Mariane Dorris
Justin M. Luna
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
*Attorneys for Debtors*

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806
*United States Trustee*

        s/ Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-5887
Telefax:  (202) 514-9868
E-mail:  Carol.Koehler.Ide@usdoj.gov

4839385.1