UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,                Case No. 6:08-bk-04327-KSJ
et al.,                                  Case No. 6:08-bk-04328-KSJ
                                         Case No. 6:08-bk-04681-KSJ

      Debtors.

_____/

### UNITED STATES' OBJECTION TO MARCH 2010 DISBURSEMENTS

The creditor, United States of America, by and through counsel, objects to the

planned distribution by the liquidating agent to other professionals, specifically including

the sum of $33,799.71 to Broad and Cassel for expenses invoiced in March 2010 (noticed

April 6, 2010), for the reasons set forth in United States' prior Objections to

Disbursements filed March 17, 2010 (DE 514), and March 25, 2010 (DE 520),

4714888.1

incorporated into this Objection by this reference.  Those matters are scheduled for

hearing on April 22, 2010, at 2:00 p.m. (DE 521).

JOHN A. DICICCO
Acting Assistant Attorney General

   s/ Carol Koehler Ide
CAROL KOEHLER IDE
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 14198
Washington, DC 20044
Telephone: (202) 514-5887
Telefax: (202) 514-4963
E-mail: Carol.Koehler.Ide@usdoj.gov

Of Counsel:

A. LEE BENTLEY, III
Acting United States Attorney

4714888.1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 9, 2010, I electronically filed the foregoing United States' Objection to March 2010 Disbursements with the Clerk of the Court by using the CM/ECF system, which will send notice to –

R. Scott Shuker
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
*Attorneys for Debtors*

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806
*United States Trustee*

I. Randall Gold
Office of the United States Attorney
501 W. Church St., Suite 300
Orlando, FL 32805
*Intervenor*

and that I served a copy by first class mail to –

Mirabilis Ventures, Inc.
c/o/ R.W. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751
*Debtor*

__s/ Carol Koehler Ide_____
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-5887
Telefax:  (202) 514-9868
E-mail:  Carol.Koehler.Ide@usdoj.gov

4714888.1