UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**MIRABILIS VENTURES, INC.**     **CASE NO. 6:08-bk-04327-KSJ**
                                  **CHAPTER 11**
  **DEBTOR.**
_____/

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause will be held before the Honorable Karen S. Jennemann, in Courtroom B, 5th Floor, 135 West Central Boulevard, Orlando, Florida 32801 on **Thursday, April 22, 2010 at 2:00 p.m.**

**MOTION TO CONFIRM PROPERTY
OF THE ESTATE UNDER THE COURT APPROVED COMPROMISE WITH
THE UNITED STATES OF AMERICA**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been serviced on those parties receiving CM/ECF service this 15th day of April, 2010.

**BROAD AND CASSEL**
Special Counsel for the Debtor
390 North Orange Avenue, Suite 1400
Orlando, Florida  32801
P.O. Box 4961 (32802-4961)
Telephone:   (407) 839-4200
Facsimile:    (407) 650-0927

By:       */s/ Roy S. Kobert*
Roy S. Kobert, P.A.
Florida Bar #: 777153
rkobert@broadandcassel.com

-1-