## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

        Debtor.

_____/

CASE NO.  6:08-bk-04327-KSJ

CHAPTER 11

## AGREED ORDER SETTLING OBJECTIONS TO
## ALLOWANCE OF CLAIMS FILED BY PAUL S. GLOVER

**THIS CASE** is before the Court on the objection of Mirabilis Ventures, Inc. (the "Debtor") to allowance of Claim No. 5, submitted by Paul S. Glover ("Glover"), filed on October 9, 2009 ("Objection to Claim No. 5") (Doc. No. 326); the objection of the Debtor to allowance of Claim No. 6, submitted by Glover, filed on October 9, 2009 ("Objection to Claim No. 6") (Doc. No. 327); Glover's response to Objection to Claim No. 5, filed on October 28, 2009 (Doc. No. 376); and Glover's response to Objection to Claim No. 6, filed on October 28, 2009.  (Doc. No. 377).  Pursuant to an order of the Bankruptcy Court confirming the Debtor's Joint Amended Plan of Liquidation as Modified, Submitted by Mirabilis Ventures, Inc., Hoth Holdings, LLC and AEM, Inc. (the "Plan") (Doc. No. 375), which appointed R.W. Cuthill, Jr. ("Cuthill") as President, who is free to pursue and settle all causes of action, Cuthill, on behalf of the Debtor, and Glover have reached a consensual resolution of Claim No. 5 and Claim No. 6.  Having read and considered this

Order, and having been advised by Glover's and Cuthill's agreement to the terms hereof, it is:

**ORDERED:**

1.      In full satisfaction of Claim No. 5, Glover shall have an allowed non-priority unsecured claim in the amount of Four Hundred Thousand Dollars and No Cents ($400,000.00) only, which claim shall be treated as an Allowed Class 2 General Unsecured Claim under the Plan.

2.      Claim No. 6 is disallowed in its entirety, with prejudice.

**DONE AND ORDERED April 16, 2010.**

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor:  Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Debtor's Counsel:  R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, FL  32802-3353;

Paul S. Glover, 1312 Winter Springs Boulevard, Winter Springs, Florida 32708;

I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805;

Carol Koehler Ide, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 14198, Washington, DC 20001;

The Local Rule 1007-2 parties-in-interest as shown on the attached matrix; and

The Office of the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801