UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

          Debtor.
_____/

MIRABILIS VENTURES, INC.'S EXHIBIT LIST FOR HEARING ON
OBJECTION TO CLAIM NO. 2 OF THE INTERNAL REVENUE SERVICE

__ Government   _X_ Movant   __Respondent   __ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections | Description |
|---|---|---|---|---|---|
| 1 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Proof of Claim No. 2 submitted by The Internal Revenue Service |
| 2 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Mirabilis Ventures, Inc. and Subsidiaries 2005 Amended Income Tax Return |
| 3 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Mirabilis Ventures, Inc. and Subsidiaries 2006 Income Tax Return |
| 4 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Mirabilis Ventures, Inc. and Subsidiaries 2007 Income Tax Return |
| 5 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Mirabilis Ventures, Inc. and Subsidiaries 2008 Income Tax Return |
| 6 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | 2006 941 / W2 Reconciliation |
| 7 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Payroll Detail for Mirabilis Ventures, Inc. |
| 8 | 4/22/10 | | R.W. Cuthill, Jr. Kirt Bocox | | Correspondence from Carol Koehler Ide to Scott Shuker dated March 26, 2010 |

**Objection Key:**

A- Authenticity  
C-Cumulative  
E-Improper Expert Opinion  
F-Foundations  
H-Hearsay  
I-Immaterial  
M-Materiality  
OR-Objection under Federal Rule of Evidence 403  

O-Objection to the composite nature  
R-Relevance  
W-Waiver  
CD-Completion Doctrine  
DV-Discovery Violation  
IC-Illegible Copy  
SA-Stipulated Admission  
UP-Unduly Prejudicial  

**DATED** this 21st day of April, 2010.

Respectfully submitted,

/s/ Mariane L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 0984469
Mariane L. Dorris, Esquire
Florida Bar No. 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtors

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by either electronic transmission and/or U.S. First Class Mail to: Mirabils Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Avenue, Suite 210, Maitland, Florida 32751; Carol Koehler Ide, U.S. Department of Justice, Tax Division, Post Office Box 14198, Washington, D.C. 20044 this 21st day of April 2010.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:08-bk-04327-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Apr 21 16:03:55 EDT 2010 | Michael C. Addison<br>Addison & Howard, P.A.<br>Post Office Box 172535<br>Tampa, FL 33672-0535 | Advantage Collection Prof<br>2775 Jade Street<br>Mora, MN 55051-6240 |
| American Express<br>2965 West Corporate Lakes Bl<br>Weston, FL 33331-3626 | BNA Tax Management<br>9435 Key West Ave.<br>Rockville, MD 20850-3339 | Kimberly Bartley<br>Waldron & Schneider LLP<br>15150 Middlebrook Drive<br>Houston, TX 77058-1226 |
| Brandywine Grande C. LP<br>c/o Cantor Arkema, PC<br>1111 East Main Street<br>Richmond, VA 23219-3531 | Buchanan Ingersoll & Rodney<br>401 E Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 | Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| Joseph A DeMaria<br>Tew Cardenas LLP<br>1441 Brickell Avenue<br>Suite 1500<br>Miami, FL 33131-3431 | Mariane L Dorris<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801-1684 | Tara C Early<br>Stanton & Gasdick PA<br>390 North Orange Avenue<br>Suite 260<br>Orlando, FL 32801-1612 |
| Elena L Escamilla<br>United States Trustee<br>135 W Central Blvd  Suite 620<br>Orlando, FL 32801-2440 | F. Del Kelley<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 | Kristina E. Feher<br>Atlantic Legal Group, P.A.<br>10101 9th St. N., Suite 248<br>St. Petersburg, FL 33716-3800 |
| Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33606-2272 | James E Foster<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Frank L. Amodeo<br>3875 South Orange Ave<br>Suite 500 -PMB 1810<br>Orlando, FL 32806 |
| Gill R Geldreich<br>Tennessee Attorney General's Office<br>Post Office 20207<br>Nashville, TN 37202 | Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Gillio Development, Inc.<br>657 Caledonia Place<br>Sanford, FL 32771-6403 |
| I Randall Gold<br>United States Attorney's Office<br>501 West Church Street<br>Suite 300<br>Orlando, FL 32805-2281 | Kenneth D Herron Jr<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | Peter N Hill<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 |
| Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 | Carol Koehler Ide<br>U S Department of Justice - Tax Division<br>Post Office Box 14198<br>Ben Franklin Station<br>Washington, DC 20044-4198 |
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 | Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 |

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

Esther A McKean
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Charles J Meltz
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

Todd K Norman
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802-3388

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

RKT Constructions, Inc
5220 S. Washington Ave
Titusville, FL 32780-7316

Robi A. Roberts
2921 S. Washington Ave
Titusville, FL 32780-5022

Robi A. Roberts Trust
2921 S. Washington St
Titusville, FL 32780-5022

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Bradley M Saxton
Post Office Box 1391
Orlando, FL 32802-1391

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

Melissa Youngman
Wolf Hill McFarlin & Herron PA
1851 W Colonial Drive
Orlando, FL 32804-7013

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients   57
Bypassed recipients    5
Total                 62