

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
April 22, 2010

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

| CASE NUMBER: 08-04327-6J1 | FILING DATE: 05/27/2008 (BAPCPA) | HEARING TIME: 02:00 P.M. |
| --- | --- | --- |

DEBTOR:MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) OBJECTION TO CLAIM NO. 23 OF ATLANTIC AMERICAN CAPITAL GROUP, LLC  (DOC #335)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23 (DOC #385)

2) OBJECTION TO CLAIM NO. 22 OF BD, LLC   (DOC #334)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23  (DOC #385)

3) OBJECTION TO CLAIM NO. 21 OF FORGE CAPITAL PARTNERS, LLC  (DOC #333)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23 (DOC #385)

4) OBJECTION TO CLAIM NO. 5 AND NO. 6 OF PAUL GLOVER (DOC #326-327)

RESPONSE BY PAUL GLOVER TO OBJECTION TO CLAIM NO. 5 (DOC #376)

RESPONSE BY PAUL GLOVER TO OBJECTION TO CLAIM NO. 6 (DOC #377)

5) OBJECTION TO CLAIM NO. 38 OF RKT CONSTRUCTORS, INC. (DOC #350)

RESPONSE BY RKT CONSTRUCTORS TO DEBTOR'S OBJECTION TO CLAIM NO. 38  (DOC #397)

6) OBJECTION BY DEBTOR TO CLAIM NO. 39 FILED BY F. DEL KELLEY (DOC #351)

RESPONSE BY F. DEL KELLEY TO DEBTOR'S OBJECTION TO CLAIM (DOC #398)

7) OBJECTION BY DEBTOR TO CLAIM NO. 40 FILED BY F. DEL KELLEY (DOC #352)

RESPONSE BY F. DEL KELLEY TO DEBTOR'S OBJECTION TO CLAIM (DOC #399)

8) OBJECTION BY DEBTOR TO CLAIM NO. 41 FILED BY F. DEL KELLY (DOC #353)

RESPONSE BY F. DEL KELLEY TO DEBTOR'S OBJECTION TO CLAIM (DOC #400)

9) OBJECTION BY DEBTOR TO CLAIM NO. 42-52 FILED BY ROBI A. ROBERTS (DOC #354 - 365)

RESPONSE BY ROBI A. ROBERTS (DOCS #401 - 411)



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
April 22, 2010

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

| CASE NUMBER: 08-04327-6J1 | FILING DATE: 05/27/2008 (BAPCPA) | HEARING TIME: 02:00 P.M. |
|---|---|---|

DEBTOR:MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL


10) OBJECTION BY DEBTOR TO CLAIM NO. 27 FILED BY SECURE SOLUTIONS (DOC #340)

RESPONSE BY SECURE SOLUTIONS TO DEBTOR'S OBJECTION TO CLAIM (DOC #477)

11) OBJECTION BY DEBTOR TO CLAIM NO. 26 FILED BY SECURE SOLUTIONS (DOC #339)

RESPONSE BY SECURE SOLUTIONS TO DEBTOR'S OBJECTION TO CLAIM (DOC #476)

12) MOTION BY GILLIO DEVELOPMENT INC. TO SET ASIDE ORDER SUSTAINING OBJECTION TO CLAIM NO. 32 (DOC #484)

13) "FINAL EVIDENTIARY HEARING"

OBJECTION TO CLAIM NO. 2 OF INTERNAL REVENUE SERVICE (DOC #325)

RESPONSE BY INTERNAL REVENUE SERVICE  TO OBJECTION TO CLAIM (DOC #390)

14) MOTION BY INTERNAL REVENUE SERVICE TO RESCHEDULE HEARING ON OBJECTION BY DEBTOR TO CLAIM NO. 2 AND TREAT HEARING AS STATUS CONFERENCE (DOC #522)

OBJECTION BY DEBTOR TO THE UNITED STATES' MOTION TO TREAT HEARING ON OBJECTION TO CLAIM NO.2 OF THE IRS AS SCHEDULING CONFERENCE (DOC #525)

15) OPPOSITION BY THE INTERNAL REVENUE SERVICE TO DISBURSEMENTS (DOC #514)

16) OBJECTION BY INTERNAL REVENUE SERVICE TO DISBURSEMENTS (DOC #520)

17) OBJECTION BY THE UNITED STATES TO MARCH 2010 DISBURSEMENTS (DOC #524)

18) MOTION BY DEBTOR TO CONFIRM PROPERTY OF THE ESTATE UNDER THE COURT APPROVED COMPROMISE WITH THE UNITED STATES OF AMERICA (DOC #526)


APPEARANCES:

ROBERT W. CUTHILL: D'OR
SCOTT SHUKER: D'OR
MARIANNE DORIS: D'OR
JUSTIN LUNA: D'OR
ERIC ADAMS: SPEC COUNSEL D'OR
ROY KOBERT: SPEC COUNSEL D'OR



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
April 22, 2010

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

| CASE NUMBER: 08-04327-6J1 | FILING DATE: 05/27/2008 (BAPCPA) | HEARING TIME: 02:00 P.M. |
|---|---|---|

DEBTOR:MIRABILIS VENTURES, INC


Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL


```
NICOLETTE VILMOS: SPEC COUNSEL D'OR
STACY WILSON: GILLO DEVELOPMENT
MELISSA YOUNGMAN: RKT CONSTRUCTORS, F. DEL KELLEY, ROBI A. ROBERTS AND ROBI A. ROBERTS
TRUST
BRENT WARDROFF: COASTAL EQUITY PARTNERS
PETER HILL: SECURE SOLUTIONS
SCOTT PARK: U.S.A.
CAROL IDE: I.R.S.
ESTHER MCKEAN: FIFTH/THIRD BANK



RULING:

WITNESS:
ROBERT W. CUTHILL

D'OR EXHIBIT 1 (ID ONLY)
SPECIAL COUNSEL EXHIBIT A,B (ID ONLY)

1), 2) AND 3) STATUS CONFERENCE CON'T TO 07/22/10 AT 2:00 P.M. (AOCNFNG)

4) MATTER IS SETTLED PURSUANT TO AGREED ORDER (DOC #528)

5), 6), 7), 8) AND 9) STATUS CONFERENCE CON'T TO 05/19/10 AT 2:00 P.M. (AOCNFNG)

10) AND 11) STATUS CONFERENCE CON'T TO 07/22/10 AT 2:00 P.M. (AOCNFNG)

12) GRANTED; UNDERLYING OBJECTION BY DEBTOR TO CLAIM NO. 32 (DOC #345) IS SET FOR
NON-EVIDENTIARY STATUS CONFERENCE ON 07/22/10 AT 2:00 P.M.: ORDER BY WILSON

13) SUSTAINED WITHOUT PREJUDICE: ORDER BY SHUKER

14) DENIED AS UNNESSARY: ORDER BY SHUKER

15) OVERRULED: ORDER BY SHUKER

16) OVERRULED: ORDER BY SHUKER

17) OVERRULED: ORDER BY SHUKER

18) MATTER TAKEN UNDER ADVISEMENT
```