THIS 2 nd FILED IN OPEN COURT
DAY OF April
LEE ANN BENNETT, CLERK
UNITED STATES BANKRUPTCY COURT
20 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: *Mirabilis Ventures*    CASE NO. *08-4327-KSJ*
       *Chapter 11*

PLAINTIFF:                          ADVERSARY NO.

DEFENDANT:

EXHIBIT LIST FOR: *Special Counsel Roy Kobert*

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BRIEF DESCRIPTION |
|---------|-----------------|---------------|-------------------|
| A | 4/22/10 | | *Asset List (Government)* |
| B | 4/22/10 | | *Asset List (Debtor)* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DEPUTY CLERK, IN ATTENDANCE:

FILED IN OPEN COURT
THIS 22 DAY OF April ,20 10
LEE ANN BENNETT, CLERK
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,                    CASE NO. 6:08-bk-04327-KSJ
                                             CHAPTER 11

        Debtor,

_____/

**DEBTOR'S EXHIBIT LIST FOR EVIDENTIARY HEARING ON DEBTOR'S
MOTION TO CONFIRM PROPERTY OF THE ESTATE UNDER THE COURT
APPROVED COMPROMISE WITH THE UNITED STATES OF AMERICA
(DE# 526)**

**April 22, 2010**

| EXH. NO. | DATE IDENTIFIED | DATE ADMITTED | BRIEF DESCRIPTION |
|---|---|---|---|
| A | 4/22/10 | | Exhibit A to *Motion for Approval of Compromise of Controversy By and Between Debtors and the United States of America* (DE# 101) |
| B | 4/22/10 | | Exhibit B to *Motion for Approval of Compromise of Controversy By and Between Debtors and the United States of America* (DE# 101) |
| | | | |
| | | | |

By:_____
        Deputy Clerk, In Attendance

Bankruptcy 4851-3476-6056.1
43582:0002

## EXHIBIT IDENTIFICATION COVER SHEET

Debtor Exhibit No.  __A__

Debtor _____ Mirabilis Ventures, Inc.

Case No. _____ 6:08-bk-04327-KSJ

Plaintiff(s)

_____

Defendant(s)

_____

Adv. Proc. No. _____

Filed for Identification _____ 4/22/10

Admitted in Evidence _____

Date _____ 4/22/10

Nature of Proceeding __Evidentiary Hearing on Debtor's Motion to Confirm Property of the Estate Under the Court Approved Compromise with the United States of America (DE# 526)


United States Bankruptcy Court
for the Middle District of Florida

By _____,
        Clerk

EXHIBIT "A"

## Government Asset List

The properties subject to forfeiture in the pending criminal and/or civil forfeiture cases are:

(a)     614 Lake Avenue, Orlando, FL;

(b)     709 Euclid Avenue, Orlando, FL;

(c)     1159 Delaney Avenue, Orlando, FL;

(d)     Proceeds from the sale of 509 Riverfront Parkway, Chattanooga, TN – Mirabilis Equity interest and unsecured claims of Mirabilis and its affiliates;

(e)     4905 Research Drive, Huntsville, AL;

(f)     102 West Whiting Street, Tampa, Florida;

(g)     2006 BMW 750Li, VIN #WBAHN8353GDT30059;

(h)     2006 Black Harley Davidson, VIN #1HD1BWB156Y077592;

(i)     2006 Mercedes Benz CLS 500C Coupe, VIN #WDDDJ75X46A032858;

(j)     2006 Mercedes Benz CLS 55AMG, VIN # WDDDJ76X66A055945;

(k)     Gates Learjet Model 25D Aircraft No. 4488W;

(l)     $253,487.45.00 in proceeds seized from the Trust Account of the law firm of Balch Bingham LLP;

(m)     $101,393.86 in proceeds seized from the Trust Account of the law firm of Shutts & Bowen;

(n)     $42,419.72 in proceeds seized from the Trust Account of the law firm of Mateer and Harbert;

(o)     $100,000.00 in proceeds seized from the Trust Account of the law firm of Maher, Guily, Maher PA;

(p)     $105,922.96 in proceeds seized from the Trust Account of the law firm of Martin, Pringle, Oliver, Wallace, & Baur LLP;

(q)     $50,000 In proceeds seized from the Trust Account of the law firm of Bieser, Greer & Landis LLP;

(r)     $8,518.30 in proceeds seized from the Trust Account of the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist PA;

(s)     $25,000 in proceeds seized from the Trust Account of the law firm of Valenti, Hanley & Robinson PLLC;

(t)     $10,000 in proceeds seized from the Trust Account of the law firm of Brown, Stone, & Nimeroff LLC;

(u)    $21,900 in proceeds seized from the Trust Account of the law firm of Hunt Rudd PA;

(v)    $41,029.54 in proceeds seized from the Trust Account of the law firm of Ford & Harrison PA;

(w)    $12,528.51 in proceeds seized from the Trust Account of the law firm of Broad & Cassel;

(x)    $20,754.19 in proceeds seized from the Trust Account of the law firm of Latham, Shuker, Barker, Eden, & Beaudine LLC;

(y)    $13,100.99 in proceeds seized from Fifth Third Bank Account No. 7440599020 in the Name of Soone Business Development;

(z)    $37,629.16 in proceeds seized from the trust account of the law firm of Charles W. McBurney, Jr.;

(aa)   A promissory note in the amount of $3,500,000.00 dated on or about May 7, 2007 between Wellington Capital and Worker's Temporary Staffing, Inc., including payments of $63,000.00 per month;

(bb)   All payments due under the promissory note in the amount of $5,500,000.00 dated May 27, 2007 between Mirabilis Ventures, Inc. and Conrad D. Eigenmann, Jr. after the January 2009 payment;

(cc)   The assets of the following corporations, including but not limited to the below listed lawsuits and/or settlements:

Anthony T. Sullivan v. AQMI Strategy (07-CA-0015981-0);
Michael Mapes, et al. v. Wellington Capital Group, Inc.(8:07cv77);
Dutko Global Advisors LLC v. AQMI Strategy Corporation (48-2007-CA-018164-0);
Providence Property & Casualty Insurance Co, et al. v. Paradyme, Inc., d/b/a Presidion Solutions VI (4:07-CV-202)
Presidion Corporation v. Arrow Creek, Inc., et al. (50-2006-CA-0014170)

Corporations:

AQMI Strategy Corporation,
Nexia Strategy Corporation,
Presidion Solutions, Inc.,
Professional Benefit Solutions, Inc.,
    d/b/a Presidion Solutions VII, Inc.
Quantum Delta Enterprises, Inc.,
    d/b/a Siren Resources, Inc.,
        Titanium Technologies, Inc.,
        f/k/a Titanium Consulting Services, Inc.,
    Tenshi Leasing, Inc.
    Wellington Capital Group, Inc.

F:\CMECF\SCANNED PDF DOCUMENTS\JUDICIAL ASSISTANTS\JUDGE IENNEMANN'S JA\MIRABILIS BK-BK-4327-KSJ-ORDER_APPROVING_COMPROMISE_OF_CONTROVERSY-1PVASYP2WJ.DOC

4

# EXHIBIT IDENTIFICATION COVER SHEET

Debtor Exhibit No. __B__

Debtor _____ Mirabilis Ventures, Inc.

Case No. _____ 6:08-bk-04327-KSJ

Plaintiff(s)

_____

Defendant(s)

_____

Adv. Proc. No. _____

Filed for Identification _____ 4/22/10

Admitted in Evidence _____

Date _____ 4/22/10

Nature of Proceeding ___ Evidentiary Hearing on Debtor's Motion to Confirm Property of the Estate Under the Court Approved Compromise with the United States of America (DE# 526)

United States Bankruptcy Court
for the Middle District of Florida

By _____,
        Clerk

EXHIBIT "B"

# Debtor's Asset List

The properties subject to forfeiture in the pending criminal and/or civil forfeiture cases are:

(a)    3801 Carolina Avenue, Richmond, VA;

(b)    The funds, if any, generated by the fraudulent transfer lawsuit from the sale of 509 Riverfront Parkway, Chattanooga, TN;

(c)    January 2009 payment due under a promissory note in the amount of $5,500,000.00 dated on or about May 27, 2007 between Mirabilis Ventures, Inc. and Conrad D. Eigenmann, Jr.;

(d)    The assets of the following corporations, including but not limited to the below listed lawsuits and/or settlements:

Corporations:

AEM, Inc., d/b/a Mirabilis HR,
Hoth Holdings, LLC,
Mirabilis Ventures, Inc.,

Lawsuits:

| Style of case | Location | Case No. |
|---|---|---|
| Mirabilis Ventures, Inc. v. Jeffrey Reichel | Broward County, Florida | CACE 07011827 |
| Mirabilis Ventures, Inc, and Nexia Strategy Corp. v. Palaxar Group, LLC, et al. | Orange County, Florida | 07-co-13191 (37) |
| Mirabilis Ventures, Inc. v. Forge Capital Partners, LLC, et al. | Orange County, Florida | 07-CA-13828 (33) |
| Mirabilis Ventures, Inc. v. J.C. Services, Inc., et al. | U.S.D.C., M.D. Fl. | 6:06-cv-1957-Orl-22KRS |
| AEM, Inc. d/b/a Mirabilis HR v. Sheryl Okken, Progressive Employer Services, LLC, et al. | Brevard County, Florida | 05-2007-CA-006526 |

EXHIBIT "B"

| Style of case | Location | Case No. |
|---|---|---|
| RKT Constructors, Inc. v. Del Kelley and Robi Roberts | Orange County, Florida | 2007-CA-012599-0 |
| Mirabilis Ventures, Inc. v. Stratis Authority, Inc., et al. | Orange County, Florida | 07-ca-13826 (37) |
| Mirabilis Ventures, Inc. v. Premier Servicing, LLC and Robert Konicki | Orange County, Florida | 07-ca-33197 (34) |
| Mirabilis Ventures, Inc. v. Robert Lowder, et al. | Orange County, Florida | 2006-CA-005742-0 |
| Kenneth Hendricks, et al. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | U.S.D.C., M.D.Fl. | 8:07-cv-661-T17EAJ |
| Kenneth Hendricks, et al. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | Hillsborough County, Florida | DC-07-014201J |
| Berman, Kean & Riguera, P.A. v. Mirabilis Ventures, Inc., et al. (Counterclaim) | Broward County, Florida | 07-024968 (21) |
| Paysource, Inc. And Robert Sacco v. Mirabilis Ventures, Amodeo, et al. (Counterclaim) | U.S.D.C., S.D. Ohio | 3:07cv0129 |
| Prime Acquisition Group, LLC v. Ionic Services, Inc., et al. (Counterclaim) | Palm Beach County, Florida | 502007CA02242 |
| Briarcliff Village, LLC v. Mirabilis Ventures, Inc. | Clay County, Missouri | 07CY-CV09414 |
| William Gregory v. Floyd Road v. Mirabilis Ventures, Inc. (Counterclaim) | Hillsborough County, Florida | 07-CA-010780 |
| Coastal Equity Partners, LLC v. Pacific Atlantic Capital Corp., et al. (Counterclaim) | Henrico County, Virginia | CL07-1960 |

F:\CMECF\SCANNED PDF DOCUMENTS\JUDICIAL ASSISTANTS\JUDGE JENNEMANN'S JA\MIRABILIS 08-BK-4327-KSJ-ORDER_APPROVING_COMPROMISE_OF_CONTROVERSY-1PVASYP2WJ.DOC

6

| Style of case | Location | Case No. |
|---|---|---|
| Liberty Property Limited Partnership v. Mirabilis Ventures, Inc., et al. (Counterclaim, settled) | Duval County, Florida | 162007CA003642 |
| Tranmere Rovers Football Club v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Liverpool, England | 7LV30022 |
| Mark Lang v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Orange County, Florida | 48-2007-CA-002929-0 |
| David Chaviers, Norman Chaviers, Kellie Ledbetter and Tom Hancock v. Mirabilis Ventures, Inc. And Frank Amodeo, et al. (Counterclaim, settled) | U.S.D.C., N.D. Ala. | CV-07-0442-cls |
| Carlton Fields v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Hillsborough County, Florida | 07-CC-038145 |
| Brevard County v. RKT Constructors, Inc. (Counterclaim, settled) | Brevard County, Florida | 05-2007-CA-12251 |
| Bellsouth v. RKT Constructors, Inc., et al. (Counterclaim, settled) | Orange County, Florida | 05-2007-CA-9660-0 |
| Capital Office Products of Volusia County, Inc., v. Mirabilis Ventures, Inc. (Counterclaim, settled) | Volusia County, Florida | 2007-34950 COCI |
| CDW Corporation, Inc. v. Information Systems, Inc. (Counterclaim, settled) | Cook County, Illinois | 2007-L-002446 |
| RKT Constructors, Inc. v. Florida Department of Transportation (Settled) | Broward County, Florida | 05-2003-CA-047397 |

| Style of case | Location | Case No. |
|---|---|---|
| RKT Constructors, Inc. v. Florida Department of Transportation (Settled) | Broward County, Florida | 05-2006-CA-060518 |

(e)    Any and all property of the following bankruptcy estates, including funds which now constitute or have constituted funds of the estate:

| Style of case | Location | Case No. |
|---|---|---|
| Sam Hopkins, Trustee v. Todd Pattison and Mirabilis Ventures, Inc. | U. S. Bankruptcy Court, D. Idaho | 08-08005-JDP |
| In Re: Mirabilis Ventures, Inc. | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04327-KSJ |
| In Re: Hoth Holdings, LLC | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04328-KSJ |
| In Re: AEM, Inc. | U. S. Bankruptcy Court, M.D. Fl. | 6:08-bk-04681 |
| In Re: North American Communications | U. S. Bankruptcy Court, D. Utah | 2:07-bk-24900 |

F:\CMECF\SCANNED PDF DOCUMENTS\JUDICIAL ASSISTANTS\JUDGE JENNEMANN'S JA\MIRABILIS\08-BK-4327-KSJ-ORDER_APPROVING_COMPROMISE_OF_CONTROVERSY-IPVASYP2WJ.DOC

8