# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: MIRABILIS VENTURES, INC. | } | CASE NUMBER: 6:08-BK-04327-KSJ |
| | } | |
| | } | |
| | } | JUDGE KAREN S. JENNEMANN |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

---

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM** <u>1/1/2010</u> **TO** <u>3/31/2010</u>

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: <u>4/28/2010</u>

/s/ Roy S. Kobert
Post Confirmation Special Counsel for the Debtor
Roy S. Kobert, P.A.

Debtor's Address
and Phone Number:
341 N Maitland Ave.
Ste. 210
Maitland, FL 32751
Tel. 407-644-3781 Ext. 235

Attorney's Address
and Phone Number:
Broad and Cassel
390 N Orange Ave., Ste. 1400
Orlando, FL 32801
Bar No.777153
Tel. 407-839-4200

MONTHLY OPERATING REPORT –
POST CONFIRMATION

ATTACHMENT NO

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| Are any post-confirmation sales or payroll taxes past due? | | X |
| Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
Debtor has not made, nor was required to make, any post-confirmation payments through the date of this report.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
Debtor does not own property requiring insurance and has one part-time employee.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:
Balance of furniture, fixtures and equipment were sold at auction.

Estimated Date of Filing the Application for Final Decree: _____ Unknown

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 28 day of April 2010.

Debtor's Signature    PRESIDENT

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Mirabilis Ventures, Inc. |
|---|---|
| Case Number: | 6:08-BK-04327-KSJ |
| Date of Plan Confirmation: | 11/6/09 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ 25,415.26 | $ 589,638.55 |
| 2. | INCOME or RECEIPTS during the Period | $ 34,892.30 | $ 41,699.75 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| | (i) U.S. Trustee Quarterly Fees | $ 8.01 | $ 2,019.05 |
| | (ii) Federal Taxes | 7,822.83 | 7,822.83 |
| | (iii) State Taxes | - | - |
| | (iv) Other Taxes | - | - |
| b. | All Other Operating Expenses: | $ 20,318.26 | $ 44,717.61 |
| c. | Plan Payments: | | |
| | (i) Administrative Claims | $ - | $ 544,620.35 |
| | (ii) Class One | - | - |
| | (iii) Class Two | - | - |
| | (iv) Class Three | - | - |
| | (v) Class Four | | |
| | (Attach additional pages as needed) | | |
| | Total Disbursements (Operating & Plan) | $ 28,149.10 | $ 28,149.10 |
| 1. | CASH (End of Period) | $ 32,158.46 | $ 32,158.46 |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO.

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
#### Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust Bank | SunTrust Bank | | |
| Account Number: | 1000071890130 | 1000075608744 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Money market | | |
| Type of Account (e.g. checking) | Checking | Money market | | |
| | | | | |
| 1.  Balance per Bank Statement | See attached | See attached | | |
| 2.  ADD:  Deposits not credited | | | | |
| 3.  SUBTRACT:  Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  Month End Balance (Must Agree with Books) | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT –
POST CONFIRMATION**

**ATTACHMENT NO**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 1000071890130 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See attached list. | | |
| | | | | |
| | | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

None

9 PM

/16/10

## Mirabilis Ventures, Inc.
## Reconciliation Summary
### SunTrust Ckkg #0130, Period Ending 03/31/2010

|  | Mar 31, 10 |
|---|---|
| **Beginning Balance** | 19,367.53 |
| **Cleared Transactions** | |
| **Checks and Payments - 3 items** | -24,160.08 |
| **Deposits and Credits - 3 items** | 16,782.55 |
| **Total Cleared Transactions** | -7,377.53 |
| **Cleared Balance** | **11,990.00** |
| **Register Balance as of 03/31/2010** | 11,990.00 |
| **New Transactions** | |
| **Checks and Payments - 11 ite...** | -13,571.71 |
| **Total New Transactions** | -13,571.71 |
| **Ending Balance** | **-1,581.71** |

10 PM
/16/10

# Mirabilis Ventures, Inc.
# Reconciliation Summary
### SunTrust MMA #8744, Period Ending 03/31/2010

|  | Mar 31, 10 |
|---|---|
| **Beginning Balance** | 2,359.95 |
| **Cleared Transactions** | |
| Deposits and Credits - 2 ite... | 17,808.51 |
| **Total Cleared Transactions** | 17,808.51 |
| **Cleared Balance** | **20,168.46** |
| **Register Balance as of 03/31/2010** | 20,168.46 |
| **Ending Balance** | 20,168.46 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
83/E00/0175/2 /31
1000071890130
01/31/2010



# SUNTRUST

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 01/01/2010 - 01/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,000.00 | Average Balance | $13,479.72 |
| Deposits/Credits | $29,157.73 | Average Collected Balance | $12,695.85 |
| Checks | $9,234.90 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $7,827.83 | | |
| Ending Balance | $18,095.00 | | |

---

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 01/04 | 6,000.00 | | DEPOSIT | 01/29 | 6,100.00 | | DEPOSIT |
| 01/11 | 9,234.90 | | TRANSFER FROM MMA 8744 CONFIRM NBR 110125600 | | | | |
| 01/14 | 7,822.83 | | TRANSFER FROM MMA 8744 CONFIRM NBR 410134814 | | | | |

Deposits/Credits: 4          Total Items Deposited: 3

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1077 | 9,226.89 | 01/15 | 1078 | 8.01 | 01/20 | | | |

Checks: 2

---

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/15 | 56.00 | | ELECTRONIC/ACH DEBIT IRS USATAXPYMT 270041500743409 |
| 01/15 | 280.00 | | ELECTRONIC/ACH DEBIT IRS USATAXPYMT 270041500933919 |
| 01/15 | 7,430.83 | | ELECTRONIC/ACH DEBIT IRS USATAXPYMT 270041500952981 |
| 01/29 | 56.00 | | ELECTRONIC/ACH DEBIT IRS USATAXPYMT 270042900984127 |
| 01/29 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 5

---

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 6,000.00 | 6,000.00 | 01/14 | 29,057.73 | 29,057.73 |
| 01/04 | 12,000.00 | 6,000.00 | 01/15 | 12,064.01 | 12,064.01 |
| 01/05 | 12,000.00 | 12,000.00 | 01/20 | 12,056.00 | 12,056.00 |
| 01/11 | 21,234.90 | 21,234.90 | 01/29 | 18,095.00 | 11,995.00 |

---

4255                    Member FDIC                    Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227


SUNTRUST

Page 1 of 2
83/E00/0175/1 /31
1000071890130
02/28/2010

# Account
# Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please cal
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | | Statement Perio |
|---|---|---|---|---|---|
| | FREE BUSINESS CHECKING | | 1000071890130 | | 02/01/2010 - 02/28/20 |

| | Description | Amount | Description | Amou |
|---|---|---|---|---|
| | Beginning Balance | $18,095.00 | Average Balance | $16,544.7 |
| | Deposits/Credits | $6,000.00 | Average Collected Balance | $15,901.8 |
| | Checks | $4,722.47 | Number of Days in Statement Period | 2 |
| | Withdrawals/Debits | $5.00 | | |
| | Ending Balance | $19,367.53 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|---|
| | 02/26 | 6,000.00 | | DEPOSIT | | | |

Deposits/Credits: 1        Total Items Deposited: 1

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Dat Pai |
|---|---|---|---|---|---|---|---|---|---|
| | 1079 | 4,722.47 | 02/16 | | | | | | |

Checks: 1

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/26 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collecte Balanc |
|---|---|---|---|---|---|---|
| | 02/01 | 18,095.00 | 18,095.00 | 02/26 | 19,367.53 | 13,367.5 |
| | 02/16 | 13,372.53 | 13,372.53 | | | |



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
83/E00/0175/1 /31
1000071890130
03/31/2010

**SUNTRUST**

## Account Statement

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please cal
1-800-786-8787

NEW INFORMATION FOR CLIENTS DUE TO FEDERAL RESERVE CHECK CLEARING CONSOLIDATION
EFFECTIVE 3/1, ALL U.S. CHECKS DEPOSITED WILL BE TREATED AS LOCAL CHECKS. THIS
WILL SHORTEN THE TIME FUNDS MIGHT BE UNAVAILABLE TO YOU FROM 5 TO 2 DAYS IN
MOST CASES. THANK YOU FOR BANKING AT SUNTRUST; WE APPRECIATE YOUR BUSINESS.

| Account Summary | Account Type | Account Number | Statement Peric |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000071890130 | 03/01/2010 - 03/31/20 |

| Description | Amount | Description | Amou |
|---|---|---|---|
| Beginning Balance | $19,367.53 | Average Balance | $12,609.6 |
| Deposits/Credits | $16,782.55 | Average Collected Balance | $12,068.3 |
| Checks | $6,353.90 | Number of Days in Statement Period | 3 |
| Withdrawals/Debits | $17,806.18 | | |
| Ending Balance | $11,990.00 | | |

| Deposits/ Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 03/09 | 10,782.55 | | DEPOSIT | 03/29 | 6,000.00 | | DEPOSIT |

Deposits/Credits: 2                                    Total Items Deposited: 2

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Dat Pai |
|---|---|---|---|---|---|---|---|---|---|
| | 1080 | 6,353.90 | 03/16 | | | | | | |

Checks: 1

| Withdrawals/ Debits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 03/11 | 17,801.18 | | TRANSFER TO MMA 8744 CONFIRM NBR 110115637 |
| | 03/31 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 2

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collecte Balanc |
|---|---|---|---|---|---|---|
| | 03/01 | 19,367.53 | 19,367.53 | 03/16 | 5,995.00 | 5,995.0 |
| | 03/09 | 30,150.08 | 19,368.08 | 03/29 | 11,995.00 | 5,995.0 |
| | 03/10 | 30,150.08 | 30,150.08 | 03/30 | 11,995.00 | 11,995.0 |
| | 03/11 | 12,348.90 | 12,348.90 | 03/31 | 11,990.00 | 11,990.0 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
01/31/2010

# SUNTRUST

## Account Statement

||..||..||..||..||..||.||.||..||..||..||.||.||..||..||
MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please cal.
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Perio |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 01/01/2010 - 01/31/201 |

| Description | Amount | Description | Amoun |
|---|---|---|---|
| Beginning Balance | $19,415.26 | Average Balance | $8,615.8 |
| Deposits/Credits | $2.14 | Average Collected Balance | $8,615.8 |
| Checks | $.00 | Number of Days in Statement Period | 3 |
| Withdrawals/Debits | $17,072.73 | Annual Percentage Yield Earned | .29% |
| Ending Balance | $2,344.67 | Interest Paid Year to Date | $2.1 |

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 01/29 | 2.14 | | INTEREST PAID THIS STATEMENT THRU 01/31 |

Deposits/Credits: 1        Total Items Deposited: 0

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/11 | 9,234.90 | | TRANSFER TO CHK 0130 CONFIRM NBR 110125600 |
| 01/14 | 7,822.83 | | TRANSFER TO CHK 0130 CONFIRM NBR 410134814 |
| 01/29 | 15.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 3

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 19,415.26 | 19,415.26 | 01/14 | 2,357.53 | 2,357.5 |
| 01/11 | 10,180.36 | 10,180.36 | 01/29 | 2,344.67 | 2,344.6 |

10576                    Member FDIC                    Continued on next pag



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
02/28/2010

# Account
# Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please cal
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | | Account Number | | Statement Perio |
|---|---|---|---|---|---|
| | BUSINESS MONEY MARKET | | 1000075608744 | | 02/01/2010 - 02/28/20 |

| Description | Amount | Description | Amou |
|---|---|---|---|
| Beginning Balance | $2,344.67 | Average Balance | $2,354.3 |
| Deposits/Credits | $15.28 | Average Collected Balance | $2,354.3 |
| Checks | $.00 | Number of Days in Statement Period | 2 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .16% |
| Ending Balance | $2,359.95 | Interest Paid Year to Date | $2.4 |

| Deposits/Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 02/11 | 15.00 | | SERVICE CHARGE/FEE REFUND |
| | 02/26 | .28 | | INTEREST PAID THIS STATEMENT THRU 02/28 |

Deposits/Credits: 2                  Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collecte Balanc |
|---|---|---|---|---|---|---|
| | 02/01 | 2,344.67 | 2,344.67 | 02/26 | 2,359.95 | 2,359.9 |
| | 02/11 | 2,359.67 | 2,359.67 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
03/31/2010


**SUNTRUST**

## Account Statement

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please cal
1-800-786-8787

NEW INFORMATION FOR CLIENTS DUE TO FEDERAL RESERVE CHECK CLEARING CONSOLIDATION
EFFECTIVE 3/1, ALL U.S. CHECKS DEPOSITED WILL BE TREATED AS LOCAL CHECKS. THIS
WILL SHORTEN THE TIME FUNDS MIGHT BE UNAVAILABLE TO YOU FROM 5 TO 2 DAYS IN
MOST CASES. THANK YOU FOR BANKING AT SUNTRUST; WE APPRECIATE YOUR BUSINESS.

| Account Summary | Account Type | Account Number | Statement Perio |
|---|---|---|---|
| | BUSINESS MONEY MARKET | 1000075608744 | 03/01/2010 - 03/31/201 |

| Description | Amount | Description | Amou |
|---|---|---|---|
| Beginning Balance | $2,359.95 | Average Balance | $14,419.0 |
| Deposits/Credits | $17,808.51 | Average Collected Balance | $14,419.0 |
| Checks | $.00 | Number of Days in Statement Period | 3 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .60 |
| Ending Balance | $20,168.46 | Interest Paid Year to Date | $9.7 |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 03/11 | 17,801.18 | | TRANSFER FROM CHK 0130 CONFIRM NBR 110115637 |
| | 03/31 | 7.33 | | INTEREST PAID THIS STATEMENT THRU 03/31 |

Deposits/Credits: 2                                    Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collecte Balanc |
|---|---|---|---|---|---|---|
| | 03/01 | 2,359.95 | 2,359.95 | 03/31 | 20,168.46 | 20,168.4 |
| | 03/11 | 20,161.13 | 20,161.13 | | | |

## Check Detail
### January through March 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| Check | | 1/31/2010 | | | SunTrust Ckkg ... | | **-5.00** |
| | | | | | 7200 · Office E... | -5.00 | 5.00 |
| TOTAL | | | | | | -5.00 | 5.00 |
| Check | | 1/31/2010 | | | SunTrust MMA ... | | **-15.00** |
| | | | | | 7200 · Office E... | -15.00 | 15.00 |
| TOTAL | | | | | | -15.00 | 15.00 |
| Check | | 2/28/2010 | | | SunTrust Ckkg ... | | **-5.00** |
| | | | | | 7200 · Office E... | -5.00 | 5.00 |
| TOTAL | | | | | | -5.00 | 5.00 |
| Check | | 3/31/2010 | | | SunTrust Ckkg ... | | **-5.00** |
| | | | | | 7200 · Office E... | -5.00 | 5.00 |
| TOTAL | | | | | | -5.00 | 5.00 |
| Check | eftps | 1/15/2010 | U.S. Treasury | | SunTrust Ckkg ... | | **-7,430.83** |
| | | | | | 2040 · 941 Payr... | -7,430.83 | 7,430.83 |
| TOTAL | | | | | | -7,430.83 | 7,430.83 |
| Check | eftps | 1/15/2010 | U.S. Treasury | | SunTrust Ckkg ... | | **-56.00** |
| | | | | | 7920 · FUTA E... | -56.00 | 56.00 |
| TOTAL | | | | | | -56.00 | 56.00 |
| Check | eftps | 1/15/2010 | U.S. Treasury | | SunTrust Ckkg ... | | **-280.00** |

## Check Detail
### January through March 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| | | | | | 7920 · FUTA E... | -280.00 | 280.00 |
| TOTAL | | | | | | -280.00 | 280.00 |
| Check | eftps | 1/29/2010 | U.S. Treasury | | SunTrust Ckkg ... | | -56.00 |
| | | | | | 7920 · FUTA E... | -56.00 | 56.00 |
| TOTAL | | | | | | -56.00 | 56.00 |
| Bill Pmt -Check | 1077 | 1/11/2010 | LM Liquidators | | SunTrust Ckkg ... | | -9,226.89 |
| Bill | MB11 | 12/1/2009 | | | Liquidation & W... | -9,226.89 | 9,226.89 |
| TOTAL | | | | | | -9,226.89 | 9,226.89 |
| Bill Pmt -Check | 1078 | 1/11/2010 | U.S. Trustee | | SunTrust Ckkg ... | | -8.01 |
| Bill | Int | 12/7/2009 | | | 6900 · Interest ... | -8.01 | 8.01 |
| TOTAL | | | | | | -8.01 | 8.01 |
| Bill Pmt -Check | 1079 | 2/10/2010 | LM Liquidators | | SunTrust Ckkg ... | | -4,722.47 |
| Bill | MB14 | 1/20/2010 | | | Liquidation & W... | -4,722.47 | 4,722.47 |
| TOTAL | | | | | | -4,722.47 | 4,722.47 |
| Bill Pmt -Check | 1080 | 3/10/2010 | LM Liquidators | | SunTrust Ckkg ... | | -6,353.90 |
| Bill | MB15 | 2/10/2010 | | | Liquidation & W... | -6,353.90 | 6,353.90 |
| TOTAL | | | | | | -6,353.90 | 6,353.90 |