UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  

CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,

CHAPTER 11

Debtor.
_____/

NOTICE OF FILING 1st QUARTER, 2010
POST CONFIRMATION LITIGATION REPORT

MIRABILIS VENTURES, INC. ("Debtor") hereby files its 1st Quarter, 2010 Post-Confirmation Litigation Report.

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been furnished via CM/ECF noticing on April 30, 2010 or via U.S. Mail on May 3, 2010 to Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the all creditor matrix attached hereto as required by the Confirmed Plan; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

**BROAD AND CASSEL**
Post Confirmation Special Counsel for the Debtor
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
P.O. Box 4961 (32802-4961)
Telephone:    (407) 839-4200
Facsimile:    (407) 650-0927

By: _____/s/ Roy S. Kobert_____
Roy S. Kobert, P.A.
Florida Bar #: 777153
rkobert@broadandcassel.com'

# MIRABILIS VENTURES, INC. ("LIQUIDATING DEBTOR")

## QUARTERLY POST-COMFIRMATION LITIGATION REPORT TO COURT

## QUARTER ENDED MARCH 31, 2010

### I. PURPOSE OF REPORT:

One of the duties of the President of the Liquidating Debtor, as outlined in the Disclosure Statement, shall be, "(5) for providing the Court quarterly written litigation summaries and operating reports which shall set forth the status of all litigation." The Liquidating debtor has chosen to report this information, together with other information, to the Court in a narrative format together with attachments.

### II. OVERVIEW OF THE CASE:

On May 27, 2008 Mirabilis Venture, Inc. ("Mirabilis") and AEM, Inc. ("AEM") filed Chapter 11 under the US Bankruptcy Code. On June 5, 2008 Hoth Holdings, LLC ("Hoth") filed Chapter 11 under the US Bankruptcy Code; case numbers 6:08-bk-04327, 6:08-bk-04681 and 6:08-bk-4328. AEM and Hoth were 100% and 90% subsidiaries of Mirabilis. On October 27, 2009 the Court approved the Joint Amended Plan of Liquidation As Modified ("Plan") of these three companies and the liquidating debtor, Mirabilis, began to implement the Plan. The assets of these three debtors were put into the liquidating debtor together with their claims.

### III FINANCIAL REPORT:

A copy of the Quarterly Post-Confirmation Operating Report has previously been filed with the Court and is available from Special Counsel from the Debtor. If you want a copy, send a self-addressed stamped envelope to Broad and Cassel, 390 North Orange Avenue, Suite 1400, Orlando, Florida 32801, Attention Sandie Rowland, Mirabilis Department Secretary.

### IV CIVIL LITIGATION:

The liquidating debtor was involved in a significant number of cases before filing Chapter 11. Many of these cases were settled, became claims or were dismissed during the bankruptcy case. Enclosed is a Summary of Litigation from the petition date to present. There were two fraudulent transfer suits filed and additional suits may be filed. There are fifteen non-fraudulent transfer suits filed. These include four malpractice suits against professionals who represented the liquidating debtor, four collection suits for collections of the notes receivables and six suits against insiders for various causes. One fraudulent transfer suit has been settled. Three of the non-fraudulent transfer suits have been settled and one dismissed. A total of $125,697 has been recovered from the civil litigation. Most of the pending litigation is in the discovery stage. Mediation was held in one of the malpractice cases without a result and mediation was held in one of the non-fraudulent transfer cases, which was settled. Mediation is scheduled in two of the non-fraudulent transfer cases during the next quarter.

4838-4364-6726.2
43582/0001
04/30/2010 4:06 PM

## V    CRIMINAL LITIGATION:

The USA indicted Mirabilis, AEM and Hoth for conspiracy and wire fraud on October 30, 2008. At the same time the USA indicted three corporations ("Amodeo Companies") owned by Frank Amodeo for the same crimes, although the USA has subsequently filed a motion to dismiss the indictments against the Amodeo companies. Mirabilis, AEM and Hoth pled not guilty on December 1, 2008. This litigation has led to numerous attempts by the defendants in the civil litigation to have their cases dismissed. This litigation is still pending.

## VI   OTHER CLAIMS FOR RECOVERY:

The liquidating debtor filed income tax, federal and state payroll tax returns for 2005-2008, which request over $26.5 million in refunds from federal and state tax authorities. The IRS began an audit of some of these returns in December 2009 and has not completed its audits. The liquidating debtor has filed claims with two of its insurance providers for in excess of $5.1 million. One of its insurance providers has completed an audit of the policy in question, but has not issued its report. The liquidating debtor will file litigation to collect on its claim against its insurance providers. The liquidating debtor has a claim in a Chapter 7 case of one of its subsidiaries and recovered $111,285 in April 2010. This recovery will be included in the next quarterly report.

4838-4364-6726.2
43582/0001
04/30/2010 4:06 PM

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Fri Apr 30 15:43:15 EDT 2010

A Very Private Eye
4589 Southfield Ave.
Orlando, FL 32812-7751

AQMI
P.O. Box 144515
Orlando, FL 32814-4515

AQMI Strategy Corporation
2875 S Orange Ave #500
Orlando, FL 32806-5455

Michael C. Addison
Addison & Howard, P.A.
Post Office Box 172535
Tampa, FL 33672-0535

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

Alexander Walton
336 Blue Heron Drive
Winter Park, FL 32789-3511

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Travel Related Svcs Co Inc
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Frank L. Amodeo
2875 S. Orange Ave.
Ste. 500 PMB 1810
Orlando, FL 32806-5455

Aqmi Strategy Corp
c/o Frank L. Amodeo
Federal Correctional Complex-Low
POB 1031
Coleman, FL 33521-1031

Argent BD, LLC

Atlantic American Capital Group, LLC
c/o Bart R. Valdes, Esq.
609 W. Horatio St. Tampa, FL 33606

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Balch & Bingham LLP
Attn: Russ Campbell Esq
1901 Sixth Ave N, Ste 1500
Birmingham, AL 35203-4642

Russell Baldwin
2185 N Park Ave
Winter Park, FL 32789-2337

Richard Lee Barrett
18 Wall St.
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Richard E. Berman
Berman, Kean & Riguera, P.A.
2101 West Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309-3070

Berman Kean & Riguera PA
2101 West Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309-3070

Berman, Kean & Riguera, P.A.
2101 West Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309-3070

Hans C Beyer
c/o Joseph H. Varner, III
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Brandywine Grande C. LP
c/o Kevin J. Funk
POB 561
Richmond, VA 23218-0561

Brian Fischer
17118 Gulf Pine Circle
Wellington, FL 33414-6357

Brian Taylor
5 Deborah
Fanwood, NJ 07023-1114

Tom A. Broadhead Jr.
11916 Brookmeade Ct
Glen Allen, VA 23059-5416

Bruce Carpenter
1020 Golf Valley Drive
Apopka, FL 32712-2568

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

| | | |
|---|---|---|
| Chad Walters<br>417 Langholm Drive<br>Winter Park, FL 32789-5252 | Charles Rahn<br>4589 Southfield Ave<br>Orlando, FL 32812-7751 | Christine Resler<br>1918 Lauderdale Street<br>Houston, TX 77030-4106 |
| Peter Collins<br>c.o David Simmons<br>P.O. Box 87<br>Orlando, FL 32802-0087 | Conrad Eigenmann<br>1050 Miller Drive<br>Altamonte Springs, FL 32701-7505 | Corporate Personnel Network<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| Peter F Crummey<br>380 Riggs Ave<br>Melbourne Beach, FL 32951-3253 | Daniel Myers<br>3648 Crescent Park Blvd.<br>Orlando, FL 32812-3825 | David Robinson<br>8949 Elliots Ct<br>Orlando, FL 32836-5030 |
| Joseph A DeMaria<br>Tew Cardenas LLP<br>1441 Brickell Avenue<br>Suite 1500<br>Miami, FL 33131-3431 | Dean Armitage<br>12839 Daughtery Drive<br>Winter Garden, FL 34787-6515 | Derek Roy<br>12713 Hensel Road<br>Huntley, IL 60142-9797 |
| Diane Hendricks, Ind. & as PR of the Estate<br>c/o Charles A. Carlson, Esq.<br>Barnett Bolt Kirkwood Long & McBride<br>PO Box 3287<br>Tampa, Florida 33601-3287 | Mariane L Dorris<br>Latham Shuker Eden & Beaudine LLP<br>390 North Orange Avenue<br>Suite 600<br>Orlando, FL 32801-1684 | Scott A Dubois<br>Beneficial Tower<br>15 West South Temple St #1200<br>Salt Lake City, UT 84101-1547 |
| Tara C Early<br>Stanton & Gasdick PA<br>390 North Orange Avenue<br>Suite 260<br>Orlando, FL 32801-1612 | Edith Curry<br>11916 Brookmeade Court<br>Glen Allen, VA 23059-5416 | Elena L Escamilla<br>United States Trustee<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 |
| F. Del Kelley<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 | Kristina E. Feher<br>Atlantic Legal Group, P.A.<br>10101 9th St. N., Suite 248<br>St. Petersburg, FL 33716-3800 | Fernando Simo<br>815 Lake Evalyn Drive<br>Celebration, FL 34747-4804 |
| Fernando Simos<br>815 Lake Evalyn Drive<br>Celebration, FL 34747-4804 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Department of Revenue<br>c/o Don Kiester<br>POB 2299<br>Mango, FL 33550-2299 |
| Florida Dept of Revenue<br>Attn: Executive Director<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0140 | Forge Capital Partners LLC<br>c/o Bart Valdes<br>609 W Horatio St<br>Tampa FL 33606-2272 | James E Foster<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 |
| Frank Amodeo<br>F.C.C. -Low<br>POB 1031<br>Coleman, FL 33521-1031 | Frank L. Amodeo<br>3875 South Orange Ave<br>Suite 500 -PMB 1810<br>Orlando, FL 32806 | Frankie Buddy Winsett<br>402 N. Carolina Ave.<br>Palm Harbor, FL 34683-5473 |

GMAC Bank, a Utah Industrial Bank
c/o Robert B. Bodzin, Esq.
1650 Market Street, 46th FL (One Liberty
Philadelphia, PA 19103-7301

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

George Sheldon
1955 Westpoint Circle
Orlando, FL 32835-8183

George Stuart
916 Valencia Ave.
Orlando, FL 32804-7030

George W. Eplin
1164 Citrus Oaks Run
Winter Springs, FL 32708-4800

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Gillio Development, Inc.
4120 Orange Avenue
Orlando, FL 32806-6925

Gillio Development, Inc.
657 Caledonia Place
Sanford, FL 32771-6403

Glenn Thompson
520 Shadow Lane
Van Buren, AR 72956

Paul S Glover
1312 Winter Springs Blvd
Winter Spring, FL 32708-3801

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

I. Randall Gold
U. S. Attorney's Office
501 W. Church St.
Suite 300
Orlando, FL 32805-2281

Greg Nicoson
387 Hunters Blind Drive
Columbia, SC 29212-1651

Robert S. Griscti
204 W. University Ave #6
Gainesville, FL 32601-5205

Hans Beyer
2514 W. Sunset Drive
Tampa, FL 33629-5339

Kenneth D Herron Jr
1851 West Colonial Drive
Orlando, FL 32804-7013

Peter N Hill
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804-7013

Horton (Woody) Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

E. James Hutto
5931 NW 1st Place
Gainesville, FL 32607-2063

Carol Koehler Ide
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Internal Revenue Service
850 Trafalgar Court Ste 200
Group 3300
Maitland, FL 32751-4153

Ionic Services Inc
Dan Sharp
7012 Harrison Ave Ste 6
Cincinnati OH 45247-4212

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

James Moore & Co., P.L.
5931 NW 1st Place
Gainsville, FL 32607-2063

James Pitts
Secure Solutions, LLC
1490 Swanson Drive, Suite 200
Oveido, FL 32765-5860

James Sadrianna
10025 Chatham Oaks Court
Orlando, FL 32836-5939

James Vandevere
156 Shinnecock HL
Avondale, PA 19311-1428

| | | |
|---|---|---|
| Jason Carlson<br>13113 Hadley Cir N<br>White Bear Lake, MN 55110-6075 | Jay Stollenwerk<br>5009 Pelleport Ave.<br>Orlando, FL 32812-1124 | Jeffrey Reichel<br>c/o Gary Barnes<br>3414 Peachtree Rd #1600<br>Atlanta, GA 30326-1164 |
| Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando FL 32802-0231 | Jodi Jaiman<br>533 Tuten Trail<br>Orlando, FL 32828-8364 | Joseph Robinson<br>7317 Lismore Court<br>Orlando, FL 32835-6150 |
| KPMG, LLP<br>111 N. Orange Ave, Suite 1600<br>c/o Matthew Donnelly/Kirtus Bocox<br>Orlando, FL 32801-2332 | F. Del Kelley<br>F. Del Kelley<br>c/o Kenneth D. Herron, Jr.<br>1851 W. Colonial Drive<br>Orlando, FL 32804-7013 | Kenneth & Diane Hendricks<br>One ABC Parkway<br>Beloit, WI 53511-4466 |
| Kevin Billings<br>541 Minnehaha Road<br>Maitland, FL 32751-4568 | Kevin Leonard<br>646 King Harold Court<br>Oviedo, FL 32765-9134 | Kevin Munroe<br>3466 Bay Meadow Court<br>Windermere, FL 34786-7800 |
| Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Kiran Chhaganlal<br>355 Twelve Oaks Drive<br>Winter Springs, FL 32708-6194 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 |
| Larry Childers<br>504 Briarcliff Pkwy<br>Kansas City, MO 64116-1668 | Larry Haber<br>6131 Mesing Lane #305<br>Cocoa Beach, FL 32931-5618 | Lauire Andrea Consulting Srv<br>528 Myrtle Rd.<br>Naples, FL 34108-2657 |
| Laurie Andrea<br>528 Myrtle Road<br>Naples, FL 34108-2657 | Laurie Holtz<br>1826 West 23rd Street<br>Sunset Island #3<br>Miami Beach, FL 33140-4521 | Lawrence Haber<br>420 Harding Ave #503<br>Cocoa Beach, FL 32931-5612 |
| Lawrence LaBelle<br>7737 Fox Knoll Place<br>Winter Park, FL 32792-9378 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | LeClairRyan<br>c/o Christopher L. Perkins<br>951 East Byrd Street<br>Richmond, vA 23219-4040 |
| Robert E Leib<br>1419 E Bywater Lane<br>Fox Point, WI 53217-2845 | Leighton Allen Archer<br>983 Troon Trace<br>Winter Springs, FL 32708-4319 | LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 |
| LexisNexis,Div. of Reed Elsevier,Inc.<br>Attn: Beth Farnham<br>9443 Springboro Pike<br>Miamisburg, OH 45342-4425 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 | Mark J. Bernet Esq<br>1505 N Florida Ave<br>Tampa, FL 33602-2613 |

| | | |
|---|---|---|
| Matthew Moore<br>137 Christine Drive<br>Satellite Beach, FL 32937-2243 | Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 | Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 |
| Michael A. O'Sullivan<br>6005 Johnson Ave<br>Bethesda, MD 20817-3434 | Mike Dement<br>3222 Derby Lane<br>Williamsburg, VA 23185-1463 | Mirabilis Ventures, Inc<br>c/o R.W.Cuthill, Jr<br>341 N. Maitland Ave #210<br>Maitland, FL 32751-4771 |
| Robert Moreyra<br>c/o David Simmons<br>P.o. Box 87<br>Orlando, FL 32802-0087 | Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 | O2HR, LLC<br>c/o Michael C. Addison<br>P.O. Box 172535<br>Tampa, FL 33672-0535 |
| Oliver Phipps<br>2970 Bridgehampton Lane<br>Orlando, FL 32812-5948 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 |
| Orange Cty Tax Collector<br>Attn: Earl K. Wood<br>PO Box 2551<br>Orlando, FL 32802-2551 | Paradyme, Inc<br>c/o Frank L. Amodeo<br>F.C.C.-Low<br>POB 1031<br>Coleman, FL 33521-1031 | Parbatie Diana Kristona<br>1915 Tumblewater Blvd.<br>Ocoee, FL 34761-3350 |
| Scott H Park<br>United States Attorney<br>501 West Church St<br>Suite 300<br>Orlando, FL 32805-2281 | Paul Glover<br>1312 Winter Springs Blvd.<br>Winter Springs, FL 32708-3801 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| Peter Anderson<br>795 Austin Ct<br>Winter Springs, FL 32708-3824 | Peter Michae Barbee<br>7343 River Country Drive<br>Weeki Wochee, FL 34607-2042 | Phillp Kaprow<br>1005 Antelope Trail<br>Winter Springs, FL 32708-4141 |
| Professional Benefits solutions, Inc<br>2875 S Orange Ave #500<br>Orlando, FL 32806-5455 | RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 | RKT Constructors, Inc.<br>RKT Constructors, Inc.<br>c/o Kenneth D. Herron, Jr.<br>1851 W. Colonial Drive<br>Orlando, FL 32804-7013 |
| Rachlin Cohen & Holtz LLP<br>Rachlin Cohen & Holtz LLP<br>c/o Tew Cardenas LLP<br>Four Seasons Tower<br>1441 Brickell Ave., 15th Floor<br>Miami, Fl 33131-3430 | Ramaroa Inguva<br>102 Gadwall Court<br>Harvest, AL 35749-7938 | Richard Berman<br>3400 Galt Ocean Drive<br>Unit 1602 South<br>Ft. Lauderdale, FL 33308-7000 |
| Richard Sams<br>2526 Mason Oaks Drive<br>Valrico, FL 33596-6497 | Robert Eugene Curry<br>3337 Leritz Ln<br>Edgewater, MD 21037-3102 | Robert Konicki<br>1004 118th Ave N<br>St. Petersburg, FL 33716-2332 |

| | | |
|---|---|---|
| Robert Moreyra<br>4001 Bayshore Blvd.<br>Tampa, FL 33611-1704 | Robert Pollack<br>17781 Via Bella Acqua Ct #1001<br>Miromar Lakes, FL 33913-7854 | Robert S. Forman, P.A.<br>2101 West Commercial Blvd.<br>Suite 2800<br>Ft. Lauderdale, FL 33309-3070 |
| Robi A. Roberts<br>Robi A. Roberts<br>c/o Kenneth D. Herron Jr.<br>1851 W. Colonial Drive<br>Orlando, FL 32804-7013 | Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts & F. Del Kelley<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 |
| Robi A. Roberts Trust<br>Robi A. Roberts Trust<br>c/o Kenneth D. Herron Jr.<br>1851 W. Colonial Drive<br>Orlando, FL 32804-7013 | Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | SEC<br>Branch of Reorganization<br>3475 Lenox Rd NE #1000<br>Atlanta, GA 30326-3235 |
| Saxon Gilmore Carraway & Gibbons, P.A.<br>c/o Joseph H. Varner, III<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL 33601-1288 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 |
| Scott Goldberg<br>2868 Monticello Place<br># 205<br>Orlando, FL 32835-2905 | Scott Wealing<br>783 W Pine St<br>Tucson, AZ 85704-4734 | Sean Tucker Clancy<br>217 Settlers Row N<br>Ponte Vedra, FL 32082-3941 |
| Secure Solutions, LLC<br>c/o Peter N. Hill, Esq.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Dr.<br>Orlando, FL 32804-7013 | Securities Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago IL 60604-2908 | Shane Williams<br>517 Heatheroak Cove<br>Altamonte Springs, FL 32714-5418 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Department of Revenue State of Florida,<br>P. O. Box 2299<br>Mango, FL 33550-2299 U. S. A. | SunTrust Bank<br>Attn: Bankruptcy/Legal Dept<br>200 S Orange Avenue<br>Orlando, FL 32801-3495 |
| Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tennessee Dept. of Labor & Workforce Develop<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Terry Carney<br>561 High Street<br>Petersburg, VA 23803-3859 | Tessah Ivey<br>5374 Majestic Oak Circle<br>St. Cloud, FL 34771-9647 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies , Inc<br>c/o Frank L. Amodeo<br>F.C.C. - Low<br>POB 1031<br>Coleman, FL 33521-1031 | Tom Broadhead<br>11916 Brookmeade Court<br>Glen Allen, VA 23059-5416 | Tracey Mertens<br>522 S Hunt Club Blvd #228<br>Apopka, FL 32703-4960 |

| | | |
|---|---|---|
| UHY Advisors, Inc<br>12900 Hall Rd #500<br>Sterling Heights, MI 48313-1153<br>Attn: Marc Fisher | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | United States of America<br>U.S. Attorney's Office<br>501 W. Church St., Ste. 300<br>Orlando, FL 32805-2281 |
| United States of America<br>Anita M. Cream, Esq.<br>United States Attorney's Office<br>400 N. Tampa Street, Suite 3200<br>Tampa, FL 33602-4774 | United States of America<br>c/o I. Randall Gold<br>United States Attorney's Office<br>501 West Church Street, Suite 300<br>Orlando, FL 32805-2281 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Vance Felker<br>3 Eucalyptus Circle<br>Ormond Beach, FL 32176-3110 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Wellington Capital Group, Inc<br>2875 S Orange Ave #500<br>Orlando, FL 32806-5455 |
| William G, West, Chapter 7 Trustee<br>c/o Waldron & Schneider<br>15150 Middlebrook<br>Houston, TX 77058-1226 | Elena Wildermuth<br>Berman, Kean & Riguera, P.A.<br>2101 West Commercial Blvd.<br>Suite 2800<br>Fort Lauderdale, FL 33309-3070 | William G. West, Ch 7 Trustee for the Est<br>of Southwest Doctors, Inc<br>c/o Marc Schneider/Kimberly Bartley<br>15150 Middlebrook Dr.<br>Houston, TX 77058-1226 |
| William G. West, Trustee for the Southwester<br>c/o Marc H. Schneider<br>Waldron & Schneider, LLP<br>15150 Middlebrook Drive<br>Houston, Texas 77058-1226 | Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 | Woody (Horton) Johnson<br>3212 Northglenn Drive<br>Orlando, FL 32806 |
| Steven L Yoakam<br>320 Maitland Ave<br>Altamonte Springs, FL 32701-5417 | Melissa Youngman<br>Wolf Hill McFarlin & Herron PA<br>1851 W Colonial Drive<br>Orlando, FL 32804-7013 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 21126<br>Philadelphia, PA 19114 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Acquisitions & Entilement Group Inc<br>undeliverable | (u)Argent BD Transition, LLC | (u)Argent BD, LLC<br>c/o Bart R. Valdes Esq. |
| (u)Argent Capital Advisors, LLC | (u)Bison Mortgage Corp. | (u)Briarcliff Village, LLC |
| (u)Centro Executive Offices<br>undeliverable | (u)Charles McBurney<br>undeliverable | (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine,, CA 92618-7303 |
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)Dan Pietro<br>no city<br>no state |
| (u)First Commercial Ins. Corp.<br>undeliverable | (u)Forge Capital Partners | (u)Frances-Ann Moran<br>undeliverable |
| (u)Frank Hailstones<br>undeliverable | (u)Fred Sandlin<br>undeliverable | (u)Gillo Development, Inc<br>undeliverable |
| (u)Gordon Mike Adkins<br>undeliverable | (u)I-3 Media Group<br>undeliverable | (u)Karen S. Jennemann<br>Orlando |
| (u)John Burcham<br>undeliverable | (u)Linda Duncan<br>no city<br>no state | (u)Mark J. Bernet<br>no city<br>no state |
| (u)Martin Flynn<br>undeliverable | (u)Matthew Porter<br>undeliverable | (u)Michelle Hladky<br>undeliverable |
| (u)Norman Bruce Walko<br>undeliverable | (d)Michael A, O'Sullivan<br>6005 Johnson Ave<br>Bethesda, MD 20817-3434 | (u)Quasar<br>undeliverable |

| | | |
|---|---|---|
| (d)Jeffrey Reichel<br>c/o Jill E. Kelso, Esquire<br>Akerman Senterfitt<br>P.O. Box 231<br>Orlando, FL 32802-0231 | (u)Richard E. Berman<br>no city<br>no state | (d)Robert E. Leib<br>1419 E Bywater Lane<br>Fox Point, WI 53217-2845 |
| (u)Ronald Wilbur<br>undeliverable | (u)Shane Cooper<br>undeliverable | (u)Solutions Funding, Inc. |
| (u)Tom J. Hancock<br>undeliverable | (u)William Reynolds<br>undeliverable | End of Label Matrix<br>Mailable recipients   199<br>Bypassed recipients    38<br>Total                 237 |