UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                            Case No. 6:08-bk-04327-KSJ
                                                                                         Chapter 11

MIRABILIS VENTURES, INC.,

    Debtor.
_____/

**VERIFIED STATEMENT OF WOLFF, HILL, McFARLIN &
HERRON, P.A. PURSUANT TO BANKRUPTCY RULE 2019(a)**

Wolff, Hill, McFarlin & Herron, P.A. ("WHM&H") makes this verified statement pursuant to F.R.B.P. 2019(a):

1. <u>Creditors Represented.</u> WHM&H, as legal counsel, represents the following creditors in this case (the "Creditors"):

| Name/Address | Claim Number | Nature of Claim Asserted by Creditors | Claim Amount Asserted by Creditors |
|---|---|---|---|
| Secure Solutions, LLC | 26 | failure to pay from employee withholdings state and local taxes, including penalties and interest | $1,178,611.00 |
| Secure Solutions, LLC | 27 | lost profits | $3,650,000.00 (plus offset of Mirabilis debt or equity claims) |
| RKT Constructors, INC. c/o F. Del Kelley 5220 S. Washington Ave. Titusville, FL 32780 | 38 | services performed | $117,615.93 |
| F. Del Kelley 5220 S. Washington Ave. Titusville, FL 32780 | 39 | breach of contract; money owed | $2,884.35 |
| F. Del Kelley 5220 S. Washington Ave. Titusville, FL 32780 | 40 | breach of contract; money owed | $11,500.00 |

| Creditor | No. | Claim | Amount |
|---|---|---|---|
| F. Del Kelley<br>5220 S. Washington Ave.<br>Titusville, FL 32780 | 41 | breach of contract; dissolution of corporate assets | $100,000.00 |
| Robi A. Roberts<br>2921 S. Washington Ave.<br>Titusville, FL 32780 | 42 | breach of contract; money owed | $11,500.00 |
| Robi A. Roberts<br>2921 S. Washington Ave.<br>Titusville, FL 32780 | 43 | breach of contract; money owed | $233,630.00 |
| Robi A. Roberts<br>2921 S. Washington Ave.<br>Titusville, FL 32780 | 44 | breach of promissory note | $804,852.00 |
| Robi A. Roberts and F. Del Kelley<br>c/o F. Del Kelley<br>5220 S. Washington Ave.<br>Titusville, FL 32780 | 45 | breach of contract; indemnification | $15,000.00 |
| Robi A. Roberts and F. Del Kelley<br>c/o F. Del Kelley<br>5220 S. Washington Ave.<br>Titusville, FL 32780 | 46 | breach of contract; indemnification | $89,509.00 |
| Robi A. Roberts and F. Del Kelley<br>c/o F. Del Kelley<br>5220 S. Washington Ave.<br>Titusville, FL 32780 | 47 | breach of contract; indemnification | $1,334,434.00 |
| Robi A. Roberts Trust<br>c/o Robi A. Roberts<br>2921 S. Washington Ave.<br>Titusville, FL 32780 | 48 | breach of contract; dissolution of corporate assets | $100,000.00 |
| Robi A. Roberts Trust<br>c/o Robi A. Roberts<br>2921 S. Washington Ave.<br>Titusville, FL 32780 | 49 | breach of contract; dissolution of corporate assets | $227,000.00 |
| Robi A. Roberts Trust<br>c/o Robi A. Roberts<br>2921 S. Washington Ave.<br>Titusville, FL 32780 | 50 | breach of promissory note | $1,399,066.00 |
| Robi A. Roberts Trust<br>c/o Robi A. Roberts<br>2921 S. Washington Ave.<br>Titusville, FL 32780 | 51 | breach of contract; money owed | $175,000.00 |

2. <u>Facts and Circumstances of Employment</u>. Each of the Creditors initiated and arranged for employment of WHM&H as legal counsel in this case. The terms of employment are memorialized in a written agreement for legal representation. WHM&H has no power to act on behalf of the Creditors except as legal counsel in this case.

3. <u>Claims of WHM&H</u>. WHM&H holds no claims in this case.

4. <u>Verification</u>. The undersigned, Kenneth D. (Chip). Herron, Jr., declares under penalty of perjury that: (a) I am an officer, director and shareholder of WHM&H; and (b) the allegations in this statement are true.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the qualifications to practice in this Court.

/s/ Kenneth D. (Chip) Herron, Jr.
Kenneth D. (Chip) Herron, Jr.
Fla. Bar No. 699403
Melissa A. Youngman
Florida Bar No. 0690473
Wolff, Hill, McFarlin & Herron, P.A.
1851 West Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
kherron@whmh.com
myoungman@whmh.com

Attorneys for Creditors

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been sent on May 3, 2010, by first class United States mail and/or electronic transmission to: R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, 390 N. Orange Avenue, Ste. 600, Orlando, FL; and the Office of the United States Trustee, 135 W. Central Boulevard, Ste. 620, Orlando, FL 32801.

/s/ Melissa A. Youngman
Melissa A. Youngman