UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              Chapter 11
                                                    Case No. 6:08-bk-04327-KSJ
**MIRABILIS VENTURES INC.,**

        **Debtors.**
_____/

### ORDER GRANTING MOTION OF GILLIO DEVELOPMENT, INC.'S MOTION TO SET ASIDE ORDER SUSTAINING OBJECTION TO CLAIM NO. 32 (DOC. NO. 436) SUBMITTED BY GILLIO DEVELOPMENT, INC.

This case came on for hearing on April 22, 2010, upon the Motion To Set Aside Order Sustaining Objection To Claim No. 32 (the "**Motion**") filed by Gillio Development, Inc., ("**Gillio**") [D.E. 484], for an order, pursuant to Rule 60 (b) (1) of the Federal Rules of Civil Procedure, which is incorporated in Federal Bankruptcy Rule 9024, to vacate and set aside the Order Sustaining Objection to Claim No. 32 (Doc. No. 436) of Gillio Development Inc. entered on December 10, 2009; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and upon the consent of the Debtor-In-Possession provided to this Court at a hearing on April 12, 2010, and good and sufficient cause appearing therefore, it is hereby

   **ORDERED:**

   1. The Motion is GRANTED.

   2. The Order Sustaining Objection to Claim No. 32 of Gillio Development (Doc. No. 436) is vacated.

3. Mirabilis Ventures Inc. shall properly serve its Objection to Proof of Claim on Gillio Development Inc.

4. The Objection to Claim 32 of Gillio Development (Doc. No. 345) is set for hearing on July 22, 2010, at 2:00 p.m.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

DONE AND ORDERED on May 11, 2010.

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to: All parties of record.

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave. #210, Maitland, FL 32751

Debtors' Attorney: Latham Shuker Eden & Beaudine LLP, attn. Justin Luna, 390 N. Orange Ave. Suite 600, Orlando FL 32801

Special Counsel for Debtor: Broad and Cassel, attn. Roy Kobert, 390 N. Orange Ave., Suite 1400, Orlando, FL 32801

Attorney for USA: Scott H. Park, Assistant U.S. Attorney, ID No. USA 084, 501 W. Church St.,Suite 300, Orlando, FL 32805