

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
May 19, 2010

HONORABLE KAREN S. JENNEMANN                               COURTROOM B

CASE NUMBER: 08-04327-6J1    FILING DATE: 05/27/2008 (BAPCPA)    HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) OBJECTION TO CLAIM NO. 38 OF RKT CONSTRUCTORS, INC. (DOC #350)

RESPONSE BY RKT CONSTRUCTORS TO DEBTOR'S OBJECTION TO CLAIM NO. 38  (DOC #397)

2) OBJECTION BY DEBTOR TO CLAIM NO. 39 FILED BY F. DEL KELLEY (DOC #351)

RESPONSE BY F. DEL KELLEY TO DEBTOR'S OBJECTION TO CLAIM (DOC #398)

3) OBJECTION BY DEBTOR TO CLAIM NO. 40 FILED BY F. DEL KELLEY (DOC #352)

RESPONSE BY F. DEL KELLEY TO DEBTOR'S OBJECTION TO CLAIM (DOC #399)

4) OBJECTION BY DEBTOR TO CLAIM NO. 41 FILED BY F. DEL KELLY (DOC #353)

RESPONSE BY F. DEL KELLEY TO DEBTOR'S OBJECTION TO CLAIM (DOC #400)

5) MOTION BY DEBTOR TO CONFIRM PROPERTY OF THE ESTATE UNDER THE COURT APPROVED COMPROMISE WITH THE UNITED STATES OF AMERICA (DOC #526)

RESPONSE BY UNITED STATES OF AMERICA TO DEBTOR'S MOTION TO CONFIRM PROPERTY OF THE ESTATE UNDER THE COURT APPROVED COMPROMISE (DOC #534)
.


APPEARANCES:

SCOTT SHUKER: ATTY FOR DEBTOR
VICTORIA KOTHARI: ATTY FOR DEBTOR
JUSTIN LUNA: ATTY FOR DEBTOR
ROY COBERT: ATTY FOR SPECIAL LITIGATION COUNSEL FOR MIRABILIS
SCOTT PARK: UNITED STATES
JERRY LINKSKELL: LITIGATION COUNSEL TO WITNESS
CLARK VALDEZ: FORD


RULING:

1-4) OBJECTIONS RESOLVED PURSUANT TO AGREEMENT OF PARTIES; ORDER BY SHUKER

prorpt2





UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
May 19, 2010

**HONORABLE KAREN S. JENNEMANN**         COURTROOM B

CASE NUMBER: 08-04327-6J1   FILING DATE: 05/27/2008 (BAPCPA)   HEARING TIME: 02:00 P.M.

DEBTOR: MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL

5) UNDER ADVISEMENT

DEBTOR'S EXHIBITS A-K ADMITTED INTO EVIDENCE

DEBTOR WITNESS: MR. CUTHILL JR.

GOV'T WITNESSES: ELIZABETH GREEN, ATTY FOR MIRABILIS
ANITA CREAM, AUSA

prorpt2