UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**                                              CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                           CHAPTER 11

        **Debtor.**
_____/

## AGREED ORDER SETTLING OBJECTIONS TO CLAIMS FILED BY (I) RKT CONSTRUCTORS, INC., (II) ROBI A. ROBERTS, (III) F. DEL KELLEY, (IV) ROBI A. ROBERTS AND F. DEL KELLEY, AND (V) THE ROBI A. ROBERTS TRUST

This matter came before the Court on Mirabilis Ventures, Inc.'s (the "Debtor") objections to claims (the "Claims Objections")[1] filed by: (i) RKT Constructors, Inc. ("RKT")(Claim. No.: 38) (Doc. No. 350), (ii) Robi A. Roberts ("Roberts") (Claim. No.'s: 42, 43, 44) (Doc. Nos. 354, 355, 356), (iii) F. Del Kelley ("Kelley") (Claim No.'s: 39, 40, 41) (Doc. Nos. 351, 352, 353), (iv) Roberts and Kelley ("Roberts/Kelley") (Claim No.'s: 45, 46, 47) (Doc. Nos. 357, 358, 359), and (v) The Robi A. Roberts Trust ("Trust") (Claim No.'s: 48, 49, 50, 51, 52) (Doc. Nos. 360, 361, 362, 363, 364), (each a "Claimant", and collectively the "RKT Claimants")(all claims, the "Claims"). By way of the Claims Objections, the Debtor moved pursuant to Federal Rule of Bankruptcy Procedure 3007(a), and Local Rule 2002-4(b)(4)(ii), to disallow and strike, or reduce and liquidate the amount of those claims as listed in the Claims Objections on the bases more fully described therein. The RKT Claimants, by and through their counsel, filed their respective responses to the Claims Objections (the "Responses to Objections")[2], The Debtor and the RKT Claimants have reached an agreement as to the disposition of Claims filed by the RKT

---

[1] Doc. No's.: 350 through 365.
[2] Doc. No's.: 397 through 411.

Claimants. Therefore, after consideration of the Claims, the Claims Objections, the Responses to Objections, noting the agreement between the parties regarding the allowance and disallowance of the Claims, and having otherwise been fully advised in the premises, it is:

ORDERED:

1. The Debtor's objections to those claims identified on **Exhibit "A"** attached hereto are SUSTAINED, and said claims identified on **Exhibit "A"** shall be disallowed in their entirety and stricken.

2. The Debtor's objection to Claim No. 51 is deemed WITHDRAWN, and the Trust shall have an allowed non-priority unsecured claim in the amount of $175,000.00 on account of Claim No. 51.

3. The Trust's Claim No. 50 for $1,399,066.00 as originally filed shall be allowed as a general non-priority unsecured claim in the amount of $1,158,568.00, and the remainder of Claim No. 50, in the amount of $ 240,498.00, shall be disallowed and stricken.

**DONE AND ORDERED** on May 27, 2010.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Counsel for the Debtor: R. Scott Shuker, Esq. , Victoria Kothari and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, Florida 32802-3353;

Kenneth D. Herron, Jr. and Melissa A. Youngman, Wolff, Hill, McFarlin & Herron, P.A., 1851 W. Colonial Drive, Orlando, FL 32804;

Office of the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest.

**EXHIBIT "A"**

**DISALLOWED CLAIMS**

| Claim No. | Creditor | Amount of Claim as Filed | Nature of Claim – Secured or Unsecured |
|---|---|---|---|
| 38 | RKT | $117,615.93 | Secured |
| 39 | Kelley | $2,884.35 | Unsecured |
| 40 | Kelley | $11,500.00 | Unsecured |
| 41 | Kelley | $100,000.00 | Unsecured |
| 42 | Roberts | $11,500.00 | Unsecured |
| 43 | Roberts | $233,630.00 | Unsecured |
| 44 | Roberts | $804,852.00 | Unsecured |
| 45 | Roberts/Kelley | $15,000.00 | Unsecured |
| 46 | Roberts/Kelley | $89,509.00 | Unsecured |
| 47 | Roberts/Kelley | $1,334,434.00 | Unsecured |
| 48 | Trust | $100,000.00 | Unsecured |
| 49 | Trust | $227,000.00 | Unsecured |
| 52 | Trust | $27,392.31 | Unsecured |