UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

        Debtor.
_____/

AGREED ORDER SETTLING OBJECTIONS TO
CLAIMS FILED BY (I) RKT CONSTRUCTORS, INC., (II) ROBI A.
ROBERTS, (III) F. DEL KELLEY, (IV) ROBI A. ROBERTS AND F. DEL
KELLEY, AND (V) THE ROBI A. ROBERTS TRUST

      This matter came before the Court on Mirabilis Ventures, Inc.'s (the "Debtor") objections to claims (the "Claims Objections")[1] filed by: (i) RKT Constructors, Inc. ("RKT")(Claim. No.: 38) (Doc. No. 350), (ii) Robi A. Roberts ("Roberts") (Claim. No.'s: 42, 43, 44) (Doc. Nos. 354, 355, 356), (iii) F. Del Kelley ("Kelley") (Claim No.'s: 39, 40, 41) (Doc. Nos. 351, 352, 353), (iv) Roberts and Kelley ("Roberts/Kelley") (Claim No.'s: 45, 46, 47) (Doc. Nos. 357, 358, 359), and (v) The Robi A. Roberts Trust ("Trust") (Claim No.'s: 48, 49, 50, 51, 52) (Doc. Nos. 360, 361, 362, 363, 364), (each a "Claimant", and collectively the "RKT Claimants")(all claims, the "Claims").  By way of the Claims Objections, the Debtor moved pursuant to Federal Rule of Bankruptcy Procedure 3007(a), and Local Rule 2002-4(b)(4)(ii), to disallow and strike, or reduce and liquidate the amount of those claims as listed in the Claims Objections on the bases more fully described therein.  The RKT Claimants, by and through their counsel, filed their respective responses to the Claims Objections (the "Responses to Objections")[2], The Debtor and the RKT Claimants have reached an agreement as to the disposition of Claims filed by the RKT

---

[1] Doc. No's.: 350 through 365.
[2] Doc. No's.: 397 through 411.

Claimants. Therefore, after consideration of the Claims, the Claims Objections, the Responses to Objections, noting the agreement between the parties regarding the allowance and disallowance of the Claims, and having otherwise been fully advised in the premises, it is:

ORDERED:

1. The Debtor's objections to those claims identified on **Exhibit "A"** attached hereto are SUSTAINED, and said claims identified on **Exhibit "A"** shall be disallowed in their entirety and stricken.

2. The Debtor's objection to Claim No. 51 is deemed WITHDRAWN, and the Trust shall have an allowed non-priority unsecured claim in the amount of $175,000.00 on account of Claim No. 51.

3. The Trust's Claim No. 50 for $1,399,066.00 as originally filed shall be allowed as a general non-priority unsecured claim in the amount of $1,158,568.00, and the remainder of Claim No. 50, in the amount of $ 240,498.00, shall be disallowed and stricken.

**DONE AND ORDERED** on May 27, 2010.

 

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

Counsel for the Debtor: R. Scott Shuker, Esq. , Victoria Kothari and Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, Florida 32802-3353;

Kenneth D. Herron, Jr. and Melissa A. Youngman, Wolff, Hill, McFarlin & Herron, P.A., 1851 W. Colonial Drive, Orlando, FL 32804;

Office of the U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801; and

Local Rule 1007-2 Parties-in-Interest.

# EXHIBIT "A"

## DISALLOWED CLAIMS

| Claim No. | Creditor | Amount of Claim as Filed | Nature of Claim – Secured or Unsecured |
|---|---|---|---|
| 38 | RKT | $117,615.93 | Secured |
| 39 | Kelley | $2,884.35 | Unsecured |
| 40 | Kelley | $11,500.00 | Unsecured |
| 41 | Kelley | $100,000.00 | Unsecured |
| 42 | Roberts | $11,500.00 | Unsecured |
| 43 | Roberts | $233,630.00 | Unsecured |
| 44 | Roberts | $804,852.00 | Unsecured |
| 45 | Roberts/Kelley | $15,000.00 | Unsecured |
| 46 | Roberts/Kelley | $89,509.00 | Unsecured |
| 47 | Roberts/Kelley | $1,334,434.00 | Unsecured |
| 48 | Trust | $100,000.00 | Unsecured |
| 49 | Trust | $227,000.00 | Unsecured |
| 52 | Trust | $27,392.31 | Unsecured |

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: lmelanie                Page 1 of 4                   Date Rcvd: May 27, 2010
Case: 08-04327                 Form ID: pdfdoc               Total Noticed: 170


The following entities were noticed by first class mail on May 29, 2010.
aty          +David T Ward,    15615 Alton Pkwy #175,    Irvine, CA 92618-7303
cr            American Express Travel Related Svcs Co Inc Corp C,      c/o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
cr           +Aqmi Strategy Corp,    c/o Frank L. Amodeo,    Federal Correctional Complex-Low,    POB 1031,
               Coleman, FL 33521-1031
intp         +Berman, Kean & Riguera, P.A.,    2101 West Commercial Blvd.,    Suite 2800,
               Fort Lauderdale, FL 33309-3070
cr            Department of Revenue State of Florida,,    P. O. Box 2299,    Mango, FL 33550-2299,    U. S. A.
intp         +E. James Hutto,    5931 NW 1st Place,    Gainesville, FL 32607-2063
intp         +Elena Wildermuth,    Berman, Kean & Riguera, P.A.,    2101 West Commercial Blvd.,    Suite 2800,
               Fort Lauderdale, FL 33309-3070
cr           +F. Del Kelley,    F. Del Kelley,    c/o Kenneth D. Herron, Jr.,     1851 W. Colonial Drive,
               Orlando, FL 32804-7013
cr           +Frank L. Amodeo,    2875 S. Orange Ave.,    Ste. 500 PMB 1810,    Orlando, FL 32806-5455
cr           +Gillio Development, Inc.,    4120 Orange Avenue,    Orlando, FL 32806-6925
cr           +Hans C Beyer,    c/o Joseph H. Varner, III,    Holland & Knight LLP,     P.O. Box 1288,
               Tampa, FL 33601-1288
inv          +I. Randall Gold,    U. S. Attorney’s Office,    501 W. Church St.,    Suite 300,
               Orlando, FL 32805-2281
acc          +KPMG, LLP,   111 N. Orange Ave, Suite 1600,     c/o Matthew Donnelly/Kirtus Bocox,
               Orlando, FL 32801-2332
intp          O2HR, LLC,   c/o Michael C. Addison,    P.O. Box 172535,    Tampa, FL 33672-0535
cr            Paradyme, Inc,    c/o Frank L. Amodeo,    F.C.C.-Low,    POB 1031,    Coleman, FL 33521-1031
cr           +Paul S Glover,    1312 Winter Springs Blvd,    Winter Spring, FL 32708-3801
cr           +Peter Collins,    c.o David Simmons,    P.O. Box 87,    Orlando, FL 32802-0087
op           +Peter F Crummey,    380 Riggs Ave,    Melbourne Beach, FL 32951-3253
cr           +RKT Constructors, Inc.,    RKT Constructors, Inc.,    c/o Kenneth D. Herron, Jr.,
               1851 W. Colonial Drive,    Orlando, FL 32804-7013
cr           +Rachlin Cohen & Holtz LLP,    Rachlin Cohen & Holtz LLP,     c/o Tew Cardenas LLP,
               Four Seasons Tower,    1441 Brickell Ave., 15th Floor,    Miami, Fl 33131-3430
intp         +Richard E. Berman,    Berman, Kean & Riguera, P.A.,     2101 West Commercial Blvd.,    Suite 2800,
               Fort Lauderdale, FL 33309-3070
sp           +Richard Lee Barrett,    18 Wall St.,    Orlando, FL 32801-2421
cr           +Robert Moreyra,    c/o David Simmons,    P.o. Box 87,    Orlando, FL 32802-0087
op           +Robert S. Griscti,    204 W. University Ave #6,    Gainesville, FL 32601-5205
cr           +Robi A. Roberts,    Robi A. Roberts,    c/o Kenneth D. Herron Jr.,     1851 W. Colonial Drive,
               Orlando, FL 32804-7013
cr           +Robi A. Roberts Trust,    Robi A. Roberts Trust,    c/o Kenneth D. Herron Jr.,
               1851 W. Colonial Drive,    Orlando, FL 32804-7013
acc          +Russell Baldwin,    2185 N Park Ave,    Winter Park, FL 32789-2337
cr           +Saxon Gilmore Carraway & Gibbons, P.A.,    c/o Joseph H. Varner, III,     Holland & Knight LLP,
               P.O. Box 1288,    Tampa, FL 33601-1288
sp           +Scott A Dubois,    Beneficial Tower,    15 West South Temple St #1200,
               Salt Lake City, UT 84101-1547
cr           +Secure Solutions, LLC,    c/o Peter N. Hill, Esq.,    Wolff, Hill, McFarlin & Herron, P.A.,
               1851 W. Colonial Dr.,    Orlando, FL 32804-7013
acc          +Steven L Yoakam,    320 Maitland Ave,    Altamonte Springs, FL 32701-5417
cr           +Tennessee Dept. of Labor & Workforce Development-B,      c/o TN Attorney General’s Office,
               Bankruptcy Division,    P.O. Box 20207,    Nashville, TN 37202-4015
cr           +Titanium Technologies , Inc,    c/o Frank L. Amodeo,    F.C.C. - Low,    POB 1031,
               Coleman, FL 33521-1031
cr           +Tom A. Broadhead, Jr.,    11916 Brookmeade Ct,    Glen Allen, VA 23059-5416
inv          +United States of America,    U.S. Attorney’s Office,    501 W. Church St., Ste. 300,
               Orlando, FL 32805-2281
cr           +William G, West, Chapter 7 Trustee,    c/o Waldron & Schneider,     15150 Middlebrook,
               Houston, TX 77058-1226
14602387     +A Very Private Eye,    4589 Southfield Ave.,    Orlando, FL 32812-7751
14602391     +AQMI,    P.O. Box 144515,    Orlando, FL 32814-4515
15029802     +AQMI Strategy Corporation,    2875 S Orange Ave #500,    Orlando, FL 32806-5455
14602388     +Advantage Collection Prof,    2775 Jade Street,    Mora, MN 55051-6240
14602389     +Alexander Walton,    336 Blue Heron Drive,    Winter Park, FL 32789-3511
14602390      American Express,    2965 West Corporate Lakes Bl,    Weston, FL 33331-3626
14638492      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
15096794      Atlantic American Capital Group, LLC,    c/o Bart R. Valdes, Esq.,
               609 W. Horatio St. Tampa, FL 33606
14602393     +BNA Tax Management,    9435 Key West Ave.,    Rockville, MD 20850-3339
14802037     +Balch & Bingham LLP,    Attn: Russ Campbell Esq,    1901 Sixth Ave N, Ste 1500,
               Birmingham, AL 35203-4642
14602392     +Berman Kean & Riguera PA,    2101 West Commercial Blvd.,    Suite 2800,
               Ft. Lauderdale, FL 33309-3070
15082627      Brandywine Grande C. LP,    c/o Kevin J. Funk,    POB 561,    Richmond, VA 23218-0561
14602394     +Brandywine Grande C. LP,    c/o Cantor Arkema, PC,    1111 East Main Street,
               Richmond, VA 23219-3531
14602395     +Brian Fischer,    17118 Gulf Pine Circle,    Wellington, FL 33414-6357
14602396     +Brian Taylor,    5 Deborah,    Fanwood, NJ 07023-1114
14602398     +Bruce Carpenter,    1020 Golf Valley Drive,    Apopka, FL 32712-2568
14602399     +Buchanan Ingersoll & Rodney,    401 E Jackson St.,    Suite 2500,    Tampa, FL 33602-5236
14602401     +Chad Walters,    417 Langholm Drive,    Winter Park, FL 32789-5252
14602403     +Charles Rahn,    4589 Southfield Ave,    Orlando, FL 32812-7751
14602404     +Christine Resler,    1918 Lauderdale Street,    Houston, TX 77030-4106
14602405     +Conrad Eigenmann,    1050 Miller Drive,    Altamonte Springs, FL 32701-7505
```

```
District/off: 113A-6          User: lmelanie              Page 2 of 4                   Date Rcvd: May 27, 2010
Case: 08-04327                Form ID: pdfdoc             Total Noticed: 170

15084364       +Corporate Personnel Network, Inc,   c/o David T. Ward,    15615 Alton Pkwy #175,
                 Irvine, CA 92618-7303
14602407       +Daniel Myers,   3648 Crescent Park Blvd.,    Orlando, FL 32812-3825
14602408       +David Robinson,   8949 Elliots Ct,    Orlando, FL 32836-5030
14602409       +Dean Armitage,   12839 Daughtery Drive,    Winter Garden, FL 34787-6515
14602410       +Derek Roy,   12713 Hensel Road,   Huntley, IL 60142-9797
15091977       +Diane Hendricks, Ind. & as PR of the Estate of Ken,    c/o Charles A. Carlson, Esq.,
                 Barnett Bolt Kirkwood Long & McBride,    PO Box 3287,    Tampa, Florida 33601-3287
14602411       +Edith Curry,   11916 Brookmeade Court,    Glen Allen, VA 23059-5416
16904925       +F. Del Kelley,   5220 S. Washington Ave,    Titusville, FL 32780-7316
14602412       +Fernando Simo,   815 Lake Evalyn Drive,    Celebration, FL 34747-4804
14602413       +Fernando Simos,   815 Lake Evalyn Drive,    Celebration, FL 34747-4804
14605960        Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
                 Tallahassee FL 32314-6668
14697357        Florida Department of Revenue,    c/o Don Kiester,    POB 2299,    Mango, FL 33550-2299
14602415        Florida Dept of Revenue,   Attn: Executive Director,     5050 W Tennessee St,
                 Tallahassee, FL 32399-0140
14706518       +Forge Capital Partners LLC,    c/o Bart Valdes,    609 W Horatio St,    Tampa FL 33606-2272
14602416       +Frank Amodeo,   F.C.C. -Low,   POB 1031,    Coleman, FL 33521-1031
15557177        Frank L. Amodeo,   3875 South Orange Ave,    Suite 500 -PMB 1810,    Orlando, FL 32806
14602419       +Frankie Buddy Winsett,    402 N. Carolina Ave.,    Palm Harbor, FL 34683-5473
16323753       +GMAC Bank, a Utah Industrial Bank,    c/o Robert B. Bodzin, Esq.,
                 1650 Market Street, 46th FL (One Liberty,    Philadelphia, PA 19103-7301
14602421       +George Sheldon,   1955 Westpoint Circle,    Orlando, FL 32835-8183
14602422       +George Stuart,   916 Valencia Ave.,    Orlando, FL 32804-7030
14602423       +George W. Eplin,    1164 Citrus Oaks Run,    Winter Springs, FL 32708-4800
14638494        Gilbert Weisman,   c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14602424       +Gillio Development, Inc.,    657 Caledonia Place,    Sanford, FL 32771-6403
14602425        Glenn Thompson,   520 Shadow Lane,    Van Buren, AR 72956
14602427       +Greg Nicoson,   387 Hunters Blind Drive,    Columbia, SC 29212-1651
14602428       +Hans Beyer,   2514 W. Sunset Drive,    Tampa, FL 33629-5339
14602429       +Horton (Woody) Johnson,    3211 Northglenn Drive,    Orlando, FL 32806-6371
14602430       +Horton Johnson,    3211 Northglenn Drive,    Orlando, FL 32806-6371
14602431       +Humana/RMS,   77 Hartland Street,    Suite 401,    East Hartford, CT 06108-3253
14602433      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,     Centralized Insolvency Ops,    PO Box 21126,
                 Philadelphia, PA 19114)
14602434       +Internal Revenue Service,    850 Trafalgar Court Ste 200,    Group 3300,    Maitland, FL 32751-4153
15349365       +Ionic Services Inc,    Dan Sharp,    7012 Harrison Ave Ste 6,    Cincinnati OH 45247-4212
14602435       +Jackson Lewis,   Attn:Anne Krupman,    One North Broadway,    White Plains, NY 10601-2310
15097760       +James Pitts,   Secure Solutions, LLC,    1490 Swanson Drive, Suite 200,    Oveido, FL 32765-5860
14602437       +James Vandevere,    156 Shinnecock HL,    Avondale, PA 19311-1428
14602438       +Jason Carlson,   13113 Hadley Cir N,    White Bear Lake, MN 55110-6075
14602439       +Jay Stollenwerk,    5009 Pelleport Ave.,   Orlando, FL 32812-1124
15093915       +Jeffrey Reichel,    c/o Gary Barnes,    3414 Peachtree Rd #1600,    Atlanta, GA 30326-1164
14738493       +Jeffrey Reichel,    c/o Jill E. Kelso, Esquire,    Akerman Senterfitt,    PO Box 231,
                 Orlando FL 32802-0231
14602440       +Jodi Jaiman,   533 Tuten Trail,    Orlando, FL 32828-8364
14602442       +Joseph Robinson,    7317 Lismore Court,   Orlando, FL 32835-6150
14602443       +Kenneth & Diane Hendricks,    One ABC Parkway,    Beloit, WI 53511-4466
14602444       +Kevin Billings,    541 Minnehaha Road,    Maitland, FL 32751-4568
14602445       +Kevin Leonard,    646 King Harold Court,   Oviedo, FL 32765-9134
14602446       +Kevin Munroe,    3466 Bay Meadow Court,   Windermere, FL 34786-7800
14602447       +Kiran Chhaganlal,    355 Twelve Oaks Drive,    Winter Springs, FL 32708-6194
14602448       +Larry Childers,    504 Briarcliff Pkwy,    Kansas City, MO 64116-1668
14602449       +Larry Haber,   6131 Mesing Lane #305,    Cocoa Beach, FL 32931-5618
14602450       +Lauire Andrea Consulting Srv,    528 Myrtle Rd.,    Naples, FL 34108-2657
14602451       +Laurie Andrea,    528 Myrtle Road,   Naples, FL 34108-2657
14602452       +Laurie Holtz,   1826 West 23rd Street,    Sunset Island #3,    Miami Beach, FL 33140-4521
14602453        Lawrence Haber,   420 Harding Ave #503,    Cocoa Beach, FL 32931-5612
14602454       +Lawrence LaBelle,    7737 Fox Knoll Place,    Winter Park, FL 32792-9378
14602455        LeClair Ryan Trust,    P.O. Box 2499,   Richmond, VA 23218-2499
14951914       +LeClairRyan,   c/o Christopher L. Perkins,    951 East Byrd Street,    Richmond, vA 23219-4040
14602456       +Leighton Allen Archer,    983 Troon Trace,    Winter Springs, FL 32708-4319
14602457        LexisNexis,   P.O. Box 7247-7090,    Phildelphia, PA 19170-7090
14713769       +LexisNexis,Div. of Reed Elsevier,Inc.,    Attn: Beth Farnham,    9443 Springboro Pike,
                 Miamisburg, OH 45342-4425
14802039        Mark J. Bernet Esq,    1505 N Florida Ave,   Tampa, FL 33602-2613
14602461       +Matthew Moore,   137 Christine Drive,    Satellite Beach, FL 32937-2243
15101566       +Michael A. O'Sullivan,    6005 Johnson Ave,   Bethesda, MD 20817-3434
14602464       +Mike Dement,   3222 Derby Lane,    Williamsburg, VA 23185-1463
14602466       +Oliver Phipps,   2970 Bridgehampton Lane,    Orlando, FL 32812-5948
14602467       +On Target Solutions,    3491 Woodley Park Place,    Oviedo, FL 32765-5104
14602469       +Parbatie Diana Kristona,    1915 Tumblewater Blvd.,    Ocoee, FL 34761-3350
14602470       +Paul Glover,   1312 Winter Springs Blvd.,    Winter Springs, FL 32708-3801
14602471        PaySource USA VII, Inc.,    650 Poe Ave.,   Dayton, OH 45414
14602472       +Peter Anderson,    795 Austin Ct,   Winter Springs, FL 32708-3824
14602473       +Peter Michae Barbee,    7343 River Country Drive,    Weeki Wochee, FL 34607-2042
14602474       +Phillp Kaprow,   1005 Antelope Trail,    Winter Springs, FL 32708-4141
15029801       +Professional Benefits solutions, Inc,    2875 S Orange Ave #500,    Orlando, FL 32806-5455
16904891       +RKT Constructions, Inc,    5220 S. Washington Ave,    Titusville, FL 32780-7316
14602476       +Ramaroa Inguva,    102 Gadwall Court,   Harvest, AL 35749-7938
14602477       +Richard Berman,    3400 Galt Ocean Drive,    Unit 1602 South,   Ft. Lauderdale, FL 33308-7000
```

```
District/off: 113A-6           User: lmelanie                Page 3 of 4                   Date Rcvd: May 27, 2010
Case: 08-04327                 Form ID: pdfdoc               Total Noticed: 170

14602479      +Richard Sams,    2526 Mason Oaks Drive,    Valrico, FL 33596-6497
15101579      +Robert E. Leib,    1419 E Bywater Lane,    Fox Point, WI 53217-2845
14602480       Robert Eugene Curry,    3337 Leritz Ln,    Edgewater, MD 21037-3102
14602481       Robert Konicki,    1004 118th Ave N,    St. Peteresburg, FL 33716-2332
14602482      +Robert Moreyra,    4001 Bayshore Blvd.,    Tampa, FL 33611-1704
14602483       Robert Pollack,    17781 Via Bella Acqua Ct #1001,    Miromar Lakes, FL 33913-7854
14602484      +Robert S. Forman, P.A.,    2101 West Commercial Blvd.,    Suite 2800,
                Ft. Lauderdale, FL 33309-3070
16905100      +Robi A. Roberts,    2921 S. Washington Ave,    Titusville, FL 32780-5022
16905148      +Robi A. Roberts & F. Del Kelley,    2921 S. Washington Ave,    Titusville, FL 32780-5022
16905174      +Robi A. Roberts Trust,    2921 S. Washington St,    Titusville, FL 32780-5022
14602490      +SEC,    Branch of Reorganization,    3475 Lenox Rd NE #1000,    Atlanta, GA 30326-3235
14602486      +Saxon Gilmore, PA,    201 E. Kennedy Blvd.,    Suite 600,    Tampa, FL 33602-5819
14602487      +Scott Goldberg,    2868 Monticello Place,    # 205,    Orlando, FL 32835-2905
14602488       Scott Wealing,    783 W Pine St,    Tucson, AZ 85704-4734
14602489      +Sean Tucker Clancy,    217 Settlers Row N,    Ponte Vedra, FL 32082-3941
14605962      +Securities Exchange Commission,    175 West Jackson Street,    Suite 900,    Chicago IL 60604-2908
14602492      +Shane Williams,    517 Heatheroak Cove,    Altamonte Springs, FL 32714-5418
14802040      +SunTrust Bank,    Attn: Bankruptcy/Legal Dept,    200 S Orange Avenue,    Orlando, FL 32801-3495
15045273      +Tennessee Dept of Labor & Workforce,    Dev-Unemployment Ins,
                c/o TN Atty General Ofc Bankruptcy Div,    PO Box 20207,    Nashville TN 37202-4015
14602493      +Tenshi Leasing,    2875 S. Orange Ave.,    Suite 500 PMB 1810,    Orlando, FL 32806-5455
14602494      +Terry Carney,    561 High Street,    Petersburg, VA 23803-3859
14602495      +Tessah Ivey,    5374 Majestic Oak Circle,    St. Cloud, FL 34771-9647
14602496      +Titanium Technologies,    2875 S. Orange Ave.,    Suite 500 PMB 1810,    Orlando, FL 32806-5455
14602497      +Tom Broadhead,    11916 Brookmeade Court,    Glen Allen, VA 23059-5416
14602499      +Tracey Mertens,    522 S Hunt Club Blvd #228,    Apopka, FL 32703-4960
15101471       UHY Advisors, Inc,    12900 Hall Rd #500,    Sterling Heights, MI 48313-1153,    Attn: Marc Fisher
16323854      +United States of America,    Anita M. Cream, Esq.,    United States Attorney’s Office,
                400 N. Tampa Street, Suite 3200,    Tampa, FL 33602-4774
16323853      +United States of America,    c/o I. Randall Gold,    United States Attorney’s Office,
                501 West Church Street, Suite 300,    Orlando, FL 32805-2281
14602500      +Vance Felker,    3 Eucalyptus Circle,    Ormond Beach, FL 32176-3110
15029800      +Wellington Capital Group, Inc,    2875 S Orange Ave #500,    Orlando, FL 32806-5455
15102017      +William G. West, Ch 7 Trustee for the Est,    of Southwest Doctors, Inc,
                c/o Marc Schneider/Kimberly Bartley,    15150 Middlebrook Dr.,    Houston, TX 77058-1226
15097466      +William G. West, Trustee for the Southwestern Doct,    c/o Marc H. Schneider,
                Waldron & Schneider, LLP,    15150 Middlebrook Drive,    Houston, Texas 77058-1226
14602502       Woody (Horton) Johnson,    3212 Northglenn Drive,    Orlando, FL 32806

The following entities were noticed by electronic transmission on May 27, 2010.
db            +E-mail/Text: rcuthill@msn.com                            Mirabilis Ventures, Inc,
                c/o R.W.Cuthill, Jr,    341 N. Maitland Ave #210,    Maitland, FL 32751-4771
aty           +E-mail/Text: rshuker@lseblaw.com                           R Scott Shuker,
                Latham Shuker Eden & Beaudine LLP,    Post Office Box 3353,    Orlando, FL 32802-3353
intp           E-mail/Text: jay@jmco.com                              James Moore & Co., P.L.,    5931 NW 1st Place,
                Gainsville, FL  32607-2063
14602436      +E-mail/Text: jsadrianna@cfl.rr.com                             James Sadrianna,
                10025 Chatham Oaks Court,    Orlando, FL 32836-5939
14605961      +E-mail/Text: Bankruptcy@octaxcol.com                          Orange County Tax Collector,
                Attn: Earl K. Wood,    Post Office Box 2551,    Orlando FL 32802-2551
14602468       E-mail/Text: Bankruptcy@octaxcol.com                          Orange Cty Tax Collector,
                Attn: Earl K. Wood,    PO Box 2551,    Orlando, FL 32802-2551
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Argent BD Transition, LLC
cr             Argent BD, LLC
cr             Argent Capital Advisors, LLC
cr             Bison Mortgage Corp.
cr             Forge Capital Partners
cr             Solutions Funding, Inc.
15101493       Acquisitions & Entilement Group Inc,   undeliverable
15096787       Argent BD, LLC,   c/o Bart R. Valdes Esq.
14602397       Briarcliff Village, LLC
14602400       Centro Executive Offices,   undeliverable
14602402       Charles McBurney,   undeliverable
14602406       Dan Pietro,   no city,   no state
14602414       First Commercial Ins. Corp.,   undeliverable
14802038       Frances-Ann Moran,   undeliverable
14602418       Frank Hailstones,   undeliverable
14602420       Fred Sandlin,   undeliverable
15101498       Gillo Development, Inc,   undeliverable
14602426       Gordon Mike Adkins,   undeliverable
14602432       I-3 Media Group,   undeliverable
14602441       John Burcham,   undeliverable
14602458       Linda Duncan,   no city,   no state
14602459       Mark J. Bernet,   no city,   no state
14602460       Martin Flynn,   undeliverable
14602462       Matthew Porter,   undeliverable
14602463       Michelle Hladky,   undeliverable
14602465       Norman Bruce Walko,   undeliverable
14602475       Quasar,   undeliverable
14602478       Richard E. Berman,   no city,   no state
```

```
District/off: 113A-6          User: lmelanie              Page 4 of 4             Date Rcvd: May 27, 2010
Case: 08-04327                Form ID: pdfdoc             Total Noticed: 170

              ***** BYPASSED RECIPIENTS (continued) *****
14602485       Ronald Wilbur,   undeliverable
14602491       Shane Cooper,   undeliverable
14602498       Tom J. Hancock,   undeliverable
14602501       William Reynolds,   undeliverable
cr*           +Corporate Personnel Network,   c/o David T. Ward,   15615 Alton Pkwy #175,
                Irvine, CA 92618-7303
cr*           +Corporate Personnel Network, Inc,   c/o David T. Ward,   15615 Alton Pkwy #175,
                Irvine,, CA 92618-7303
cr*          ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   Centralized Insolvency Ops,   PO Box 21126,
                Philadelphia, PA  19114)
cr*           +Jeffrey Reichel,   c/o Jill E. Kelso, Esquire,   Akerman Senterfitt,   P.O. Box 231,
                Orlando, FL 32802-0231
cr*           +Michael A, O’Sullivan,   6005 Johnson Ave,   Bethesda, MD 20817-3434
cr*           +Robert E Leib,   1419 E Bywater Lane,   Fox Point, WI 53217-2845
15084440*     +Corporate Personnel Network, Inc,   c/o David T. Ward,   15615 Alton Pkwy #175,
                Irvine, CA 92618-7303
15097761*     +James Pitts,   Secure Solutions, LLC,   1490 Swanson Drive, Suite 200,   Oveido, FL 32765-5860
                                                                                               TOTALS: 32, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2010**          **Signature:** _Joseph Speetjens_