UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| MIRABILIS VENTURES, INC., ) | Case No.  6:08-bk-04327-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

ORDER GRANTING DEBTOR'S MOTION
TO CONFIRM PROPERTY OF THE ESTATE UNDER THE COURT
APPROVED COMPROMISE WITH THE UNITED STATES OF AMERICA

This case came on for hearing on May 19, 2010, to consider the debtor's Motion to Confirm Property of the Estate under the Court Approved Compromise with the United States of America (Doc. No. 526).  Consistent with the Memorandum Opinion Granting Debtor's Motion to Confirm Property of the Estate under the Court Approved Compromise with the United States of America, entered simultaneously herewith, it is

ORDERED:

1.  The debtor's Motion to Confirm Property of the Estate under the Court Approved Compromise with the United States of America (Doc. No. 526) is granted.

2.  The debtor retains control over Nexia's claims in the Palaxar Litigation.

DONE AND ORDERED in Orlando, Florida, on June 2, 2010.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies furnished to:

Debtor: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave. #210, Maitland, FL 32751

Debtor's Attorney:  Latham Shuker Eden & Beaudine LLP, Attn. Justin Luna, 390 N. Orange Ave. Suite 600, Orlando FL 32801

Special Counsel for Debtor: Broad and Cassel, Attn. Roy Kobert, 390 N. Orange Ave., Suite 1400, Orlando, FL 32801

Attorney for USA: Scott H. Park, Assistant U.S. Attorney, ID No. USA084, 501 W. Church St., Suite 300, Orlando, FL 32805

United States Trustee, Attn: Elena L. Escamilla, 135 W. Central Blvd., Suite 620, Orlando, FL 32806