UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:08-bk-04327-KSJ |
| MIRABILIS VENTURES, INC., | CHAPTER 11 |
| Debtor. _____/ | EMERGENCY HEARING REQUESTED BY JUNE 18, 2010 |

## MIRABILIS VENTURES, INC.'S EMERGENCY OBJECTION TO ALLOWANCE OF CLAIM NO. 36 SUBMITTED BY THE INTERNAL REVENUE SERVICE

AND

## CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

**MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities, Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, and pursuant to Local Rule 2002-4(b)(ii) and Federal Rule of Bankruptcy Procedure 3007(a), object ("Objection") to the claim of the Internal Revenue Service (the "IRS") in the amount of $202,201.12 ("Claim No. 36"), and in support thereof, state as follows:

### JURISDICTION

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is Rule 3007 of the Federal Rules of Bankruptcy Procedure.

**PROCEDURAL AND FACTUAL BACKGROUND**

3. On May 27, 2008, ("Petition Date") the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Doc. No. 1).

4. On August 4, 2009, the Court entered an Order Approving the Disclosure Statement, Scheduling Confirmation Hearing for September 16, 2009, Establishing Confirmation, Compensation, and Administrative Claims Hearing Procedures, and Fixing Time for Filing Acceptances or Rejections of Plan (Doc. No. 228 - Mirabilis, Doc. No. 121 - AEM, Doc. No. 112 - Hoth) (the "Balloting Order"). The Plan was distributed to creditors and parties-in-interest on and after August 14, 2009. Thereafter, on September 1, 2009, the Court entered an amended order rescheduling the hearing on confirmation of the Plan for October 16, 2009 ("Amended Order") (Doc No. 266).

5. Pursuant to the Amended Order, all creditors and parties in interest that asserted a claim against the Debtor which arose after the filing of the bankruptcy case needed to "file applications for the allowance of such claims with the court **no later than 15 days after the date of service of this order** (the "Administrative Claims Bar Date")." As such, the Administrative Claims Bar Date was September 21, 2009.

2

6. As of the Administrative Claims Bar Date, the IRS had not filed an application for the allowance of an administrative claim; however, the IRS had filed and twice amended a "proof of claim" form for 941 taxes allegedly owed by MVI (Claim No. 36). In its recently amended proof of claim (March 17, 2010), the IRS alleges it is owed a total of $202,201.12, consisting of unpaid 941 taxes, penalties and interest.

## OBJECTION TO CLAIM NO. 36

7. Prior to the Petition Date, on or about May 14, 2007, Mirabilis attempted to deliver a check to the IRS in the amount of $400,000.00 for "salary & wages:7900-941 Tax E." A copy of the check is attached hereto as **Exhibit A** and is incorporated herein by reference. However, the IRS requested the payment be made by cashier's check and did not accept the check. As such, Mirabilis delivered to the IRS a cashier's check in the amount of $400,000.00 as a "voluntary payment: Mirabilis Ventures, AEM, Inc. April 2007." A copy of the cashier's check is attached hereto as **Exhibit B** and is incorporated herein by reference.

8. As of the Petition Date, the $400,000.00 payment was applied to the Mirabilis' Form 941 account.

9. Prior to Confirmation, the Debtor treated Mr. Cuthill, its president, as an independent contractor and Mr. Cuthill directly paid all of his personal estimated taxes. During the Confirmation process and at the request of the IRS, the Debtor and Mr. Cuthill agreed to file the Debtor's 941 quarterly federal tax returns for 2007, 2008 and 2009, and identify Mr. Cuthill as an employee of Mirabilis, not an independent

contractor. Mirabilis would then remit to the IRS the appropriate 941 taxes, and Mr. Cuthill would personally receive a refund of the amounts he had previously paid.

10. On or about November 16, 2009, Mirabilis received a notice from the IRS specifically identifying the $400,000.00 payment and requesting Mirabilis file the appropriate 941 quarterly federal tax returns in order for the payment to be properly applied. A copy of the notice is attached as **Exhibit C** and is incorporated herein by reference.

11. On November 18, 2009, Mr. Cuthill spoke with Ms. Yip and verified the $400,000.00 Form 941 account credit and the 941 quarterly federal tax returns which needed to be filed to apply the credit.

12. On or about December 4, 2009, Mirabilis filed the 941 quarterly federal tax returns for the first quarter of 2007 through the third quarter of 2009. Copies of the 941 forms are attached hereto as **Composite Exhibit D** and are incorporated herein by reference.

13. As indicated on the Form 941 for the third quarter of 2009, Mirabilis was owed a refund of $234,486.18 from the $400,000.00 Form 941 account.

14. On March 9, 2010, counsel for Mirabilis inquired as to when the refund of $234,486.18 from the $400,000.00 Form 941 account would be forthcoming. In response, Ms. Ide indicated **for the first time** that no refund would be forthcoming because: (i) the $400,000.00 payment should never have been applied to Mirabilis' Form 941 account, but should have remained with the Form 1120 account; and (ii) Mirabilis owed $438,173.48 for 2005 income tax liability.

4

15. After the Petition Date and in violation of the automatic stay, on or about March 16, 2010, Ms. Ide and Mr. John Lortie, IRS Counsel Attorney, directed Ms. Sherrill Summers, IRS Insolvency Specialist, to move the $400,000.00 Form 941 account credit to the Form 1120 Account. The Debtor was not notified of this administrative act until June 4, 2010. A copy of the correspondence setting forth the above facts is attached hereto as **Exhibit E** and is incorporated herein by reference.

16. On March 17, 2010, after having administratively emptied Mirabilis' Form 941 account from which the 941 taxes for the first quarter of 2007 through the third quarter of 2009 had been paid, the IRS filed an amended "administrative expense" claim for allegedly unpaid payroll taxes in the amount of $202,201.12, including penalties and interest. A copy of the amended claim is attached hereto as **Exhibit F** and is incorporated herein by reference.

17. On April 22, 2010, the Court conducted a hearing on the Debtor's Objection to Claim No. 2 of the IRS. At the hearing, the Court concluded that Mirabilis did not have any outstanding liability for unpaid income tax for 2005. On May 10, 2010, the Court entered an order sustaining Mirabilis' Objection to Claim No. 2 of the IRS (Doc. No. 548).

18. Although it is clear that Mirabilis has no liability for unpaid income taxes, the $400,000.00 payment, which was improperly moved to the Form 1120 account, still has not been moved back to the Form 941 account and the IRS is continuing to gerrymander penalties and interest for allegedly unpaid 941 taxes for the first quarter of 2007 through the third quarter of 2009.

19. Moreover, on May 28, 2010, the IRS sent Revenue Agent George Carpenter to the offices of the Debtor, **unannounced and without the consent of counsel**, in an attempt to intimidate and strong-arm Mr. Cuthill. On June 2, 2010, Mr. Carpenter handed Mr. Cuthill two forms, which Mr. Carpenter had filled out, and requested Mr. Cuthill sign them. Mr. Cuthill declined to sign the forms, as it is clear from the face of the forms that the IRS is attempting to hold Mr. Cuthill personally, and possibly criminally, liable for the allegedly unpaid 941 taxes for the first quarter of 2007 through the third quarter of 2009. Copies of the forms are attached hereto as **Composite Exhibit G** and are incorporated herein by reference.

20. Mirabilis objects to Claim No. 36 because: (i) the 941 taxes for the first quarter of 2007 through the third quarter of 2009 have been paid via the offset from the $400,000.00 payment; (ii) the IRS violated the automatic stay when it unilaterally and without Court approval moved the Form 941 account credit to the Form 1120 account; and (iii) the Administrative Claims Bar Date passed on September 21, 2009.

## **REQUESTED RELIEF**

21. Mirabilis requests this Court enter an order sustaining its objection to Claim No. 36 and disallowing it in its entirety.

22. In addition, Mirabilis requests the Court enter an order turning over the $234,486.18 balance from the Form 941 account.

23. Moreover, Mirabilis requests attorneys' fees for having to prosecute the instant matter due to the IRS' intentional violation of the automatic stay and overall vexatious and litigious conduct in these Bankruptcy Cases.

# CERTIFICATE OF NECESSITY
## FOR EMERGENCY HEARING

24. Pursuant to 26 U.S.C. §6672, if Mr. Cuthill willfully fails to collect, account for and pay employee withholding taxes, while continuing to pay other creditors of Mirabilis, Mr. Cuthill faces the possibility of personal liability for the unpaid 941 taxes.

25. Although the Debtor believes that all outstanding 941 taxes have been paid, the Debtor needs immediate relief from the Court in order to allow Mr. Cuthill to pay the administrative expenses in these Bankruptcy Cases without the fear of reprisal from the IRS.

26. Until the surprise May 28, 2010, visit from Mr. Carpenter, Mr. Cuthill was unaware that the IRS was seeking to hold him personally liable for the accrued 941 taxes of Mirabilis. Until this issue of liability is resolved, Mr. Cuthill will be unable to pay administrative expenses, including United States Trustee's fees.

27. The Motion was served on the IRS and the Local Rule 1007-2 parties-in-interest list as shown on the matrix attached to the original of this Motion filed with the Court, and notice of any hearing on this Motion will be provided.

28. Counsel for the IRS will be present in Orlando, Florida, on June 18, 2010 for a deposition in the contested matter regarding the Objection to Claim No. 4 filed by the IRS in the AEM Bankruptcy Case. Counsel for both the IRS and the Debtor can be available for a hearing up until 4:00 p.m. on the 18th of June.

29. The next hearing in these Bankruptcy Cases is not until August 12, 2010, and Mr. Cuthill will not be available for that hearing.

30. The Debtor estimates that approximately 30 minutes will be necessary for a hearing on this Motion.

31. The Debtor and counsel are prepared to appear on two hours' notice at a hearing to demonstrate that the request for an emergency hearing is not the result of the Debtor's or counsel's procrastination or lack of attention.

**WHEREFORE**, Mirabilis Ventures, Inc. respectfully requests this Court enter an Order sustaining this Objection, disallowing the Internal Revenue Services' Claim in its entirety and for such other and further relief as the Court deems just and proper under the circumstances.

**RESPECTFULLY SUBMITTED** this 15th day of June, 2010.

/s/ Mariane L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Mariane L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S EMERGENCY OBJECTION TO ALLOWANCE OF CLAIM NO. 36 SUBMITTED BY THE INTERNAL REVENUE SERVICE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Internal Revenue Service, PO Box 21126, Philadelphia, Pennsylvania 19114 (as shown on the Proof of Claim); Internal Revenue Service, SBSE: CS:Insolvency, Territory 5, Attn: Insolvency Manager, 400 W. Bay Street, Suite 35045, M/S 5720, Jacksonville, Florida 32202; Chief, Special Procedure Function, Internal Revenue Service, P. O. Box 35045, 400 W. Bay Street, Stop 5720-P&II, Jacksonville, Florida 32202-4437; Internal Revenue Service, P. O. Box 21126, Philadelphia, PA 19114; Office of the United States Attorney General, Judicial Center Building, 555 4th Street, N.W., Washington, D.C. 20001; U.S. Attorney General, 501 W Church Street, Ste. 300, Orlando, Florida 32805; U. S. Department of Justice, Trial Attorney, Tax Division, P. O. Box 14198, Ben Franklin Station, Washington, D.C. 20044; I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; the Local Rule 1007-2 Parties-in-Interest list, as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this __15th__ day of June 2010.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esq.

```
Label Matrix for local noticing          Michael C. Addison                         Advantage Collection Prof
113A-6                                   Addison & Howard, P.A.                     2775 Jade Street
Case 6:08-bk-04327-KSJ                   Post Office Box 172535                     Mora, MN 55051-6240
Middle District of Florida               Tampa, FL 33672-0535
Orlando
Mon Jun 14 17:01:29 EDT 2010

American Express                         BNA Tax Management                         Kimberly Bartley
2965 West Corporate Lakes Bl             9435 Key West Ave.                         Waldron & Schneider LLP
Weston, FL 33331-3626                    Rockville, MD 20850-3339                   15150 Middlebrook Drive
                                                                                    Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney                Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                          c/o David T. Ward
1111 East Main Street                    Suite 2500                                 15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                       Irvine, CA 92618-7303


Joseph A DeMaria                         Mariane L Dorris                           Tara C Early
Tew Cardenas LLP                         Latham Shuker Eden & Beaudine LLP          Stanton & Gasdick PA
1441 Brickell Avenue                     390 North Orange Avenue                    390 North Orange Avenue
Suite 1500                               Suite 600                                  Suite 260
Miami, FL 33131-3431                     Orlando, FL 32801-1684                     Orlando, FL 32801-1612


Elena L Escamilla                        F. Del Kelley                              Forge Capital Partners LLC
United States Trustee                    5220 S. Washington Ave                     c/o Bart Valdes
135 W Central Blvd  Suite 620            Titusville, FL 32780-7316                  609 W Horatio St
Orlando, FL 32801-2440                                                              Tampa FL 33606-2272


James E Foster                           Frank L. Amodeo                            Gill R Geldreich
Akerman Senterfitt                       3875 South Orange Ave                      Tennessee Attorney General's Office
Post Office Box 231                      Suite 500 -PMB 1810                        Post Office 20207
Orlando, FL 32802-0231                   Orlando, FL 32806                          Nashville, TN 37202


Gilbert Weisman                          Gillio Development, Inc.                   I Randall Gold
c/o Becket and Lee LLP                   657 Caledonia Place                        United States Attorney's Office
POB 3001                                 Sanford, FL 32771-6403                     501 West Church Street
Malvern PA 19355-0701                                                               Suite 300
                                                                                    Orlando, FL 32805-2281


Kenneth D Herron Jr                      Peter N Hill                               Horton Johnson
1851 West Colonial Drive                 Wolff Hill McParlin & Herron PA            3211 Northglenn Drive
Orlando, FL 32804-7013                   1851 West Colonial Drive                   Orlando, FL 32806-6371
                                         Orlando, FL 32804-7013


Humana/RMS                               Carol Koehler Ide                          Jackson Lewis
77 Hartland Street                       U S Department of Justice - Tax Division   Attn:Anne Krupman
Suite 401                                Post Office Box 14198                      One North Broadway
East Hartford, CT 06108-3253             Ben Franklin Station                       White Plains, NY 10601-2310
                                         Washington, DC 20044-4198


Jeffrey Reichel                          Jeffrey Reichel                            Kenneth & Diane Hendricks
c/o Gary Barnes                          c/o Jill E. Kelso, Esquire                 One ABC Parkway
3414 Peachtree Rd #1600                  Akerman Senterfitt                         Beloit, WI 53511-4466
Atlanta, GA 30326-1164                   PO Box 231
                                         Orlando FL 32802-0231
```

| | | |
|---|---|---|
| Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 |
| LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-0001 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 | Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 |
| Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 | On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 |
| Scott H Park<br>United States Attorney<br>501 West Church St<br>Suite 300<br>Orlando, FL 32805-2281 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 | RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 |
| Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 |
| Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 |
| C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 | Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Stacey D Wilson<br>Atlantic Legal Group, P.A.<br>121 South Orange Avenue<br>Orlando, FL 32801-3221 |
| Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 | Melissa Youngman<br>Wolf Hill McFarlin & Herron PA<br>1851 W Colonial Drive<br>Orlando, FL 32804-7013 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63