SIGN! THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

**Mirabilis Ventures, Inc.**
200 S. Orange Ave.
Suite 2800
Orlando, FL 32825

Fifth Third Bank
200 E. Robinson Street
Suite 101
Orlando, FL 32801

1011

Date _____5/14/2007_____

63-993 / 631

Pay to the
Order of _____Internal Revenue Service_____ $ **400,000.00

_____Four Hundred Thousand and 00/100*********************************************************************************************_____ Dollars

Internal Revenue Service

Memo _____

⑈O1O11⑈ ⑆O631O9935⑆ 7440497324⑈

---

**Mirabilis Ventures, Inc.**                                                      1011

        Internal Revenue Service                               5/14/2007
        7240 · Salary & Wages:7900 · 941 Tax E                                400,000.00

5/3 Bank                                                                      400,000.00

**Mirabilis Ventures, Inc.**                                                      1011

        Internal Revenue Service                               5/14/2007
        7240 · Salary & Wages:7900 · 941 Tax E                                400,000.00

5/3 Bank                                                                      400,000.00

iCheck Form 1000 Graduated                      EXHIBIT "A"



**FIFTH THIRD BANK**

Save this Copy
for your records.

11467348

# CASHIER'S CHECK - Customer Receipt

May 14, 2007

Pay to the
Order of: INTERNAL REVENUE SERVICE***

Amount: *FOUR HUNDRED THOUSAND 00/100 US DOLLARS*        $*******400,000.00

Memo: CUSTOMER PURCHASE

Purchased by:

Transaction #: 58869168

Cost Center: 44315

Method of Purchase: Transfer

---

The purchase of a Surety Bond may be required before any Cashier's Check on this
bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

NON-NEGOTIABLE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT          CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**FIFTH THIRD BANK**

## CASHIER'S CHECK

11467348

73-119
421

May 14, 2007

Pay to the
Order of: INTERNAL REVENUE SERVICE***

Amount: *FOUR HUNDRED THOUSAND 00/100 US DOLLARS*        $*******400,000.00

Drawn on: Fifth Third Bank, Kentucky, Inc          Transaction Number: 58869168
Lexington, KY                                      Cost Center: 44315

Memo: CUSTOMER PURCHASE
Purchased by: Voluntary Payment; Punitive Vacatory; AEM, Inc. April 2007

_Mandy Bell_
Authorized Signature

⑆114467348⑆ ⑈04210119⑈: 7380385059⑈

The purchase of a Surety Bond may be required before any Cashier's Check on this
bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.          HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

EXHIBIT "B"

Department of the Treasury
Internal Revenue Service
OGDEN  UT        84201-0038

Notice Number:  CP 080
Notice Type: AM12
Notice Date: **November 16, 2009**
Taxpayer Identification Number:
   20-1833196
Tax Period: **March 31, 2007**
Form: 941

037586.662699.0126.004 1 SP 0.440 370

MIRABILLIS VENTURES INC
3471 N MAITLAND AVE STE 210
MAITLAND  FL   32751

037586

*Talked to MS. YIP*
*800-829-0115  11/18/09*
*Needs to file 941's for 1st & 2nd*
*quarters of 2007.*

*IRS*
*ACS CORR*
*PO BOX 57*
*MAIL STOP 686-SOUTH*
*BENXSALEM, PA  19020-0057*

## Reminder - We Have Not Received Your Tax Return

Our records show we applied credits or payments totaling _____ **$400,000.00** to the tax period shown above.  We have no record of receiving your return for this period and we need your assistance.

- **If you are liable for filing this return**, please do so today and send it to the address shown above.  We will apply the credit to the tax you owe and refund any remaining overpayment if you owe no other taxes or obligations.

- **If you have already filed this return**, please send a NEWLY SIGNED copy to the address shown above.  Please be sure to attach copies of any schedules and documents that were included with your original return.

- **If you would like this credit transferred to another tax return, tax period, or tax identification number**, please call us at 1-800-829-0115 and provide this information.

---

**If you don't act promptly, you may lose this credit.  The Internal Revenue Code sets strict time limits for refunding or transferring credits.  You must file a return to claim any refund due you.**

If you need forms, you may call 1-800-TAX-FORM (829-3676).  You may also obtain forms by visiting our website at www.irs.gov.

---

**If you have any questions, please call us at 1-800-829-0115.  If you prefer, you may write to us at the address shown at the top of the letter.**

EXHIBIT "C"

(Rev. 01/2008)

Form **941 for 2007:** Employer's QUARTERLY Federal Tax Return

990107

(Rev. January 2007)          Department of the Treasury - Internal Revenue Service

OMB No. 1545-0029

**(EIN)**
Employer identification number   20-1833196

Name *(not your trade name)* Mirabilis Ventures, Inc.

Trade name *(if any)*

Address   c/o R.W. Cuthill,341 N Maitland Avenue, Ste 210
Number    Street                          Suite or room number
Maitland, FL  32751
City                State              ZIP code

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Report for this Quarter of 2007**
(Check one.)

[X] **1:** January, February, March

[ ] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

---

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period
   including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4) . . . . . . 1 | 0

2  Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . . 2

3  Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . 3

4  If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . . [ ] Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

| | Column 1 | | Column 2 |
|---|---|---|---|
| 5a  Taxable social security wages | | x .124 = | |
| 5b  Taxable social security tips | | x .124 = | |
| 5c  Taxable Medicare wages & tips | | x .029 = | |

5d  Total social security and Medicare taxes (*Column 2, lines 5a + 5b + 5c = line 5d*) . . . . . . . . 5d

6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . 6

7  TAX ADJUSTMENTS  (Read the instructions for line 7 before completing lines 7a through 7h.)

7a  Current quarter's fractions of cents . . . . . . . . . . . . . . . . .

7b  Current quarter's sick pay . . . . . . . . . . . . . . . . . . . .

7c  Current quarter's adjustments for tips and group-term life insurance . .

7d  Current year's income tax withholding (attach Form 941c) . . . . . .

7e  Prior quarters' social security and Medicare taxes (attach Form 941c) . .

7f  Special additions to federal income tax (attach Form 941c)) . . . . . .

7g  Special additions to social security and Medicare (attach Form 941c) . .

7h  TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g.) . . . . . . . . . . . 7h

8  Total taxes after adjustments (Combine lines 6 and 7h.) . . . . . . . . . 8

9  Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . 9

10  Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . . . 10

11  Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . 11

12  Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . 12
    Follow the instructions for Form 941-V, Payment Voucher.

13  Overpayment (If line 11 is more than line 10, write the difference here.) . . . .      Check one    [ ] Apply to next return.
                                                                                                        [ ] Send a refund.
▶  You MUST fill out both pages of this form and SIGN it.                                                          **Next** ▶

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

Form **941** (Rev. 1-2007)

JSA
8W9640 1.000

**COMPOSITE
EXHIBIT "D"**

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14 [F] [L] Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15 Check one: [X] Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

Tax liability: Month 1 [                    ]

Month 2 [                    ]

Month 3 [                    ]

Total liability for quarter [                    ] Total must equal line 10.

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors*, and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [                    ]

17 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? (See the instructions for details.)

[X] Yes. Designee's name [Marian J. Gartner]

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS. [0] [1] [0] [4] [0]

☐ No.

## Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**X** Sign your name here

Print your name here [R. W. (Bill) Cuthill]

Print your title here [PRESIDENT]

Date [11/24/09]

Best daytime phone [407-644-3781 EXT 235]

## Part 6: For paid preparers only (optional)

Paid Preparer's Signature [Marian J Gartner]

Firm's name [Baldwin & Company, P.A.]

Address [2185 N Park Ave]  EIN [59-2294535]

[Winter Park, FL]  ZIP code [32789]

Date [11/24/09] Phone [407-628-2761]  SSN/PTIN [P00939143]

☐ Check if you are self-employed.

Form **941 for 2007:** Employer's QUARTERLY Federal Tax Return

(Rev. January 2007)     Department of the Treasury - Internal Revenue Service

990107

OMB No. 1545-0029

**(EIN)**
Employer identification number  20-1833196

**Name** *(not your trade name)* Mirabilis Ventures, Inc.

**Trade name** *(if any)*

**Address**  c/o R.W. Cuthill, 341 N Maitland Avenue, Ste 210

Number     Street                          Suite or room number

Maitland, FL  32751

City             State          ZIP code

**Report for this Quarter of 2007**
**(Check one.)**

[ ] 1: January, February, March

[X] 2: April, May, June

[ ] 3: July, August, September

[ ] 4: October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | | |
|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4) . . . . . . 1 | 5 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . . 2 | 83,750.00 |
| 3 | Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . 3 | 15,792.00 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . [ ] Check and go to line 6. | |

5    Taxable social security and Medicare wages and tips:

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages | 83,750.00 | x .124 = | 10385.00 |
| 5b | Taxable social security tips | | x .124 = | |
| 5c | Taxable Medicare wages & tips | 83,750.00 | x .029 = | 2428.75 |

| | | |
|---|---|---|
| 5d | Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . . . . . . . . 5d | 12813.75 |
| 6 | Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . . . 6 | 28605.75 |

7    TAX ADJUSTMENTS (Read the instructions for line 7 before completing lines 7a through 7h.):

| | | |
|---|---|---|
| 7a | Current quarter's fractions of cents . . . . . . . . . . . . . . . | |
| 7b | Current quarter's sick pay . . . . . . . . . . . . . . . . . . | |
| 7c | Current quarter's adjustments for tips and group-term life insurance . . | |
| 7d | Current year's income tax withholding (attach Form 941c) . . . . . . | |
| 7e | Prior quarters' social security and Medicare taxes (attach Form 941c) . . | |
| 7f | Special additions to federal income tax (attach Form 941c)) . . . . . . | |
| 7g | Special additions to social security and Medicare (attach Form 941c) . . | |
| 7h | TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g.) . . . . . . . . . . . 7h | |

| | | |
|---|---|---|
| 8 | Total taxes after adjustments (Combine lines 6 and 7h.) . . . . . . . . . . . 8 | 28,605.75 |
| 9 | Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . . 9 | |
| 10 | Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . 10 | 28,605.75 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . 11 | 400,000.00 |
| 12 | Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . . . . . 12 | |

Follow the instructions for Form 941-V, Payment Voucher.

| | | | |
|---|---|---|---|
| 13 | Overpayment (If line 11 is more than line 10, write the difference here.) . . . | 371,394.25 | Check one [X] Apply to next return. [ ] Send a refund. |

► You **MUST** fill out both pages of this form and **SIGN** it.

**Next ►**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

Form **941** (Rev. 1-2007)

JSA
6W9640 1.000

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14  `F` `L`  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15  Check one:  ☐ Line 10 is less than $2,500. Go to Part 3.

☒ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | 0.00 |
|---|---|---|
| | Month 2 | 11,911.14 |
| | Month 3 | 16,694.61 |
| | Total liability for quarter | 28,605.75 | Total must equal line 10.

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors*, and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [                    ]

17  If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? (See the instructions for details.)

☒ Yes.  Designee's name  Marian J. Gartner

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS.  `0` `1` `0` `4` `0`

☐ No.

## Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

X **Sign your name here** ___*(signature)*___

Date  11/24/09

Print your name here  R WCUTHILL VR

Print your title here  PRESIDENT

Best daytime phone  407-644-3781 EXT 235

## Part 6: For paid preparers only (optional)

| Paid Preparer's Signature | *Marian Gartner* | | |
|---|---|---|---|
| Firm's name | Baldwin & Company, P.A. | | |
| Address | 2185 N Park Ave | EIN | 59-2294535 |
| | Winter Park, FL | ZIP code | 32789 |
| Date | 11/24/09 | Phone 407-628-2761 | SSN/PTIN P00939143 |

☐ Check if you are self-employed.

Form **941 for 2007:** Employer's QUARTERLY Federal Tax Return

990107

(Rev. January 2007)                    Department of the Treasury - Internal Revenue Service

OMB No. 1545-0029

**(EIN)**
Employer identification number    20-1833196

**Name** *(not your trade name)* Mirabilis Ventures, Inc.

**Trade name** *(if any)* _____

**Address**   c/o R.W. Cuthill, 341 N Maitland Avenue, Ste 210
     Number          Street                 Suite or room number
     Maitland, FL 32751
     City            State            ZIP code

**Report for this Quarter of 2007**
**(Check one.)**

| | |
|---|---|
| ☐ | **1:** January, February, March |
| ☐ | **2:** April, May, June |
| ☒ | **3:** July, August, September |
| ☐ | **4:** October, November, December |

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period
   including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4) . . . . . . 1     | 0 |

2  Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . 2

3  Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . 3

4  If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . . ☐ Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

| | Column 1 | | Column 2 |
|---|---|---|---|
| 5a  Taxable social security wages | | x .124 = | |
| 5b  Taxable social security tips | | x .124 = | |
| 5c  Taxable Medicare wages & tips | | x .029 = | |

5d  Total social security and Medicare taxes (*Column 2*, lines 5a + 5b + 5c = line 5d) . . . . . . . . 5d

6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . . . . 6

7  **TAX ADJUSTMENTS** (Read the instructions for line 7 before completing lines 7a through 7h.):

7a  Current quarter's fractions of cents . . . . . . . . . . . . . . . . .

7b  Current quarter's sick pay . . . . . . . . . . . . . . . . . . . .

7c  Current quarter's adjustments for tips and group-term life insurance . .

7d  Current year's income tax withholding (attach Form 941c) . . . . . .

7e  Prior quarters' social security and Medicare taxes (attach Form 941c) . .

7f  Special additions to federal income tax (attach Form 941c)) . . . . . .

7g  Special additions to social security and Medicare (attach Form 941c) . .

7h  **TOTAL ADJUSTMENTS** (Combine all amounts: lines 7a through 7g.) . . . . . . . . . . . . 7h

8  Total taxes after adjustments (Combine lines 6 and 7h.) . . . . . . . . . . . . . . 8

9  Advance earned income credit (EIC) payments made to employees . . . . . . . . . . 9

10  Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . 10

11  Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . . 11     | 371,394.25 |

12  Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . . . . . . . 12
    Follow the instructions for Form 941-V, Payment Voucher.

13  Overpayment (If line 11 is more than line 10, write the difference here.) . . . . . | 371,394.25 |   Check one   ☒ Apply to next return.
    ▶ You **MUST** fill out both pages of this form and **SIGN** it.                                              ☐ Send a refund.

**Next ▶**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

Form **941** (Rev. 1-2007)

8W9640 1.000

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14  `F` `L`  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15  Check one:  `X` Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | |
|---|---|---|
| | Month 2 | |
| | Month 3 | |
| | Total liability for quarter | | Total must equal line 10. |

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages

17  If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? (See the instructions for details.)

`X` Yes.  Designee's name  Marian J. Gartner

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS.  `0` `1` `0` `4` `0`

☐ No.

## Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

X  **Sign your name here**  *[signature]*

Print your name here  R. W. (Bill) Cuthill

Print your title here  PRESIDENT

Date  11/24/09

Best daytime phone  407-644-3781 EXT 235

## Part 6: For paid preparers only (optional)

| Paid Preparer's Signature | *[signature] Marian J. Gartner* | | |
|---|---|---|---|
| Firm's name | Baldwin & Company, P.A. | | |
| Address | 2185 N Park Ave | EIN | 59-2294535 |
| | Winter Park, FL | ZIP code | 32789 |
| Date | 11/24/09 | Phone 407-628-2761 | SSN/PTIN P00939143 |

☐ Check if you are self-employed.

THO
6W9641 1.000

Form **941** (Rev. 1-2007)

Form **941 for 2007:** Employer's QUARTERLY Federal Tax Return

990107

(Rev. January 2007)  Department of the Treasury - Internal Revenue Service

OMB No. 1545-0029

**(EIN)**
Employer identification number  20-1833196

Name *(not your trade name)* Mirabilis Ventures, Inc.

Trade name *(if any)*

Address  c/o R. W. Cuthill, 341 N Maitland Avenue, Ste 210
Number    Street                          Suite or room number
Maitland, FL  32751
City              State          ZIP code

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Report for this Quarter of 2007**
(Check one.)

- [ ] **1:** January, February, March
- [ ] **2:** April, May, June
- [ ] **3:** July, August, September
- [x] **4:** October, November, December

| Part 1: Answer these questions for this quarter. |
|---|

**1** Number of employees who received wages, tips, or other compensation for the pay period
including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4) . . . . . **1** | 0

**2** Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . **2**

**3** Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . **3**

**4** If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . . ☐ Check and go to line 6.

**5** Taxable social security and Medicare wages and tips:

|  |  | Column 1 |  | Column 2 |
|---|---|---|---|---|
| **5a** | Taxable social security wages | | x .124 = | |
| **5b** | Taxable social security tips | | x .124 = | |
| **5c** | Taxable Medicare wages & tips | | x .029 = | |

**5d** Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d) . . . . . . . . **5d**

**6** Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . . . **6**

**7** TAX ADJUSTMENTS (Read the instructions for line 7 before completing lines 7a through 7h.)

**7a** Current quarter's fractions of cents . . . . . . . . . . . . . . . . .

**7b** Current quarter's sick pay . . . . . . . . . . . . . . . . . . . .

**7c** Current quarter's adjustments for tips and group-term life insurance . .

**7d** Current year's income tax withholding (attach Form 941c) . . . . . .

**7e** Prior quarters' social security and Medicare taxes (attach Form 941c) . .

**7f** Special additions to federal income tax (attach Form 941c)) . . . . . .

**7g** Special additions to social security and Medicare (attach Form 941c) . .

**7h** TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g.) . . . . . . . . . . **7h**

**8** Total taxes after adjustments (Combine lines 6 and 7h.) . . . . . . . . . . . . . . **8**

**9** Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . **9**

**10** Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . . **10**

**11** Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . **11** | 371,394.25

**12** Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . . . . . . . . **12**
Follow the instructions for Form 941-V, Payment Voucher.

**13** Overpayment (If line 11 is more than line 10, write the difference here.) . . . | 371,394.25 | Check one ☒ Apply to next return.
▶ You MUST fill out both pages of this form and SIGN it.                                                       ☐ Send a refund.

**Next ▶**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

Form **941** (Rev. 1-2007)

JSA
5W9640 1.000

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14 | F | L | Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15 Check one: | X | Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | |
| | Month 2 | |
| | Month 3 | |
| | Total liability for quarter | | Total must equal line 10. |

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages |            |

17 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? (See the instructions for details.)

| X | Yes. | Designee's name | Marian J. Gartner |

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS. | 0 | 1 | 0 | 4 | 0 |

☐ No.

## Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**X** Sign your name here _(signature)_

Date 11/24/09

Print your name here B W Cuthill Jr
Print your title here President
Best daytime phone 407 644 3781 x 235

## Part 6: For paid preparers only (optional)

Paid Preparer's Signature _Marian Gartner_

Firm's name Baldwin & Company, P.A.

Address 2185 N Park Ave

Winter Park, FL

EIN 59-2294535
ZIP code 32789

Date 11/24/09  Phone 407-628-2761  SSN/PTIN P00939143

☐ Check if you are self-employed.

THO
6W9641 1.000

Form **941** (Rev. 1-2007)

Form **941 for 2008:** **Employer's QUARTERLY Federal Tax Return**                    950108

(Rev. January 2008)                    Department of the Treasury - Internal Revenue Service                    OMB No. 1545-0029

**(EIN)**
Employer identification number  20-1833196

Name *(not your trade name)* Mirabilis Ventures, Inc.

Trade name *(if any)*

Address  c/o R. W. Cuthill, 341 N Maitland Avenue, Ste 210
       Number      Street                        Suite or room number
       Maitland, FL  32751
       City                      State              ZIP code

**Report for this Quarter of 2008**
(Check one.)

[X] **1:** January, February, March

[ ] **2:** April, May, June

[ ] **3:** July, August, September

[ ] **4:** October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1 Number of employees who received wages, tips, or other compensation for the pay period
   including: *Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4)* . . . . . . 1 | 0

2 Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . . . . 2

3 Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . 3

4 If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . . [ ] Check and go to line 6.

5 Taxable social security and Medicare wages and tips:

                          Column 1                         Column 2

   5a Taxable social security wages | | x .124 = |

   5b Taxable social security tips | | x .124 = |

   5c Taxable Medicare wages & tips | | x .029 = |

   5d Total social security and Medicare taxes *(Column 2, lines 5a + 5b + 5c = line 5d)* . . . . . . . . 5d

6 Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . . . 6

7 TAX ADJUSTMENTS (read the instructions for line 7 before completing lines 7a through 7g):

   7a Current quarter's fractions of cents . . . . . . . . . . . . . . . .

   7b Current quarter's sick pay . . . . . . . . . . . . . . . . . . .

   7c Current quarter's adjustments for tips and group-term life insurance . .

   7d Current year's income tax withholding (attach Form 941c) . . . . .

   7e Prior quarters' social security and Medicare taxes (attach Form 941c) . .

   7f Special additions to federal income tax (attach Form 941c) . . . . . .

   7g Special additions to social security and Medicare (attach Form 941c) . .

   7h TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g) . . . . . . . . . . . . . 7h

8 Total taxes after adjustments (Combine lines 6 and 7h) . . . . . . . . . . . . . 8

9 Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . . . 9

10 Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . . . . . 10

11 Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . . 11 | 371,394.25

12 Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . . . . . . . . . . 12
   For information on how to pay, see the instructions.

13 Overpayment (If line 11 is more than line 10, write the difference here.) . . . . | 371,394.25 | Check one [X] Apply to next return.
                                                               [ ] Send a refund.
► You MUST fill out both pages of this form and SIGN it.

                                                                 **Next ►**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

                                                                 Form **941** (Rev. 1-2008)

JSA
7W9640 1.000

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14  ☐ F  ☐ L  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15  Check one:  ☒  Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | |
|---|---|---|
| | Month 2 | |
| | Month 3 | |
| | Total liability for quarter | | Total must equal line 10. |

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors*, and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages

17  If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☒ Yes.  Designee's name and phone number  | Marian J. Gartner | 407-628-2761 |

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS.  | 0 | 1 | 0 | 4 | 0 |

☐ No.

## Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**X**  Sign your name here  *[signature]*

Print your name here  R. W. (Bill) Cuthill

Print your title here  *President*

Date  11/24/09

Best daytime phone  407-644-3781 x 235

## Part 6: For paid preparers only (optional)

Paid Preparer's Signature  *[signature]*

Firm's name (or yours if self-employed)  Baldwin & Company, P.A.

Address  2185 N Park Ave  | EIN | 59-2294535 |

Winter Park, FL  | ZIP code | 32789 |

Date  11/24/09  Phone  407-628-2761  | SSN/PTIN | P00939143 |

☐ Check if you are self-employed.

JSA
7W9641 1.000

Form **941** (Rev. 1-2008)

Form **941 for 2008:** **Employer's QUARTERLY Federal Tax Return**   950108

(Rev. January 2008)       Department of the Treasury - Internal Revenue Service       OMB No. 1545-0029

**(EIN)**
**Employer identification number** 20-1833196

**Name** *(not your trade name)* Mirabilis Ventures, Inc.

**Trade name** *(if any)*

**Address** c/o R. W. Cuthill, 341 N Maitland Avenue, Ste 210
　　　　　Number　　　Street　　　　　　　　　　Suite or room number
　　　　　Maitland, FL  32751
　　　　　City　　　　　　　　State　　　　　ZIP code

**Report for this Quarter of 2008**
**(Check one.)**

| | |
|---|---|
| ☐ | **1:** January, February, March |
| ☒ | **2:** April, May, June |
| ☐ | **3:** July, August, September |
| ☐ | **4:** October, November, December |

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1　Number of employees who received wages, tips, or other compensation for the pay period
　including: *Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4)* . . . . . . 1 | 0

2　Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . 2

3　Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . 3

4　If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . . . ☐ Check and go to line 6.

5　Taxable social security and Medicare wages and tips:

|   |   | Column 1 |   | Column 2 |
|---|---|---|---|---|
| **5a** | Taxable social security wages | | x .124 = | |
| **5b** | Taxable social security tips | | x .124 = | |
| **5c** | Taxable Medicare wages & tips | | x .029 = | |

5d　Total social security and Medicare taxes *(Column 2, lines 5a + 5b + 5c = line 5d)* . . . . . . . 5d

6　Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . . . 6

7　TAX ADJUSTMENTS  (read the instructions for line 7 before completing lines 7a through 7g):

7a　Current quarter's fractions of cents . . . . . . . . . . . . . . . . . . .

7b　Current quarter's sick pay . . . . . . . . . . . . . . . . . . . . . .

7c　Current quarter's adjustments for tips and group-term life insurance . . . . . . .

7d　Current year's income tax withholding (attach Form 941c) . . . . . . .

7e　Prior quarters' social security and Medicare taxes (attach Form 941c) . . .

7f　Special additions to federal income tax (attach Form 941c) . . . . . .

7g　Special additions to social security and Medicare (attach Form 941c) . .

7h　TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g) . . . . . . . . . . . . 7h

8　Total taxes after adjustments (Combine lines 6 and 7h). . . . . . . . . . . . . 8

9　Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . 9

10　Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . . . . . 10

11　Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . 11 | 371,394.25

12　Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . . . . . . . . . . 12
　For information on how to pay, see the instructions.

13　Overpayment (If line 11 is more than line 10, write the difference here.) . . . . | 371,394.25 | Check one ☒ Apply to next return.
▶　You MUST fill out both pages of this form and SIGN it. | | ☐ Send a refund.

**Next ▶**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

Form **941** (Rev. 1-2008)

JSA
7W9640 1.000

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E)*, section 11.

14  [F] [L]  Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15  Check one: [X]  Line 10 is less than $2,500. Go to Part 3.

☐ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

Tax liability:  Month 1 [                    ]

Month 2 [                    ]

Month 3 [                    ]

Total liability for quarter [                    ]  Total must equal line 10.

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors*, and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

16  If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages [                    ].

17  If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

[X] Yes.  Designee's name and phone number [ Marian J. Gartner ]  [ 407-628-2761 ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS.  [0] [1] [0] [4] [0]

☐ No.

## Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**X** Sign your name here  [ *signature* ]

Print your name here [ R. W. (Bill) Cuthill ]

Print your title here [ President ]

Date [ 11/24/09 ]

Best daytime phone [ 407-644-3781 x 235 ]

## Part 6: For paid preparers only (optional)

Paid Preparer's Signature [ *Marian J Gartner* ]

Firm's name (or yours if self-employed) [ Baldwin & Company, P.A. ]

Address [ 2185 N Park Ave ]  EIN [ 59-2294535 ]

[ Winter Park, FL ]  ZIP code [ 32789 ]

Date [ 11/24/09 ]  Phone [ 407-628-2761 ]  SSN/PTIN [ P00939143 ]

☐ Check if you are self-employed.

Form **941 for 2008:** **Employer's QUARTERLY Federal Tax Return**

(Rev. January 2008)      Department of the Treasury - Internal Revenue Service

950108

OMB No. 1545-0029

**(EIN)**
Employer identification number 20-1833196

Name *(not your trade name)* Mirabilis Ventures, Inc.

Trade name *(if any)*

Address c/o R. W. Cuthill, 341 N Maitland Avenue, Ste 210

     Number      Street          Suite or room number

     Maitland, FL 32751

     City          State          ZIP code

**Report for this Quarter of 2008**
(Check one.)

- [ ] **1:** January, February, March
- [ ] **2:** April, May, June
- [x] **3:** July, August, September
- [ ] **4:** October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

| | | |
|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4) . . . . . . 1 | 1 |
| 2 | Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . . 2 | 97,562.75 |
| 3 | Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . . . . . 3 | 24,919.86 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . . | Check and go to line 6. |

5 Taxable social security and Medicare wages and tips:

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| 5a | Taxable social security wages | 97,562.75 | x .124 = | 12,097.78 |
| 5b | Taxable social security tips | | x .124 = | |
| 5c | Taxable Medicare wages & tips | 97,562.75 | x .029 = | 2,829.32 |

| | | |
|---|---|---|
| 5d | Total social security and Medicare taxes *(Column 2, lines 5a + 5b + 5c = line 5d)* . . . . . . . . 5d | 14,927.10 |
| 6 | Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . . . . 6 | 39,846.96 |

7 **TAX ADJUSTMENTS** *(read the instructions for line 7 before completing lines 7a through 7g)*:

| | | |
|---|---|---|
| 7a | Current quarter's fractions of cents . . . . . . . . . . . . . . . . . | |
| 7b | Current quarter's sick pay . . . . . . . . . . . . . . . . . . . . | |
| 7c | Current quarter's adjustments for tips and group-term life insurance . . | |
| 7d | Current year's income tax withholding (attach Form 941c) . . . . . . | |
| 7e | Prior quarters' social security and Medicare taxes (attach Form 941c) . . | |
| 7f | Special additions to federal income tax (attach Form 941c) . . . . . | |
| 7g | Special additions to social security and Medicare (attach Form 941c) . . | |
| 7h | **TOTAL ADJUSTMENTS** (Combine all amounts: lines 7a through 7g) . . . . . . . . . . . . . 7h | |

| | | |
|---|---|---|
| 8 | Total taxes after adjustments (Combine lines 6 and 7h). . . . . . . . . . . 8 | 39,846.96 |
| 9 | Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . . 9 | |
| 10 | Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . . . 10 | 39,846.96 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . 11 | 371,394.25 |
| 12 | Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . . . . . . . . . 12 | |

For information on how to pay, see the instructions.

| | | | |
|---|---|---|---|
| 13 | Overpayment (If line 11 is more than line 10, write the difference here.) . . . . | 331,547.29 | Check one [x] Apply to next return. / [ ] Send a refund. |

▶ You **MUST** fill out both pages of this form and **SIGN** it.

**Next** ▶

**For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.**

JSA
7W9640 1.000

Form **941** (Rev. 1-2008)

950208

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E),* section 11.

14 `F` `L` Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

15 Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☒ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | |
|---|---|---|
| | Month 2 | 36,174.81 |
| | Month 3 | 3,672.15 |
| | Total liability for quarter | 39,846.96 | Total must equal line 10. |

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

16 If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages _____ .

17 If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☒ Yes. Designee's name and phone number `Marian J. Gartner` `407-628-2761`

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS. `0` `1` `0` `4` `0`

☐ No.

**Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

X Sign your name here *(signature)*

Print your name here `R. W. (Bill) Cuthill`
Print your title here `PRESIDENT`

Date `11/24/09`

Best daytime phone `407-644-3781 EXT 235`

**Part 6: For paid preparers only (optional)**

Paid Preparer's Signature *(signature)* `Marian J Gartner`

Firm's name (or yours if self-employed) `Baldwin & Company, P.A.`

Address `2185 N Park Ave` EIN `59-2294535`

`Winter Park, FL` ZIP code `32789`

Date `11/24/09` Phone `407-628-2761` SSN/PTIN `P00939143`

☐ Check if you are self-employed.

Page **2**
JSA
7W9641 1.000

Form **941** (Rev. 1-2008)

Form **941** for 2008:  **Employer's QUARTERLY Federal Tax Return**

(Rev. January 2008)  Department of the Treasury - Internal Revenue Service

950108

OMB No. 1545-0029

**(EIN)**
Employer identification number  20-1833196

Name (not your trade name) Mirabilis Ventures, Inc.

Trade name (if any)

Address c/o R. W. Cuthill, 341 N Maitland Avenue, Ste 210
Number          Street                                  Suite or room number
Maitland, FL  32751
City                              State                  ZIP code

Report for this Quarter of 2008
(Check one.)

☐ **1:** January, February, March

☐ **2:** April, May, June

☐ **3:** July, August, September

☒ **4:** October, November, December

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Answer these questions for this quarter.**

1  Number of employees who received wages, tips, or other compensation for the pay period
including: *Mar. 12* (Quarter 1), *June 12* (Quarter 2), *Sept. 12* (Quarter 3), *Dec. 12* (Quarter 4) . . . . . . **1**  |  1

2  Wages, tips, and other compensation . . . . . . . . . . . . . . . . . . . . . . **2**  |  65,887.50

3  Total income tax withheld from wages, tips, and other compensation . . . . . . . . . . . **3**  |  15,313.24

4  If no wages, tips, and other compensation are subject to social security or Medicare tax . . . . . . . . ☐ Check and go to line 6.

5  Taxable social security and Medicare wages and tips:

|  | Column 1 |  | Column 2 |
|---|---|---|---|
| 5a  Taxable social security wages | 4,437.25 | x .124 = | 550.22 |
| 5b  Taxable social security tips |  | x .124 = |  |
| 5c  Taxable Medicare wages & tips | 65,887.50 | x .029 = | 1,910.74 |

5d  Total social security and Medicare taxes *(Column 2,* lines 5a + 5b + 5c = line 5d) . . . . . . . . **5d**  |  2,460.96

6  Total taxes before adjustments (lines 3 + 5d = line 6) . . . . . . . . . . . . . **6**  |  17,774.20

7  TAX ADJUSTMENTS (read the instructions for line 7 before completing lines 7a through 7g):

7a  Current quarter's fractions of cents . . . . . . . . . . . . . . . . . . . .

7b  Current quarter's sick pay . . . . . . . . . . . . . . . . . . . . . . . .

7c  Current quarter's adjustments for tips and group-term life insurance . . .

7d  Current year's income tax withholding (attach Form 941c) . . . . . . . .

7e  Prior quarters' social security and Medicare taxes (attach Form 941c) . .

7f  Special additions to federal income tax (attach Form 941c) . . . . . . .

7g  Special additions to social security and Medicare (attach Form 941c) . .

7h  TOTAL ADJUSTMENTS (Combine all amounts: lines 7a through 7g) . . . . . . . . . . . . **7h**  |

8  Total taxes after adjustments (Combine lines 6 and 7h) . . . . . . . . . . . **8**  |  17,774.20

9  Advance earned income credit (EIC) payments made to employees . . . . . . . . . . . . . . . **9**  |

10  Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) . . . . . . . . . . . . . **10**  |  17,774.20

11  Total deposits for this quarter, including overpayment applied from a prior quarter . . . . . . . . **11**  |  331,547.29

12  Balance due (If line 10 is more than line 11, write the difference here.) . . . . . . . . . . . . . **12**  |
For information on how to pay, see the instructions.

13  Overpayment (If line 11 is more than line 10, write the difference here.) . . . .  |  313,773.09  |  Check one  ☒ Apply to next return.
▶  You MUST fill out both pages of this form and SIGN it.  ☐ Send a refund.

**Next ▶**

For Privacy Act and Paperwork Reduction Act Notice, see the back of the Payment Voucher.

Form **941** (Rev. 1-2008)

JSA
7W9640 1.000

| Name *(not your trade name)* | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see *Pub. 15 (Circular E),* section 11.

**14** `F` `L` Write the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in *multiple* states.

**15** Check one: ☐ Line 10 is less than $2,500. Go to Part 3.

☒ You were a monthly schedule depositor for the entire quarter. Fill out your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | 4,332.11 |
|---|---|---|
| | Month 2 | 7,317.88 |
| | Month 3 | 6,124.21 |
| | Total liability for quarter | 17,774.20 | Total must equal line 10.

☐ You were a semiweekly schedule depositor for any part of this quarter. Fill out *Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors,* and attach it to this form.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

**16** If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . ☐ Check here, and

enter the final date you paid wages _____

**17** If you are a seasonal employer and you do not have to file a return for every quarter of the year . . . . . . . . . ☐ Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

☒ Yes. Designee's name and phone number `Marian J. Gartner` `407-628-2761`

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS. `0` `1` `0` `4` `0`

☐ No.

## Part 5: Sign here. You MUST fill out both pages of this form and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

**X Sign your name here** _[signature]_

Print your name here `R. W. (Bill) Cuthill`
Print your title here `President`

Date `11/24/09`

Best daytime phone `407 644 3781 x 235`

## Part 6: For paid preparers only (optional)

| Paid Preparer's Signature | _[signature]_ | | |
|---|---|---|---|
| Firm's name (or yours if self-employed) | Baldwin & Company, P.A. | | |
| Address | 2185 N Park Ave | EIN | 59-2294535 |
| | Winter Park, FL | ZIP code | 32789 |
| Date | 11/24/09 | Phone 407-628-2761 | SSN/PTIN P00939143 |

☐ Check if you are self-employed.

Form **941** (Rev. 1-2008)

Form **941 for 2009:** Employer's QUARTERLY Federal Tax Return

(Rev. April 2009)      Department of the Treasury — Internal Revenue Service

970109

OMB No. 1545-0029

| (EIN) Employer Identification number | 20-1833196 |
|---|---|

**Report for this Quarter of 2009** (Check one.)

- [X] **1:** January, February, March
- [ ] **2:** April, May, June
- [ ] **3:** July, August, September
- [ ] **4:** October, November, December

**Name** *(not your trade name)*    Mirabilis Ventures, Inc.

**Trade name** *(if any)*

**Address**    341 N Maitland Avenue, #210

         Maitland          FL   32751

**Part 1: Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) ..... | 1 | 1 |
| 2 | Wages, tips, and other compensation ................ | 2 | 75137.50 |
| 3 | Income tax withheld from wages, tips, and other compensation .................... | 3 | 18275.23 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax .... | | ☐ Check and go to line 6. |

5   Taxable social security and Medicare wages and tips:

| | | Column 1 | | Column 2 |
|---|---|---|---|---|
| **5a** | Taxable social security wages ..... | 75137.50 | x .124 = | 9317.05 |
| **5b** | Taxable social security tips ..... | | x .124 = | |
| **5c** | Taxable Medicare wages & tips .... | 75137.50 | x .029 = | 2178.99 |

| | | | |
|---|---|---|---|
| **5d** | Total social security and Medicare taxes (Column 2, lines 5a + 5b + 5c = line 5d)........... | **5d** | 11496.04 |
| 6 | Total taxes before adjustments (lines 3 + 5d = line 6) ................................ | 6 | 29771.27 |

7   CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment. See the instructions.

| | | | |
|---|---|---|---|
| **7a** | Current quarter's fractions of cents ......................... | | |
| **7b** | Current quarter's sick pay ............................ | | |
| **7c** | Current quarter's adjustments for tips and group-term life insurance | | |
| **7d** | TOTAL ADJUSTMENTS. Combine all amounts on lines 7a through 7c................. | **7d** | |
| 8 | Total taxes after adjustments. Combine lines 6 and 7d................. | 8 | 29771.27 |
| 9 | Advance earned income credit (EIC) payments made to employees ................. | 9 | |
| 10 | Total taxes after adjustment for advance EIC (line 8 - line 9 = line 10) .................. | 10 | 29771.27 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X ............................................. | | 313773.09 |
| **12a** | COBRA premium assistance payments (see instructions) ............. | | |
| **12b** | Number of individuals provided COBRA premium assistance reported on line 12a ............... | | |
| 13 | Add lines 11 and 12a ................................ | 13 | 313773.09 |
| 14 | Balance due. If line 10 is more than line 13, enter the difference here .................... For information on how to pay, see the instructions. | 14 | |
| 15 | Overpayment. If line 13 is more than line 10, enter the difference here ...... | | 284001.82   Check one   [X] Apply to next return.   ☐ Send a refund. |

Next ▶

▶ You MUST complete both pages of Form 941 and SIGN it.

**For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher.**    DAA

Form **941** (Rev. 4-2009)

970209

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

## Part 2: Tell us about your deposit schedule and tax liability for this quarter.

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16 [ FL ] Enter the state abbreviation for the state where you made your deposits    OR write "MU" if you made your deposits in multiple states.

17 Check one:

     [ ] Line 10 is less than $2,500. Go to Part 3.

     [X] You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | 5528.38 |
|---|---|---|
| | Month 2 | 7735.93 |
| | Month 3 | 16506.96 |
| | Total liability for quarter | 29771.27 | Total must equal line 10.

     [ ] You were a semiweekly schedule depositor for any part of this quarter.    Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

## Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.

18 If your business has closed or you stopped paying wages .................................... [ ] Check here, and

     enter the final date you paid wages [      ] .

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year ......... [ ] Check here.

## Part 4: May we speak with your third-party designee?

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS?    See instructions for details.

[X] Yes. Designee's name and phone number    | Marian J. Gartner |    | 407-628-2761 |

     Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. | 01040 |

[ ] No.

## Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Sign your name here

Date | 11/24/09 |

Print your name here | R W (Bill) Cuthill |

Print your title here | *PRESIDENT* |

Best daytime phone | 407-644-3781 EXT 235 |

---

| Paid preparer's use only | Check if you are self-employed .......... [ ] |
|---|---|
| Preparer's name | Marian J. Gartner | Preparer's SSN/PTIN | P00939143 |
| Preparer's signature | *Marian J. Gartner* | Date | 11/24/09 |
| Firm's name (or yours if self-employed) | Baldwin & Company, PA | EIN | 59-2294535 |
| Address | 2185 N Park Ave Ste 3 | Phone | 407-628-2761 |
| City | Winter Park | State | FL | ZIP code | 32789-2353 |

DAA

Form **941 for 2009:** Employer's QUARTERLY Federal Tax Return
(Rev. April 2009)          Department of the Treasury — Internal Revenue Service

970109

OMB No. 1545-0029

**(EIN)**
Employer identification number   20-1833196

**Name** (not your trade name)   Mirabilis Ventures, Inc.

**Trade name** (if any)

**Address**   341 N Maitland Avenue, #210

Maitland          FL   32751

**Report for this Quarter of 2009** (Check one)

☐ **1:** January, February, March

☒ **2:** April, May, June

☐ **3:** July, August, September

☐ **4:** October, November, December

**Part 1: Answer these questions for this quarter.**

| | | | |
|---|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) ..... | **1** | 1 |
| 2 | Wages, tips, and other compensation | **2** | 96900.00 |
| 3 | Income tax withheld from wages, tips, and other compensation ...................... | **3** | 25188.48 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax .... | | ☐ Check and go to line 6. |
| 5 | Taxable social security and Medicare wages and tips: | | |

|  | Column 1 | | Column 2 |
|---|---|---|---|
| **5a** Taxable social security wages ..... | 31662.50 | x .124 = | 3926.15 |
| **5b** Taxable social security tips ..... | | x .124 = | |
| **5c** Taxable Medicare wages & tips ..... | 96900.00 | x .029 = | 2810.10 |

| | | | |
|---|---|---|---|
| | **5d** Total social security and Medicare taxes   (Column 2, lines 5a + 5b + 5c = line 5d) .......... | **5d** | 6736.25 |
| 6 | Total taxes before adjustments   (lines 3 + 5d = line 6) ........................ | **6** | 31924.73 |
| 7 | CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment. See the instructions. | | |
| | **7a** Current quarter's fractions of cents ......................... | | |
| | **7b** Current quarter's sick pay ................................ | | |
| | **7c** Current quarter's adjustments for tips and group-term life insurance | | |
| | **7d** TOTAL ADJUSTMENTS.  Combine all amounts on lines 7a through 7c................. | **7d** | |
| 8 | Total taxes after adjustments.  Combine lines 6 and 7d........................ | **8** | 31924.73 |
| 9 | Advance earned income credit (EIC) payments made to employees ................... | **9** | |
| 10 | Total taxes after adjustment for advance EIC   (line 8 - line 9 = line 10) ................. | **10** | 31924.73 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X ............................................. | | 284001.82 |
| 12a | COBRA premium assistance payments  (see instructions) ............. | | |
| 12b | Number of individuals provided COBRA premium assistance reported on line 12a ............. | | |
| 13 | Add lines 11 and 12a ............................................. | **13** | 284001.82 |
| 14 | Balance due. If line 10 is more than line 13, enter the difference here ................... For information on how to pay, see the instructions. | **14** | |
| 15 | Overpayment. If line 13 is more than line 10, enter the difference here ..... | 252077.09 | Check one  ☒ Apply to next return.  ☐ Send a refund. |

▶ You **MUST** complete both pages of Form 941 and **SIGN** it.                          Next ▶

**For Privacy Act and Paperwork Reduction Act Notice, see the Payment Voucher.**   DAA          Form **941** (Rev. 4-2009)

970209

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

**16** [ FL ] Enter the state abbreviation for the state where you made your deposits    OR write "MU" if you made your deposits in multiple states.

**17** Check one:    [ ] Line 10 is less than $2,500. Go to Part 3.

     [X] You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

| Tax liability: | Month 1 | 13448.51 |
|---|---|---|
| | Month 2 | 8726.46 |
| | Month 3 | 9749.76 |
| | Total liability for quarter | 31924.73 | Total must equal line 10.

     [ ] You were a semiweekly schedule depositor for any part of this quarter.    Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

**18** If your business has closed or you stopped paying wages . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Check here, and

enter the final date you paid wages   [    ]

**19** If you are a seasonal employer and you do not have to file a return for every quarter of the year   . . . . . . .   [ ] Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS?    See instructions for details.

[X] Yes. Designee's name and phone number   [ Marian J. Gartner ]   [ 407-628-2761 ]

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS.   [ 01040 ]

[ ] No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Sign your name here   [ *signature* ]

Print your name here   [ R W (Bill) Cuthill ]

Print your title here   [ *President* ]

Date   [ 11/24/09 ]    Best daytime phone   [ 407 644 3781 x 235 ]

---

**Paid preparer's use only**      Check if you are self-employed . . . . . . . . . [ ]

| Preparer's name | Marian J. Gartner | Preparer's SSN/PTIN | P00939143 |
|---|---|---|---|
| Preparer's signature | *Marian Gartner* | Date | 11/24/09 |
| Firm's name (or yours if self-employed) | Baldwin & Company, PA | EIN | 59-2294535 |
| Address | 2185 N Park Ave Ste 3 | Phone | 407-628-2761 |
| City | Winter Park | State [ FL ]   ZIP code | 32789-2353 |

DAA

970109

OMB No. 1545-0029

**(EIN)**
Employer identification number      20-1833196

**Name** *(not your trade name)*      Mirabilis Ventures, Inc.

**Trade name** *(if any)*

**Address**      341 N Maitland Avenue, #210

Maitland            FL  32751

**Report for this Quarter of 2009** (Check one.)

- [ ] **1:** January, February, March
- [ ] **2:** April, May, June
- [X] **3:** July, August, September
- [ ] **4:** October, November, December

**Part 1: Answer these questions for this quarter.**

| | | |
|---|---|---|
| 1 | Number of employees who received wages, tips, or other compensation for the pay period including: Mar. 12 (Quarter 1), June 12 (Quarter 2), Sept. 12 (Quarter 3), Dec. 12 (Quarter 4) ..... **1** | 1 |
| 2 | Wages, tips, and other compensation ................................ **2** | 66400.00 |
| 3 | Income tax withheld from wages, tips, and other compensation .................. **3** | 15665.31 |
| 4 | If no wages, tips, and other compensation are subject to social security or Medicare tax .... [ ] Check and go to line 6. | |
| 5 | Taxable social security and Medicare wages and tips: | |

| | Column 1 | | Column 2 |
|---|---|---|---|
| **5a** Taxable social security wages ..... | | x .124 = | |
| **5b** Taxable social security tips ..... | | x .124 = | |
| **5c** Taxable Medicare wages & tips .... | 66400.00 | x .029 = | 1925.60 |

| | | |
|---|---|---|
| **5d** Total social security and Medicare taxes   (Column 2, lines 5a + 5b + 5c = line 5d) .......... **5d** | | 1925.60 |
| 6 | Total taxes before adjustments   (lines 3 + 5d = line 6) ........................... **6** | 17590.91 |
| 7 | CURRENT QUARTER'S ADJUSTMENTS, for example, a fractions of cents adjustment. See the instructions. | |
| | **7a** Current quarter's fractions of cents ........................... | |
| | **7b** Current quarter's sick pay ................................ | |
| | **7c** Current quarter's adjustments for tips and group-term life insurance | |
| | **7d** TOTAL ADJUSTMENTS.  Combine all amounts on lines 7a through 7c.................. **7d** | |
| 8 | Total taxes after adjustments.  Combine lines 6 and 7d........................ **8** | 17590.91 |
| 9 | Advance earned income credit (EIC) payments made to employees ................. **9** | |
| 10 | Total taxes after adjustment for advance EIC   (line 8 - line 9 = line 10) ............... **10** | 17590.91 |
| 11 | Total deposits for this quarter, including overpayment applied from a prior quarter and overpayment applied from Form 941-X or Form 944-X ................................ | 252077.09 |
| 12a | COBRA premium assistance payments  (see instructions) ............ | |
| 12b | Number of individuals provided COBRA premium assistance reported on line 12a ............. | |
| 13 | Add lines 11 and 12a ................................. **13** | 252077.09 |
| 14 | Balance due. If line 10 is more than line 13, enter the difference here ................. **14** For information on how to pay, see the instructions. | |
| 15 | Overpayment.  If line 13 is more than line 10, enter the difference here ...... | 234486.18 |

Check one  [X] Apply to next return.
         [ ] Send a refund.

▶ You **MUST** complete both pages of Form 941 and **SIGN** it.

Next ▶

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

**Part 2: Tell us about your deposit schedule and tax liability for this quarter.**

If you are unsure about whether you are a monthly schedule depositor or a semiweekly schedule depositor, see Pub. 15 (Circular E), section 11.

16 **FL** Enter the state abbreviation for the state where you made your deposits OR write "MU" if you made your deposits in multiple states.

17 Check one:

☐ Line 10 is less than $2,500. Go to Part 3.

☒ You were a monthly schedule depositor for the entire quarter. Enter your tax liability for each month. Then go to Part 3.

Tax liability:

| Month 1 | 5599.93 |
|---|---|
| Month 2 | 10356.16 |
| Month 3 | 1634.82 |
| Total liability for quarter | 17590.91 | Total must equal line 10.

☐ You were a semiweekly schedule depositor for any part of this quarter. Complete Schedule B (Form 941): Report of Tax Liability for Semiweekly Schedule Depositors, and attach it to Form 941.

**Part 3: Tell us about your business. If a question does NOT apply to your business, leave it blank.**

18 If your business has closed or you stopped paying wages .................................................... ☐ Check here, and

enter the final date you paid wages [            ]

19 If you are a seasonal employer and you do not have to file a return for every quarter of the year ......... ☐ Check here.

**Part 4: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See instructions for details.

☒ Yes. Designee's name and phone number | Marian J. Gartner | 407-628-2761

Select a 5-digit Personal Identification Number (PIN) to use when talking to the IRS. | 01040

☐ No.

**Part 5: Sign here. You MUST complete both pages of Form 941 and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Sign your name here

Print your name here | R W (Bill) Cuthill

Print your title here | President

Date | 11/24/09

Best daytime phone | 407 644 3781 x 235

| Paid preparer's use only | | Check if you are self-employed .......... ☐ |
|---|---|---|
| Preparer's name | Marian J. Gartner | Preparer's SSN/PTIN | P00939143 |
| Preparer's signature | Marian Gartner | Date | 11/24/09 |
| Firm's name (or yours if self-employed) | Baldwin & Company, PA | EIN | 59-2294535 |
| Address | 2185 N Park Ave Ste 3 | Phone | 407-628-2761 |
| City | Winter Park | State | FL | ZIP code | 32789-2353 |

DAA