**Mariane Dorris**

**From:** Ide, Carol Koehler (TAX) [Carol.Koehler.Ide@usdoj.gov]
**Sent:** Friday, June 04, 2010 2:01 PM
**To:** Mariane Dorris
**Cc:** R. Scott Shuker; kbocox@kpmg.com; Kar Neera P; Lortie John T; R W Cuthill Jr
**Subject:** RE: Mirabilis Ventures, Inc. -- $400,000 payment issue

Mariane:

This responds to the questions you raised in yesterday's e-mail:

In February 2010 IRS Insolvency Specialist Sherrill Summers reviewed the Mirabilis Forms 941 Mr. Cuthill submitted in December 2009 (beginning with the first quarter 2007, or "200703") in connection with preparing an administrative claim for post-petition taxes. (Recall that the debtor was improperly treating Mr. Cuthill, its president, as an independent contractor and, in connection with the confirmation process, we all agreed that that needed to be corrected to comply with 26 USC 3121(d).)

At that time she discovered that the claimed $400,000 "credit" on the Mirabilis Form 941 for 200703 never should have been moved there from the Mirabilis Form 1120 account for 2005 – where it originally was applied and ultimately generated a refund to the debtor. Treas. Reg. 301.6402-3(a)(6) requires that such "credits" or "overpayments" be applied to older debts before being applied to newer debts. Consequently, as the movement of the $400,000 from the Form 1120 account to the Form 941 account created a balance due on the older Form 1120 account, the funds should not count as a credit on the Form 941 accounts and should, actually, be returned/reapplied to the Form 1120 account. (We alerted you to the set off issue in our March 9, 2010 e-mail.) Ms. Summers drafted a new administrative claim (although she wanted to wait to file the claim until she checked on Mirabilis' submissions to the state Bureau of Unemployment Compensation) on that basis. IRS Counsel attorney John Lortie and I concurred that the funds should have stayed on the Form 1120 account for 2005.

On March 11 we confirmed with IRS SA Richard Smith that the $400,000 check dated May 14, 2007 was provided to CID by Mr. Amodeo and had written on it: "Voluntary Payment: Mirabilis Ventures AEM, Inc. April 2007"; and that SA Smith sent the check to Revenue Officer Bryan Morris for deposit. According to RO Morris, the only outstanding balance at the time was Mirabilis' 1120 – not AEM's Form 941 or 944 liability -- so he applied the funds there.

**EXHIBIT "E"**

After checking with the U.S. Attorney's office to make sure returning the funds to the Form 1120 account was not a problem for the criminal prosecution or the forfeiture (neither Randy Gold nor Anita Cream had an opinion one way or the other), on March 16, 2010 Mr. Lortie and I advised Ms. Summers that we had no objection to her returning the funds to the original account.

Now that the Form 1120 NOL issue is resolved, the Service will recompute the 2005 liability and determine the amount of that year's overpayment, taking into account that the $400,000 has been returned to that year's account.

I understand your frustration about this issue, after the notices about the credit balance and Mr. Cuthill's conversations with Ms. Yip (who properly advised him to file Mirabilis' delinquent returns but, as I understand it, made no promises about refunding any money – nor did she have authority to do so), but the fact remains that the $400,000 never should have been moved from the Form 1120 account in the first place and properly was applied (and returned) there in accordance with Sec. 6402.


Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963

---

**From:** Mariane Dorris [mailto:MDorris@lseblaw.com]
**Sent:** Thursday, June 03, 2010 9:54 AM
**To:** Ide, Carol Koehler (TAX); R. Scott Shuker
**Cc:** kbocox@kpmg.com; Kar Neera P; Lortie John T; R W Cuthill Jr
**Subject:** RE: Mirabilis Ventures, Inc. -- $400,000 payment issue

Carol:
Although we appreciate your letter(s) regarding the $400,000 payment issue, we still have no more answers and even more questions. Could you please identify: (i) the person(s) who authorized the change and/or made the change from 941 to 1120 for the $400K payment in April 2010; (ii) what

6/11/2010

reason was given for the change and by whom; and (iii) what legal authority supports the change.

Thank you for your assistance with this matter.

Ms. Mariane L. Dorris
**Latham, Shuker, Eden & Beaudine, LLP.**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849
www.lseblaw.com

 Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE. THANK YOU.

---

**From:** Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
**Sent:** Wednesday, June 02, 2010 5:18 PM
**To:** Mariane Dorris; R. Scott Shuker
**Cc:** kbocox@kpmg.com; Kar Neera P; Lortie John T; R W Cuthill Jr
**Subject:** Mirabilis Ventures, Inc. -- $400,000 payment issue

Mariane and Scott:

Our Revenue Agent received an e-mail from Mr. Bocox about the $400,000 payment issue today. If he has any questions beyond what we answered in our May 21 letter to you (attached – although TINs are not excised), please contact me. (The RA has nothing to do with tracing payments.) Thanks.

Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963

6/11/2010

# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the    MIDDLE
District of    FLORIDA

**In the Matter of:**  MIRABILIS VENTURES, INC
% R W CUTHILL JR, PRESIDENT
341 N MAITLAND AVE STE 210
MAITLAND, FL 32751

Fiduciary:    *Amendment No. 3 to Request for Payment Dated 05/21/2009*

| Case Number |
|---|
| 6:08-BK-04327-KSJ |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 05/27/2008 |

| Creditor Number |
|---|
| 14602433 |

1. The undersigned, whose business address is  400 W Bay Street, Suite 35045 M/S 5720  Jacksonville, FL 32202  , is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX3196 | 1 WT-FICA | 09/30/2008 | $39,846.96 | $2,465.00 | $18,884.23 | $61,196.19 |
| XX-XXX3196 | 1 WT-FICA | 12/31/2008 | $17,774.20 | $187.33 | $8,096.85 | $26,058.38 |
| XX-XXX3196 | FUTA | 12/31/2008 | $0.00 | $2.28 | $16.57 | $18.85 |
| XX-XXX3196 | 1 WT-FICA | 03/31/2009 | $29,771.27 | $1,042.22 | $13,036.15 | $43,849.64 |
| XX-XXX3196 | 1 WT-FICA | 06/30/2009 | $31,924.73 | $786.17 | $13,425.65 | $46,136.55 |
| XX-XXX3196 | 1 WT-FICA | 09/30/2009 | $17,590.91 | $252.39 | $7,093.15 | $24,936.45 |
| XX-XXX3196 | 1 FUTA | 12/31/2009 | $0.00 | $0.00 | $5.06 | $5.06 |
| | | | $136,908.07 | $4,735.39 | $60,557.66 | $202,201.12 |

**Total Amount Due:**    **$202,201.12**

1 UNASSESSED TAX LIABILITY INFORMATION PER RECORDS/DEBTOR

The amount due includes interest and penalty computed to 03/10/2010. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 03/10/2010, contact S SUMMERS at (904) 665-0864 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature | /s/ S SUMMERS | Date | 03/16/2010 |
|---|---|---|---|---|
| | Title | Bankruptcy Specialist | Telephone Number | (904) 665-0864 |

Form    6338 - A(C)

**EXHIBIT "F"**

# Form 433-B (Rev. January 2008)
Department of the Treasury
Internal Revenue Service

# Collection Information Statement for Businesses

**Note:** *Complete all entry spaces with the current data available or "N/A" (not applicable). Failure to complete all entry spaces may result in rejection of your request or significant delay in account resolution.* **Include attachments if additional space is needed to respond completely to any question.**

## Section 1: Business Information

1a Business Name: Mirasills Ventures INC
1b Business Street Address: 341 N Maitland
   Mailing Address: Ave, Ste 210
   City: Maitland, FL  ZIP: 32751
   State:
1c County:
1d Business Telephone: (   )
1e Type of Business:
1f Business Website:

2a Employer Identification No. (EIN):
2b Type of Entity *(Check appropriate box below)*
   ☐ Partnership   ☐ Corporation   ☐ Other _____
   ☐ Limited Liability Company (LLC) classified as a corporation
   ☐ Other LLC – Include number of members _____
2c Date Incorporated/Established _____ mmddyyyy

3a Number of Employees:
3b Monthly Gross Payroll:
3c Frequency of Tax Deposits:
3d Is the business enrolled in Electronic Federal Tax Payment System (EFTPS)   ☐ Yes  ☐ No

4 Does the business engage in e-Commerce (Internet sales)?   ☐ Yes  ☐ No

| | Payment Processor (e.g., PayPal, Authorize.net, Google Checkout, etc.), Name and Address *(Street, City, State, ZIP code)* | Payment Processor Account Number |
|---|---|---|
| 5a | | |
| 5b | | |

**Credit cards accepted by the business**

| Type of Credit Card (e.g., Visa, MasterCard, etc.) | Merchant Account Number | Merchant Account Provider Name and Address *(Street, City, State, ZIP code)* |
|---|---|---|
| 6a | | Phone |
| 6b | | Phone |
| 6c | | Phone |

## Section 2: Business Personnel and Contacts

**Partners, Officers, LLC Members, Major Shareholders, Etc.**

7a Full Name: Robert W. Cuthill Jr
   Title:
   Home Address: 1820 Taylor Ave
   City: Winter Pk  State: FL  ZIP: 32789
   Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
   Social Security Number: 418 60 6881
   Home Telephone: (   )
   Work/Cell Phone: (   )
   Ownership Percentage & Shares or Interest:

7b Full Name:
   Title:
   Home Address:
   City:  State:  ZIP:
   Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
   Social Security Number:
   Home Telephone: (   )
   Work/Cell Phone: (   )
   Ownership Percentage & Shares or Interest:

7c Full Name:
   Title:
   Home Address:
   City:  State:  ZIP:
   Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
   Social Security Number:
   Home Telephone: (   )
   Work/Cell Phone: (   )
   Ownership Percentage & Shares or Interest:

7d Full Name:
   Title:
   Home Address:
   City:  State:  ZIP:
   Responsible for Depositing Payroll Taxes  ☐ Yes  ☐ No
   Social Security Number:
   Home Telephone: (   )
   Work/Cell Phone: (   )
   Ownership Percentage & Shares or Interest:

www.irs.gov      Cat. No. 16649P      Form **433-B** (Rev. 1-2008)

**COMPOSITE EXHIBIT "G"**

### Section 3: Other Financial Information (Attach copies of all applicable documentation.)

**8** Does the business use a Payroll Service Provider or Reporting Agent *(If yes, answer the following)* ☐ Yes ☐ No

| Name and Address *(Street, City, State, ZIP code)* | Effective dates *(mmddyyyy)* |
|---|---|
|  |  |

**9** Is the business a party to a lawsuit *(If yes, answer the following)* ☐ Yes ☐ No

| ☐ Plaintiff ☐ Defendant | Location of Filing | Represented by | Docket/Case No. |
|---|---|---|---|
| Amount of Suit $ | Possible Completion Date *(mmddyyyy)* | Subject of Suit | |

**10** Has the business ever filed bankruptcy *(If yes, answer the following)* ☐ Yes ☐ No

| Date Filed *(mmddyyyy)* | Date Dismissed or Discharged *(mmddyyyy)* | Petition No. | Location |
|---|---|---|---|
|  |  |  |  |

**11** Do any related parties (e.g., officers, partners, employees) have outstanding amounts owed to the business *(If yes, answer the following)* ☐ Yes ☐ No

| Name and Address *(Street, City, State, ZIP code)* | Date of Loan | Current Balance As of _____ mmddyyyy $ | Payment Date | Payment Amount $ |
|---|---|---|---|---|

**12** Have any assets been transferred, in the last 10 years, from this business for less than full value *(If yes, answer the following)* ☐ Yes ☐ No

| List Asset | Value at Time of Transfer $ | Date Transferred *(mmddyyyy)* | To Whom or Where Transferred |
|---|---|---|---|

**13** Does this business have other business affiliations (e.g., subsidiary or parent companies) *(If yes, answer the following)* ☐ Yes ☐ No

| Related Business Name and Address *(Street, City, State, ZIP code)* | Related Business EIN: |
|---|---|

**14** Any increase/decrease in income anticipated *(If yes, answer the following)* ☐ Yes ☐ No

| Explain *(use attachment if needed)* | How much will it increase/decrease $ | When will it increase/decrease |
|---|---|---|

### Section 4: Business Asset and Liability Information

**15** Cash on Hand. Include cash that is not in the bank    Total Cash on Hand  $ *None*

Business Bank Accounts. Include online bank accounts, money market accounts, savings accounts, checking accounts, and stored value cards (e.g., payroll cards, government benefit cards, etc.)
List safe deposit boxes including location and contents.

| | Type of Account | Full Name and Address *(Street, City, State, ZIP code)* of Bank, Savings & Loan, Credit Union or Financial Institution. | Account Number | Account Balance As of _____ mmddyyyy |
|---|---|---|---|---|
| 16a | | Sun Trust | Operating | $ 6,000 |
| 16b | | Sun Trust | Mdy M/C | $ 114,000 |
| 16c | | | | $ |

**16d** Total Cash in Banks *(Add lines 16a through 16c and amounts from any attachments)*   $

Form 433-B (Rev. 1-2008)     Page 3

**Accounts/Notes Receivable.** Include e-payment accounts receivable and factoring companies, and any bartering or online auction accounts. *(List all contracts separately, including contracts awarded, but not started.)*

**17**    Is the business a Federal Government Contractor    ☐ Yes ☐ No    *(Include Federal Government contracts below)*

| Accounts/Notes Receivable & Address (Street, City, State, ZIP code) | Status (e.g., age, factored, other) | Date Due (mmddyyyy) | Invoice Number or Federal Government Contract Number | Amount Due |
|---|---|---|---|---|
| **18a** <br><br> Contact Name: <br> Phone: | | | | $ |
| **18b** <br><br> Contact Name: <br> Phone: | *NONE* | | | $ |
| **18c** <br><br> Contact Name: <br> Phone: | | | | $ |
| **18d** <br><br> Contact Name: <br> Phone: | | | | $ |
| **18e** <br><br> Contact Name: <br> Phone: | | | | $ |
| **18f Outstanding Balance** *(Add lines 18a through 18e and amounts from any attachments)* | | | | $ |

**Investments.** List all investment assets below. Include stocks, bonds, mutual funds, stock options, and certificates of deposit.

| Name of Company & Address (Street, City, State, ZIP code) | Used as collateral on loan | Current Value | Loan Balance | Equity Value Minus Loan |
|---|---|---|---|---|
| **19a** <br> *$45,000 in Stock* <br> Phone: | ☐ Yes ☐ No | $ | $ | $ |
| **19b** <br> *No tangible Assets* <br> Phone: | ☐ Yes ☐ No | $ | $ | $ |
| **19c Total Investments** *(Add lines 19a, 19b, and amounts from any attachments)* | | | | $ |

| Available Credit. Include all lines of credit and credit cards. <br> Full Name & Address (Street, City, State, ZIP code) of Credit Institution | Credit Limit | Amount Owed As of _____ mmddyyyy | Available Credit As of _____ mmddyyyy |
|---|---|---|---|
| **20a** <br><br> Account No. | $ | $ | $ |
| **20b** <br> *NONE* <br> Account No. | $ | $ | $ |
| **20c Total Credit Available** *(Add lines 20a, 20b, and amounts from any attachments)* | | | $ |

Form **433-B** (Rev. 1-2008)

**Real Property.** Include all real property and land contracts the business owns/leases/rents.

| | Purchase/Lease Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| **21a** Property Description | | $ | $ | $ | | $ |
| Location (Street, City, State, ZIP code) and County | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code), and Phone | | | |
| **21b** Property Description | | $ | $ | $ | | $ |
| Location (Street, City, State, ZIP code) and County | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code), and Phone | | | |
| **21c** Property Description | | $ | $ | $ | | $ |
| Location (Street, City, State, ZIP code) and County | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code), and Phone | | | |
| **21d** Property Description | | $ | $ | $ | | $ |
| Location (Street, City, State, ZIP code) and County | | | Lender/Lessor/Landlord Name, Address (Street, City, State, ZIP code), and Phone | | | |

Handwritten across 21a: NONE

**21e Total Equity** (Add lines 21a through 21d and amounts from any attachments)    $

**Vehicles, Leased and Purchased.** Include boats, RVs, motorcycles, trailers, mobile homes, etc.

| | | | Purchase/Lease Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|---|---|
| **22a** Year | | Mileage | | $ | $ | $ | | $ |
| Make | | Model | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | | | |
| **22b** Year | | Mileage | | $ | $ | $ | | $ |
| Make | | Model | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | | | |
| **22c** Year | | Mileage | | $ | $ | $ | | $ |
| Make | | Model | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | | | |
| **22d** Year | | Mileage | | $ | $ | $ | | $ |
| Make | | Model | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | | | |

**22e Total Equity** (Add lines 22a through 22d and amounts from any attachments)    $

**Business Equipment.** Include all machinery, equipment, merchandise inventory, and/or other assets. Include Uniform Commercial Code (UCC) filings.

| | Purchase/Lease Date (mmddyyyy) | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment (mmddyyyy) | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| 23a Asset Description | | $ | $ | $ | | $ |
| Location of asset (Street, City, State, ZIP code) and County: *Old computer 2005 & adv* | | | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | |
| 23b Asset Description | | $ | $ | $ | | $ |
| Location of asset (Street, City, State, ZIP code) and County | | | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | |
| 23c Asset Description | | $ | $ | $ | | $ |
| Location of asset (Street, City, State, ZIP code) and County | | | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | |
| 23d Asset Description | | $ | $ | $ | | $ |
| Location of asset (Street, City, State, ZIP code) and County | | | Lender/Lessor Name, Address, (Street, City, State, ZIP code) and Phone | | | |

**23e Total Equity** (Add lines 23a through 23d and amounts from any attachments) $

**Business Liabilities.** Include notes and judgments below.

| Business Liabilities | Secured/Unsecured | Date Pledged (mmddyyyy) | Balance Owed | Date of Final Payment (mmddyyyy) | Payment Amount |
|---|---|---|---|---|---|
| 24a Description: | ☐ Secured ☐ Unsecured | | $ | | $ |
| Name / Street Address / City/State/ZIP code | | | | Phone: | |
| 24b Description: | ☐ Secured ☐ Unsecured | | $ | | $ |
| Name / Street Address / City/State/ZIP code | | | | Phone: | |
| 24c Description: | ☐ Secured ☐ Unsecured | | $ | | $ |
| Name / Street Address / City/State/ZIP code | | | | Phone: | |

**24d Total Payments** (Add lines 24a through 24c and amounts from any attachments) $

## Section 5: Monthly Income/Expense Statement for Business

Accounting Method Used: ☐ Cash ☐ Accrual

Income and Expenses during the period (mmddyyyy) _____ to (mmddyyyy) _____

### Total Monthly Business Income

| | Source | Gross Monthly |
|---|---|---|
| 25 | Gross Receipts from Sales/Services | $ |
| 26 | Gross Rental Income | $ |
| 27 | Interest Income | $ |
| 28 | Dividends | $ |
| 29 | Cash | $ |
| | Other Income (Specify below) | |
| 30 | | $ |
| 31 | | $ |
| 32 | | $ |
| 33 | | $ |
| 34 | | $ |
| 35 | **Total Income** (Add lines 25 through 34) | $ |

### Total Monthly Business Expenses

| | Expense Items | Actual Monthly |
|---|---|---|
| 36 | Materials Purchased[1] | $ |
| 37 | Inventory Purchased[2] | $ |
| 38 | Gross Wages & Salaries | $ |
| 39 | Rent | $ |
| 40 | Supplies[3] | $ |
| 41 | Utilities/Telephone[4] | $ |
| 42 | Vehicle Gasoline/Oil | $ |
| 43 | Repairs & Maintenance | $ |
| 44 | Insurance | $ |
| 45 | Current Taxes[5] | $ |
| 46 | Other Expenses (Specify) | $ |
| 47 | **IRS Use Only** Allowable Installment Payments | $ |
| 48 | **Total Expenses** (Add lines 36 through 47) | $ |

[1] **Materials Purchased:** Materials are items directly related to the production of a product or service.

[2] **Inventory Purchased:** Goods bought for resale.

[3] **Supplies:** Supplies are items used to conduct business and are consumed or used up within one year. This could be the cost of books, office supplies, professional equipment, etc.

[4] **Utilities/Telephone:** Utilities include gas, electricity, water, oil, other fuels, trash collection, telephone and cell phone.

[5] **Current Taxes:** Real estate, state, and local income tax, excise, franchise, occupational, personal property, sales and the employer's portion of employment taxes.

**Certification:** *Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.*

| Signature | Title | Date |
|---|---|---|
| | | |

Print Name of Officer, Partner or LLC Member

**Attachments Required:** Copies of the following items for the last 3 months from the date this form is submitted (check all attached items):

☐ Banks and Investments - Statements for all money market, brokerage, checking/savings accounts, certificates of deposit, stocks/bonds.

☐ Assets - Statements from lenders on loans, monthly payments, payoffs, and balances, for all assets. Include copies of UCC financing statements and accountant's depreciation schedules.

☐ Expenses - Bills or statements for monthly recurring expenses of utilities, rent, insurance, property taxes, telephone and cell phone, insurance premiums, court orders requiring payments, other expenses.

☐ Other - credit card statements, profit and loss statements, all loan payoffs, etc.

☐ Copy of the last income tax return filed; Form 1120, 1120S, 1065, 1040, 990, etc.

Additional information or proof may be subsequently requested.

| FINANCIAL ANALYSIS OF COLLECTION POTENTIAL FOR BUSINESSES | | (IRS USE ONLY) |
|---|---|---|
| Cash Available (Lines 15, 16d, 18f, 19c, and 20c) | Total Cash | $ |
| Distrainable Asset Summary (Lines 21e, 22e, and 23e) | Total Equity | $ |
| Monthly Income Minus Expenses (Line 35 Minus Line 48) | Monthly Available Cash | $ |

**Privacy Act:** The information requested on this Form is covered under Privacy Acts and Paperwork Reduction Notices which have already been provided to the taxpayer.

# Report of Interview with Individual Relative to Trust and Recovery Penalty or Personal Liability for Excise Taxes

| Instructions | Interview Handouts |
|---|---|
| The interviewer *must* prepare this form either in person or via telephone. *Do not* leave any information blank. Enter "N/A" if an item is not applicable. | ("X" if given or explain why not in case history.)<br>☐ Notice 609, Privacy Act Notice<br>☐ Notice 784, Could You be Personally Liable for Certain Unpaid Federal Taxes? |

**Type of Interview** ("x" one.)
- ☒ IRC 6672, Failure to collect and pay over tax from (mmddyyyy) 1/1/07 to 5/18/10
- ☐ IRC 4103, Failure to pay excise taxes from (mmddyyyy) _____ to _____

## Section I. Background Information for Person Interviewed

1. Name: Robert W. Cuthill Jr.
2. Social Security Number (SSN): 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
3. Address (Street, City, State, ZIP code): 1820 Taylor Ave, Winter Park FL 32789
4. Home telephone number: (407) 629-4647
5. Work telephone number: (407) 644-3781 235
6. What was your job title and how were you associated with the business? (Describe your duties and responsibilities and dates of employment.)
Officer & Director of Corporation

7. Did you resign from your position?
☒ No  ☐ Yes
   a. When? _____
   b. Is a copy available? ☐ Yes ☐ No
   c. To whom was it submitted? _____

8. Did you have your name removed from the bank signature cards?
☐ N/A
☒ No
☐ Yes  When? _____

9. Do you have any money invested in the business?
☒ No
☐ Yes
What amount do you have invested?
$ N/A

10. Have you ever been involved in another business that had tax problems?
☒ No
☐ Yes (Provide explanation; i.e., Name of business, ID number, amount, etc.)

## Section II. Background Information for Business Entity
(Complete shaded items only if this is the first Form 4180 secured on the business entity.)

1. Name of Business: Mirabillis Ventures INC
2. Business telephone number: (407) 644-3781 235
3. Address (Street, City, State, ZIP code): 341 N. Maitland Ave., Ste 210, Maitland, FL 32751
4. Has the business ever filed bankruptcy?
☐ No
☒ Yes  Date filed: 5/27/08  Chapter: CH 11  Petition # _____

5. Type of Entity
☐ Partnership
☒ Corporation
   Date incorporated: _____
   State where incorporated: Nevada
   Has the state ever revoked the charter?
   ☐ No  ☐ Yes  When? _____
☐ Sole Proprietor
☐ Limited Liability Company (LLC)
   How is the LLC treated for tax purposes?
   ☐ Disregarded Entity
   ☐ Taxed as a Partnership
   ☐ Taxed as a Corporation

## Section II. — continued — Business Entity Background Information

**6. Is the business still operating?**
☐ Yes
☒ No
When did it stop operating? 12/06
What happened to the assets? Sold

**7.** Was any property of the business sold, transferred, quit-claimed, donated, or otherwise disposed of, for less than full value?
☐ No   ☐ Yes (Provide explanation.)
Self Liquidating 12/06 thru current
BK(?) Liquidation plan 10/09

**8.** Which banks or financial institutions did the business use for transactions such as checking, savings, loans, financing agreements, etc.?

| Name | Address | Types of Transactions | Dates |
|---|---|---|---|
| SunTrust | Winter Park | Checking, money market | |
| | | | |
| | | | |

**9.** Please provide the names and dates of service for the positions indicated below. *(Continue in Section VI, if necessary.)*

| Position | Name | Address | Dates |
|---|---|---|---|
| Chairman of the Board | | | |
| Other Directors (List) | | | |
| | | | |
| | | | |
| President | Mr. Cuthill | | 5/27/08 |
| Vice President | | | |
| Treasurer | Mr. Cuthill | | 5/27/08 |
| Secretary | Mr. Cuthill | | 5/27/08 |
| Other shareholders, members, owners | | | |
| | | | |

**10.** Other than those previously listed, please provide the name, address, and telephone number of anyone else who may have additional knowledge about or control over the company's financial affairs.

| Name | Telephone Number | Address |
|---|---|---|
| Carol Ide | ( ) | U.S. Attorney Office Wash, D.C. |
| | ( ) | |
| | ( ) | |

Section III.            Responsibility

1. Please state whether you performed any of the duties / functions listed below for the business and the time periods during which you performed these duties. Please also provide the names and time periods that any other person performed these duties.

| Did you... | Yes | No | Dates From | Dates To | Who else performed this duty? | Dates From | Dates To |
|---|---|---|---|---|---|---|---|
| a. Determine financial policy for the business? | ✓ | | 5/27/08 | current | | | |
| b. Direct or authorize payments of bills? | ✓ | | " | " | | | |
| c. Open or close bank accounts for the business? | ✓ | | " | " | | | |
| d. Guarantee or co-sign loans? | | ✓ | | | | | |
| e. Sign or counter-sign checks? | ✓ | | " | " | | | |
| f. Authorize or sign payroll checks? | ✓ | | " | " | | | |
| g. Authorize or make Federal Tax Deposits? | ✓ | | " | " | | | |
| h. Prepare, review, sign, transmit payroll tax returns? | ✓ | | " | " | 200706 through 200909 (Judy Nyp?) | | |

2. Does the business use the Electronic Federal Tax Payment System (EFTPS) to make Federal Tax Deposits (FTDs) or payments?

☐ No    ☑ Yes

To whom are the PINs or passwords assigned?

Mr. Cuthill

Who authorized the assignment of EFTPS PINs/passwords? (If more than one, list dates.)

Mr. Cuthill

3. Other than the EFTPS, does the business do any other banking electronically?

☑ No    ☐ Yes

Where?

To whom are the PINs/passwords assigned?

N/A

Who authorizes changes to the PINs/passwords?

N/A

4. Does the business file Form 941 electronically?

☐ No    ☑ Yes    Who is authorized to sign Form 941?

200706 through 200909 = paper
200912 → electronic

Form **4180** (Rev. 9-2004)     Page 3 of 5     www.irs.gov     Department of the Treasury – Internal Revenue Service
Catalog No. 22710P

| Section IV. | Knowledge / Willfulness |
|---|---|
| 1. When and how did you first become aware of the delinquent taxes?<br><br>Did not believe there was outstanding payroll tax until spoke with Mrs Yip w/ Jnl | 2. What actions did you take to see that the taxes were paid?<br><br>Spoke with Mrs Yip, which advised that there was a $400,000 credit. Mrs Yip said there was no tax due. |
| 3. Were discussions ever held by stockholders, officers, or other interested parties regarding nonpayment of the taxes?<br><br>☒ No  ☐ Yes<br><br>Identify who attended, dates, any decisions reached, and whether any documentation is available.<br><br>N/A | 4. Who handled IRS contacts such as phone calls, correspondence, or visits by IRS personnel?<br><br>Mr. Cuthill<br><br>When did these contacts take place, and what were the results of these contacts? |
| 5. During the time the delinquent taxes were increasing, or at any time thereafter, were any financial obligations of the business paid? ☐ No  ☐ Yes  Which obligations were paid?  Who authorized them to be paid? | Mr. Cuthill position is that there were never any unpaid payroll tax.<br><br>There were millions of dollars of obligations that were not being paid, therefore the bankruptcy |
| 6. When there was not enough money to pay all of the bills, what decisions were made?<br><br>Prior to May 27, 2008 cannot answer because not involved in company. After May 27, 2008<br><br>Who made these decisions?<br><br>What actions were taken to deal with the situation?<br><br>Filed bankruptcy because company could not pay its bills | 7. Were all or a portion of the payrolls met?<br>☐ No  ☐ Yes<br><br>Prior to May 27, 2008 was not involved. After May 27, 2008<br><br>Did any person or organization provide funds to pay net corporate payroll?<br>☐ No  ☐ Yes (Explain in detail.)<br><br>Hired a CPA firm to manage (Baldwin & Co) and they directed that Mr. Cuthill be trained as Sr. Controller. |
| 8. Did the business employ an outside accountant?<br>☐ No  ☒ Yes  Baldwin & Co<br><br>Did you personally have any discussions with the bookkeeper or accountant regarding the finances of the business?<br>☒ No  ☐ Yes | 9. Were financial statements ever prepared for this business?<br>☒ No  ☐ Yes<br><br>Who reviewed the financial statements? |

| Section V. | Personal Liability for Excise Tax Cases |
|---|---|
| | *(Complete only if Business is required to file Excise Tax Returns)* |

| | |
|---|---|
| 1. Are you aware of any required excise tax returns which have not been filed?<br><br>☐ No   ☐ Yes *(List periods)* | 2. With respect to excise taxes, were the patrons or customers informed that the tax was included in the sales price?<br><br>☐ No   ☐ Yes |
| 3. If the liability is one of the "collected" taxes *(transportation of persons or property and communications)*, was the tax collected?<br><br>☐ No   ☐ Yes | 4. Were you aware, during the period tax accrued, that the law required collection of the tax?<br><br>☐ No   ☐ Yes |
| 5. Who prepared the excise tax returns? | 6. Who reviewed and signed the excise tax returns? |

## Section VI. Continuation of Answers / Additional Comments

*(Please use this space to identify continued answers, by both section and item numbers.)*

*(Please use this space to provide any additional comments you wish to make regarding this interview.)*

## Section VII. Signatures

I declare that I have examined the information given in this interview and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature of person interviewed | Date |
|---|---|
| Signature of Interviewer | Date  5/19/10 |

Date copy of completed interview form given to person interviewed  ▶