UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,            Case No. 6:08-bk-04327-KSJ
et al.,

    Debtors.
_____/

**UNITED STATES' RESPONSE TO DEBTOR'S
"EMERGENCY OBJECTION TO ALLOWANCE OF CLAIM NO. 36 AND
CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING"**

The creditor, United States of America, by and through counsel, opposes the request of the debtor, Mirabilis Ventures, Inc., for an emergency hearing on its objection to the Internal Revenue Service's request for payment of administrative expenses, filed most recently as claim number 36-4.[1] The United States opposes the debtor's Objection, and requests that the contested matter be set for hearing in the ordinary course, not on an emergency basis.

First, contrary to the debtor's representation in paragraph 28 of the Objection, Government counsel will <u>not</u> be available for a hearing in this matter on Friday, June 18, 2010. The deposition of the accountant for the co-debtor, AEM, Inc., will be taken on June 18, 2010, in connection with the debtor's objection to the IRS' $3.1 million claim

---

[1] Requests for payment of post-petition taxes were made on May 22, 2009; July 8, 2009; and August 31, 2009 (DE 279, 280, 281), well before the so-called administrative bar date. The most recent amendment to the request was filed in response to the delinquent employment tax returns submitted by the debtor in December 2009.

and its request for a $26 million tax refund. This deposition was rescheduled from May 12, 2010, with the agreement of debtors' counsel and at the request of out-of-state counsel for the deponent. A copy of the Amended Notice of Deposition, served May 13, 2010, is attached. The deposition is scheduled for the full seven hours allowed by the Federal Rules.

Second, the Objection raises a number of substantive tax issues and other accusations regarding the attempts by the United States to collect unpaid federal taxes, all of which merit proper development and at least a one-half-day trial setting. At least four Government witnesses may be expected to present testimony about, *inter alia*, (1) the underlying tax liabilities of Mirabilis Ventures and AEM; (2) the IRS' application of payments from or on behalf of those companies beginning in 2007; (3) the debtor's failure to properly file employment tax returns post-petition; (4) the debtor's failure to pay post-petition taxes it reported due on its late-filed employment tax returns; and (5) the propriety of the IRS' inquiry into Mr. Cuthill's potential personal liability for unpaid trust fund taxes in accordance with 26 U.S.C. § 6672 (a matter over which this Court lacks jurisdiction, *see United States v. Huckabee Auto Co.*, 783 F.2d 1546, 1549 (11th Cir. 1986)).

Government counsel is unavailable June 17 and 18, 2010; has a conflicting hearing in Georgia on June 24, 2010; will be unavailable the week of June 28, 2010; and will be unavailable Tuesdays through mid-August. She has not yet determined the

witnesses' availability, although counsel is cognizant of Mr. Cuthill's unavailability from early August through early September.

Accordingly, the United States requests that this contested matter be scheduled for a scheduling conference in 30 days, after the United States' response to the Objection is due to be filed, and that the request for an emergency hearing is denied.

                      JOHN A. DICICCO
                      Acting Assistant Attorney General

                        s/ Carol Koehler Ide
                      CAROL KOEHLER IDE
                      Trial Attorney, Tax Division
                      U.S. Dept. of Justice
                      P.O. Box 14198
                      Washington, DC 20044
                      Telephone: (202) 514-5887
                      Telefax: (202) 514-4963
                      E-mail: Carol.Koehler.Ide@usdoj.gov

Of Counsel:

    A. LEE BENTLEY, III
    Acting United States Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 16, 2010, I electronically filed the foregoing United States' Response to Debtor's "Emergency Objection to Allowance of Claim No. 36 and Certificate of Necessity of Request for Emergency Hearing," with exhibit, with the Clerk of the Court by using the CM/ECF system, which will send notice to –

R. Scott Shuker
Mariane L. Dorris
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
390 N. Orange Ave., Suite 600
Orlando, FL 32801
*Attorneys for Debtors*

Elena L. Escamilla
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806
*United States Trustee*

and that I served a copy by first class mail to –

Mirabilis Ventures, Inc.
c/o/ R.W. Cuthill, Jr.
341 N. Maitland Ave., Suite 210
Maitland, FL 32751
*Debtor*

                                          s/ Carol Koehler Ide
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 14198, Ben Franklin Station
                                      Washington, D.C.  20044
                                      Telephone:  (202) 514-5887
                                      Telefax:  (202) 514-9868
                                      E-mail:  Carol.Koehler.Ide@usdoj.gov