# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

      Debtor,                       Case No. 6:08-bk-04327KSJ

_____/

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States District Court for the Middle District of Florida the Memorandum Opinion Granting Debtor's Motion to Confirm Property of the Estate, filed in this action on June 2, 2010, dkt. No. 562, and the accompanying Order Granting Debtor's Motion to Confirm Property of the Estate, filed on June 2, 2010.  Dkt. No. 563.

The parties to these orders include:

I.      Mirabilis Ventures, Inc.
        Attorneys: Latham Shuker Eden & Beaudine, LLP
        390 N. Orange Ave., Suite 600
        Orlando, Fl 32801

        Special Counsel for Debtor:
        Roy S. Kobert
        Broad and Cassel
        390 N. Orange Ave., Suite 1400
        Orlando, FL 32801

ii.     United States of America
        Attorneys: U.S. Attorney's Office
        Scott Park, AUSA
        501 W. Church Street, Suite 300
        Orlando, FL 32805

Dated: June 16, 2010                    Respectfully submitted,

                                        A. Lee Bentley
                                        Assistant U.S. Attorney

                          By:    /s/ Scott H. Park
                                 Scott H. Park
                                 Assistant U. S. Attorney
                                 Identifying No. USA084
                                 501 W. Church Street, Suite 300
                                 Orlando, Florida 32805
                                 Telephone:    407/648-7500
                                 Facsimile:     407/648-7643
                                 E-Mail:  scott.park@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties receiving CM/ECF service.

                                        /s/ Scott H. Park
                                        Assistant United States Attorney