**[6apnot01]** [Notice to Appllant of Responsibilities]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:08−bk−04327−KSJ
Chapter 11

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751

_____Debtor(s)_____/

## NOTICE TO APPELLANT OF RESPONSIBILITIES

NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 14 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. Designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. Statement of the issues to be presented and serve a copy upon the appellee; and

3. Written request for the transcript and deliver a copy to the court reporter where the record designation includes a transcript of any proceeding or a part thereof.

FOR THE COURT
Lee Ann Bennett, Clerk of Court
135 West Central Boulevard Suite 950
Orlando, FL 32801

Aimee Johnson
Deputy Clerk