# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:  CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**  CHAPTER 11

Debtor.

_____/

## MIRABILIS VENTURES, INC.'S LIMITED RESPONSE TO UNITED STATE'S RESPONSE TO DEBTOR'S EMERGENCYOBJECTION TO ALLOWANCE OF CLAIM NO. 36 SUBMITTED BY THE INTERNAL REVENUE SERVICE

**MIRABILIS VENTURES, INC.** ("Mirabilis"), along with its related entities, Hoth Holdings, LLC ("Hoth"), and AEM, INC. ("AEM")(collectively, "Debtors"), by and through their undersigned attorneys, hereby files this limited response to the United States' Response to Debtor's Emergency Objection to Allowance of Claim No. 36 and Certificate of Necessity of Request for Emergency Hearing ("IRS Response") (Doc. No. 568), and in support thereof, state as follows:

1. On June 15, 2010, Mirabilis filed an Emergency Objection to Allowance of Claim No. 36 Submitted by the Internal Revenue Service and Certificate of Necessity of Request for Emergency Hearing. ("Objection") (Doc. No. 567). In the Objection, Mirabilis requests an emergency hearing to determine whether Mirabilis has properly paid 941 quarterly federal taxes for 2007, 2008 and 2009, and as such, whether Mr. Cuthill may disburse funds to pay the administrative expenses in these Bankruptcy Cases without the fear of reprisal from the IRS.

2. In addition, the Objection states that "Counsel for the IRS will be present in Orlando, Florida, on June 18, 2010 for a deposition in the contested matter regarding the Objection to Claim No. 4 filed by the IRS in the AEM Bankruptcy Case. Counsel for both the IRS and the Debtor can be available for a hearing up until 4:00 p.m. on the 18th of June."

3. Counsel for Mirabilis believes the Objection can be determined without the need for live witnesses. The factual issues raised in the Objection are undisputed, and the legal issues raised are not overly complicated. At the very least, a preliminary hearing while counsel for the IRS was in Orlando seemed prudent.

4. In the IRS Response, counsel for the IRS asserts that she is not available at all on June 18, 2010, because the deposition mentioned above in paragraph 2 is "scheduled for the full seven hours allowed by the Federal Rules."

5. However, as stated clearly in the Objection, counsel for Mirabilis believes that there will be sufficient time to deal with the matters raised in the Objection because Mirabilis asserts the Objection should only take thirty minutes (even less if scheduled as a preliminary hearing) and does not believe the deposition will require seven hours. The deponent, Mr. Kirtus Bocox, will be asserting the tax advisor's privilege set forth in IRC sec. 7525, and as such, much of Mr. Bocox's testimony will be privileged and non-discoverable; and thus, ample time is available for a hearing on this matter.

6. Mirabilis is mindful of the Court's busy schedule, as well as the availability of counsel for the IRS, and other interested parties. Mirabilis did not request an emergency hearing lightly, but weighing the present need for payment of the

2

administrative expenses in these Bankruptcy Cases, the ongoing threat of personal liability for allegedly unpaid payroll taxes against Mr. Cuthill, and the physical presence of all parties to the dispute, Mirabilis believed it was prudent to request an emergency hearing.

7.  However, if the Court is unable to schedule an emergency hearing on this Objection, Mirabilis requests that a final evidentiary hearing be scheduled as soon as possible.

**WHEREFORE**, Mirabilis Ventures, Inc. respectfully requests this Court schedule either an emergency hearing or a final evidentiary hearing on the Objection as soon as possible and for such other and further relief as the Court deems just and proper under the circumstances.

**RESPECTFULLY SUBMITTED** this 17th day of June, 2010.

/s/ Mariane L. Dorris
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
Mariane L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Mirabilis Ventures, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **MIRABILIS VENTURES, INC.'S LIMITED RESPONSE TO UNITED STATE'S RESPONSE TO DEBTOR'S EMERGENCY OBJECTION TO ALLOWANCE OF CLAIM NO. 36 SUBMITTED BY THE INTERNAL REVENUE SERVICE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; the Internal Revenue Service, PO Box 21126, Philadelphia, Pennsylvania 19114 (as shown on the Proof of Claim); Internal Revenue Service, SBSE: CS:Insolvency, Territory 5, Attn: Insolvency Manager, 400 W. Bay Street, Suite 35045, M/S 5720, Jacksonville, Florida 32202; Chief, Special Procedure Function, Internal Revenue Service, P. O. Box 35045, 400 W. Bay Street, Stop 5720-P&II, Jacksonville, Florida 32202-4437; Internal Revenue Service, P. O. Box 21126, Philadelphia, PA 19114; Office of the United States Attorney General, Judicial Center Building, 555 4th Street, N.W., Washington, D.C. 20001; U.S. Attorney General, 501 W Church Street, Ste. 300, Orlando, Florida 32805; U. S. Department of Justice, Trial Attorney, Tax Division, P. O. Box 14198, Ben Franklin Station, Washington, D.C. 20044; I. Randall Gold, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, FL 32805; the Local Rule 1007-2 Parties-in-Interest list, as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this __17th__ day of June 2010.

                                              /s/ Mariane L. Dorris
                                              Mariane L. Dorris, Esq.

```
Label Matrix for local noticing          Michael C. Addison                       Advantage Collection Prof
113A-6                                   Addison & Howard, P.A.                   2775 Jade Street
Case 6:08-bk-04327-KSJ                   Post Office Box 172535                   Mora, MN 55051-6240
Middle District of Florida               Tampa, FL 33672-0535
Orlando
Mon Jun 14 17:01:29 EDT 2010

American Express                         BNA Tax Management                       Kimberly Bartley
2965 West Corporate Lakes Bl             9435 Key West Ave.                       Waldron & Schneider LLP
Weston, FL 33331-3626                    Rockville, MD 20850-3339                 15150 Middlebrook Drive
                                                                                  Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney              Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                        c/o David T. Ward
1111 East Main Street                    Suite 2500                               15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                     Irvine, CA 92618-7303


Joseph A DeMaria                         Mariane L Dorris                         Tara C Early
Tew Cardenas LLP                         Latham Shuker Eden & Beaudine LLP        Stanton & Gasdick PA
1441 Brickell Avenue                     390 North Orange Avenue                  390 North Orange Avenue
Suite 1500                               Suite 600                                Suite 260
Miami, FL 33131-3431                     Orlando, FL 32801-1684                   Orlando, FL 32801-1612


Elena L Escamilla                        F. Del Kelley                            Forge Capital Partners LLC
United States Trustee                    5220 S. Washington Ave                   c/o Bart Valdes
135 W Central Blvd  Suite 620            Titusville, FL 32780-7316                609 W Horatio St
Orlando, FL 32801-2440                                                            Tampa FL 33606-2272


James E Foster                           Frank L. Amodeo                          Gill R Geldreich
Akerman Senterfitt                       3875 South Orange Ave                    Tennessee Attorney General's Office
Post Office Box 231                      Suite 500 -PMB 1810                      Post Office 20207
Orlando, FL 32802-0231                   Orlando, FL 32806                        Nashville, TN 37202


Gilbert Weisman                          Gillio Development, Inc.                 I Randall Gold
c/o Becket and Lee LLP                   657 Caledonia Place                      United States Attorney's Office
POB 3001                                 Sanford, FL 32771-6403                   501 West Church Street
Malvern PA 19355-0701                                                             Suite 300
                                                                                  Orlando, FL 32805-2281


Kenneth D Herron Jr                      Peter N Hill                             Horton Johnson
1851 West Colonial Drive                 Wolff Hill McFarlin & Herron PA          3211 Northglenn Drive
Orlando, FL 32804-7013                   1851 West Colonial Drive                 Orlando, FL 32806-6371
                                         Orlando, FL 32804-7013


Humana/RMS                               Carol Koehler Ide                        Jackson Lewis
77 Hartland Street                       U S Department of Justice - Tax Division Attn:Anne Krupman
Suite 401                                Post Office Box 14198                    One North Broadway
East Hartford, CT 06108-3253             Ben Franklin Station                     White Plains, NY 10601-2310
                                         Washington, DC 20044-4198


Jeffrey Reichel                          Jeffrey Reichel                          Kenneth & Diane Hendricks
c/o Gary Barnes                          c/o Jill E. Kelso, Esquire               One ABC Parkway
3414 Peachtree Rd #1600                  Akerman Senterfitt                       Beloit, WI 53511-4466
Atlanta, GA 30326-1164                   PO Box 231
                                         Orlando FL 32802-0231
```

Gordon L Kiester  
Florida Department of Revenue  
P O Box 2299  
Mango, FL 33550-2299

Roy S Kobert  
Post Office Box 4961  
Orlando, FL 32802-4961

LeClair Ryan Trust  
P.O. Box 2499  
Richmond, VA 23218-2499

LexisNexis  
P.O. Box 7247-7090  
Phildelphia, PA 19170-0001

Justin M. Luna  
Latham, Shuker, Eden & Beaudine, LLP  
390 N. Orange Ave.  
Suite 600  
Orlando, FL 32801-1684

Esther A McKean  
Akerman Senterfitt  
Post Office Box 231  
Orlando, FL 32802-0231

Charles J Meltz  
Grower Ketcham  
Post Office Box 538065  
Orlando, FL 32853-8065

Todd K Norman  
Stump Callahan Dietrich & Spears PA  
Post Office Box 3388  
Orlando, FL 32802-3388

On Target Solutions  
3491 Woodley Park Place  
Oviedo, FL 32765-5104

Scott H Park  
United States Attorney  
501 West Church St  
Suite 300  
Orlando, FL 32805-2281

PaySource USA VII, Inc.  
650 Poe Ave.  
Dayton, OH 45414

RKT Constructions, Inc  
5220 S. Washington Ave  
Titusville, FL 32780-7316

Robi A. Roberts  
2921 S. Washington Ave  
Titusville, FL 32780-5022

Robi A. Roberts Trust  
2921 S. Washington St  
Titusville, FL 32780-5022

Saxon Gilmore, PA  
201 E. Kennedy Blvd.  
Suite 600  
Tampa, FL 33602-5819

Bradley M Saxton  
Post Office Box 1391  
Orlando, FL 32802-1391

R Scott Shuker  
Latham Shuker Eden & Beaudine LLP  
Post Office Box 3353  
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce  
Dev-Unemployment Ins  
c/o TN Atty General Ofc Bankruptcy Div  
PO Box 20207  
Nashville TN 37202-4015

Tenshi Leasing  
2875 S. Orange Ave.  
Suite 500 PMB 1810  
Orlando, FL 32806-5455

Titanium Technologies  
2875 S. Orange Ave.  
Suite 500 PMB 1810  
Orlando, FL 32806-5455

United States Trustee - ORL  
135 W. Central Blvd., Suite 620  
Orlando, FL 32801-2440

Bart R Valdes  
deBeaubien Knight Simmons Mantzaris Neal  
332 North Magnolia Avenue  
Orlando, FL 32801-1609

Joseph H Varner III  
Holland & Knight, LLP  
101 North Tampa Street, Suite 4100  
Tampa, FL 33602

David T Ward  
15615 Alton Pkwy #175  
Irvine, CA 92618-7303

C Brent Wardrop  
deBeubien Knight Simmons Mantzaris  Neal  
332 North Magnolia Avenue  
Orlando, FL 32801-1609

Gilbert Barnett Weisman  
Becket & Lee LLP  
16 General Warren Blvd  
P O Box 3001  
Malvern, PA 19355-0701

Stacey D Wilson  
Atlantic Legal Group, P.A.  
121 South Orange Avenue  
Orlando, FL 32801-3221

Stuart Wilson-Patton  
Tennessee Attorney General's Office  
Post Office Box 20207  
Nashville, TN 37202-4015

Melissa Youngman  
Wolf Hill McFarlin & Herron PA  
1851 W Colonial Drive  
Orlando, FL 32804-7013

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients 58
Bypassed recipients 5
Total 63