**FILED**

Bankruptcy
UNITED STATES ~~DISTRICT~~ COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUN 17 2010

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

MIRABILIS VENTURES, INC.          Case No: 6:08-BK-04327-KSJ

        Debtor,          CHAPTER 11

_____/

### Declaration of Frank L. Amodeo
### Regarding Mirabilis Ventures, Inc. Culpability

**Comes Now,** Frank L. Amodeo, and provides the following declaration under penalty of perjury.

I am currently above eighteen years of age and although colorably incompetent, I have been considered functionally competent enough to assist individuals on direct appeal, certiorari before the United States Supreme Court on issues of certificate of appealabilities in the reopening of a twenty year old case and in some cases this in lieu of licensed counsel.

Further, I am the individual most familiar with the facts of this case, because I was present during the events, had the most direct contact with the individuals involved and subsequent to the events I have studied the tapes and records, far and away, more than any other individual and quite possibly more than all government agents and attorneys combined.

I state unequivocally: No person at Mirabailis Ventures, Inc. or AEM, Inc. knew that the failure to make the tax payments by AEM, Inc. (2006) or Professional Benefit Solutions, Inc was a violation of the law.

As no agent was aware of participating in unlawful conduct, no corporate principal including Mirabilis Ventures, Inc could be criminally culpable of either the substantive predicate offense or of a related fraud or conspiracy charge.

As I will set forth in a supporting memorandum of law accepting or allowing a guilty plea by Mirabilis Ventures, Inc. is beyond the jurisdiciton of any court.

Even an Alford plea is not viable in the situation of a corporate defendant, where no agent has admitted knowledge or willfulness.

This declaration is made pursuant to 28 U.S.C. §1746. On this  10th day of June, 2010.

So declared under penalty of perjury by the below declarant.

                                                    _____
                                                    Frank L. Amodeo

### Certificate of Service

I have mailed by first class U. S. Mail a copy of this declaration to Mirabilis Ventures, Inc, and the United States of Ameirca, via their counsel of record and cross-noticed this declaration in the criminal case against Mirabilis Ventures, Inc., this  10th day of June, 2010.

                                                    _____
                                                    Frank L. Amodeo