UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,

    Debtor,                                   Case No. 6:08-bk-04327KSJ

_____/

**STATEMENT OF ITEMS TO BE INCLUDED IN THE RECORD, STATEMENT OF THE ISSUES AND REQUEST FOR TRANSCRIPT**

    Intervenor, the United States of America, pursuant to Rule 8003, Fed. R. Bkt. Pro., and the Local Rules, files this Designation of Items to be Included in the Record, Statement of the Issues, and Request for Transcript, and states as follows:

**Designation of Items to be Included in Record**

    1.    Motion for Approval of Compromise of Controversy by and Between Debtor's and the United States of America.  Doc. 101.

    2.    Order Approving Compromise of Controversy by and Among Debtors and the United States of America.  Doc. 145.

    3.    Debtor's Motion to Confirm Property of the Estate Under the Court Approved Compromise with the United States of America.  Doc. 526.

    4.    Response to Motion to Confirm Property of the Estate Under the Court Approved Compromise with the United States of America.  Doc. 534.

    5.    Order Setting Evidentiary Hearing on Debtor's Motion to Confirm Property of the Estate Under the Court Approved Compromise with the United States of America.  Doc. 538.

    6.    Exhibit List & Exhibits A to K.  Doc. 566.

    7.    Memorandum Opinion Granting Debtor's Motion to Confirm Property of

the Estate Under the Court Approved Compromise with the United States of America.  Doc. 562.

8. Order Granting Motion to Confirm Property of the Estate Under the Court Approved Compromise with the United States of America.  Doc. 563.

## Statement of Issues on Appeal

Did the Bankruptcy Court err when it ruled that the parties to the Court Approved Compromise intended to allow the claims of Nexia Strategy Corporation in the case of <u>Mirabilis Ventures, Inc. and Nexia Strategy Corp. v. Palaxar, et al.</u>, Case No. 6:07-cv-1788-Orl-28GJK, to remain an asset of the bankruptcy estate while forfeiting Nexia Strategy Corporation to the United States?

## Request for Transcript

The Appellant requests the inclusion of the transcript of the evidentiary hearing held on May 19, 2010.  The transcript has already been ordered at the time of the filing of this pleading.

Dated: June 30, 2010                              Respectfully submitted,

                                                  A. Lee Bentley
                                                  Assistant U.S. Attorney

                                        By:      /s/ Scott H. Park
                                                  Scott H. Park
                                                  Assistant U. S. Attorney
                                                  Identifying No. USA084
                                                  501 W. Church Street, Suite 300
                                                  Orlando, Florida 32805
                                                  Telephone:   407/648-7500
                                                  Facsimile:   407/648-7643
                                                  E-Mail:  scott.park@usdoj.gov

**Certificate of Service**

I hereby certify that on June 30, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties receiving CM/ECF service.

/s/ Scott H. Park
Assistant United States Attorney