UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                 CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**             CHAPTER 11

     **Debtor.**
_____/

## NOTICE OF FILING 2nd QUARTER, 2010 POST CONFIRMATION LITIGATION REPORT

**MIRABILIS VENTURES, INC.** ("**Debtor**") hereby files its 2nd Quarter, 2010 Post-Confirmation Litigation Report.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via CM/ECF noticing or via U.S. Mail on July 21, 2010 to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 North Maitland Avenue, Suite 210, Maitland, Florida 32751; the parties listed on the attached All Creditor Matrix as required by the Confirmed Plan; and to the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801.

                                              **BROAD AND CASSEL**
                                              Post Confirmation Special Counsel for
                                              the Debtor
                                              390 North Orange Avenue, Suite 1400
                                              Orlando, Florida  32801
                                              P.O. Box 4961 (32802-4961)
                                              Telephone:   (407) 839-4200
                                              Facsimile:    (407) 650-0927

                                              By:_____*/s/ Roy S. Kobert*_____
                                                    Roy S. Kobert, P.A.
                                                    Florida Bar #: 777153
                                                    rkobert@broadandcassel.com'

# MIRABILIS VENTURES, INC. ("LIQUIDATING DEBTOR")

# QUARTERLY POST-COMFIRMATION LITIGATION REPORT TO COURT

# QUARTER ENDED JUNE 30, 2010

### I PURPOSE OF REPORT:

One of the duties of the President of the Liquidating Debtor, as outlined in the Disclosure Statement, shall be, " (5) for providing the Court quarterly written litigation summaries and operating reports which shall set forth the status of all litigation." The Liquidating debtor has chosen to report this information, together with other information, to the Court in a narrative format together with attachments.

### II OVERVIEW OF THE CASE:

On May 27, 2008 Mirabilis Venture, Inc. ("Mirabilis") and AEM, Inc. ("AEM") filed Chapter 11 under the US Bankruptcy Code. On June 5, 2008 Hoth Holdings, LLC ("Hoth") filed Chapter 11 under the US Bankruptcy Code; case numbers 6:08-bk-04327, 6:08-bk-04681 and 6:08-bk-4328. AEM and Hoth were 100% and 90% subsidiaries of Mirabilis. On October 27, 2009 the Court approved the Joint Amended Plan of Liquidation As Modified ("Plan") of these three companies and the liquidating debtor, Mirabilis, began to implement the Plan. The assets of these three debtors were put into the liquidating debtor together with their claims.

### III FINANCIAL REPORT:

Enclosed is a copy of the Quarterly Post-confirmation Operating Report filed separately with the Court.

### IV CIVIL LITIGATION:

The liquidating debtor was involved in a significant number of cases before filing Chapter 11. Many of these cases were settled, became claims or were dismissed during the bankruptcy case. Enclosed is a Summary of Litigation from the petition date to present. There were four fraudulent transfer suits filed. There were sixteen non-fraudulent transfer suits filed. These include four malpractice suits against professionals who represented the liquidating debtor, five collection suits for collections of the notes receivable, six suits against insiders for various causes and one other suit against two insurance companies. Two fraudulent transfer suits have been settled. Five of the non-fraudulent transfer suits have been settled, one default judgment obtained and one dismissed. A total of $349,697 has been recovered from the civil litigation with $600,000 of settlements due from defendants and a default judgment for $661,628 at the end of the quarter. Most of the pending litigation is in the discovery stage. Mediations were held in six of the cases to date with four settlements, one impasse and one mediation continued. Mediations are scheduled in one additional case during the next quarter.

**V CRIMINAL LITIGATION:**

The USA indicted Mirabilis, AEM and Hoth for conspiracy and wire fraud on October 30, 2008. At the same time the USA indicted three corporations ("Amodeo Companies") owned by Frank Amodeo for the same crimes, although the indictments against the Amodeo Companies were dropped by the USA. Mirabilis, AEM and Hoth pled not guilty on December 1, 2008. The three remaining defendants changed their pleas to nolo contendere on June 16, 2010. Sentencing is scheduled for hearing on July 21, 2010. This litigation has led to numerous attempts by the defendants in the civil litigation to have their cases dismissed.

**VI OTHER CLAIMS FOR RECOVERY:**

The liquidating debtor filed income tax, federal and state payroll tax returns for 2005-2009, which request over $26.5 million in refunds from federal and state tax authorities. The IRS began an audit of some of these returns in December 2009 and has completed its audits of the income tax returns, but not the payroll tax returns. The liquidating debtor has filed claims with two of its insurance providers for in excess of $5.1 million. One of its insurance providers has completed an audit of the policy in question, but has not issued its report. The liquidating debtor filed litigation to collect on its claim against its insurance providers during this quarter. The liquidating debtor had a claim in a Chapter 7 case of one of its subsidiaries and recovered $111,285 during this quarter.

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Wed Jul 21 10:59:25 EDT 2010

A Very Private Eye
4589 Southfield Ave.
Orlando, FL 32812-7751

AQMI
P.O. Box 144515
Orlando, FL 32814-4515

AQMI Strategy Corporation
2875 S Orange Ave #500
Orlando, FL 32806-5455

Michael C. Addison
Addison & Howard, P.A.
Post Office Box 172535
Tampa, FL 33672-0535

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

Alexander Walton
336 Blue Heron Drive
Winter Park, FL 32789-3511

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Travel Related Svcs Co Inc
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Frank L. Amodeo
2875 S. Orange Ave.
Ste. 500 PMB 1810
Orlando, FL 32806-5455

Aqmi Strategy Corp
c/o Frank L. Amodeo
Federal Correctional Complex-Low
POB 1031
Coleman, FL 33521-1031

Argent BD, LLC

Atlantic American Capital Group, LLC
c/o Bart R. Valdes, Esq.
609 W. Horatio St. Tampa, FL 33606

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Balch & Bingham LLP
Attn: Russ Campbell Esq
1901 Sixth Ave N, Ste 1500
Birmingham, AL 35203-4642

Russell Baldwin
2185 N Park Ave
Winter Park, FL 32789-2337

Richard Lee Barrett
18 Wall St.
Orlando, FL 32801-2421

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Richard E. Berman
Berman, Kean & Riguera, P.A.
2101 West Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309-3070

Berman Kean & Riguera PA
2101 West Commercial Blvd.
Suite 2800
Ft. Lauderdale, FL 33309-3070

Berman, Kean & Riguera, P.A.
2101 West Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309-3070

Hans C Beyer
c/o Joseph H. Varner, III
Holland & Knight LLP
P.O. Box 1288
Tampa, FL 33601-1288

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Brandywine Grande C. LP
c/o Kevin J. Funk
POB 561
Richmond, VA 23218-0561

Brian Fischer
17118 Gulf Pine Circle
Wellington, FL 33414-6357

Brian Taylor
5 Deborah
Fanwood, NJ 07023-1114

Tom A. Broadhead Jr.
11916 Brookmeade Ct
Glen Allen, VA 23059-5416

Bruce Carpenter
1020 Golf Valley Drive
Apopka, FL 32712-2568

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Chad Walters
417 Langholm Drive
Winter Park, FL 32789-5252

Charles Rahn
4589 Southfield Ave
Orlando, FL 32812-7751

Christine Resler
1918 Lauderdale Street
Houston, TX 77030-4106


Peter Collins
c.o David Simmons
P.O. Box 87
Orlando, FL 32802-0087

Conrad Eigenmann
1050 Miller Drive
Altamonte Springs, FL 32701-7505

Corporate Personnel Network
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303


Peter F Crummey
380 Riggs Ave
Melbourne Beach, FL 32951-3253

Daniel Myers
3648 Crescent Park Blvd.
Orlando, FL 32812-3825

David Robinson
8949 Elliots Ct
Orlando, FL 32836-5030


Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Dean Armitage
12839 Daughtery Drive
Winter Garden, FL 34787-6515

Derek Roy
12713 Hensel Road
Huntley, IL 60142-9797


Diane Hendricks, Ind. & as PR of the Estate
c/o Charles A. Carlson, Esq.
Barnett Bolt Kirkwood Long & McBride
PO Box 3287
Tampa, Florida 33601-3287

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Scott A Dubois
Beneficial Tower
15 West South Temple St #1200
Salt Lake City, UT 84101-1547


Tara C Early
Stanton & Gasdick PA
390 North Orange Avenue
Suite 260
Orlando, FL 32801-1612

Edith Curry
11916 Brookmeade Court
Glen Allen, VA 23059-5416

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440


F. Del Kelley
5220 S. Washington Ave
Titusville, FL 32780-7316

Fernando Simo
815 Lake Evalyn Drive
Celebration, FL 34747-4804

Fernando Simos
815 Lake Evalyn Drive
Celebration, FL 34747-4804


Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Department of Revenue
c/o Don Kiester
POB 2299
Mango, FL 33550-2299

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140


Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Frank Amodeo
F.C.C. -Low
POB 1031
Coleman, FL 33521-1031


Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Frankie Buddy Winsett
402 N. Carolina Ave.
Palm Harbor, FL 34683-5473

GMAC Bank, a Utah Industrial Bank
c/o Robert B. Bodzin, Esq.
1650 Market Street, 46th FL (One Liberty
Philadelphia, PA 19103-7301

| | | |
|---|---|---|
| Gill R Geldreich<br>Tennessee Attorney General's Office<br>Post Office 20207<br>Nashville, TN 37202 | George Sheldon<br>1955 Westpoint Circle<br>Orlando, FL 32835-8183 | George Stuart<br>916 Valencia Ave.<br>Orlando, FL 32804-7030 |
| George W. Eplin<br>1164 Citrus Oaks Run<br>Winter Springs, FL 32708-4800 | Gilbert Weisman<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Gillio Development, Inc.<br>4120 Orange Avenue<br>Orlando, FL 32806-6925 |
| Gillio Development, Inc.<br>657 Caledonia Place<br>Sanford, FL 32771-6403 | Glenn Thompson<br>520 Shadow Lane<br>Van Buren, AR 72956 | Paul S Glover<br>1312 Winter Springs Blvd<br>Winter Spring, FL 32708-3801 |
| I Randall Gold<br>United States Attorney's Office<br>501 West Church Street<br>Suite 300<br>Orlando, FL 32805-2281 | I. Randall Gold<br>U. S. Attorney's Office<br>501 W. Church St.<br>Suite 300<br>Orlando, FL 32805-2281 | Greg Nicoson<br>387 Hunters Blind Drive<br>Columbia, SC 29212-1651 |
| Robert S. Griscti<br>204 W. University Ave #6<br>Gainesville, FL 32601-5205 | Hans Beyer<br>2514 W. Sunset Drive<br>Tampa, FL 33629-5339 | Kenneth D Herron Jr<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 |
| Peter N Hill<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | Horton (Woody) Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 | Horton Johnson<br>3211 Northglenn Drive<br>Orlando, FL 32806-6371 |
| Humana/RMS<br>77 Hartland Street<br>Suite 401<br>East Hartford, CT 06108-3253 | E. James Hutto<br>5931 NW 1st Place<br>Gainesville, FL 32607-2063 | Carol Koehler Ide<br>U S Department of Justice - Tax Division<br>Post Office Box 14198<br>Ben Franklin Station<br>Washington, DC 20044-4198 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Internal Revenue Service<br>850 Trafalgar Court Ste 200<br>Group 3300<br>Maitland, FL 32751-4153 | Ionic Services Inc<br>Dan Sharp<br>7012 Harrison Ave Ste 6<br>Cincinnati OH 45247-4212 |
| Jackson Lewis<br>Attn:Anne Krupman<br>One North Broadway<br>White Plains, NY 10601-2310 | James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainsville, FL 32607-2063 | James Pitts<br>Secure Solutions, LLC<br>1490 Swanson Drive, Suite 200<br>Oveido, FL 32765-5860 |
| James Sadrianna<br>10025 Chatham Oaks Court<br>Orlando, FL 32836-5939 | James Vandevere<br>156 Shinnecock HL<br>Avondale, PA 19311-1428 | Jason Carlson<br>13113 Hadley Cir N<br>White Bear Lake, MN 55110-6075 |

Jay Stollenwerk
5009 Pelleport Ave.
Orlando, FL 32812-1124

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Jodi Jaiman
533 Tuten Trail
Orlando, FL 32828-8364

Joseph Robinson
7317 Lismore Court
Orlando, FL 32835-6150

KPMG, LLP
111 N. Orange Ave, Suite 1600
c/o Matthew Donnelly/Kirtus Bocox
Orlando, FL 32801-2332

F. Del Kelley
F. Del Kelley
c/o Kenneth D. Herron, Jr.
1851 W. Colonial Drive
Orlando, FL 32804-7013

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Kevin Billings
541 Minnehaha Road
Maitland, FL 32751-4568

Kevin Leonard
646 King Harold Court
Oviedo, FL 32765-9134

Kevin Munroe
3466 Bay Meadow Court
Windermere, FL 34786-7800

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

Kiran Chhaganlal
355 Twelve Oaks Drive
Winter Springs, FL 32708-6194

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

Larry Childers
504 Briarcliff Pkwy
Kansas City, MO 64116-1668

Larry Haber
6131 Mesing Lane #305
Cocoa Beach, FL 32931-5618

Lauire Andrea Consulting Srv
528 Myrtle Rd.
Naples, FL 34108-2657

Laurie Andrea
528 Myrtle Road
Naples, FL 34108-2657

Laurie Holtz
1826 West 23rd Street
Sunset Island #3
Miami Beach, FL 33140-4521

Lawrence Haber
420 Harding Ave #503
Cocoa Beach, FL 32931-5612

Lawrence LaBelle
7737 Fox Knoll Place
Winter Park, FL 32792-9378

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LeClairRyan
c/o Christopher L. Perkins
951 East Byrd Street
Richmond, vA 23219-4040

Robert E Leib
1419 E Bywater Lane
Fox Point, WI 53217-2845

Leighton Allen Archer
983 Troon Trace
Winter Springs, FL 32708-4319

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

LexisNexis,Div. of Reed Elsevier,Inc.
Attn: Beth Farnham
9443 Springboro Pike
Miamisburg, OH 45342-4425

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

Mark J. Bernet Esq
1505 N Florida Ave
Tampa, FL 33602-2613

Matthew Moore
137 Christine Drive
Satellite Beach, FL 32937-2243

Esther A McKean
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Charles J Meltz
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

Michael A. O'Sullivan
6005 Johnson Ave
Bethesda, MD 20817-3434


Mike Dement
3222 Derby Lane
Williamsburg, VA 23185-1463

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

Robert Moreyra
c/o David Simmons
P.O. Box 87
Orlando, FL 32802-0087


Todd K Norman
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802-3388

O2HR, LLC
c/o Michael C. Addison
P.O. Box 172535
Tampa, FL 33672-0535

Oliver Phipps
2970 Bridgehampton Lane
Orlando, FL 32812-5948


On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Orange County Tax Collector
Attn: Earl K. Wood
Post Office Box 2551
Orlando FL 32802-2551

Orange Cty Tax Collector
Attn: Earl K. Wood
PO Box 2551
Orlando, FL 32802-2551


Paradyme, Inc
c/o Frank L. Amodeo
F.C.C.-Low
POB 1031
Coleman, FL 33521-1031

Parbatie Diana Kristona
1915 Tumblewater Blvd.
Ocoee, FL 34761-3350

Scott H Park
United States Attorney
501 West Church St
Suite 300
Orlando, FL 32805-2281


Paul Glover
1312 Winter Springs Blvd.
Winter Springs, FL 32708-3801

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

Peter Anderson
795 Austin Ct
Winter Springs, FL 32708-3824


Peter Michae Barbee
7343 River Country Drive
Weeki Wochee, FL 34607-2042

Phillp Kaprow
1005 Antelope Trail
Winter Springs, FL 32708-4141

Professional Benefits solutions, Inc
2875 S Orange Ave #500
Orlando, FL 32806-5455


RKT Constructions, Inc
5220 S. Washington Ave
Titusville, FL 32780-7316

RKT Constructors, Inc.
RKT Constructors, Inc.
c/o Kenneth D. Herron, Jr.
1851 W. Colonial Drive
Orlando, FL 32804-7013

Rachlin Cohen & Holtz LLP
Rachlin Cohen & Holtz LLP
c/o Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Ave., 15th Floor
Miami, Fl 33131-3430


Ramaroa Inguva
102 Gadwall Court
Harvest, AL 35749-7938

Richard Berman
3400 Galt Ocean Drive
Unit 1602 South
Ft. Lauderdale, FL 33308-7000

Richard Sams
2526 Mason Oaks Drive
Valrico, FL 33596-6497


Robert Eugene Curry
3337 Leritz Ln
Edgewater, MD 21037-3102

Robert Konicki
1004 118th Ave N
St. Peteresburg, FL 33716-2332

Robert Moreyra
4001 Bayshore Blvd.
Tampa, FL 33611-1704

| | | |
|---|---|---|
| Robert Pollack<br>17781 Via Bella Acqua Ct #1001<br>Miromar Lakes, FL 33913-7854 | Robert S. Forman, P.A.<br>2101 West Commercial Blvd.<br>Suite 2800<br>Ft. Lauderdale, FL 33309-3070 | Robi A. Roberts<br>Robi A. Roberts<br>c/o Kenneth D. Herron Jr.<br>1851 W. Colonial Drive<br>Orlando, FL 32804-7013 |
| Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts & F. Del Kelley<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 | Robi A. Roberts Trust<br>Robi A. Roberts Trust<br>c/o Kenneth D. Herron Jr.<br>1851 W. Colonial Drive<br>Orlando, FL 32804-7013 |
| Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | SEC<br>Branch of Reorganization<br>3475 Lenox Rd NE #1000<br>Atlanta, GA 30326-3235 | Saxon Gilmore Carraway & Gibbons, P.A.<br>c/o Joseph H. Varner, III<br>Holland & Knight LLP<br>P.O. Box 1288<br>Tampa, FL 33601-1288 |
| Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 | Scott Goldberg<br>2868 Monticello Place<br># 205<br>Orlando, FL 32835-2905 |
| Scott Wealing<br>783 W Pine St<br>Tucson, AZ 85704-4734 | Sean Tucker Clancy<br>217 Settlers Row N<br>Ponte Vedra, FL 32082-3941 | Secure Solutions, LLC<br>c/o Peter N. Hill, Esq.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Dr.<br>Orlando, FL 32804-7013 |
| Securities Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago IL 60604-2908 | Shane Williams<br>517 Heatheroak Cove<br>Altamonte Springs, FL 32714-5418 | R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 |
| Department of Revenue State of Florida,<br>P. O. Box 2299<br>Mango, FL 33550-2299 U. S. A. | SunTrust Bank<br>Attn:  Bankruptcy/Legal Dept<br>200 S Orange Avenue<br>Orlando, FL 32801-3495 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 |
| Tennessee Dept. of Labor & Workforce Develop<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Terry Carney<br>561 High Street<br>Petersburg, VA 23803-3859 |
| Tessah Ivey<br>5374 Majestic Oak Circle<br>St. Cloud, FL 34771-9647 | Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | Titanium Technologies , Inc<br>c/o Frank L. Amodeo<br>F.C.C. - Low<br>POB 1031<br>Coleman, FL 33521-1031 |
| Tom Broadhead<br>11916 Brookmeade Court<br>Glen Allen, VA 23059-5416 | Tracey Mertens<br>522 S Hunt Club Blvd #228<br>Apopka, FL 32703-4960 | UHY Advisors, Inc<br>12900 Hall Rd #500<br>Sterling Heights, MI 48313-1153<br>Attn: Marc Fisher |

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

United States of America
U.S. Attorney's Office
501 W. Church St., Ste. 300
Orlando, FL 32805-2281

United States of America
Anita M. Cream, Esq.
United States Attorney's Office
400 N. Tampa Street, Suite 3200
Tampa, FL 33602-4774

United States of America
c/o I. Randall Gold
United States Attorney's Office
501 West Church Street, Suite 300
Orlando, FL 32805-2281

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Vance Felker
3 Eucalyptus Circle
Ormond Beach, FL 32176-3110

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Wellington Capital Group, Inc
2875 S Orange Ave #500
Orlando, FL 32806-5455

William G, West, Chapter 7 Trustee
c/o Waldron & Schneider
15150 Middlebrook
Houston, TX 77058-1226

Elena Wildermuth
Berman, Kean & Riguera, P.A.
2101 West Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309-3070

William G. West, Ch 7 Trustee for the Est
of Southwest Doctors, Inc
c/o Marc Schneider/Kimberly Bartley
15150 Middlebrook Dr.
Houston, TX 77058-1226

William G. West, Trustee for the Southwester
c/o Marc H. Schneider
Waldron & Schneider, LLP
15150 Middlebrook Drive
Houston, Texas 77058-1226

Stacey D Wilson
Atlantic Legal Group, P.A.
121 South Orange Avenue
Orlando, FL 32801-3221

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

Woody (Horton) Johnson
3212 Northglenn Drive
Orlando, FL 32806

Steven L Yoakam
320 Maitland Ave
Altamonte Springs, FL 32701-5417

Melissa Youngman
Wolf Hill McFarlin & Herron PA
1851 W Colonial Drive
Orlando, FL 32804-7013

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

(d)Internal Revenue Service
Centralized Insolvency Ops
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Acquisitions & Entilement Group Inc
undeliverable

(u)Argent BD Transition, LLC

(u)Argent BD, LLC
c/o Bart R. Valdes Esq.

(u)Argent Capital Advisors, LLC

(u)Bison Mortgage Corp.

(u)Briarcliff Village, LLC

(u)Centro Executive Offices
undeliverable

(u)Charles McBurney
undeliverable

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine,, CA 92618-7303

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)Dan Pietro
no city
no state

(u)First Commercial Ins. Corp.
undeliverable

(u)Forge Capital Partners

(u)Frances-Ann Moran
undeliverable

(u)Frank Hailstones
undeliverable

(u)Fred Sandlin
undeliverable

(u)Gillo Development, Inc
undeliverable

(u)Gordon Mike Adkins
undeliverable

(u)I-3 Media Group
undeliverable

(u)Karen S. Jennemann
Orlando

(u)John Burcham
undeliverable

(u)Linda Duncan
no city
no state

(u)Mark J. Bernet
no city
no state

(u)Martin Flynn
undeliverable

(u)Matthew Porter
undeliverable

(u)Michelle Hladky
undeliverable

(u)Norman Bruce Walko
undeliverable

(d)Michael A, O'Sullivan
6005 Johnson Ave
Bethesda, MD 20817-3434

(u)Quasar
undeliverable

(d) Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
P.O. Box 231
Orlando, FL 32802-0231

(u) Richard E. Berman
no city
no state

(d) Robert E. Leib
1419 E Bywater Lane
Fox Point, WI 53217-2845

(u) Ronald Wilbur
undeliverable

(u) Shane Cooper
undeliverable

(u) Solutions Funding, Inc.

(u) Tom J. Hancock
undeliverable

(u) William Reynolds
undeliverable

End of Label Matrix
Mailable recipients   199
Bypassed recipients    38
Total                 237