**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                    CASE NO.:    6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**              CHAPTER 11

       Debtor.
_____/

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD FROM 04/01/2010 TO 06/30/2010**

       Comes now the above-named Debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:       July 21, 2010                         /s/ Roy S. Kobert
                                                                           Roy S. Kobert, P.A.
                                                                           Florida Bar No. 777153
                                                                           Post Confirmation Special Counsel
                                                                           for the Debtor

Debtor's Address and                          Attorney's Address and
Phone Number:                                   Phone Number:
341 North Maitland Avenue, Suite 210      Broad and Cassel
Maitland, Florida 32751                        390 North Orange Avenue, Suite 1400
Telephone:     (407) 644-3781, Ext. 235     Orlando, Florida 32801
                                                      Telephone:     (407) 839-4200

4848-8192-2822.1
43582/0001

| MONTHLY OPERATING REPORT - | ATTACHMENT NO. 1 |
|---|---|
| POST CONFIRMATION | |

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
Debtor has not made, nor was required to make, any post-confirmation payments through the date of this report.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
Debtor does not own property requiring insurance and has one part-time employee.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
Balance of furniture, fixtures and equipment were sold at auction.

**Estimated Date of Filing the Application for Final Decree:** _____ Unknown

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 16 day of July 2010.

Debtor's Signature    PRESIDENT

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Mirabilis Ventures, Inc. |
| Case Number: | 6:08-BK-04327-KSJ |
| Date of Plan Confirmation: | 11/6/09 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Quarterly | Post Confirmation Total |
|---|---:|---:|
| 1. CASH (Beginning of Period) | $ 32,158.46 | $ 589,638.55 |
| 2. INCOME or RECEIPTS during the Period | $ 361,913.45 | $ 403,613.20 |
| 3. DISBURSEMENTS | | |
| a. Operating Expenses (Fees/Taxes): | | |
| (i) U.S. Trustee Quarterly Fees | $ 6,215.82 | $ 8,234.87 |
| (ii) Federal Taxes | 151.28 | 7,974.11 |
| (iii) State Taxes | 1,699.16 | 1,699.16 |
| (iv) Other Taxes | | - |
| b. All Other Operating Expenses: | $ 38,937.28 | $ 83,654.89 |
| c. Plan Payments: | | |
| (i) Administrative Claims | $ 1,534.32 | $ 546,154.67 |
| (ii) Class One | | - |
| (iii) Class Two | | - |
| (iv) Class Three | | - |
| (v) Class Four | | - |
| (Attach additional pages as needed) | | |
| Total Disbursements (Operating & Plan) | $ 48,537.86 | $ 647,717.70 |
| 1. CASH (End of Period) | $ 345,534.05 | $ 345,534.05 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust Bank | SunTrust Bank | | |
| Account Number: | 1000071890130 | 1000075608744 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Money market | | |
| Type of Account (e.g. checking) | Checking | Money market | | |
| 1. Balance per Bank Statement | See attached | See attached | | |
| 2. ADD: Deposits not credited | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

| MONTHLY OPERATING REPORT - | ATTACHMENT NO. 4 |
| POST CONFIRMATION | |

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 1000071890130 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See attached list. | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| None |
|---|

9:54 AM
07/13/10

# Mirabilis Ventures, Inc.
# Reconciliation Summary
### SunTrust Ckkg #0130, Period Ending 06/30/2010

|  | Jun 30, 10 |  |
|---|---|---|
| **Beginning Balance** |  | 137,005.00 |
| **Cleared Transactions** |  |  |
|     Checks and Payments - 8 items | -128,000.00 |  |
|     Deposits and Credits - 13 items | 105,000.00 |  |
| **Total Cleared Transactions** | -23,000.00 |  |
| **Cleared Balance** |  | 114,005.00 |
| **Uncleared Transactions** |  |  |
|     Checks and Payments - 1 item | -3,000.00 |  |
| **Total Uncleared Transactions** | -3,000.00 |  |
| **Register Balance as of 06/30/2010** |  | 111,005.00 |
| **New Transactions** |  |  |
|     Checks and Payments - 16 ite... | -105,209.56 |  |
| **Total New Transactions** | -105,209.56 |  |
| **Ending Balance** |  | 5,795.44 |

9:52 AM
07/13/10

# Mirabilis Ventures, Inc.
## Reconciliation Summary
### SunTrust MMA #8744, Period Ending 06/30/2010

|  | Jun 30, 10 |
|---|---:|
| **Beginning Balance** | 125,365.67 |
|    Cleared Transactions | |
|       Deposits and Credits - 2 ite... | 109,163.38 |
|    Total Cleared Transactions | 109,163.38 |
| **Cleared Balance** | **234,529.05** |
| Register Balance as of 06/30/2010 | 234,529.05 |
| Ending Balance | 234,529.05 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227





Page 1 of 2
83/E00/0175/11 /31
1000071890130
04/30/2010

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FREE BUSINESS CHECKING | 1000071890130 | 04/01/2010 - 04/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $11,990.00 | Average Balance | $30,247.36 |
| Deposits/Credits | $125,639.81 | Average Collected Balance | $25,502.46 |
| Checks | $13,571.71 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $5.00 | | |
| Ending Balance | $124,053.10 | | |

| Deposits/Credits | Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|---|
| | 04/09 | 8,354.50 | | DEPOSIT | 04/28 | 6,000.00 | | DEPOSIT |
| | 04/26 | 111,285.31 | | DEPOSIT | | | | |

Deposits/Credits: 3                    Total Items Deposited: 3

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 1082 | 517.70 | 04/22 | 1086 | 132.45 | 04/13 | 1090 | 330.05 | 04/13 |
| | 1083 | 300.00 | 04/22 | 1087 | 18.83 | 04/13 | 1091 | 4,575.00 | 04/13 |
| | 1084 | 431.46 | 04/22 | 1088 | 6,166.22 | 04/16 | 1092 | 300.00 | 04/22 |
| | 1085 | 150.00 | 04/22 | 1089 | 650.00 | 04/13 | | | |

Checks: 11

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/30 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 04/01 | 11,990.00 | 11,990.00 | 04/26 | 118,058.10 | 6,773.10 |
| | 04/09 | 20,344.50 | 11,990.50 | 04/27 | 118,058.10 | 118,058.10 |
| | 04/12 | 20,344.50 | 20,344.50 | 04/28 | 124,058.10 | 118,058.10 |
| | 04/13 | 14,638.17 | 14,638.17 | 04/29 | 124,058.10 | 124,058.10 |
| | 04/16 | 8,471.95 | 8,471.95 | 04/30 | 124,053.10 | 124,053.10 |
| | 04/22 | 6,772.79 | 6,772.79 | | | |

```
SUNTRUST BANK                                    Page 1 of 2
P O BOX 622227                                   66/E00/0175/0 /31
ORLANDO FL 32862-2227                            1000075608744
                                                 04/30/2010
```



# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICE NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUSINESS MONEY MARKET | 1000075608744 | 04/01/2010 - 04/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $20,168.46 | Average Balance | $20,168.87 |
| Deposits/Credits | $12.44 | Average Collected Balance | $20,168.87 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .75% |
| Ending Balance | $20,180.90 | Interest Paid Year to Date | $22.19 |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 04/30 | 12.44 | | INTEREST PAID THIS STATEMENT THRU 04/30 |

Deposits/Credits: 1                    Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 04/01 | 20,168.46 | 20,168.46 | 04/30 | 20,180.90 | 20,180.90 |

11005                    Member FDIC                    Continued on next page

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227

Page 1 of 2  
83/E00/0175/3 /31  
1000071890130  
05/31/2010



# Account Statement

MIRABILIS VENTURES INC  
R W CUTHILL  
341 N MAITLAND AVE STE 210  
MAITLAND FL 32751-4771

Questions? Please call  
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 05/01/2010 - 05/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $124,053.10 | Average Balance | $58,574.21 |
| Deposits/Credits | $131,000.00 | Average Collected Balance | $41,670.98 |
| Checks | $12,942.06 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $105,106.04 | | |
| Ending Balance | $137,005.00 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 05/28 | 131,000.00 | | DEPOSIT | | | |

Deposits/Credits: 1          Total Items Deposited: 2

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1093 | 4,700.00 | 05/17 | 1094 | 7,581.83 | 05/11 | 1095 | 660.23 | 05/14 |

Checks: 3

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 05/10 | 105,101.04 | | TRANSFER TO MMA 8744 CONFIRM NBR 010115306 |
| 05/28 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 124,053.10 | 124,053.10 | 05/14 | 10,710.00 | 10,710.00 |
| 05/10 | 18,952.06 | 18,952.06 | 05/17 | 6,010.00 | 6,010.00 |
| 05/11 | 11,370.23 | 11,370.23 | 05/28 | 137,005.00 | 6,005.00 |

3945          Member FDIC          Continued on next page

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
05/31/2010



MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

# Account Statement

Questions? Please call
1-800-786-8787

IMPORTANT NOTICE REGARDING UNLAWFUL INTERNET GAMBLING TRANSACTIONS: ALL TRANSACTIONS THAT ARE "RESTRICTED TRANSACTIONS" AS DEFINED UNDER THE UNLAWFUL INTERNET GAMBLING ENFORCEMENT ACT OF 2006 AND REGULATION GG ARE PROHIBITED FROM BEING PROCESSED THROUGH ANY OF YOUR ACCOUNTS OR YOUR RELATIONSHIP WITH THE BANK.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 05/01/2010 - 05/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $20,180.90 | Average Balance | $94,779.53 |
| Deposits/Credits | $105,184.77 | Average Collected Balance | $94,779.53 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.05% |
| Ending Balance | $125,365.67 | Interest Paid Year to Date | $105.92 |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 05/10 | 105,101.04 | | TRANSFER FROM CHK 0130 CONFIRM NBR 010115306 |
| 05/28 | 83.73 | | INTEREST PAID THIS STATEMENT THRU 05/31 |

Deposits/Credits: 2      Total Items Deposited: 0

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 05/01 | 20,180.90 | 20,180.90 | 05/28 | 125,365.67 | 125,365.67 |
| 05/10 | 125,281.94 | 125,281.94 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

83/E00/0175/6 /31
1000071890130
06/30/2010



# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEBSITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 06/01/2010 - 06/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $137,005.00 | Average Balance | $56,818.22 |
| Deposits/Credits | $105,000.00 | Average Collected Balance | $53,318.22 |
| Checks | $19,009.09 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $108,990.91 | | |
| Ending Balance | $114,005.00 | | |

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 06/30 | 6,000.00 | | DEPOSIT | 06/30 | 99,000.00 | | DEPOSIT |

Deposits/Credits: 2          Total Items Deposited: 2

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1101 | 1,757.25 | 06/24 | 1103 | 10,254.00 | 06/11 | *1109 | 1,534.32 | 06/14 |
| 1102 | 260.10 | 06/15 | *1107 | 5,202.88 | 06/15 | *1112 | .54 | 06/16 |

Checks: 6          *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/11 | 108,985.91 | | TRANSFER TO MMA 8744 CONFIRM NBR 110111135 |
| 06/30 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 137,005.00 | 137,005.00 | 06/16 | 10,767.25 | 10,767.25 |
| 06/11 | 17,765.09 | 17,765.09 | 06/24 | 9,010.00 | 9,010.00 |
| 06/14 | 16,230.77 | 16,230.77 | 06/30 | 114,005.00 | 9,005.00 |
| 06/15 | 10,767.79 | 10,767.79 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
06/30/2010


SUNTRUST

## Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEBSITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | 1000075608744 | 06/01/2010 - 06/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $125,365.67 | Average Balance | $198,028.85 |
| Deposits/Credits | $109,163.38 | Average Collected Balance | $198,028.85 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.10% |
| Ending Balance | $234,529.05 | Interest Paid Year to Date | $283.39 |

| Deposits/ Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 06/11 | 108,985.91 | | TRANSFER FROM CHK 0130 CONFIRM NBR 110111135 |
| | 06/30 | 177.47 | | INTEREST PAID THIS STATEMENT THRU 06/30 |

Deposits/Credits: 2          Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 06/01 | 125,365.67 | 125,365.67 | 06/30 | 234,529.05 | 234,529.05 |
| | 06/11 | 234,351.58 | 234,351.58 | | | |

10710                    Member FDIC                    Continued on next page

**Mirabilis Ventures, Inc.**
**Check Detail**
April through June 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | svc ... | 4/30/2010 | SunTrust Bank | | SunTrust Ckkg ... | | **-5.00** |
| | | | | | 7200 · Office E... | -5.00 | 5.00 |
| TOTAL | | | | | | -5.00 | 5.00 |
| Check | svc ... | 5/31/2010 | SunTrust Bank | | SunTrust Ckkg ... | | **-5.00** |
| | | | | | 7200 · Office E... | -5.00 | 5.00 |
| TOTAL | | | | | | -5.00 | 5.00 |
| Check | svc ... | 6/30/2010 | SunTrust Bank | | SunTrust Ckkg ... | | **-5.00** |
| | | | | | 7200 · Office E... | -5.00 | 5.00 |
| TOTAL | | | | | | -5.00 | 5.00 |
| Bill Pmt -Check | ... | 4/9/2010 | Florida Depart... | | SunTrust Ckkg ... | | **0.00** |
| TOTAL | | | | | | 0.00 | 0.00 |
| Bill Pmt -Check | 1082 | 4/9/2010 | Florida Depart... | | SunTrust Ckkg ... | | **-517.70** |
| Bill | Q3 ... | 2/8/2010 | | | 7910 · SUTA E... | -189.00 | 189.00 |
| | | | | | 7960 · Penalties | -300.00 | 300.00 |
| | | | | | 6900 · Interest ... | -28.70 | 28.70 |
| TOTAL | | | | | | -517.70 | 517.70 |
| Bill Pmt -Check | 1083 | 4/9/2010 | Florida Depart... | | SunTrust Ckkg ... | | **-300.00** |
| Bill | Q4 ... | 2/1/2010 | | | 7960 · Penalties | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |
| Bill Pmt -Check | 1084 | 4/9/2010 | Florida Depart... | | SunTrust Ckkg ... | | **-431.46** |

## Mirabilis Ventures, Inc.
## Check Detail
### April through June 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill | Q1 … | 2/8/2010 | | | 7910 · SUTA E… | -189.00 | 189.00 |
| | | | | | 7960 · Penalties | -225.00 | 225.00 |
| | | | | | 6900 · Interest … | -17.46 | 17.46 |
| TOTAL | | | | | | -431.46 | 431.46 |
| | | | | | | | |
| Bill Pmt -Check | 1085 | 4/9/2010 | Florida Depart… | | SunTrust Ckkg … | | -150.00 |
| Bill | Q2 … | 2/1/2010 | | | 7960 · Penalties | -150.00 | 150.00 |
| TOTAL | | | | | | -150.00 | 150.00 |
| | | | | | | | |
| Bill Pmt -Check | 1086 | 4/9/2010 | Internal Reven… | | SunTrust Ckkg … | | -132.45 |
| Bill | 200… | 3/1/2010 | | | 7960 · Penalties | -96.60 | 96.60 |
| | | | | | 6900 · Interest … | -35.85 | 35.85 |
| TOTAL | | | | | | -132.45 | 132.45 |
| | | | | | | | |
| Bill Pmt -Check | 1087 | 4/9/2010 | Internal Reven… | | SunTrust Ckkg … | | -18.83 |
| Bill | 200… | 3/1/2010 | | | 7960 · Penalties | -15.96 | 15.96 |
| | | | | | 6900 · Interest … | -2.87 | 2.87 |
| TOTAL | | | | | | -18.83 | 18.83 |
| | | | | | | | |
| Bill Pmt -Check | 1088 | 4/9/2010 | LM Liquidators | | SunTrust Ckkg … | | -6,166.22 |
| Bill | MB16 | 3/20/2010 | | | Liquidation & W… | -6,166.22 | 6,166.22 |
| TOTAL | | | | | | -6,166.22 | 6,166.22 |
| | | | | | | | |
| Bill Pmt -Check | 1089 | 4/9/2010 | U.S. Trustee | | SunTrust Ckkg … | | -650.00 |
| Bill | Q4 … | 1/7/2010 | | | Trustee Fee | -650.00 | 650.00 |
| TOTAL | | | | | | -650.00 | 650.00 |

4:19 PM
07/16/10

Page 3

## Mirabilis Ventures, Inc.
## Check Detail
### April through June 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---:|---:|
| **Bill Pmt -Check** | **1090** | **4/9/2010** | **U.S. Trustee** | | **SunTrust Ckkg ...** | | **-330.05** |
| Bill | Q4 ... | 1/7/2010 | | | Trustee Fee | -317.30 | 325.00 |
| Bill | Hoth's | 3/9/2010 | | | 6900 · Interest ... | -11.49 | 11.77 |
| Bill | | | | | 6900 · Interest ... | -1.26 | 1.26 |
| TOTAL | | | | | | -330.05 | 338.03 |
| **Bill Pmt -Check** | **1091** | **4/9/2010** | **U.S. Trustee** | | **SunTrust Ckkg ...** | | **-4,575.00** |
| Bill | Q4 ... | 1/7/2010 | | | Trustee Fee | -4,575.00 | 4,575.00 |
| TOTAL | | | | | | -4,575.00 | 4,575.00 |
| **Bill Pmt -Check** | **1092** | **4/9/2010** | **Florida Depart...** | | **SunTrust Ckkg ...** | | **-300.00** |
| Bill | Q2 ... | 2/1/2010 | | | 7960 · Penalties | -300.00 | 300.00 |
| TOTAL | | | | | | -300.00 | 300.00 |
| **Bill Pmt -Check** | **1093** | **5/10/2010** | **Jay M Cohen, P...** | | **SunTrust Ckkg ...** | | **-4,700.00** |
| Bill | 6251 | 11/17/2009 | | | 7100 · Legal & ... | -2,600.00 | 2,600.00 |
| Bill | 6301 | 4/1/2010 | | | 7100 · Legal & ... | -2,100.00 | 2,100.00 |
| TOTAL | | | | | | -4,700.00 | 4,700.00 |
| **Bill Pmt -Check** | **1094** | **5/10/2010** | **LM Liquidators** | | **SunTrust Ckkg ...** | | **-7,581.83** |
| Bill | MB17 | 4/21/2010 | | | Liquidation & W... | -7,581.83 | 7,581.83 |
| TOTAL | | | | | | -7,581.83 | 7,581.83 |
| **Bill Pmt -Check** | **1095** | **5/10/2010** | **U.S. Trustee** | | **SunTrust Ckkg ...** | | **-660.23** |
| Bill | inter... | 4/7/2010 | | | 6900 · Interest ... | -8.83 | 8.83 |
| Bill | Q1 ... | 4/7/2010 | | | Trustee Fee | -650.00 | 650.00 |
| Bill | Hot... | 4/7/2010 | | | 6900 · Interest ... | -1.40 | 1.40 |

## Mirabilis Ventures, Inc.
## Check Detail
### April through June 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 1096 | 6/10/2010 | Balch & Bingha... | | SunTrust Ckkg... | | |
| TOTAL | | | | | | -660.23 | 660.23 |
| Bill Pmt -Check | 1097 | 6/10/2010 | Baldwin & Co., ... | | SunTrust Ckkg... | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| Bill Pmt -Check | 1098 | 6/10/2010 | Barrett, Chapm... | | SunTrust Ckkg... | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| Bill Pmt -Check | 1099 | 6/10/2010 | Broad & Cassel | | SunTrust Ckkg... | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| Bill Pmt -Check | 1100 | 6/10/2010 | Cellucci, John ... | | SunTrust Ckkg... | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| Bill Pmt -Check | 1101 | 6/10/2010 | Crummey Inves... | | SunTrust Ckkg... | | |
| Bill | 54 | 11/11/2009 | | | 7100 · Legal &... | -1,119.75 | 1,119.75 |
| Bill | 55 | 11/18/2009 | | | 7100 · Legal &... | -212.50 | 212.50 |
| Bill | 56 | 11/18/2009 | | | 7100 · Legal &... | -425.00 | 425.00 |
| TOTAL | | | | | | -1,757.25 | 1,757.25 |
| Bill Pmt -Check | 1102 | 6/10/2010 | CSC (Corporati... | | SunTrust Ckkg... | | |
| Bill | 728... | 3/13/2010 | | | 7100 · Legal &... | -260.10 | 260.10 |

## Mirabilis Ventures, Inc.
## Check Detail
### April through June 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | -260.10 | 260.10 |
| | | | | | | | |
| Bill Pmt -Check | 1103 | 6/10/2010 | Cuthill, Jr., R.W... | | SunTrust Ckkg ... | | -10,254.00 |
| Bill | Hoth's | 12/31/2009 | | | Contract Servic... | -10,253.50 | 10,253.50 |
| | | | | | 7200 · Office E... | -0.50 | 0.50 |
| TOTAL | | | | | | -10,254.00 | 10,254.00 |
| | | | | | | | |
| Bill Pmt -Check | 1104 | 6/10/2010 | Jay M Cohen, P... | | SunTrust Ckkg ... | | -3,000.00 |
| Bill | 6436 | 5/14/2010 | | | 7100 · Legal & ... | -3,000.00 | 3,000.00 |
| TOTAL | | | | | | -3,000.00 | 3,000.00 |
| | | | | | | | |
| Bill Pmt -Check | 1105 | 6/10/2010 | KPMG LLP | | SunTrust Ckkg ... | | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| Bill Pmt -Check | 1106 | 6/10/2010 | Latham, Shuke... | | SunTrust Ckkg ... | | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| Bill Pmt -Check | 1107 | 6/10/2010 | LM Liquidators | | SunTrust Ckkg ... | | -5,202.88 |
| Bill | MB18 | 5/21/2010 | | | Liquidation & W... | -5,202.88 | 5,202.88 |
| TOTAL | | | | | | -5,202.88 | 5,202.88 |
| | | | | | | | |
| Bill Pmt -Check | 1108 | 6/10/2010 | Morris & Widm... | | SunTrust Ckkg ... | | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| Bill Pmt -Check | 1109 | 6/10/2010 | Robert S. Grisc... | | SunTrust Ckkg ... | | -1,534.32 |

4:19 PM
07/16/10

## Mirabilis Ventures, Inc.
### Check Detail
#### April through June 2010

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Bill | 200... | 6/1/2009 | Shutts & Bowe... | | 7100 · Legal &... | -1,010.00 | 5,050.00 |
| Bill | 200... | 6/24/2009 | Shutts & Bowe... | | 7100 · Legal &... | -524.32 | 2,621.62 |
| TOTAL | | | | | | -1,534.32 | 7,671.62 |
| Bill Pmt -Check | 1110 | 6/10/2010 | Shutts & Bowe... | | SunTrust Ckkg... | 0.00 | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |
| Bill Pmt -Check | 1111 | 6/10/2010 | Smith, Brooks... | | SunTrust Ckkg... | 0.00 | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |
| Bill Pmt -Check | 1112 | 6/10/2010 | U.S. Trustee | | SunTrust Ckkg... | 0.00 | -0.54 |
| Bill | Q1... | 5/7/2010 | | | 6900 · Interest... | -0.54 | 0.54 |
| TOTAL | | | | | | -0.54 | 0.54 |
| Bill Pmt -Check | 1113 | 6/10/2010 | Yoakum Consu... | | SunTrust Ckkg... | 0.00 | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |