UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MIRABILIS VENTURES, INC.,  Case No. 6:08-bk-04327-KSJ
et al.,

    Debtors.
_____/

## DECLARATION OF INTERNAL REVENUE SERVICE REVENUE OFFICER GEORGE CARPENTER

I declare the following to be true and correct:

1. I am a revenue officer with the Internal Revenue Service, working in Maitland, Florida. I have been a revenue officer for over 19 years. As a revenue officer, I secure unfiled tax returns and collect unpaid tax liabilities for both individuals and businesses.

2. On April 28, 2010, I was assigned to conduct a trust fund recovery penalty ("TFRP") investigation of Mirabilis Ventures, Inc.

3. My first step in these investigations is to review the Form 941 employment tax and other tax accounts of the corporate taxpayer. Accordingly, on May 4, 2010, I reviewed Mirabilis' Form 941 (employment tax) accounts for the first quarter 2007 through the first quarter 2010, and its income tax accounts for the years 2005 - 2009. There were employment taxes owed.

4714888.1


Government Exhibit 4

4. My review of the IRS accounts for Mirabilis revealed that there was a $400,000 credit/payment applied to the Form 1120 (income tax) account for 2005 on or about May 21, 2007; that it was moved to the Form 941 (employment tax) account for the first quarter 2007 on or about May 27, 2008, after Mr. Cuthill began his employment with Mirabilis; and that the credit/payment was moved back to the Form 1120 account.

5. I understand that the debtor accused me of contacting Mr. Cuthill unannounced and without the consent of Mirabilis' counsel, and that I attempted to intimidate and strong-arm Mr. Cuthill. This is incorrect. On May 14, 2010, after trading voicemail messages, I scheduled an appointment with Mr. Cuthill at his office for May 18, 2010. At the May 18 meeting I provided Mr. Cuthill with required IRS publications and notifications, reviewed Mirabilis' history of filing tax returns, and conducted an interview, recording Mr. Cuthill's responses on IRS Form 4180; he had no questions at that time.

6. On June 8, 2010, I provided Mr. Cuthill with the Forms 4180 (my notes of our interview) and 433B (collection statement for businesses). On June 14, 2010, I left copies of the Form 941 and 1120 transcripts at Mr. Cuthill's office. We have had no further contact.

-2-

4714388.1

7.  On June 16, 2010, Ms. Summers requested that we suspend the trust fund recovery penalty investigation for six months in order to complete litigation regarding Mirabilis' bankruptcy case. I did so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on : 8/6/10

Revenue Officer George Carpenter
Employee No. 23093220

- 3 -

4714888.1

TOTAL P.04