**Ide, Carol Koehler (TAX)**

| | |
|---|---|
| **From:** | Ide, Carol Koehler (TAX) |
| **Sent:** | Monday, August 02, 2010 2:07 PM |
| **To:** | 'Mariane Dorris' |
| **Cc:** | R. Scott Shuker; Lortie John T; Roy Kobert; R W Cuthill Jr; Justin M. Luna |
| **Subject:** | RE: Depositions for Claim No. 36 (Mirabilis' post-petition taxes) |

Mariane:

In response to Friday's e-mail:

Thank your for your explanation regarding your desire to depose RO Carpenter. I assume you want to take his deposition the week of August 16 as well?

A deposition notice for Ms. Yip – and for the other IRS personnel -- is sufficient.

I am sorry you rejected our proposals for less expensive and less time-consuming means of discovery of the evidence Ms. Yip can provide. I am sure you understand that it is our obligation as a creditor to scrutinize estate expenditures, particularly in this case in light of the Plan provisions for our review. We are not telling your firm how to staff the case, however, we are cognizant of the large Government claim and the small amount of resources we all have available. So if some of your staff can attend the deposition telephonically, rather than flying to Denver, please let me know, and we will make appropriate arrangements.

Along these lines, you expressed concern over the Government having two attorneys present at the two depositions we have taken in the related *AEM* case. That case is unusual, both in the relatively high dollar amount in issue and because charges of unprofessional conduct have been made against Government counsel. Every travel request we submit is reviewed prior to travel being authorized, and in *AEM* a supervisor determined that the attendance of two attorneys was advisable.

I would like to take a step back from these scheduling issues to raise an issue that has been troubling me throughout this case: communications have been somewhat discourteous and hostile, and it is to the benefit of our clients and the Court to end the personal attacks and suggestions of unprofessionalism. I do not have a problem with continuing to communicate by e-mail so that we all have a record of the decisions made in these proceedings, but suggest that we return to a more civil tone. If there is a long-ago misunderstanding or slight, I am not aware of it, but will take steps to correct any problem you bring to my attention.

Thank you.



Government Exhibit 5

1

Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963

---

**From:** Mariane Dorris [mailto:MDorris@lseblaw.com]
**Sent:** Friday, July 30, 2010 12:56 PM
**To:** Ide, Carol Koehler (TAX)
**Cc:** R. Scott Shuker; Lortie John T; Roy Kobert; R W Cuthill Jr; Justin M. Luna
**Subject:** RE: Depositions for Claim No. 36 (Mirabilis' post-petition taxes)

Carol:

     Given that you have had two attorneys at both Mr. Cuthill's deposition and Mr. Bocox's two hour deposition, I hardly think you are in a position to tell me how to staff a case. In any event, is a deposition notice sufficient for Ms. Yipp, or do I need to subpoena her?

     RO Carpenter has knowledge regarding the facts and circumstances concerning the alleged unpaid 941 taxes-if he didn't he could not possibly be investigating Mr. Cuthill directly for unpaid 941 taxes The sooner I get dates, the sooner you can file a motion and have the Court decide.

Thank you,

Ms. Mariane L. Dorris
**Latham, Shuker, Eden & Beaudine, LLP.**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849
www.lseblaw.com

 Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL.  IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE.  THANK YOU.

**From:** Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
**Sent:** Friday, July 30, 2010 12:24 PM
**To:** Mariane Dorris
**Cc:** R. Scott Shuker; Lortie John T; Roy Kobert; R W Cuthill Jr
**Subject:** RE: Depositions for Claim No. 36 (Mirabilis' post-petition taxes)

Mariane:

I do not believe it is the Government that is wasting time and resources in this case. We are attempting to collect taxes based on tax returns as filed, from a company involved in a scheme to evade over $100 million in payroll taxes.

That said, please clarify: Who do you plan to send to Denver? Is more than one attorney necessary? You have had only one at our two depositions, so I am surprised if you think you need more than one associate to handle this minor witness.

I will check to confirm August 19 and 20.

Re: RO Carpenter, as I requested in my June 14 e-mail, please clarify why you wish to depose him so that we may evaluate whether a motion for protective order is necessary. My understanding is that he was investigating Mr. Cuthill's potential liability under 26 USC 6672 for the unpaid post-petition employment taxes of Mirabilis, and not either of the debtors' liabilities. Mr. Cuthill's potential liability for the debtor's unpaid trust fund taxes is not (nor can it be) before the court; however, if there is some reason you feel RO Carpenter's testimony may be relevant, or is likely to lead to the discovery of admissible evidence, please let me know.


Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963

---

**From:** Mariane Dorris [mailto:MDorris@lseblaw.com]
**Sent:** Friday, July 30, 2010 9:56 AM
**To:** Ide, Carol Koehler (TAX)
**Cc:** R. Scott Shuker; Lortie John T; Roy Kobert; R W Cuthill Jr
**Subject:** RE: Depositions for Claim No. 36 (Mirabilis' post-petition taxes)

Carol:
Given the Government's complete waste of time and resources in this case, I will take your concerns on MVI's "reasonableness" under advisement. We will proceed with Ms. Yip's deposition in Denver; unless the Government will agree to produce her here (4 people traveling, or 3-your choice). We can take the depositions of **Ms. Summers** and **Revenue Officer Morris** on August 19 and 20, if both have to be in the afternoon. If you

3

don't want to be in Orlando on a Friday afternoon, then I suggest we do both on August 19. We disagree as to whether your "irrelevancy" objection can preclude the deposition of **RO Carpenter**, so please advise if I need to subpoena him (please provide address), or if a notice of depo is sufficient. That way you can move for a protective order, and Judge Jenneman can decide on August 12 (MVI status conference).

Please let me know your thoughts as to the above, so I can make travel arrangement today and draft the appropriate deposition notices and/or subpoenas.

Thank you,

Ms. Mariane L. Dorris
**Latham, Shuker, Eden & Beaudine, LLP.**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849
www.lseblaw.com

 Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL.  IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE.  THANK YOU.

---

**From:** Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
**Sent:** Thursday, July 29, 2010 3:04 PM
**To:** Mariane Dorris
**Cc:** R. Scott Shuker; Lortie John T
**Subject:** RE: Depositions for Claim No. 36 (Mirabilis' post-petition taxes)

Mariane:

**Ms. Yip** is available Tuesday, August 17 at 9:30 a.m. (Denver time).  She has reserved a conference room –

Internal Revenue Service
1999 Broadway, 25th Floor
Denver, CO 80202

I am concerned about the reasonableness of spending our limited estate funds on such an inconsequential witness, who can testify only to the information from her notes (attached), and I propose a few alternatives:

1. Interview Ms. Yip by telephone (with me on the call), then memorialize any relevant testimony in a declaration to be offered at the evidentiary hearing.

2. Depose Ms. Yip by telephone then, if that is unsatisfactory, we will not object to a face-to-face deposition on the ground that it constitutes a second deposition.  We would reserve the right to object to the deposition on other grounds.

Again, we are not adverse to allowing you this discovery, or to presenting her testimony, but are finding it difficult to justify the expense.

**Ms. Summers** and **Revenue Officer Morris** are available for deposition the week of August 16, although Ms. Summers is not available on Monday or Tuesday. I suggest both be deposed in Orlando, at the offices of Broad & Cassel, but in the afternoon, to allow their travel from, respectively, Jacksonville and Tampa. RO Morris has a conflict on September 15 (he is scheduled to be out of the state for work that day), so his deposition would be for discovery and trial.

We believe that the Section 6672 investigation of Mr. Cuthill is irrelevant to the determination of Mirabilis' post-petition liability, and, accordingly, object to your deposing **RO Carpenter**.

How would you like to proceed?

Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963

---

**From:** Mariane Dorris [mailto:MDorris@lseblaw.com]
**Sent:** Wednesday, July 28, 2010 5:06 PM
**To:** Ide, Carol Koehler (TAX)
**Cc:** R. Scott Shuker
**Subject:** RE: Depositions for Claim No. 36 and Claim 4

Carol:
Does August 17 at 9:30 a.m. work for you and Ms. Yipp? If necessary I can check to see if I can find a court reporter offices with depositions suites.

Let me know.
Thanks.

Ms. Mariane L. Dorris
**Latham, Shuker, Eden & Beaudine, LLP.**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849
www.lseblaw.com

 Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE. THANK YOU.

---

**From:** Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
**Sent:** Tuesday, July 27, 2010 4:09 PM
**To:** Mariane Dorris
**Cc:** R. Scott Shuker
**Subject:** RE: Depositions for Claim No. 36 and Claim 4

Mariane:

That's tough travel – I am not planning on making a weekend out of the trip to either Central Florida or Denver -- how about Tues/Wed/Thurs?


Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, DC 20001

If sending by overnight mail:
555 4th Street, NW, Room 6915
Washington, DC 20001

Phone: 202.514.5887
Fax: 202.514.4963

---

**From:** Mariane Dorris [mailto:MDorris@lseblaw.com]
**Sent:** Tuesday, July 27, 2010 3:18 PM
**To:** Ide, Carol Koehler (TAX)
**Cc:** R. Scott Shuker
**Subject:** RE: Depositions for Claim No. 36 and Claim 4

Carol:
Is either August 16 or August 20 available?

Ms. Mariane L. Dorris
**Latham, Shuker, Eden & Beaudine, LLP.**
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849
www.lseblaw.com

 Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL.  IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE.  THANK YOU.

---

**From:** Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
**Sent:** Monday, July 19, 2010 2:22 PM
**To:** Mariane Dorris
**Subject:** Re: Depositions for Claim No. 36 and Claim 4


At her office - let me know a couple of dates and I'll see if a room is available.

Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 14198
Washington, DC 20044
(202) 514-5887
(202) 514-4963 (fax)
Sent from my Blackberry

---

**From**: Mariane Dorris
**To**: Ide, Carol Koehler (TAX)
**Sent**: Mon Jul 19 14:20:02 2010
**Subject**: Re: Depositions for Claim No. 36 and Claim 4

Ok. Will we need to arrange for a place, or can it take place at her office?

Sent by Good Messaging (www.good.com)


 -----Original Message-----
From:   Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
Sent:   Monday, July 19, 2010 02:09 PM Eastern Standard Time
To:     Mariane Dorris
Subject:        Re: Depositions for Claim No. 36 and Claim 4

Ms Yip may be deposed in Denver.

Carol Koehler Ide
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 14198
Washington, DC 20044
(202) 514-5887
(202) 514-4963 (fax)
Sent from my Blackberry

_____

From: Mariane Dorris
To: Ide, Carol Koehler (TAX)
Sent: Mon Jul 19 11:11:25 2010
Subject: RE: Depositions for Claim No. 36 and Claim 4

Are you able to produce her here, or will we need to go to Denver? In my experience telephonic depositions are a waste of time.

Thanks

Ms. Mariane L. Dorris
Latham, Shuker, Eden & Beaudine, LLP.
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849

www.lseblaw.com <http://www.lseblaw.com>

P Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL.  IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE.  THANK YOU.

_____

From: Ide, Carol Koehler (TAX) [mailto:Carol.Koehler.Ide@usdoj.gov]
Sent: Thursday, July 15, 2010 12:20 PM
To: Mariane Dorris
Subject: RE: Depositions for Claim No. 36 and Claim 4

Mariane:

Ms. Yip is in Denver, CO, and is pretty much available from the last week of July through the third week of August. Do you have a few dates in mind for her deposition? We can arrange for a telephonic deposition if you want to save time and travel funds.

Carol Koehler Ide

Trial Attorney, Tax Division

U.S. Department of Justice

P.O. Box 14198

Washington, DC 20001


If sending by overnight mail:

555 4th Street, NW, Room 6915

Washington, DC 20001


Phone: 202.514.5887

Fax: 202.514.4963


From: Mariane Dorris [mailto:MDorris@lseblaw.com]
Sent: Monday, July 12, 2010 4:29 PM
To: Ide, Carol Koehler (TAX)
Cc: R. Scott Shuker; R W Cuthill Jr
Subject: Depositions for Claim No. 36 and Claim 4


Carol:

Please provide me with dates, times, and city for the depositions of Ms. Yip, Ms. Sommers, and the "Revenue Agent" for the Claim 36 Objection, and for the person with the most knowledge concerning Claim No. 4. I am unavailable the week of August 23, but am flexible throughout the remainder of the month.

Thank you,

Ms. Mariane L. Dorris
Latham, Shuker, Eden & Beaudine, LLP.
390 N. Orange Ave., Suite 600
Orlando, Florida 32801
Fax (407) 481-5801
Direct Line (407) 481-5849

www.lseblaw.com <http://www.lseblaw.com>

P Please consider the environment before printing this e-mail.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE. THANK YOU.