

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Thursday
August 12, 2010

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

CASE NUMBER: 08-04327-6J1      FILING DATE: 05/27/2008 (BAPCPA)      HEARING TIME: 02:00 P.M.

DEBTOR:MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL

```
HEARING:

"STATUS CONFERENCE"

1) OBJECTION TO CLAIM NO. 23 OF ATLANTIC AMERICAN CAPITAL GROUP, LLC  (DOC #335)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23 (DOC
#385)

2) OBJECTION TO CLAIM NO. 22 OF BD, LLC   (DOC #334)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23  (DOC
#385)

3) OBJECTION TO CLAIM NO. 21 OF FORGE CAPITAL PARTNERS, LLC  (DOC #333)

RESPONSE BY FORGE CAPITAL PARTNERS TO DEBTOR'S OBJECTIONS TO CLAIMS 21, 22, AND 23 (DOC
#385)

4) OBJECTION BY DEBTOR TO CLAIM NO. 27 FILED BY SECURE SOLUTIONS (DOC #340)

RESPONSE BY SECURE SOLUTIONS TO DEBTOR'S OBJECTION TO CLAIM (DOC #477)

5) OBJECTION BY DEBTOR TO CLAIM NO. 26 FILED BY SECURE SOLUTIONS (DOC #339)

RESPONSE BY SECURE SOLUTIONS TO DEBTOR'S OBJECTION TO CLAIM (DOC #476)

6) OBJECTION BY DEBTOR TO CLAIM NO. 32 OF GILLO DEVELOPMENT, INC. (DOC #345)

7) MOTION BY DEBTOR TO COMPEL DISCOVERY FROM GILLIO DEVELOPMENT, INC. (DOC #584)

8) EMERGENCY MOTION BY INTERNAL REVENUE SERVICE FOR PROTECTIVE ORDER RE: DEPOSITIONS OF
IRS REVENUE OFFICER (DOC #587)
.


APPEARANCES:

R. SCOTT SHUKER: D'OR
MARIANNE DORRIS: D'OR
JUSTIN LUNA: D'OR
BART VALDES: FORGE CAPITAL
```



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

# PRO MEMO

Thursday
August 12, 2010

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

CASE NUMBER: 08-04327-6J1    FILING DATE: 05/27/2008 (BAPCPA)    HEARING TIME: 02:00 P.M.

DEBTOR:MIRABILIS VENTURES, INC

Debtor Atty: R SCOTT SHUKER
Trustee: UNITED STATES TRUSTEE - ORL


```
CAROL IDE: IRS
MICHAEL ADDISON: O2 HR, LLC
MICHAEL SILVER: MIRABILIS
MICHAEL TESSITORE: HANS BEYER



RULING:

TAGGED FOR AUDIO ACCESS

1), 2), 3), 4), 5) STATUS CONFERENCE IS FOR 09/15/10 AT 11:00 A.M. (AOCNFNG)

6) PRETRIAL STATUS CONFERENCE IS SET FOR 10/20/10 AT 2:00 P.M. (AOCNFNG) (2 HOURS)

7) GRANTED: ORDER SUBMITTED

8) DENIED: ORDER BY SHUKER
```

prorpt2