# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

**Department of the Treasury/Internal Revenue Service**

United States Bankruptcy Court for the __MIDDLE__
District of __FLORIDA__

In the Matter of: MIRABILIS VENTURES, INC
% R W CUTHILL JR, PRESIDENT
341 N MAITLAND AVE STE 210
MAITLAND, FL 32751

Fiduciary: _Amendment No. 4 to Request for Payment Dated 05/21/2009_



| Case Number |
|---|
| 6:08-BK-04327-KSJ |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 05/27/2008 |

| Creditor Number |
|---|
| 14602433 |

1. The undersigned, whose business address is  400 W Bay Street M/S 5720 Jacksonville, FL 32202  , is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United State .

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX3196 | WT-FICA | 09/30/2008 | $39,846.96 | $4,110.75 | $19,325.77 | $63,283.48 |
| XX-XXX3196 | WT-FICA | 12/31/2008 | $17,774.20 | $1,559.30 | $8,442.74 | $27,776.24 |
| XX-XXX3196 | FUTA | 12/31/2008 | $0.00 | $0.08 | $0.00 | $0.08 |
| XX-XXX3196 | WT-FICA | 03/31/2009 | $29,771.27 | $2,168.65 | $13,694.78 | $45,634.70 |
| XX-XXX3196 | WT-FICA | 06/30/2009 | $31,924.73 | $1,902.74 | $14,206.50 | $48,033.97 |
| XX-XXX3196 | WT-FICA | 09/30/2009 | $17,590.91 | $727.20 | $5,189.32 | $23,507.43 |
| XX-XXX3196 | FUTA | 12/31/2009 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  | $136,908.07 | $10,468.72 | $60,859.11 | $208,235.90 |

Total Amount Due:   $208,235.90

The amount due includes interest and penalty computed to 09/15/2010. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 09/15/2010, contact S SUMMERS at (904) 665-0864 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature /s/ S SUMMERS | Date 09/02/2010 |
|---|---|---|
|  | Title Bankruptcy Specialist | Telephone Number (904) 665-0864 |

Form   6338 - A(C)

cc: Debtor
    Debtor's Attny.