**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                          CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                  CHAPTER 11

        **Debtor.**
_____/

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that an evidentiary hearing has been set before the Honorable Karen S. Jennenman, United States Bankruptcy Judge, on **Wednesday the 15th day of September 2010 at 11:00 a.m.**, at the United States Bankruptcy Court, 135 West Central Boulevard, 5th Floor, Courtroom B, Orlando, Florida 32801, and the following motion has been added for consideration:

**MOTION TO ENFORCE SETTLEMENT AGREEMENT BY AND BETWEEN**
**MIRABILIS VENTURES, INC. AND SECURE SOLUTIONS, LLC**
**(Doc. No. 603)**

and to transact such other business as may properly come before the meeting.

    All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

    Appropriate Attire:  You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities.

1

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

**RESPECTFULLY SUBMITTED** this 3${}^{rd}$ day of September 2010.

/s/ Justin M. Luna_____
Mariane L. Dorris
Florida Bar No. 0173665
mdorris@lseblaw.com
Justin M. Luna
Florida Bar No. 0037131
jluna@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
390 North Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile:  (407) 481-5801
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**                                                                  **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,**                          **CHAPTER 11**

           **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the **NOTICE OF HEARING** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Secure Solutions, LLC, c/o James Pitts, 1490 Swanson Drive, Suite 200, Oviedo, Florida 32765 (as shown on the Proof of Claim); Mark L. Desgrosseilliers, Esq., Womble Carlyle Sandridge & Rice, PLLC, 22 Delaware Avenue, Suite 1501, Wilmington, DE 19801; the Local Rule 1007-2 Parties-in-Interest list, as shown on the attached matrix; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 3rd day of September 2010.

                                                      /s/ Justin M. Luna
                                                      Justin M. Luna, Esq.