## U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/26/2010 at 10:06 AM EDT and filed on 8/26/2010
**Case Name:**    United States of America et al v. Mirabilis Ventures, Inc.
**Case Number:**    6:10-cv-01189-GAP
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**ENDORSED ORDER granting Appellant's [7] Motion to dismiss appeal. The appeal is dismissed, and the Clerk is directed to close the file. Signed by Judge Gregory A. Presnell on 8/26/2010. (ED)**

**6:10-cv-01189-GAP Notice has been electronically mailed to:**

Scott H. Park scott.park@usdoj.gov, janeann.trier@usdoj.gov, orldocket.mailbox@usdoj.gov

Justin Luna jluna@lseblaw.com