UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              :
                                                    :
MIRABILIS VENTURES, INC.        :    Case No. 6:08-bk-04327-KSJ
                                                    :
                                                    :
_____/

**FORGE, ARGENT BD, AND ATLANTIC AMERICAN'S**
**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**

Creditors, FORGE CAPITAL PARTNERS, LLC f/k/a MORECO PARTNERS, LLC, ARGENT CAPITAL ADVISORS, LLC f/k/a ATLANTIC AMERICAN CAPITAL ADVISORS, LLC, ATLANTIC AMERICAN CAPITAL GROUP, LLC, ARGENT BD, LLC, ARGENT BD TRANSITION, LLC, ROBERT MOREYRA, PETER COLLINS, BISON MORTGAGE CORP., and SOLUTIONS FUNDING, INC., (hereinafter "Forge and Affiliated Creditors"), by and through their undersigned attorneys, and pursuant to Local Rule 2002-4, and the *Federal Rules of Bankruptcy Procedure*, and pursuant to the Settlement Agreement with the Debtor dated August 31, 2010, hereby give notice that they withdraw Claim No. 21 Submitted by Forge Capital Partners, LLC, Claim No. 22 Submitted by Argent, BD, LLC, and Claim No. 23 Submitted by Atlantic American Capital Group, LLC, with prejudice.

Dated: September 10, 2010.

                                            /s/ Bart R. Valdes
                                            DAVID H. SIMMONS, ESQ.
                                            Florida Bar Number 240745
                                            deBeaubien, Knight, Simmons,
                                             Mantzaris & Neal, LLP
                                            332 North Magnolia Avenue
                                            Orlando, Florida 32802-0087
                                            Telephone: (407) 422-2454
                                            Facsimile: (407) 849-1845
                                            dhs77@dbksmn.com

BART R. VALDES
Florida Bar Number 323380
de Beaubien, Knight, Simmons,
Mantzaris & Neal, LLP
609 West Horatio Street
Tampa, Florida  33606
Telephone: (813) 251-5825
Facsimile: (813) 254-1063
brv11@dbksmn.com
Attorneys for Forge and its Affiliated Creditors

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2010, a true copy of the foregoing has been furnished via the CM/ECF system to Debtor, Mirabilis Ventures, Inc., c/o R. W. Cuthill, Jr., President, 341 N. Maitland Ave., Suite 210, Maitland, Florida 32751; Debtor's counsel, Justin Luna, Esq., and Scott Shuker, Esq., Latham, Shuker, Barker, Eden & Beaudine, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801; Randy Gold, Esq., Assistant U.S. Attorney, United States Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805; and all others receiving electronic notice as per the attached matrix.

/s/ Bart R. Valdes
DAVID H. SIMMONS, ESQ.
Florida Bar Number 240745
deBeaubien, Knight, Simmons,
 Mantzaris & Neal, LLP
332 North Magnolia Avenue
Orlando, Florida 32802-0087
Telephone: (407) 422-2454
Facsimile: (407) 849-1845
dhs77@dbksmn.com

BART R. VALDES
Florida Bar Number 323380
de Beaubien, Knight, Simmons,
Mantzaris & Neal, LLP

3

609 West Horatio Street
Tampa, Florida 33606
Telephone: (813) 251-5825
Facsimile: (813) 254-1063
brv11@dbksmn.com
Attorneys for Forge and its Affiliated Creditors