# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                         CASE NO.:    6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                  CHAPTER 11

    Debtor.
_____/

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD FROM 07/01/2010 TO 09/30/2010

Comes now the above-named Debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   October 19, 2010                      /s/ Roy S. Kobert
                                                                          Roy S. Kobert, P.A.
                                                                          Florida Bar No. 777153
                                                                          Post Confirmation Special Counsel
                                                                          to the Debtor

Debtor's Address and                           Attorney's Address and
Phone Number:                                  Phone Number:
341 North Maitland Avenue, Suite 210           Broad and Cassel
Maitland, Florida  32751                       390 North Orange Avenue, Suite 1400
Telephone:    (407) 644-3781, Ext. 235         Orlando, Florida  32801
                                                                    Telephone:    (407) 839-4200

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
Debtor has not made, nor was required to make, any post-confirmation payments through the date of this report.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
Debtor does not own property requiring insurance and has one part-time employee.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
Balance of furniture, fixtures and equipment were sold at auction.

**Estimated Date of Filing the Application for Final Decree:** _____ Unknown

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 18 day of October 2010.

Debtor's Signature  /s/ PRESIDENT

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Mirabilis Ventures, Inc. |
| Case Number: | 6:08-BK-04327-KSJ |
| Date of Plan Confirmation: | 11/6/09 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 345,534.05 | $ 589,638.55 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 618,766.79 | $ 1,022,379.99 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 944.18 | $ 9,179.05 |
| (ii) | Federal Taxes | | 7,974.11 |
| (iii) | State Taxes | | 1,699.16 |
| (iv) | Other Taxes | | - |
| b. | **All Other Operating Expenses:** | $ 232,104.52 | $ 315,759.41 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ 340,787.02 | $ 886,941.69 |
| (ii) | Class One | | - |
| (iii) | Class Two | | - |
| (iv) | Class Three | | - |
| (v) | Class Four | | - |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 573,835.72 | $ 1,221,553.42 |
| 1. | **CASH (End of Period)** | $ 390,465.12 | $ 390,465.12 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust Bank | SunTrust Bank | | |
| Account Number: | 1000071890130 | 1000075608744 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Money market | | |
| Type of Account (e.g. checking) | Checking | Money market | | |
| 1. Balance per Bank Statement | See attached | See attached | | |
| 2. ADD: Deposits not credited | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 1000071890130 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See attached list. | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| None |
|---|

# Reconciliation Summary
## SunTrust Ckkg #0130, Period Ending 09/30/2010

|  | Sep 30, 10 |
|---|---:|
| **Beginning Balance** | 10,505.22 |
|    Cleared Transactions | |
|       Checks and Payments - 1 i... | -5,798.62 |
|       Deposits and Credits - 2 it... | 12,000.00 |
|    Total Cleared Transactions | 6,201.38 |
| **Cleared Balance** | 16,706.60 |
|    Uncleared Transactions | |
|       Checks and Payments - 3 i... | -4,511.02 |
|    Total Uncleared Transactions | -4,511.02 |
| **Register Balance as of 09/30/2010** | 12,195.58 |
|    New Transactions | |
|       Checks and Payments - 6 i... | -206,195.58 |
|       Deposits and Credits - 1 it... | 200,000.00 |
|    Total New Transactions | -6,195.58 |
| **Ending Balance** | 6,000.00 |

# Reconciliation Summary
## SunTrust MMA #8744, Period Ending 09/30/2010

|  | Sep 30, 10 |
|---|---:|
| **Beginning Balance** | 377,958.77 |
|     Cleared Transactions | |
|         Deposits and Credits - 1 ... | 310.77 |
|     Total Cleared Transactions | 310.77 |
| **Cleared Balance** | **378,269.54** |
| **Register Balance as of 09/30/2010** | 378,269.54 |
|     New Transactions | |
|         Deposits and Credits - 1 ... | 141,461.69 |
|     Total New Transactions | 141,461.69 |
| **Ending Balance** | **519,731.23** |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227


# SunTrust

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEBSITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | 1000075608744 | 06/01/2010 - 06/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $125,365.67 | Average Balance | $198,028.85 |
| Deposits/Credits | $109,163.38 | Average Collected Balance | $198,028.85 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.10% |
| Ending Balance | $234,529.05 | Interest Paid Year to Date | $283.39 |

| Deposits/Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 06/11 | 108,985.91 | | TRANSFER FROM CHK 0130 CONFIRM NBR 110111135 |
| | 06/30 | 177.47 | | INTEREST PAID THIS STATEMENT THRU 06/30 |

Deposits/Credits: 2              Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 06/01 | 125,365.67 | 125,365.67 | 06/30 | 234,529.05 | 234,529.05 |
| | 06/11 | 234,351.58 | 234,351.58 | | | |



# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEBSITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 06/01/2010 - 06/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $137,005.00 | Average Balance | $56,818.22 |
| Deposits/Credits | $105,000.00 | Average Collected Balance | $53,318.22 |
| Checks | $19,009.09 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $108,990.91 | | |
| Ending Balance | $114,005.00 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 06/30 | 6,000.00 | | DEPOSIT | 06/30 | 99,000.00 | | DEPOSIT |

Deposits/Credits: 2    Total Items Deposited: 2

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1101 | 1,757.25 | 06/24 | 1103 | 10,254.00 | 06/11 | *1109 | 1,534.32 | 06/14 |
| 1102 | 260.10 | 06/15 | *1107 | 5,202.88 | 06/15 | *1112 | .54 | 06/16 |

Checks: 6    *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/11 | 108,985.91 | | TRANSFER TO MMA 8744 CONFIRM NBR 110111135 |
| 06/30 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 137,005.00 | 137,005.00 | 06/16 | 10,767.25 | 10,767.25 |
| 06/11 | 17,765.09 | 17,765.09 | 06/24 | 9,010.00 | 9,010.00 |
| 06/14 | 16,230.77 | 16,230.77 | 06/30 | 114,005.00 | 9,005.00 |
| 06/15 | 10,767.79 | 10,767.79 | | | |



# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 08/01/2010 - 08/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $234,734.69 | Average Balance | $294,699.47 |
| Deposits/Credits | $143,224.08 | Average Collected Balance | $294,699.47 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.00% |
| Ending Balance | $377,958.77 | Interest Paid Year to Date | $739.41 |

## Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 08/19 | 142,973.70 | | TRANSFER FROM CHK 0130 CONFIRM NBR 910125324 |
| 08/31 | 250.38 | | INTEREST PAID THIS STATEMENT THRU 08/31 |

Deposits/Credits: 2    Total Items Deposited: 0

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 234,734.69 | 234,734.69 | 08/31 | 377,958.77 | 377,958.77 |
| 08/19 | 377,708.39 | 377,708.39 | | | |



# SunTrust

## Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

---

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 08/01/2010 - 08/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,692.57 | Average Balance | $105,497.22 |
| Deposits/Credits | $606,005.00 | Average Collected Balance | $85,948.84 |
| Checks | $459,218.65 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $142,973.70 | | |
| Ending Balance | $10,505.22 | | |

**Deposits/Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 08/02 | 6,000.00 | | DEPOSIT | 08/18 | 600,000.00 | | DEPOSIT |
| 08/02 | 5.00 | | CHECK IMAGE STATEMENT FEE REFUND | | | | |

Deposits/Credits: 3    Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1130 | 5,267.46 | 08/16 | 1136 | 682.11 | 08/23 | 1141 | 7,068.00 | 08/20 |
| *1132 | 21,875.21 | 08/23 | 1137 | 63,157.41 | 08/23 | 1142 | 8,878.59 | 08/23 |
| 1133 | 21,193.08 | 08/23 | 1138 | 16,631.00 | 08/23 | 1143 | 15,200.00 | 08/25 |
| 1134 | 73,455.85 | 08/26 | 1139 | 97,636.71 | 08/25 | 1144 | 650.24 | 08/23 |
| 1135 | 21,803.16 | 08/24 | 1140 | 64,652.47 | 08/24 | 1145 | 41,067.36 | 08/23 |

Checks: 15       *Break in check sequence

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 08/19 | 142,973.70 | | TRANSFER TO MMA 8744 CONFIRM NBR 910125324 |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 6,692.57 | 6,692.57 | 08/20 | 457,388.41 | 457,388.41 |
| 08/02 | 12,697.57 | 6,697.57 | 08/23 | 283,253.41 | 283,253.41 |
| 08/03 | 12,697.57 | 12,697.57 | 08/24 | 196,797.78 | 196,797.78 |
| 08/16 | 7,430.11 | 7,430.11 | 08/25 | 83,961.07 | 83,961.07 |
| 08/18 | 607,430.11 | 7,430.11 | 08/26 | 10,505.22 | 10,505.22 |
| 08/19 | 464,456.41 | 464,456.41 | | | |



# SunTrust

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 09/01/2010 - 09/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $377,958.77 | Average Balance | $377,969.12 |
| Deposits/Credits | $310.77 | Average Collected Balance | $377,969.12 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.00% |
| Ending Balance | $378,269.54 | Interest Paid Year to Date | $1,050.18 |

## Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 09/30 | 310.77 |  | INTEREST PAID THIS STATEMENT THRU 09/30 |

Deposits/Credits: 1     Total Items Deposited: 0

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/01 | 377,958.77 | 377,958.77 | 09/30 | 378,269.54 | 378,269.54 |

```
SUNTRUST BANK                                           Page 3 of 3
P O BOX 622227                                          36/E00/0175/0 /31
ORLANDO FL 32862-2227                                   1000071890130
                                                        09/30/2010
```



# SUNTRUST

# Account Statement

```
MIRABILIS VENTURES INC                    Questions? Please call
R W CUTHILL                               1-800-786-8787
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771
```

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 09/01/2010 - 09/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $10,505.22 | Average Balance | $12,219.33 |
| Deposits/Credits | $12,000.00 | Average Collected Balance | $11,819.33 |
| Checks | $5,798.62 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $16,706.60 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 09/07 | 6,000.00 | | DEPOSIT | 09/30 | 6,000.00 | | DEPOSIT |

Deposits/Credits: 2           Total Items Deposited: 2

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1146 | 5,798.62 | 09/14 | | | | | | |

Checks: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/01 | 10,505.22 | 10,505.22 | 09/14 | 10,706.60 | 10,706.60 |
| 09/07 | 16,505.22 | 10,505.22 | 09/30 | 16,706.60 | 10,706.60 |
| 09/08 | 16,505.22 | 16,505.22 | | | |

# Mirabilis Ventures, Inc.
## Check Register No Transfers or Deposits
### As of September 30, 2010

| Type | Date | Num | Name | Memo | Split | Paid Amount | |
|---|---|---|---|---|---|---|---|
| **SunTrust Ckkg #0130** | | | | | | | |
| Check | 7/9/2010 | 1114 | Smith, Brooks & Master... | Expenses ... | 7100 · Leg... | -1,398.07 | P |
| Bill Pm... | 7/9/2010 | 1115 | Balch & Bingham LLP | Litigation ... | 2001 · Post... | -897.13 | P |
| Bill Pm... | 7/9/2010 | 1116 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post... | -1,241.14 | |
| Bill Pm... | 7/9/2010 | 1117 | Barrett, Chapman & Rut... | | 2001 · Post... | -5,276.84 | P |
| Bill Pm... | 7/9/2010 | 1118 | Broad & Cassel | | 2001 · Post... | -18,289.69 | |
| Bill Pm... | 7/9/2010 | 1119 | Cellucci, John A. CPCU... | SUA 2nd ... | 2001 · Post... | -1,326.54 | P |
| Bill Pm... | 7/9/2010 | 1120 | David M. Richardson | Berman | 2001 · Post... | -3,842.59 | |
| Bill Pm... | 7/9/2010 | 1121 | KPMG LLP | | 2001 · Post... | -4,140.93 | P |
| Bill Pm... | 7/9/2010 | 1122 | Latham, Shuker, Eden, ... | | 2001 · Post... | -23,775.09 | P |
| Bill Pm... | 7/9/2010 | 1123 | Morris & Widman, P.A. | MVI vs Be... | 2001 · Post... | -15,201.40 | P |
| Bill Pm... | 7/9/2010 | 1124 | Shutts & Bowen LLP | | 2001 · Post... | -1,591.17 | P |
| Bill Pm... | 7/9/2010 | 1125 | Smith, Brooks & Master... | | 2001 · Post... | -2,210.67 | P |
| Bill Pm... | 7/9/2010 | 1126 | Yoakum Consulting | | 2001 · Post... | -2,435.72 | P |
| Bill Pm... | 7/9/2010 | 1127 | LM Liquidators | | 2001 · Post... | -8,288.64 | |
| Bill Pm... | 7/9/2010 | 1128 | Russell Novak & Comp... | | 2001 · Post... | -15,000.00 | |
| Bill Pm... | 7/9/2010 | 1129 | U.S. Trustee | 306-08-04... | 2001 · Post... | -293.94 | T |
| Check | 7/30/2010 | svc ... | Suntrust | service chg | 7200 · Offi... | -5.00 | |
| Bill Pm... | 8/10/2010 | 1130 | LM Liquidators | | 2001 · Post... | -5,267.46 | |
| Bill Pm... | 8/18/2010 | 1131 | Balch & Bingham LLP | | 2001 · Post... | -3,603.09 | P |
| Bill Pm... | 8/18/2010 | 1132 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post... | -21,875.21 | |
| Bill Pm... | 8/18/2010 | 1133 | Barrett, Chapman & Rut... | | 2001 · Post... | -21,193.08 | P |
| Bill Pm... | 8/18/2010 | 1134 | Broad & Cassel | | 2001 · Post... | -73,455.85 | |
| Bill Pm... | 8/18/2010 | 1135 | Cellucci, John A. CPCU... | | 2001 · Post... | -21,803.16 | P |
| Bill Pm... | 8/18/2010 | 1136 | Crummey Investigations... | | 2001 · Post... | -682.11 | |
| Bill Pm... | 8/18/2010 | 1137 | David M. Richardson | | 2001 · Post... | -63,157.41 | |
| Bill Pm... | 8/18/2010 | 1138 | KPMG LLP | | 2001 · Post... | -16,631.00 | P |
| Bill Pm... | 8/18/2010 | 1139 | Latham, Shuker, Eden, ... | | 2001 · Post... | -97,636.71 | P |
| Bill Pm... | 8/18/2010 | 1140 | Morris & Widman, P.A. | | 2001 · Post... | -64,652.47 | P |
| Bill Pm... | 8/18/2010 | 1141 | Shutts & Bowen LLP | | 2001 · Post... | -7,068.00 | P |
| Bill Pm... | 8/18/2010 | 1142 | Smith, Brooks & Master... | | 2001 · Post... | -8,878.59 | P |
| Bill Pm... | 8/18/2010 | 1143 | U.S. District Court | | 2001 · Post... | -15,200.00 | |
| Bill Pm... | 8/18/2010 | 1144 | U.S. Trustee | 306-08-04... | 2001 · Post... | -650.24 | T |
| Bill Pm... | 8/18/2010 | 1145 | Yoakum Consulting | | 2001 · Post... | -41,067.36 | P |
| Bill Pm... | 9/10/2010 | 1146 | LM Liquidators | | 2001 · Post... | -5,798.62 | |
| Bill Pm... | 9/10/2010 | 1147 | Federal Offical Court R... | | 2001 · Post... | -10.80 | |
| **Total SunTrust Ckkg #0130** | | | | | | **-573,845.72** | |
| **TOTAL** | | | | | | **-573,845.72** | |