**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:** **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,** **CHAPTER 11**

**Debtor.**
________________________________/

**NOTICE OF FILING 3rd QUARTER, 2010**
**POST CONFIRMATION LITIGATION REPORT**

**MIRABILIS VENTURES, INC.** (“**Debtor**”) hereby files its 3rd Quarter, 2010 Post-Confirmation Litigation Report.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished via CM/ECF noticing or via U.S. Mail on October 19, 2010 to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President, 341 North Maitland Avenue, Suite 210, Maitland, Florida 32751; the parties listed on the attached All Creditor Matrix as required by the Confirmed Plan; and to the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801.

**BROAD AND CASSEL**
Post Confirmation Special Counsel for the Debtor
390 North Orange Avenue, Suite 1400
Orlando, Florida 32801
P.O. Box 4961 (32802-4961)
Telephone: (407) 839-4200
Facsimile: (407) 650-0927

By: *\/s/ Roy S. Kobert*
Roy S. Kobert, P.A.
Florida Bar #: 777153
rkobert@broadandcassel.com’

# QUARTERLY POST-COMFIRMATION LITIGATION REPORT TO COURT

# QUARTER ENDED SEPTEMBER 30, 2010

**I PURPOSE OF REPORT:**

One of the duties of the President of the Liquidating Debtor, as outlined in the Disclosure Statement, shall be, " (5) for providing the Court quarterly written litigation summaries and operating reports which shall set forth the status of all litigation." The Liquidating debtor has chosen to report this information, together with other information, to the Court in a narrative format together with attachments.

**II OVERVIEW OF THE CASE:**

On May 27, 2008 Mirabilis Venture, Inc. ("Mirabilis") and AEM, Inc. ("AEM") filed Chapter 11 under the US Bankruptcy Code. On June 5, 2008 Hoth Holdings, LLC ("Hoth") filed Chapter 11 under the US Bankruptcy Code; case numbers 6:08-bk-04327, 6:08-bk-04681 and 6:08-bk-4328. AEM and Hoth were 100% and 90% subsidiaries of Mirabilis. On October 27, 2009 the Court approved the Joint Amended Plan of Liquidation As Modified ("Plan") of these three companies and the liquidating debtor, Mirabilis, began to implement the Plan. The assets of these three debtors were put into the liquidating debtor together with their claims.

**III FINANCIAL REPORT:**

Enclosed is a copy of the Quarterly Post-confirmation Operating Report filed separately with the Court.

**IV CIVIL LITIGATION:**

The liquidating debtor was involved in a significant number of cases before filing Chapter 11. Many of these cases were settled, became claims or were dismissed during the bankruptcy case. Enclosed is a Summary of Litigation from the petition date to present. There were four fraudulent transfer suits filed. There were sixteen non-fraudulent transfer suits filed. These include four malpractice suits against professionals who represented the liquidating debtor, five collection suits for collections of the notes receivable, six suits against insiders for various causes and one other suit against two insurance companies. Three fraudulent transfer suits have been settled. Six of the non-fraudulent transfer suits have been settled, one default judgment obtained and one dismissed. A total of $1,149,697 has been recovered from the civil litigation with $40,000 of settlements held in escrow and a default judgment for $661,628 at the end of the quarter. Most of the pending litigation is in the discovery stage. Mediations were held in six of the cases to date with four settlements, one impasse and one mediation continued.

**V CRIMINAL LITIGATION:**

The USA indicted Mirabilis, AEM and Hoth for conspiracy and wire fraud on October 30, 2008. At the same time the USA indicted three corporations ("Amodeo Companies") owned by Frank Amodeo for the same crimes, although the indictments against the Amodeo Companies were dropped by the USA. Mirabilis, AEM and Hoth pled not guilty on December 1, 2008. The three remaining defendants changed their pleas to nolo contendere on June 16, 2010. Although the USA objected to the change in plea, the Court allowed the change. The defendants were sentenced to fines of $15,200.00, which have been paid, restitution of $200,000,000.00 and forfeiture of assets. The restitution "...is to be consistent with the money judgment already entered in this case which is being administered by the Bankruptcy Court which presently has jurisdiction over the Corporate Defendants." The assets forfeited are "...those assets previously identified in the Superseding indictment that are subject to forfeiture." These assets are consistent with the division of assets between the USA and the debtor in the Bankruptcy Court. This litigation has led to numerous attempts by the defendants in the civil litigation to have their cases dismissed.

**VI OTHER CLAIMS FOR RECOVERY:**

The liquidating debtor filed income tax, federal and state payroll tax returns for 2005-2009, which request over $26.5 million in refunds from federal and state tax authorities. The IRS began an audit of some of these returns in December 2009 and has completed its audits of the income tax returns, but not the payroll tax returns. The liquidating debtor has filed claims with two of its insurance providers for in excess of $5.1 million. One of its insurance providers has completed an audit of the policy in question, but has not issued its report. The liquidating debtor filed litigation to collect on its claim against its insurance providers. The liquidating debtor had a claim in a Chapter 7 case of one of its subsidiaries and recovered $111,285 previously.

October 19, 2010

R. W. Cuthill Jr., President

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **IN RE: MIRABILIS VENTURES, INC.** | } | **CASE NUMBER: 6:08-BK-04327-KSJ** |
| | } | |
| | } | |
| | } | **JUDGE KAREN S. JENNEMANN** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

---

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD**

**FROM** 7/1/2010 **TO** 9/30/2010

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: ________

______________________
Attorney for Debtor
Roy S. Kobert, P.A.

Debtor's Address
and Phone Number:
341 N Maitland Ave.
Ste. 210
Maitland, FL 32751
Tel. 407-644-3781 Ext. 235

Attorney's Address
and Phone Number:
Broad and Cassel
390 N Orange Ave., Ste. 1400
Orlando, FL 32801
Bar No.777153
Tel. 407-839-4200

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

***If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**
Debtor has not made, nor was required to make, any post-confirmation payments through the date of this report.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | N/A |

***If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**
Debtor does not own property requiring insurance and has one part-time employee.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Balance of furniture, fixtures and equipment were sold at auction.

**Estimated Date of Filing the Application for Final Decree:** ______________ Unknown

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 18 day of October 2010.

[signature]
Debtor's Signature
PRESIDENT

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: Mirabilis Ventures, Inc.

Case Number: 6:08-BK-04327-KSJ

Date of Plan Confirmation: 11/6/09

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | Quarterly | Post Confirmation Total |
|---|---|---|
| 1. **CASH (Beginning of Period)** | $ 345,534.05 | $ 589,638.55 |
| 2. **INCOME or RECEIPTS during the Period** | $ 618,766.79 | $ 1,022,379.99 |
| 3. **DISBURSEMENTS** | | |
| a. **Operating Expenses (Fees/Taxes):** | | |
| (i) U.S. Trustee Quarterly Fees | $ 944.18 | $ 9,179.05 |
| (ii) Federal Taxes | | 7,974.11 |
| (iii) State Taxes | | 1,699.16 |
| (iv) Other Taxes | | - |
| b. **All Other Operating Expenses:** | $ 232,104.52 | $ 315,759.41 |
| c. **Plan Payments:** | | |
| (i) Administrative Claims | $ 340,787.02 | $ 886,941.69 |
| (ii) Class One | | - |
| (iii) Class Two | | - |
| (iv) Class Three | | - |
| (v) Class Four | | - |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $ 573,835.72 | $ 1,221,553.42 |
| 1. **CASH (End of Period)** | $ 390,465.12 | $ 390,465.12 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**

| **Bank Account Information** | **Account #1** | **Account #2** | **Account #3** | **Account #4** |
|---|---|---|---|---|
| **Name of Bank:** | **SunTrust Bank** | **SunTrust Bank** | | |
| **Account Number:** | **1000071890130** | **1000075608744** | | |
| **Purpose of Account (Operating/Payroll/Tax)** | **Operating** | **Money market** | | |
| **Type of Account (e.g. checking)** | **Checking** | **Money market** | | |
| | | | | |
| 1. **Balance per Bank Statement** | See attached | See attached | | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | | | | |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| **Investment Account Information**<br>**Bank / Account Name / Number** | **Date of Purchase** | **Type of Instrument** | **Purchase Price** | **Current Value** |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| | |
|---|---|
| **Name of Bank** | SunTrust |
| **Account Number** | 1000071890130 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See attached list. | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| None |

# Mirabilis Ventures, Inc.
## Reconciliation Summary
### SunTrust Ckkg #0130, Period Ending 09/30/2010

| | | Sep 30, 10 |
|---|---|---|
| **Beginning Balance** | | 10,505.22 |
| **Cleared Transactions** | | |
| **Checks and Payments - 1 i...** | -5,798.62 | |
| **Deposits and Credits - 2 it...** | 12,000.00 | |
| **Total Cleared Transactions** | 6,201.38 | |
| **Cleared Balance** | | **16,706.60** |
| **Uncleared Transactions** | | |
| **Checks and Payments - 3 i...** | -4,511.02 | |
| **Total Uncleared Transactions** | -4,511.02 | |
| **Register Balance as of 09/30/2010** | | **12,195.58** |
| **New Transactions** | | |
| **Checks and Payments - 6 i...** | -206,195.58 | |
| **Deposits and Credits - 1 it...** | 200,000.00 | |
| **Total New Transactions** | -6,195.58 | |
| **Ending Balance** | | **6,000.00** |

# Mirabilis Ventures, Inc.
## Reconciliation Summary
### SunTrust MMA #8744, Period Ending 09/30/2010

| | | Sep 30, 10 |
|---|---|---|
| **Beginning Balance** | | 377,958.77 |
| **Cleared Transactions** | | |
| **Deposits and Credits - 1 ...** | 310.77 | |
| **Total Cleared Transactions** | 310.77 | |
| **Cleared Balance** | | **378,269.54** |
| **Register Balance as of 09/30/2010** | | 378,269.54 |
| **New Transactions** | | |
| **Deposits and Credits - 1 ...** | 141,461.69 | |
| **Total New Transactions** | 141,461.69 | |
| **Ending Balance** | | **519,731.23** |



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

66/E00/0175/0 /31
1000075608744
06/30/2010

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEBSITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 06/01/2010 - 06/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $125,365.67 | Average Balance | $198,028.85 |
| Deposits/Credits | $109,163.38 | Average Collected Balance | $198,028.85 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.10% |
| Ending Balance | $234,529.05 | Interest Paid Year to Date | $283.39 |

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 06/11 | 108,985.91 | | TRANSFER FROM CHK 0130 CONFIRM NBR 110111135 |
| 06/30 | 177.47 | | INTEREST PAID THIS STATEMENT THRU 06/30 |

Deposits/Credits: 2 Total Items Deposited: 0

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 125,365.67 | 125,365.67 | 06/30 | 234,529.05 | 234,529.05 |
| 06/11 | 234,351.58 | 234,351.58 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

83/E00/0175/6 /31
1000071890130
06/30/2010

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEBSITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 06/01/2010 - 06/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $137,005.00 | Average Balance | $56,818.22 |
| Deposits/Credits | $105,000.00 | Average Collected Balance | $53,318.22 |
| Checks | $19,009.09 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $108,990.91 | | |
| Ending Balance | $114,005.00 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 06/30 | 6,000.00 | | DEPOSIT | 06/30 | 99,000.00 | | DEPOSIT |

Deposits/Credits: 2 Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1101 | 1,757.25 | 06/24 | 1103 | 10,254.00 | 06/11 | *1109 | 1,534.32 | 06/14 |
| 1102 | 260.10 | 06/15 | *1107 | 5,202.88 | 06/15 | *1112 | .54 | 06/16 |

Checks: 6 *Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 06/11 | 108,985.91 | | TRANSFER TO MMA 8744 CONFIRM NBR 110111135 |
| 06/30 | 5.00 | | CHECK ENCLOSURE FEE |

Withdrawals/Debits: 2

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/01 | 137,005.00 | 137,005.00 | 06/16 | 10,767.25 | 10,767.25 |
| 06/11 | 17,765.09 | 17,765.09 | 06/24 | 9,010.00 | 9,010.00 |
| 06/14 | 16,230.77 | 16,230.77 | 06/30 | 114,005.00 | 9,005.00 |
| 06/15 | 10,767.79 | 10,767.79 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 08/01/2010 - 08/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $234,734.69 | Average Balance | $294,699.47 |
| Deposits/Credits | $143,224.08 | Average Collected Balance | $294,699.47 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.00% |
| Ending Balance | $377,958.77 | Interest Paid Year to Date | $739.41 |

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 08/19 | 142,973.70 | | TRANSFER FROM CHK 0130 CONFIRM NBR 910125324 |
| 08/31 | 250.38 | | INTEREST PAID THIS STATEMENT THRU 08/31 |

Deposits/Credits: 2 Total Items Deposited: 0

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 234,734.69 | 234,734.69 | 08/31 | 377,958.77 | 377,958.77 |
| 08/19 | 377,708.39 | 377,708.39 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

36/E0070175/0 /31
1000071890130
08/31/2010

SUNTRUST

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 08/01/2010 - 08/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $6,692.57 | Average Balance | $105,497.22 |
| Deposits/Credits | $606,005.00 | Average Collected Balance | $85,948.84 |
| Checks | $459,218.65 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $142,973.70 | | |
| Ending Balance | $10,505.22 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 08/02 | 6,000.00 | | DEPOSIT | 08/18 | 600,000.00 | | DEPOSIT |
| 08/02 | 5.00 | | CHECK IMAGE STATEMENT FEE REFUND | | | | |

Deposits/Credits: 3 Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1130 | 5,267.46 | 08/16 | 1136 | 682.11 | 08/23 | 1141 | 7,068.00 | 08/20 |
| *1132 | 21,875.21 | 08/23 | 1137 | 63,157.41 | 08/23 | 1142 | 8,878.59 | 08/23 |
| 1133 | 21,193.08 | 08/23 | 1138 | 16,631.00 | 08/23 | 1143 | 15,200.00 | 08/25 |
| 1134 | 73,455.85 | 08/26 | 1139 | 97,636.71 | 08/25 | 1144 | 650.24 | 08/23 |
| 1135 | 21,803.16 | 08/24 | 1140 | 64,652.47 | 08/24 | 1145 | 41,067.36 | 08/23 |

Checks: 15 *Break in check sequence

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 08/19 | 142,973.70 | | TRANSFER TO MMA 8744 CONFIRM NBR 910125324 |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/01 | 6,692.57 | 6,692.57 | 08/20 | 457,388.41 | 457,388.41 |
| 08/02 | 12,697.57 | 6,697.57 | 08/23 | 283,253.41 | 283,253.41 |
| 08/03 | 12,697.57 | 12,697.57 | 08/24 | 196,797.78 | 196,797.78 |
| 08/16 | 7,430.11 | 7,430.11 | 08/25 | 83,961.07 | 83,961.07 |
| 08/18 | 607,430.11 | 7,430.11 | 08/26 | 10,505.22 | 10,505.22 |
| 08/19 | 464,456.41 | 464,456.41 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

66/E00/0175/0 /31
1000075608744
09/30/2010

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 09/01/2010 - 09/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $377,958.77 | Average Balance | $377,969.12 |
| Deposits/Credits | $310.77 | Average Collected Balance | $377,969.12 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.00% |
| Ending Balance | $378,269.54 | Interest Paid Year to Date | $1,050.18 |

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 09/30 | 310.77 | | INTEREST PAID THIS STATEMENT THRU 09/30 |

Deposits/Credits: 1 Total Items Deposited: 0

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/01 | 377,958.77 | 377,958.77 | 09/30 | 378,269.54 | 378,269.54 |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| FREE BUSINESS CHECKING | 1000071890130 | 09/01/2010 - 09/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $10,505.22 | Average Balance | $12,219.33 |
| Deposits/Credits | $12,000.00 | Average Collected Balance | $11,819.33 |
| Checks | $5,798.62 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $16,706.60 | | |

**Deposits/ Credits**

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 09/07 | 6,000.00 | | DEPOSIT | 09/30 | 6,000.00 | | DEPOSIT |

Deposits/Credits: 2 Total Items Deposited: 2

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1146 | 5,798.62 | 09/14 | | | | | | |

Checks: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/01 | 10,505.22 | 10,505.22 | 09/14 | 10,706.60 | 10,706.60 |
| 09/07 | 16,505.22 | 10,505.22 | 09/30 | 16,706.60 | 10,706.60 |
| 09/08 | 16,505.22 | 16,505.22 | | | |

# Mirabilis Ventures, Inc.
# Check Register No Transfers or Deposits
## As of September 30, 2010

| Type | Date | Num | Name | Memo | Split | Paid Amount |
|---|---|---|---|---|---|---|
| **SunTrust Ckkg #0130** | | | | | | |
| Check | 7/9/2010 | 1114 | Smith, Brooks & Master... | Expenses ... | 7100 · Leg... | -1,398.07 |
| Bill Pm... | 7/9/2010 | 1115 | Balch & Bingham LLP | Litigation ... | 2001 · Post... | -897.13 |
| Bill Pm... | 7/9/2010 | 1116 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post... | -1,241.14 |
| Bill Pm... | 7/9/2010 | 1117 | Barrett, Chapman & Rut... | | 2001 · Post... | -5,276.84 |
| Bill Pm... | 7/9/2010 | 1118 | Broad & Cassel | | 2001 · Post... | -18,289.69 |
| Bill Pm... | 7/9/2010 | 1119 | Cellucci, John A. CPCU... | SUA 2nd ... | 2001 · Post... | -1,326.54 |
| Bill Pm... | 7/9/2010 | 1120 | David M. Richardson | Berman | 2001 · Post... | -3,842.59 |
| Bill Pm... | 7/9/2010 | 1121 | KPMG LLP | | 2001 · Post... | -4,140.93 |
| Bill Pm... | 7/9/2010 | 1122 | Latham, Shuker, Eden, ... | | 2001 · Post... | -23,775.09 |
| Bill Pm... | 7/9/2010 | 1123 | Morris & Widman, P.A. | MVI vs Be... | 2001 · Post... | -15,201.40 |
| Bill Pm... | 7/9/2010 | 1124 | Shutts & Bowen LLP | | 2001 · Post... | -1,591.17 |
| Bill Pm... | 7/9/2010 | 1125 | Smith, Brooks & Master... | | 2001 · Post... | -2,210.67 |
| Bill Pm... | 7/9/2010 | 1126 | Yoakum Consulting | | 2001 · Post... | -2,435.72 |
| Bill Pm... | 7/9/2010 | 1127 | LM Liquidators | | 2001 · Post... | -8,288.64 |
| Bill Pm... | 7/9/2010 | 1128 | Russell Novak & Comp... | | 2001 · Post... | -15,000.00 |
| Bill Pm... | 7/9/2010 | 1129 | U.S. Trustee | 306-08-04... | 2001 · Post... | -293.94 |
| Check | 7/30/2010 | svc ... | Suntrust | service chg | 7200 · Offi... | -5.00 |
| Bill Pm... | 8/10/2010 | 1130 | LM Liquidators | | 2001 · Post... | -5,267.46 |
| Bill Pm... | 8/18/2010 | 1131 | Balch & Bingham LLP | | 2001 · Post... | -3,603.09 |
| Bill Pm... | 8/18/2010 | 1132 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post... | -21,875.21 |
| Bill Pm... | 8/18/2010 | 1133 | Barrett, Chapman & Rut... | | 2001 · Post... | -21,193.08 |
| Bill Pm... | 8/18/2010 | 1134 | Broad & Cassel | | 2001 · Post... | -73,455.85 |
| Bill Pm... | 8/18/2010 | 1135 | Cellucci, John A. CPCU... | | 2001 · Post... | -21,803.16 |
| Bill Pm... | 8/18/2010 | 1136 | Crummey Investigations... | | 2001 · Post... | -682.11 |
| Bill Pm... | 8/18/2010 | 1137 | David M. Richardson | | 2001 · Post... | -63,157.41 |
| Bill Pm... | 8/18/2010 | 1138 | KPMG LLP | | 2001 · Post... | -16,631.00 |
| Bill Pm... | 8/18/2010 | 1139 | Latham, Shuker, Eden, ... | | 2001 · Post... | -97,636.71 |
| Bill Pm... | 8/18/2010 | 1140 | Morris & Widman, P.A. | | 2001 · Post... | -64,652.47 |
| Bill Pm... | 8/18/2010 | 1141 | Shutts & Bowen LLP | | 2001 · Post... | -7,068.00 |
| Bill Pm... | 8/18/2010 | 1142 | Smith, Brooks & Master... | | 2001 · Post... | -8,878.59 |
| Bill Pm... | 8/18/2010 | 1143 | U.S. District Court | | 2001 · Post... | -15,200.00 |
| Bill Pm... | 8/18/2010 | 1144 | U.S. Trustee | 306-08-04... | 2001 · Post... | -650.24 |
| Bill Pm... | 8/18/2010 | 1145 | Yoakum Consulting | | 2001 · Post... | -41,067.36 |
| Bill Pm... | 9/10/2010 | 1146 | LM Liquidators | | 2001 · Post... | -5,798.62 |
| Bill Pm... | 9/10/2010 | 1147 | Federal Offical Court R... | | 2001 · Post... | -10.80 |
| Total SunTrust Ckkg #0130 | | | | | | -573,845.72 |
| **TOTAL** | | | | | | **-573,845.72** |

**MIRABILIS VENTURES, INC.**
**LIQUIDATING DEBTOR**
**SUMMARY OF LITIGATION**
**SEPTEMBER 30, 2010**

| | SETTLED | DISMISSED | TRIED/ DEFAULT | BANKRUPT | PENDING | TOTAL | SETTLEMENT/ JUDGMENT | NOT RECOVERED | REC |
|---|---|---|---|---|---|---|---|---|---|
| **FRAUDULENT TRANSFER SUITS:** | | | | | | | | | |
| Insiders | 2 | | | | | 2 | $ 200,000 | $ - | |
| Banks | 1 | | | | | 1 | 99,000 | | |
| Others | | | | | 1 | 1 | | | |
| TOTAL | 3 | 0 | 0 | 0 | 1 | 4 | 299,000 | - | |
| **NON-FRAUDULENT TRANSFER SUITS** | | | | | | | | | |
| Insiders | 3 | 1 | | | 2 | 6 | 115,000 | 40,000 | |
| Malpractice | 1 | | | | 3 | 4 | 600,000 | | |
| Collection | 2 | | 1 | | 2 | 5 | 837,325 | 661,628 | |
| Other | | | | | 1 | 1 | | | |
| TOTAL | 6 | 1 | 1 | 0 | 8 | 16 | 1,552,325 | 701,628 | |
| TOTAL ALL SUITS | 9 | 1 | 1 | 0 | 9 | 20 | $ 1,851,325 | $ 701,628 | $ 1, |