

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

# PRO MEMO

10/20/2010 1:00 PM

COURTROOM Courtroom B, 5th Floor

## HONORABLE KAREN JENNEMANN

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:08-bk-04327-KSJ** | **5/27/2008** |

**DEBTOR:**        Mirabilis Ventures, Inc

**DEBTOR ATTY:**  **Mariane L Dorris**

**TRUSTEE:**        **United States Trustee**

**HEARING:**

1) "FINAL EVIDENTIARY HEARING"

Objection to Claim(s). Claim No. 36 of the Internal Revenue Service. Filed by Debtor (Doc #567)

Response to Debtor's Emergency Objection to Claim No. 36. Filed by Internal Revenue Service (Doc #568)

Limited Response to United State's Response to Debtor's Objection to Allowance of Claim No. 36 of the Internal Revenue Service. Filed by Debtor   (Doc #571)

Trial Brief. Filed by Internal Revenue Service (Doc #613)

2) Amended Request for Payment of Administrative Expenses (Internal Revenue Taxes) Amount Requested: $208,235.90. Filed by Internal Revenue Service   (Doc #605)

3) "PRETRIAL CONFERENCE"

Objection to Claim No. 27 of Secure Solutions, LLC. Filed by Debtor (Doc #340)

Response to Debtor's Objection to Allowance of Claim No. 27. Filed by Secure Solutions, LLC (Doc #477)

4) Objection to Claim No. 26 of Secure Solutions, LLC. Filed by Debtor (Doc #339)

Response to Debtor's Objection to Allowance of Claim No. 26. Filed by Secure Solutions, LLC (Doc #476)

5) Motion to Enforce Settlement Agreement By and Between Mirabilis Ventures, Inc. and Secure Solutions, LLC. Filed Debtor

*6) Motion to Enforce Plan and Confirmation Order and for Turnover of Property to the Liquidating Debtor. Filed by Debtor (Doc# 617)

Response to debtor's motion for turnover and to enforce plan. Filed by Internal Revenue Service (Doc# 624)

## APPEARANCES:
R. Scott Shuker: D'or
Debtor
Nicolette Vilmos: D'or (10-ap-140, 10-ap-141)
Eric Adams: D'or (09-ap-813, 09-ap-814)
Carol Ide: IRS
Brian Harris: IRS
Robert Welsh: IRS
By Telephone:
Mike Addison: O2HR (09-ap-813, 09-ap-814)
Doug Kilby: Ron Sachs Communication (10-ap-140)

## WITNESSES:
Cheryl Summers: IRS

## RULING:

 1) Objection to Claim(s). Claim No. 36 of the Internal Revenue Service. Filed by Debtor (Doc #567) - Matter Taken Under Advisement.

2) Amended Request for Payment of Administrative Expenses (Internal Revenue Taxes) Amount Requested: $208,235.90. Filed by Internal Revenue Service   (Doc #605) - Matter Taken Under Advisement.

3) Objection to Claim No. 27 of Secure Solutions, LLC. Filed by Debtor (Doc #340) - Sustained. Order by Shuker.

4) Objection to Claim No. 26 of Secure Solutions, LLC. Filed by Debtor (Doc #339) - Sustained. Order by Shuker.

5) Motion to Enforce Settlement Agreement By and Between Mirabilis Ventures, Inc. and Secure Solutions, LLC. Filed Debtor (Doc #603) - Granted. Order by Shuker.

*6) Motion to Enforce Plan and Confirmation Order and for Turnover of Property to the Liquidating Debtor. Filed by Debtor (Doc# 617) - Matter Taken Under Advisement.

Parties are directed to submit Findings of Fact and Conclusions of Law regarding Matters Under Advisement on or before 11/15/10.

A Continued hearing is set for 02/10/11 at 10:00 a.m. (AOCNFNG)

Proposed Orders should be submitted within three days after the date of the hearing - Local Rule 9072-1(c)