

FILED IN OPEN COURT
THIS 20th Day of October, 2010
LEE ANN BENNETT, CLERK
UNITED STATES BANKRUPTCY COURT

# EXHIBIT LIST

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**

___ Debtor   ___ Trustee   ___ Other
X Government   ___ Plaintiff   ___ Defendant

| Exhibit Number | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 1 | 09/15/2010 | 10/20/10 | Debtor's Amended Answers and Objections to United States' First Request for Admissions, with original Answers and Objections |
| 2 | 09/15/2010 | 10/20/10 | United States' Answers to Debtor's First Request for Admissions |
| 3 | 09/15/2010 | 10/20/10 | Certificate of Assessments, Payments and Other Specified Matters (Form 941) – 9/30/2008 - 9/30/2009 |
| 4 | 09/15/2010 | 10/20/10 | Certificate of Assessments, Payments and Other Specified Matters (Form 940) – 2008, 2009 |
| 5 | 09/15/2010 | 10/20/10 | Certificate of Assessments, Payments and Other Specified Matters (Form 1120) – 2004 - 2007 |
| 6 | 09/15/2010 | 10/20/10 | IRS transcript, 2005 income tax account |
| 7 | 09/15/2010 | 10/20/10 | IRS transcript, March 31, 2007 Form 941 account |
| 8 | 09/15/2010 | 10/20/10 | Computations of interest and penalties, 6/7/2010 |
| 9 | 09/15/2010 | 10/20/10 | Breakdown of penalties |
| 10 | 09/15/2010 | | credit transfer instructions dated 3/16/2010 |
| 11 | 09/15/2010 | | IRS letter to Mirabilis dated 6/25/20009 |
| 12 | 09/15/2010 | | Mirabilis letter to IRS dated 6/26/2009 |
| 13 | 09/15/2010 | Objection to Admission Sustained | Florida Dept. of Revenue Unemployment Tax State Certification Notices faxed to IRS 3/15/2010 |
| 14 | 09/15/2010 | 10/20/10 | IRS notices to Mirabilis dated 4/19/2010; 4/12/2010; 5/3/2010 |
| 15 | 09/15/2010 | | Cuthill notes 5/12/2010; letter with enclosures dated 5/18/2010 |
| 16 | 09/15/2010 | 10/20/10 | $400,000 check (MVI-ADM 000593) |

Case No. 6:08-bk-04327-KSJ            Style: In re Mirabilis Ventures, Inc., Debtor

Daniel Muñoz Deputy Clerk

NOTICE REGARDING
ATTACHMENTS AND/OR EXHIBITS

THIS PLEADING CONTAINS VOLUMINOUS OR OVERSIZED
ATTACHMENTS AND/OR EXHIBITS

THEY ARE AVAILABLE FOR REVIEW AT THE
CLERKS OFFICE-ORLANDO DIVISION
DURING OUR REGULAR OFFICE HOURS