# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE: Mirabilis Ventures, Inc.

CASE NO. 6:08-bk-04327-KSJ

PLAINTIFF:

DEFENDANT:

ADVERSARY NO.

FILED IN OPEN COURT
THIS 20th DAY OF October, 2010
LEE ANN BENNETT, CLERK
UNITED STATES BANKRUPTCY COURT

EXHIBIT LIST FOR: Debtor

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BRIEF DESCRIPTION |
|---|---|---|---|
| 31 | | 10/20/10 | Debtor's Schedule B |

DEPUTY CLERK, IN ATTENDANCE: _Daniel Munoz, Deputy Clerk_

## EXHIBIT IDENTIFICATION-TAG

Exhibit No. **131**

Debtor: <u>Mirabilis Ventures, Inc.</u>

Case No.: <u>6:08-bk-04327-KSJ</u>

Pltf.(s): _____

Deft.(s): _____

Adv. Pro. No.: _____

Filed for Identification: <u>10/20/10</u>

Admitted in Evidence: <u>10/20/10</u>

Date: <u>October 20, 2010</u>

Nature of Proceeding: <u>Objection to Claim of the Internal Revenue Service</u>

United States Bankruptcy Court for the
Middle District of Florida
Orlando Division

By _____, Deputy Clerk

In re   **Mirabilis Ventures, Inc.**                                       Case No. __6:08-bk-04327-KSJ__
                             Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fifth Third Bank Account** **Acct. No. 7440497324** | - | 296.80 |
| | | **Suntrust Bank** **Orlando, FL** **4 certificates of deposit** | - | 100,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                Sub-Total >         100,296.80
                                                             (Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

EXHIBIT

3 1

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re  **Mirabilis Ventures, Inc.**, Debtor

Case No. **6:08-bk-04327-KSJ**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attached Composite Exhibit B13 & 14 (preliminary) | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | See Attached Composite Exhibit B-13 & 14 (preliminary) | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Premier Servicing LLC Note (purchase of Cadent Underwriters, Inc.) dated 05/01/2006 (In default/suit pending) | - | 570,000.00 |
| | | Stock Purchase Agreement Peter Anderson (purchase of Creative Insurance Concepts, Inc.) | - | 100.00 |
| | | Membership Interest Purchase Agreement Ravi World Land Trust (re Lake Suites Hotel) dated 12/27/2007 | - | 585,000.00 |
| | | Agreement for Purchase and Sale of Common Stock Conrad D. Eigenmann Jr (purchase of Florida Industrial Electric, Inc.) | - | 5,185,000.00 |

Sub-Total > **6,340,100.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Personal Property

In re  **Mirabilis Ventures, Inc.**                                           Case No. __6:08-bk-04327-KSJ__
                                     Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Stock Purchase Agreement Creative Risk Mgmt of Alabama dated 06/04/2007 | - | 1,047,000.00 |
| | | See attached Exhibit B-18 | - | 15,029,084.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Internal Revenue Service - Tax Refund | - | 1,200,000.00 |
| | | Claims against D&O coverage | - | Unknown |
| | | Claims against various professionals | - | Unknown |
| | | Claim against Palaxar Group, LLC, et al. | - | Unknown |
| | | Claim against JC Services, et al (JC Services, et al, in bankruptcy in Texas) | - | Unknown |
| | | Claim against North American Communication (NACI has pending bankruptcy) | - | Unknown |
| | | Claim against Jeffrey Reichel (suit pending) | - | Unknown |
| | | Claim against Robert Lowder, et al (suit pending) | - | Unknown |
| | | Claim against Forge Capital Partners, LLC, et al (suit pending) | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >   **17,276,084.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re   **Mirabilis Ventures, Inc.** , Case No. __6:08-bk-04327-KSJ__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **IT equipment and software**<br>**LM Liquidators**<br>**4602 - 35th St SW**<br>**#100 & 200**<br>**Orlando, FL  32811** | - | 12,000.00 |
| | | **Miscellaneous FFE of MVI and subsidiaries**<br>**LM Liquidators**<br>**4602 - 35th St SW**<br>**#100 & 200**<br>**Orlando, FL  32811** | - | Unknown |
| | | **Books and Records of MVI and subsidiaries**<br>**LM Liquidators**<br>**1604 Premier Row**<br>**Orlando, FL** | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **WinPar Hospitality Chattanooga - equity claim (bankruptcy pending)** | - | 2,000,000.00 |
| | | | Sub-Total > (Total of this page) | 2,012,000.00 |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re __Mirabilis Ventures, Inc.__ , Case No. __6:08-bk-04327-KSJ__
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | North American Communications Inc - equity claim (bankruptcy pending) | - | Unknown |
| | | Hoth Holdings, LLC - equity claim (bankruptcy pending) | - | 1,420,000.00 |

Sub-Total > 1,420,000.00
(Total of this page)

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Total > 27,148,480.80

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

**EXHIBIT B-13 & 14**

| Status | MVI Owned Entities | % |
|---|---|---|
| Active | 2Wheel Tunes, Inc. | 100.00% |
| S/D | A Very Private Eye, Inc. | 25.00% |
| S/D | ABS IV, Inc. | 100.00% |
|  | Absolute Packaging Engineered Solutions, LLC | 100.00% |
| Ch 11 | AEM, Inc. d/b/a Mirabilis HR | 100.00% |
| S/D | Alliance Compensation & Benefits Group, Inc. | 100.00% |
| S/D | Alliance Group, Inc. | 100.00% |
| S/D | Alliance Worldwide, Inc. | 100.00% |
| S/D | Allstaff Management, Inc. | 100.00% |
| S/D | Allstaff Personnel Management, Inc. | 100.00% |
| S/D | Analytic Data Systems, Inc. | 100.00% |
| Active | Auke Hempenius Enterprises, Inc. | 100.00% |
| S/D | Axena International, LLC | 25.00% |
| S/D | Axena Solutions, LLC | 25.00% |
| S/D | Axena USA, LLC | 25.00% |
| Active | Axena, Inc. | 25.00% |
| S/D | BenComp National Corporation | 100.00% |
| Active | Bison Mortgage Corp. | 42.00% |
| S/D | Cadent Administrators, Inc. | 100.00% |
| S/D | Cadent Underwriters, Inc. | 100.00% |
| S/D | Centerpoint CS, LLC | 25.00% |
| S/D | Centro Executive Offices Corporation | 100.00% |
| S/D | CHS of America, Inc. | 100.00% |
| S/D | Coastal Equity Partners, LLC | 50.00% |
| Active | Common Paymaster Corporation | 100.00% |
| S/D | Common Paymaster Corporation II | 100.00% |
| Active | Common Paymaster H | 100.00% |
| S/D | Common Paymaster III | 100.00% |
| S/D | Community Health Solutions of America, LLC | 100.00% |
| S/D | Creative Insurance Concepts, Inc. | 100.00% |
| S/D | Desert Valley Aviation, Inc. | 100.00% |
| S/D | Diamond Jaxx Properties, LLC *Name change from Mirabilis Baseball, LLC | 100.00% |
| Active | DigitEyes Corporation | 100.00% |
| S/D | DVD Marketing Group, Inc. d/b/a Duran Media Group | 100.00% |
| S/D | EaglePoint Partnership, Inc. | 100.00% |
| S/D | EarthSource Corporation | 100.00% |
| S/D | Earthsource Holdings, LLC | 100.00% |
|  | Empire Global Strategies, Inc. | 100.00% |
| S/D | FLHP-MS, LLP | 70.00% |
| S/D | Florida Industrial Electric, Inc. | 100.00% |
| Merged | Fox Technology Series E *Merged with Axena, Inc. and Axena UK Ltd. |  |

|  | Entity | % |
|---|---|---|
|  | Gibraltar Integrity Corporation | 100.00% |
| S/D | Global Brokers Franchising, LLC d/b/a EmQuest Business Brokers | 100.00% |
| S/D | Global Vision Group Holdings, LLC | 84.20% |
| Active | Hoth Holdings, LLC | 90.00% |
| S/D | HR Remedies, Inc. | 100.00% |
| S/D | Information Systems, Inc. | 100.00% |
| S/D | InLine Technology Marketing, Inc. | 100.00% |
| S/D | Insurance Indemnity Investment, Inc. | 100.00% |
| S/D | Investment Title Services, Inc. | 100.00% |
| Active | Ionic Services, Inc. | 80.00% |
| S/D | Ithor Capital, LLC | 90.00% |
|  | It's Your Move, Inc. | 100.00% |
| S/D | Kevin Munroe Consulting, LLC | 100.00% |
| S/D | Lake Suite Hotel, Inc. | 100.00% |
| S/D | Legend Holdings of America, Inc. | 100.00% |
| S/D | LTSS, Inc. | 100.00% |
| S/D | Mirabilis Nexia Global LTD. | 100.00% |
| S/D | National Med-Staff, Inc. d/b/a Premier HR Services | 100.00% |
| S/D | Neighborly Services, Inc. d/b/a Professional Personnel Management | 100.00% |
| S/D | New Florida Industrial Electric, Inc. | 75.00% |
| Active | Nexia Strategy Corporation | 100.00% |
| S/D | Nexia Strategy Japan, LTD. | 100.00% |
|  | Nexia Strategy LTD. (UK) | 100.00% |
| Ch 7 | North American Communications, Inc. | 100.00% |
| S/D | Old Southern Bank Certificate | 0.30% |
| S/D | P.R.B. Design Studio, Inc. | 100.00% |
| Active | Pacific Atlantic Capital Corp. | 100.00% |
| S/D | Pacific Atlantic STF Corp. | 100.00% |
| S/D | Paradyme National Insurance Brokers, Inc. | 100.00% |
| Active | Payroll Concepts, Inc. | 100.00% |
| S/D | PowerCentric, Inc. | 100.00% |
| S/D | Provima, Inc. | 75.00% |
| S/D | Quasar Construction, Inc. | 100.00% |
| Active | RF Scientific, Inc. | 98.00% |
| S/D | RiskERA Software Corporation *Name change from Cerulean Graphics, Inc. | 100.00% |
| Active | RKT Constructors, Inc. | 80.00% |
| Active | Secure Solutions, LLC | 1.00% |
| Active | Security Imaging Systems, Inc. | 100.00% |
| S/D | SIPS Team USA, Inc. | 100.00% |
| S/D | Siren Resources, Inc. | 100.00% |
| S/D | Solutions Funding, Inc. | 42.00% |
| S/D | Statim Satellite, Inc. | 100.00% |
| S/D | Synergy Technology Fabrication LLC | 100.00% |

| Status | Entity | Percentage |
|---|---|---|
| S/D | Tactical Intelligence Investigations, LLC | 49.00% |
| S/D | Teknovation Corporation | 84.20% |
| S/D | Tellus Motor Company | 100.00% |
| S/D | Terra Structures, Inc. | 100.00% |
| S/D | The Hancock Group, Inc. d/b/a Distinct HR; Employer Resources; Logical HR | 100.00% |
| S/D | The Human Resources Enterprises Corporation | 100.00% |
| S/D | The Leib Group | 100.00% |
| S/D | The Provider Management Group, Inc. | 25.00% |
|  | Theory3 d/b/a Tireflys | 40.00% |
| S/D | UNEX Corporation | 100.00% |
| S/D | Universal Analytics, Inc. | 100.00% |
| S/D | Venture Resources, Inc. | 100.00% |
| S/D | Wimco Global, Inc. | 100.00% |
| Ch 7 | WinPar Hospitality Chattanooga, LLC | 100.00% |
| Active | World Wrestling Legends LLC | 80.00% |

NOTE: S/D = Sold or Dissolved

Mirabilis Ventures, Inc.

**EXHIBIT B-18**

| | Due From |
|---|---|
| 2 Wheel Tunes (Two Wheel Tunes) | |
| AEM, Inc. | $ 1,312,744 |
| Auke Hempenius | |
| Axena, Inc. | $ 18,921 |
| Bison Mortgage Corpt | |
| Caribbean Data & PSF Trust | |
| Common Paymaster Corp | $ 7,502 |
| Common Paymaster H | |
| DigitEyes, Inc | $ 305,070 |
| Empire Global Strategies, Inc | |
| Felker Metals | |
| Fox Technologies | |
| General Universal Analytics | |
| Capital Genesis - Other | |
| Capital Genesis - Acc Amort | |
| Gibralter Integrity Corporation | $ 143,894 |
| GMOFF, Inc. | $ 250,000 |
| Human Resource Management | |
| Ionic Services, LLC | $ 124,867 |
| It's Your Move, Inc. | |
| Matrix Network, Inc. | |
| Matrix Alabama | |
| Nexia Stategy, Ltd. | $ 240,400 |
| Nexia U.K. | |
| Pacific Atlantic Capital Corp | $ 3,061,740 |
| Payroll Concepts, Inc. | $ - |
| Presidion Corporation Common | $ 557,831 |
| Presidion Corporation Preferred | |
| RF Scientific, Inc. | |
| RKT Constructors, Inc. | $ 961,538 |
| SecureSolutions, LLC | $ 1,091,615 |
| Security Imaging Systems, Inc. | $ 25,491 |
| Sunshine Companies | |
| Synapsia, LTD. | $ 2,000 |
| Tarpon Springs & Brandenton | |
| TireFlys | |
| Titanium Technologies | $ 2,254,786 |
| Trafalgar Capital Group | $ - |
| Trailer Park Justice, LLC | |
| World Wrestling Ledgends, LLC | |
| ABS IV, Inc. | |
| Alliance Worldwide, Inc. | |
| Axena Solutions, LLC | |
| Axena UK, Limited | |
| Cadent Administrators, Inc. | $ 40,995 |
| Coastal Equity Partners, LLC | $ 273,761 |
| Common Paymaster II Corporation | |
| Common Paymaster III Corporation | |
| Diamond Jax Properties, LLC Baseball | |
| Earthsource Holdings, LLC | |
| Hoth Holdings, LLC | |
| ITHOR Capital, LLC | |
| Lake Suites Hotel, Inc. | |
| Mirabilis Nexia Global, Ltd. | |
| North America Communications, Inc. | |

Mirabilis Ventures, Inc.

**EXHIBIT B-18**

|  | Due From |
|---|---|
| Pacific Atlantic STF Corp. | |
| Paradyme National Insurance Broker, Inc. | |
| Riskeratechnologies, Inc. | |
| | |
| 3801 Carolina Avenue Building, Rich. | |
| Alliance HR Enterprises | |
| AQMI Strategy Corp. | $ 95,336 |
| BCA, Inc. | $ 150,000 |
| Bella Costa | |
| Cerulean Graphics, Inc. | |
| Enterprise Corporation | |
| Felker Construction Services Corp. | |
| Hendricks | |
| ITHOR Limited, LLC | |
| Kevin D. Munroe, PA | |
| Lake Ellen | |
| Medical Properties, Ltd. | |
| Mirabilis Baseball, LLC | |
| PaySource, Inc. | |
| Premier HR, Inc. | |
| Provider Management Group, Inc. | |
| SimDag Construction | $ 68,602 |
| Terra Structures, Inc. | $ 16,400 |
| The Human Resource Enterprise Corp. | $ 1,650 |
| Theory3, Inc. | |
| Unex Corporation | |
| Wellington Capital Group | $ 4,212,237 |
| | |
| TOTAL | $ 15,029,084 |