UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**In re:**                                                                 **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,**                         **CHAPTER 11**

        **Debtor.**
_____/

ORDER GRANTING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND
SUSTAINING OBJECTIONS TO CLAIMS OF SECURE SOLUTIONS, LLC

**THIS CAUSE,** having come before the Court on October 20, 2010 (the "Hearing") on Mirabilis Ventures, Inc.'s (the "Liquidating Debtor") Motion to Enforce Settlement Agreement By and Between the Liquidating Debtor and Secure Solutions, LLC ("Secure")(the "Motion")(Doc. No. 603) and the Liquidating Debtor's Objections to Claim No. 26 and Claim No. 27 filed by Secure (collectively, the "Objections")(Doc. No. 339 & Doc. No. 340), having reviewed the pleadings, considered the argument of counsel, noting that Secure did not make an appearance at the Hearing, finding that the Liquidating Debtor has complied with the Settlement Agreement under Rule 7052, *Federal Rules of Bankruptcy Procedure*, and having otherwise been fully informed in the premises, it is hereby:

    **ORDERED:**

    1.    The Motion is **GRANTED** and the Objections are **SUSTAINED**.

    2.    Latham, Shuker, Eden & Beaudine, LLP is hereby authorized to release the Settlement Funds (as defined in the Motion) to the Liquidating Debtor.

    3.    Claim No. 26 and Claim No. 27 are disallowed in their entirety and are stricken from the record with prejudice.

4. The parties are hereby directed to consummate the other material terms of the Settlement Agreement.

**DONE AND ORDERED** on October 29, 2010.

_____
**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Copies to:

Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751;

R. Scott Shuker, Esq., Latham, Shuker, Eden & Beaudine, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801;

Secure Solutions, LLC, c/o James Pitts, 1490 Swanson Drive, Suite 200, Oviedo, Florida 32765 (as shown on the Proof of Claim);

Mark L. Desgrosseilliers, Esq., Womble Carlyle Sandridge & Rice, PLLC, 22 Delaware Avenue, Suite 1501, Wilmington, DE 19801;

The Local Rule 1007-2 Parties-in-Interest list; and

The U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801.