UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:08-BK-04327-KSJ

MIRABILIS VENTURES, INC.,                           CHAPTER 11

   Debtor.
_____/

MIRABILIS VENTURES, INC.'S NOTICE OF FILING
FINDINGS OF FACT AND CONCLUSIONS OF LAW

MIRABILIS VENTURES, INC. ("Mirabilis" or "Liquidating Debtor"), as the Liquidating Debtor in the above referenced case, by and through its undersigned attorneys, serves this Notice of Filing Findings of Fact and Conclusions of Law Regarding (i) the Emergency Objection to Allowance of Claim No. 36 Submitted by the Internal Revenue Service; and (ii) the Motion to Enforce Plan and Confirmation Order and for Turnover of Property to the Liquidating Debtor ("Findings of Fact"). A copy of the Findings of Fact is attached hereto as **Exhibit "A"** and is incorporated herein by reference.

DATED this 15th day of November, 2010.

/s/ Mariane L. Dorris
R. Scott Shuker, Esquire
Florida Bar No.: 984469
Mariane L. Dorris, Esquire
Florida Bar No.: 0173665
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353
Orlando, Florida 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
Attorneys for Mirabilis Ventures Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             CASE NO. 6:08-BK-04327-KSJ

MIRABILIS VENTURES, INC.,                          CHAPTER 11

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF FILING FINDINGS OF FACT AND CONCLUSIONS OF LAW, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc. c/o R.W. Cuthill, Jr., President of Mirabilis Ventures, Inc., 341 N. Maitland Ave., Suite 210, Maitland, Florida 32751; Counsel for IRS, Carol Koehler Ide, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 141 98, Ben Franklin Station, Washington, D.C.; the Local Rule 1007-2 parties-in-interest list as shown on the matrix attached to the original motion filed with the Court; and the Office of the United States Trustee, 135 West Central Boulevard, Suite 620 Orlando, Florida 32801, this 15TH day of November, 2010.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esquire