**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:** **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,** **CHAPTER 11**

**Debtor.**
________________________________/

**MIRABILIS VENTURES, INC'S MOTION FOR TURNOVER OF PROPERTY AGAINST THE STATE OF FLORIDA – DEPARTMENT OF REVENUE**

**MIRABILIS VENTURES, INC.** ("Mirabilis" or "Liquidating Debtor") as the liquidating debtor in the aforementioned case, by and through its undersigned counsel, and pursuant to 11 U.S.C. §§105 and 542, hereby files its Motion for Turnover against the **STATE OF FLORIDA – DEPARTMENT OF REVENUE** ("FDOR")(the "Motion"), and in support thereof, states as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Procedural and Factual Background**

2. On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: *In re Mirabilis Ventures, Inc.*, Case No. 6:08-bk-04327-KSJ, *In re Hoth Holdings, LLC*, Case No. 6:08-bk-04328-KSJ, and *In re AEM, Inc.*, Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Bankr. Doc. No. 1).

3. On September 10, 2008, FDOR filed its proof of claim in the Bankruptcy Case of AEM, Inc. ("AEM")(Claim No. 15).

4. In the FDOR's claim, FDOR alleged it was entitled to the sum of $100,155.03, $100,030.03 of which it claims as a priority claim and $125.00 of which it claims as secured.

5. FDOR improperly submitted its proof of claim based on the estimated taxes of three distinct and separate companies: (1) AEM, Inc.; (2) Presidion Solutions VI, Inc.; and (3) Presidion Solutions VII, Inc. However, FDOR should only have included AEM, Inc. when calculating the amount of unemployment taxes AEM, Inc. was required to pay to FDOR.

6. Using the correct calculations, AEM, Inc already paid its due taxes and thus does not owe any taxes to FDOR. In fact, based on AEM's overpayment of the taxes, AEM still retains a credit balance of Five Thousand Three Hundred Seventeen Dollars and Twenty Nine Cents ($5,317.29) which is due to the Liquidating Debtor (the "Funds").

7. Based on the aforementioned, AEM objected to the FDOR claim, and FDOR subsequently withdrew its proof of claim. (Doc. No. 164 and 223).

8. On July 12, 2010, AEM sent a letter to the FDOR requesting the refund due under the amended returns. However, to this date, payment has not been made.

9. On September 21, 2010, the undersigned counsel contacted counsel of record for the FDOR regarding the status of the refund, but never received a response.

**Requested Relief**

10. The Liquidating Debtor requests this Court enter an order requiring the FDOR to turnover the Funds to the Liquidating Debtor.

11. Property of the estate is defined broadly to include "all legal and equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. §541(a)(1) (2005). It is well established that the proceeds due from a tax overpayment become property of the estate to the extent that the overpayment was made prepetition. *Kokoszka v. Belford*, 417

U.S. 642, 648, 94 S.Ct. 2431, 41 L.Ed.2d 374 (1974); *U.S. v. Michaels*, 840 F.2d 901, 901-02 (11th Cir. 1988).

12. As such, the Funds were property of AEM's bankruptcy estate and remained property of the estate until the Effective Date. As of the Effective Date, the Funds vested in the Liquidating Debtor free and clear of all Liens, security interests, Claims and Interests of the holders of Claims and Interests, and all such Liens, security interests, Claims and Interests were extinguished. Accordingly, the FDOR has no claim or right to the Funds.

**WHEREFORE**, the Liquidating Debtor respectfully requests this Court enter an Order granting this Motion, requiring the FDOR turnover the Funds to the Liquidating Debtor, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 29th day of December 2010.

/s/ Justin M. Luna
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
Justin M. Luna
Florida Bar No. 0037131
jluna@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Mirabilis Ventures, Inc..*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:** **CASE NO. 6:08-bk-04327-KSJ**

**MIRABILIS VENTURES, INC.,** **CHAPTER 11**

**Debtor.**
______________________________/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of the Liquidating Debtor, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; State of Florida - Department of Revenue, Bankruptcy Section, P.O. Box 6668, Tallahassee, Florida 32314-6668 ; Don Kiester, Attorney of Records for Florida Department of Revenue, P.O. Box 2299, Mango, Florida 33550-2299 ; State of Florida, Dept of Revenue, Attn: Executive Director, 5050 West Tennessee Street, Tallahassee, FL 32399-0135; State of Florida, Office of the Governor, The Capital, 400 S Monroe Street, Tallahassee, FL 32399-0001; State of Florida, Office of the Attorney General, The Capital PL-01; Tallahassee, FL 32399-1050; the Local Rule 1007-2 parties-in-interest; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 29th day of December 2010.

/s/ Justin M. Luna, Esq.
Justin M. Luna, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Wed Dec 29 11:51:29 EST 2010

Michael C. Addison
Addison & Howard, P.A.
Post Office Box 172535
Tampa, FL 33672-0535

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Tara C Early
Stanton & Gasdick PA
390 North Orange Avenue
Suite 260
Orlando, FL 32801-1612

Elena L Escamilla
United States Trustee
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

F. Del Kelley
5220 S. Washington Ave
Titusville, FL 32780-7316

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Gillio Development, Inc.
657 Caledonia Place
Sanford, FL 32771-6403

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Kenneth D Herron Jr
1851 West Colonial Drive
Orlando, FL 32804-7013

Peter N Hill
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804-7013

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Carol Koehler Ide
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-0001

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

Esther A McKean
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Charles J Meltz
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

Todd K Norman
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802-3388

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Scott H Park
United States Attorney
501 West Church St
Suite 300
Orlando, FL 32805-2281

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

RKT Constructions, Inc
5220 S. Washington Ave
Titusville, FL 32780-7316

William J Ridings Jr
Atlantic Legal Group, P.A.
1375 Gateway Boulevard
Boynton Beach, FL 33426-8304

Robi A. Roberts
2921 S. Washington Ave
Titusville, FL 32780-5022

Robi A. Roberts Trust
2921 S. Washington St
Titusville, FL 32780-5022

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Bradley M Saxton
Post Office Box 1391
Orlando, FL 32802-1391

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

Melissa Youngman
McCalla Raymer, LLC
450 S. Orange Avenue
Suite 170
Orlando, FL 32801-3388

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 58 |
| Bypassed recipients | 5 |
| Total | 63 |