UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                          CASE NO.:   6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                       CHAPTER 11

    Debtor.
_____/


**DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD FROM 10/01/2010 TO 12/31/2010**


    Comes now the above-named Debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  January 20, 2011                        /s/ Roy S. Kobert
                                                Roy S. Kobert, P.A.
                                                Florida Bar No. 777153
                                                Post Confirmation Special Counsel
                                                to the Debtor


Debtor's Address and                            Attorney's Address and
Phone Number:                                   Phone Number:
341 North Maitland Avenue, Suite 210            Broad and Cassel
Maitland, Florida  32751                        390 North Orange Avenue, Suite 1400
Telephone:    (407) 644-3781, Ext. 235          Orlando, Florida  32801
                                                Telephone:    (407) 839-4200

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: MIRABILIS VENTURES, INC. | } | CASE NUMBER: 6:08-BK-04327-KSJ |
| | } | |
| | } | JUDGE KAREN S. JENNEMANN |
| DEBTOR. | } | CHAPTER 11 |

**DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD**
FROM    10/1/2010    TO    12/31/2010

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____

Attorney for Debtor
Roy S. Kobert, P.A.

Debtor's Address
and Phone Number:
341 N Maitland Ave.
Ste. 210
Maitland, FL 32751
Tel. 407-644-3781 Ext. 235

Attorney's Address
and Phone Number:
Broad and Cassel
390 N Orange Ave., Ste. 1400
Orlando, FL 32801
Bar No.777153
Tel. 407-839-4200

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
Debtor has not made, nor was required to make, any post-confirmation payments through the date of this report.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
Debtor does not own property requiring insurance and has one part-time employee.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY  and  CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
Balance of furniture, fixtures and equipment were sold at auction.

Estimated Date of Filing the Application for Final Decree: _____ Unknown

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 17th day of January 2011.

Debtor's Signature  PRESIDENT

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: **Mirabilis Ventures, Inc.**
Case Number: **6:08-BK-04327-KSJ**
Date of Plan Confirmation: **11/6/09**

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|   |   | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ 390,465.12 | $ 589,638.55 |
| 2. | INCOME or RECEIPTS during the Period | $ 390,210.38 | $ 1,412,590.37 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.51 | $ 14,054.56 |
| (ii) | Federal Taxes | 94,033.19 | 102,007.30 |
| (iii) | State Taxes | | 1,699.16 |
| (iv) | Other Taxes | | - |
| b. | All Other Operating Expenses: | $ 356,261.49 | $ 672,020.90 |
| c. | Plan Payments: | | |
| (i) | Administrative Claims | $ 68,312.40 | $ 955,254.09 |
| (ii) | Class One | | - |
| (iii) | Class Two | | - |
| (iv) | Class Three | | - |
| (v) | Class Four | | - |
| | (Attach additional pages as needed) | | |
| | Total Disbursements (Operating & Plan) | $ 523,482.59 | $ 1,745,036.01 |
| 1. | CASH (End of Period) | $ 257,192.91 | $ 257,192.91 |

**MONTHLY OPERATING REPORT -**                      **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust Bank | SunTrust Bank | | |
| Account Number: | 1000071890130 | 1000075608744 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Money market | | |
| Type of Account (e.g. checking) | Checking | Money market | | |
| 1. Balance per Bank Statement | See attached | See attached | | |
| 2. ADD: Deposits not credited | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

11:51 AM
01/10/11

# Mirabilis Ventures, Inc.
## Reconciliation Summary
### SunTrust Ckkg #0130, Period Ending 12/31/2010

|  | Dec 31, 10 |
|---|---:|
| **Beginning Balance** | 89,014.42 |
| **Cleared Transactions** | |
|    Checks and Payments - 14 ... | -293,696.87 |
|    Deposits and Credits - 4 ite... | 229,189.47 |
| **Total Cleared Transactions** | -64,507.40 |
| **Cleared Balance** | 24,507.02 |
| **Uncleared Transactions** | |
|    Checks and Payments - 2 it... | -12,507.02 |
| **Total Uncleared Transactions** | -12,507.02 |
| **Register Balance as of 12/31/2010** | 12,000.00 |
| **New Transactions** | |
|    Checks and Payments - 4 it... | -5,453.77 |
| **Total New Transactions** | -5,453.77 |
| **Ending Balance** | 6,546.23 |

11:53 AM
01/10/11

## Mirabilis Ventures, Inc.
## Reconciliation Summary
SunTrust MMA #8744, Period Ending 12/31/2010

|  | Dec 31, 10 |
|---|---:|
| **Beginning Balance** | 372,652.45 |
| **Cleared Transactions** |  |
|     Checks and Payments - 1... | -183,189.47 |
|     Deposits and Credits - 2 i... | 55,729.93 |
| **Total Cleared Transactions** | -127,459.54 |
| **Cleared Balance** | 245,192.91 |
| **Register Balance as of 12/31/2010** | 245,192.91 |
| **Ending Balance** | 245,192.91 |

```
SUNTRUST BANK                                          Page 1 of 3
P O BOX 622227                                         36/E00/0175/0 /31
ORLANDO FL 32862-2227                                  1000071890130
                                                       10/31/2010
```


SUNTRUST

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000071890130 | 10/01/2010 - 10/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $16,706.60 | Average Balance | $49,155.65 |
| Deposits/Credits | $200,000.00 | Average Collected Balance | $49,155.65 |
| Checks | $67,860.41 | Number of Days In Statement Period | 31 |
| Withdrawals/Debits | $141,461.69 | | |
| Ending Balance | $7,384.50 | | |

## Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 10/08 | 200,000.00 | | INCOMING FEDWIRE CR TRN #013098 |

Deposits/Credits: 1    Total Items Deposited: 0

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1115 | 897.13 | 10/04 | 1148 | 1,357.49 | 10/12 | 1151 | 55,150.00 | 10/19 |
| *1131 | 3,603.09 | 10/04 | 1149 | 669.39 | 10/20 | | | |
| *1147 | 10.80 | 10/05 | 1150 | 6,172.51 | 10/18 | | | |

Checks: 7    *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 10/12 | 141,461.69 | | TRANSFER TO MMA 8744 CONFIRM NBR 210101845 |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/01 | 16,706.60 | 16,706.60 | 10/12 | 69,376.40 | 69,376.40 |
| 10/04 | 12,206.38 | 12,206.38 | 10/18 | 63,203.89 | 63,203.89 |
| 10/05 | 12,195.58 | 12,195.58 | 10/19 | 8,053.89 | 8,053.89 |
| 10/08 | 212,195.58 | 212,195.58 | 10/20 | 7,384.50 | 7,384.50 |

75703    Member FDIC    Continued on next page

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227

Page 1 of 2  
66/E00/0175/0 /31  
1000075608744  
10/31/2010



## Account Statement

MIRABILIS VENTURES INC  
R W CUTHILL  
341 N MAITLAND AVE STE 210  
MAITLAND FL 32751-4771

Questions? Please call  
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | 1000075608744 | 10/01/2010 - 10/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $378,269.54 | Average Balance | $469,573.75 |
| Deposits/Credits | $141,860.63 | Average Collected Balance | $469,573.75 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | 1.00% |
| Ending Balance | $520,130.17 | Interest Paid Year to Date | $1,449.12 |

| Deposits/Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 10/12 | 141,461.69 | | TRANSFER FROM CHK 0130 CONFIRM NBR 210101845 |
| | 10/29 | 398.94 | | INTEREST PAID THIS STATEMENT THRU 10/31 |

Deposits/Credits: 2     Total Items Deposited: 0

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 10/01 | 378,269.54 | 378,269.54 | 10/29 | 520,130.17 | 520,130.17 |
| | 10/12 | 519,731.23 | 519,731.23 | | | |

10710

Member FDIC

Continued on next page

SUNTRUST BANK  
P O BOX 622227  
ORLANDO FL 32862-2227

Page 1 of 4  
36/E00/0175/0 /31  
1000071890130  
11/30/2010


SUNTRUST

# Account Statement

MIRABILIS VENTURES INC  
R W CUTHILL  
341 N MAITLAND AVE STE 210  
MAITLAND FL 32751-4771

Questions? Please call  
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000071890130 | 11/01/2010 - 11/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $7,384.50 | Average Balance | $55,476.69 |
| Deposits/Credits | $214,810.00 | Average Collected Balance | $51,210.03 |
| Checks | $133,180.08 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $89,014.42 | | |

### Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # | |
|---|---|---|---|---|---|---|---|
| 11/01 | 6,000.00 | | DEPOSIT | 11/24 | 61,000.00 | | DEPOSIT |
| 11/10 | 11,167.11 | | TRANSFER FROM MMA 8744 CONFIRM NBR 010104250 | | | | |
| 11/19 | 136,642.89 | | TRANSFER FROM MMA 8744 CONFIRM NBR 910114305 | | | | |

Deposits/Credits: 4    Total Items Deposited: 4

### Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1152 | 1,384.50 | 11/01 | 1157 | 4,875.51 | 11/16 | 1163 | 28,077.06 | 11/26 |
| 1153 | 575.05 | 11/12 | 1158 | 1,496.00 | 11/17 | 1164 | 3,966.19 | 11/24 |
| 1154 | 6,389.79 | 11/16 | *1160 | 3,600.14 | 11/23 | 1165 | 1,399.49 | 11/30 |
| 1155 | 1,050.00 | 11/17 | 1161 | 17,679.12 | 11/23 | *1167 | 19,178.25 | 11/24 |
| 1156 | 2,780.76 | 11/23 | 1162 | 40,728.22 | 11/24 | | | |

Checks: 14    *Break in check sequence

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/01 | 12,000.00 | 6,000.00 | 11/19 | 145,423.65 | 145,423.65 |
| 11/02 | 12,000.00 | 12,000.00 | 11/23 | 121,363.63 | 121,363.63 |
| 11/10 | 23,167.11 | 23,167.11 | 11/24 | 118,490.97 | 57,490.97 |
| 11/12 | 22,592.06 | 22,592.06 | 11/26 | 90,413.91 | 90,413.91 |
| 11/16 | 11,326.76 | 11,326.76 | 11/30 | 89,014.42 | 89,014.42 |
| 11/17 | 8,780.76 | 8,780.76 | | | |

73261                Member FDIC                Continued on next page

```
SUNTRUST BANK                                          Page 1 of 2
P O BOX 622227                                         66/E00/0175/0 /31
ORLANDO FL 32862-2227                                  1000075608744
                                                       11/30/2010
```


# SUNTRUST

## Account Statement

```
MIRABILIS VENTURES INC                    Questions? Please call
R W CUTHILL                               1-800-786-8787
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771
```

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | 1000075608744 | 11/01/2010 - 11/30/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $520,130.17 | Average Balance | $457,667.11 |
| Deposits/Credits | $332.28 | Average Collected Balance | $457,667.11 |
| Checks | $.00 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $147,810.00 | Annual Percentage Yield Earned | .89% |
| Ending Balance | $372,652.45 | Interest Paid Year to Date | $1,781.40 |

| Deposits/Credits | Date | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/30 | 332.28 | | INTEREST PAID THIS STATEMENT THRU 11/30 |
| | Deposits/Credits: 1 | | | Total Items Deposited: 0 |

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 11/10 | 11,167.11 | | TRANSFER TO CHK 0130 CONFIRM NBR 010104250 |
| | 11/19 | 136,642.89 | | TRANSFER TO CHK 0130 CONFIRM NBR 910114305 |
| | Withdrawals/Debits: 2 | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 11/01 | 520,130.17 | 520,130.17 | 11/19 | 372,320.17 | 372,320.17 |
| | 11/10 | 508,963.06 | 508,963.06 | 11/30 | 372,652.45 | 372,652.45 |

```
SUNTRUST BANK                                    Page 1 of 4
P O BOX 622227                                   36/E00/0175/0 /31
ORLANDO FL 32862-2227                            1000071890130
                                                 12/31/2010
```




# Account Statement

```
MIRABILIS VENTURES INC                Questions? Please call
R W CUTHILL                           1-800-786-8787
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771
```

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000071890130 | 12/01/2010 - 12/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $89,014.42 | Average Balance | $58,688.10 |
| Deposits/Credits | $229,189.47 | Average Collected Balance | $57,204.23 |
| Checks | $144,165.61 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $149,531.26 | | |
| Ending Balance | $24,507.02 | | |

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 12/13 | 40,000.00 | | DEPOSIT | 12/29 | 6,000.00 | | DEPOSIT |
| 12/20 | 183,189.47 | | TRANSFER FROM MMA 8744 CONFIRM NBR 010080649 | | | | |

Deposits/Credits: 3     Total Items Deposited: 3

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1159 | 10,371.95 | 12/15 | *1171 | 3,581.79 | 12/22 | *1176 | 3,945.97 | 12/22 |
| *1166 | 11,642.47 | 12/01 | 1172 | 21,631.58 | 12/22 | 1177 | 1,242.28 | 12/22 |
| *1168 | 652.64 | 12/13 | 1173 | 1,492.50 | 12/24 | 1178 | 2,183.92 | 12/24 |
| 1169 | 4,849.29 | 12/14 | 1174 | 28,019.06 | 12/24 | 1179 | 54,552.16 | 12/20 |

Checks: 12     *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/10 | 55,498.07 | | TRANSFER TO MMA 8744 CONFIRM NBR 010122607 |
| 12/23 | 94,033.19 | | ELECTRONIC/ACH DEBIT<br>IRS     USATAXPYMT 270075700311933 |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 77,371.95 | 77,371.95 | 12/22 | 144,235.69 | 144,235.69 |
| 12/10 | 21,873.88 | 21,873.88 | 12/23 | 50,202.50 | 50,202.50 |
| 12/13 | 61,221.24 | 21,221.24 | 12/24 | 18,507.02 | 18,507.02 |
| 12/14 | 56,371.95 | 56,371.95 | 12/29 | 24,507.02 | 18,507.02 |
| 12/15 | 46,000.00 | 46,000.00 | 12/30 | 24,507.02 | 24,507.02 |
| 12/20 | 174,637.31 | 174,637.31 | | | |

73971                         Member FDIC                    Continued on next page



SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
12/31/2010

## Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 12/01/2010 - 12/31/2010 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $372,652.45 | Average Balance | $341,133.60 |
| Deposits/Credits | $55,729.93 | Average Collected Balance | $341,133.60 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $183,189.47 | Annual Percentage Yield Earned | .80% |
| Ending Balance | $245,192.91 | Interest Paid Year to Date | $2,013.26 |

### Deposits/Credits

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 12/10 | 55,498.07 | | TRANSFER FROM CHK 0130 CONFIRM NBR 010122607 |
| 12/31 | 231.86 | | INTEREST PAID THIS STATEMENT THRU 12/31 |

Deposits/Credits: 2        Total Items Deposited: 0

### Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 12/20 | 183,189.47 | | TRANSFER TO CHK 0130 CONFIRM NBR 010080649 |

Withdrawals/Debits: 1

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/01 | 372,652.45 | 372,652.45 | 12/20 | 244,961.05 | 244,961.05 |
| 12/10 | 428,150.52 | 428,150.52 | 12/31 | 245,192.91 | 245,192.91 |

10533                Member FDIC                Continued on next page

**MONTHLY OPERATING REPORT -**                                                    **ATTACHMENT NO. 4**
**POST CONFIRMATION**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 1000071890130 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See attached list. | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| None |

10:25 AM
01/17/11
Cash Basis

# Mirabilis Ventures, Inc.
## Check Register No Transfers or Deposits
### As of December 31, 2010

| Type | Date | Num | Name | Memo | Split | Paid Amount |
|---|---|---|---|---|---|---|
| **SunTrust Ckkg #0130** | | | | | | |
| Bill Pmt -... | 10/11/2010 | 1148 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post-Pet... | -1,357.49 |
| Bill Pmt -... | 10/11/2010 | 1149 | Crummey Investigations, Inc | MVI vs Ravi | 2001 · Post-Pet... | -669.39 |
| Bill Pmt -... | 10/11/2010 | 1150 | LM Liquidators | | 2001 · Post-Pet... | -6,172.51 |
| Bill Pmt -... | 10/11/2010 | 1151 | Russell Novak & Company LLP | | 2001 · Post-Pet... | -55,150.00 |
| Bill Pmt -... | 10/11/2010 | 1152 | Yoakum Consulting | | 2001 · Post-Pet... | -1,384.50 |
| Bill Pmt -... | 11/10/2010 | 1153 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post-Pet... | -575.05 |
| Bill Pmt -... | 11/10/2010 | 1154 | LM Liquidators | | 2001 · Post-Pet... | -6,389.79 |
| Bill Pmt -... | 11/10/2010 | 1155 | Shutts & Bowen LLP | MVI vs 5th 3r... | 2001 · Post-Pet... | -1,050.00 |
| Bill Pmt -... | 11/10/2010 | 1156 | Yoakum Consulting | | 2001 · Post-Pet... | -2,780.76 |
| Bill Pmt -... | 11/10/2010 | 1157 | U.S. Trustee | 306-08-04327 | 2001 · Post-Pet... | -4,875.51 |
| Bill Pmt -... | 11/10/2010 | 1158 | CSC (Corporation Service Com... | Nevada Annu... | 2001 · Post-Pet... | -1,496.00 |
| Bill Pmt -... | 11/19/2010 | 1159 | Balch & Bingham LLP | | 2001 · Post-Pet... | -10,371.95 |
| Bill Pmt -... | 11/19/2010 | 1160 | Barrett, Chapman & Ruta, P.A. | MVI | 2001 · Post-Pet... | -3,600.14 |
| Bill Pmt -... | 11/19/2010 | 1161 | Broad & Cassel | | 2001 · Post-Pet... | -17,679.12 |
| Bill Pmt -... | 11/19/2010 | 1162 | KPMG LLP | | 2001 · Post-Pet... | -40,728.22 |
| Bill Pmt -... | 11/19/2010 | 1163 | Latham, Shuker, Eden, etal | | 2001 · Post-Pet... | -28,077.06 |
| Bill Pmt -... | 11/19/2010 | | Morris & Widman, P.A. | VOID: | 2001 · Post-Pet... | 0.00 |
| Bill Pmt -... | 11/19/2010 | 1164 | Richardson, David M. | Berman | 2001 · Post-Pet... | -3,966.19 |
| Bill Pmt -... | 11/19/2010 | 1165 | Shutts & Bowen LLP | | 2001 · Post-Pet... | -1,399.49 |
| Bill Pmt -... | 11/19/2010 | 1166 | Morris & Widman, P.A. | | 2001 · Post-Pet... | -11,642.47 |
| Bill Pmt -... | 11/19/2010 | 1167 | Smith, Brooks & Masterson, P.L. | | 2001 · Post-Pet... | -19,178.25 |
| Bill Pmt -... | 12/10/2010 | 1168 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post-Pet... | -652.64 |
| Bill Pmt -... | 12/10/2010 | 1169 | LM Liquidators | | 2001 · Post-Pet... | -4,849.29 |
| Bill Pmt -... | 12/16/2010 | 1170 | Balch & Bingham LLP | Palaxar (post ... | 2001 · Post-Pet... | -770.34 |
| Bill Pmt -... | 12/16/2010 | 1171 | Barrett, Chapman & Ruta, P.A. | MVI | 2001 · Post-Pet... | -3,581.79 |
| Bill Pmt -... | 12/16/2010 | 1172 | Broad & Cassel | | 2001 · Post-Pet... | -21,631.58 |
| Bill Pmt -... | 12/16/2010 | 1173 | KPMG LLP | AEM's 941xs ... | 2001 · Post-Pet... | -1,492.50 |
| Bill Pmt -... | 12/16/2010 | 1174 | Latham, Shuker, Eden, etal | Mtr ID #6450... | 2001 · Post-Pet... | -28,019.06 |
| Bill Pmt -... | 12/16/2010 | 1175 | Morris & Widman, P.A. | | 2001 · Post-Pet... | -11,736.68 |
| Bill Pmt -... | 12/16/2010 | 1176 | Richardson, David M. | Berman | 2001 · Post-Pet... | -3,945.97 |
| Bill Pmt -... | 12/16/2010 | 1177 | Shutts & Bowen LLP | 02HR | 2001 · Post-Pet... | -1,242.28 |
| Bill Pmt -... | 12/16/2010 | 1178 | Smith, Brooks & Masterson, P.L. | 8/26/09 - 9/28... | 2001 · Post-Pet... | -2,183.92 |
| Paycheck | 12/20/2010 | | Robert W. Cuthill, Jr. | VOID:did ma... | -SPLIT- | 0.00 |
| Check | 12/20/2010 | 1179 | Robert W. Cuthill, Jr. | 10/1/09-4/20/... | -SPLIT- | -54,552.16 |
| Check | 12/23/2010 | eftps | U.S. Treasury | Form 941 Q4 ... | 2040 · 941 Pay... | -94,033.19 |
| Total SunTrust Ckkg #0130 | | | | | | -447,235.29 |
| **TOTAL** | | | | | | **-447,235.29** |

MIRABILIS VENTURES, INC.
LIQUIDATING DEBTOR
SUMMARY OF LITIGATION
DECEMBER 31, 2010

| | SETTLED | DISMISSED | TRIED/ DEFAULT | BANKRUPT | PENDING | TOTAL | SETTLEMENT/ JUDGMENT | NOT RECOVERED | RECOVERED |
|---|---|---|---|---|---|---|---|---|---|
| **FRAUDULENT TRANSFER SUITS:** | | | | | | | | | |
| Insiders | 2 | | | | | 2 | $ 200,000 | $ - | 200,000 |
| Banks | 1 | | | | 1 | 2 | 99,000 | | 99,000 |
| Others | 1 | | | | 0 | 1 | 15,000 | | 15,000 |
| TOTAL | 4 | 0 | 0 | 0 | 1 | 5 | 314,000 | - | 314,000 |
| **NON-FRAUDULENT TRANSFER SUITS** | | | | | | | | | |
| Insiders | 3 | 2 | | | 1 | 6 | 115,000 | - | 115,000 |
| Malpractice | 2 | | | | 2 | 4 | 640,000 | | 640,000 |
| Collection | 2 | | 1 | | 2 | 5 | 837,325 | 661,628 | 175,697 |
| Other | | | | | 1 | 1 | | | |
| TOTAL | 7 | 2 | 1 | 0 | 6 | 16 | 1,592,325 | 661,628 | 930,697 |
| **TOTAL ALL SUITS** | 11 | 2 | 1 | 0 | 7 | 21 | $ 1,906,325 | $ 661,628 | $ 1,244,697 |