**[6hnncr]** [NOTICE CANCELLING OR RESCHEDULING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:08−bk−04327−KSJ
Chapter 11

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751

_____Debtor(s)_____/

## NOTICE CANCELLING AND RESCHEDULING EVIDENTIARY HEARING

THE RECORD reflects that a hearing on pending matters (Document No. 567, 568, 571, 613, 605, 617 ) in the above−captioned case was previously scheduled and noticed for February 10, 2011 . This hearing is now canceled.

Notice is hereby given that this hearing is rescheduled for February 25, 2011 at 2:00 pm. The hearing will take place in the same location as previously scheduled.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on January 25, 2011

FOR THE COURT

Lee Ann Bennett, Clerk of Court

135 West Central Boulevard Suite 950
Orlando, FL 32801