**[6nhrg]** [NOTICE OF HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                            Case No. 6:08−bk−04327−KSJ
                                                                                                   Chapter 11

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751


_____Debtor(s)_____/

## NOTICE OF EVIDENTIARY HEARING

   NOTICE IS HEREBY GIVEN that a hearing in this case will be held on February 25, 2011 at 02:00 PM in Courtroom B, 5th Floor, 135 West Central Blvd., Orlando, FL 32801to consider and act upon the following and transact such other business that may come before the court:

   1. Motion to Confirm That the Debtor is Not Authorized to Defend the Counterclaim Asserted
      Against Nexia in the Palaxar Litigation. Filed by Debtor. (Document No. 648)


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

### *** NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS ***

In accordance with Local Rule 9070−1, all exhibits must be pre−marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post−judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30−day limit set herein.


DATED on February 11, 2011 .

                        FOR THE COURT
                        Lee Ann Bennett, Clerk of Court
                        135 West Central Boulevard Suite 950
                        Orlando, FL 32801