## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

                                      Chapter 11

Mirabilis Ventures, Inc                Case No. 6:08-bk-04327-KSJ
Debtor
          /

### FLORIDA DEPARTMENT OF REVENUE'S NOTICE OF TURNOVER
### OF OVERPAYMENT OF TAXES IN THE AMOUNT OF $5,554.74

      The State of Florida, Department of Revenue, by and through undersigned counsel, hereby gives notice to all interested parties that it has tendered the amount of $5,554.74 to counsel for the Debtor, which sum represents the Debtor AEM, Inc's, (Case No. 6:08-BK-04681-KSJ) overpayment of taxes as sought by Mirabilis Ventures, Inc's Motion For Turnover Of Property Against The State Of Florida-Department of Revenue. (Docket No. 642) ( A copy of the States' check is attached as "Exhibit A" hereto,) with the original being tendered to the Debtor's counsel, Justin M. Luna, Esq., at Latham, Shuker, Eden & Beaudine, LLP, 3390 N. Orange Ave, suite 600, Orlando, Florida 32801.

      WHEREFORE The State of Florida, Department of Revenue, requests that the Evidentiary Hearing scheduled for February 25, 2011, at 2:00 p.m. upon the Motion for Turnover of Property of The Estate, be canceled as the full amount sought by the Debtor has been tendered, and for such other and further relief as is just.

                             /s/Gordon L. Kiester, Esq.
                          GORDON L. KIESTER, ESQUIRE
                          Florida Bar No. 0724483
                          Assistant General Counsel
                          Florida Department of Revenue
                          Post Office Box 2299
                          Mango, Florida  33550-2299
                          Telephone:  (813) 744-8266
                           Email:  kiesterd@dor.state.fl.us

## **Certificate of Service**

I HEREBY CERTIFY that service of Florida Department of Revenue's, Notice of Turnover of

Overpayment of Taxes in the amount of $5,554.74, has been made on the following persons either

electronically or by U.S. Mail, first class postage prepaid, on this <u>14th </u>day of February r 2011.


**Debtors Counsel**
Justin M. Luna, Esq.,
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue, Suite 600
Orlando, FL 32801
**U.S. Trustee**
**United States Trustee - ORL**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Intervenor**
I. Randall Gold
U. S. Attorney's Office
501 W. Church St.

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802

Todd K Norman
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802

Suite 300
Orlando, FL 32805

**Intervenor**
United States of America
U.S. Attorney's Office
501 W. Church St., Ste. 300
Orlando, FL 32805


<u>/s/Gordon L. Kiester, Esq.</u>
GORDON L. KIESTER, ESQUIRE
Florida Bar No. 0724483
Assistant General Counsel
Florida Department of Revenue
Post Office Box 2299
Mango, Florida  33550-2299
Telephone:  (813) 744-8266
Email:  kiesterd@dor.state.fl.us