UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                        CHAPTER 11

　　　　　Debtor.
_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR TURNOVER OF PROPERTY AGAINST THE STATE OF FLORIDA – DEPARTMENT OF REVENUE

Debtor, MIRABILIS VENTURES, INC., by and through its undersigned counsel, hereby gives Notice to the Court and all parties of the withdrawal of its Motion for Turnover of Property Against the State of Florida – Department of Revenue ("Motion for Turnover") (Doc. No. 642) in the above-captioned case. Florida Department of Revenue's ("FDOR") response to Debtor's Motion for Turnover (Doc. No. 651) indicated that the FDOR has since submitted a check to the Debtor in the amount of the relief requested, and thus, the instant matter is resolved.

**RESPECTFULLY SUBMITTED** this 1st day of March 2011.

/s/ Justin M. Luna
R. Scott Shuker
Florida Bar No. 984469
Justin M. Luna
Florida Bar No. 0037131
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Mirabilis Ventures, Inc.*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                            CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.                          CHAPTER 11

            Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of the Liquidating Debtor, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; Don Kiester, Attorney of Records for Florida Department of Revenue, P.O. Box 2299, Mango, Florida 33550-2299; the Local Rule 1007-2 parties-in-interest; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 1st day of March 2011.

/s/ Justin M. Luna
Justin M. Luna

```
Label Matrix for local noticing          Michael C. Addison                     Advantage Collection Prof
113A-6                                   Addison & Howard, P.A.                 2775 Jade Street
Case 6:08-bk-04327-KSJ                   Post Office Box 172535                 Mora, MN 55051-6240
Middle District of Florida               Tampa, FL 33672-0535
Orlando
Tue Mar  1 09:59:43 EST 2011

American Express                         BNA Tax Management                     Kimberly Bartley
2965 West Corporate Lakes Bl             9435 Key West Ave.                     Waldron & Schneider LLP
Weston, FL 33331-3626                    Rockville, MD 20850-3339               15150 Middlebrook Drive
                                                                                Houston, TX 77058-1226


Brandywine Grande C. LP                  Buchanan Ingersoll & Rodney            Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                    401 E Jackson St.                      c/o David T. Ward
1111 East Main Street                    Suite 2500                             15615 Alton Pkwy #175
Richmond, VA 23219-3531                  Tampa, FL 33602-5236                   Irvine, CA 92618-7303


Joseph A DeMaria                         Mariane L Dorris                       Tara C Early
Tew Cardenas LLP                         Latham Shuker Eden & Beaudine LLP      Stanton & Gasdick PA
1441 Brickell Avenue                     390 North Orange Avenue                390 North Orange Avenue
Suite 1500                               Suite 600                              Suite 260
Miami, FL 33131-3431                     Orlando, FL 32801-1684                 Orlando, FL 32801-1612

Elena L Escamilla                        F. Del Kelley                          Forge Capital Partners LLC
United States Trustee                    5220 S. Washington Ave                 c/o Bart Valdes
135 W Central Blvd  Suite 620            Titusville, FL 32780-7316              609 W Horatio St
Orlando, FL 32801-2440                                                          Tampa FL 33606-2272


James E Foster                           Frank L. Amodeo                        Gill R Geldreich
Akerman Senterfitt                       3875 South Orange Ave                  Tennessee Attorney General's Office
Post Office Box 231                      Suite 500 -PMB 1810                    Post Office 20207
Orlando, FL 32802-0231                   Orlando, FL 32806                      Nashville, TN 37202


Gilbert Weisman                          Gillio Development, Inc.               I Randall Gold
c/o Becket and Lee LLP                   657 Caledonia Place                    United States Attorney's Office
POB 3001                                 Sanford, FL 32771-6403                 501 West Church Street
Malvern PA 19355-0701                                                           Suite 300
                                                                                Orlando, FL 32805-2281


Kenneth D Herron Jr                      Peter N Hill                           Horton Johnson
1851 West Colonial Drive                 Wolff Hill McFarlin & Herron PA        3211 Northglenn Drive
Orlando, FL 32804-7013                   1851 West Colonial Drive               Orlando, FL 32806-6371
                                         Orlando, FL 32804-7013


Humana/RMS                               Carol Koehler Ide                      Jackson Lewis
77 Hartland Street                       U S Department of Justice - Tax Division   Attn:Anne Krupman
Suite 401                                Post Office Box 14198                  One North Broadway
East Hartford, CT 06108-3253             Ben Franklin Station                   White Plains, NY 10601-2310
                                         Washington, DC 20044-4198


Jeffrey Reichel                          Jeffrey Reichel                        Kenneth & Diane Hendricks
c/o Gary Barnes                          c/o Jill E. Kelso, Esquire             One ABC Parkway
3414 Peachtree Rd #1600                  Akerman Senterfitt                     Beloit, WI 53511-4466
Atlanta, GA 30326-1164                   PO Box 231
                                         Orlando FL 32802-0231
```

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Phildelphia, PA 19170-7090

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

Esther A McKean
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Charles J Meltz
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

Todd K Norman
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802-3388

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Scott H Park
United States Attorney
501 West Church St
Suite 300
Orlando, FL 32805-2281

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

RKT Constructions, Inc
5220 S. Washington Ave
Titusville, FL 32780-7316

William J Ridings Jr
Atlantic Legal Group, P.A.
1375 Gateway Boulevard
Boynton Beach, FL 33426-8304

Robi A. Roberts
2921 S. Washington Ave
Titusville, FL 32780-5022

Robi A. Roberts Trust
2921 S. Washington St
Titusville, FL 32780-5022

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Bradley M Saxton
Post Office Box 1391
Orlando, FL 32802-1391

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

Melissa Youngman
McCalla Raymer, LLC
450 S. Orange Avenue
Suite 170
Orlando, FL 32801-3388

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63