UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                     CASE NO.:     6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**

      Debtor.
_____/

## ORDER CONFIRMING THAT THE DEBTOR IS NOT AUTHORIZED TO DEFEND THE COUNTERCLAIM ASSERTED AGAINST NEXIA IN THE PALAXAR LITIGATION

This matter came before the Court on Friday, February 25, 2011 on Debtor's *Motion to Confirm that the Debtor is Not Authorized to Defend the Counterclaim Asserted Against Nexia in the Palaxar Litigation* (D.E. #648). Upon consideration and review of the case file, it is hereby

**ORDERED, ADJUDGED, AND DECREED**:

1. That Debtor's Motion to Confirm that the Debtor is Not Authorized to Defend the Counterclaim Asserted Against Nexia in the Palaxar Litigation (D.E. #648) is hereby **GRANTED**.

DONE AND ORDERED on March 21, 2011.

*/s/ Karen S. Jennemann*

KAREN S. JENNEMANN
United States Bankruptcy Judge

**Copies To:**

Roy S. Kobert, Esquire, Broad and Cassel, 390 North Orange Avenue, Suite 1400, Orlando, Florida 32801

Scott Park, Assistant United States Attorney, U.S. Attorney's Office, 501 West Church Street, Suite 300, Orlando, Florida 32805

All Parties Receiving CM/ECF Service

-1-

4839-2687-1305.1
43582/0007