UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                    CASE NO.:   6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                                 CHAPTER 11

    Debtor.
_____/


DEBTOR'S POST-CONFIRMATION
QUARTERLY OPERATING REPORT
FOR THE PERIOD FROM 01/01/2011 TO 03/31/2011

    Comes now the above-named Debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   April 18, 2011                         /s/ Roy S. Kobert
                                                                                 Roy S. Kobert, P.A.
                                                                                 Florida Bar No. 777153
                                                                                 Post Confirmation Special Counsel
                                                                                 for the Debtor

Debtor's Address and                              Attorney's Address and
Phone Number:                                     Phone Number:
341 North Maitland Avenue, Suite 210              Broad and Cassel
Maitland, Florida 32751                           390 North Orange Avenue, Suite 1400
Telephone: (407) 644-3781, Ext. 235               Orlando, Florida 32801
                                                                     Telephone: (407) 839-4200

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: MIRABILIS VENTURES, INC. | } | CASE NUMBER: 6:08-BK-04327-KSJ |
| | } | |
| | } | JUDGE KAREN S. JENNEMANN |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM  1/1/2011  TO  3/31/2011

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 4/19/11

Attorney for Debtor
Roy S. Kobert, P.A.

Debtor's Address
and Phone Number:
341 N Maitland Ave.
Ste. 210
Maitland, FL 32751
Tel. 407-644-3781 Ext. 235

Attorney's Address
and Phone Number:
Broad and Cassel
390 N Orange Ave., Ste. 1400
Orlando, FL 32801
Bar No. 777153
Tel. 407-839-4200

MONTHLY OPERATING REPORT -　　　　　　　　　　　　　　　　　　　　　　　ATTACHMENT NO. 1
POST CONFIRMATION

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
Debtor has not made, nor was required to make, any post-confirmation payments through the date of this report.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | N/A |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
Debtor does not own property requiring insurance and has one part-time employee.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| Balance of furniture, fixtures and equipment were sold at auction. |
| |
| Estimated Date of Filing the Application for Final Decree: _____ Unknown |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 14th day of March 2011.

_____
Debtor's Signature

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | Mirabilis Ventures, Inc. |
|---|---|
| Case Number: | 6:08-BK-04327-KSJ |
| Date of Plan Confirmation: | 11/6/09 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | CASH (Beginning of Period) | $ 257,192.91 | $ 589,638.55 |
| 2. | INCOME or RECEIPTS during the Period | $ 37,027.60 | $ 1,449,617.97 |
| 3. | **DISBURSEMENTS** | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ 4,875.00 | $ 18,929.56 |
| (ii) | Federal Taxes | 56.00 | 102,063.30 |
| (iii) | State Taxes | 189.00 | 1,888.16 |
| (iv) | Other Taxes | | - |
| b. | All Other Operating Expenses: | $ 46,916.57 | $ 718,937.47 |
| c. | Plan Payments: | | |
| (i) | Administrative Claims | $ | $ 955,254.09 |
| (ii) | Class One | | - |
| (iii) | Class Two | | - |
| (iv) | Class Three | | - |
| (v) | Class Four | | - |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 52,036.57 | $ 1,797,072.58 |
| 1. | CASH (End of Period) | $ 242,183.94 | $ 242,183.94 |

MONTHLY OPERATING REPORT - 
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | SunTrust Bank | SunTrust Bank | | |
| Account Number: | 1000071890130 | 1000075608744 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Money market | | |
| Type of Account (e.g. checking) | Checking | Money market | | |
| 1. Balance per Bank Statement | See attached | See attached | | |
| 2. ADD: Deposits not credited | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

12:39 PM
04/12/11

# Mirabilis Ventures, Inc.
## Reconciliation Summary
SunTrust Ckkg #0130, Period Ending 03/31/2011

|  | Mar 31, 11 |
|---|---:|
| **Beginning Balance** | 18,325.08 |
| Cleared Transactions |  |
|    Checks and Payments - 3 ... | -7,884.68 |
| Total Cleared Transactions | -7,884.68 |
| **Cleared Balance** | **10,440.40** |
| Uncleared Transactions |  |
|    Checks and Payments - 1 ... | -770.34 |
| Total Uncleared Transactions | -770.34 |
| **Register Balance as of 03/31/2011** | **9,670.06** |
| New Transactions |  |
|    Checks and Payments - 6 ... | -107,523.10 |
|    Deposits and Credits - 2 it... | 103,853.04 |
| Total New Transactions | -3,670.06 |
| **Ending Balance** | **6,000.00** |

12:39 PM
04/12/11

# Mirabilis Ventures, Inc.
## Reconciliation Summary
### SunTrust MMA #8744, Period Ending 03/31/2011

|  | Mar 31, 11 |
|---|---:|
| **Beginning Balance** | 232,355.95 |
| **Cleared Transactions** | |
|     Deposits and Credits - 1 i... | 157.93 |
| **Total Cleared Transactions** | 157.93 |
| **Cleared Balance** | 232,513.88 |
| **Register Balance as of 03/31/2011** | 232,513.88 |
|     New Transactions | |
|         Checks and Payments - 1... | -97,853.04 |
| **Total New Transactions** | -97,853.04 |
| **Ending Balance** | 134,660.84 |

```
SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227
```

Page 1 of 3
36/E00/0175/0 /31
1000071890130
01/31/2011

# Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000071890130 | 01/01/2011 - 01/31/2011 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $24,507.02 | Average Balance | $18,783.53 |
| Deposits/Credits | $19,000.00 | Average Collected Balance | $18,170.63 |
| Checks | $16,945.45 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $245.00 | | |
| Ending Balance | $26,316.57 | | |

## Deposits/Credits

| Date | Amount | Serial # | | Date | Amount | Serial # |
|---|---|---|---|---|---|---|
| 01/19 | 19,000.00 | | DEPOSIT | | | |

Deposits/Credits: 1      Total Items Deposited: 1

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1175 | 11,736.68 | 01/04 | *1180 | 815.00 | 01/12 | 1181 | 4,393.77 | 01/14 |

Checks: 3        *Break in check sequence

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 01/28 | 56.00 | | ELECTRONIC/ACH DEBIT IRS   USATAXPYMT 270142800001749 |
| 01/31 | 189.00 | | ELECTRONIC/ACH DEBIT FLA DEPT REVENUE   CUT   000000002758241 |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 24,507.02 | 24,507.02 | 01/19 | 26,561.57 | 7,561.57 |
| 01/04 | 12,770.34 | 12,770.34 | 01/20 | 26,561.57 | 26,561.57 |
| 01/12 | 11,955.34 | 11,955.34 | 01/28 | 26,505.57 | 26,505.57 |
| 01/14 | 7,561.57 | 7,561.57 | 01/31 | 26,316.57 | 26,316.57 |

```
SUNTRUST BANK                                              Page 1 of 2
P O BOX 622227                                             66/E00/0175/0 /31
ORLANDO FL 32862-2227                                      1000075608744
                                                           01/31/2011
```

# SUNTRUST

## Account Statement

```
MIRABILIS VENTURES INC                    Questions? Please call
R W CUTHILL                               1-800-786-8787
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771
```

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 01/01/2011 - 01/31/2011 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $245,192.91 | Average Balance | $245,198.28 |
| Deposits/Credits | $166.65 | Average Collected Balance | $245,198.28 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .80% |
| Ending Balance | $245,359.56 | Interest Paid Year to Date | $166.65 |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 01/31 | 166.65 | | INTEREST PAID THIS STATEMENT THRU 01/31 |

Deposits/Credits: 1        Total Items Deposited: 0

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/01 | 245,192.91 | 245,192.91 | 01/31 | 245,359.56 | 245,359.56 |

9976                    Member FDIC                    Continued on next page

```
SUNTRUST BANK                                    Page 1 of 3
P O BOX 622227                                   36/E00/0175/0 /31
ORLANDO FL 32862-2227                            1000071890130
                                                 02/28/2011
```

# SUNTRUST

## Account Statement

```
MIRABILIS VENTURES INC                           Questions? Please call
R W CUTHILL                                      1-800-786-8787
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771
```

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

### Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000071890130 | 02/01/2011 - 02/28/2011 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $26,316.57 | Average Balance | $29,820.10 |
| Deposits/Credits | $43,554.74 | Average Collected Balance | $28,169.52 |
| Checks | $38,698.12 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $12,848.11 | | |
| Ending Balance | $18,325.08 | | |

### Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 02/02 | 6,000.00 | | DEPOSIT | 02/25 | 6,000.00 | | DEPOSIT |
| 02/18 | 5,554.74 | | DEPOSIT | | | | |
| 02/16 | 26,000.00 | | TRANSFER FROM MMA 8744 CONFIRM NBR 611142035 | | | | |

Deposits/Credits: 4    Total Items Deposited: 3

### Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1182 | 1,238.50 | 02/11 | 1185 | 4,875.00 | 02/16 | 1188 | 2,000.00 | 02/23 |
| 1183 | 900.00 | 02/22 | 1186 | 15,500.00 | 02/28 | | | |
| 1184 | 5,684.62 | 02/14 | 1187 | 8,500.00 | 02/23 | | | |

Checks: 7

### Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/11 | 12,848.11 | | TRANSFER TO MMA 8744 CONFIRM NBR 111110745 |

Withdrawals/Debits: 1

### Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 26,316.57 | 26,316.57 | 02/18 | 39,225.08 | 33,671.08 |
| 02/02 | 32,316.57 | 26,316.57 | 02/22 | 38,325.08 | 38,325.08 |
| 02/03 | 32,316.57 | 32,316.57 | 02/23 | 27,825.08 | 27,825.08 |
| 02/11 | 18,229.96 | 18,229.96 | 02/25 | 33,825.08 | 27,825.08 |
| 02/14 | 12,545.34 | 12,545.34 | 02/28 | 18,325.08 | 18,325.08 |
| 02/16 | 33,670.34 | 33,670.34 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
02/28/2011

# SunTrust

## Account Statement

MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

THANK YOU FOR BANKING WITH SUNTRUST. TO LEARN MORE ABOUT HOW SUNTRUST CAN MEET
YOUR FINANCIAL SERVICES NEEDS, PLEASE VISIT OUR WEB SITE AT WWW.SUNTRUST.COM

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | BUS MONEY MARKET PERFORMANCE | 1000075608744 | 02/01/2011 - 02/28/2011 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $245,359.56 | Average Balance | $241,552.92 |
| Deposits/Credits | $12,996.39 | Average Collected Balance | $241,552.92 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $26,000.00 | Annual Percentage Yield Earned | .80% |
| Ending Balance | $232,355.95 | Interest Paid Year to Date | $314.93 |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 02/11 | 12,848.11 | | TRANSFER FROM CHK 0130 CONFIRM NBR 111110745 |
| 02/28 | 148.28 | | INTEREST PAID THIS STATEMENT THRU 02/28 |

Deposits/Credits: 2    Total Items Deposited: 0

**Withdrawals/Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/16 | 26,000.00 | | TRANSFER TO CHK 0130 CONFIRM NBR 611142035 |

Withdrawals/Debits: 1

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 245,359.56 | 245,359.56 | 02/16 | 232,207.67 | 232,207.67 |
| 02/11 | 258,207.67 | 258,207.67 | 02/28 | 232,355.95 | 232,355.95 |

9831    Member FDIC    Continued on next page

```
SUNTRUST BANK                                              Page 1 of 3
P O BOX 622227                                             36/E00/0175/0 /31
ORLANDO FL 32862-2227                                      1000071890130
                                                           03/31/2011
```

# SUNTRUST

# Account Statement

```
MIRABILIS VENTURES INC                      Questions? Please call
R W CUTHILL                                 1-800-786-8787
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771
```

EFFECTIVE JUNE 21, 2011, THE OVERDRAFT PROTECTION TRANSFER FEE WILL INCREASE FROM $10.00 TO $12.50.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000071890130 | 03/01/2011 - 03/31/2011 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $18,325.08 | Average Balance | $13,117.71 |
| Deposits/Credits | $.00 | Average Collected Balance | $13,117.71 |
| Checks | $7,884.68 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $10,440.40 | | |

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1189 | 816.76 | 03/11 | 1190 | 1,383.30 | 03/14 | 1191 | 5,684.62 | 03/11 |

Checks: 3

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/01 | 18,325.08 | 18,325.08 | 03/14 | 10,440.40 | 10,440.40 |
| 03/11 | 11,823.70 | 11,823.70 | | | |

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

Page 1 of 2
66/E00/0175/0 /31
1000075608744
03/31/2011


SUNTRUST

## Account Statement

lallulllulllullllullulllullulll
MIRABILIS VENTURES INC
R W CUTHILL
341 N MAITLAND AVE STE 210
MAITLAND FL 32751-4771

Questions? Please call
1-800-786-8787

EFFECTIVE JUNE 21, 2011, THE OVERDRAFT PROTECTION TRANSFER FEE WILL INCREASE FROM $10.00 TO $12.50.

**Account Summary**

| Account Type | Account Number | Statement Period |
|---|---|---|
| BUS MONEY MARKET PERFORMANCE | 1000075608744 | 03/01/2011 - 03/31/2011 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $232,355.95 | Average Balance | $232,361.04 |
| Deposits/Credits | $157.93 | Average Collected Balance | $232,361.04 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | Annual Percentage Yield Earned | .80% |
| Ending Balance | $232,513.88 | Interest Paid Year to Date | $472.86 |

**Deposits/Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 03/31 | 157.93 | | INTEREST PAID THIS STATEMENT THRU 03/31 |

Deposits/Credits: 1        Total Items Deposited: 0

**Balance Activity History**

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/01 | 232,355.95 | 232,355.95 | 03/31 | 232,513.88 | 232,513.88 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | SunTrust |
|---|---|
| Account Number | 1000071890130 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See attached list. | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| None |
|---|
| |

10:35 AM
04/14/11
Cash Basis

# Mirabilis Ventures, Inc.
## Check Register No Transfers or Deposits
### As of March 31, 2011

| Type | Date | Num | Name | Memo | Split | Paid Amount |
|---|---|---|---|---|---|---|
| **SunTrust Ckkg #0130** | | | | | | |
| Bill Pmt -... | 1/10/2011 | 1180 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post-Pet... | -815.00 |
| Bill Pmt -... | 1/10/2011 | 1181 | LM Liquidators | | 2001 · Post-Pet... | -4,393.77 |
| Check | 1/28/2011 | eftps | U.S. Treasury | 2010 Form 940 | 7910 · SUTA ... | -56.00 |
| Check | 1/31/2011 | online | Florida Unemployment Comp | Q4 2010 | 7910 · SUTA ... | -189.00 |
| Bill Pmt -... | 2/11/2011 | 1182 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post-Pet... | -1,238.50 |
| Bill Pmt -... | 2/11/2011 | 1183 | Cellucci, John A. CPCU, CIPA,... | | 2001 · Post-Pet... | -900.00 |
| Bill Pmt -... | 2/11/2011 | 1184 | LM Liquidators | | 2001 · Post-Pet... | -5,684.62 |
| Bill Pmt -... | 2/11/2011 | 1185 | U.S. Trustee | 306-08-04327 | 2001 · Post-Pet... | -4,875.00 |
| Bill Pmt -... | 2/14/2011 | 1186 | Richardson, David M. | Berman | 2001 · Post-Pet... | -15,500.00 |
| Bill Pmt -... | 2/14/2011 | 1187 | Russell Novak & Company LLP | | 2001 · Post-Pet... | -8,500.00 |
| Bill Pmt -... | 2/14/2011 | 1188 | Yoakum Consulting | | 2001 · Post-Pet... | -2,000.00 |
| Bill Pmt -... | 3/10/2011 | 1189 | Baldwin & Co., P.A. | MIRVEN10 | 2001 · Post-Pet... | -816.76 |
| Bill Pmt -... | 3/10/2011 | 1190 | Crummey Investigations, Inc | | 2001 · Post-Pet... | -1,383.30 |
| Bill Pmt -... | 3/10/2011 | 1191 | LM Liquidators | | 2001 · Post-Pet... | -5,684.62 |
| **Total SunTrust Ckkg #0130** | | | | | | **-52,036.57** |
| **TOTAL** | | | | | | **-52,036.57** |