UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,            CASE NO. 6:08-bk-04327-KSJ
HOTH HOLDINGS, LLC, and            CASE NO. 6:08-bk-04328-KSJ
AEM, INC.,            CASE NO. 6:08-bk-04681-KSJ

    Debtors.            CHAPTER 11
           **Expedited Relief Requested**
           **Hearing Requested by May 6, 2011**

_____/

## MOTION TO DESTROY RECORDS AND RELOCATE REMAINING DOCUMENTS

COMES NOW the Post-Confirmation Debtors in Liquidation, Mirabilis Ventures, Inc. ("Mirabilis"), Hoth Holdings, LLC ("Hoth"), and AEM, Inc. ("AEM) (collectively, "Debtors"), and move for the entry of an order authorizing the Debtors to (i) destroy certain documents and records; and (ii) pay all costs associated with the destruction of the documents and records.

## NOTICE

ANY PERSON OR ENTITY DESIRING TO INSPECT OR COPY ANY DOCUMENTS OR RECORDS DESCRIBED HEREIN MAY DO SO UPON REQUEST PRIOR TO THE HEARING ON THIS MOTION. IF YOU DESIRE TO INSPECT OR COPY ANY OF THE DOCUMENTS DESCRIBED HEREIN, CONTACT THE OFFICE OF R.W. CUTHILL, JR. (rcuthill@msn.com) TO A ARRANGE A TIME FOR SUCH INSPECTION. ANY PERSON OR ENTITY WHO BELIEVES THAT THE DOCUMENTS OR RECORDS MAY CONTAIN INFORMATION RELEVANT TO ANY POTENTIAL CLAIM OR DEFENSE SHOULD ARRANGE TO REVIEW AND COPY THE DOCUMENTS AND/OR OBJECT TO THE RELIEF REQUESTED IN THIS MOTION.

In support of the relief requested in this Motion, the Debtors state as follows:

1. On May 27, 2008, this case was commenced by the filing of a voluntary petition ("Petition") under Chapter 11 of the United States Bankruptcy Code.[1]

2. Prior to the filing of the Petition, former management was replaced by R.W. Cuthill, Jr., who continues to act as President of Mirabilis for purposes of carrying out the August 14, 2009 *Joint Amended Plan of Liquidation Pursuant to 11 U.S.C. § 1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC, and AEM, Inc.* (Doc. 234, "*Plan*"), as modified on October 15, 2009 (Doc. 371- Mirabilis, Doc. 115- Hoth, Doc. 133- AEM), and confirmed by the October 27, 2009 *Order Confirming Joint Amended Plan of Liquidation, as Modified, Submitted by Mirabilis Ventures, Inc., Hoth Holdings, LLC, and AEM, Inc.* (Doc. 375).

3. Litigation involving the Debtors is currently ongoing, as contemplated by the confirmed *Plan*.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this case and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

5. After Mr. Cuthill was appointed as President of the Debtors, the Debtors' documents and records were transported to 6869 Stapoint Ct., Ste. 200-A, Winter Park, FL 32792 ("LM Liquidators") for storage. The Debtors have been paying LM Liquidators to store and manage the documents and records for the past two years. The documents and records stored with LM Liquidators are voluminous and include a large amount of electronically stored information.

---

[1] 11 U.S.C. § 101 *et seq.* Al statutory references herein are to Title 11, unless otherwise indicated.

6. The current lease with LM Liquidators expires on May 31, 2011. The Debtors have been informed that LM Liquidators will not continue their services after that date.

7. The Debtors believe it is in best interests of the respective estates not to replace LM Liquidators. The Debtors intend to destroy about two-thirds of the documents, which are the detail payroll records for the four PEO's, which are currently being stored at LM Liquidators so as not to incur further costs to the estates for the storage of documents and records that do not appear to be relevant to any foreseeable claim or defense. As to the remaining documents, the Debtors intend to move the documents to a public storage facility.

8. Since his appointment, Mr. Cuthill and his staff have reviewed numerous of the Debtors' documents and records, which are stored at LM Liquidators. These documents and records are in both paper and electronic form.

9. The Debtors, in the exercise of their business judgment and pursuant to their statutory duties and powers, believe it is in the best interest of the respective estates to destroy all of the documents currently stored at LM Liquidators.

10. The Debtors have located a third-party document destruction service to destroy the documents and records currently stored at LM Liquidators: Iron Mountain.

11. Upon the entry of an Order of the Court authorizing the destruction of the documents, the Debtors and Iron Mountain will enter into an agreement to destroy the documents and records at LM Liquidators. The documents and records will remain at LM Liquidators until the Court authorizes their destruction or otherwise directs their disposition.

12. The Debtors submit that the fees associated with the storage and destruction costs are reasonable and in line with customary charges for such services. Additionally, the Debtors

submit that it would be in the best interest of the respective estates to pay these fees to avoid any further storage charges which may accrue.

13. The Debtors have contacted I. Randall Gold, Assistant United States Attorney for the Middle District of Florida, who has intervened in this case. The Debtors have received no response from Mr. Gold.

14. In the event that any party opposes the destruction of the documents and records, or desires the documents and records to be retained, the Debtors would request that the Court require such party to be responsible for the storage and maintenance of the documents and records, and to bear all costs and expenses associated therewith.

WHEREFORE, for the foregoing reasons, the Debtors respectfully request the entry of an Order (i) authorizing the destruction of some of the documents and records currently stored at LM Liquidators; (ii) authorizing the payment of costs and expenses associates with the destruction of the documents; (iii) requiring any party opposing the destruction of the documents and records, or desiring for the documents and records to be retained, to be responsible for the storage and maintenance of the documents and records, and to bear all costs and expenses associated therewith; (iv) permitting the Debtors to move the remaining documents to a public storage facility; and (v) for such other further relief as the Court deems proper.

**RESPECTFULLY SUBMITTED** this 19th day of April 2011.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esq.
Florida Bar No.: 0173665
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Debtors.

UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,            CASE NO. 6:08-bk-04327-KSJ
HOTH HOLDINGS, LLC, and              CASE NO. 6:08-bk-04328-KSJ
AEM, INC.,                                         CASE NO. 6:08-bk-04681-KSJ

       Debtors.                             CHAPTER 11
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2011, a true and correct copy of the foregoing has been provided to all parties receiving CM/ECF noticing, and that April 19th, 2011, a true and correct copy of the foregoing is being provided to the following parties by United States Mail: I. Randall Gold, AUSA, U.S. Attorney's Office, 501 W. Church St., Orlando, FL 32801; Robert E. O'Neill, United States Attorney, Middle District of Florida, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; Internal Revenue Service, 850 Traflagar Ct., Maitland, FL 32751; Carol Koehler Ide, Trial Attorney, Tax Division; U.S. Department of Justice; P.O. Box 14198, Ben Franklin Station, Washington, D.C., 20044; Elena L. Escamilla, U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32806; R. Scott Shuker, Latham, Shuker, Eden & Beaudine, LLP, Post Office Box 3353, Orlando, FL 32802; Elizabeth A. Green, Baker & Hostetler, LLP, 200 S. Orange Ave., Suite 2300, Orlando, FL 32801-3432; D. David Keller, Keller Landsberg, PA, 500 E. Broward Blvd, Suite 1400, Ft. Lauderdale, FL 33394; Joseph A. DeMaria, Tew Cardenas, LLP, 1441 Brickell Ave., 15th Floor, Miami, FL 33131-3407; Charles J. Meltz, Grower, Ketcham, Rutherford, Bronson, Edie & Telan, PA, 901 N Lake Destiny Rd, Ste 450, PO Box 538065, Orlando, FL 32853-8065; Joseph H. Varner, III, Holland & Knight, LLP, 100 N. Tampa St, Ste. 4100, PO Box 1288, Tampa, FL 33601-1288; Charles J. Meltz, Grower, Ketcham, Rutherford, Bronson, Eide & Telan, PA, 901 N. Lake Destiny Rd., Ste. 450, PO Box 538065, Orlando, FL 32853-8065; David B. King, King Blackwell Downs & Zehnder, PA, 25;and the Local Rule 1007-2 Parties in Interest matrix attached hereto, on this19th day of April 2011.

                                                     /s/ Mariane L. Dorris
                                                     Mariane L. Dorris, Esq.

```
Label Matrix for local noticing            Michael C. Addison                          Advantage Collection Prof
113A-6                                     Addison & Howard, P.A.                      2775 Jade Street
Case 6:08-bk-04327-KSJ                     Post Office Box 172535                      Mora, MN 55051-6240
Middle District of Florida                 Tampa, FL 33672-0535
Orlando
Tue Apr 19 11:51:23 EDT 2011

American Express                           BNA Tax Management                          Kimberly Bartley
2965 West Corporate Lakes Bl               9435 Key West Ave.                          Waldron & Schneider LLP
Weston, FL 33331-3626                      Rockville, MD 20850-3339                    15150 Middlebrook Drive
                                                                                       Houston, TX 77058-1226


Brandywine Grande C. LP                    Buchanan Ingersoll & Rodney                 Corporate Personnel Network, Inc
c/o Cantor Arkema, PC                      401 E Jackson St.                           c/o David T. Ward
1111 East Main Street                      Suite 2500                                  15615 Alton Pkwy #175
Richmond, VA 23219-3531                    Tampa, FL 33602-5236                        Irvine, CA 92618-7303


Joseph A DeMaria                           Mariane L Dorris                            Tara C Early
Tew Cardenas LLP                           Latham Shuker Eden & Beaudine LLP           Stanton & Gasdick PA
1441 Brickell Avenue                       390 North Orange Avenue                     390 North Orange Avenue
Suite 1500                                 Suite 600                                   Suite 260
Miami, FL 33131-3431                       Orlando, FL 32801-1684                      Orlando, FL 32801-1612

Elena L Escamilla                          F. Del Kelley                               Forge Capital Partners LLC
United States Trustee                      5220 S. Washington Ave                      c/o Bart Valdes
135 West Central Blvd  Suite 620           Titusville, FL 32780-7316                   609 W Horatio St
Orlando, FL 32801-2440                                                                 Tampa FL 33606-2272


James E Foster                             Frank L. Amodeo                             Gill R Geldreich
Akerman Senterfitt                         3875 South Orange Ave                       Tennessee Attorney General's Office
Post Office Box 231                        Suite 500 -PMB 1810                         Post Office 20207
Orlando, FL 32802-0231                     Orlando, FL 32806                           Nashville, TN 37202


Gilbert Weisman                            Gillio Development, Inc.                    I Randall Gold
c/o Becket and Lee LLP                     657 Caledonia Place                         United States Attorney's Office
POB 3001                                   Sanford, FL 32771-6403                      501 West Church Street
Malvern PA 19355-0701                                                                  Suite 300
                                                                                       Orlando, FL 32805-2281

Kenneth D Herron Jr                        Peter N Hill                                Horton Johnson
1851 West Colonial Drive                   Wolff Hill McFarlin & Herron PA             3211 Northglenn Drive
Orlando, FL 32804-7013                     1851 West Colonial Drive                    Orlando, FL 32806-6371
                                           Orlando, FL 32804-7013


Humana/RMS                                 Carol Koehler Ide                           Jackson Lewis
77 Hartland Street                         U S Department of Justice - Tax Division    Attn:Anne Krupman
Suite 401                                  Post Office Box 14198                       One North Broadway
East Hartford, CT 06108-3253               Ben Franklin Station                        White Plains, NY 10601-2310
                                           Washington, DC 20044-4198


Jeffrey Reichel                            Jeffrey Reichel                             Kenneth & Diane Hendricks
c/o Gary Barnes                            c/o Jill E. Kelso, Esquire                  One ABC Parkway
3414 Peachtree Rd #1600                    Akerman Senterfitt                          Beloit, WI 53511-4466
Atlanta, GA 30326-1164                     PO Box 231
                                           Orlando FL 32802-0231
```

| | | |
|---|---|---|
| Gordon L Kiester<br>Florida Department of Revenue<br>P O Box 2299<br>Mango, FL 33550-2299 | Roy S Kobert<br>Post Office Box 4961<br>Orlando, FL 32802-4961 | LeClair Ryan Trust<br>P.O. Box 2499<br>Richmond, VA 23218-2499 |
| LexisNexis<br>P.O. Box 7247-7090<br>Phildelphia, PA 19170-7090 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>390 N. Orange Ave.<br>Suite 600<br>Orlando, FL 32801-1684 | Esther A McKean<br>Akerman Senterfitt<br>Post Office Box 231<br>Orlando, FL 32802-0231 |
| Charles J Meltz<br>Grower Ketcham<br>Post Office Box 538065<br>Orlando, FL 32853-8065 | Mirabilis Ventures, Inc<br>c/o R.W.Cuthill, Jr<br>341 N. Maitland Ave #210<br>Maitland, FL 32751-4771 | Todd K Norman<br>Stump Callahan Dietrich & Spears PA<br>Post Office Box 3388<br>Orlando, FL 32802-3388 |
| On Target Solutions<br>3491 Woodley Park Place<br>Oviedo, FL 32765-5104 | Scott H Park<br>United States Attorney<br>501 West Church St<br>Suite 300<br>Orlando, FL 32805-2281 | PaySource USA VII, Inc.<br>650 Poe Ave.<br>Dayton, OH 45414 |
| RKT Constructions, Inc<br>5220 S. Washington Ave<br>Titusville, FL 32780-7316 | William J Ridings Jr<br>Atlantic Legal Group, P.A.<br>1375 Gateway Boulevard<br>Boynton Beach, FL 33426-8304 | Robi A. Roberts<br>2921 S. Washington Ave<br>Titusville, FL 32780-5022 |
| Robi A. Roberts Trust<br>2921 S. Washington St<br>Titusville, FL 32780-5022 | Saxon Gilmore, PA<br>201 E. Kennedy Blvd.<br>Suite 600<br>Tampa, FL 33602-5819 | Bradley M Saxton<br>Post Office Box 1391<br>Orlando, FL 32802-1391 |
| R Scott Shuker<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Tennessee Dept of Labor & Workforce<br>Dev-Unemployment Ins<br>c/o TN Atty General Ofc Bankruptcy Div<br>PO Box 20207<br>Nashville TN 37202-4015 | Tenshi Leasing<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 |
| Titanium Technologies<br>2875 S. Orange Ave.<br>Suite 500 PMB 1810<br>Orlando, FL 32806-5455 | United States Trustee - ORL 11<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Bart R Valdes<br>deBeaubien Knight Simmons Mantzaris Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Joseph H Varner III<br>Holland & Knight, LLP<br>101 North Tampa Street, Suite 4100<br>Tampa, FL 33602 | David T Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | C Brent Wardrop<br>deBeubien Knight Simmons Mantzaris  Neal<br>332 North Magnolia Avenue<br>Orlando, FL 32801-1609 |
| Gilbert Barnett Weisman<br>Becket & Lee LLP<br>16 General Warren Blvd<br>P O Box 3001<br>Malvern, PA 19355-0701 | Stuart Wilson-Patton<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 | Melissa Youngman<br>McCalla Raymer, LLC<br>450 S. Orange Avenue<br>Suite 170<br>Orlando, FL 32801-3388 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Corporate Personnel Network, Inc<br>c/o David T. Ward<br>15615 Alton Pkwy #175<br>Irvine, CA 92618-7303 | (u)First Commercial Ins. Corp.<br>undeliverable | (u)Fred Sandlin<br>undeliverable |
| (u)John Burcham<br>undeliverable | (u)Mark J. Bernet<br>no city<br>no state | End of Label Matrix<br>Mailable recipients 59<br>Bypassed recipients 5<br>Total 64 |