**[6odr]** [ORDER DIRECTING RESPONSE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:     Case No. 6:08−bk−04327−KSJ
           Chapter 11

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751


_____Debtor(s)_____/


ORDER DIRECTING RESPONSE TO
MOTION TO DESTROY RECORDS AND RELOCATE REMAINING DOCUMENTS

   THIS CASE came on to be considered on the Motion to Destroy Records and Relocate Remaining Documents (Document No. 663) filed on April 19, 2011, by Mirabilis Ventures, Inc. ("Movant"). The Court finds that this motion or objection is a contested matter governed by Fed. R. Bankr. P. 9014. Accordingly, it is

   ORDERED:

   1. The respondent shall file and serve on the movant a written response to the motion or objection within 21 days from the date of notice of the entry of this order. If the response opposes the motion or objection, the matter will be scheduled by the clerk for hearing by separate notice (or will be heard at confirmation hearing, if the notice scheduling confirmation hearing so provides).

   2. If the respondent consents, the movant shall submit to the Court within seven days a proposed form of order granting the relief requested on a consent basis.

   3. In the event no response is filed by the time ordered, the movant shall submit for the Court's consideration, within 15 days of the date the response was due, a proposed form of order granting the relief requested on a default basis and reciting with specificity the filing of the motion or objection, the ordering of a response, and the failure to respond.

   4. If no proposed form of order is submitted, the Court may deny the motion or objection for that reason without further notice or hearing.

   DONE AND ORDERED on April 22, 2011

                                             /s/ Karen S. Jennemann
                                             _____
                                             Karen S. Jennemann
                                             United States Bankruptcy Judge