UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,    Case No. 6:08-bk-04327-KSJ
　　　　　　　　　　　　　　　　Chapter 11

　　　Debtor.                    /

## REQUEST TO CLERK FOR REMOVAL FROM
## ELECTRONIC NOTIFICATION AND MASTER MATRIX

Michael C. Addison, Esq., requests that his name be removed from the court's electronic notification and master mailing matrix in this case.

Dated:  April 25, 2011.

　　　　　　　　　　　　　　　　　　　/s/ Michael C. Addison
　　　　　　　　　　　　　　　　　　　ADDISON & HOWARD, P. A.
　　　　　　　　　　　　　　　　　　　Post Office Box 172535
　　　　　　　　　　　　　　　　　　　Tampa, Florida  33672-0535
　　　　　　　　　　　　　　　　　　　Tel:  (813) 223-2000
　　　　　　　　　　　　　　　　　　　Fax:  (813) 228-6000
　　　　　　　　　　　　　　　　　　　Former Attorneys for O2HR, LLC, in
　　　　　　　　　　　　　　　　　　　Adversary Case Nos. 6:09-ap-00813 and
　　　　　　　　　　　　　　　　　　　6:09-ap-00814

t:\data\files\clients open\verizon.electric.8451\pld\req remove from matrix 16551.doc