UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

FILED
MAY 16 2011
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,     Case No.6:08-bk-04327-KSJ
HOTH HOLDINGS, LLC, AND     Case No.6:08-bk-04328-KSJ
AEM, INC.,     Case No.6:08-bk-04681-KSJ

    Debtors.     CHAPTER 11

_____/

## NOTICE OF CONTINUING LEGAL INFIRMITY AND OF PRESERVATION OF CLAIMS

Frank L. Amodeo files this notice to preserve Mr. Amodeo's rights and privileges resulting from the State of Florida having declared Frank L. Amodeo incompetent in or about May 2008. Although Mr. Amodeo does not believe Mr. Amodeo is incompetent (any longer), and the Federal Bureau of Prisons seems to agree by allowing, in fact advising Mr. Amodeo to cease use of the anti-psychotic medication (officially) in March 2011; Mr. Amodeo's legal infirmity nonetheless remains in force as the State of Florida has not complied with the statutory requirements to remove the handicap. Consequently, Mr. Amodeo should have been, and should still be, afforded the due process rights of an incompetent.

Accordingly, Mr. Amodeo should have been a guardian ad litem appointed; as well as counsel. Absent these appointments, Mr. Amodeo's interests are improperly represented in the current proceedings. Actions taken by the court prior to such appointments or proper lifting of the incompetency are presumptively void. This notice is meant to preserve any claims

or objections regarding prior determinations; that is Mr. Amodeo through this notice informs the court and parties, that he has not abandoned any claims by either waiver or forfeiture during the period of incompetency.

Respectfully submitted this 10th day of May 2011 by:

Frank L. Amodeo #48883-019
FCC-Low   Unit B-3
P.O. Box 1031
Coleman, FL 33521

Certificate of Service

A copy of this motion has been served upon the other parties in this action by first class mail via the attorney of record, contemporaneously with filing.

Frank L. Amodeo