## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:08-bk-04327-KSJ

MIRABILIS VENTURES, INC.,                        CHAPTER 11

                  Debtor.
_____/

### MIRABILIS VENTURES, INC'S MOTION FOR TURNOVER OF PROPERTY AGAINST THE STATE OF FLORIDA - DEPARTMENT OF REVENUE

**MIRABILIS VENTURES, INC.** ("Mirabilis" or "Liquidating Debtor") as the liquidating debtor in the aforementioned case, by and through its undersigned counsel, and pursuant to 11 U.S.C. §§105 and 542, hereby files its Motion for Turnover against the STATE OF FLORIDA - DEPARTMENT OF REVENUE ("FDOR")(the "Motion"), and in support thereof, states as follows:

### JURISDICTION

1.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### PROCEDURAL AND FACTUAL BACKGROUND

2.    On May 27, 2008, the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the Middle District of Florida: In re Mirabilis Ventures, Inc., Case No. 6:08-bk-04327-KSJ, In re Hoth Holdings, LLC, Case No. 6:08-bk-04328-KSJ, and In re AEM, Inc., Case No. 6:08-bk-04681 ("Bankruptcy Cases"). (Bankr. Doc. No. 1).

3.    On September 10, 2008, FDOR filed its proof of claim in the Bankruptcy Case of AEM, Inc. ("AEM")(Claim No. 15).

4.    In the FDOR's claim, FDOR alleged it was entitled to the sum of $100,155.03,

$100,030.03 of which it claims as a priority claim and $125.00 of which it claims as secured.

5.     FDOR improperly submitted its proof of claim based on the estimated taxes of three distinct and separate companies: (1) AEM, Inc.; (2) Presidion Solutions VI, Inc.; and (3) Presidion Solutions VII, Inc. However, FDOR should only have included AEM, Inc. when calculating the amount of unemployment taxes AEM, Inc. was required to pay to FDOR.

6.     Using the correct calculations, AEM, Inc already paid its due taxes and thus does not owe any taxes to FDOR. Based on the aforementioned, AEM objected to the FDOR claim, and FDOR subsequently withdrew its proof of claim. (Doc. No. 164 and 223).

7.     Additional investigation of taxes paid to FDOR resulted in the discovery of a $945.00 tax payment (the "Funds") from Mirabilis based on incorrectly submitted UCT-6 and UCT-8A returns.

8.     On February 18, 2011, Mirabilis Venture, Inc. sent correspondence to the FDOR, which included copies of the UCT-6 and UCT-8A forms for the quarter ended June 30, 2007, requesting the refund due under the amended returns. However, to this date, payment has not been made. **See Attached Composite Exhibit "A".**

## REQUESTED RELIEF

9.     The Liquidating Debtor requests this Court enter an order requiring the FDOR to turnover the Funds to the Liquidating Debtor.

10.     Property of the estate is defined broadly to include "all legal and equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. §541(a)(1) (2005). It is well established that the proceeds due from a tax overpayment become property of the estate to the extent that the overpayment was made prepetition. Kokoszka v. Belford, 417 U.S. 642, 648, 94 S.Ct. 2431, 41 L.Ed.2d 374 (1974); U.S. v. Michaels, 840 F.2d 901, 901-02 (11th Cir. 1988).

11.     As such, the Funds were property of Mirabilis's bankruptcy estate and remained property of the estate until the Effective Date. As of the Effective Date, the Funds vested in the Liquidating Debtor free and clear of all Liens, security interests, Claims and Interests of the holders of Claims and Interests, and all such Liens, security interests, Claims and Interests were extinguished. Accordingly, the FDOR has no claim or right to the Funds.

**WHEREFORE**, the Liquidating Debtor respectfully requests this Court enter an Order granting this Motion, requiring the FDOR turnover the Funds to the Liquidating Debtor, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 16th day of May 2011.

/s/ Justin M. Luna
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
Justin M. Luna
Florida Bar No. 0037131
jluna@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
111 N. Magnolia Ave, Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorneys for Mirabilis Ventures, Inc..

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                    CASE NO. 6:08-bk-04327-KSJ

**MIRABILIS VENTURES, INC.,**                             CHAPTER 11

Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Mirabilis Ventures, Inc., c/o R.W. Cuthill, Jr., President of the Liquidating Debtor, 341 N. Maitland Ave, Suite 210, Maitland, Florida 32751; State of Florida - Department of Revenue, Bankruptcy Section, P.O. Box 6668, Tallahassee, Florida 32314-6668; Don Kiester, Attorney of Records for Florida Department of Revenue, P.O. Box 2299, Mango, Florida 33550-2299; State of Florida, Dept of Revenue, Attn: Executive Director, 5050 West Tennessee Street, Tallahassee, FL 32399-0135; State of Florida, Office of the Governor, The Capital, 400 S Monroe Street, Tallahassee, FL 32399-0001; State of Florida, Office of the Attorney General, The Capital PL-01; Tallahassee, FL 32399-1050; the Local Rule 1007-2 parties-in-interest; and the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801, this 16th day of May 2011.

/s/ Justin M. Luna, Esq.
Justin M. Luna, Esquire

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Mon May 16 16:28:47 EDT 2011

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

David T Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

F. Del Kelley
5220 S. Washington Ave
Titusville, FL 32780-7316

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Gillio Development, Inc.
657 Caledonia Place
Sanford, FL 32771-6403

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA 19170-7090

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

RKT Constructions, Inc
5220 S. Washington Ave
Titusville, FL 32780-7316

Robi A. Roberts
2921 S. Washington Ave
Titusville, FL 32780-5022

Robi A. Roberts Trust
2921 S. Washington St
Titusville, FL 32780-5022

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Mariane L Dorris +
Latham Shuker Eden & Beaudine LLP
P.O. Box 3353
Orlando, FL 32802-3353

Tara C Early +
Stanton & Gasdick PA
390 North Orange Avenue
Suite 260
Orlando, FL 32801-1612

I Randall Gold +
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Peter N Hill +
Wolff Hill McParlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804-7013

Carol Koehler Ide +
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

Roy S Kobert +
Post Office Box 4961
Orlando, FL 32802-4961

Bradley M Saxton +
Post Office Box 1391
Orlando, FL 32802-1391

R Scott Shuker +
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Gordon L Kiester +
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

United States Trustee - ORL 11+
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Charles J Meltz +
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

Elena L Escamilla +
United States Trustee
135 West Central Blvd  Suite 620
Orlando, FL 32801-2440

James E Foster +
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Joseph H Varner III+
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

Bart R Valdes +
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Kenneth D Herron Jr+
1851 West Colonial Drive
Orlando, FL 32804-7013

Scott H Park +
United States Attorney
501 West Church St
Suite 300
Orlando, FL 32805-2281

Gilbert Barnett Weisman +
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Gill R Geldreich +
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

C Brent Wardrop +
deBeubien Knight Simmons Mantzaris  Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Melissa Youngman +
McCalla Raymer, LLC
450 S. Orange Avenue
Suite 170
Orlando, FL 32801-3388

Esther A McKean +
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Todd K Norman +
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802-3388

Kimberly Bartley +
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Joseph A DeMaria +
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Justin M. Luna +
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, FL 32802-3353

Stuart Wilson-Patton +
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

William J Ridings Jr+
Atlantic Legal Group, P.A.
1375 Gateway Boulevard
Boynton Beach, FL 33426-8304

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63

# MIRABILIS VENTURES, INC.

R.W. (Bill) Cuthill, Jr. President
341 N MAITLAND AVE, STE 210
MAITLAND, FL 32751
Telephone: 407-644-3781-235
Facsimile: 407-644-3943
rcuthill@msn.com
www.trusteeandexaminercuthill.com

February 18, 2011

Florida Department of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0110

RE: Mirabilis Ventures, Inc.
    FEI 20-1833196
    Case No. 06:08-4327

Ladies & gentlemen:

Enclosed are copies of forms UCT-6 and UCT-8A filed by Mirabilis Ventures, Inc. for the quarter ended June 30, 2007.  The $945.00 payment was paid with the UCT-6 form; however the $945.00 refund has not been received to date.  Please send me the refund or contact me with a reason why the refund cannot be made.

Very truly yours,
Mirabilis Ventures, Inc.

R.W. (Bill) Cuthill, Jr., President

Enclosure

CC:  Justin Luna, Esq.
     Marian Gartner

**COMPOSITE
EXHIBIT A**

**Florida Department of Revenue Employer's Quarterly Report**
Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

Use black ink. Example A - Handwritten  Example B - Ty

Example A `0123456789`  Example B `0123456789`

**T**

UCT-6
R. 01/08

| QUARTER ENDING | DUE DATE | PENALTY AFTER DATE | TAX RATE | UT ACCOUNT NUMBER |
|---|---|---|---|---|
| 12/31/2007 | 12/08 | 131/08 | .027 | 2758241 |

Do not make any changes to the pre-printed information on this form. If changes are needed, request and complete an *Employer Account Change Form (UCS-3)*.

If you do not have an account number you are required to register (see instructions).

F.E.I. NUMBER
20 - 1833196

FOR OFFICIAL USE ONLY  POSTMARK DATE

9999006805403165000027964000006

| Name | Mirabilis Ventures Inc |
| Mailing Address | c/o R W Cuthill, Jr |
| City/St/ZIP | 341 N Maitland Ave, #210 |
| | Maitland, FL 32751-4771 |

**UCT-6**

| Location Address | Same |
| City/St/ZIP | |

1. Enter the total number of full-time and part-time covered workers who performed services during or received pay for the payroll period including the 12th of the month.

1st Month  0
2nd Month  0
3rd Month  0

2. Gross wages paid this quarter (Must total all pages)

3. Wages paid this quarter in excess of $7,000. (Only the first $7,000 paid to each employee per calendar year is subject to Florida Unemployment Tax.)

4. Taxable wages for this quarter (Line 2 minus Line 3)

5. Tax due (Multiply Line 4 by Tax Rate)

6. Penalty due (See instructions)

7. Interest due (See instructions)

8. Total amount due (Line 5 + Line 6 + Line 7) Make check payable to: Florida U.C. Fund

US Dollars | Cents

If you are filing as a sole proprietor, is this for domestic (household) employment only?  Yes  No

## Reverse Side Must be Completed

Under penalties of perjury, I declare that I have read this return and the facts stated in it are true (sections 443.171(5) and 443.141(2) Florida Statutes).

| Sign here ▶ | | | Title ▶ President |
| | Signature of officer | Date | Phone ▶ (407)443781  Fax ▶ ( ) |
| Paid preparers only | Preparer's signature | | Preparer check if self-employed  Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed) and address | Baldwin & Co., P.A  Date | FEIN 59-2294535 |
| | | 2185 N Park Ave #3 WP, FL | ZIP 32789  Preparer's phone number ( 407)6282761 |

DO NOT DETACH

---

**Employer's Quarterly Report Payment Coupon**

UCT-6
R. 01/08

Florida Department of Revenue

COMPLETE and MAIL with your REPORT/PAYMENT.
Please write your ACCOUNT NUMBER on check.
Be sure to SIGN YOUR CHECK.
Make check payable to: Florida U.C. Fund

**T**

UT ACCOUNT NO. 2758241 - 

F.E.I. NUMBER 20 - 1833196

*No number? (See instructions.)*

DOR USE ONLY
/ /
POSTMARK OR HAND DELIVERY DATE

**L**

| Name | Mirabilis Venutres Inc |
| Mailing Address | c/o R W Cuthill Jr |
| City/St/ZIP | 341 N Maitland Ave, #210 |
| | Maitland, FL 32751-4771 |

**UCT-6**

AMOUNT ENCLOSED (if less than $1.00 no remittance is necessary)

PAYMENT FOR QTR/YR  - 

U.S. Dollars | Cents

Check here if you transmitted funds electronically.

**L**

9200 0 99999999 0068054031 6 5000027964 0000 5

**Florida Department of Revenue Employer's Quarterly Report**

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

UCT-6
R. 01/08

| QUARTER ENDING | EMPLOYER'S NAME | UT ACCOUNT NUMBER |
|---|---|---|
| 1 2 / 3 1 / 2 0 0 7 | Mirabilis Ventures Inc | 2 7 5 8 2 4 1 [ ] [ ] [ ] - [ ] |

**9. EMPLOYEE'S SOCIAL SECURITY NUMBER**

**10. EMPLOYEE'S NAME** (please print first twelve characters of last name and first eight characters of first name in boxes)

**11. EMPLOYEE'S GROSS WAGES PAID THIS QUARTER**

U.S. Dollars | Cents

| SSN | Name | Gross Wages |
|---|---|---|
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: N O N E  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |
| [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] | Last Name: ___  First Name: ___  Middle Initial: ___ | [ ][ ][ ],[ ][ ][ ],[ ][ ][ ] . [ ][ ] |

**12. Total Gross Wages This Page** (include in Line 2 on Page 1)

[ ][ ][ ],[ ][ ][ ],[ ][ ][ ] 0 . 0 0

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DO NOT
DETACH



**FLORIDA**
**DEPARTMENT OF REVENUE**
**e**
**Services**

## Hate paperwork? We can help!

File and pay your Florida unemployment tax **online**.
It's fast, easy, accurate and secure.

Internet Address: **www.myflorida.com/dor/eservices**
Call 800-482-8293 for assistance.

**Mail Reply To:**
Unemployment Tax
Florida Department of Revenue
5050 W Tennessee St
Tallahassee FL 32399-0180

# Florida Department of Revenue Employer's Quarterly Report

Employers are required to file quarterly tax/wage report regardless of employment activity or whether any taxes are due.

Use black ink. Example A - Handwritten  Example B - Type

UCT-6
R. 01/08

| QUARTER ENDING | DUE DATE | PENALTY AFTER DATE | TAX RATE | UT ACCOUNT NUMBER |
|---|---|---|---|---|
| 09/30/2007 | 10/1/07 | 10/31/07 | .027 | 2758241 |

9999006805403185000027964000005

Do not make any changes to the pre-printed information on this form. If changes are needed, request and complete an Employer Account Change Form (UCS-3).

If you do not have an account number you are required to register (see instructions).

F.E.I. NUMBER
20 - 1833196
FOR OFFICIAL USE ONLY POSTMARK DATE

Name
Mailing Address
City/St/ZIP

Mirabilis Ventures Inc
c/o R W Cuthill, Jr
341 N Maitland Ave, #210
Maitland, FL 32751-4771

## UCT-6

Location Address
City/St/ZIP

Same

| | US Dollars | Cents |
|---|---|---|
| 2. Gross wages paid this quarter (Must total all pages) | 0 | 00 |
| 3. Wages paid this quarter in excess of $7,000. (Only the first $7,000 paid to each employee per calendar year is subject to Florida Unemployment Tax.) | | |
| 4. Taxable wages for this quarter (Line 2 minus Line 3) | | |
| 5. Tax due (Multiply Line 4 by Tax Rate) | | |
| 6. Penalty due (See instructions) | | |
| 7. Interest due (See instructions) | | |
| 8. Total amount due (Line 5 + Line 6 + Line 7) Make check payable to: Florida U.C. Fund | 0 | 00 |

1. Enter the total number of full-time and part-time covered workers who performed services during or received pay for the payroll period including the 12th of the month.

| | |
|---|---|
| 1st Month | 0 |
| 2nd Month | 0 |
| 3rd Month | 0 |

If you are filing as a sole proprietor, is this for domestic (household) employment only?  ☐ Yes ☐ No

## Reverse Side Must be Completed

Under penalties of perjury, I declare that I have read this return and the facts stated in it are true (sections 443.171(5) and 443.141(2) Florida Statutes).

Sign here

Signature of officer          Date

Title President
Phone (407)5443781         Fax ( )

Paid preparers only

Preparer's signature          Date
Preparer check if self-employed ☐
Preparer's SSN or PTIN

Firm's name (or yours if self-employed) and address

Baldwin & Co., P.A.
2185 N Park Ave #3 WP, FL     ZIP 32789

FEIN 59-2294535
Preparer's phone number ( 4076282761

---

## Employer's Quarterly Report Payment Coupon

DO NOT DETACH

UCT-6
R. 01/08

Florida Department of Revenue

COMPLETE and MAIL with your REPORT/PAYMENT.
Please write your ACCOUNT NUMBER on check.
Be sure to SIGN YOUR CHECK.
Make check payable to: Florida U.C. Fund

DOR USE ONLY
POSTMARK OR HAND DELIVERY DATE

UT ACCOUNT NO. 2758241

No number? (See instructions.)

F.E.I. NUMBER 20 - 1833196

Name
Mailing Address
City/St/ZIP

Mirabilis Venutres Inc
c/o R W Cuthill Jr
341 N Maitland Ave, #210
Maitland, FL 32751-4771

## UCT-6

AMOUNT ENCLOSED (if less than $1.00 no remittance is necessary)

U.S. Dollars | Cents

PAYMENT FOR QTR/YR ☐ - ☐

☐ Check here if you transmitted funds electronically.

9200 0 99999999 0068054031 6 5000027964 0000 5

**Florida Department of Revenue Employer's Quarterly Report**

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

UCT-6
R. 01/08

| QUARTER ENDING | EMPLOYER'S NAME | UT ACCOUNT NUMBER |
|---|---|---|
| 0 9 / 3 0 / 2 0 0 7 | Mirabilis Ventures Inc | 2 7 5 8 2 4 1 ___ ___ ___ - ___ |

**9. EMPLOYEE'S SOCIAL SECURITY NUMBER**

**10. EMPLOYEE'S NAME** (please print first twelve characters of last name and first eight characters of first name in boxes)

**11. EMPLOYEE'S GROSS WAGES PAID THIS QUARTER**

U.S. Dollars | Cents

Last Name: N O N E

12. Total Gross Wages This Page (include in Line 2 on Page 1)

DO NOT DETACH



FLORIDA
DEPARTMENT
OF REVENUE

e

Services

## Hate paperwork? We can help!

File and pay your Florida unemployment tax **online**.
It's fast, easy, accurate and secure.

Internet Address: www.myflorida.com/dor/eservices
Call 800-482-8293 for assistance.

**Mail Reply To:**
Unemployment Tax
Florida Department of Revenue
5050 W Tennessee St
Tallahassee FL 32399-0180

,0007964

# Florida Department of Revenue Employer's Quarterly Report

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

Use black ink. Example A - Handwritten    Example B - Typed

Example A `[0 1 2 3 4 5 6 7 8 9]`    Example B `[0 1 2 3 4 5 6 7 8 9]`

UCT-6
R. 01/08

| QUARTER ENDING | DUE DATE | PENALTY AFTER DATE | TAX RATE | UT ACCOUNT NUMBER |
|---|---|---|---|---|
| 06/30/2007 | 7/1/07 | 7/31/07 | .027 | 2758241 - |

Do not make any changes to the pre-printed information on this form. If changes are needed, request and complete an *Employer Account Change Form (UCS-3)*.

If you do not have an account number you are required to register (see instructions).

F.E.I. NUMBER
20 - 1833196

FOR OFFICIAL USE ONLY  POSTMARK DATE
/ /

999900860543185000027964000005

**UCT-6**

Name / Mailing Address / City/St/ZIP

Mirabilis Ventures Inc
c/o R W Cuthill, Jr
341 N Maitland Ave, #210
Maitland, FL  32751-4771

Location Address / City/St/ZIP

Same

1. Enter the total number of full-time and part-time covered workers who performed services during or received pay for the payroll period including the 12th of the month.

1st Month       0
2nd Month       5
3rd Month       5

| | US Dollars | Cents |
|---|---|---|
| 2. Gross wages paid this quarter (Must total all pages) | 83,750. | 00 |
| 3. Wages paid this quarter in excess of $7,000. (Only the first $7,000 paid to each employee per calendar year is subject to Florida Unemployment Tax) | 48,750. | 00 |
| 4. Taxable wages for this quarter (Line 2 minus Line 3) | 35,000. | 00 |
| 5. Tax due (Multiply Line 4 by Tax Rate) | 945. | 00 |
| 6. Penalty due (See instructions) | | |
| 7. Interest due (See instructions) | | |
| 8. Total amount due (Line 5 + Line 6 + Line 7) Make check payable to: Florida U.C. Fund | 945. | 00 |

If you are filing as a sole proprietor, is this for domestic (household) employment only?  Yes  No

## Reverse Side Must be Completed

COPY

Under penalties of perjury, I declare that I have read this return and the facts stated in it are true (sections 443.171(5) and 443.141(2) Florida Statutes).

| Sign here | | Title ▶ President |
|---|---|---|
| Signature of officer | Date | Phone ( 4076443781 )  Fax ( ) |

| Paid preparers only | Preparer's signature | | Date | Preparer check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | Baldwin & Co PA | | FEIN 59-2294535 | |
| | | 2185 N Park Ave #3 WP, FL | | ZIP 32789 | Preparer's phone number ( 4076282761 ) |

---

DO NOT DETACH

## Employer's Quarterly Report Payment Coupon

UCT-6
R. 01/08

Florida Department of Revenue

COMPLETE and MAIL with your REPORT/PAYMENT.
Please write your ACCOUNT NUMBER on check.
Be sure to SIGN YOUR CHECK.
Make check payable to: **Florida U.C. Fund**

T

DOR USE ONLY
/ /
POSTMARK OR HAND DELIVERY DATE

UT ACCOUNT NO. 2758241 -    *No number?)
(See instructions.)*

F.E.I. NUMBER 20 - 1833196

Name / Mailing Address / City/St/ZIP

Mirabilis Venutres Inc
c/o R W Cuthill Jr
341 N Maitland Ave, #210
Maitland, FL  32751-4771

**UCT-6**

AMOUNT ENCLOSED
(if less than $1.00 no remittance is necessary)

| U.S. Dollars | Cents |
|---|---|
| , , , . | |

PAYMENT FOR QTR/YR  -

Check here if you transmitted funds electronically.

9200 0 99999999 0068054031 6 5000027964 0000 5

**Florida Department of Revenue Employer's Quarterly Report**
Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

UCT-6
R. 01/08

QUARTER ENDING
`06 / 30 / 2007`

EMPLOYER'S NAME
Mirabilis Ventures Inc

UT ACCOUNT NUMBER
`2 7 5 8 2 4 1 [ ] [ ] [ ] - [ ]`

| 9. EMPLOYEE'S SOCIAL SECURITY NUMBER | 10. EMPLOYEE'S NAME (please print first twelve characters of last name and first eight characters of first name in boxes) | 11. EMPLOYEE'S GROSS WAGES PAID THIS QUARTER |
|---|---|---|
| | | U.S. Dollars — Cents |
| [ ]-[ ]-9221 | Last Name: Bates / First Name: Aaron / Middle Initial: C | 113,750.00 |
| [ ]-[ ]-7824 | Last Name: Beamer / First Name: Nichole / Middle Initial: M | 12,500.00 |
| [ ]-[ ]-9318 | Last Name: Goldberg / First Name: Scott / Middle Initial: M | 25,000.00 |
| [ ]-[ ]-8133 | Last Name: Higgens / First Name: Toni / Middle Initial: M | 10,000.00 |
| 7755 | Last Name: Mokwa / First Name: Matthew / Middle Initial: S | 22,500.00 |
| [ ]-[ ]-[ ] | | |
| [ ]-[ ]-[ ] | | |
| [ ]-[ ]-[ ] | | |
| [ ]-[ ]-[ ] | | |
| [ ]-[ ]-[ ] | | |

12. Total Gross Wages This Page (include in Line 2 on Page 1)   `83,750.00`

DO NOT DETACH



FLORIDA DEPARTMENT OF REVENUE
e Services

## Hate paperwork? We can help!

File and pay your Florida unemployment tax **online**.
It's fast, easy, accurate and secure.

Internet Address: www.myflorida.com/dor/eservices
Call 800-482-8293 for assistance.

**Mail Reply To:**
Unemployment Tax
Florida Department of Revenue
5050 W Tennessee St
Tallahassee FL 32399-0180

**Florida Department of Revenue Employer's Quarterly Report**
Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

UCT-6
R. 01/08

Use black ink. Example A - Handwritten  Example B - Typ

| QUARTER ENDING | DUE DATE | PENALTY AFTER DATE | TAX RATE | UT ACCOUNT NUMBER |
|---|---|---|---|---|
| 03/31/2007 | 4/1/07 | 4/30/07 | .027 | 2758241 |

Do not make any changes to the pre-printed information on this form. If changes are needed, request and complete an *Employer Account Change Form (UCS-3).*

If you do not have an account number you are required to register (see instructions).

F.E.I. NUMBER
20 - 1833196

FOR OFFICIAL USE ONLY  POSTMARK DATE

**UCT-6**

Name: Mirabilis Ventures Inc
Mailing Address: c/o R W Cuthill, Jr
City/St/ZIP: 341 N Maitland Ave, #210
Maitland, FL  32751-4771

Location Address: Same
City/St/ZIP:

2. Gross wages paid this quarter (Must total all pages)

3. Wages paid this quarter in excess of $7,000 (Only the first $7,000 paid to each employee per calendar year is subject to Florida Unemployment Tax.)

4. Taxable wages for this quarter (Line 2 minus Line 3)

5. Tax due (Multiply Line 4 by Tax Rate)

6. Penalty due (See instructions)

7. Interest due (See instructions)

8. Total amount due (Line 5 + Line 6 + Line 7) Make check payable to: Florida U.C. Fund

1. Enter the total number of full-time and part-time covered workers who performed services during or received pay for the payroll period including the 12th of the month.

1st Month
2nd Month
3rd Month

If you are filing as a sole proprietor, is this for domestic (household) employment only? ☐ Yes ☐ No

## Reverse Side Must be Completed

Under penalties of perjury, I declare that I have read this return and the facts stated in it are true (sections 443.171(5) and 443.141(2) Florida Statutes).

Sign here ▶
Signature of officer                      Date

Title: President
Phone: ( 407 ) 644-3781      Fax: ( )

Paid preparers only
Preparer's signature
Firm's name (or yours if self-employed) and address: Baldwin & Co, P.A.
2185 N Park Ave #3 WP, FL

Preparer check if self-employed ☐
Preparer's SSN or PTIN

FEIN: 59-2294535
ZIP: 32789
Preparer's phone number ( 407 ) 628-2761

DO NOT DETACH

---

### Employer's Quarterly Report Payment Coupon

UCT-6
R. 01/08

Florida Department of Revenue

COMPLETE and MAIL with your REPORT/PAYMENT.
Please write your ACCOUNT NUMBER on check.
Be sure to SIGN YOUR CHECK.
Make check payable to: Florida U.C. Fund

DOR USE ONLY
POSTMARK OR HAND DELIVERY DATE

UT ACCOUNT NO. 2758241
No number? (See instructions.)

F.E.I. NUMBER 20 - 1833196

AMOUNT ENCLOSED
(if less than $1.00 no remittance is necessary)

PAYMENT FOR QTR/YR  ☐ - ☐☐

Name: Mirabilis Venutres Inc
Mailing Address: c/o R W Cuthill, Jr
City/St/ZIP: 341 N Maitland Ave, #210
Maitland, FL  32751-4771

**UCT-6**

☐ Check here if you transmitted funds electronically.

9200 0 99999999 0068054031 6 5000027964 0000 5

**Florida Department of Revenue Employer's Quarterly Report**

Employers are required to file quarterly tax/wage reports regardless of employment activity or whether any taxes are due.

UCT-6
R. 01/08

| QUARTER ENDING | EMPLOYER'S NAME | UT ACCOUNT NUMBER |
|---|---|---|
| 0 3 / 3 1 / 2 0 0 7 | Mirabilis Ventures Inc | 2 7 5 8 2 4 1 □□□ - □ |

**9. EMPLOYEE'S SOCIAL SECURITY NUMBER**

**10. EMPLOYEE'S NAME** (please print first twelve characters of last name and first eight characters of first name in boxes)

**11. EMPLOYEE'S GROSS WAGES PAID THIS QUARTER**

— U.S. Dollars — | Cents

Last Name: NONE

12. Total Gross Wages This Page (include in Line 2 on Page 1)

□□□,□□□,□□□.0.00

DO NOT DETACH



**FLORIDA DEPARTMENT OF REVENUE**
e
Services

## Hate paperwork? We can help!

File and pay your Florida unemployment tax **online**.
It's fast, easy, accurate and secure.

Internet Address: **www.myflorida.com/dor/eservices**
Call 800-482-8293 for assistance.

**Mail Reply To:**
Unemployment Tax
Florida Department of Revenue
5050 W Tennessee St
Tallahassee FL 32399-0180



**Florida Department of Revenue**
Correction to Employer's Quarterly or Annual Domestic Report

THOM
UCT-8A
R. 07/07
Page 1

88430200703100680540498500275824100002

| | |
|---|---|
| **UT Account Number**    Correction to Reporting Period Ending<br>2758241 - 2                                  6 / 2007 | **Do Not Use This Area** |
| | **Batch Number** |
| **FEI Number**<br>20-1833196 | **Audited By** |
| **Employer's Name**<br>Mirabilis Ventures, Inc. | **Date** |
| **Street Address**<br>c/o R. W. Cuthill, 341 N Maitland Avenue, Ste 210 | **Remarks** |
| **City**                        **State**              **ZIP**<br>Maitland, FL  32751 | |

Explain, in detail, the reason for correction
The uct-6 filed in January of 2010 was a duplicate.
No money to be refunded as it was not paid.

| 1.<br>Employee's<br>Social Security<br>Number | 2.<br>Employee's Name<br>Last          First Initial   Middle Initial | 3.<br>Page<br>No. | 4.<br>Gross<br>Wages Per<br>Original Report | 5.<br>Unit<br>Code | 6.<br>Correct<br>Gross<br>Wages | 7.<br>Unit<br>Code |
|---|---|---|---|---|---|---|
| -9221 | Bates          A     C | | 13,750.00 | | 0.00 | |
| -7824 | Beamer         N     M | | 12,500.00 | | 0.00 | |
| 9318 | Goldberg       S     M | | 25,000.00 | | 0.00 | |
| -8133 | Higgens        T     M | | 10,000.00 | | 0.00 | |
| -7955 | Mokwa          M     S | | 22,500.00 | | 0.00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. If this information changes the figures on your original report please complete the section below.

Totals This Page $ 83,750.00     $

| Item | Originally<br>Reported | To Be<br>Corrected To | Difference | |
|---|---|---|---|---|
| | | | | Difference Between Column 4 and 6  $  -83,750.00 |
| Gross Wages | 83,750.00 | 0.00 | 83,750.00 | I certify that the information contained in this report is true and correct. |
| Excess Wages | 48,750.00 | 0.00 | 48,750.00 | Signature                                          Phone No.<br>407-644-3781 |
| Taxable Wages | 35,000.00 | 0 | 35,000.00 | Title<br>President                                 Date |
| **Tax Due** | 945.00 | 0.00 | -945.00 | Make check payable to **Florida U.C. Fund**    $        0.00 |

See page 3 for complete instructions and coupon

7Z1116 1.000

# Form 940 for 2007: Employer's Annual Federal Unemployment (FUTA) Tax Return

Department of the Treasury - - Internal Revenue Service

870107

OMB No. 1545-0028

**(EIN)**
Employer identification number  20-1833196

Name (not your trade name)  Mirabilis Ventures, Inc.

Trade name (if any) _____

Address  c/o R. W. Cuthill, 341 N Maitland Avenue, Ste 210

Maitland, FL 32751

**Type of Return** (Check all that apply.)

[X] **a.** Amended

[ ] **b.** Successor employer

[ ] **c.** No payments to employees in 2007

[ ] **d.** Final: Business closed or stopped paying wages

Read the separate instructions before you fill out this form. Please type or print within the boxes.

**Part 1: Tell us about your return. If any line does NOT apply, leave it blank.**

**1**  If you were required to pay your state unemployment tax in...

    **1a**  One state only, enter the state abbreviation . . . . . .1a [ ]

    - OR -

    **1b**  More than one state (You are a multi-state employer) . . . . . . . . . . . . .1b [ ] Check here. Fill out Schedule A.

**2**  Line 2 is not applicable for 2007 . . . . . . . . . . . . . . . . . . . . . . **2**

**Part 2: Determine your FUTA tax before adjustments for 2007. If any line does NOT apply, leave it blank.**

**3**  Total payments to all employees . . . . . . . . . . . . . . . **3** | 0.00

**4**  Payments exempt from FUTA tax . . . . . . . . . **4** | 0.00

    Check all that apply:  **4a** [ ] Fringe benefits  **4c** [ ] Retirement/Pension  **4e** [ ] Other

    **4b** [ ] Group term life insurance  **4d** [ ] Dependent care

**5**  Total of payments made to each employee in excess of $7,000  **5** | 0.00

**6**  Subtotal (line 4 + line 5 = line 6) . . . . . . . . . . . . . . **6** | 0.00

**7**  Total taxable FUTA wages (line 3 - line 6 = line 7) . . . . . . . . . . . . . . **7** | 0.00

**8**  FUTA tax before adjustments (line 7 x .008 = line 8) . . . . . . . . . . **8** | 0.00

**Part 3: Determine your adjustments. If any line does NOT apply, leave it blank.**

**9**  If ALL of the taxable FUTA wages you paid were excluded from state unemployment tax, multiply line 7 by .054 (line 7 x .054 = line 9). Then go to line 12 . . . . . **9** | 0.00

**10**  If SOME of the taxable FUTA wages you paid were excluded from state unemployment tax, OR you paid ANY state unemployment tax late (after the due date for filing Form 940), fill out the worksheet in the instructions. Enter the amount from line 7 of the worksheet onto line 10 . . . . **10** | 0.00

**11**  Line 11 is not applicable for 2007 . . . . . . . . . . . . . . . . . . . . . . **11**

**Part 4: Determine your FUTA tax and balance due or overpayment for 2007. If any line does NOT apply, leave it blank.**

**12**  Total FUTA tax after adjustments (lines 8 + 9 + 10 = line 12) . . . . . . . . . . . . . . **12** |

**13**  FUTA tax deposited for the year, including any payment applied from a prior year . . . . . . . . . . **13** | 280.00

**14**  Balance due (If line 12 is more than line 13, enter the difference on line 14.)

    ● If line 14 is more than $500, you must deposit your tax.

    ● If line 14 is $500 or less and you pay by check, make your check payable to the United States Treasury and write your EIN, Form 940, and 2007 on the check . . . . . . . . . **14** |

**15**  Overpayment (If line 13 is more than line 12, enter the difference on line 15 and check a box below.) . . . . . . . . . . . . . . . . . . . . . . **15** | 280.00

Check one
[ ] Apply to next return.
[X] Send a refund.

Next ▶

▶ You **MUST** fill out both pages of this form and **SIGN** it.

For Privacy Act and Paperwork Reduction Act Notice, see Form 940-V, Payment Voucher.

JSA
7W9879 1.000

Form **940** (2007)

870207

Form **940** (2007) Page **2**

| Name (not your trade name) | Employer identification number (EIN) |
|---|---|
| Mirabilis Ventures, Inc. | 20-1833196 |

**Part 5: Report your FUTA tax liability by quarter only if line 12 is more than $500. If not, go to Part 6.**

16    Report the amount of your FUTA tax liability for each quarter; do NOT enter the amount you deposited. If you had no liability for a quarter, leave the line blank.

16a    **1st quarter** (January 1 - - March 31) . . . . . . . . . . . . . . . .    **16a**

16b    **2nd quarter** (April 1 - - June 30) . . . . . . . . . . . . . . . . . . .    **16b**

16c    **3rd quarter** (July 1 - - September 30) . . . . . . . . . . . . . . .    **16c**

16d    **4th quarter** (October 1 - - December 31) . . . . . . . . . . . .    **16d**

17    Total tax liability for the year (lines 16a + 16b + 16c + 16d = line 17) . . . . .    **17**        **Total must equal line 12.**

**Part 6: May we speak with your third-party designee?**

Do you want to allow an employee, a paid tax preparer, or another person to discuss this return with the IRS? See the instructions for details.

[X] **Yes.**    Designee's name    Marian J. Gartner

Select a 5-digit Personal Identification Number (PIN) to use when talking to IRS    01040

[ ] **No.**

**Part 7: Sign here. You MUST fill out both pages of this form and SIGN it.**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that no part of any payment made to a state unemployment fund claimed as a credit was, or is to be, deducted from the payments made to employees.

▶ **Sign your name here**

Print your name here    R W Cuthill, Jr.

Print your title here    President

Date

Best daytime phone    407-644-3781 x235

**Part 8: For PAID preparers only (optional)**

If you were paid to prepare this return and are not an employee of the business that is filing this return, you may choose to fill out Part 8.

Paid Preparer's name    Marian J. Gartner

Preparer's SSN/PTIN    P00547047

Paid Preparer's signature

Date

[ ] Check if you are self-employed.

Firm's name    Baldwin & Company, P.A.

Firm's EIN    59-2294535

Street address    2185 N Park Ave

City    Winter Park    State    FL

ZIP code    32789

Form **940** (2007)

JSA
7W9880 1.000