

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/04/2014 11:00 AM

COURTROOM 6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:08-bk-04327-KSJ | 11 | 05/27/2008 |

Chapter 11

**DEBTOR:** Mirabilis Ventures, Inc

**DEBTOR ATTY:** Nicolette Vilmos

**TRUSTEE:** NA

**HEARING:**

Post Confirmation Status Conference
    Note: Cont'd from 1/29/14
    Confirmed 10/27/09
    .

**APPEARANCES:**:

Scott Shuker (Debtor)
Tim Laffredi (U.S. Trustee)

**RULING:**

Post Confirmation Status Conference:   Continued in open court to August 6, 2014 at 2:00 p.m.   No writteh notice will be generated.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.